UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for patrol officer plaintiffs, including PATROL OFFICERS EDWARD KERAISSEY, DANIEL R. BROGAN, RICHARD VIEIRA, ELIZABETH R. HEFFLER. OFFICER THOMAS W. VITALE, JOHN C. FRISSORE, S. CHRISTOPHER SALIS, JOSEPH N. HAYES, AMY COUGHLIN, JAMES M. ORDWAY, ELIZABETH M. BLANCHARD, DIANE MORRILL, BRIAN A. BOSSELMAN, JAMES P. QUILTY, BRIAN D. INGHAM, JOHN W. DOHERTY, JR., JOHN P. HASWELL, ROBERT A. HOFFMAN JR., LEONARD JENNINGS, CHRISTIAN RODRIGUEZ, JAMES F. KEOHANE, RICHARD P. HALLORAN, JR., ALLAN W. GRAHAM, JR., VINCENT FORDE, JAMES M. LINTON, ROBERT J. WHITE, WILLIAM A. GEISSLER, EDWARD ARENA, HOWARD L. HARPER, KEVIN J. DELEHANTY, RONALD D. RICHARDSON, ARTHUR PEROS, CARA M. ROSSI-CAFARELLI, DOUGLAS MCDONNELL, SCOTT SMITH, BRETT CONAWAY, ANTHONY M. GAIESKI, KENNETH FITZGERALD and

BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, including SUPERIOR OFFICERS DANIEL L. O'CALLAGHAN, ROBERT D. DUNLOP, MARK V. ST. HILAIRE, THOMAS G. LAMONT, ALFRED B. GRASSEY, PETER E. MASON, ROBERT L. DAVIS, JR., LAWRENCE J. FLEMING, LEO J. FITZPATRICK, JR., NICHOLAS S. MABARDY, SERGEANT RICHARD P. DOUGLAS, PAUL W. THOMPSON, JEFFREY E. LONGTINE, STEVEN J. PAGLIARULO, BRIAN G. LAUZON, ALFRED F. MORAN,

    Plaintiffs<br>v.

TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE,
    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter our appearance as Counsel on behalf of the Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, in connection with the above-captioned matter.

                                                    The Defendants,
                                                    TOWN OF NATICK, NATICK POLICE
                                                    DEPARTMENT, and DENNIS R. MANNIX
                                                    in his capacity as CHIEF OF POLICE,
                                                    By their attorneys,

                                                    */s/ William P. Breen, Jr.*
                                                    William P. Breen, Jr., Esq. BBO # 558768
                                                    Joseph Bartulis, Esq. BBO # 561025
                                                    Rebecca Andrews, Esq. BBO# 644846
                                                    MURPHY, HESSE, TOOMEY & LEHANE, LLP
                                                    300 Crown Colony Drive, Suite 410
                                                    Quincy, MA 02169
                                                    (617) 479-5000

Dated: November 11, 2004

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 11th day of November, 2004, he served a copy of the foregoing document, via first class mail, upon the following:

Jack J. Canzoneri, Esq.
McDonald & Associates
Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772


_____
William P. Breen, Jr.