UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for patrol officer plaintiffs, including PATROL OFFICERS EDWARD KERAISSEY, DANIEL R. BROGAN, RICHARD VIEIRA, ELIZABETH R. HEFFLER, OFFICER THOMAS W. VITALE, JOHN C. FRISSORE, S. CHRISTOPHER SALIS, JOSEPH N. HAYES, AMY COUGHLIN, JAMES M. ORDWAY, ELIZABETH M. BLANCHARD, DIANE MORRILL, BRIAN A. BOSSELMAN, JAMES P. QUILTY, BRIAN D. INGHAM, JOHN W. DOHERTY, JR., JOHN P. HASWELL, ROBERT A. HOFFMAN JR., LEONARD JENNINGS, CHRISTIAN RODRIGUEZ, JAMES F. KEOHANE, RICHARD P. HALLORAN, JR., ALLAN W. GRAHAM, JR., VINCENT FORDE, JAMES M. LINTON, ROBERT J. WHITE, WILLIAM A. GEISSLER, EDWARD ARENA, HOWARD L. HARPER, KEVIN J. DELEHANTY, RONALD D. RICHARDSON, ARTHUR PEROS, CARA M. ROSSI-CAFARELLI, DOUGLAS MCDONNELL, SCOTT SMITH, BRETT CONAWAY, ANTHONY M. GAIESKI, KENNETH FITZGERALD and BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, including SUPERIOR OFFICERS DANIEL L. O'CALLAGHAN, ROBERT D. DUNLOP, MARK V. ST. HILAIRE, THOMAS G. LAMONT, ALFRED B. GRASSEY, PETER E. MASON, ROBERT L. DAVIS, JR., LAWRENCE J. FLEMING, LEO J. FITZPATRICK, JR., NICHOLAS S. MABARDY, SERGEANT RICHARD P. DOUGLAS, PAUL W. THOMPSON, JEFFREY E. LONGTINE, STEVEN J. PAGLIARULO, BRIAN G. LAUZON, ALFRED F. MORAN, Plaintiffs | ) |
| v. | ) |
| TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, Defendants | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with their client:

(a) With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| The Defendant, | Defense counsel, |
|---|---|
| Dennis R. Mannix, <br> Chief of Police <br> Town of Natick | William P. Breen, Jr., BBO #558768 <br> Rebecca L. Andrews, BBO #644846 <br> Murphy, Hesse, Toomey & Lehane, LLP <br> 300 Crown Colony, Suite 400 <br> Quincy, MA  02169 <br> (617) 479-5000 |

Dated : January 19, 2005

2

**CERTIFICATION OF SERVICE**

The undersigned attorney hereby certifies that on this 20th day of January 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Jack J. Canzoneri, Esq.
McDonald & Associates
Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772

William P. Breen, Jr.