THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

USDC Case No: 04-11996RGS

2005 JAN 25 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert F. Murphy, III, et al.
& Brian Grassey et al.,

  Plaintiffs,

v.

Town of Natick et al.,

  Defendants

## PLAINTIFFS' AND COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3).

Pursuant to Local Rule 16.1(d)(3) the undersigned lead plaintiffs Robert F. Murphy, III and Brian Grassey, along with their counsel, certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as a so-called "mini trial", "summary jury trial", and "mediation" as outlined in FRCP Local Rule 16.4.

So certified by Plaintiffs Counsel:

_____
Jack J. Canzoneri
BBO #564126
McDonald & Associates
153 Cordaville Rd. St. 210
Southborough, MA 01772
(508) 485-6600
Dated: January 21, 2005

So certified by Lead Plaintiff For Patrol Officer Plaintiffs:

_____
Robert F. Murphy, III
16 Johnson Street
Ashland, MA 01721

Dated: Jan. 21, 2005

So certified by Lead Plaintiff For Superior Officer Plaintiffs:

_____
Brian C. Grassey
28 Miller Street
Franklin, MA 02038

Dated: Jan. 20, 2005