## McDonald & Associates
Attorneys at Law
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772

Alan J. McDonald
James F. Lamond
Jack J. Canzoneri
Vida K. Berkowitz
Mark A. Hickernell
Olinda R. Marshall

Of Counsel
Emily J. Novick
Martin Kantrovitz

Tel. (617) 928-0080
(508) 485-6600
FAX (617) 928-0081
(508) 485-4477

*FILED IN CLERKS OFFICE*
*2005 JAN 26 P 3:40*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

January 25, 2005

Tony Anastas, Clerk of Court
United States District Court
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Robert F. Murphy, III, and Brian Grassey (Lead Plaintiffs)
     Town of Natick, Natick Police Department and Dennis R. Mannix in
       his capacity of Chief of Police
     USDC Civil Action Case No. 04-11996 RGS

Dear Mr. Anastas:

By federal express sent on January 24, 2005 I transmitted "Plaintiffs' and Counsel's Certification Pursuant to Local Rule 16.1(d)(3)". I inadvertently failed to include a certificate of service. Accordingly, enclosed please find a copy of a certificate of service for the above document. I certify that I have sent a copy of this correspondence and enclosure as well upon opposing counsel.

Thank you.

Very truly yours,

Jack J. Canzoneri

JJC/sh
Enclosure
cc:  Robert F. Murphy, III, President, NPOA
     Brian Grassey, President, IBPO, L622
     William P. Breen, Jr., Esq.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

USDC Case No: 04-11996RGS

FILED
CLERKS OFFICE
2005 JAN 26  P 3: 40
U.S. DISTRICT COURT
DISTRICT OF MASS

| |
|---|
| Robert F. Murphy, III, et al. & Brian Grassey et al., |
| Plaintiffs, |
| v. |
| Town of Natick et al., |
| Defendants |

**CERTIFICATE OF SERVICE OF PLAINTIFFS'
RULE 16.1 (d)(3) CERTIFICATION**

I, Jack J. Canzoneri, hereby certify that I have this day by first class mail, postage prepaid, served a copy of the Plaintiffs' Rule 16.1 (d)(3) Certification upon Williams P. Breen, Jr. Esq., Joseph T. Bartulis, Jr., and Rebecca L. Andrews, Esq., counsel for the Defendants in the above-captioned matter.

Respectfully submitted,

For Plaintiffs,

By Plaintiffs' Counsel:

_____
Jack J. Canzoneri, BBO #564126
McDonald & Associates
153 Cordaville Road, Suite 210
Southborough, Massachusetts 01772
(508) 485-6600

Dated: January 25, 2005