THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

' 2005 JAN 19  P 4: 19

USDC Case No: 04-11996RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert F. Murphy, III, et al.
& Brian Grassey et al.,

        Plaintiffs,

   v.

Town of Natick et al.,

        Defendants

**PARTIES' JOINT STATEMENT PURSUANT
TO LOCAL RULE 16.1 FOR PROPOSED
PRE-TRIAL SCHEDULE**

Pursuant to FRCP Local Rule 16.1 the parties respectfully submit this joint statement with respect to a proposed pre-trial schedule.

A.    Joint Proposed Discovery Plan.

The Parties have conferred and jointly propose the following deadlines for the completion of the following items of discovery:

1. Rule 26(a)(1) Automatic Initial Disclosure. Monday, March 28, 2005.

2. Rules 31, 33-34, and 36 Written Discovery. Tuesday, May 23, 2005.

3. Rule 31, 35 Fact Deposition Discovery. Monday, September 12, 2005.

4. Designation of Plaintiffs' Experts. Monday, September 26, 2005.

5. Deposition of Plaintiffs' Experts. Monday, October 17, 2005.

6. Designation of Defendants' Experts. Monday, October 31, 2005.

7. <u>Deposition of Defendants' Experts.</u> Monday, November 21, 2005.

B.    <u>Proposed Schedule For Filing Motions.</u>

The Parties have conferred and jointly propose the following deadlines for

the completion of the following items for filing motions:

<u>Filing of all dispositive motions.</u> Tuesday, January 24, 2006.

C.    <u>Certifications Pursuant to Local Rule 16.1(D)(3)</u>

The Parties certified that they have conferred with their respective clients

as mandated by the Local Rules.  The Parties will file their respective

certifications under separate cover at or before the time of the Scheduling

Conference.

Respectfully submitted,                  Respectfully Submitted,

For Plaintiffs,                          For Defendants,

By Plaintiffs' Counsel:                  By Defendants' Counsel:

Jack J. Canzoneri, BBO #564126           William P. Breen, Jr., BBO#558768
McDonald & Associates                    Joseph Bartulis, BBO#561025
153 Cordaville Road, Suite 210           Rebecca Andrews, BBO#644846
Southborough, Massachusetts              Murphy, Hesse, Toomey
01772                                      & Lehane, LLP
(508) 485-6600                           300 Crown Colony Drive, Suite 410
                                         Quincy, MA 02169
                                         (617) 479-5000
Dated:  January 18, 2005                 Dated: January 18, 2005

2

## CERTIFICATION OF SERVICE

FILED
IN CLERKS OFFICE

2005 JAN 19 P 4: 19

The undersigned attorney hereby certifies that on this 19th day of January, 2005, served a copy of the foregoing document, via first class mail, upon the following counsel:

Jack J. Canzoneri, Esq.
McDonald & Associates
Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772

William P. Breen, Jr.