UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

_____
ROBERT F. MURPHY, III, lead plaintiff for                        )
patrol officer plaintiffs, including PATROL OFFICERS             )
EDWARD KERAISSEY, DANIEL R. BROGAN,                              )
RICHARD VIEIRA, ELIZABETH R. HEFFLER,                            )
OFFICER THOMAS W. VITALE, JOHN C. FRISSORE,                      )
S. CHRISTOPHER SALIS, JOSEPH N. HAYES, AMY                       )
COUGHLIN, JAMES M. ORDWAY, ELIZABETH                             )
M. BLANCHARD, DIANE MORRILL, BRIAN A.                            )
BOSSELMAN, JAMES P. QUILTY,  BRIAN D.                            )
INGHAM, JOHN W. DOHERTY, JR., JOHN P.                            )
HASWELL, ROBERT A. HOFFMAN JR., LEONARD                          )
JENNINGS, CHRISTIAN RODRIGUEZ, JAMES F.                          )
KEOHANE, RICHARD P. HALLORAN, JR., ALLAN W.                      )
GRAHAM, JR., VINCENT FORDE, JAMES M. LINTON,                     )
ROBERT J. WHITE, WILLIAM A. GEISSLER, EDWARD                     )
ARENA, HOWARD L. HARPER, KEVIN J.                                )
DELEHANTY, RONALD D. RICHARDSON, ARTHUR                          )
PEROS, CARA M. ROSSI-CAFARELLI, DOUGLAS                          )
MCDONNELL, SCOTT SMITH, BRETT CONAWAY,                           )
ANTHONY M. GAIESKI, KENNETH FITZGERALD and                       )
                                                                 )
BRIAN C. GRASSEY, LEAD PLAINTIFF for                             )
SUPERIOR OFFICER PLAINTIFFS, including SUPERIOR                  )
OFFICERS DANIEL L. O'CALLAGHAN, ROBERT D.                        )
DUNLOP, MARK V. ST. HILAIRE, THOMAS G. LAMONT,                   )
ALFRED B. GRASSEY, PETER E. MASON, ROBERT L.                     )
DAVIS, JR., LAWRENCE J. FLEMING, LEO J.                          )
FITZPATRICK, JR., NICHOLAS S. MABARDY, SERGEANT                  )
RICHARD P. DOUGLAS, PAUL W. THOMPSON,                            )
JEFFREY E. LONGTINE, STEVEN J. PAGLIARULO,                       )
BRIAN G. LAUZON, ALFRED F. MORAN,                                )
                                                                 )
     Plaintiffs                                                  )
v.                                                               )
                                                                 )
TOWN OF NATICK, NATICK POLICE DEPARTMENT                         )
and DENNIS R. MANNIX in his capacity as CHIEF OF                 )
POLICE,                                                          )
     Defendants                                                  )
_____)

## DEFENDANTS ASSENTED TO MOTION TO RE-SCHEDULE
## THE SCHEDULING CONFERENCE

Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, hereby respectfully move the Court to re-schedule the scheduling conference from its current date, February 17, 2004, until a later date set by the Court.

As grounds therefore, Defendants state that their lead counsel will be out of the state on pre-planned and pre-paid travel from February 15, 2005 to February 18, 2005.  In further support of this motion, the undersigned attorney states that she has discussed this motion with counsel for the Plaintiff and has determined that he assents to this motion.  This is the parties first request for an extension of this conference.

WHEREFORE, the Defendants move the Court to re-schedule the scheduling conference in this matter as stated above.


The Defendants,
TOWN OF NATICK,
NATICK POLICE DEPARTMENT,
and DENNIS R. MANNIX
in his capacity as CHIEF OF POLICE,
By their attorneys,


/s/ Rebecca L. Andrews
Rebecca Andrews, Esq. BBO# 644846
William P. Breen, Jr., Esq. BBO # 558768
Joseph Bartulis, Esq. BBO # 561025
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

The undersigned attorney certifies that prior to filing the above motion, she conferred in good faith with Plaintiff's counsel to narrow the issues raised by this motion. The undersigned attorney has determined that Plaintiff's counsel assents to the present motion.

/s/ Rebecca L. Andrews
Rebecca L. Andrews