UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

_____

```
                                                            )
ROBERT F. MURPHY, III, lead plaintiff for                   )
patrol officer plaintiffs, including PATROL OFFICERS        )
EDWARD KERAISSEY, DANIEL R. BROGAN,                         )
RICHARD VIEIRA, ELIZABETH R. HEFFLER,                       )
OFFICER THOMAS W. VITALE, JOHN C. FRISSORE,                 )
S. CHRISTOPHER SALIS, JOSEPH N. HAYES, AMY                  )
COUGHLIN, JAMES M. ORDWAY, ELIZABETH                        )
M. BLANCHARD, DIANE MORRILL, BRIAN A.                       )
BOSSELMAN, JAMES P. QUILTY,  BRIAN D.                       )
INGHAM, JOHN W. DOHERTY, JR., JOHN P.                       )
HASWELL, ROBERT A. HOFFMAN JR., LEONARD                     )
JENNINGS, CHRISTIAN RODRIGUEZ, JAMES F.                     )
KEOHANE, RICHARD P. HALLORAN, JR., ALLAN W.                 )
GRAHAM, JR., VINCENT FORDE, JAMES M. LINTON,                )
ROBERT J. WHITE, WILLIAM A. GEISSLER, EDWARD                )
ARENA, HOWARD L. HARPER, KEVIN J.                           )
DELEHANTY, RONALD D. RICHARDSON, ARTHUR                     )
PEROS, CARA M. ROSSI-CAFARELLI, DOUGLAS                     )
MCDONNELL, SCOTT SMITH, BRETT CONAWAY,                      )
ANTHONY M. GAIESKI, KENNETH FITZGERALD and                  )
                                                            )
BRIAN C. GRASSEY, LEAD PLAINTIFF for                        )
SUPERIOR OFFICER PLAINTIFFS, including SUPERIOR             )
OFFICERS DANIEL L. O'CALLAGHAN, ROBERT D.                   )
DUNLOP, MARK V. ST. HILAIRE, THOMAS G. LAMONT,              )
ALFRED B. GRASSEY, PETER E. MASON, ROBERT L.                )
DAVIS, JR., LAWRENCE J. FLEMING, LEO J.                     )
FITZPATRICK, JR., NICHOLAS S. MABARDY, SERGEANT             )
RICHARD P. DOUGLAS, PAUL W. THOMPSON,                       )
JEFFREY E. LONGTINE, STEVEN J. PAGLIARULO,                  )
BRIAN G. LAUZON, ALFRED F. MORAN,                           )
                                                            )
        Plaintiffs                                          )
v.                                                          )
                                                            )
TOWN OF NATICK, NATICK POLICE DEPARTMENT                    )
and DENNIS R. MANNIX in his capacity as CHIEF OF            )
POLICE,                                                     )
        Defendants                                          )
_____)
```

## DEFENDANTS' ASSENTED TO MOTION TO RE-SCHEDULE
## THE SCHEDULING CONFERENCE

Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX, in his capacity as CHIEF OF POLICE, hereby respectfully move the Court to re-schedule the scheduling conference from its current date, July 13, 2005, until a later date set by the Court.

As grounds for this motion, the Defendants state that their lead counsel will be out of state on pre-planned travel July 13, 2005 through July 15, 2005.  As further grounds for this motion, the Defendants state that prior to filing the present motion they conferred with Attorney Jack J. Canzoneri, who represents each of the Plaintiffs, concerning the requested extension and obtained his assent to the relief requested in this motion.

WHEREFORE, the Defendants respectfully move the Court to re-schedule the scheduling conference in this matter as stated above.

Respectfully submitted,

The Defendants,
TOWN OF NATICK, NATICK POLICE
DEPARTMENT, and DENNIS R. MANNIX
in his capacity as CHIEF OF POLICE,
By their attorneys,

/s/ Rebecca L. Andrews
William P. Breen, Jr., Esq. BBO # 558768
Joseph Bartulis, Esq. BBO # 561025
Rebecca Andrews, Esq. BBO # 644846
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

 The undersigned attorney hereby certifies that prior to filing the present motion, she conferred in good faith with Plaintiffs' counsel, Jack J. Canzoneri, Esq. to narrow any disputed issues raised by the present motion.

        /s/ Rebecca L. Andrews
        Rebecca L. Andrews