THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

USDC Case No:
04-11996 RGS

Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, including Patrol Officers Edward Keraissey, Daniel R. Brogan, Richard Vieira, Elizabeth R. Heffler, Office Thomas W. Vitale, John C. Frissore, S. Christopher Salis, Joseph N. Hayes, Amy Coughlin, James M. Ordway, Elizabeth M. Blanchard, Diane Morrill, Brian A. Bosselman, James P. Quilty, Brian D. Ingham, John W. Doherty, Jr., John P. Haswell, Robert A. Hoffman Jr., Leonard Jennings, Christian Rodriquez, James F. Keohane, Richard P. Halloran, Jr., Allan W. Graham, Jr., Vincent Forde, James M. Linton, Robert J. White, William A. Geissler, Edward Arena, Howard L. Harper, Kevin J. Delehanty Ronald D. Richardson, Arthur Peros, Cara M. Rossi-Cafarelli, Douglas McDonnell, Scott Smith, Brett Conaway, Anthony M. Gaieski, Kenneth Fitzgerald, and

Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, including Superior Officers Daniel L. O'Callaghan, Robert D. Dunlop, Mark V. St. Hilaire, Thomas G. Lamont, Alfred B. Grassey, Peter E. Mason, Robert L. Davis, Jr., Lawrence J. Fleming, Leo J. Fitzpatrick, Jr., Nicholas S. Mabardy, Sergeant Richard P. Douglas, Paul W. Thompson, Jeffrey E. Longtine, Steven J. Pagliarulo, Brian G. Lauzon, Alfred F. Morgan,

   Plaintiffs

 v.

Town of Natick, Natick Police Department, and Dennis R. Mannix in his capacity as Chief of Police,

   Defendants

**ASSENTED-TO MOTION OF PLAINTIFFS TO AMEND COMPLAINT**

Pursuant to FRCP Rule 15(a) Plaintiffs by this motion seek leave of court to amend the original complaint filed in the above-captioned matter to the form simultaneously filed with this motion and incorporated by reference entitled "First Amended Complaint Of Violation Under The Fair Labor Standards Act." Plaintiffs state there is good cause to grant this motion in that the First Amended Complaint clarifies and narrows the complaint allegations and eliminates the original first count. Defendants assent to this motion.

WHEREFORE, Plaintiffs respectfully file this motion for leave of court under FRCP Rule 15(a) allowing Plaintiffs' to file the aforementioned First Amended Complaint Of Violation Under The Fair Labor Standards Act.

Respectfully submitted,

For Plaintiffs,

By Plaintiffs' Counsel

Jack J. Canzoneri, BBO #564126
McDonald & Associates
153 Cordaville Road, Suite 210
Southborough, Massachusetts 01772
(508) 485-6600

Dated: July 11, 2005

## Local Rule 7.1(A) (2) Certification

I, Jack J. Canzoneri, hereby certify that I have conferred with opposing counsel regarding the above motion and determined that said counsel assents to this motion.,

Dated: July 11, 2005

_____
Jack J. Canzoneri, BBO #564126

## Certificate of Service

I, Jack J. Canzoneri, hereby certify that I have this day by first class mail, postage prepaid, served a copy of the Plaintiffs' First Amended Complaint Of Violation Under The Fair Labor Standards Act upon Williams P. Breen, Jr. Esq., Joseph T. Bartulis, Jr., and Rebecca L. Andrews, Esq., counsel for the Defendants in the above-captioned matter.

Dated: July 11, 2005

_____
Jack J. Canzoneri, BBO #564126