THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

USDC Case No: 04-11996RGS

Robert F. Murphy, III, et al.
& Brian Grassey et al.,

      Plaintiffs,

v.

Town of Natick et al.,

      Defendants

**PARTIES' JOINT MOTION TO ENLARGE
DEADLINES IN COURT'S SCHEDULING ORDER**

Pursuant to FRCP Rule 6(b) the parties in the above-captioned matter jointly move for an enlargement in the existing deadlines set by the court on July 27, 2005 as follows: [1]

- All fact discovery to be completed by December 1, 2005

- All dispositive motions to be filed by January 6, 2005 with responses due three weeks thereafter.

The parties respectfully request an enlargement of 90 days with respect to the foregoing deadlines and state that there is good cause to grant this motion.  Plaintiffs served thirty-nine (39) Requests For Admissions (RFA) upon Defendants on November 2, 2005.  Plaintiffs state that those RFAs are intended

---

[1] The specific docket entry of July 27, 2005 reads: "Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns: Further Scheduling Conference held on 7/27/2005. Atty. Canzoneri present for the plaintiffs. Attys. Breen and Andrews present for the defts. All fact discovery shall be completed by 12-1-05; dispositive motions shall be filed by 1-6-06, with responses due 3 weeks thereafter. If experts are needed, the Court will modify

to elicit responses from the Defendants which will define more clearly areas of controversy, both with respect to legal principles and facts, as relate to each element of Plaintiffs case. Defendants' responses to those in turn will aid the parties in identifying the specific areas that require depositions and interrogatories. The parties therefore request that the court permit additional time for this to occur so that the parties are not forced to engage in discovery over matters that are not in dispute. The RFA process should result in an analysis and response that furthers that objective. In addition, assuming that there are several areas identified as controversial fact and legal issues, then the parties will need approximately two months to complete depositions and prepare for motions for summary judgment. Accordingly, the parties have requested a 90 day enlargement in time for discovery and submission of dispositive motions.

WHEREFORE, the parties jointly move for an enlargement in the existing deadlines by 100 days, with new deadlines as follows:

- All fact discovery to be completed by February 10, 2005; and,

- All dispositive motions to be filed by March 10, 2006 with responses due three weeks thereafter.

---

the scheduling order after the dispositive motions have been dealt with by the Court. (Court Reporter None.) (Johnson, Mary) Modified on 7/27/2005 (Johnson, Mary). (Entered: 07/27/2005)."

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| For Plaintiffs, | For Plaintiffs, |
| By Plaintiffs' Counsel: | By Defendants' Counsel: |
| /s/ Jack J. Canzoneri | /s/ Rebecca L. Andrews |
| Jack J. Canzoneri, BBO #564126 | William P. Breen, Jr., BBO#558768 |
| McDonald & Associates | Rebecca L. Andrews, BBO#644846 |
| 153 Cordaville Road, Suite 210 | Murphy, Hesse, Toomey |
| Southborough, Massachusetts 01772 | & Lehane, LLP |
| | 300 Crown Colony Drive, Suite 410 |
| (508) 485-6600 | Quincy, MA 02169 |
| | (617) 479-5000 |
| Dated:  November 23, 2005 | Dated:  November 23, 2005 |