THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>      Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>      Defendants | Docket No.: 04-11996RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendants Town of Natick, Natick Police Department and Chief of Police Dennis R. Mannix.

            Respectfully submitted,

            /s/ Rebecca L. Andrews
            Rebecca L. Andrews, Esq., BBO #644846
            Murphy, Hesse, Toomey & Lehane, LLP
            300 Crown Colony Drive, Suite 410
            Quincy, MA 02110
            (617)479-50000

Date:   March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                               /s/ Rebecca L. Andrews  
                                               Rebecca L. Andrews