THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.:  04-11996 RGS |

**NOTICE OF FIRM NAME CHANGE FOR PLAINTIFFS' COUNSEL**

Attorneys Alan J. McDonald and Jack J. Canzoneri have previously filed an appearance as counsel for Plaintiffs in the above-captioned matter.  Please be advised that the firm name for said attorneys has changed to the following:

McDonald Lamond & Canzoneri

The remaining information on record (address, telephone, etc.) for Plaintiffs' counsel remains the same.

Respectfully submitted,

For Plaintiffs,

By their attorneys,

/s/ *Jack J. Canzoneri*
Jack J. Canzoneri, BBO #564126
McDonald Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Dated:  March 15, 2006

1

## CERTIFICATE OF SERVICE

    I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the forgoing Notice Of Firm Name Change For Plaintiffs's Counsel upon opposing counsel upon Williams P. Breen, Jr. Esq., Joseph T. Bartulis, Jr., Esq., and Rebecca L. Andrews, Esq., counsel for the Defendants in the above-captioned matter.


Dated:  March 15, 2006           */s/ Jack J. Canzoneri*  
                                                   Jack J. Canzoneri