THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>　　　　　　　　　　Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>　　　　　　　　　　Defendants | Docket No.: 04-11996RGS |

**DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS (ASSENTED TO)**

Defendants, Town Of Natick, Natick Police Department, and Dennis R. Mannix in his capacity as Chief of Police, respectfully move this Court to extend their time to file their response to Plaintiffs' Third Request For Admissions by 45 days, through and including Friday, June 2, 2006. As grounds for this motion, the Defendants states that current lead counsel is leaving Murphy, Hesse, Toomey & Lehane, and they require additional time in order to prepare new counsel to take over the matter and prepare a response to Plaintiffs' Request.  In so doing, no person or party will suffer prejudice by reason of the extension requested.

The Defendants further state that prior to filing the present motion they conferred with Attorney Jack J. Canzoneri, who represents each of the Plaintiffs, concerning the requested extension and obtained his assent to the relief requested in this motion.

Respectfully Submitted,

| The Defendants, | The Plaintiffs, |
| By their attorneys, | By their attorney, |

/s/ William P Breen, Jr.  
William P. Breen, Jr., BBO # 558768  
John P. Flynn, BBO# 172640  
MURPHY, HESSE, TOOMEY  
 & LEHANE, LLP  
300 Crown Colony Drive, Suite 410  
Quincy, MA 02169  
(617) 479-5000  

/s/ Jack J. Canzoneri  
Jack J. Canzoneri, BBO#564126  
McDonald & Associates  
153 Cordaville Road, Suite 210  
Southborough, MA 01772  
(508) 485-6600  

Dated: April 12, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on April 12, 2006.

                                                /s/ William P. Breen, Jr.
                                                William P. Breen, Jr.