UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and<br><br>BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al.,<br><br>    Plaintiffs<br>v.<br><br>TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

William P. Breen, Jr., hereby serves notice of his withdrawal as counsel for Defendants Town of Natick, Natick Police Department, and Chief of Police Dennis R. Mannix.

    Respectfully submitted,
    The Defendants,
    TOWN OF NATICK, NATICK POLICE
    DEPARTMENT, and DENNIS R. MANNIX
    in his capacity as CHIEF OF POLICE,
    By their attorneys,


    /s/ William P. Breen, Jr.
    William P. Breen, Jr., BBO# 558768
    MURPHY, HESSE, TOOMEY & LEHANE, LLP
    300 Crown Colony Drive, Suite 410
    Quincy, MA 02169
    (617) 479-5000

Dated: April 12, 2006

**CERTIFICATE OF SERVICE**

     I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on April 12, 2006

                                        /s/ William P. Breen, Jr.
                                        William P. Breen