| | | |
|---|---|---|
| **MURPHY, HESSE, TOOMEY & LEHANE, LLP** <br> **Attorneys At Law** | Arthur P. Murphy <br> James A. Toomey <br> Katherine A. Hesse <br> Michael C. Lehane <br> John P. Flynn <br> Regina Williams Tate <br> Edward F. Lenox, Jr. <br> Mary Ellen Sowyrda <br> David A. DeLuca <br> Ann M. O'Neill <br> Donald L. Graham <br> Andrew J. Waugh <br> Geoffrey P. Wermuth <br> Doris R. MacKenzie Ehrens | Lorna M. Hebert <br> Joseph T. Bartulis, Jr. <br> Clifford R. Rhodes, Jr. <br> Kathryn M. Murphy <br> Stacey G. Bloom <br> Thomas W. Colomb <br> Monica Swanson Tesler <br> Jennifer N. Geosits <br> Michael J. Pacinda <br> Jason M. Gesing <br> Bryan R. LeBlanc <br> Kathryn M. Martin <br> Kevin F. Bresnahan <br> Kathleen E. Yaeger |

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

*Please Respond to Quincy*

**Filed Electronically**                                                              May 5, 2006

Elaine Flaherty, Courtroom Clerk
United States District Court for the District of Massachusetts
Moakley U.S. Courthouse
Suite 7130
1 Courthouse Way
Boston, MA 02210

RE:    <u>Murphy et al. & Grassey et al. v. Town of Natick</u>, No. 04-11996RGS

Dear Ms. Flaherty:

We have just discovered an error in the docket for this matter, and are writing to correct that error. On February 6, 2006, Attorney Andrews, formerly of this firm, attempted to e-file the Parties' Joint Motion to Enlarge Deadlines (PACER Doc. #18). That document would moved for an enlargement of the discovery and dispositive motion deadlines by 9 months, in order to deal with the size and complexity of the case. Unfortunately, instead of the new motion with updated deadlines being filed, the parties November 23, 2005, Joint Motion (PACER Doc. #17), was re-filed. This error is confirmed by checking the date on the signature page of PACER Doc. #18, which is dated November 23, 2005.

Attached herewith, and being filed today, is the correct document, the Parties' Joint Motion to Enlarge Deadlines. This motion proposes to extend fact discovery until October 11, 2006, and the deadline for dispositive motions until November 11, 2006, as was originally intended by the parties. Please take whatever action is necessary to update and correct the docket, to reflect the updated deadlines.

**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
    **Attorneys At Law**

Elaine Flaherty
May 5, 2006
p. 2

Feel free to contact me with any questions.

Sincerely,


<u>/s/ Joseph Bartulis, Jr.</u>
Joseph Bartulis, Jr.


cc:    John Flynn, Esq.
       Jack Canzoneri, Esq.