THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>                    Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>                    Defendants | Docket No.: 04-11996RGS |

**PARTIES' JOINT MOTION TO ENLARGE DEADLINES**

Pursuant to F.R.C.P. Rule 6(b), the parties in the above-captioned matter jointly move for an enlargement in the ***existing deadlines*** set by the Court's order on December 8, 2005 which are as follows:

- All fact discovery to be completed by February 10, 2006; and

- All dispositive motions to be filed by March 10, 2006, with responses due three (3) weeks thereafter.

The parties respectfully request an enlargement of the foregoing deadlines and state that there is good cause to grant this motion. The parties are in the midst of attempting to resolve issues relating to the Plaintiffs' thirty-nine (39) Requests for Admissions which were served on November 2, 2005. These Admissions pertain to each individually named Plaintiff and

encompass a wide variety of factual and legal issues. The Plaintiffs drafted the admissions to elicit responses from the Defendants which will more clearly define the areas of controversy. The Defendants expended considerable time and effort responding to these admissions and served their responses on the Plaintiffs on December 21, 2005. The parties disagree at present as to the adequacy of the Defendants' responses to the admissions as they are presently drafted. The parties are attempting to resolve this controversy. To date, counsel for the parties have had several phone conferences to discuss the matter, and have devised a solution requiring further responses to additional requests for Admissions propounded by Plaintiffs.

Additionally, if further discovery is required, as looks likely, the Defendants believe that it will be necessary to depose each individual Plaintiff in order to adequately assess the validity of his/her claims and to prepare for trial. Given that there are fifty-six plaintiffs, most of whom are active duty police officers, it will take a considerable amount of time to prepare for, schedule, and conduct all of the necessary depositions. Accordingly, the parties request a nine (9) month enlargement in time for fact discovery and submission of dispositive motions. The parties request this realistic enlargement of time, which is necessary given the complexity of the case and the number of the Plaintiffs, to lessen the likelihood that further motions requesting additional time to the Court will prove necessary.

WHEREFORE, the parties jointly move for an enlargement in the existing deadlines of nine months, with *new deadlines* as follows:

- All fact discovery to be completed by November 11, 2006; and
- All dispositive motions to be filed by December 11, 2006, with responses due three (3) weeks thereafter.

Respectfully Submitted,

| The Defendants, | The Plaintiffs, |
| By their attorneys, | By their attorney, |

/s/ Joseph Bartulis, Jr.  /s/ Jack J. Canzoneri
Joseph Bartulis, Jr., BBO# 561025    Jack J. Canzoneri, Esq., BBO #564126
MURPHY, HESSE, TOOMEY    McDonald & Associates
& LEHANE, LLP    153 Cordaville Road, Suite 210
300 Crown Colony Drive, Suite 410    Southborough, MA 01772
Quincy, MA 02169    (508) 485-6600
(617) 479-5000

Dated: May 5, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on May 5, 2006.

                                            /s/ Joseph Bartulis, Jr.
                                            Joseph Bartulis, Jr.