UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and<br><br>BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al.,<br><br>    Plaintiffs<br>v.<br><br>TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of John P. Flynn as Counsel on behalf of the Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, in connection with the above-captioned matter.

                                              The Defendants,
                                              TOWN OF NATICK, NATICK POLICE
                                              DEPARTMENT, and DENNIS R. MANNIX
                                              in his capacity as CHIEF OF POLICE,
                                              By their attorneys,


                                              /s/ John P. Flynn
                                              John P. Flynn, BBO# 172640
                                              MURPHY, HESSE, TOOMEY & LEHANE, LLP
                                              300 Crown Colony Drive, Suite 410
                                              Quincy, MA 02169
                                              (617) 479-5000

Dated: June 6, 2006

## CERTIFICATE OF SERVICE

     I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 6, 2006

                                      /s/ John P. Flynn
                                      John P. Flynn