THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Robert F. Murphy, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al. and,

Brian C. Grassey, Lead Plaintiff for
Superior Officer Plaintffs, et al.,

    Plaintiffs,

v.                                              USDC Case No.: 04-11996 RGS

Town of Natick, et al.

    Defendants

## PLAINTIFFS' THIRD REQUEST FOR ADMISSIONS
## UPON DEFENDANT TOWN OF NATICK
## PURSUANT TO FRCP RULE 36
### RFA Nos. 41 Through 96

### INTRODUCTION

Pursuant to Rule 36, Fed. R. of Civ. Proc., Plaintiffs in the above-captioned matter respectfully request that Defendant Town of Natick ("Town") respond to this Third Request For Admissions (RFA Nos. 41 through 96) set forth below within thirty (30) days or less. Plaintiffs incorporate by reference from their First Request For Admissions the introductory statements, attachments, and definitions set forth therein, as well as the RFAs contained therein to the extent that they are necessary context for understanding the RFAs below. Further Plaintiffs reiterate here that they incorporate by reference all requirements of Rule 36 as pertain to the obligations of Defendant in responding to these requests (e.g., <u>"A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an</u>

**ATTACHMENT 3**

answer or deny only a part of the matter of which an admission is required, the party shall specify so much of it as is true and qualify or deny the remainder."; FRCP Rule 36(a)¶2.)

## REQUEST FOR ADMISSIONS

**RFA Nos. 41 through 96:** For each workweek from September 15, 2001 to present, each of the Plaintiffs identified below (i.e., one through fifty-six) have been employed by the Town in its police department as non-exempt employees within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§213(a)(1), such that the Town has been obliged for each such workweek to provide overtime compensation to each such Plaintiff where they worked over forty-hours per week pursuant to the FSLA, 29 U.S.C. §207:

| | |
|---|---|
| **Plaintiff No. 1** | Robert F. Murphy, III |
| **Plaintiff No. 2** | Edward Keraissey |
| **Plaintiff No. 3** | Daniel R. Brogan |
| **Plaintiff No. 4** | Richard Vieira |
| **Plaintiff No. 5** | Elizabeth R. Heffler |
| **Plaintiff No. 6** | Thomas W. Vitale |
| **Plaintiff No. 7** | John C. Frissore |
| **Plaintiff No. 8** | S. Christopher Salis |
| **Plaintiff No. 9** | Joseph N. Hayes |
| **Plaintiff No. 10** | Amy Coughlin |
| **Plaintiff No. 11** | James M. Ordway |
| **Plaintiff No. 12** | Elizabeth M. Blanchard |

| | |
|---|---|
| **Plaintiff No. 13** | Diane Morrill |
| **Plaintiff No. 14** | Brian A. Bosselman |
| **Plaintiff No. 15** | James P. Quilty |
| **Plaintiff No. 16** | Brian D. Ingham |
| **Plaintiff No. 17** | John W. Doherty, Jr. |
| **Plaintiff No. 18** | John P. Haswell |
| **Plaintiff No. 19** | Robert A. Hoffman Jr. |
| **Plaintiff No. 20** | Leonard Jennings |
| **Plaintiff No. 21** | Christian Rodriquez |
| **Plaintiff No. 22** | James F. Keohane |
| **Plaintiff No. 23** | Richard P. Halloran, Jr. |
| **Plaintiff No. 24** | Allan W. Graham, Jr. |
| **Plaintiff No. 25** | Vincent Forde |
| **Plaintiff No. 26** | James M. Linton |
| **Plaintiff No. 27** | Robert J. White |
| **Plaintiff No. 28** | William A. Geissler |
| **Plaintiff No. 29** | Edward Arena |
| **Plaintiff No. 30** | Howard L. Harper |
| **Plaintiff No. 31** | Kevin J. Delehanty |
| **Plaintiff No. 32** | Ronald D. Richardson |
| **Plaintiff No. 33** | Arthur Peros |
| **Plaintiff No. 34** | Cara M. Rossi-Cafarelli |
| **Plaintiff No. 35** | Douglas McDonnell |

| | |
|---|---|
| **Plaintiff No. 36** | Scott Smith |
| **Plaintiff No. 37** | Brett Conaway |
| **Plaintiff No. 38** | Anthony M. Gaieski |
| **Plaintiff No. 39** | Kenneth Fitzgerald |
| **Plaintiff No. 40** | Brian C. Grassey |
| **Plaintiff No. 41** | Daniel L. O'Callaghan |
| **Plaintiff No. 42** | Robert D. Dunlop |
| **Plaintiff No. 43** | Mark V. St. Hilaire |
| **Plaintiff No. 44** | Thomas G. Lamont |
| **Plaintiff No. 45** | Alfred B. Grassey |
| **Plaintiff No. 46** | Peter E. Mason |
| **Plaintiff No. 47** | Robert L. Davis, Jr. |
| **Plaintiff No. 48** | Lawrence J. Fleming |
| **Plaintiff No. 49** | Leo J. Fitzpatrick, Jr. |
| **Plaintiff No. 50** | Nicholas S. Mabardy |
| **Plaintiff No. 51** | Richard P. Douglas |
| **Plaintiff No. 52** | Paul W. Thompson |
| **Plaintiff No. 53** | Jeffrey E. Longtine |
| **Plaintiff No. 54** | Steven J. Pagliarulo |
| **Plaintiff No. 55** | Brian G. Lauzon |
| **Plaintiff No. 56** | Alfred F. Morgan |

Respectfully submitted,

For Plaintiffs,

By their attorneys,

_____
Jack J. Canzoneri, BBO #564126
McDonald Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Dated: March 16, 2006