**McDonald, Lamond & Canzoneri**
Attorneys at Law
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772-1834

Alan J. McDonald
James F. Lamond
Jack J. Canzoneri
Mark A. Hickernell
Olinda R. Marshall
Jason R. Powalisz

Of Counsel
Emily J. Novick
Martin Kantrovitz

Tel. (508) 485-6600
(617) 928-0080
FAX (508) 485-4477
(617) 928-0081

In Memoriam
Vida K. Berkowitz
(1994-2005)

June 6, 2006

**VIA EMAIL (PDF File) AND FIRST CLASS MAIL**

John P. Flynn, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA  02169

Re: Robert F. Murphy, III, and Brian C. Grassey (Lead Plaintiffs)
v.  Town of Natick, Natick Police Department and Dennis R. Mannix in his capacity of Chief of Police
USDC Civil Action 04-11996 RGS

Dear Attorney Flynn:

In a further attempt to resolve our pending differences relating to the Town's response to Plaintiffs' First and Third Requests For Admissions, I am enclosing and serving upon you this Fourth Request For Admissions (RFA Nos. 97 through 368).  A key objection that the Town has made relating to the requests not being itemized by Plaintiff.  The format of the Fourth RFA addresses that issue.  I continue to reserve all rights of Plaintiffs as pertain to Plaintiffs' belief that the Town's responses to the First and Third RFAs was unsatisfactory as a matter of law.

Thank you.

Very truly yours,

Jack J. Canzoneri

JJC/sh
Enclosure
cc: Robert F. Murphy, III, President, NPOA
Brian Grassey, President, IBPO, L622