UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and <br><br> BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al., <br><br>     Plaintiffs <br> v. <br><br> TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, <br><br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **DEFENDANTS' MOTION FOR STATUS CONFERENCE**

Defendants hereby respectfully request that this Court schedule a Status Conference in this matter, so that they may update the Court on the current status, and so that the Court can set forth further scheduling deadlines. The parties originally sought an extension of the existing Scheduling Order in February 2006, before the discovery deadline and the deadline for filing dispositive motions had passed, but Counsel for the Defendants inadvertently e-filed the incorrect motion with the wrong deadlines. After noticing the error, the parties wrote to the Court in May 2006 explaining the mistake, and resubmitted the correct motion. The Court denied that motion as untimely on June 20, 2006. Defendants hereby respectfully request that the Court schedule a Status Conference, so they can update the Court on the status of this matter, and the Court can set a schedule for going forward.

This complex action, involving 56 plaintiffs and multiple claims, was filed in September 2004, and the parties have been making progress in narrowing the issues through discovery. However, due to disputes between the parties about the completeness of some responses to Requests for Admissions, which dispute was recently resolved by this Court, they have not yet completed discovery.

On November 23, 2005, the parties filed a Joint Motion to Enlarge Deadlines in Court's Scheduling Order (Docket #17).  That motion requested an enlargement of time for all fact discovery to the completed by February 10, 2006 and all dispositive motions to be filed by March 10, 2006 with responses due three weeks thereafter.  That motion was filed, in part, because of an issue over the completeness of Defendants' responses to Plaintiffs' Requests for Admissions.  In an effort to resolve that dispute, the parties had several discussions.  Eventually, they agreed that Plaintiffs would serve addition requests, which were so served in April, 2006.[1]  In the meantime, the discovery deadline was approaching.  On February 6, 2006, the parties filed a Joint Motion to Enlarge Deadlines (Docket #18).  The text of the motion, which was agreed upon by counsel for the parties, requested an enlargement of time for all fact discovery to be completed by November 11, 2006 and all dispositive motions to be filed by December 11, 2006.   Unfortunately, due to an inadvertent error, the **prior** motion, filed in November (the "November Motion"), was sent through the e-filing system.  The November Motion had requested an enlargement of time to February 10, 2006 for completion of discovery and an enlargement of time to March 10, 2006 to file dispositive motions.[2]  The Motion which had been agreed upon by counsel for the parties,

---

[1] Issues relating to the completeness of Defendants' responses to Plaintiffs' First and Third Requests for Admissions were just resolved by this Court on June 30, 2006.

[2] The November Motion was allowed by this Court, Stearns, J., on December 8, 2005.

and which should have been filed with the Court in February 2006, requested an enlargement of time for completion of fact discovery to November 11, 2006 and enlargement of time for filing of dispositive motions to December 11, 2006.

The incorrect Motion was filed by counsel for the Defendants in February 2006. Counsel for the Defendants accepts responsibility for that error. Neither party, nor the court, noticed the error, which was entirely inadvertent. The parties proceeded as if the discovery deadline was indeed November 11, 2006.[3]

In early May 2006, the Plaintiff's counsel noticed the error in the filing and counsel for Defendants sent a letter of explanation to the Court (Docket #23), along with the motion they had intended to file in February 2006 (Docket #24), namely, the Motion to enlarge the time for completion of fact discovery to November 11, 2006 and to enlarge the time file dispositive motions to December 11, 2006. That motion was denied on June 15, 2006, as being untimely.

Defendants hereby request that the Court schedule a Status Conference, so the parties may more fully update this Court on the status of the matter, and the Court may set forth further scheduling deadlines. As the case currently stands, the parties will not be able to complete discovery, or file dispositive motions. Defendants respectfully submit that such a result would not serve the interest of this Court or the parties. It would prevent the parties from further narrowing the issues in this case in order to facilitate either a resolution of the claims by the parties, or a disposition of the case by motion.

Counsel for the Plaintiff has readily agreed to prior requests for additional time for the

---

[3] In fact, prior to the June 15, 2006 denial of further extensions, counsel for Plaintiffs has served Defendants with further Request for Admissions, Document Production Requests, Interrogatories, and a Notice of Deposition for Chief Mannix. Defendants plan on deposing many, if not all, of the 56 Plaintiffs.

Defendants to respond to Plaintiffs' First and Third Requests for Admissions in this case. Given this fact, and the fact that the aforementioned requests for enlargement of time were joint requests, the parties are working together to resolve this problem.

WHEREFORE, Defendants move this Court to schedule a Status Conference to discuss these issues more fully and to establish a schedule for further proceedings.

                                     Respectfully Submitted,
                                     The Defendants,
                                     By their attorneys,

                                   /s/ John P. Flynn
                                   John P. Flynn, BBO # 172640
                                   MURPHY, HESSE, TOOMEY
                                         & LEHANE, LLP
                                   300 Crown Colony Drive, Suite 410
                                   Quincy, MA 02169
                                   (617) 479-5000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, John P. Flynn, hereby certify that I have conferred with opposing counsel in an effort to resolve how the parties should present this request for a Status Conference to the Court.  Although the parties agree on the need for such a Conference, they were not able to agree on how that request was to be presented.

                                   /s/ John P. Flynn
                                   John P. Flynn

## CERTIFICATE OF SERVICE

      I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 11, 2006

                              /s/ John P. Flynn
                              John P. Flynn