UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996-RGS

ROBERT F. MURPHY, III, LEAD PLAINTIFF FOR
PATROL OFFICER PLAINTIFFS, et al., AND
BRIAN C. GRASSEY, LEAD PLAINTIFF FOR
SUPERIOR COURT PLAINTIFFS, et al.

v.

TOWN OF NATICK, et al.

ORDER ON JOINT MOTIONS FOR STATUS CONFERENCE

July 13, 2006

STEARNS, D.J.

The parties move for a status conference to clarify the status of the now expired Scheduling Order. The parties state that a motion to enlarge the schedule previously allowed misstated the dates the parties feel are necessary to complete full discovery. The court will consider a jointly proposed revision of the schedule, which the parties are directed to submit within ten (10) days of this Order. The court will then consider whether a status conference is necessary.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE