THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

USDC CASE NO: 04-11996RGS

Robert F. Murphy, III, Lead Plaintiff for )
Patrol Officer Plaintiffs, et al. )

and )

Brian C. Grassey, Lead Plaintiff for )
    Superior Officer Plaintiffs, et al. )

    Plaintiffs, )

v. )

Town of Natick, et al. )

    Defendants. )

## JOINT MOTION FOR REVISION OF SCHEDULING ORDER

The parties respectfully request that this Court issue a revised Scheduling Order, which provides as follows:

- All fact discovery shall be completed one hundred twenty (120) days from the date of the Court's revised Scheduling Order

- All dispositive motions shall be filed one (1) month after the completion date for discovery established by the Court's revised Scheduling Order

With fifty-six (56) Plaintiffs this case involves complex legal issues and factual issues with varying evidence and the possibility, if not the likelihood, of different exposure to liability and damages. The parties respectfully submit that the proposed

revision of the schedule will allow the parties to significantly narrow the issues in this case for settlement, summary judgment and/or trial.

**WHEREFORE**, the parties jointly move that this Court issue a revised Scheduling Order which provides as follows:

- All fact discovery shall be completed by one hundred twenty (120) days from the date of the Court's revised Scheduling Order.

- All dispositive motions shall be filed one (1) month after the completion date for discovery established by the Court's revised Scheduling Order.

Respectfully submitted,

| The Plaintiffs,<br>by their attorney, | The Defendants,<br>by their attorney, |
|---|---|
| *Jack J. Canzoneri (JPF)* | *John P. Flynn* |
| Jack J. Canzoneri, BBO# 564126<br>McDonald, Lamond & Canzoneri<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01772-1834<br>508-485-6600 | John P. Flynn, BBO# 172640<br>Murphy, Hesse, Toomey & Lehane, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>617-479-5000 |
| Dated: July 17, 2006 | Dated: July 17, 2006 |

natick\murphy\002.doc

2