UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996-RGS

ROBERT F. MURPHY, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al.

v.

BRIAN C. GRASSEY, Lead Plaintiff for
Superior Officer Plaintiffs, et al.

v.

TOWN OF NATICK et al.

ORDER ON JOINT MOTION FOR
REVISION OF SCHEDULING ORDER

July 18, 2006

STEARNS, D.J.

This aging case is at its final extension gate. The court will extend the pre-trial schedule only as follows:

All fact discovery will be completed by September 13, 2006. Dispositive motions will be filed no later than October 13, 2006, with oppositions due fourteen (14) days thereafter (October 25). No further extensions will be granted.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE