UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and<br><br>BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al.,<br><br>    Plaintiffs<br>v.<br><br>TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Geoffrey McCullough as Counsel on behalf of the Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, in connection with the above-captioned matter.

The Defendants,
TOWN OF NATICK, NATICK POLICE
DEPARTMENT, and DENNIS R. MANNIX
in his capacity as CHIEF OF POLICE,
By their attorneys,


 /s/ Geoffrey McCullough
Geoffrey McCullough, BBO# 558207
MURPHY, HESSE, TOOMEY & LEHANE, LLP
World Trade Center East, 4th Floor
2 Seaport Lane
Boston, MA 02210
(617) 479-5000

Dated: July 24, 2006

**CERTIFICATE OF SERVICE**

    I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 24, 2006


    /s/ Geoffrey B. McCullough
    Geoffrey B. McCullough