UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and<br><br>BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al.,<br><br>    Plaintiffs<br>v.<br><br>TOWN OF NATICK, NATICK POLICE DEPARTMENT<br><br>and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Kathryn M. Murphy as Counsel on behalf of the Defendants, TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, in connection with the above-captioned matter.

> The Defendants,
> TOWN OF NATICK, NATICK POLICE
> DEPARTMENT, and DENNIS R. MANNIX
> in his capacity as CHIEF OF POLICE,
> By their attorneys,
>
>  /s/ Kathryn M. Murphy
> Kathryn M. Murphy, BBO #564789
> MURPHY, HESSE, TOOMEY & LEHANE, LLP
> World Trade Center East, 4th Floor
> 2 Seaport Lane
> Boston, MA 02210
> (617) 479-5000

Dated: July 27, 2006

## CERTIFICATE OF SERVICE

    I hearby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 27, 2006

                                        /s/ Kathryn M. Murphy
                                        Kathryn M. Murphy