THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> Town of Natick, et al. <br><br>   Defendants | USDC Case No.:  04-11996 RGS |

**JOINT MOTION FOR ENLARGMENT OF SCHEDULING ORDER**

On July 18, 2006 the Court denied the parties Joint Motion to extend discovery through November and set a deadline of September 13, 2006 for the conclusion of discovery.  The parties now jointly and respectfully request the Court to enlarge the discovery period by two weeks.  Though the Court has previously directed that there would be no further extensions, there is good cause to grant this motion.  The parties have worked diligently and expeditiously to complete discovery over the past six weeks.  In that time period, the parties have completed the following:  (1) defendants issued requests for production and interrogatory responses by the end of July; (2) beginning on August 17 and continuing through September 11 the parties have taken twenty-two (22) separate depositions; and (3) the parties have exchanged and substantially completed written discovery, including interrogatory

responses, requests for production, exchange of documents, and responses to plaintiff's fourth set of requests for admission.  Toward the end of this period it came to the plaintiffs' attention that certain additional written discovery would be proper based on the testimony of Chief of Police Dennis R. Mannix, at his September 7 deposition.  In that context a follow-up documents request was made on by plaintiffs September 7 after the deposition was suspended.[1]  Defendants have stated a willingness to provide the additional discovery; however, they need two weeks to locate and/or provide said additional documents.

Accordingly, the plaintiffs and defendants request that the Court set September 27, 2006 for the conclusion of discovery, a two-week enlargement.  Following the completion of discovery, the parties will file all summary judgment motions by October 27, 2006.  Three weeks from that date, on November 17, 2006, the parties will file oppositions to summary judgment motions and any cross motions.  Following that the parties ask the Court for an additional two weeks to file any other responsive pleadings.

---

[1] Chief Mannix's deposition is scheduled to conclude on September 13, 2006.

WHEREFORE, the parties jointly and respectfully request an order as follows:

    Conclusion of Discovery:    September 27, 2006

    Summary Judgment Motions:    October 27, 2006

    Opposition to Summary Judgment and Cross Motions: November 17, 2006

    Further Responsive Pleadings:    December 1, 2006

Respectfully Submitted,

| The Defendants, | The Plaintiffs, |
| --- | --- |
| By their attorneys, | By their attorney, |
| /s/ John P. Flynn | /s/ Jack J. Canzoneri |
| John P. Flynn, BBO# 172640 | Jack J. Canzoneri, BBO #564126 |
| Kathryn M. Murphy, BBO#564789 | McDonald & Associates |
| Geoffrey B. McCullough, BBO# 558207 | 153 Cordaville Road, Suite 210 |
| Karis L. North, BBO # 648998 | Southborough, MA 01772 |
| Murphy, Hesse, Toomey & Lehane | (508) 485-6600 |
| 300 Crown Colony Drive, Suite 410 | |
| Quincy, MA 02169 | |
| (617) 479-5000 | |