THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.: 04-11996 RGS |

**JOINT MOTION UNDER LOCAL RULE 7.1(B)(4) FOR LEAVE OF COURT TO FILE A MEMORANDUM OF REASONS IN SUPPORT OF EACH PARTIES' MOTION FOR SUMMARY JUDGMENT UP TO 30 PAGES**

Plaintiffs and Defendants jointly move respectfully for leave under Local Rule 7.1(B)(4) to each file a memorandum of reasons (i.e., memorandum of law) of up to thirty (30) pages. The current draft memoranda of reasons include multiple discrete arguments and it would be extraordinarily difficult to convey the parties' legal and factual basis comprehensively in less than thirty (30) pages. Complying with the twenty (20) page limit in Local Rule 7.1(B)(4) is made difficult as well by the fact that there are fifty-six plaintiffs, some of whom are superior officers who have discrete legal and factual matters to be briefed separate from other issues common to the remaining plaintiffs who are patrol officers.

WHEREFORE, the parties respectfully move for LEAVE of the Court to file a memorandum of reasons of thirty (30) pages in length.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| For Plaintiffs, | For Defendants TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX, CHIEF OF POLICE |
| By their attorneys, | By their attorneys, |
| /s/ Jack J. Canzoneri<br>Jack J. Canzoneri, BBO #564126<br>McDonald Lamond & Canzoneri<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01772<br>(508) 485-6600 | /s/ John P. Flynn<br>John P. Flynn, BBO# 172640<br>Geoffrey B. McCullough, BBO# 558207<br>Kathryn M. Murphy, BBO#564789<br>Karis L. North, BBO # 648998<br>MURPHY, HESSE, TOOMEY & LEHANE, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>(617) 479-5000 |
| Dated:  October 25, 2006 | Dated:  October 25, 2006 |

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the forgoing Joint Motion Under Local Rule 7.1(B)(4) For Leave Of Court To File A Memorandum Of Reasons In Support Of Each Party's Motion For Summary Judgment Up To 30 Pages upon John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, and Geoffrey B. McCullough, Esq. counsel for the Defendants in the above-captioned matter.

Dated:  October 25, 2006            /s/ Jack J. Canzoneri
                                    Jack J. Canzoneri