THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>                Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>                Defendants | Docket No.: 04-11996RGS |

## **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Town of Natick, Natick Police Department, and Dennis R. Mannix, Chief of Police (collectively "Defendants") respectfully move that this Court grant them Partial Summary Judgment and hold that the class of Superior Officer Plaintiffs are exempt employees under the Fair Labor Standards Act ("FLSA"), and thus are not entitled to any FLSA overtime payments. In addition, Defendants request that this Court find that the seven Detectives assigned to the Natick Police Department are also exempt employees under the FLSA.

Defendants submit that partial Summary Judgment is appropriate on all counts with respect to the Superior Officers and the Detectives, because these employees as a matter of law and undisputed fact are "exempt" under the FLSA. Superior Officers of the Natick Police Department are exempt employees because they are managers and/or administrative personnel;

and the Detectives of the Natick Police Department are exempt employees because they are administrative personnel.

Accordingly, Defendants' Motion for Partial Summary Judgment should be entered in their favor. In further support of this Motion, Defendants refer to and incorporate by reference herein its Memorandum of Law, Affidavit of Dennis R. Mannix, Concise Statement of Material Facts Not in Dispute, and exhibits appended thereto.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court allow oral argument on this Motion.

THEREFORE, for all the reasons stated above, Defendants are entitled to Partial Summary Judgment, and respectfully request that this Court:

A. Issue an Order which grants partial Summary Judgment with respect to the Superior Officer Plaintiffs and all Details, on behalf of Defendants;

B. Award Defendants attorneys fees and its costs in defending this action; and

C. Award Defendants any other relief that is just and good.

        Respectfully submitted,

        Defendants, TOWN OF NATICK,
        NATICK POLICE DEPARTMENT, and
        DENNIS R. MANNIX, CHIEF OF POLICE

        By their attorneys,

        /s/ John P. Flynn
        John P. Flynn, BBO# 172640
        Geoffrey B. McCullough, BBO# 558207
        Kathryn M. Murphy, BBO#564789
        Karis L. North, BBO # 648998
        MURPHY, HESSE, TOOMEY & LEHANE, LLP
        300 Crown Colony Drive, Suite 410
        Quincy, MA 02169
        (617) 479-5000

Dated: October 27, 2006

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I, John P. Flynn, hereby certify that on October 25 and 26, 2006, co-counsel and I contacted counsel for Plaintiff via telephone concerning the instant motion, in a good faith attempt to resolve or narrow the issues presented.

        /s/ John P. Flynn
        John P. Flynn