# EXHIBIT C



**Town of Natick - Police Department**
**FY 06 Organizational Chart**

**Chief of Police**

Executive Assistant

Executive Officer
(Lieutenant)

Administrative Officer
(Sergeant)

Traffic Safety Officer
(Sergeant)

Patrol Services
Division Commander
(Lieutenant)

Investigative Service
Division Commander
(Lieutenant)

Information Services
Communications
Division Commander
(Lieutenant)

Shift 1 (12-8)
3 Sergeants
9 Patrol Officers

4 Investigators
Evidence & Licensing
Domestic Violence
Crime Scene Investigation

Records Unit
1.5 Department Assistant

Shift 2 (8-4)
3 Sergeants
11 Patrol Officers

Youth Services
1 Investigator

Court Liaison
Officer

Shift 3 (4-12)
3 Sergeants
11 Patrol Officers

School Liaison
Officer
(1 Proposed)

Public Safety
Communications
9 FT Dispatchers
6 PT Dispatchers

Animal Control
1 non-sworn ACO

School Traffic
Supervisors
14 Full Time

Auxiliary
Police

# EXHIBIT D

9

1  Q.    Prior to 1989, were you a patrolman?
2  A.    I was.
3  Q.    Were you on the first, second, or third
4  shifts, do you recall?
5  A.    Predominantly, I was on the 4:00 p.m. to
6  12:00 a.m. shift.
7  Q.    Did you see a lot of changes in the job
8  duties of patrolmen over the course of your career?
9  A.    I don't believe so.  The basic duties of a
10 police officer have remained pretty much the same.
11 The technology available to help them better perform
12 those duties, of course, has improved over the
13 years.
14 Q.    So for 32 years you were with the police
15 department?
16 A.    Yes, ma'am.
17 Q.    So based on your 32 years of observing the
18 police department, in your experience, did you
19 become familiar with the structure within a patrol
20 unit?
21 A.    I'm not sure I understand what you mean by
22 "patrol unit."
23 Q.    Sure.  Like, the hierarchy, did you say that
24 there -- do you recognize there to be shifts, patrol

10

1  shifts?
2  A.    Yes, I do.
3  Q.    Okay.
4  A.    Yes.
5  Q.    And are there within each of those shifts a
6  number of patrol officer assigned?
7  A.    Yes.
8  Q.    Who do the patrol officers in one of those
9  shifts report to?
10        MR. CANZONERI:  Objection.
11 BY MS. MURPHY:
12 Q.    Did you not understand the question?
13 A.    Yeah, I did.  I didn't know if there was
14 some other -- when he said "Objection," I --
15        MR. CANZONERI:  When I object, whatever you
16 have to say, you can say.
17        THE WITNESS:  Okay.
18        MR. CANZONERI:  You should answer even --
19        THE WITNESS:  I'm sorry.  The question was?
20        MR. CANZONERI:  That's all right.
21        THE WITNESS:  Who do the patrol, patrolmen
22 report to?
23 BY MS. MURPHY:
24 Q.    Yes.

11

1  A.    Generally, to the sergeant in charge of the
2  shift.
3  Q.    And do you know who the sergeant reports to?
4  A.    The --
5        MR. CANZONERI:  Objection.
6        THE WITNESS:  The patrol sergeants would
7  report to the operations commander, which would be a
8  lieutenant.
9  BY MS. MURPHY:
10 Q.    Were you ever a patrol sergeant?
11 A.    Yes, I was.
12 Q.    What were your responsibilities as a patrol
13 sergeant?
14 A.    The responsibilities of a patrol sergeant
15 were to supervise the patrol officers out in the
16 street, to assist --
17        (Ms. North entered the deposition room.)
18        THE WITNESS:  -- and advise them when they
19 had -- when they had questions based on our greater
20 experience or training, to make up the roll calls
21 for the particular day, to check people in, make
22 sure that they were present and ready for duty, and
23 book any prisoners that came in during the course of
24 the evening, and --

12

1  BY MS. MURPHY:
2  Q.    Did you assign work?
3        MR. CANZONERI:  Objection.
4  BY MS. MURPHY:
5  Q.    Did you understand the question?
6  A.    I understand the question.
7  Q.    Okay.
8  A.    I would not generally assign the work.  The
9  sergeant that filled out the roll call sheets was
10 generally the senior officer on the shift.  My
11 tenure as a sergeant in the patrol division, I was
12 always a junior sergeant.
13 Q.    So as the junior sergeant, did you take your
14 orders from the more senior sergeant?
15 A.    Yes, I did.
16 Q.    So is it your testimony that the senior
17 sergeant was the person who was responsible for
18 assigning work and generally managing the patrol
19 officers?
20        MR. CANZONERI:  Objection.
21        THE WITNESS:  Yes, that's true, unless, of
22 course, the senior sergeant wasn't present because
23 of days off or vacation, and then one of the two
24 junior sergeants would step up into that role for

21

1 Q.      Actually, let me zero you in on just a
2 specific part of the job, which I am trying to
3 clarify here. Is it your testimony that the junior
4 sergeants did not supervisor or have supervisory
5 authority over the patrol officers on the shift?
6        MR. CANZONERI: Objection.
7        THE WITNESS: I would say that their
8 supervising the officers was limited, generally to
9 that period of time that the officers were in the
10 station.
11 BY MS. MURPHY:
12 Q.      So is it your testimony that they only had
13 supervisory authority over the patrol officer who
14 happened to be in the station at that moment?
15        MR. CANZONERI: Objection.
16        THE WITNESS: And they also would review
17 their reports and okay the reports.
18 BY MS. MURPHY:
19 Q.      So could they provide the patrol officers
20 any direction if the patrol officer wasn't sitting
21 in front of them at the station?
22        MR. CANZONERI: Objection.
23        THE WITNESS: The only direction, I believe,
24 would be if the sergeant was aware that something

22

1 was going on that he could directly assign them via
2 the radio or via the laptop now to a particular
3 assignment.
4 BY MS. MURPHY:
5 Q.      So who do the patrol officers report to?
6 A.      **Generally, the sergeant out in the street.**
7 Q.      Who can be any random sergeant from the
8 shift; is that right?
9 A.      **Generally, it's the senior sergeant on duty**
10 **goes out on the street. The junior sergeant stays**
11 **in.**
12 Q.      So if there isn't anyone on the street, the
13 patrol officers just kind of go off and do whatever
14 it is they want without reporting to anybody?
15 A.      **(Indicates affirmatively).**
16 Q.      Who in the hierarchy of the organization do
17 they report to?
18        MR. CANZONERI: Objection.
19        THE WITNESS: They would report to the
20 sergeant in the station, but there would be nobody
21 out there directly supervising their actions.
22 There's the sergeant would have no knowledge of
23 what's going on until the officers came in and
24 submitted a report.

23

1 BY MS. MURPHY:
2 Q.      Maybe I should say this a little bit
3 differently. I am not meaning to suggest that they
4 are standing there directing them, standing over
5 them every minute of the day. I am asking about
6 who has the authority to direct their work, tell
7 them what to do, tell them if they are doing
8 something wrong, discipline them, ask them to do
9 something?
10        MR. CANZONERI: Objection.
11        THE WITNESS: The sergeant can assign them
12 to do pretty much whatever he chooses them to do as
13 long as it's legal. As far as disciplining, no --
14 the sergeant could do no discipline beyond relieving
15 somebody of duty and then submitting a report
16 through the operations commander as to the reasons
17 for the discipline or reasons for relieving a person
18 of duty, of duty.
19 BY MS. MURPHY:
20 Q.      Can a patrol officer do the same to a
21 sergeant, --
22        MR. CANZONERI: Objection.
23 BY MS. MURPHY:
24 Q.      -- relieve them from duty, give reasons, and

24

1 submit a disciplinary report?
2 A.      **A patrolman relieve a sergeant?**
3 Q.      Yes.
4 A.      **That would have to be something**
5 **extraordinary, where the sergeant is conducting**
6 **themselves in such a manner as to endanger**
7 **themselves, the public, or the officers that are**
8 **working.**
9 Q.      Why is the rule different for patrol
10 officers and sergeants?
11        MR. CANZONERI: Objection.
12        THE WITNESS: I'm not sure I fully
13 understand the question. There would be no reason
14 for a patrol officer to relieve a sergeant or
15 attempt to discipline a sergeant. There's no
16 authority for that, for the patrol officer to do
17 that. They don't -- they don't have that
18 authorization.
19        What I'm suggesting is, that if somebody had
20 a nervous breakdown, if they showed up intoxicated,
21 or perhaps, an adverse medical reaction, something
22 of that manner, where they were not fit for duty,
23 that a patrol officer might temporarily relieve the
24 sergeant and then contact the operations commander

25

1    and get a replacement in.

2    BY MS. MURPHY:

3    Q.        But a sergeant has the authority to

4    recommend or make suggestions about disciplinary

5    action against a patrol officers; is that correct?

6          MR. CANZONERI:  Objection.

7          THE WITNESS:  I believe if the sergeant felt

8    that the officer was acting inappropriately or

9    illegally, that they could recommend to the

10   operations lieutenant that something was wrong or

11   amiss, and then the operations lieutenant could

12   start an internal investigation into that.

13   BY MS. MURPHY:

14   Q.        Have you ever seen or heard of a sergeant

15   taking job action or recommending job action, I

16   should say, against a patrol officer?

17   A.        **Yes, I have.**

18   Q.        In the course of your lengthy career with

19   the police department, about how many times did you

20   see that happen?

21   A.        **Oh, a handful, two or three, four times.**

22   Q.        If a patrol officer was sleeping in his car,

23   for instance, would the sergeant have the right to

24   go over and tell him to stop sleeping and to drive

26

1    the car, do his patrol work?

2    A.        **Yes, he would. Sleeping on duty would not**

3    **be an acceptable behavior, and you could be told to**

4    **return to patrolling the streets.**

5    Q.        If he said no, does he have any authority

6    beyond telling him to return?

7          MR. CANZONERI:  Objection.

8          THE WITNESS:  If he said no, I believe the

9    most likely chain of events would be that the

10   sergeant would submit a report to the operations

11   lieutenant saying that he had found an officer

12   sleeping on duty and had spoken to him, and the

13   officer had refused to cease that action and

14   continued on with his -- with his sleeping.

15        I can't recall anything like that actually

16   ever happening, not that some officers perhaps

17   weren't found nodding off now and again.  Four

18   o'clock in the morning is a very tough time of the

19   day to be awake, but generally, if you found

20   somebody in a parking lot nodding, just tell them to

21   go get a cup of coffee and get out of the car and

22   stretch and, you know, get some fresh air and get

23   back to work.

24   BY MS. MURPHY:

27

1    Q.        When you sought a promotion -- well, let me

2    ask you this.  Was it a promotion to go from patrol

3    officer to sergeant?

4          MR. CANZONERI:  I'm sorry.  I didn't hear

5    your question.

6    BY MS. MURPHY:

7    Q.        Was it a promotion to go from patrol officer

8    to sergeant?

9    A.        **Yes, it was.**

10   Q.        Was it a promotion to go from sergeant to

11   lieutenant?

12   A.        **Yes, it was.**

13   Q.        When you sought to become a sergeant, did

14   you seek the recommendation or support of any of the

15   sergeants that you were currently reporting to?

16   A.        **No, I did not.**

17   Q.        Okay.

18   A.        **I didn't.**

19   Q.        Who did you apply with then?

20   A.        **When I was seeking promotion to sergeant?**

21   Q.        Yes.

22   A.        **I had taken a civil service exam and placed**

23   **on the exam.  When my name came up for a position,**

24   **it was actually the board of selectmen that made the**

28

1    **promotion through a recommendation from the chief of**

2    **police.  The other sergeants had no input into that**

3    **process, as far as I know.**

4    Q.        Do you know if the chief or anyone conferred

5    with sergeants to get their opinions or thoughts on

6    you as a candidate?

7    A.        **I do not.  I do not know.**

8    Q.        What were your job duties as a lieutenant?

9    A.        **January 1995, I took over as the operations**

10   **commander and basically, in charge of the patrol**

11   **division, the uniform patrol division.**

12   Q.        What does it mean to be in charge of the

13   uniform patrol division?

14   A.        **I'm sorry.  I didn't hear the beginning.**

15   Q.        I'm sorry.  What does it mean to be in

16   charge of the uniform patrol division?

17   A.        **You're basically in charge of the uniform**

18   **division, so you have to keep track -- you have to**

19   **go out and check all the roll call sheets.  The**

20   **shift sergeants would submit the roll call sheets.**

21   **I would then check them to make sure that they**

22   **hadn't assigned people that were assigned on**

23   **vacation or training, the right groups on and**

24   **groups off were there so they didn't have people**

29

1    assigned to work who were actually on a day off,

2    was also in charge of reviewing the reports that

3    came in to make sure that they were complete and

4    concise, and I would then -- if I felt that

5    something should be followed up by a patrol

6    officer, I would return that report to the sergeant

7    to go back to the officer.

8         Or if I felt something maybe should go to

9    detectives, I would hand it to whoever was in charge

10   of detectives and say, you know, "I think you should

11   follow this up. You know, but it's your decision as

12   to whether the detectives are going to follow it up

13   or not." And most of the time that process went

14   fairly smoothly.

15        Occasionally, they say, "No, you know, have

16   a uniform guy do it because my people are just too

17   busy tied up doing other things," or, "Uniform has

18   the ability to do it." It was an investigation that

19   could be done completely in town while the officer

20   was on his regular duties, not involving any travel

21   out of town or any overtime.

22   Q.    Who did you report to?

23   A.    To the chief.

24   Q.    Who reported to you?

30

1    A.    All the patrol sergeants. Most often, the

2    senior sergeants in charge of the shifts but also,

3    in their absence, the more junior sergeants.

4    Q.    Did the patrol officers report to you?

5    A.    We tried not to break the chain of command,

6    unless it was absolutely necessary. I would

7    sometimes go directly to an officer if it was

8    because something had to be done right away, or,

9    say, an arrest that had been brought in and the

10   complaint application was ready to go to court but

11   I found something wrong with the report, the

12   sergeant, perhaps, was no longer there, having got

13   off duty, say, a late arrest in the shift, the

14   sergeant did the booking, left at the end of the

15   shift, the officer did the report, now we're 45

16   minutes later, it was more expedient to go directly

17   to the officer and say "Hey, you better clean this

18   up," you know, or, "You got to do one more thing

19   here or there go."

20        But, generally, we tried to go through the

21   sergeants, not all -- not always possible because of

22   days off or scheduling conflicts and things of that

23   manner, but generally, we tried to follow the chain

24   of command and not bypass direct supervision.

31

1    Q.    That is actually an interesting term you

2    used, "chain of command." Can you tell me what it

3    means in the police department in Natick?

4    A.    Well, in the Natick Police Department, it

5    would mean that the lieutenants generally answer

6    directly to the chief and nobody else. The

7    sergeants generally answer to the lieutenants, not

8    to say that -- and generally, within divisions. So

9    that the patrol sergeants reported to the patrol

10   lieutenant. If there was a sergeant in detectives,

11   he reported to the lieutenant in charge of

12   detectives, not to say that in cases of an emergency

13   or when, perhaps, another lieutenant wasn't present,

14   that I, as a division commander, couldn't tell

15   another sergeant what to do.

16        But it was generally if -- I'll say with my

17   time in detectives as a lieutenant in charge of

18   detectives, if I wanted something out of patrol, I

19   would go back to the patrol lieutenant and ask him

20   to go back to the patrol sergeant and maybe then

21   down to the patrol officer to handle whatever little

22   problem I had come up with, and I would not go

23   directly to the officer, unless, again, there was

24   something expedient, that there was an arrest made

32

1    that we're waiting to transfer the person to the

2    court and something had to get done right away.

3         And again, then the sergeants -- the patrol

4    officers reported to the sergeants, and they would

5    not skip the sergeants to bring a problem to the

6    lieutenant, generally, unless they were not -- they

7    brought a problem to the sergeant and they weren't

8    satisfied with the answer they got.

9         Hopefully, the two of them would then go to

10   the lieutenant with the problem. Sometimes human

11   nature and frustration would set in, and the

12   sergeant -- you would wait for the sergeant to go

13   around the corner. And then they'd go running up to

14   the lieutenant, but they were generally reminded.

15   Or the sergeant would just be called in --

16   Q.    Okay.

17   A.    -- to address the problem. You wouldn't --

18   you wouldn't bypass that process, you know, and

19   break the chain of command.

20   Q.    Is it fair to say that it is a pretty

21   clear-cut chain of command?

22   A.    Yes, it is.

23   Q.    So you were patrol services division

24   commander?

# EXHIBIT E

5

1  A.        I live in Natick, Massachusetts at 44 High

2  Street.

3  Q.        Are you currently employed?

4  A.        Yes, I am.

5  Q.        Who is your employer?

6  A.        My employer is the Town of Natick.

7  Q.        What is your current position with the Town

8  of Natick?

9  A.        My current position is a lieutenant with the

10  police force in charge of or commander of the patrol

11  division.

12  Q.        How long have you been a lieutenant?

13  A.        Lieutenant since November of 2003.

14  Q.        How long have you been the commander of the

15  patrol division?

16  A.        At the same.

17  Q.        Same time?

18  A.        Same time.

19  Q.        Prior to becoming lieutenant, what was your

20  rank?

21  A.        My rank was sergeant.

22  Q.        How long were you a sergeant?

23  A.        I was a sergeant since -- from 1995, I

24  believe it was January 1995 till the 2003 date.

6

1  Q.        Did you have any specific duties or titles

2  other than sergeant when you were sergeant?

3  A.        I was a detective sergeant, and prior to

4  that, I was a sergeant.  But I was in uniform as

5  street supervisor or station shift commander.  We'd

6  alternate those roles.

7  Q.        What years were you a detective sergeant, do

8  you recall?

9  A.        I was a detective sergeant from

10  approximately -- it was five years as a uniform

11  sergeant, so 2000 to the 2003 date.

12  Q.        Prior to becoming a sergeant, what was your

13  job?

14  A.        I was a -- prior to becoming sergeant, I was

15  a detective.

16  Q.        How long were you a detective?

17  A.        From about 19 -- late 1990 to my appointment

18  as sergeant.

19  Q.        And prior to becoming a detective?

20  A.        I was a patrol officer.

21  Q.        How long were you a patrol officer?

22  A.        From 1977 through the appointment to the

23  detective division in late 1990.

24  Q.        Let's talk first about your job as a

7

1  lieutenant.  Can you please tell me what your duties

2  are as lieutenant and commander of the patrol

3  division?

4  A.        My duties are primarily to -- in commanding

5  the entire patrol division, to ensure that the

6  staff, staffing is adequate using guidelines

7  provided by the chief.  I inspect and approve or

8  disapprove day off requests, the type of day off

9  based on those same guidelines.  I'm also tasked

10  with supervising the crossing guards up to today.  I

11  just got rid of it today, the auxiliary police, the

12  animal control officer, and the one parking

13  enforcement officer that we have.

14  Q.        How many crossing guards were you

15  supervising?

16  A.        14 full time and five part time.

17  Q.        How about auxiliary police, how many

18  auxiliary police do you supervise?

19  A.        Right now, we have eight auxiliary police

20  officers.  They have no arrest powers.  They're

21  under civil defense statute, volunteers.

22  Q.        You say there is only one animal control

23  officer?

24  A.        There's only one.  That's correct.

8

1  Q.        Do you have any supervisory duty over or

2  role over the sergeants?

3        MR. CANZONERI:  Objection.

4  BY MS. NORTH:

5  Q.        The patrol sergeants?

6  A.        Yes.

7        MR. CANZONERI:  Objection.

8        THE WITNESS:  Yes, I do.

9  BY MS. NORTH:

10  Q.        What is that?

11  A.        I encourage them to investigate and

12  follow-up complaints and problems in their

13  respective areas.  I deal with three sergeants

14  called, "area commanders," deal with citizen's

15  complaints, quality of living, general -- I think

16  what you call, "community policing."  I also am the

17  person that a sergeant will turn to if he has

18  scheduling problems or shift problems, and he needs

19  direction on that.

20        I don't do report review, per se.  That's

21  Lieutenant Grassey, but I inspect the log and make

22  sure when I see something that catches my attention

23  that I want to make sure is followed up, I'll call,

24  contact the sergeant or occasionally, the officer

9

1  directly to make sure it's followed up in a way I
2  think reflects our rules and regulations. And I try
3  to coordinate the three shifts.
4          So if there's a problem with smashed
5  mailboxes in the 4:00 to 12:00 and smashed mailboxes
6  in the midnight to 8:00, I make sure they talk to
7  each other, realize they're dealing with the same
8  problem, they're not each trying to do their own
9  independent thing. So I try to coordinate among
10 them.
11 Q.      How many patrol sergeants do you supervise?
12 A.      **Currently, I supervise nine patrol**
13 **sergeants.**
14 Q.      And three of them are area commanders?
15 A.      **Correct. I also partly supervise Sergeant**
16 **Lauzon as a safety officer. Though, he can report**
17 **directly to the chief, but for the day-to-day stuff,**
18 **we interact a lot. He deals with crosswalks, safety**
19 **issues, signage, and traffic enforcement.**
20 Q.      Could you just slow down a second?
21 A.      **Okay.**
22 Q.      Sorry. Safety issues, signage, and
23 traffic --
24 A.      **Traffic.**

10

1  Q.      -- enforcement?
2  A.      **So his duties will overlap into my sphere.**
3  **So, where I'm not -- where he can report directly to**
4  **the chief on many of his issues, I also interact**
5  **with him and coordinate his activities with the**
6  **regular sergeants who are on duty.**
7  Q.      What sort of interaction do you have with
8  the patrol officers?
9  A.      **My main interrelation with the patrol**
10 **officers are dealing with scheduling issues. They**
11 **may have questions that cannot be answered by a**
12 **sergeant, or they're unsure. You know, and the**
13 **sergeant will refer them to me. I occasionally will**
14 **actually interact with them directly. Probably no**
15 **more than three or four times a month I'll go to**
16 **certain calls if I'm out, or I might just call it,**
17 **if I think it's significant. And I'll either**
18 **advise, or occasionally, I'll take charge there**
19 **directly. But I usually try to work through the**
20 **sergeants at the call.**
21 Q.      When you say you "usually try to work
22 through the sergeants," what does that mean?
23 A.      **If I feel a perimeter around an accident**
24 **isn't big enough, I'll direct the sergeant to, you**

11

1  **know, get another patrolman in here, move the**
2  **people back a little ways, or direct the traffic**
3  **different, in a different manner, things of that**
4  **nature.**
5  Q.      And generally, when you are interacting with
6  the sergeants or directing the sergeants, do you
7  expect that they will then transmit your direction
8  to the patrol officers on their shift?
9  A.      **Yes.**
10 Q.      Do you have occasion to observe the work of
11 the sergeants directly?
12 A.      **Yes, I do. I try to go to generally the day**
13 **shift and the 4:00 to 12:00 roll call. I don't stay**
14 **up to midnight too often, but once in a while, I**
15 **will. And I'll observe them at a roll call.**
16         When things are either of a serious nature
17 or a very intense nature, that two traffic accidents
18 going on at the same time as a fire, I will go down
19 to the dispatch area and observe their performance
20 and perhaps, insist or direct, depending on the
21 circumstances. I'll act like an additional
22 supervisor.
23         For instance, if we're having several
24 accidents going on, and, you know, we have combined

12

1  dispatch, the fire department's responding and we
2  get an arrest, the sergeant on the desk would have
3  to go book the prisoner. Rather than leave the
4  dispatch without a supervisor there, I'll take over
5  his duties, and I'll oversee and direct the dispatch
6  and answer the phone, allow him to complete his
7  booking with the arrestee.
8  Q.      What is your shift that you work?
9  A.      **8:00 to 4:00.**
10 Q.      And your schedule?
11 A.      **Monday through Friday.**
12 Q.      Are you ever out on patrol?
13 A.      **Am I ever out on patrol?**
14 Q.      Yes.
15 A.      **Just those times I indicated when I hear a**
16 **call and it sounds important or interesting, I'll go**
17 **and respond to the scene.**
18 Q.      It is not part of your regular duties
19 anymore, though?
20 A.      **Not as my regular duties, and I have faith**
21 **in the sergeants that most of the time they can take**
22 **care of it pretty well.**
23 Q.      When do you get into work in the morning,
24 start your day?

29

1  sergeants.

2  Q.        Were you required to come in, or was it your

3  decision to come in?

4  A.        I feel it's implicit in my duties in a

5  serious event like that to go to the station in case

6  I am needed to make a call, and also, because we're

7  a small department, that means I can take a sergeant

8  there and put them out in the street and increase

9  our manpower out on the street, which is what I did

10  that night. I sort of took their place as the

11  station commander.

12  Q.        How often does that happen in the course of

13  a year?

14  A.        Two or three times. I'm called more often

15  than that maybe a dozen, two dozen times, but

16  generally, I can settle that over the phone. They

17  call me looking for direction, or what is the best

18  course for us to pursue given the options.

19  Q.        For what types of reasons would you get a

20  call like that?

21  A.        A situation where they feel they need more

22  officers, and should they force an officer to stay

23  over.

24  Q.        Does "they" mean the sergeants?

30

1  A.        Yeah.

2  Q.        Okay.

3  A.        Another incident might be do I think

4  anyone -- they may be curious whether they should

5  call in outside help, either from the contiguous

6  towns or the Metropolitan Law Enforcement Counsel.

7  That was the case that night I stayed in late, and

8  they were looking for the guidance in that.

9  Q.        Have you given the sergeants direction as to

10  when they are supposed to call you and when they are

11  supposed to use their own discretion?

12          MR. CANZONERI: Objection.

13          THE WITNESS: We have a policy of when the

14  entire command staff should be notified, including

15  the chief and when you should notify the chief. It

16  came from the chief's office, so I would be included

17  in that.

18          I try to maintain an open-door policy and

19  encourage people to speak with me. It makes it hard

20  to get my work done sometimes, but I hear about

21  things quicker. I hate hearing about them three

22  days after the fact, but if I knew about them at the

23  time, I could've affected it. So I try to encourage

24  people to call me if they have a question or unsure

31

1  what to do.

2  BY MS. NORTH:

3  Q.        What is the "command staff"?

4  A.        "Command staff" would be either -- sometimes

5  a staff meeting would be all the sergeants and

6  lieutenants. "Command staff" is generally the three

7  lieutenants and Sergeant Lauzon and sometimes

8  Sergeant Fitzpatrick.

9  Q.        What is the function of the command staff?

10  A.        To offer their opinions to the chief. He

11  likes to consult with us. Sergeant Fitzpatrick is

12  in charge of administrative, the budget, and he's

13  very sharp. He used to be an accountant. He's very

14  sharp and accurate with his figures. If you want to

15  know a time or hour, you ask him, and he'll produce

16  it down to the cent. The chief will do that.

17          He'll get our input when he's going to issue

18  a new policy. He'll ask us what our feelings are or

19  what our judgments are on it. You know, he'll make

20  the final decision, but he likes to hear what

21  everybody has to say.

22  Q.        What other things does the chief ask you for

23  input and consultation on?

24  A.        Myself and the other supervisors, employee

32

1  of the month, officer of the year, for

2  commendations.

3  Q.        What about on hiring decisions, does he

4  consult with you on decisions to hire new patrol

5  officers?

6  A.        What he does with the patrol officers, he'll

7  have that same staff where those two sergeants I

8  mentioned sit in on the final interviews that he has

9  with them.

10          As I mentioned before, I'm overseeing the

11  background investigations. I used to be a

12  background investigator myself when I was a sergeant

13  and patrol officer, but now, I hand those out to

14  sergeants. And so I'll present -- I'll review the

15  reports that are sent in to me and present those to

16  the chief.

17          And generally, his practice is to call us

18  all into the staff meeting when he interviews the

19  candidate himself, allows us to ask questions, and

20  we have a roundtable discussion. We offer our

21  opinions, and he makes the decision.

22  Q.        Is this his process with every new patrol

23  officer hire?

24  A.        Fairly consistent with every new patrol

33

1  officer hire, yeah.

2  Q.      So he seeks input from you as part of the

3  command staff?

4  A.      Right.

5  Q.      Do you ever seek input from any of your

6  sergeants on new patrol officer hires?

7  A.      I assign background investigation to one of

8  the sergeants that's been trained, occasionally to a

9  patrol officer for the less vigorous background

10  investigations, for a crossing guard or if you were

11  hiring a new meter control person. He goes through

12  the same meeting of standard.

13          So I solicit input from them, but I don't

14  ask the other sergeants their opinion, unless

15  they're one of the references that the candidate

16  gives. He might give sergeant so-and-so as a

17  reference because he worked with him Boy Scouts or

18  something like that.

19  Q.      Do you ask the sergeant who is doing a

20  background investigation for his opinion or her

21  opinion?

22          MR. CANZONERI: Objection.

23          THE WITNESS: Our policy is in the finished

24  product to present the background investigation, the

34

1  facts, so the chief can read them and make his own

2  decision.

3          Occasionally, he's asked, "Do you believe

4  this person should be -- is a suitable candidate,"

5  directly, but we generally try to leave it with

6  facts.

7          The only time that would differ is if

8  there's a specific thing they uncovered that would

9  disqualify a candidate. For instance, if we're

10  taking residents only, for a background

11  investigation, you have to be a resident for the

12  year previous to taking the exam. Then you can live

13  anywhere. We found that, in fact, he was not living

14  in Natick. He was using his relative's address. He

15  was actually living in Marlborough. The

16  investigator would point that out and draw your

17  attention to that, and then the chief would make the

18  decision whether or not to hire or pass over the

19  person and reject him.

20  BY MS. NORTH:

21  Q.      But you don't as a practice ask the sergeant

22  investigator for his opinion as to the fitness of

23  that candidate?

24  A.      Not as a general practice. In the training

35

1  I've had, there's two schools of thought. One is

2  for the investigator to form an opinion, to gather

3  his facts, and forward that to the chief, and the

4  other one is to not form an opinion, to concentrate

5  in being as objective as you can, so that anybody

6  could take that report. And it wouldn't be filtered

7  through a bias.

8          "I really like this guy. I think you should

9  hire him."

10          You know, you just keep that out and look at

11  the facts of the report and whether he meets the

12  qualifications and standards for selecting a police

13  officer.

14  Q.      What about the promotion of patrol officers

15  to sergeant, what is the role of -- what is your

16  role in their evaluation?

17  A.      That would be as one consulting for the

18  chief and the command staff, and he sort of runs it

19  up the flagpole, sees what our opinions are,

20  considers them, and then makes his decision and

21  moves, you know, would recommend for promotion. In

22  this case the selectmen are the actual promoting

23  authority.

24  Q.      But the chief seeks input from his command

36

1  staff --

2  A.      Right.

3  Q.      -- in developing --

4  A.      Especially if you work with them or if you

5  have any issues that may not be evident. You don't

6  write someone up every time they do something, but

7  if a patrol officer was showing up for roll call

8  with sneakers on and then changing into his full

9  uniform, it's a minor thing.

10          You might -- you know, I'll direct him,

11  "Don't wear your sneakers to roll call," but the

12  chief may not know because I don't make a full-blown

13  investigation.

14          So if he asks, "Is there anything anybody

15  knows about this guy that" -- you know, "Well, you

16  know, sometimes he was doing something goofy. This

17  is like so." I would offer that.

18  Q.      Is that the practice with every promotion

19  from patrol officer to sergeant?

20  A.      Pretty much. He likes -- he likes to

21  consult with us. He likes to keep us in the loop of

22  what his thinking is, what his decisions are. It's

23  not -- the selectmen are the promoting authorities,

24  but we're a civil service town, and unfort- --

37

1  **fortunately or unfortunately, depending on where you**
2  **are in the spectrum, you got to have a real good**
3  **reason not to promote somebody who's number 1 on the**
4  **list, a negative reason. You can't just say that**
5  **the guy third on the list is twice as good and twice**
6  **as intelligent, twice as active, and not get flak**
7  **from the civil service. A lot of -- not in Natick,**
8  **but area wide there's been reversals of -- Natick**
9  **Fire Chief, perfect example.**
10       Five years ago, they picked number 2 on the
11  list to be the fire chief. Number 1 fought it, took
12  him five years. In the meantime, the number 2
13  retired.
14       And the civil service came down and said,
15  "No, you were wrong. You should have taken number 1
16  on the list." He's now the chief. So you have to
17  deal with that equation.
18       So it's mainly you just get a feel for it,
19  and to make sure there's nothing he wasn't aware of
20  that would disqualify somebody from being promoted
21  from patrol to sergeant that he would have to turn
22  around and inform the selectmen, "I believe this
23  candidate's not suitable because of this."
24  Q.       Is there a formal interview process for a

38

1  sergeant -- excuse me, a patrol officer seeking
2  promotion to sergeant?
3  A.       **The only formality than what I just**
4  **described, the chief calls the command staff, We got**
5  **an opening, thinking of nominating so-and-so. You**
6  **know, what's your opinion on this, or do you know**
7  **anything that I don't know and I should know.**
8  Q.       So it is different from the patrol officer
9  situation where in a final interview the chief has
10  you all attend that final interview, there is no
11  interview for a sergeant because somebody you work
12  with?
13  A.       **Right. Right.**
14  Q.       Do you participate in discipline of either
15  patrol officers or sergeants in the patrol
16  division?
17  A.       **When the chief disciplines one of the**
18  **sergeants in patrol, he might task me with handing**
19  **him the envelope personally so it doesn't get lost,**
20  **and I'll tell him I gave it to him at the roll call**
21  **at four o'clock or eight o'clock or whatever.**
22       MR. CANZONERI: Off the record for a second.
23       (Discussion off the record.)
24       THE WITNESS: But I personally don't

39

1  discipline.
2  BY MS. NORTH:
3  Q.       Are you involved in the fact gathering that
4  may result in --
5  A.       **Sometimes I am.**
6  Q.       -- a discipline?
7  A.       **Yes.**
8  Q.       And how would you be involved in that
9  process?
10  A.       **I'll be assigned from Lieutenant Mason in**
11  **Internal Affairs investigation, citizen complaint,**
12  **things of this nature, and I will either investigate**
13  **it myself -- especially if it's a sergeant, I will**
14  **do it myself. Or I may task a sergeant to**
15  **investigate it.**
16  Q.       Okay.
17  A.       **One of the patrol officers.**
18  Q.       So either you or the sergeant will gather
19  facts?
20  A.       **That's correct.**
21  Q.       And then what do you do with the facts that
22  you have gathered?
23  A.       **We compile the report. We have a general**
24  **format that we have them follow, and at the end of**

40

1  **the report, it will either end in one of two ways.**
2  **Either there'll just be a report with facts, and**
3  **that forwarded to the chief. Or we can make an**
4  **analysis of the facts and say that the complaint is**
5  **sustained, that there are facts to support this**
6  **person's allegation against the officer, say, it was**
7  **a rudeness complaint or not sustained, given the**
8  **fact that the subject he was arresting was resisting**
9  **arrest. That's why he was put on the floor and**
10  **handcuffed. It's part of the job, not nice, but he**
11  **was following protocol or exonerated.**
12       Yes, the officer dragged this guy out of his
13  house, but he was enforcing a restraining order.
14  He's supposed to do that. The complainant may not
15  have liked it, but he's supposed to do that.
16       And then if it's sustained, that would be
17  something the chief would have to, in my opinion, --
18  if it's sustained in my opinion, I turn it over to
19  the chief, and he makes a decision whether or not
20  discipline is proper in that situation and what
21  discipline to have. Usually, when he disciplines
22  them, other than handing a letter, he might also
23  have them come to his office, and he talks to them
24  directly.

41

1  Q.        Does he ever ask you your opinion on whether
2  someone should be disciplined or not after you have
3  read the report?
4  A.        **Let's see.  I can't recall a specific**
5  **instance.  He'll sometimes call myself, Lieutenant**
6  **Mason in, or the command staff and discuss something**
7  **and get our reactions to it, but he reserves the**
8  **right.  He's actually said that explicitly.**
9          **"I discipline."  You know, he reserves the**
10 right for actual discipline, day off, extra shift
11 and no pay, whatever.
12 Q.        When he says "I discipline," does that mean
13 he is the one who determined, makes the final
14 determination and hands out the discipline?
15 A.        **Yeah.**
16 Q.        Is that --
17          MR. CANZONERI:  Objection.
18 BY MS. NORTH:
19 Q.        -- what you think that means?  Okay.  But
20 he does on occasion ask you your opinion about
21 whether there should be discipline, or does he ever
22 ask you --
23 A.        **It's more, "Is this --do you think this is**
24 **true?"**

42

1  Q.        Okay.
2  A.        **"Do you think this is a valid complaint,"**
3  **whether or not there should be discipline.**
4  Q.        Has he ever sought your opinion on what type
5  of discipline to hand out?
6  A.        **No.**
7          MS. NORTH:  Could I just take five minutes?
8          (Brief recess.)
9  BY MS. NORTH:
10 Q.        We talked a little bit about your
11 observations of the sergeants on patrol and the
12 patrol officers on patrol, and you had testified
13 that you have recollection of one specific sergeant
14 who sometimes left before you liked him to leave.
15 Was there anybody else that you recall who either
16 didn't come in early, made a regular practice of not
17 being prompt or early?
18          MR. CANZONERI:  Objection.
19          THE WITNESS:  Not off the top of my head.
20 BY MS. NORTH:
21 Q.        To your recollection, have you ever taken
22 any discipline actions -- or excuse me.
23          Are you aware of any discipline actions that
24 the chief had taken that are related to anybody, any

43

1  supervisors' promptness?
2          MR. CANZONERI:  Objection.
3          THE WITNESS:  Again, I can't say off the top
4  of my head, may have had private discussions with
5  them.  Unless I was actively involved in the writing
6  of the report, I wouldn't have that offhand.  That
7  was the one that just came to my mind.
8  BY MS. NORTH:
9  Q.        Okay.
10 A.        **It was precisely because I had to write it**
11 **up and make sure, you know, everybody's -- got a**
12 **statement from everybody involved and looked at the**
13 **timing, checked the --**
14 Q.        In that instance and the report that you had
15 to write up, where is that report maintained, do you
16 know?
17 A.        **It's in Internal Affairs.  It's put in an**
18 **Internal Affairs computer program, which has limited**
19 **access, and the reports, to my knowledge, are kept**
20 **in Lieutenant Mason's office.**
21 Q.        Are there hard copies of the reports, do you
22 know?
23 A.        **I believe -- yeah, I believe he keeps the**
24 **hard copies.  And if there's something, a formal**

44

1  **action, it would go in the employee's file, which is**
2  **kept in the chief's office.**
3  Q.        Do you know who has access to the Internal
4  Affairs computer?
5  A.        **I do, Lieutenant Mason, Lieutenant Grassey,**
6  **and I'm assuming Lieutenant Mabardy as well, but I**
7  **don't have direct knowledge of that.**
8  Q.        What about the chief?
9  A.        **Oh, the chief could get into it, yeah.**
10 Q.        Would you take a look at this document
11 marked as Exhibit 1, please?
12          Have you ever seen that document before
13 today?
14 A.        **I don't recall seeing it.**
15 Q.        Is that document titled, "First Amended
16 Complaint Of Violation Under The Fair Labor
17 Standards Act"?
18 A.        **Yes, it is.**
19 Q.        And are you listed at the bottom of the --
20 A.        **Yes, I am.**
21 Q.        -- second paragraph?
22          Thank you.
23          MR. CANZONERI:  She is gesturing to you.
24 BY MS. NORTH:

45

1  Q.     That is all I have on that.

2  A.     **Oh, okay.**

3  Q.     At the moment.

4         Thanks.

5         Is the Natick Police Department organized

6  under -- strike that.

7         Does the Natick Police Department have a

8  chain of command?

9  A.     **Yes, it does.**

10 Q.     Can you explain the chain of command to me?

11 A.     **Chain of command is a means of controlling**

12 **and ordering the activities of the department,**

13 **patrolmen getting direction from sergeants,**

14 **sergeants getting direction from lieutenants,**

15 **lieutenants getting direction from the chief, as**

16 **well as each higher authority can also sometimes**

17 **directly -- like, the chief can speak to a**

18 **patrolman.**

19       "You parked your car sideways. Turn it

20 around," something like that, but normally, it acts

21 as a mechanism for controlling and delegating,

22 directing the activities of the members of the

23 department.

24 Q.     So under the chain of command, is it your

46

1  opinion that the patrol sergeants supervise the

2  officers on patrol?

3         MR. CANZONERI: Objection.

4         THE WITNESS: I believe they supervise the

5  officers on patrol.

6  BY MS. NORTH:

7  Q.     And is it your opinion that you supervise

8  the patrol sergeants and the patrol officers under

9  them?

10        MR. CANZONERI: Objection.

11        THE WITNESS: Yeah, I would say that would

12 be accurate.

13 BY MS. NORTH:

14 Q.     Who, in your opinion, does Lieutenant Mason

15 supervise?

16        MR. CANZONERI: Objection.

17        THE WITNESS: I know he supervised me on

18 occasion.

19 BY MS. NORTH:

20 Q.     Does he have any other responsibilities as a

21 supervisor?

22 A.     **He fills in for the chief when he's away.**

23 **He'd be the highest commanding officer in the**

24 **department, and he interacts with the other**

47

1  **lieutenants as he does with me.**

2  Q.     Does he have any supervisory role over all

3  of the lieutenants and sergeants in his role as

4  executive officer?

5         MR. CANZONERI: Objection.

6         THE WITNESS: You mean ordering us all at

7  once, or --

8  BY MS. NORTH:

9  Q.     Ordering you or providing guidance and

10 direction to you.

11 A.     **Sure, he'll provide direction in broad**

12 **themes that he's involved with.**

13 Q.     Does he provide direction to the sergeants?

14        MR. CANZONERI: Objection.

15        THE WITNESS: He may on occasion. Though,

16 he'll generally try to ask me to talk to this

17 sergeant about this, that, or the other or ask

18 Sergeant Grassey to go over the reports from one of

19 the sergeants or patrol officer.

20 BY MS. NORTH:

21 Q.     Who, in your opinion, does Lieutenant

22 Grassey supervise?

23        MR. CANZONERI: Objection.

24        THE WITNESS: He supervises the records

48

1  department, the civilian employees there, as well

2  as Officer Keraissey, who is our court liaison

3  officer, and he supervises the civilian dispatch

4  staff. And from time to time, he'll interact

5  directly with the sergeants in his role as report

6  reviewer.

7  BY MS. NORTH:

8  Q.     Do you know if he interacts with patrol

9  officers in his role as report reviewer?

10 A.     **Yes, he does. If he examines a report**

11 **submitted by a patrol officer that's not up to**

12 **standards, hasn't been caught by the sergeant,**

13 **that's why he's looking at it. He'll send that**

14 **report back to the patrol officer for amendment or**

15 **correction or occasionally, if time is pressing,**

16 **correct it himself and notify the officer of it and**

17 **the sergeant and charge that officer.**

18 Q.     Do you consider that a supervisory function?

19        MR. CANZONERI: Objection.

20        THE WITNESS: It's supervisory.

21 BY MS. NORTH:

22 Q.     Who, in your opinion, does Lieutenant

23 Mabardy supervise?

24        MR. CANZONERI: Objection.

49

1    THE WITNESS:  He was changed from the
2  community services division to the detective
3  division to have supervision of the detectives, both
4  night and day detectives.
5  BY MS. NORTH:
6  Q.    And are you familiar with what that
7  supervision constitutes?
8    MR. CANZONERI:  Objection.
9    THE WITNESS:  Assigning cases for follow-up
10  to various detectives, seeing that they work in
11  coordination with each other, reviewing their work.
12  They'll submit reports to him, and then it will go
13  from there to report review.
14  BY MS. NORTH:
15  Q.    Are the detectives organized separately from
16  the patrol staff?
17    MR. CANZONERI:  Objection.
18    THE WITNESS:  No.
19  BY MS. NORTH:
20  Q.    Are the detectives organized separately from
21  the patrol officers?
22    MR. CANZONERI:  You mean for purpose of the
23  collective bargaining?
24

50

1    MS. NORTH:  For purposes of organization
2  within the department.
3    THE WITNESS:  They are assigned to either a
4  night or a day schedule in the four and two, or some
5  of them work administratively Monday through Friday.
6  The three night detectives are assigned to a
7  four-and-two shift.  The day detectives work Monday
8  through Friday, but their rank actually is ranked as
9  patrolman.  There's no separate rank of detective or
10  detective sergeant like they have in Boston, for
11  instance.
12  BY MS. NORTH:
13  Q.    Is there an investigative services division
14  within the department?
15  A.    **I believe that would be the detective**
16  **division.  It's not posted on their door.  It's**
17  **interchangeable.**
18  Q.    But that is separate from the patrol
19  services division?
20  A.    **Right.**
21  Q.    And that is headed by Lieutenant Mabardy?
22  A.    **Correct.**
23    MS. NORTH:  I don't have anything further.
24  I will suspend at this time.

51

1    MR. CANZONERI:  And we will object to the
2  suspension.  I have no questions.
3    (Deposition suspended at 4:56 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

52

1    E R R A T A
2
3
4  DESCRIPTION                    PAGE   LINE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23    _____
    Lieutenant Steven J. Pagliarulo
24