# EXHIBIT F

Page 5

1  Q.  What is your address?
2  A.  Number 4 Presbrey. I'll spell it. It's
3  P-r-e-s-b-r-e-y, Place, and that's in Natick. Zip
4  is 01760.
5  Q.  And actually, before I get started, just as
6  a reminder, as I go through and ask you questions,
7  if at any time you don't understand my question,
8  please feel free to ask me to clarify or
9  something --
10 A.  Okay.
11 Q.  -- you can't answer, that you don't
12 understand it, and also, if at any time during the
13 course of the deposition this afternoon you decide
14 that you want to go back and change or supplement an
15 answer, please feel free to do that, too.
16 A.  I understand.
17 Q.  And, of course, if you want to take a break,
18 let me know at any time.
19 A.  Okay.
20 Q.  Are you currently employed?
21 A.  Yes.
22 Q.  Where are you employed?
23 A.  The Natick Police Department.
24 Q.  What is your position?

Page 6

1  A.  I'm a lieutenant in the assignment of
2  executive officer.
3  Q.  How long have you been in that position?
4  A.  I've been a lieutenant since 1994, an
5  executive officer, about six months after, I got
6  promoted to lieutenant.
7  Q.  How long have you been employed by the
8  Natick Police Department?
9  A.  32 years. 1975, I started.
10 Q.  Would you tell me each position that you
11 held in the Natick Police Department?
12 A.  Yes, I was a reserve officer beginning May
13 30, 1975. I was appointed a regular officer July
14 10, 1976. I was promoted to sergeant January 17,
15 1991. I was promoted to lieutenant February 28,
16 1994. I was named the executive officer that
17 summer. I don't have an exact date. That's not a
18 field they put into the data sheet. In between the
19 time I was a regular officer and promoted to
20 sergeant, I served as an investigator in detectives.
21 The rest of the time I was a patrol officer.
22 Q.  When were you promoted to a sergeant?
23 A.  January 17, 1991.
24 Q.  So between '76 and '91 while you were a

Page 7

1  patrolman, you also served in the capacity of --
2  A.  Right.
3  Q.  -- detective?
4  A.  In 1980, I became a detective. I do
5  remember it was in the spring I became -- I was
6  assigned as a detective, and sometime after that, I
7  went back to patrol prior to my appointment as a
8  sergeant.
9  Q.  And you said that you were initially a
10 reserve officer; is that correct?
11 A.  Yes.
12 Q.  And you were appointed a patrol officer in
13 '76?
14 A.  Full time, yes.
15 Q.  What does it mean to be appointed a patrol
16 officer, who appoints you?
17 A.  Oh, the board of selectmen.
18 Q.  What is the process?
19 A.  The process was I had taken a civil service
20 examination and was offered the part-time position
21 of reserve officer in 1975 by the board of
22 selectmen, and that is an at-will or day-to-day
23 employment. It was replacement officers. When
24 someone was away on vacation or sick, you would get

Page 8

1  called in day to day. I had a full-time job at the
2  same time.
3       And then in 1976, they appointed you to a
4  full-time position with the department. As a
5  reserve, I had no guarantee of work. Although, I
6  was very busy, but there was no guarantee. You
7  might work every day for a month, and then you
8  might not work for two months, depending on their
9  need.
10 Q.  Could you tell me the process you went
11 through when you were promoted to sergeant?
12 A.  Yes, prior to the '91 date, I believe it was
13 in '90, we had an exam, a promotional exam that was
14 given by the civil service, and I scored well on the
15 exam. And there were retirements or vacancies that
16 created an opening for a sergeant. And the chief
17 requested to fill the positions.
18      A list was requested from the civil service
19 division, and the chief recommended to the board
20 that I be promoted. And the board made that
21 promotion. I believe there were two promoted at
22 that time. Sergeant Fleming and I were promoted
23 together.
24 Q.  Who was the sergeant you were reporting to

**Page 9**

01:21:48  1   at that time?
01:21:48  2   A.     When I immediately -- when I first
01:21:51  3   reported --
          4   Q.     When you --
01:21:52  5   A.     -- or when I was promoted?
01:21:53  6   Q.     Yes.
01:21:54  7   A.     Or before promotion?
01:21:56  8   Q.     When you were promoted.
01:22:00  9   A.     When I was promoted, my first assignment was
01:22:03 10   a patrol supervisor position, and I would report on
01:22:07 11   the 4:00 to 12:00 shift. And I believe it was
01:22:10 12   Sergeant Mabardy that was in charge of the shift at
01:22:14 13   the time.
01:22:14 14   Q.     Do you know whether or not Sergeant Mabardy
01:22:19 15   supported your promotion from patrol officer to
01:22:24 16   sergeant?
01:22:24 17   A.     I do not.
01:22:25 18   Q.     Do you know whether or not he opposed it?
01:22:29 19   Do you know --
01:22:29 20   A.     I do not.
01:22:31 21   Q.     Okay.
01:22:31 22   A.     I don't know if he was even asked.
01:22:34 23   Q.     Who do you report to now?
01:22:36 24   A.     The chief of police.

**Page 10**

01:22:37  1   Q.     So you report directly to Chief Mannix?
01:22:40  2   A.     I do.
01:22:43  3   Q.     And what areas do you report to him?
01:22:47  4   A.     As the executive officer, my duties include
01:22:52  5   professional standards, training. I also administer
01:22:59  6   the computer system that the police department runs
01:23:03  7   on as far as the interaction with the software and
01:23:08  8   the decisions of how to set the software up in order
01:23:13  9   to work correctly with the agency.
01:23:19 10          I said training, professional standards,
01:23:23 11   equipment, and building issues. I'm the
01:23:28 12   intermediary between the town and the town building
01:23:31 13   maintenance and the town -- other agencies that
01:23:34 14   would be involved with keeping our building up to
01:23:37 15   date and letting them know if there are issues, and
01:23:41 16   those issues are brought to me from patrol or
01:23:44 17   supervision. From a supervisor, it would be sent to
01:23:44 18   me, and I would interact with them and the IT
          19   department, the information technology department at
          20   the Town of Natick if there was a problem with
01:23:49 21   somebody's computer, network issues, that sort of
01:23:54 22   thing.
01:23:56 23   Q.     Is there anything else you can think of?
01:23:59 24   A.     I'm trying to remember everything I told

**Page 11**

01:24:02  1   you, professional standards, training.
01:24:05  2   Q.     Computer systems.
01:24:06  3   A.     Computers.
01:24:08  4   Q.     Equipment.
01:24:09  5   A.     911, purchases to some extent. In that, if
01:24:15  6   radio need to be replaced, stuff like that, I'll try
01:24:20  7   and pull together the current pricing and
01:24:24  8   information to give to the chief. Most of it's on
01:24:27  9   state bids, or you can just buy it right off the
01:24:30 10   state bid.
01:24:32 11   Q.     Do you make the recommendations to the chief
01:24:35 12   when there are purchases, for instance?
01:24:39 13   A.     I don't know if it's recommendations. I
01:24:42 14   mean, the system existed before I got there.
01:24:45 15   Q.     Sure.
01:24:46 16   A.     And we just kind of keep modernizing and
01:24:49 17   replacing what's there. I don't.
01:24:52 18   Q.     Well, I guess, how does the -- let me ask
01:24:55 19   you this way. How does the chief find out if you
01:24:58 20   need new system, through you, through patrol
01:25:01 21   officers, or --
01:25:01 22   A.     Well, it can -- it could be either age, or,
01:25:04 23   you know, things start to get old and people begin
01:25:07 24   to complain. Or finances, that we're spending a lot

**Page 12**

01:25:10  1   of money on radar units, and maybe they need to be
01:25:15  2   replaced because they're getting older, radio
01:25:19  3   systems.
01:25:20  4          I mean, I will mention to him that, "You
01:25:22  5   know, we've had the radios for -- since 1994, and we
          6   ought to look at beginning to replace them."
01:25:27  7          We're just about to embark on it. I think
01:25:29  8   we tried to get them all replaced, and the town
01:25:31  9   decided that we would replace them in thirds. So
01:25:36 10   we're going to get a third this year, a third next
01:25:39 11   year, and a third the year after that.
01:25:41 12   Q.     In terms of training, what are your
01:25:44 13   responsibilities?
01:25:44 14   A.     My responsibilities are to ensure that the
01:25:47 15   officers meet the 40-hour training requirement of
01:25:51 16   the civil service -- I mean, of the Mass Police
01:25:55 17   Training Commission.
01:25:59 18          We for the last few years have been running
01:26:02 19   our own in-house, in-service training program with
01:26:07 20   staff officers. Part of the interaction with that
01:26:11 21   is to make sure that those officers are trained and
01:26:14 22   certified in order to be able to present the
01:26:17 23   materials. Mainly, it's scheduling their time to
01:26:22 24   make sure they attend training counsel classes to

Page 13

1  get certified and then come back and deliver it,
2  scheduling the officers to deliver it to the groups.
3  I have to give the training four or five times each
4  topic, you know, because of the shift work, and we
5  have to stay operating.
6  Q.     What is your involvement in that, do you
7  actually perform the training?
8  A.     I don't. I schedule people. There's very
9  little -- I mean, within the IMC system, I would be
10 the one down there talking about the way the system
11 operates in that piece of training, but we have
12 four or five firearms instructors that I ensure
13 maintain their certification. And they deliver the
14 firearms.
15       We have a CPR instructor, CPR, first
16 responder instructor, who gains his training from
17 the training counsel, then comes back and delivers
18 the training package to the officers to keep them
19 certified.
20       We have a defensive tactics and handcuffing
21 instructor. He goes and gets certified through the
22 counsel and comes back and delivers it to us.
23       If I go in and do, like, a report, most of
24 the time if I go in, it's problem-solving direction.

Page 14

1  In other words, these are issues that we've been
2  seeing, and we may carve out an hour of time during
3  an in-service program, say, "These are issues we're
4  seeing on the IMC. People are making these errors,
5  and it's causing this problem to happen. We need
6  you to stop and do it this way."
7        Or if Lieutenant Grassey or someone in
8  report review notices that they're not meeting a
9  certain burden in some of their reports and we don't
10 want to single one person out, if it becomes
11 systemic, we may do a little presentation on that
12 topic as to how to write a probable cause statement
13 more clearly that satisfies the clerk or something
14 like that.
15 Q.     So is it fair to say that you coordinate the
16 training programs?
17 A.     Yes.
18 Q.     Okay.
19 A.     I don't deliver the training. I schedule
20 and coordinate them, make sure everything is ready
21 to go to get it done.
22       Additionally, specialized training, there is
23 a broadcast from the training counsel that -- or
24 from the state procedure system that indicates what

Page 15

1  training is available throughout the commonwealth,
2  and I review that occasionally and will forward them
3  on to specialists, such as the traffic office or the
4  detectives or patrol if the training might be
5  appropriate, asking their supervisors, "Do you have
6  anyone that needs this training? It's becoming
7  available."
8  Q.     Okay.
9  A.     And wait for their feedback and then if
10 necessary, try and arrange to schedule someone to go
11 to the training.
12       There was a case on homicide investigation
13 coming up, and I will send that to the detectives
14 lieutenant, saying, "Does anybody need this?" And,
15 you know, wait for him to come back with, Yeah, I'd
16 like to send so-and-so, or, "No, we don't need that
17 right now. Everybody's up to speed."
18 Q.     What about in terms of professional
19 standards, what is your involvement there?
20 A.     I am the officer in charge of the
21 professional standards section, or that's the way
22 the policy is written. It's a section of one. I
23 don't have anybody else to talk to or have a
24 meeting, but I --

Page 16

1  Q.     Can you talk to the chief?
2  A.     Oh, yeah.
3  Q.     Okay.
4  A.     Always. I mean, he's not assigned to
5  professional standards, either. I have the assets
6  of all the supervisors as people to task work out
7  to, but my duties are to receive and acknowledge the
8  complaints as received by the department within the
9  policy, spells out specifically who's supposed to
10 receive complaints from the public or from
11 complainants of any type, whether it be anonymous or
12 not.
13       What their role is to write it up, send it
14 to me. I review it. I'll notify the chief if it's
15 a serious matter and then task it out to whatever
16 division.
17       I mean, if someone's complaining about a
18 detective, it would most likely go to the lieutenant
19 in charge of detectives. If someone's complaining
20 about a patrol officer, it would go to the patrol
21 commander. If someone is complaining about a
22 dispatcher, it would go to the communications
23 supervisor and ask them to interview the appropriate
24 personnel and make a report back to me.

17

1  Once it's all compiled, I would then forward
2  that report with their recommendation to the chief
3  for action.
4  Q.    Then what do you mean "with their
5  recommendation"?
6  A.    Well, sometimes the officers will include,
7  and I believe the policy states that they will
8  provide a recommendation. The investigator will
9  provide a recommendation. Sometimes they recommend
10 discipline be imposed without specifying or that a
11 reprimand be issued or something like that.
12      In many cases -- we don't have a lot of
13 serious cases. Thank God, it's not like some places
14 you read about in the paper. We're not
15 investigating crimes. I don't think I've ever
16 investigated an officer or anyone accused of a crime
17 while they were working, but it's mainly demeanor
18 and stuff like that where I've sat the officer down
19 and I've spoken to him.
20      "I don't think it will happen again. We
21 should just close this." Or I've talked to the
22 dispatcher, and they understand where they made
23 their mistake. And they won't do it again, that
24 type of thing, and that will get forwarded to the

18

1  chief. If he accepts it, sometimes he does,
2  sometimes he doesn't. He sends it back.
3       He says, "Okay. We'll close it that way,"
4  or, "I want you to interview somebody else and find
5  that out, bring it back to me." And then they'll
6  begin a little bit of interaction to satisfy the
7  chief's desires regarding any type of
8  investigation, and then he will make the
9  determination as to what's it's going -- what the
10 discipline is going to be.
11 Q.    So if there is a complaint about a patrol
12 officer, who would you task that out to?
13 A.    Depending on the seriousness and they break
14 them into two categories within the policy, it would
15 probably -- if it's demeanor, attitude, the way
16 people are spoken to, a misunderstanding of
17 procedure or something, would go through the
18 lieutenant in charge of patrol to perhaps one of the
19 supervisors on the shift that actually works with
20 the officer.
21      Lieutenant Pagliarulo most recently has
22 chosen in his own prerogative to do some of the
23 investigation. Because he's relatively new in that
24 position, to do some of the investigations himself,

19

1  just to get a better understanding of the people,
2  and then he would send me a report back, which I
3  would then pass through to the chief.
4       But if it's a crime or something like that,
5  then it would be tasked to an investigator of a
6  higher rank, maybe lieutenant in charge or the
7  lieutenant in charge of patrol because he has
8  investigative experience. He's been in detectives
9  before he was promoted, and he would be told to task
10 it out. And it's usually at least one rank higher.
11 If there's a complaint against a sergeant, a
12 lieutenant handles the investigation not another
13 sergeant.
14 Q.    So would the typical scenario be that if it
15 is a complaint against a patrolman it is tasked out
16 to a sergeant?
17 A.    A sergeant at one -- at some level, yes, at
18 his immediate supervisory level, usually someone
19 that works with him all the time.
20 Q.    When you say "works with him all the time,"
21 what do you mean?
22 A.    Is assigned on his shift. It facilitates
23 the interview process in order to be able to get
24 with him. If I give it to a midnight guy for a 4:00

20

1  to 12:00 person, they don't see each other all the
2  time, and with their work schedules, it would just
3  drag the thing out too long, unless we're paying him
4  overtime to do it. So they usually do these on
5  duty, unless they need to go somewhere where a
6  witness is unavailable during their regular duty
7  time. They would be authorized to go to interview
8  them after-hours.
9  Q.    What about in terms of the computer systems,
10 what are your responsibilities there?
11 A.    I set up the computer system. I was the
12 lead on interacting with the company, understanding
13 how their computer system operates and how we
14 operate to make the two mesh, in other words, to
15 tailor the computer system to use the codes we use,
16 the charges we use, and to set it up to operate in
17 our environment.
18      We have a combined police and fire dispatch.
19 We share the database on the dispatch end. Once a
20 record is created for police or fire, it's a -- it's
21 a strictly fire record, or it's a strictly police
22 record. Codes need to be developed. Policies
23 needed to be developed as to how people put evidence
24 into the system.

25

01:40:01 1  sign the list indicating that they're willing to
01:40:03 2  accept appointment with the department, if they are,
01:40:05 3  and we then begin capturing information and
01:40:10 4  biographical stuff for background investigation.
01:40:15 5      That's sometimes handled -- most recently
01:40:17 6  it's been by Lieutenant Pagliarulo as far as getting
01:40:21 7  that, making sure they get photographed,
01:40:22 8  fingerprinted, and all that and then a background
01:40:25 9  investigator is assigned to do the background
01:40:28 10 investigation after they complete their application,
01:40:32 11 lengthy application process.
01:40:35 12     And once the backgrounds are done, the
01:40:42 13 lieutenant will let the chief know he's ready, and
01:40:42 14 we'll have a meeting. It's usually all of the
01:40:43 15 lieutenants and the chief, and we'll kind of review
01:40:46 16 the backgrounds, hear what the background
01:40:48 17 investigators have recommended or written about the
01:40:52 18 candidates. We'll have a discussion about that, any
01:40:56 19 issues.
01:40:57 20     They will set up an interview. It's not
01:41:00 21 really a question and answer, a formalized interview
01:41:04 22 where they'll bring the candidates in. We'll all
01:41:07 23 sit around. We may have a set of different
01:41:07 24 questions we all ask and then delve off into

26

01:41:12 1  whatever area. They may open up with a secondary
01:41:14 2  question.
01:41:14 3      And then at the end, the chief will get to
01:41:17 4  the point where he's looking for -- he's done it a
01:41:21 5  number of ways, but he's trying to get the feedback
01:41:24 6  from the participants in the -- around the table as
01:41:26 7  to who they rank where. Understanding that under
01:41:30 8  civil service, we have to take number 1, unless we
01:41:33 9  can show why he shouldn't get the job.
01:41:35 10     It used to be that we could do number 2 or
01:41:39 11 number 3 if we could show they were better than
01:41:41 12 number 1 without saying anything negative about, and
01:41:46 13 their regulations still state that. But when you
01:41:50 14 write it up and send it in, they want to see what
01:41:53 15 the reasons for bypass would be, and if you don't
01:41:56 16 have them, you can't put them in. So I mean,
01:41:58 17 generally, we're locked into one, two, three.
01:42:04 18 That's the way the system goes, unless you can find
01:42:07 19 a disqualifier or something in there that would say,
01:42:07 20 you know, would have asked that.
01:42:10 21     I can remember being involved in one where
01:42:10 22 the guy claimed residency, and the background
01:42:16 23 revealed he was not a resident. His kids were
01:42:18 24 enrolled somewhere else, and, you know, eventually,

27

01:42:21 1  we had to write the letter. And the chief sent the
01:42:23 2  letter asking them to remove him so we could move
01:42:26 3  down one more, remove him from the list. We had to
01:42:30 4  do it that way.
01:42:31 5      But we all put our two cents worth in. He
01:42:34 6  evaluates it. Then he makes his own decision, and
01:42:37 7  he's only making a recommendation to the board of
01:42:41 8  selectmen, who are the appointing authority.
01:42:45 9      And as he said before, it's his
01:42:47 10 recommendations. It's going to be under his name.
01:42:52 11 So it's going to be his recommendation. He
01:42:55 12 appreciates the input, but in his role as police
01:42:58 13 chief, he makes the decision as to, "Who I'm going
01:43:00 14 to recommend, because it goes under my name, not the
01:43:04 15 committee's name."
01:43:06 16 Q.    So do sergeants do the background
01:43:08 17 investigation part of the --
01:43:09 18 A.    Yes.
01:43:09 19 Q.    -- hiring --
01:43:10 20 A.    Yes.
01:43:11 21 Q.    -- process?
01:43:12 22 A.    **They do the investigation tasks involved in**
01:43:15 23 **backgrounds.**
01:43:15 24 Q.    So they look into where the person lives,

28

01:43:18 1  whether or not there is accuracy --
01:43:18 2  A.    **Accuracy.**
01:43:20 3  Q.    -- in terms of what is described?
01:43:21 4  A.    **Interviews, interviews of former employers,**
01:43:24 5  **interviews of acquaintances, interviews of**
01:43:31 6  **references listed and secondary references, where**
01:43:32 7  **you try and get references from references and go**
01:43:33 8  **and meet them because they haven't been prepped for**
01:43:36 9  **it and interview them, neighborhood checks. There's**
01:43:40 10 **a lengthy background package.**
01:43:42 11     They usually want about 30 days to do it,
01:43:46 12 you know, because they're doing their other job,
01:43:49 13 too. But to do all the things and to gather some of
01:43:50 14 the data, credit checks, and stuff takes time to get
01:43:54 15 back and verification of education and things like
01:43:57 16 that. When they send those out, it sometimes takes
01:44:01 17 a while to get them back.
01:44:02 18 Q.    Do you do that for sergeants or just patrol
01:44:05 19 officers?
01:44:05 20 A.    **That's just for new hires, whether they be**
01:44:09 21 **patrol officers or dispatchers, new employees. For**
01:44:11 22 **sergeants, they've mostly -- I think the most**
01:44:15 23 **recent one, they've been here for like ten years,**
01:44:17 24 **and we know them. They may have the committee,**

# EXHIBIT G

5

1  Q.    Where do you live?
2  A.    **In Mendon, Massachusetts, 3 Forest Park**
3  **Drive.**
4  Q.    Are you currently employed?
5  A.    **I'm retired.**
6  Q.    From where did you retire?
7  A.    **Natick Police Department.**
8  Q.    What was your rank when you retired from the
9  Natick Police Department?
10 A.    **I was a sergeant.**
11 Q.    How long were you a sergeant?
12 A.    **Since 1984.**
13 Q.    When did you retire?
14 A.    **In 2004, October.**
15 Q.    What was your position prior to becoming a
16 sergeant?
17 A.    **I was a detective.**
18 Q.    How long were you a detective?
19 A.    **14 years.**
20 Q.    So was that 1970 to --
21 A.    **Yeah.**
22 Q.    -- 1984?
23 A.    **It was '74, yeah.**
24 Q.    '74 to '84?

6

1  A.    **Yeah, but I continued in as a detective**
2  **sergeant.**
3  Q.    Okay.
4  A.    **That's where it lapses.**
5  Q.    Prior to 1974, were you a police officer as
6  well?
7  A.    **Yes.**
8  Q.    How long were you?
9  A.    **Well, I came on in 1967.**
10 Q.    Were you a patrol officer from '67 --
11 A.    **Yes.**
12 Q.    -- to '74?
13 A.    **Yes.**
14 Q.    How long did you retain your detective
15 duties as of when you were a sergeant, in --
16 A.    **Yeah, well, --**
17 Q.    -- your position as a sergeant? Excuse me.
18 A.    **Right. Right, that went from 19 -- let's**
19 **see, as a sergeant, I worked -- that was four years,**
20 **up until 1986.**
21 Q.    In your position as sergeant, what were your
22 duties?
23 A.    **Well, I followed the policies and**
24 **procedures of the department. I was basically a**

7

1  **desk sergeant for a period of time. I became an**
2  **area commander after that, and I retired in that**
3  **position.**
4  Q.    You retired when you were area commander?
5  A.    **Yes.**
6  Q.    Tell me what you did more specifically as a
7  desk sergeant, and, actually, first if you could
8  tell me what period you were a desk sergeant.
9  A.    **Well, desk sergeant, when I explain as a**
10 **desk sergeant, you're performing that duty**
11 **periodically. At times when you're the only**
12 **sergeant on the evening shift -- I work the evening**
13 **shift, and sometimes it would be a case of where I**
14 **was working overtime that I would be a desk**
15 **sergeant.**
16       **Now, the duties that I performed were to**
17 **review reports, and to guide according to policy the**
18 **officers that were assigned to the shift.**
19 Q.    What shift did you work, the evening shift
20 you said?
21 A.    **Yes, 4:00 to midnight.**
22 Q.    What was your work schedule?
23 A.    **Four and two.**
24 Q.    And other than when you were the only

8

1  sergeant on the shift or working overtime, were you
2  always the desk sergeant, or were you ever out on
3  patrol?
4  A.    **I was out on patrol when there was more than**
5  **one sergeant, yes.**
6  Q.    What did you do, what were your duties as a
7  patrol sergeant?
8  A.    **Well, patrol, and occasionally, I would go**
9  **to complaints, basically, on the level of community**
10 **policing. An area commander during my tour had to**
11 **be out on the street so that he could address**
12 **situations that were going on in particular**
13 **neighborhoods or complaints of traffic violations,**
14 **things of that nature, basically, a problem solver.**
15 **That's what we did.**
16 Q.    When were you an area commander, from what
17 periods?
18 A.    **Oh, from, let's see now, about three years**
19 **until my retirement. So you're going back to 2001,**
20 **2002.**
21 Q.    And what were your duties and
22 responsibilities as an area commander?
23 A.    **As I just explained, that's basically what I**
24 **did, community policing. If somebody had a**

Page 9

1 complaint about somebody in their neighborhood or
2 their neighborhood having a traffic problem with
3 speeders coming through, not obeying the laws, maybe
4 compromising stop signs, things of that nature, then
5 I would go down and talk to them about it, and we'd
6 have an officer keep an eye on that particular
7 trouble spot and give them support and then try to
8 discontinue that practice.
9 Q.    Would you assign the officer to go to
10 that --
11 A.    Yes.
12 Q.    -- particular spot?
13 A.    Yes.
14 Q.    How did you become area commander?
15 A.    Basically, being the senior officer on the
16 shift, that was the norm for choosing an area
17 commander, with the most experience and time on the
18 job. The chief made those decisions.
19 Q.    So were you always the area commander on
20 your shift during that period?
21 A.    Yes, unless I worked overtime.
22 Q.    And then you were no longer the area
23 commander when you were working overtime?
24 A.    Well, if you work a shift, you're assigned

Page 10

1 to pick up where somebody who's on vacation, their
2 duties would have been, you know? So area commander
3 doesn't apply. Although, there were area commanders
4 already on the shift when I went on board as an
5 extra sergeant for overtime.
6     MR. CANZONERI: Off the record for a second.
7     (Discussion off the record.)
8     MR. CANZONERI: All set.
9 BY MS. NORTH:
10 Q.    So area commander, being an area commander
11 at that point was specific to your shift, it wasn't
12 a general responsibility for an area that covered
13 all of the shifts, is that right, am I understanding
14 how you are describing it?
15 A.    Well, the town was broken up into three
16 parts.
17 Q.    Okay.
18 A.    And I was responsible for one particular
19 part.
20 Q.    Okay.
21 A.    There were sergeants on each shift
22 throughout the 24 hours that were area commanders,
23 also. So if I was dealing with a particular issue,
24 I would pass it on to them to continue. I'd tell

Page 11

1 them the information that I got.
2 Q.    Okay.
3 A.    And I'd pass it on to them.
4 Q.    And bear with me, please. As area
5 commander, you would have responsibilities for
6 knowing what was going on in that area --
7 A.    Yes.
8 Q.    -- that went beyond the bounds of just your
9 shift; is that fair to say?
10 A.    It'd be part of the shift.
11 Q.    But it also extended beyond --
12 A.    Well, because --
13 Q.    -- the shift?
14 A.    -- we would --
15     MR. CANZONERI: Objection.
16     THE WITNESS: We would address it.
17     MR. CANZONERI: Keep going.
18     THE WITNESS: Yeah.
19 BY MS. NORTH:
20 Q.    You said, "We would address it."
21 What do you mean by that?
22 A.    Well, when I had a complaint, I would, if it
23 happened during my tour, would address the issue by
24 going to -- incidentally, we would set up, like,

Page 12

1 community meetings with neighbors and things like
2 that that had issues. Then we'd sit down and talk
3 to them about it, what the police can do, and how we
4 can help them solve the difficulties they're
5 confronted with. That's what I mean by that.
6 Q.    Did you transmit that information to other
7 sergeants on other shifts?
8 A.    Yes. Yes.
9 Q.    Did you transmit that information to the
10 patrol officers on your shift?
11 A.    Yes.
12 Q.    Did you assign duties to patrol officers on
13 your shift based on that information you gathered
14 about what was going on in your area?
15 A.    That was the policy of the area commander,
16 was to do that, yes.
17 Q.    Who was your supervisor when you were a
18 sergeant in the area commander?
19 A.    Lieutenant Pagliarulo.
20 Q.    And what kind of interaction did you have
21 with Lieutenant Pagliarulo during the course of a
22 shift?
23 A.    Well, he wasn't there.
24 Q.    Okay.

Page 17

1  complaint?
2  A.     No, just fill --
3  Q.     You just --
4  A.     Fill the form out and pass it on.
5  Q.     Who do you pass it on to?
6  A.     Well, I pass it on with the rest of the
7  paperwork for the shift, and it goes up to one of
8  the lieutenants. I assume Lieutenant Pagliarulo, or
9  Lieutenant Mason usually handled most of the citizen
10 complaints.
11 Q.     Were you ever involved in a situation where
12 you had to discipline a patrol officer?
13 A.     No. No, not to any extent. I'm trying to
14 think in particular. What do you mean by that
15 exactly?
16 Q.     Where you had to take any formal action to
17 correct their behavior?
18 A.     The only thing I would do, I would -- if it
19 was something that was an emergency situation,
20 certainly I'd guide them out of that performance.
21 Then I would make out a report and pass it on to the
22 lieutenant relative to the issue.
23 Q.     Which lieutenant is that?
24 A.     My commander, Lieutenant Pagliarulo.

Page 18

1  Q.     And then what would happen after the report
2  was passed on to Lieutenant Pagliarulo?
3  A.     I don't know.
4  Q.     Would he ever come back and ask you about
5  the report?
6  A.     No. No, he wouldn't go any further than
7  that. That's usually the counsel, but it depends on
8  the degree, not that I had any major issues with any
9  of the officers.
10 Q.     If there was an opening for a patrol officer
11 on your shift, would you be involved in the hiring
12 process at all?
13 A.     No.
14 Q.     Would you do any background investigation?
15 A.     No.
16 Q.     Did you ever do any background
17 investigation?
18 A.     Never.
19 Q.     Would you ever provide any recommendations
20 as to whether a candidate was a suitable candidate
21 or not?
22 A.     No, I wasn't involved in that area at all.
23 Q.     What about if a patrol officer on your shift
24 was seeking a promotion to sergeant, would you

Page 19

1  provide input on their application?
2  A.     I've never been asked to.
3  Q.     Did you ever provide it without being asked?
4  A.     No.
5  Q.     Did any of the patrol officers on your
6  shift apply for sergeant positions, that you are
7  aware of?
8  A.     Well, they took the exam, you know, the
9  civil service exam, and then the appointing
10 authority, which is the selectmen for the Town of
11 Natick, they make the decisions on what they receive
12 from the chief. And promotions are afforded that
13 way.
14 Q.     Do you know if the chief seeks counsel from
15 his command staff about promotions?
16 A.     Myself, personally, he never has.
17 Q.     And you have never volun- -- you have never
18 submitted a recommendation or an opinion that wasn't
19 sought as to someone's promotion?
20 A.     No.
21        MR. CANZONERI: Objection as to the form of
22 that question. I think that, you know, it was
23 unclear given the way it was phrased.
24        MS. NORTH: Okay.

Page 20

1         MR. CANZONERI: Sorry for the late --
2  BY MS. NORTH:
3  Q.     Were you ever a member of the command staff?
4  A.     What's your definition of a "command staff"?
5  Q.     Well, maybe I should ask you first. Does
6  the chief have a command staff?
7  A.     Yes, he does, and they have separate
8  meetings. They have -- we have staff meetings,
9  like, once a month or once every two to three
10 months, and that consists of all sergeants,
11 lieutenants, the chief, the records keeper, the
12 union representatives, which are patrol officers.
13 And that meeting is basically what's going on that
14 we need to pay attention to. Do we need new
15 typewriters down in the office? Is supplies being
16 taken care of? Are there issues out on the street
17 that we should be aware of, you know, things of that
18 nature. The upkeep of the department, basically, is
19 what the staff meeting is concerned with.
20        Now, they do have a staff, which is
21 lieutenants and the chief, and they meet, I think, a
22 few times a week from what I understand. But I'm
23 not quite sure, and that's what -- that's staff.
24 Q.     You were never involved in those meetings?

21

1  A.    Never was at any of them, no.
2  Q.    When you had these monthly staff meetings,
3  would you take that information that you gathered at
4  the staff meetings and disseminate it back to the
5  patrol officers --
6  A.    Yes.
7  Q.    -- on your shift?
8        MR. CANZONERI: Objection.
9  BY MS. NORTH:
10 Q.    You said you worked the 4:00 to 12:00 shift;
11 is that correct?
12 A.    That's right.
13 Q.    What time did you usually start or begin
14 your work?
15 A.    Well, I usually got there at 3:30, quarter
16 past 3:00.
17 Q.    What did you do between 3:30 or quarter past
18 3:00 and four o'clock?
19 A.    I conferred with the desk sergeant. I read
20 the log. I checked up on any E-mails that might
21 have come on board.
22 Q.    Anything else?
23 A.    No, prepared for the shift.
24 Q.    Did you ever put in for overtime for that

22

1  period of time you came in early?
2  A.    No. Never.
3  Q.    Why not?
4  A.    I didn't feel it was necessary. I was
5  performing my duties. I had to get the information.
6  I'd been doing that since I came on in 1967.
7  Q.    And your shift officially ended at midnight;
8  is --
9  A.    Yes.
10 Q.    -- that correct? What time did you finish
11 up your work?
12 A.    I usually left around 12:30, one o'clock.
13 Q.    What did you do between midnight and 12:30
14 and one o'clock?
15 A.    I would review reports, or basically, when I
16 was in the area commander position for that evening,
17 I would collect the equipment that was issued prior
18 to the beginning of the shift, which entailed, like,
19 radar systems, and equipment pertinent to the shift,
20 yeah.
21 Q.    Had you given out the equipment at the
22 beginning of the shift, too?
23 A.    Yes.
24 Q.    What else did you do besides review reports

23

1  and collect equipment at the end of your shift,
2  anything else?
3  A.    No, that was about it, pass on information
4  to the incoming sergeant.
5  Q.    What did your report review consist of?
6  A.    What's a "report review"? What do you mean
7  by that?
8  Q.    How did you review the reports?
9  A.    Oh, the ones I had -- that's when I was a
10 desk officer. I would go through the reports that
11 were dictated. They would be dictated. I would
12 listen to them, and --
13 Q.    And then what would you do with them?
14 A.    Then I would either pass them on or send
15 them back to the officer.
16 Q.    Who would you pass them on to?
17 A.    The upstairs staff. They would go to
18 records, Lieutenant Mason.
19 Q.    If you passed them back to the patrol
20 officer, why would you do that?
21 A.    Well, they may have missed one of the
22 qualifications for the complaint. If they were
23 filing a complaint on a larceny, they may not have
24 all the particulars down there, and I would send it

24

1  back, explaining that they missed one point of it,
2  which is law, you know?
3  Q.    Would they then submit that report back to
4  you again?
5  A.    Yes, and then I would send it up if it
6  was -- after it was corrected.
7  Q.    And for this period after your shift between
8  midnight and 12:30 or 1:00, did you ever put in for
9  overtime?
10 A.    No.
11 Q.    Why not?
12 A.    You get involved in your work, and you don't
13 think about it. And you go home. That wasn't a
14 priority in my mind. I think I stayed maybe two
15 hours at one point, and I put in for overtime for an
16 hour and a half or something I would.
17 Q.    Was it your typical practice to come in
18 early and stay late?
19 A.    Yes. Yes.
20 Q.    So most of your days on shift you would be
21 coming in early and staying late?
22 A.    The reason for coming in early is because
23 you don't want to be handicapped on the knowledge
24 that's necessary to run the shift that you're going