# EXHIBIT H

## PATROLMAN

A. <u>SUMMARY</u>

A Patrolman shall be responsible for the efficient performance of his duties in conformance with the rules, regulations, and policies contained in this Manual.

His duty shall consist of, but is not necessarily limited to, the following general police responsibilities.

1. Identify criminal offenders and criminal activity and, where appropriate, apprehend offenders and participate in subsequent court proceedings.

2. Reduce the opportunities for the commission of some crimes through preventive patrol and other measures.

3. Aid individuals who are in danger of physical harm.

4. Facilitate the movement of vehicular and pedestrian traffic.

5. Identify problems that are potentially serious law enforcement concerns.

6. Create and maintain a feeling of security in the community.

7. Promote and preserve the peace.

8. Provide other services on an emergency basis.

9. Perform such other duties as the Chief or his designate may require.

10. Be civil and courteous at all times, realizing that he is representing the Department and all police in general.

B. <u>DUTIES AND RESPONSIBILITIES</u>

It is the duty and responsibility of a Patrolman to:

1. Perform duties consistent with the obligations imposed by his oath of office and be accountable to his superior officers, promptly obeying legitimate orders.

2. Coordinate his efforts with those or other members of the Department so that their teamwork may ensure continuity of purpose and maximum achievement of police objectives.

3. Communicate to his superiors all information he may obtain which is pertinent to the achievement of police objectives.

PATROLMAN
Two

4. Respond punctually to all assignments.

5. Acquire and record information concerning events that have taken place since his last tour of duty and be continuously attentive to instructions.

6. Record his activity during his tour of duty in the manner prescribed to him by his superiors.

7. Maintain his arms and equipment in a functional, presentable condition, promptly correcting defects, and reporting any serious defects to his superior.

8. Make reports of crimes, accidents, and other incidents in conformity with the procedures outlined in current directives. Ensure that such reports are accurate, complete, and timely.

9. Respond to citizen's requests for assistance or information, and courteously explain any instance where jursidiction does not lie with the Department and suggest other procedures to be followed.

10. Be accountable for the securing, marking, safeguarding, and proper transporting of all evidence and property coming into his custody.

11. Be alert to the development of conditions tending to cause crime, take preventive action to correct such conditions, and inform his superiors.

12. Conduct investigations of all criminal offenses and incidents within his area of assignment and scope of activity. Collect evidence and record data which will aid in the identification, apprehension, and prosecution of offenders and the recovery of property.

13. Preserve the area upon arrival, when dispatched to the scene of a crime.

14. Serve or deliver warrants, summonses, subpoenas, and other official papers promptly and accurately, when directed by a superior officer.

15. Confer with court prosecutors and testify in court.

16. Accomplish other general duties and functions as they are assigned or become necessary.

17. Be prepared for inspection of uniforms, equipment and general appearance.

PATROLMAN
Three

18. Enforce the parking ordinances and motor vehicle laws in his assigned area of patrol.

19. Keep all radio equipment in operation at all times and be thoroughly familiar with departmental policy concerning use of the radios.

20. Perform other duties as assigned by the Chief.

C. SPECIFIC DUTIES AND RESPONSIBILITIES - PATROLMEN ASSIGNED TO PATROL CARS

It is the duty and responsibility of a Patrol Car Officer to:

1. Preventive Patrol

   a. Patrol his assigned area for the general purposes of crime prevention and enforcement. Patrol includes: apprehending persons violating the law or wanted by the police; public assembly checks; building security checks; questioning suspicious persons; issuing traffic citations; locating fires; reporting street light and traffic signals out-of-order, street hazards and other safety problems; checks of schools, parks and playgrounds.

   b. Examine in the nighttime and during Sundays and holidays doors and windows of the business places in his assigned area of patrol to see that they are properly secured. If any door or window is found to be unsecured he shall notify the station and take immediate measures to secure the property if it is apparent that the door or window was inadvertently left open by the owner. However, if it appears that the door or window was forced open to gain unlawful entry into the building, he shall immediately notify his superior officer of the situation and request assistance to search the premises.

   c. Conform to all Massachusetts General Laws and town by-laws relative to traffic regulations.

2. Service to the Public

   a. Respond to situations brought to his attention while in the course of routine patrol or assigned to radio. Assist invalids, senile and lost persons, or other persons needing police assistance.

   b. Answer questions asked by the general public, counsel citizens when necessary and refer them to persons or agencies where they can obtain further assistance.

PATROLMAN
Four

3. Miscellaneous Activities

a. See that any motor vehicle is well maintained mechanically and that it is kept clean both inside and out. Immediately report all defects and damages sustained to the vehicle to the Officer-in-Charge and complete all reports and forms required for such by current procedures. Have valid Massachusetts operator's license. Use the call number assigned to the car to contact headquarters. Operate the radio in line with FCC regulations and current departmental procedures. Notify the Dispatcher and give location whenever the car is left unattended or the radio is taken off the air. Contact the Dispatcher when back in service.

b. Drive any assigned vehicle with due regard for the safety of yourself and others. Drive on regular patrol at such a speed and in such a manner as will enable one to see any conditions in the assigned patrol area which may require police attention.

c. Remove the keys whenever the patrol car is left unattended.

d. Use only vehicles assigned by the Chief of Police.

e. Ensure that prior to each tour of duty, the assigned vehicle's gas tank is full.

f. Ensure that only assigned personnel ride in police vehicles.

D. SPECIFIC DUTIES AND RESPONSIBILITIES - PATROLMEN ASSIGNED TO FOOT PATROL

It is the duty and responsibility of a Foot Patrolman to:

1. Become thoroughly familiar with his assigned route of patrol. Such familiarity includes residents, merchants and institutions; roads, alleyways and paths; conditions that contribute to crime, resources for emergency and other assistances, such as the location of fire boxes and telephones.

2. Remain on his assigned route throughout his tour of duty, except when a superior officer or the Dispatcher has issued authorization to the contrary. In case of an emergency, notify the Officer-in-Charge when leaving the assigned route, if practical, or as soon as possible upon return.

3. Patrol his route giving particular attention to, and frequently rechecking locations where the crime hazard is great. Insofar as possible, and so that his actions can't be anticipated, he shall not patrol his area according to any fixed route or schedule. He shall alternate frequently and backtrack in order to be at the location least expected.

PATROLMAN
Five

    4. Be alert for all nuisances, impediments, obstructions, defects or other conditions that might endanger or hinder the safety, health or convenience of the public within his patrol area. Report street light and traffic signals out of order.

    5. Take measures to direct the flow of traffic in his area during periods of congestion.

    6. Keep all radio equipment in operation at all times and be thoroughly familiar with departmental policy concerning use of the radios.

E.   SPECIFIC DUTIES AND RESPONSIBILITIES - PATROLMEN ASSIGNED TO TRAFFIC PATROL

    It is the duty and responsibility of a Traffic Patrolman to:

    1. Direct and expedite the flow of traffic at assigned intersections keeping in mind his duty as a Traffic Patrolman in preventing accidents, protecting pedestrians and ensuring the free flow of traffic.

    2. Enforce the parking ordinances and motor vehicle laws in his area. At all times he shall take such action as is consistent with current departmental policy, good police work and common sense.

    3. Respond immediately and notify the station at the earliest possible opportunity when called from a traffic post for emergency police service.

    4. Wear the prescribed traffic safety equipment when directing traffic at night or during periods of poor visibility. This includes the uniform of the day, white mittens/gloves and reflective safety equipment.

    5. Be civil and courteous at all times, realizing that he is representing the Department and all police in general.

    6. Acquire a thorough knowledge of criminal law, as well as all laws and ordinances relating to motor vehicles and pedestrians.

    7. Proceed to the scene of any disturbance and restore status-quo.

# EXHIBIT I

SERGEANT

A. SUMMARY

A Sergeant provides the first level of supervision in the Department. He is primarily responsible for the proper performance of Patrolmen assigned to duty within the area subject to his supervision.

A Sergeant is charged with ensuring compliance with the Department's regulations. He handles all minor infractions using his best judgment and reports all serious violations to his superior.

A Sergeant shall be responsible for the efficiency, discipline, conduct, appearance and strict attention to duty of all Patrolmen under his supervision.

B. DUTIES AND RESPONSIBILITIES

It is the duty and responsibility of a Sergeant to:

1. Supervision

   a. Supervise Patrolmen assigned to his shift and be responsible for their effectiveness. He must be thoroughly acquainted with the duties of Patrolmen in order to assist and instruct them in the proper discharge of their duties.

   b. Be fully familiar with the current departmental regulations and developments in the law that affect him and his departmental personnel.

   c. Monitor the duty performance of departmental members and employees, and ensure that it is satisfactory through encouragement, explanation, discipline, referral to his superior officer or other methods consistent with departmental policy.

   d. Submit a written report to the superior officer of any member of the Department when he commits a serious breach of the regulations of the Department, and informal corrective measures prove inadequate. Include in such report the complete details of the misconduct and of those corrective measures attempted. Examples of types of misconduct which would ordinarily be considered "serious" in this respect are:

   i)    Flagrant refusal to obey orders.

   ii)   The commission of any criminal offense.

SERGEANT
Two

    iii)     Verbal and/or physical abuse of a member of the public.

    iv)     Excessive use of force with a prisoner or other person.

    v)     Absence without leave.

    vi)     Excessive tardiness.

    vii)     A conflict of interest.

    viii)     Negligent failure by the departmental personnel to discover or act upon a felony or upon the existence of conditions dangerous to the health or safety of the public.

    ix)     Repeated failure to respond to orders, instructions or other admonitions to correctly execute his duties.

e. Seek officers' opinions about their assignments and police policies generally.

f. Keep up-to-date on current developments in the law and police practices affecting his area of assignment.

g. Implement all orders received from superior officers. Explain to officers the content of new orders that affect their responsibilities. Request clarification whenever uncertain as to what is expected of him.

h. Be accountable for the actions or omissions of officers under his supervision which are contrary to departmental regulations and which would have been avoided if he had been properly executing his supervisory responsibilities.

i. Respond to any emergency or incident of a serious nature or when he is dispatched to the scene by the Officer-in-Charge. Take command of the situation until relieved by an officer of superior rank.

j. Ensure that all Patrolmen receive warrants, summonses, subpoenas, or other official papers, and serve or deliver or perform their duties regarding such papers promptly and accurately.

k. Inspect the daily log before beginning his tour of duty and familiarize himself with all important matters that have occurred since his last tour. Make certain that the Patrolmen under his supervision are made aware of all such matters.

SERGEANT
Three

2. <u>Reporting and Writing Procedures</u>

    a. Be familiar with the Department's records and reporting system in detail and instruct officers in the proper method of reporting.

    b. Report to his Commanding Officer and to the Chief all serious or unusual occurrences immediately.

    c. Cause reports to be filed on preliminary investigations and periodic reports on the status of more in-depth investigations, calling to his Commanding Officer's attention any significant developments in all investigations.

# EXHIBIT J

LIEUTENANT

A. SUMMARY

Subject to direction from the Chief, the Lieutenant has direct control over all members and employees of the Department. He is responsible for the direction and control of personnel under his command to assure the proper performance of duties and adherence to established rules, regulations, policies and procedures. He will provide for continuation of command and/or supervision during absence of his immediate superior.

B. DUTIES AND RESPONSIBILITIES

It is the duty and responsibility of a Lieutenant to:

1. Maintain discipline and morale within the Department. Investigate personnel complaints as assigned by the Chief.

2. Promote harmony and cooperation among all units of the Department.

3. Oversee preparation of correspondence and reports and maintain proper records of departmental activities. Communicate information as required.

4. Periodically inspect all members of the Department to assure proper maintenance of personnel and departmental equipment.

5. Assist departmental personnel in the preparation of cases.

6. Prepare evaluations of departmental personnel as directed by the Chief.

7. At the direction of the Chief, observe probationary officers, and prior to the expiration of their probationary period, submit to the Chief a detailed written report concerning their qualifications to secure permanent status and his opinion as to the desirability of their retention.

# EXHIBIT K

# NATICK POLICE DEPARTMENT
## MASTER ROSTER
Effective April 30, 2005

| PATROL SHIFT I (12-8) | PATROL SHIFT II (8-4) | PATROL SHIFT III (4-12) | ADMINISTRATION |
|---|---|---|---|
| | | | CHIEF MANNIX |
| | | | LT. MASON |
| | | | LT. PAGLIARULO |
| | | | LT. GRASSEY |
| **SUPERVISORS** | **SUPERVISORS** | **SUPERVISORS** | SGT. FITZPATRICK |
| | | | OFC. KERRISSEY |
| 1 LAMONT 450 (Area B) | 1 O'CALLAGHAN 410 (B) | 1 ROSSI-CAFARELLI 3610 (C) | |
| 2 LAUZON 3421 (C) | 2 DUNLOP 2597 (Area C) | 2 VIEIRA 3572 (B) | |
| 3 FLEMING 456 (A) | 3 THOMPSON 452 (Area A) | 3 ST. HILAIRE 3306 (A) | |
| **PATROL OFFICERS** | **PATROL OFFICERS** | **PATROL OFFICERS** | **DETECTIVES** |
| | | | LT. MABARDY |
| 1 HAYES 468 (C) | 1 JENNINGS 780 (C) | 1 ARENA 2436 (C) | DET. HALLORAN |
| 1 FORDE 41665 (B) | 1 WHITE 1993 (B) | 1 INGHAM 3810 (A) | DET. HASWELL |
| 1 FITZGERALD 41263 (A) | 1 GEISSLER 2181 (A) | 1 BOSSELMAN 41706 (B) | DET. BLANCHARD |
| | 1 GRAHAM 3357 | | DET. ORDWAY |
| 2 HOFFMAN 2995 (A) | 2 VITALE 1990 (B) | 2 KEOHANE 3609 (B) | **TRAFFIC UNIT** |
| 2 CONAWAY 42329 (C) | 2 RICHARDSON 2439 (A) | 2 HEFFLER 40019 (A) | SGT. DAVIS 457 |
| 2 LANOUE 42559 (B) | 2 SUTHERLAND 42560 (C) | 2 QUILTY 41417 (C) | |
| | | 2 RODRIGUEZ 41408 (A) | **CIVILIAN STAFF** |
| 3 HARPER 459 (C) | 3 LINTON 434 (B) | 3 PEROS 447 (A) | AZZARITI, F 41624 |
| 3 SALIS 41708 (A) | 3 MURPHY 2927 (C) | 3 BROGAN 3525 (C) | KELLY, M 3982 |
| 3 KELLEY 42558 (B) | 3 MORRILL 2012 (A) | 3 DELEHANTY 41173 (B) | CARNEY, M 42388 |
| | | | TOSI, K 3488 |
| | | | BIGGIERI, S 42098 |
| | | **DETECTIVES** | |
| | | 3 DOHERTY Jr. 3608 | |
| **DISPATCHERS** | **DISPATCHERS** | **DISPATCHERS** | **TRAINING** |
| 1 DUBINSKY 3732 | 1 CURTIS 2714 | 1 ROURKE 41598 | |
| 2 GARVIN 3612 | 2 SCOTT 2716 | 2 BARNES 41492 | |
| 3 STERLING 41707 | 3 BIUSO 42092 | 3 GLICKMAN 3869 | |
| PART TIME DISP. | PART TIME DISP. | PART TIME DISP. | |
| BAUR 41494 | TURNER 3816 | LEAVITT 42632 | **DISP. TRAINING** |
| SMITH B 41255 | SMITH J 42077 | | |
| THOMASON 41691 | SCANLON 42628 | | |

Last Update 6/14/2005 @ 5:23 PM