# EXHIBIT L

Page 5

1  Q.   What is your home address?
2  A.   20 Church Street, Apartment 18, Natick,
3  Mass.
4  Q.   And how long have you lived at that
5  address?
6  A.   Since December of last year.
7       MR. CANZONERI: Since what?
8       THE WITNESS: December of --
9       MR. CANZONERI: Last year.
10      THE WITNESS: 2005.
11 BY MS. MURPHY:
12 Q.   What was your address prior to that?
13 A.   I was living at 18 Eisenhower Ave in
14 Natick.
15 Q.   Are you employed?
16 A.   Yes.
17 Q.   Who are you employed by?
18 A.   Natick Police Department.
19 Q.   What is your position in the Natick Police
20 Department?
21 A.   I'm a sergeant.
22 Q.   How long have you been a sergeant?
23 A.   Since October 2003.
24 Q.   Is that a position that you applied for?

Page 6

1  A.   I was promoted through civil service exam.
2  Q.   Is that civil service exam an exam for
3  internal promotions?
4  A.   Yeah, to rank a sergeant and lieutenant.
5  It's within the department.
6  Q.   Do you know of any instances where a
7  sergeant was hired from outside the department?
8  A.   I don't know.
9  Q.   Do you know if any of the other sergeants
10 that you work with came from outside the
11 department?
12      MR. CANZONERI: Objection.
13      THE WITNESS: As a sergeant or as a
14 patrolman?
15 BY MS. MURPHY:
16 Q.   As a sergeant.
17 A.   No, not that I know of.
18 Q.   So they were promoted within?
19 A.   Yes.
20 Q.   Prior to being promoted to a sergeant, what
21 was your position?
22 A.   I was a patrolman.
23 Q.   How long were you a patrolman?
24 A.   Oh, I transferred there in 1991, so 12 years

Page 7

1  in Natick.
2  Q.   Where were you prior to that?
3  A.   I worked in Maynard, and before that, I
4  worked in Chelmsford, victim of layoffs.
5  Q.   Why did you seek a promotion to a sergeant
6  position?
7       MR. CANZONERI: I'm sorry. Did you say,
8  "Why"?
9       MS. MURPHY: Yes.
10      THE WITNESS: Yeah, trying to advance my
11 career.
12 BY MS. MURPHY:
13 Q.   Do you work a specific shift?
14 A.   Yes.
15 Q.   What shift is that?
16 A.   Midnight to 8:00 in the morning.
17 Q.   Are you on a four-and-two schedule?
18 A.   Yes, four days on, two off.
19 Q.   Does that mean that about 17 weeks a year,
20 if you know, you work four shifts versus five?
21 A.   Yeah. Yeah, I think it's what they call a
22 short week. Yeah.
23 Q.   Do you know how many short weeks you have a
24 year?

Page 8

1  A.   I don't know. It's like once every six or
2  seven weeks or something.
3  Q.   Are you assigned to an area within the shift
4  that you work?
5  A.   We split it up. On our shift, my first two
6  nights my duties are station supervisor, and my
7  second two nights I'm a patrol supervisor. So I go
8  out in a cruiser.
9  Q.   Are there any other sergeants working the
10 evening you work?
11 A.   Yeah. Yeah, there's another sergeant.
12 Unless they're on vacation or out sick or training,
13 then sometimes I'd be there by myself.
14 Q.   So it is one or two sergeants but generally,
15 not three or ever three on your shift?
16 A.   On our shift, no. Just there's three of us
17 assigned to the shift, but with the four-two
18 schedule, when someone's off two days, the other two
19 sergeants. So it's -- it covers the seven days a
20 week with the three of us.
21 Q.   How many patrolmen are assigned to a shift?
22 And when I say "to a shift," I don't mean on a
23 four-and-two schedule, I mean, actually work the
24 evenings that you work.

9

1  A.    On my shift?
2  Q.    Yes.
3  A.    I don't know. We've been -- manpower, I
4  mean, it's been I want to say eight or nine. I'm
5  not sure. We -- I just lost a guy to a day shift,
6  but I'd say somewhere around -- total, out of all
7  the whole, complete 12:00 to 8:00 shift, I'm going
8  to say there's maybe eight or nine people assigned
9  to it.
10 Q.    What about on a typical evening, do you know
11 how many patrol officers will work?
12 A.    Well, on a good night --
13       MR. CANZONERI: I'm sorry. Do you mean on a
14 night shift that he works?
15       MS. MURPHY: Yes.
16 BY MS. MURPHY:
17 Q.    On your shift that you work.
18 A.    Oh, my shift?
19 Q.    Yes.
20 A.    On a good night?
21 Q.    Yes.
22 A.    I may have six people.
23 Q.    What about on a bad night?
24 A.    Three.

10

1  Q.    How often does that happen?
2  A.    Quite a bit.
3  Q.    Really?
4  A.    Yeah.
5  Q.    About how often?
6  A.    It's happened a lot in the last year or so
7  that we'd have a supervisor out on the street and
8  three patrolmen.
9  Q.    Let me ask you this. Why does that happen,
10 is it because of scheduling?
11 A.    Money.
12 Q.    Explain that to me.
13 A.    They didn't have money for overtime.
14 Q.    Why would you need overtime? Aren't those
15 regular work hours?
16 A.    Yeah. Yeah, there -- you need people
17 covering. People go on vacation. People are
18 assigned to training. Some people are sick. So
19 we've had some people that were injured. We start
20 losing those people, and they're not covering those
21 spots. We have people that are part of the
22 "METLEC," that they get called out, and when we lose
23 those people, we don't -- nobody's there to cover
24 it.

11

1  Q.    Oh, okay. So if you don't have six -- well,
2  let me strike that and ask this differently.
3        Are there six people regularly scheduled to
4  work the shift?
5  A.    Yes, and then I think one group may have
6  just two officers assigned to it. So that that's
7  why I said there might be eight altogether as far as
8  covering, and like I said, it keeps changing so, you
9  know?
10 Q.    Would you end up with three people, for
11 instance, which I think is the number you gave me
12 only if people were out sick or on vacation?
13 A.    Yeah.
14 Q.    Okay.
15 A.    Or training.
16 Q.    The two nights that you are station
17 supervisor, can you describe for me your job
18 duties?
19 A.    Basically, it's overseeing just the radio.
20 You know, we have civilian dispatchers. So it's
21 just if they have a question. I'm sort of like the
22 policeman that can answer the question if a caller
23 has a question.
24       Part of my duties is security of the

12

1  building, the prisoner lockup, booking duties, fleet
2  maintenance, you know, if stuff -- if a car needs to
3  be repaired, making sure paperwork's getting squared
4  away for the mechanic, because the mechanic comes in
5  about 7:15 in the morning. So I make sure that he
6  knows if a car needs to be repaired.
7        Part of it in the morning is private
8  details. A lot of contractors start calling in at
9  5:00, 5:30 in the morning, and then in turn, we have
10 an availability list by the number of hours. And
11 part of that is making sure people are assigned to
12 private details that made themselves available to
13 work that day.
14 Q.    Do you have any authority over the patrol
15 officers during your shift?
16       MR. CANZONERI: Objection.
17       THE WITNESS: As far as "authority," what do
18 you mean?
19 BY MS. MURPHY:
20 Q.    Do you have anything to do with the patrol
21 officers during the two evenings that you are --
22 A.    Station supervisor? I conduct the roll call
23 at the beginning of the shift.
24 Q.    The two nights that you are station

**Page 17**

1 supervisory authority you have over the patrol
2 officers is in the event of an emergency?
3     MR. CANZONERI: Objection.
4     THE WITNESS: Pretty much, emergency.
5 BY MS. MURPHY:
6 Q.   Okay.
7 A.   **Or some other, you know, like I said,**
8 **day-to-day things.**
9 Q.   What are "day-to-day things"?
10 A.   **The roll call, just, you know, where people**
11 **are going to be working, and again, it's all**
12 **scheduled in the computer. I'm just the guy that**
13 **relays the message.**
14     But if we find out somebody's out sick, we
15 may have to redirect somebody, say, "You're going to
16 be working this area tonight." Usually, it's a
17 pretty cooperative spirit, that people never give a
18 hard time about anything. You just --
19 Q.   What, in your opinion, is the difference
20 between a "patrol officer" and a "sergeant"?
21     MR. CANZONERI: Objection.
22     THE WITNESS: Not really much, other than we
23 are more accountable for, you know, people's
24 actions. You know, we look over -- we review the

**Page 18**

1 reports, make sure the elements of the reports are
2 filled in properly that an officer may be filing for
3 the records in the courts.
4 BY MS. MURPHY:
5 Q.   So you do not direct the work of patrol
6 officers?
7     MR. CANZONERI: Objection.
8     THE WITNESS: Wait. I'm a little confused
9 about direction.
10 BY MS. MURPHY:
11 Q.   Okay.
12 A.   **So maybe you can articulate that a little**
13 **better or something? I just --**
14 Q.   You do not assign work to patrol officers;
15 was that your testimony?
16 A.   **I pass along that information. If, say, the**
17 **traffic safety supervisor or one of the area**
18 **commanders or the operations commander or even the**
19 **chief, you know, has an assignment, I'm just more or**
20 **less like the one to make sure that the assignment's**
21 **carried out.**
22 Q.   So it is your testimony that you do not have
23 the authority during a shift to provide direction or
24 instruction to the patrol officers?

**Page 19**

1     MR. CANZONERI: Objection.
2     THE WITNESS: Unless it's an emergency
3 situation.
4 BY MS. MURPHY:
5 Q.   So it is your testimony that only in the
6 event of an emergency situation do you have the
7 authority to provide direction or instruction to the
8 patrol officers?
9     MR. CANZONERI: Objection.
10 BY MS. MURPHY:
11 Q.   Is that correct?
12     MR. CANZONERI: Objection.
13     THE WITNESS: Well, that's where I'm getting
14 confused, Counselor.
15 BY MS. MURPHY:
16 Q.   Okay.
17 A.   **Okay?**
18 Q.   What are you confused about?
19 A.   **Direction, as far as --**
20 Q.   Direction. Is it your testimony that you do
21 not have the authority to instruct a patrol officer
22 during a shift where to go, where to patrol, for
23 instance?
24 A.   **I can assign -- people can be reassigned to**

**Page 20**

1 **a different area, and if that decision has to be**
2 **made, I mean, yes, we can do that.**
3 Q.   Is it your testimony that you do not have
4 the authority to provide instruction to patrol
5 officers during your shift?
6     MR. CANZONERI: Objection.
7     THE WITNESS: I don't have the authority to
8 provide instruction?
9 BY MS. MURPHY:
10 Q.   Yes, that is the question.
11 A.   **Well, that's where I'm confused. It's just**
12 **going over my head. I'm sorry. That's why -- the**
13 **term is just screwing me up here.**
14 Q.   You don't understand the term "instruction"?
15 A.   **As far as educate people, or --**
16 Q.   Instruction, direct people.
17     MR. CANZONERI: Objection.
18 BY MS. MURPHY:
19 Q.   I am trying to understand what authority you
20 have over the patrol officers during the shift.
21 A.   **Uh-huh. (Indicates affirmatively).**
22 Q.   If you are unable to tell me that or if you
23 would like to just tell me in your own words, that
24 is fine, too.

21

1  A.    I guess I'm just confused about the whole --
2  I mean, that's probably -- I just can't quite
3  articulate it.
4  Q.    So you don't know the answer, or you can't
5  articulate the answer for me?
6  A.    I just can't articulate it.
7  Q.    Is it your testimony that you do or do not
8  have the authority to write up a patrol officer, and
9  when I say "write up," I mean, for instance, for a
10 performance or a conduct problem?
11       MR. CANZONERI: Objection.
12       THE WITNESS: Performance, no. Conduct, we
13 can submit a report, just like anybody else can. A
14 patrolman can, or a citizen can. And it's sent
15 upstairs, and somebody else will take the
16 investigation.
17 BY MS. MURPHY:
18 Q.    Do you view yourself as having any authority
19 whatsoever as a sergeant?
20       MR. CANZONERI: Objection.
21       THE WITNESS: I feel like -- I think I have
22 some.
23 BY MS. MURPHY:
24 Q.    Tell me what that is.

22

1        MR. CANZONERI: Objection.
2        THE WITNESS: I think it's just trying to
3  get the shift to run smoothly as far as scheduling
4  and deployment of cars, you know, equipment, and
5  making sure people have the equipment they need or
6  if they have an answer, but as far as other things,
7  changes, a lot of times they have to go through an
8  operations commander. Or there's another sergeant
9  that's senior over me. He seems to, you know, runs
10 the shift.
11       MS. MURPHY: John, could you do me a favor?
12 Could you read me back my last question?
13       THE REPORTER: Sure.
14       (The requested portion was read by the court
15 reporter.)
16 BY MS. MURPHY:
17 Q.    Did you answer my question completely, or is
18 there anything else?
19       THE REPORTER: Kathy, I'm sorry. Then he
20 answered.
21       And then you said, "QUESTION: Tell me what
22 that is."
23       MS. MURPHY: Okay.
24       THE REPORTER: Sorry.

23

1        THE WITNESS: "View," I'm sorry? "View"
2  what?
3  BY MS. MURPHY:
4  Q.    View yourself as having any authority as a
5  sergeant?
6  A.    Right, I'm sure I got some. It's --
7  Q.    Have you told me about all the authority
8  that you feel you have as a sergeant already today?
9        MR. CANZONERI: Objection.
10       THE WITNESS: I really don't know half the
11 time what authority I do have.
12 BY MS. MURPHY:
13 Q.    So have you told me then today everything
14 you think --
15 A.    My --
16 Q.    -- you have --
17 A.    -- recollection, yes.
18 Q.    Let me just finish the question. Everything
19 you have -- everything you think you have as
20 authority as a sergeant?
21 A.    To my recollection.
22       MR. CANZONERI: I have an objection to that
23 question.
24       And I wanted to talk to you just for one

24

1  brief moment.
2        THE WITNESS: Sure.
3        MS. MURPHY: Sure.
4        (Brief recess.)
5  BY MS. MURPHY:
6  Q.    Sergeant, do you receive a fixed amount of
7  compensation each week as your base pay?
8  A.    Yes.
9  Q.    I believe you testified that you perform
10 roll call?
11 A.    Yes.
12 Q.    What does roll call involve?
13 A.    Assignment of where people are going, any
14 information from previous shifts, you know,
15 incidents or people have been arrested, usually any
16 information, we call it "general broadcast," that
17 comes from other towns, relaying that information,
18 people that are wanted, gives a chance to talk back
19 and forth just what's going on in town or among the
20 shift and then with assignments, you know, where
21 people are working and problems that they're
22 encountering in these areas as far as traffic.
23 Q.    That is what roll call involves?
24 A.    That, and pretty much there's some other

# EXHIBIT M

**Page 5**

1  Q.   Are you currently employed?
2  A.   Yes.
3  Q.   And what is your current position and
4  employer?
5  A.   I'm a police officer, a sergeant employed by
6  the Town of Natick.
7  Q.   How long have you been a sergeant with the
8  Town of Natick?
9  A.   I've been a sergeant 22 years.
10 Q.   Prior to becoming a sergeant, what was your
11 position?
12 A.   Patrol officer.
13 Q.   How long were you a patrol officer?
14 A.   Ten years.
15 Q.   Do you have any -- are you an area
16 commander?
17 A.   Yes, I am.
18 Q.   What area are you in charge of?
19 A.   B.
20 Q.   Can you describe what an area commander
21 does, please?
22 A.   What I do is I receive information from
23 either the safety officer or command as in regards
24 to a problem and try to problem solve it with

**Page 6**

1  community policing aspects.
2  Q.   When you say "information," what sort of
3  information do you receive?
4  A.   Oh, there could be a problem with a barking
5  dog. There could be a problem with speeding cars,
6  and what we try to do is problem solve it.
7  Q.   What do you mean by "problem solve it"?
8  A.   Try to rectify the problem.
9  Q.   What are some examples of how you would
10 rectify the problem?
11 A.   Oh, we might have a directed patrol, like,
12 with speed, speed guns, you know, try to slow the
13 cars down. We might -- mostly, with directed
14 patrol. We might have a community meeting.
15 Q.   Who participates in the problem solving?
16 A.   Myself, lieutenant, patrol officers.
17 Q.   Which lieutenant?
18 A.   Lieutenant Pagliarulo.
19 Q.   As the area B commander, are you in charge
20 of the problem-solving process?
21 A.   No.
22 Q.   Then what do you do as area commander?
23 A.   I try to assist the officers in the right
24 direction through my expertise with communications

**Page 7**

1  of community policing. We all do community
2  policing, and I try to guide them into the -- into
3  the right aspect of it.
4  Q.   How do you guide them?
5  A.   How do I guide them? Well, I would probably
6  tell them to go out and talk to somebody to see if
7  they can solve the problem.
8  Q.   So you give them direction?
9       MR. CANZONERI: Objection.
10      THE WITNESS: Well, you know, "direction," I
11 don't know if I'd use that word. I think I'd use
12 "guidance." You know, we have to solve the problem.
13 So we all do it together, and they would be asked to
14 go out and talk to somebody. I don't know how else
15 to put it.
16 BY MS. NORTH:
17 Q.   Do you ever give them orders?
18 A.   Have I given orders?
19 Q.   Do you give them orders?
20 A.   No.
21 Q.   The patrol officers, I mean.
22 A.   Do I give them orders? I don't know what
23 you mean by -- all the time, sometime?
24 Q.   In the course of solving a problem, do you

**Page 8**

1  have instance to give them orders?
2  A.   Generally, no. Generally, we work as a
3  team.
4  Q.   But you are the sergeant, right?
5  A.   Yes.
6  Q.   And you are a higher rank than the patrol
7  officers?
8  A.   Yes, I am.
9  Q.   Is there a chain of command at the Natick
10 Police Department?
11 A.   Yes, there is.
12 Q.   Can you sort of walk me through the chain of
13 command from the bottom to the top?
14 A.   We have patrolmen, sergeant, lieutenant, and
15 the chief.
16 Q.   And what is the purpose of the chain of
17 command?
18 A.   I guess it would be the highest -- higher
19 levels of authority, I guess.
20 Q.   So as a sergeant, do you have some authority
21 over the patrol officers?
22      MR. CANZONERI: Objection.
23      THE WITNESS: I'm not sure what you mean by
24 "authority."

## Page 9

BY MS. NORTH:
Q.    Well, I am using your word. You said that you thought "chain of command" meant people have higher different levels of authority.
A.    Oh, well, --
      MR. CANZONERI: Objection.
      THE WITNESS: But my function is to make sure that they adhere to policies and procedures that are -- our written policies and procedures that are part of our organization, I guess.
BY MS. NORTH:
Q.    By "they," you mean the patrol officers?
A.    Right. Well, we all have to go by the rules and regulations, and I need to make sure that -- you know, my job is to make sure that they follow them.
Q.    As area B commander, are you responsible for what happens within area B with regards to the police force all of the time or just when you are on your shift?
A.    Just when I'm working.
Q.    What shift are you assigned to?
A.    Midnights.
Q.    Is that shift --

## Page 10

A.    Shift 1.
Q.    Shift 1. How long have you been assigned to shift 1?
A.    Oh, I think 1987, '88. I'm not sure, somewhere in that area.
Q.    On a given day, how many sergeants are there on shift 1?
A.    There's usually two.
Q.    So you would be working with another sergeant?
A.    Yes.
Q.    What do you do as one of the two sergeants on shift 1?
A.    Two days a week I'm inside, and two days a week I'm outside.
Q.    By "inside," do you mean in the station?
A.    Yes.
Q.    And is that what is called being station commander?
A.    Station supervisor.
Q.    Station supervisor. Thank you.
      And when you are outside, is that patrol supervisor.
A.    Yes.

## Page 11

Q.    How does your two days inside and two days outside relate to your role as area commander?
A.    As my role with area commander, I wouldn't really have anything to do with it, I don't think.
Q.    So is that a separate responsibility?
A.    Is that separate? I guess it would be.
Q.    Is it an additional responsibility?
A.    Yes.
Q.    How many patrol officers are actually working at any given time on shift 1?
A.    I think our highest level would be six.
Q.    And how many are assigned to shift 1, do you know?
A.    Nine, I believe.
Q.    How many patrol officers are assigned to area B?
A.    I think there's 14. I'm not sure, but it changes.
Q.    At any given time, how many are in area B working?
A.    Two, two on my shift. I don't know about the other shift.
Q.    Do you ever have any interaction with the patrol officers working area B on the other shifts?

## Page 12

A.    Very little.
Q.    Do you have any other interaction with the other sergeants on the other shifts about what goes on in area B?
A.    I do, very -- but again, very little.
Q.    What sort of interaction do you have?
A.    Oh, if they have -- if they have a problem they will tell me, and we'll try to troubleshoot it, but most of the -- most of my complaints come from either the safety officer or the lieutenant.
Q.    Which lieutenant?
A.    Lieutenant Pagliarulo. He's my supervisor.
Q.    Your?
A.    He's my supervisor.
      MR. CANZONERI: Karis, could we go off the record for a second?
      MS. NORTH: Sure.
      (Brief recess.)
BY MS. NORTH:
Q.    You mentioned earlier that Lieutenant Pagliarulo is your supervisor.
A.    Uh-huh. (Indicates affirmatively).
Q.    What sort of interaction do you have with him during the course of your shift, if any?

15

1  A.    And the union president.
2  Q.    Excuse me?
3  A.    And the union president for the patrolmen
4  and the president of the dispatchers union.
5  Q.    How often do these staff meetings occur,
6  generally?
7  A.    Generally, he tries to do one once every
8  month, probably have seven or eight a year.
9  Q.    Does Lieutenant Pagliarulo ever tell you
10 how to direct the patrols on your shift or in area
11 B?
12       MR. CANZONERI: Objection.
13       THE WITNESS: He'll send an E-mail in
14 regards to problems that might be there that need to
15 be addressed.
16 BY MS. NORTH:
17 Q.    And in that E-mail --
18 A.    Community problems.
19 Q.    And in that E-mail, is he directing you to
20 have more patrols in one area, --
21       MR. CANZONERI: Objection.
22 BY MS. NORTH:
23 Q.    -- for example?
24       MR. CANZONERI: Objection.

13

1  A.    During the course of my shift, none.
2  Q.    When do you have interaction with him?
3  A.    Usually, in the morning, if I see him in the
4  morning, not every morning.
5  Q.    What kind of interaction do you have?
6  A.    He might ask me how the night went, if we
7  have any prisoners, stuff like that.
8  Q.    And you said that he may tell you about
9  problems in area B?
10 A.    Uh-huh. (Indicates affirmatively).
11 Q.    Does he do --
12 A.    Or any other area.
13 Q.    When would he do that?
14 A.    He may do it by E-mail.
15 Q.    Does he do it when you see each other in the
16 morning, if you see each other?
17 A.    Generally, it's E-mail.
18 Q.    What about the safety officer, when does he
19 tell you about potential problems in area B?
20 A.    Well, we do area -- we do all the areas. He
21 just tell us where the problems are that the shift
22 went through, you know? He would do it by E-mail,
23 also, generally.
24 Q.    What other kind of interactions do you have

14

1  with Lieutenant Pagliarulo?
2  A.    Basically, I think that's about it.
3  Q.    What kind of interactions do you have with
4  Chief Mannix?
5  A.    Very little, hopefully.
6  Q.    Do you have any -- have you had any
7  interactions with Chief Mannix during the course
8  of -- not during the course of your shift but about
9  area B?
10 A.    Oh, we have staff meetings every so often.
11 That's with every super- -- every sergeant and
12 lieutenant.
13 Q.    What happens at a staff meeting?
14 A.    We talk about the direction of the
15 department, what the chief is doing. You know, he
16 tell us what he's doing, and we talk about problems
17 that we might have in the town, every area, and try
18 to do some problem solving, if that need be.
19 Q.    And you said that all of the supervisors
20 attend the staff meeting?
21 A.    Yes.
22 Q.    And that is the sergeants and lieutenants?
23 A.    Uh-huh. (Indicates affirmatively).
24 Q.    And the chief?

16

1        THE WITNESS: No, he's just making me aware
2  of the problem and see if we can problem solve it.
3        MR. CANZONERI: Off the record for just one
4  second.
5        (Discussion off the record.)
6  BY MS. NORTH:
7  Q.    What do you do when you get an E-mail from
8  Lieutenant Pagliarulo that is telling you about a
9  problem that you need to problem solve?
10 A.    Try to -- try to address it.
11 Q.    How do you address it?
12 A.    All depends what the problem is. If it's a
13 speeding problem, we'll probably do a directed
14 patrol. I may have an officer do it. I might do it
15 myself. A lot of times I do it myself, because it's
16 easier for me to do it.
17 Q.    What is a "directed patrol"?
18 A.    That's just sending an officer someplace to
19 look at a problem.
20 Q.    So it is a very specific assignment?
21 A.    I don't want to say "specific." We use them
22 all the time. It's a community service. It's a
23 community service terminology.
24 Q.    But it is -- by "specific," I mean you

### Page 17

1  are --
2  **A.**    That's okay.
3  **Q.**    By "specific," I mean you are connecting
4  patrol officer "X" with problem "Y"?
5  **A.**    Yes.
6  **Q.**    You are not saying go forth and patrol, you
7  know, this half of area B, but you are saying, for
8  example, go forth and patrol, you know, Milk Street
9  in area B; is that correct?
10 **A.**    Well, it could be area C. It could be area
11 A.
12 **Q.**    Okay.
13 **A.**    But yes.
14 **Q.**    And after that patrol officer completes
15 their assignment, does he or she report back to you
16 what they found?
17 **A.**    Again, it all depends. If it's a traffic
18 problem, there may be citations issued. If there's
19 a different problem, the officer may come back, and
20 we'll try to troubleshoot, you know, or try to --
21 together try to figure out a solution to the
22 problem.
23 **Q.**    So does the officer come back and give you
24 information about what he or she found?

### Page 18

1  **A.**    Yeah. Sure.
2  **Q.**    And then you discuss that information?
3  **A.**    Right.
4  **Q.**    And then you try to resolve the problem?
5  **A.**    We try to resolve it, yeah.
6  **Q.**    And you rely on your expertise and years as
7  a sergeant in resolving that problem?
8  **A.**    No, I rely on my training.
9  **Q.**    Right.
10 **A.**    The officer's training, and we have still --
11 we have to still work within the parameters of the
12 policies and procedures, but other than that, yeah,
13 we just try to work it out together. Some officers
14 know more than I do.
15 **Q.**    When you are the station supervisor, what
16 are your duties and roles?
17 **A.**    Well, I have to book prisoners. I have to
18 make sure that the dispatchers stay in the dispatch
19 area and check prisoners. If there are any
20 prisoners in the cell, they have to be checked. I
21 have to do that.
22 **Q.**    Do you review patrol officer reports when
23 you are the station supervisor?
24 **A.**    I do.

### Page 19

1  **Q.**    What does that consist of?
2  **A.**    Well, it depends if they dictate. I'll
3  listen to it, and if it's written, then I'll read
4  it.
5  **Q.**    And what do you do with it after you have
6  read it or listened to it?
7  **A.**    I send it to report review, which would be
8  to Lieutenant Grassey.
9  **Q.**    Do you ever find that the reports are
10 incomplete or not entirely correct?
11 **A.**    Yes.
12 **Q.**    What happens then?
13 **A.**    Then they were sent back to the officer to
14 correct them.
15 **Q.**    When the report has been corrected, does the
16 officer send it back to you?
17 **A.**    He sends it back to me. I look through the
18 corrections, and then I submit it to report review
19 to be approved.
20 **Q.**    Who approves the reports?
21 **A.**    It would go through Lieutenant Grassey. I
22 assume he does. I'm not sure.
23 **Q.**    Do you know what approving a report consists
24 of?

### Page 20

1  **A.**    No.
2  **Q.**    Okay.
3  **A.**    Just -- it's just he gets them, and they
4  don't come back to me.
5  **Q.**    Does he ever send them back to you?
6  **A.**    Yes.
7  **Q.**    How often does he send them back to you?
8  **A.**    Not that often.
9  **Q.**    Why would he send them back to you?
10 **A.**    He's not happy with what the report said,
11 so he'll have the officer correct it some more. It
12 may be a spelling word or something in it.
13 **Q.**    So do you take the direction from
14 Lieutenant Grassey and transmit it to the patrol
15 officer?
16     MR. CANZONERI: Objection.
17     THE WITNESS: I get the report back through
18 E-mail, and I submit -- I send it back to the
19 officer. Usually, there's a explanation from the
20 lieutenant, and the corrections are done and sent
21 back to me. I review it again, and I send it to
22 him.
23 BY MS. NORTH:
24 **Q.**    What time does your shift start when you are

21

1  station supervisor?
2  **A.**   My shift's supposed to start at midnight.
3  **Q.**   What time do you usually start?
4  **A.**   I usually start at 11:45.
5  **Q.**   What do you do between 11:45 and midnight?
6  **A.**   I converse with the sergeant I'm relieving
7  to see if there's anything happened that was major,
8  anything that needs to be forwarded on to patrol and
9  my shift, and see if there's any prisoners, and if
10 there's any prisoners, know what the status is of
11 the prisoners, whether they can be bailed or they're
12 suicidal, stuff like that.
13 **Q.**   Do you do anything else?
14 **A.**   Basically, that's about it. If I have time,
15 I'll review the log, but usually by the time I'm
16 through talking with the other sergeants, I have
17 basically what I need to know.
18 **Q.**   Do you run roll call when you are the
19 station supervisor?
20 **A.**   Yes.
21 **Q.**   When does roll call start?
22 **A.**   Starts at midnight.
23 **Q.**   What do you do in roll call?
24 **A.**   I pass on the information I received in

22

1  regards to any problems we might have that the
2  shift before us had experienced, whether there's
3  any trouble spots, maybe a party or something
4  that wasn't resolved on their shift. I tell them
5  which cruiser they're in, assigned to. That's
6  basically -- basically it.
7  **Q.**   How long does roll call usually take?
8  **A.**   It varies, probably -- I don't know -- about
9  ten minutes, maybe 15, depending on how much
10 information I have to give out.
11 **Q.**   When does your shift end?
12 **A.**   8:00 a.m.
13 **Q.**   When do you finish your work?
14 **A.**   Oh, anywhere between 8:10, 8:15.
15 **Q.**   What do you do between eight o'clock and
16 8:10 or 8:15?
17 **A.**   I finish up reviewing any reports that
18 might be late. I have to review citations and make
19 sure they're done properly and signed, and
20 basically, any -- anything that needs to be tied up,
21 you know, mostly reports and citations.
22 **Q.**   Do you put in for overtime for the time from
23 11:45 to twelve o'clock before your shift?
24 **A.**   No.

23

1  **Q.**   Why not?
2  **A.**   Why not? Because I'm assigned to be there
3  by the chief.
4  **Q.**   Do you put in for overtime for the time from
5  8:00 a.m. to when you finish up?
6  **A.**   No.
7  **Q.**   Why not?
8  **A.**   Again, I'm assigned there by the chief.
9  There's a contract, under the contract.
10 **Q.**   What under the contract assigns you?
11 **A.**   I don't know the chapter and section, but
12 I'm supposed to be available 15 minutes before roll
13 call and 15 minutes after.
14 **Q.**   Is that part of the duties of a sergeant?
15 **A.**   Yes.
16 **Q.**   Do you get paid any extra compensation for
17 that 15 minutes before and after?
18 **A.**   We get a stipend in our contract.
19 **Q.**   Would you take a look at Exhibit 3, please?
20 **A.**   Okay.
21 **Q.**   Have you seen that document before?
22 **A.**   Yes.
23 **Q.**   Can you tell me what it is?
24 **A.**   The contract between the Local 622, IBPO,

24

1  and the Town of Natick.
2  **Q.**   Can you look at Article XVIII, which I
3  believe is on page 9, at the top?
4  **A.**   Yes.
5  **Q.**   Could you tell me in your own words what
6  that is?
7  **A.**   It's --
8     MR. CANZONERI: Objection.
9     THE WITNESS: It's called, "Supervisory
10 Compensation."
11 BY MS. NORTH:
12 **Q.**   Okay.
13 **A.**   And it's we get paid six percent, I
14 believe. It says, six percent of our base pay per
15 year, which -- for doing supervisory guidance during
16 our shift and, "stay on duty a reasonable amount of
17 time after each shift to conclude any administrative
18 tasks that have arisen during their shift."
19 **Q.**   Thank you.
20    As part of your duties as a sergeant --
21 actually, strike that.
22    Let's just talk briefly about your work the
23 days when you are patrol supervisor.
24 **A.**   Uh-huh. (Indicates affirmatively).

25

1  Q.    What time do you start your shift when you
2  are patrol supervisor?
3  A.    I have to be there quarter of 12:00.
4  Q.    What do you do between quarter of 12:00 and
5  midnight?
6  A.    I, again, speak with the sergeants that I'm
7  relieving, and then I go up and I fire up the
8  computer to do roll call.
9  Q.    Do you do roll call when you are the patrol
10 supervisor?
11 A.    We both do roll call together, both
12 sergeants.
13 Q.    What are your duties during the course of
14 your shift when you are the patrol supervisor and
15 outside?
16 A.    I patrol.
17 Q.    What does that mean?
18 A.    I have a marked cruiser, and I patrol the
19 town. I patrol hot spots. I do traffic
20 enforcement. I answer alarms. What else do I do?
21 Make arrests.
22 Q.    Does your cruiser note that you are a
23 sergeant?
24 A.    Excuse me?

26

1  Q.    Does your cruiser have any special notation
2  on it?
3  A.    It says, "Supervisor."
4  Q.    Does every patrol supervisor use that same
5  cruiser?
6  A.    Generally, yes.
7  Q.    They are all marked, "Supervisor"?
8  A.    Oh, patrol -- only the -- only the sergeants
9  that are on in patrol.
10 Q.    So the patrol supervisor uses a patrol car
11 that is marked, "Supervisor"?
12 A.    Yes.
13 Q.    Do you direct the patrol officers in the
14 course of their patrols?
15       MR. CANZONERI: Objection.
16       THE WITNESS: I'm not too sure what you mean
17 by "direct." I usually let them do their own thing
18 because they've trained to do that. If something
19 major happens, which occasionally does, then I would
20 take a more active role because of my expertise and
21 training.
22 BY MS. NORTH:
23 Q.    What does that more active role consist of?
24 A.    Well, it depends on incidents. We had a

27

1  murder a couple of years ago, and because I am
2  homicide trained, we were able to ascertain
3  witnesses and stuff like that. I would, you know,
4  have them do interviews and stuff like that, so
5  securing the scene and stuff like that.
6  Q.    Do you listen to what the patrol officers
7  are doing over the radio?
8  A.    Yes.
9  Q.    Do you make note in your mind of whether
10 they are doing what they should be doing?
11 A.    Well, everybody is doing what they're
12 supposed to be doing. They're out on patrol.
13 Q.    Do you think about that, you know, what the
14 patrol officer should or shouldn't be doing during
15 the course of their patrol shift?
16 A.    Do I think about it? Not a whole lot. It's
17 pretty quiet on my shift.
18 Q.    Do you ever give them feedback or guidance
19 during the course of the shift?
20 A.    Only if it's -- only if I -- if it's
21 necessary in regards to something major. Little
22 things they handle fine. It's the major things that
23 I need to, you know, help them with, and we kind of
24 work it together because I've had more training in

28

1  that. And I know the policies and procedures --
2  Q.    And you --
3  A.    -- that pertain to it.
4  Q.    And you use your judgment whether it is
5  necessary to give them feedback or not?
6        MR. CANZONERI: Objection.
7        THE WITNESS: Whether it's necessary to give
8  them feedback? I don't understand.
9  BY MS. NORTH:
10 Q.    Well, I asked you if you give them feedback
11 or guidance, and you said, Only if it's necessary.
12       And I am asking --
13 A.    For the guidance.
14 Q.    And I am asking you if you decide whether it
15 is not -- whether it is necessary or not using your
16 own judgment and experience?
17 A.    No, --
18       MR. CANZONERI: Objection.
19       THE WITNESS: -- I determine that through
20 policies and procedures there that I am -- that
21 they're supposed to be following.
22 BY MS. NORTH:
23 Q.    And you just testified previously that you
24 understand the policies and procedures perhaps a