# EXHIBIT N

5

1   Q.      Thank you.

2           My name is --

3   A.      **And I'm sorry. That's one "M" in Fleming,**

4   **too.**

5   Q.      Sure. My name is Karis North. I am an

6   attorney at Murphy, Hesse, Toomey & Lehane and

7   representing the defendants, the Town of Natick, the

8   Natick Police Department, and Dennis Mannix in his

9   capacity as Chief of Police in the FLSA matter.

10          Could you just take a look, please, at what

11  has been marked as Defendants' Exhibit -- or Exhibit

12  1?

13          (Discussion off the record.)

14  BY MS. NORTH:

15  Q.      Have you ever seen that document before?

16  A.      **No.**

17  Q.      Would you agree that it is titled, "First

18  Amended Complaint Of Violation Under The Fair Labor

19  Standards Act" down there at the bottom of the first

20  page?

21  A.      **"First Amended Complaint Of Violation**

22  **Under" -- that's what it says.**

23  Q.      Is this you listed here as "Lawrence J.

24  Fleming," one of the superior officer plaintiffs?

6

1   A.      **Yes.**

2   Q.      Thank you.

3           Are you currently employed.

4   A.      **Yes.**

5   Q.      Who is your current employer?

6   A.      **Town of Franklin, Massachusetts.**

7   Q.      What do you do for the Town of Franklin?

8   A.      **I work traffic details. I'm a special**

9   **police officer.**

10  Q.      What is a "special police officer"?

11  A.      **Just a title, not a regular police officer.**

12  **I'm not entitled to benefits or anything as such.**

13  **I'm just --**

14  Q.      Are you an hourly employee?

15  A.      **I get detail, hourly detailed. I mean, no,**

16  **I work -- I only work what I get paid for in**

17  **details.**

18  Q.      What was your position before you were

19  employed by the Town of Franklin?

20  A.      **I was a member of the Natick Police**

21  **Department.**

22  Q.      What was your rank or position with the

23  Natick Police Department?

24  A.      **Rank, sergeant, patrol supervisor.**

7

1   Q.      How long did you hold that position?

2   A.      **As a sergeant, I was appointed January the**

3   **16th, 1991 until my retirement of December the 30th,**

4   **19- -- 2005.**

5           MR. CANZONERI: What was the date? What was

6   the date?

7           THE WITNESS: December the 30th, 2005.

8   BY MS. NORTH:

9   Q.      Were you employed by the Natick Police

10  Department prior to being a sergeant?

11  A.      **Yes.**

12  Q.      What was your position?

13  A.      **Patrol officer.**

14  Q.      How long were you a patrol officer?

15  A.      **I was appointed as a police officer in the**

16  **Town of Natick May the 26th, 1975.**

17  Q.      And that went until January of '91 --

18  A.      **Yes.**

19  Q.      -- when you became a sergeant?

20  A.      **Correct.**

21  Q.      What did you do as a sergeant with the

22  Natick Police Department? Would you tell me about

23  your job duties?

24  A.      **Patrol supervisor, assist and advise the**

8

1   patrol -- my subordinate officers, patrol officers,

2   patrolmen in their duties.

3   Q.      Can you tell me a little bit more about the

4   specifics? Were you in the station, or were you out

5   on patrol with the patrolmen?

6   A.      **Both. As a junior sergeant, I would be**

7   **patrol supervisor in the street, as we would say,**

8   **and as a -- if I was the only sergeant or a senior**

9   **sergeant, I would be in the police station**

10  **supervising.**

11  Q.      How often did you work?

12  A.      **I worked a four on, two off schedule.**

13  Q.      What shift did you work?

14  A.      **From midnight to 8:00 a.m.**

15  Q.      Is that the third shift?

16  A.      **Yes.**

17  Q.      How often were you inside, and how often

18  were you outside?

19  A.      **Well, if everything -- I would -- I would be**

20  **the senior sergeant most of the time two of those**

21  **shifts or tours of duty, and I would be the junior**

22  **sergeant the other two. So when I was junior, out**

23  **in the street. When I was senior, in the station.**

24  Q.      When you were in the station, what did your

9

1  duties consist of?

2  A.        I would conduct roll call.  I would then --

3  I would have -- there was an office that I would go

4  to after that, and there would be a two -- there are

5  two civilian dispatchers that I would supervise.

6  And then I would answer phone calls.  I would answer

7  the front desk to answer any questions.  I would

8  check if there were any prisoners.  I would check

9  from time to time on our prisoners and see if there

10  were any conditions of bail, check the station from

11  time to time to make sure that the building is all

12  right, no problems with the building.

13  Q.        Who did you take phone calls from or answer

14  questions from?

15  A.        Could be private citizens, could be other

16  police agencies, could be -- it could even be some

17  of my police officers in the street if they had a

18  question.

19  Q.        Did you interact with the patrol officers

20  out on patrol.

21  A.        Out in the street?

22  Q.        Yes.

23  A.        Yes.

24  Q.        How did you interact with them?

10

1  A.        I would check on them from time to time to

2  make sure that they were where they were, where they

3  were supposed to be, doing what they're supposed to

4  be doing.

5  Q.        How would you do that?

6  A.        I would ask to see them, meet them

7  someplace, and then I could talk with them.  Or if

8  they were on a call, I could drive over to that call

9  and check and see how they were doing.

10  Q.        Now, was that when you were patrol out on

11  the street -- or we were talking about when you were

12  in the station?  Sorry.

13  A.        Oh, well, that's why I asked you.  All

14  right.  Did I interact with officers when I was in

15  the station?

16  Q.        When you were in the station.

17  A.        Yes, if they came in with persons under

18  arrest or if someone came into the station that

19  needed police officers, then I would probably speak

20  to -- be the first one to speak with them, and then

21  I would call an officer in so that they could take

22  that report and act on that complaint.

23  Q.        How else did you interact with them when you

24  were in the station?

11

1  A.        Well, if they came in because they needed

2  equipment.  That's all I can think of at this point

3  in time.

4  Q.        Did you review their reports?

5  A.        Yes.

6  Q.        Did you interact with them about their

7  reports?

8  A.        That could happen from time to time.

9  Q.        When you were the station supervisor on the

10  12:00 to 8:00 shift, what time did you typically

11  arrive?

12  A.        Oh, could be 11:40, 11:45.

13  Q.        What did you do between 11:40 and twelve

14  o'clock?

15  A.        I familiarized myself with what had preceded

16  the shift -- the shift preceding my shift, what had

17  happened on that particular tour of duty.  I'd speak

18  to the off-going supervisor to find out what was --

19  what was going on, check the log, see about any

20  manpower requirements, any equipment requirements

21  that I might need to take care of on my tour of

22  duty, if there were any weather conditions, any

23  hazards, anything that I needed to know about that I

24  could to conduct my tour of duty properly.

12

1  Q.        And when did you finish up your work on the

2  12:00 to 8:00 shift when you were in the station?

3  A.        When all the things had to be completed,

4  when reports were reviewed, and if it was my time to

5  go home.

6  Q.        What time was that typically?

7  A.        Well, that -- typically, it varies, from

8  maybe five or ten past the hour to whatever it takes

9  to complete what has to be done.

10  Q.        What else did you do besides report review

11  after your shift, after the official end?

12  A.        Well, I'd speak to the -- I would also speak

13  to the person that was relieving me and fill them in

14  on the same things that I mentioned, any manpower

15  concerns, any equipment concerns, anything that we

16  had to address.  If we had prisoners, what

17  conditions of bail, if medications, if there was a

18  leak in the station, I'd mention it to them.  If

19  something didn't work properly, I'd fill them in on

20  what I was filled in and any additional things that

21  might have happened in those eight hours.

22  Q.        When you were out on the street as the

23  patrol supervisor, what did you do as patrol

24  supervisor, what were your duties?

13

1  A.       Well, I would be the senior officer in the
2  street, and the duties would be to make sure that
3  the patrol officers, again, were in their sectors
4  and they were doing what they were supposed to do.
5  If they had any assignments to do, that they were
6  doing them.  If they were to be conscious of any
7  activity, criminal activity that they should be
8  addressing, and also, that they were properly
9  equipped, if they were properly attired, that they
10  presented themselves in a professional manner, that
11  if they needed anything.
12         I also myself would patrol.  I'm another
13  car.  I would enforce motor vehicle violations.
14  I've made arrests from time to time.  I'd check on
15  hazards myself.  Again, if, you know, the weather
16  was bad, that this might be a problem, that it
17  occurred in the past to check on that, I would.
18  That's all I can think of at this time.
19  Q.       Did you give them their assignments?
20  A.       They were given their assignments before
21  they went out into the street.
22  Q.       Is that during roll call?
23  A.       Yes.
24  Q.       You said you monitored that they were doing

14

1  their work correctly?
2  A.       Yes.
3  Q.       Did you do that in their physical presence,
4  or did you do it via listening to what was going on
5  over the radios?
6         MR. CANZONERI:  Objection.
7         THE WITNESS:  You can by both.  I could -- I
8  could listen to the radio and see if they'd be going
9  on a call and I'd know something about the call and
10  I could go there, or I would also just -- I would go
11  there.  Or I could be driving into their sector and
12  see that they were sitting somewhere doing
13  something.
14  BY MS. NORTH:
15  Q.       Did you provide them guidance in carrying
16  out their duties?
17  A.       Supervision, yes.
18  Q.       What time would you usually start, come in
19  for work when you were patrol supervisor?
20  A.       The same time that I mentioned earlier.  I
21  mean, generally, I came 40 -- 20, 20, 15 minutes
22  before the hour, and then if -- again, if I was the
23  junior sergeant, I would know that I was the patrol
24  supervisor, obviously go on the street.  I would --

15

1  at that time I might even find out -- I thought I
2  might be the patrol supervisor and find out that the
3  other officer, the other sergeant was sick, and then
4  I would -- my role would switch.  I wouldn't be a
5  patrol supervisor.  I would be the street
6  supervisor, unless we could get another sergeant.
7  Q.       What would you do in those 15 to 20 minutes
8  before you were patrol supervisor to prepare for
9  going out on the road?
10  A.       Again, familiarize myself with what had gone
11  on the previous tour, speak to the off-going
12  sergeant, find out if -- what manpower needs we
13  needed or equipment we needed or any hazards or
14  any -- if there were warrants to be served, if there
15  were restraining orders to be served, just to
16  familiarize myself with what had happened in the
17  previous tour and what I needed to do to prepare
18  myself for the next eight hours, my tour of duty.
19  Q.       Your shift ended officially at 12:00.  When
20  did you usually finish up your work?
21  A.       No, shift started at 12:00.
22  Q.       I'm sorry, 8:00.  I apologize.
23  A.       That's all right.  And ended at 8:00 a.m.
24  What was -- I'm sorry.  What was the question?

16

1  Q.       At eight o'clock after your shift officially
2  ended, what did you have to do so that you could get
3  out?
4         MR. CANZONERI:  Objection.
5         THE WITNESS:  Review reports, make sure
6  that they were complete and accurate, again, be
7  there to assist the oncoming officer with any of
8  his needs.
9  BY MS. NORTH:
10  Q.       About how long did you spend doing that?
11  A.       It varied from time to time.  There was no
12  set time, depending upon the nature of the
13  circumstances that occurred on the previous tour of
14  duty.
15  Q.       Did you ever put in for overtime for the
16  time you spent after your shifts?
17  A.       Yes.
18  Q.       When did you put in for overtime?  What
19  conditions would you put in for overtime?
20  A.       If I had to stay beyond my tour of duty, I
21  would put in for that additional time.
22  Q.       For any amount of time that you stayed
23  after?
24  A.       No, not generally a few minutes but anything

21

1    A.    If I asked him a question, he would help me
2    with something.
3    Q.    And what kind of -- strike that.
4        How many patrol officers would you typically
5    supervise on a shift?
6        MR. CANZONERI:  Objection.
7        THE WITNESS:  A minimum of three to -- it's
8    tough to say what the maximum might be, depending
9    upon if there were officers still present from the
10   previous shift that were still there, that hadn't
11   been relieved their duties.  So I can't tell you
12   what the maximum could be but the minimum of three.
13   BY MS. NORTH:
14   Q.    In your role as patrol supervisor, did you
15   observe the patrol officers carrying out their
16   duties?
17   A.    Yes.
18   Q.    Did you provide them guidance and feedback
19   on how they were carrying out their duties?
20   A.    Yes.
21   Q.    Were you ever involved in the discipline of
22   a patrol officer who failed to carry out their
23   duties correctly?
24   A.    No.

22

1    Q.    Did you have any authority to discipline
2    patrol officers?
3    A.    No.
4    Q.    Do you have authority to provide feedback to
5    a patrol officer, that he or she might need to do
6    something differently or better in how they carried
7    out their jobs?
8    A.    If I saw a discrepancy in their performance,
9    then I would help train or coach them to correct
10   that deficiency.
11   Q.    Did that happen very often?
12   A.    No.
13   Q.    But you could do that at any time?  You had
14   the authority to do that at any time?
15   A.    Repeat the question.
16   Q.    You could provide that guidance, training,
17   or feedback at any time in your role as a sergeant
18   and a supervisor to the patrol officers?
19   A.    If I saw a discrepancy in their performance,
20   yes.
21   Q.    Were you ever involved in the discipline of
22   any employee in the Natick Police Department?
23   A.    No.
24   Q.    Do you know what the process or procedure is

23

1    for disciplining an employee?
2    A.    No, I'm not -- I'm not familiar with the
3    inner workings of it.  I mean, I know I've seen the
4    results, but I have not participated or fully aware
5    of what would go on.
6    Q.    Do you participate in any way in the hiring
7    of new police officers for an opening on your shift?
8    A.    No.
9    Q.    Do you provide any feedback to anybody about
10   new officer candidates?
11   A.    I don't believe I ever did.
12   Q.    If a patrol officer on your shift was
13   seeking to become a sergeant, would you provide
14   feedback on their application to become a sergeant?
15   A.    No.
16   Q.    Did any patrol officers on your shift ever
17   apply to become sergeants and become sergeants?
18   A.    Yes.
19   Q.    Did anybody ask you your opinion about
20   whether they would be a good sergeant or not?
21       MR. CANZONERI:  Objection.
22       THE WITNESS:  No.
23   BY MS. NORTH:
24   Q.    And by anyone, I mean another sergeant or a

24

1    lieutenant, not just the chief or the board of
2    selectmen?
3    A.    No.
4    Q.    Did you voluntarily provide any opinions to
5    anyone else, another sergeant, a lieutenant, or the
6    chief about anyone being promoted from patrol
7    officer to sergeant?
8    A.    No.
9    Q.    In your capacity as patrol supervisor, did
10   you continue to perform regular patrol work at all?
11   A.    Yes.
12   Q.    And can you give me a sense of how much time
13   you might be performing regular patrol work?
14   A.    My own patrol work?
15   Q.    Your own patrol work.
16   A.    Most of the time that I was in that
17   capacity.
18   Q.    What do you mean by "most of the time"?
19   A.    Well, I'm -- yeah, non-supervisory capacity.
20   I mean, I would be patrolling my -- you know, doing
21   my, again, going out and working and observing and
22   motor vehicle stops, participating in assisting in
23   traffic detours, arrests, which are every officer
24   can do.

# EXHIBIT O

5

1  Q.    Yes.

2  A.    R-o-s-s-i-, hyphen, C-a-f-a-r-e-l-l-i.

3  Q.    Thank you.

4        Where do you live?

5  A.    I live at 5 Running Brook Circle in

6  Ashland.

7  Q.    I am Karis North, and I am an attorney at

8  Murphy, Hesse, Toomey & Lehane.  And we are

9  representing the defendants in this matter, that

10  includes all of the defendants, the Town of Natick,

11  the Natick Police Department, and Chief Mannix,

12  Dennis Mannix in his capacity as Chief of Police.

13        If you have any questions about my

14  questions, don't understand them, please feel free

15  to ask me.  If you need to take a break, feel free

16  to ask for a break.  We will try not to take a break

17  with a question pending.

18        Are you currently employed?

19  A.    Yes.

20  Q.    Who is your employer?

21  A.    Town of Natick.

22  Q.    What is your position?

23  A.    I'm a patrol sergeant.

24  Q.    How long have you been a patrol sergeant?

6

1  A.    Since December of 2004.

2  Q.    What was your position prior to being a

3  patrol sergeant?

4  A.    Patrol officer.

5  Q.    How long were you a patrol officer?

6  A.    January of 1994.

7  Q.    So about ten years?

8  A.    Uh-huh.  (Indicates affirmatively.)

9  Q.    What shift do you work on as a patrol

10  sergeant?

11  A.    4:00 to midnight shift.

12  Q.    Is that shift 3?

13  A.    Yes.

14  Q.    Are you assigned to a particular area?

15  A.    Yes.

16  Q.    What area is that?

17  A.    Area C.

18  Q.    Are you the area commander for Area C?

19  A.    No.

20  Q.    Who is the area commander?

21  A.    Sergeant Dunlop, I believe.

22  Q.    Can you please describe your duties as

23  patrol sergeant?

24  A.    Do you want a day to day, because it'll

7

1  change depending on what calls come in?

2  Q.    A general description.  Well, let me ask you

3  this more specifically.  Do you spend some time as

4  patrol sergeant as station supervisor?

5  A.    Yes.

6  Q.    How often are you a station supervisor?

7  A.    Two days a week.

8  Q.    Could you describe for me what you do as

9  station supervisor, generally?

10  A.    Okay.  I'll report for work approximately

11  3:45.  I'll set up the IMC screen to reflect what

12  officers will be assigned to what cruisers for the

13  evening.  I'll find out if all of the officers --

14  Q.    I'm sorry.

15  A.    Uh-huh.  (Indicates affirmatively.)

16  Q.    What is the "IMC screen"?

17  A.    "IMC" is a computer program that Chief

18  Mannix --

19  Q.    What does "IMC" --

20  A.    -- implemented.

21  Q.    -- stand for, do you know?

22  A.    Information management something.

23  Q.    Okay.

24  A.    I'm not positive.

8

1  Q.    I'm sorry.  So you use that to set up the

2  cruiser assignments?

3  A.    Uh-huh.  (Indicates affirmatively.)

4  Q.    Please continue.

5  A.    And find out who's going to be there, who's

6  not on a given day.  It can change.  You don't

7  always get the same people coming in and then

8  conduct roll call at four o'clock, and then --

9  Q.    What does that consist of?

10  A.    There are memos, communication that needs to

11  go from shift to shift and from the chief to the

12  entire department.  So the inside supervisor for

13  that evening will be responsible for reading any

14  memos that come from the chief or usually Lieutenant

15  Mason or Lieutenant Pagliarulo.

16  Q.    Okay.

17  A.    Making sure the communication goes through

18  all the channels, I suppose.

19  Q.    What else happens at roll call?

20  A.    Handing out -- telling officers who's going

21  to be in what cruiser for that evening.

22  Q.    Anything else?

23  A.    If there are any documents, restraining

24  orders or such that need to be delivered, if they

**9**

1  came from the court, obviously, the court closes
2  prior to our shift starting, hand those to the
3  officers and ask them to try to serve any paperwork
4  that comes in.
5  Q.    Anything else at roll call?
6  A.    Not that I can think of right now.
7  Q.    What happens after roll call ends?
8  A.    Go down to the office and set up the Simplex
9  computer. The whole building is locked, and you
10  have to have a card, a Simplex card to get in. So
11  I'll have to log on to that computer and get that
12  started, so I know who's coming in and out of the
13  building, go to the desk. We all share the same
14  desk depending on the shifts, and -- (Witness
15  indicating.)
16  Q.    "We" meaning the station supervisors?
17  A.    Correct, there's one desk, one office and
18  log on to that computer and then check the detail
19  book, see who's assigned to what detail and then try
20  and make arrangements to contact those officers who
21  volunteered for detail for the following day.
22  Q.    What else do you do during the course of
23  your shift?
24  A.    It's never the same twice, whatever's

**10**

1  necessary.
2  Q.    Okay.
3  A.    People will come into the station wanting to
4  speak to a supervisor, or people will call on the
5  phone.
6  Q.    By "people," do you mean civilians, or by
7  "people," do you mean patrol officers?
8  A.    The public. Whoever needs assistance, we'll
9  find a way to communicate either by phone or in
10  person. Other towns will call, and it's usually
11  supervisor to supervisor, communication needs to be.
12  Vendors are constantly calling to try and fill
13  details.
14  Q.    What sort of interaction do you have with
15  the patrol officers when you are station
16  supervisor?
17  A.    If there are -- face to face you mean, or --
18  Q.    Either face to face, on the phone, through
19  E-mail, or computer, any kind of interaction?
20  A.    Usually, it's through dispatch.
21  Q.    Okay.
22  A.    They'll speak to dispatch over the radio,
23  and then dispatch will yell to me in my office, "Can
24  they come in and file a report?"

**11**

1  So if they'll -- if they come into the
2  station to either get supplies they might need,
3  certain paperwork is only kept in the sergeant's
4  office, I'll have interaction then, sometimes just
5  to come in and say, "Hello. How you doing?"
6  Sometimes they'll come in and just chit chat.
7  Q.    Do they file their reports with you?
8  A.    No. There's a room upstairs they use.
9  Q.    Do you review their reports?
10  A.    They send them via the IMC to me, yes.
11  Q.    What do you do to review the reports?
12  A.    Usually, there's just an error screen. IMC
13  will flag any errors as far as data entry. So you
14  check the error screen, and then there's the -- we
15  have a dictation system. So anytime they dictate a
16  report, which is a majority of the time, I listen,
17  but I don't have any ability to correct that.
18  They'll send their -- for an example, for an
19  arrest report, they'll send through IMC their
20  probable cause statement, and then it's just making
21  sure they're following what the chief has set his
22  guidelines for a probable cause. And also,
23  Lieutenant Grassey wants things that he's been told
24  the clerk of the court needs for a probable cause

**12**

1  statement and just to make sure the elements for
2  Mass General Law are all met.
3  Q.    What happens if a report is deficient in any
4  of the guidelines that have been set forth?
5  A.    It can be sent back from me -- sent back to
6  the officer for correction.
7  Q.    And then they submit it back to you once
8  they have corrected it?
9  A.    No, usually, it'll bypass me because it'll
10  be -- I won't be there till four o'clock the next
11  day, and oftentimes, it needs to go to court. So it
12  will go straight through to records to Lieutenant
13  Grassey. His report review is what his check-off
14  box, if you will, in the IMC is. Usually, it won't
15  make it's way back to me.
16  Q.    Is there anything else, any other duties you
17  have when you are the station supervisor?
18  A.    I can't think --
19  Q.    With regard to the patrol officers, do you
20  --
21  A.    Any hard copy reports have to physically
22  collect and hand in.
23  Q.    What about with directing the officers out
24  on patrol, what sort of interaction do you have with

13

1  them in sending them to respond to particular --
2  A.    That's all done through the computer
3  program. The computer program will indicate to the
4  dispatcher the area, who they have available. It's
5  color coded. And I just wouldn't have opportunity
6  to get involved in who's going where.
7       Other than if they would have a conflict,
8  they may yell in to me and say, "Both my bravos are
9  tied up. Should I send an alfa?"
10      "Yeah, go ahead," that type of thing.
11 Q.    So it is generally left up to dispatch?
12 A.    Uh-huh. (Indicates affirmatively).
13 Q.    And you are involved whether --
14      MR. CANZONERI: You have to verbalize.
15      THE WITNESS: Okay.
16      Yes.
17 BY MS. NORTH:
18 Q.    You are involved when there may be a
19 conflict, or what if there is an emergency? Are you
20 involved in any higher level emergencies, more
21 severe, or serious incidents?
22 A.    I'm not sure what you mean if I'm involved.
23 If I'm inside the station you mean?
24 Q.    If you are inside the station, would they

14

1  contact you to say, "Hey, we think we've just run
2  across a homicide," to report a homicide? Would you
3  be notified as the station supervisor?
4  A.    The patrol supervisor would normally be the
5  one notified.
6       And then he would contact me and say, "Can
7  you make phone calls to, you know, the district
8  attorneys, and C-pack," and whoever else needed to
9  be notified.
10 Q.    But not the patrol officers themselves?
11      MR. CANZONERI: Objection.
12 BY MS. NORTH:
13 Q.    Generally?
14      MR. CANZONERI: Objection.
15      THE WITNESS: They could.
16 BY MS. NORTH:
17 Q.    Okay.
18 A.    They certainly could, but the normal course
19 of things is that the patrol supervisor would.
20 Q.    So on the two days that you are not a
21 station supervisor, are you patrol supervisor?
22 A.    Yes.
23 Q.    And what are your duties as patrol
24 supervisor?

15

1  A.    It's never the same twice.
2  Q.    Generally?
3  A.    Basically, the same thing I did as a patrol
4  officer as far as, you know, you still check
5  buildings. You still make car stops. You still --
6  you know, if someone flags you down for a flat
7  tire, you're still going to stop and assist the
8  public.
9  Q.    What sort of interaction do you have with
10 the patrol officers as patrol supervisor?
11 A.    If they call for a supervisor, sometimes
12 they request a supervisor on scene. Normally, if
13 there's any issue of liability, they want someone
14 else to take it from them.
15 Q.    If you hear someone is responding to a
16 particular kind of crime, would you then use your
17 judgment and --
18 A.    Uh-huh. (Indicates affirmatively).
19 Q.    -- go respond --
20 A.    Yes.
21 Q.    -- as well?
22 A.    Yes.
23 Q.    Do you observe the patrol officers in the
24 course of their duties?

16

1  A.    Yes.
2  Q.    Do you direct the course of their duties?
3       MR. CANZONERI: Objection.
4       THE WITNESS: I'm not sure what you mean by
5  "direct."
6  BY MS. NORTH:
7  Q.    Do you send them to a particular crime
8  scene? Do you send them to a particular area or
9  part of an area that may need additional policing or
10 patrolling?
11 A.    Yes.
12 Q.    And how do you determine whether you are
13 going to do something like that or not?
14 A.    Determine who I'm sending?
15 Q.    Whether or not you are going to --
16 A.    If additional help is needed, I could say to
17 any particular unit, "Could you head over and
18 assist? Could you go here?" Yeah, that type of
19 thing.
20 Q.    And that is a judgment call that you
21 make based --
22      MR. CANZONERI: Objection.
23 BY MS. NORTH:
24 Q.    -- on your experience?

17

1          MR. CANZONERI:  Oh, objection.
2          THE WITNESS:  I think everything that we do
3    is a judgment call.  It's all based on prior
4    experiences, just life experience, job experience.
5    I'm not certain --
6    BY MS. NORTH:
7    Q.       Okay.
8    A.       -- exactly what you're asking.
9    Q.       Do you have a supervisor?
10   A.       Yes.
11   A.       Who is that?
12   A.       Lieutenant Steve Pagliarulo.
13   Q.       What type of direction do you take from your
14   supervisor?
15   A.       There's written directives.  There's the
16   rules and regulations of the department that's set
17   forth by the chief that we all follow, and then
18   there's certain directives that are handed down from
19   Lieutenant Pagliarulo for the patrol division as far
20   as certain assignments he wants to --
21   Q.       Would that be things, like, where to patrol
22   or where to concentrate certain --
23   A.       Yes.
24   Q.       -- patrols?  And then do you then take that

18

1    information and assign different officers on the
2    shift to do what you may have been asked to do by
3    Lieutenant Pagliarulo?
4    A.       Yes.
5    Q.       How often do you have direct interaction
6    with Lieutenant Pagliarulo during the course of a
7    shift?
8    A.       Sometimes never.  Normally, he'll come to
9    roll call, a few minutes before when I'm setting
10   things up.  If he has something he wants to talk to
11   me about, he'll see me in the roll call room prior
12   to roll call, prior to 4:00.  That's normally when I
13   see him.
14   Q.       Are there any situations where you are
15   mandated to contact him?
16   A.       Rules and regulations dictate anytime
17   there's what the chief has decided is a serious
18   crime, something -- a homicide, rape, a serious
19   fire, suspicious death.  He, along with all the
20   other lieutenants and the chief, must be notified.
21   Q.       How do you make that notification?
22   A.       Via the paging system.
23   Q.       And do they respond back to you as the
24   patrol supervisor?

19

1    A.       No, that would be the responsibility of the
2    station supervisor.
3    Q.       And they respond back to the station
4    supervisor?
5    A.       Correct.
6    Q.       What happens when they respond back to the
7    station supervisor?  What is the typical interaction
8    you would then have?
9    A.       They'll ask for particulars and see if
10   they're needed to respond from home because none of
11   them work nights or weekends.
12   Q.       What is your shift schedule?
13   A.       I work four on, two off, rotating.
14   Q.       Does that mean in some weeks you may work
15   five days, and in some weeks you may work four
16   days?
17   A.       Oh, it's always five days within a seven-day
18   period.
19   Q.       Right.  But if you look at a calendar
20   week, --
21   A.       Yes.
22   Q.       -- the way a calendar week is laid out, --
23   A.       Yeah, I --
24   Q.       -- if you --

20

1    A.       -- guess so.
2    Q.       -- looked at every week from Monday to
3    Sunday?
4    A.       You know what, I don't know.  I never
5    figured that out.  I guess you must know if you're
6    asking me.
7          MR. CANZONERI:  It's a mathematical thing
8    anyway.
9          THE WITNESS:  Yeah.
10         MS. NORTH:  Yes.
11         THE WITNESS:  That's why I'm --
12   BY MS. NORTH:
13   Q.       That is okay.
14   A.       -- in criminal justice.
15   Q.       As a sergeant, do you consider yourself a
16   supervisor of the patrol officers?
17         MR. CANZONERI:  Objection.
18         THE WITNESS:  Yes.
19   BY MS. NORTH:
20   Q.       How do you consider yourself a supervisor?
21         MR. CANZONERI:  Objection.
22   BY MS. NORTH:
23   Q.       What makes you a supervisor, if that helps?
24         MR. CANZONERI:  Objection.

21

1    THE WITNESS: I don't know how to answer
2  that. I was promoted by the chief to the rank of
3  sergeant. I suppose that's --
4  BY MS. NORTH:
5  Q.    So as sergeant, you have responsibilities to
6  supervise the patrol officers; is that a fair
7  characterization?
8    MR. CANZONERI: Objection.
9    THE WITNESS: I see my responsibility as
10  assuring that the rules and regulations of the
11  department are followed, and that the guidelines set
12  forth in Mass General Law are followed.
13  BY MS. NORTH:
14  Q.    So do you observe the patrol officers to
15  make sure that in their work they follow the rules
16  and regulations in the department and the guidelines
17  of the Mass General Laws?
18  A.    **Yes.**
19  Q.    Do you provide them feedback if they are
20  doing a good job or not doing a good job in meeting
21  those standards?
22  A.    **Yes.**
23  Q.    Do you participate in any way in the
24  discipline of the patrol officers?

22

1  A.    **I don't have the power to directly**
2  **discipline. We're paramilitary. It would have to**
3  **go through chain of command. So I would have to go**
4  **higher than me if I had a concern, and then Internal**
5  **Affairs would then dole out any discipline, if you**
6  **will. I don't have the power to directly**
7  **discipline.**
8  Q.    If you see them not -- if you see a patrol
9  officer not doing something quite right on a shift
10  that you think would benefit from your feedback, do
11  you provide that feedback to them directly without
12  going through the chain of command?
13  A.    **I would certainly suggest a way that I felt**
14  **they could handle a situation better, but it**
15  **couldn't be construed as discipline. It wouldn't**
16  **affect their permanent record, if you will.**
17  Q.    If you come across a situation that requires
18  formal discipline, what would you do?
19    MR. CANZONERI: Objection.
20  BY MS. NORTH:
21  Q.    What is the process that you would follow?
22  A.    **I would --**
23    MR. CANZONERI: Objection.
24    You can go.

23

1    THE WITNESS: Okay.
2    The department has set up through rules and
3  regulations and in the Internal Affairs Division,
4  if I had a concern, something I thought needed
5  further investigation or something serious, I would
6  write up my concerns and send them to Lieutenant
7  Pagliarulo, and from that point, I don't know
8  where.
9  BY MS. NORTH:
10  Q.    Well, my next question is this. What
11  happens after you provided this report to Lieutenant
12  Pagliarulo, do you know?
13  A.    **I wish I did. It doesn't -- it doesn't come**
14  **round robin. There's no communication back.**
15  Q.    Lieutenant Pagliarulo never asks you for
16  your opinion with regard to what happened or never
17  asks you for --
18  A.    **It's never happened in two years, no.**
19  Q.    Have you in the two years you have been a
20  sergeant ever forwarded anyone for discipline?
21  A.    **No.**
22  Q.    If there is an opening for a patrol officer
23  on your shift and there is authority to hire any
24  patrol officer, are you involved in the selection

24

1  process in any way?
2  A.    **No.**
3  Q.    If a patrol officer on your shift or another
4  patrol officer that you know of is seeking to be
5  promoted to sergeant, has anyone ever asked you of
6  your opinion about whether or not they should be
7  promoted?
8  A.    **No.**
9  Q.    When you sought to become a sergeant, when
10  you were a patrol officer and you sought to become a
11  sergeant, what process did you go through to become
12  a sergeant?
13  A.    **Took the civil service exam for promotion.**
14  Q.    Then what happened?
15  A.    **I scored first on the test. I scored the**
16  **highest score, and I got a postcard to come in and**
17  **sign a list. And I signed a list, and --**
18  Q.    Did anyone interview you?
19  A.    **No.**
20  Q.    To your knowledge, did anyone ask around the
21  department as to whether you would be a good
22  sergeant or not?
23  A.    **Not that I know of. I can't say for sure.**
24    No one had -- no one ever said to me, "Hey,

45

1  Q.    So how does that relate to sending a second
2  car from --
3  A.    **Officer safety.**
4  Q.    -- your education?  When you are patrol
5  supervisor, sometimes you are, I take it from your
6  testimony, correct me if I am wrong, sometimes you
7  are observing one of the patrol officers doing
8  whatever their police work is; is that correct?
9  A.    **Yes.**
10  Q.    And sometimes you are not.  Is there times
11  when you are not observing them doing their police
12  work?
13  A.    **Yes.**
14  Q.    Just taking an eight-hour shift, can you
15  give us an estimate in terms of the majority of time
16  how many minutes or hours it is that you are
17  actually engaged in observing or communicating with
18  the patrol officers about, you know, doing their job
19  versus not doing that?
20  A.    **In an eight-hour --**
21       MS. NORTH:  Objection.
22       THE WITNESS:  -- shift, usually not more
23  than maybe a half an hour, maybe an hour would be
24  the amount of time in an eight-hour shift that I

46

1  would be even with them, you know, in the same
2  area.
3  BY MR. CANZONERI:
4  Q.    And sometimes it is more than that?
5  A.    **Sometimes.**
6  Q.    But so that is you said usually is the case.
7  For the rest of that shift that you are a patrol
8  supervisor and you are not engaged in that kind of
9  activity, what are you doing?
10  A.    **Patrolling.**
11  Q.    And when you are doing that, to what extent,
12  if at all, is that similar or the same as what a
13  patrol officer does versus different?
14  A.    **It would be the same thing --**
15  Q.    Okay.
16  A.    **-- that I did as a patrolman.**
17  Q.    When you are in the station house and you
18  are the so-called station house supervisor, right?
19  A.    **Uh-huh.  (Indicates affirmatively).**
20  Q.    You have to verbalize.
21  A.    **Yes.**
22  Q.    Are there times when you are communicating
23  with officers about some aspect of what they should
24  do in their job?

47

1  A.    **Yes.**
2  Q.    And I take it, there are times when you are
3  reviewing reports?
4  A.    **Yes.**
5  Q.    That is what you do when you are the station
6  house supervisor?
7  A.    **Yes.**
8  Q.    And assuming an eight-hour shift, generally,
9  how much time is spent doing the review of the
10  reports?
11       MS. NORTH:  Objection.
12  MR. CANZONERI:
13  Q.    Let me rephrase the question.
14       In an eight-hour shift, how much time do you
15  spend typically reviewing reports?
16  A.    **Typically, an hour maybe.**
17  Q.    And typically, in an eight-hour shift, how
18  much time do you spend communicating with officers,
19  not just informal discussion but talking about how
20  they should do their job, something related to their
21  job performance, typically?
22       MS. NORTH:  Objection.
23       THE WITNESS:  Minutes, not a whole -- not a
24  whole lot.

48

1       MR. CANZONERI:  Nothing further.
2       Thank you.
3       MS. NORTH:  I have a couple of additional
4  questions.
5       REDIRECT EXAMINATION
6  BY MS. NORTH:
7  Q.    When you testified just now that when you
8  are out as patrol supervisor, you spend not more
9  than 30 minutes of an eight-hour shift with the
10  patrol officers?
11       MR. CANZONERI:  Objection.
12  BY MS. NORTH:
13  Q.    Is that correct?
14  A.    **It all depends.**
15  Q.    But that is about what you just testified.
16  Let me just ask you this.  During the course of that
17  shift, however, you are -- are you on the air
18  listening to what is going on?
19  A.    **Yes.**
20  Q.    And are you processing that?
21  A.    **Yes.**
22  Q.    And are you making decisions about whether
23  or not you need to be involved in what is going on?
24  A.    **Yes.**

49

1  Q.    And do you do that continuously throughout
2  your shift?
3  A.    Yes.
4        MS. NORTH:  That is it.  Suspend for now,
5  unless you have anything else.
6        MR. CANZONERI:  We will object to the
7  suspension.
8        MS. NORTH:  Thank you very much.
9        THE WITNESS:  Okay.
10       (Deposition suspended at 3:34 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

50

                    E R R A T A

1
2
3
4  DESCRIPTION                    PAGE  LINE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23          _____
            Sergeant Cara M. Rossi-Cafarelli
24

51

1              C E R T I F I C A T E
2
3        I, SERGEANT CARA M. ROSSI-CAFARELLI, do
4  hereby certify that I have read the foregoing
5  transcript of the testimony, and except for any
6  corrections or amendments I have indicated on the
7  sheet attached for such purposes, that the same
8  contains a true and accurate record of my answers
9  given to the questions hereinbefore set forth.
10
11       _____
         Sergeant Cara M. Rossi-Cafarelli
12
13       _____
14       Date
15
16
17
18
19
20
21
22
23
24

52

1              C E R T I F I C A T E
2
3  COMMONWEALTH OF MASSACHUSETTS
4  SUFFOLK, ss.
5
6        I, John F. Kielty, Notary Public in and for
7  the Commonwealth of Massachusetts, do hereby certify
8  that:
9        SERGEANT CARA M. ROSSI-CAFARELLI, the
10 witness whose deposition is hereinbefore set forth,
11 was duly sworn by me, and that such deposition is a
12 true and accurate record to the best of my
13 knowledge, skill, and ability of the testimony given
14 by the witness.
15       IN WITNESS WHEREOF, I have hereunto set my
16 hand and notarial seal this      day of
17 September, 2006.
18
19
20       _____
         John F. Kielty
21       Notary Public
22
         My Commission expires:
23       February 9, 2007
24