# EXHIBIT P

5

1 ask you questions, if you don't understand any of my
2 questions, if you need me to clarify, please feel
3 free to ask me to stop and clarify. Also, if at any
4 time you want to go back and provide anymore
5 information or clarify an answer, please feel free
6 to do that, too.
7  A.    Okay.
8  Q.    Could you please state your name for the
9 record and spell your last name?
10 A.    **Robert Dunlop, and that's D-u-n-l-o-p.**
11 Q.    What is your address?
12 A.    **19 Oliver Street, Framingham. It's**
13 **F-r-a-m-i-n-g-h-a-m, Framingham, Mass.**
14 Q.    Are you currently employed?
15 A.    **I am.**
16 Q.    Where are you employed?
17 A.    **With the Town of Natick.**
18 Q.    Are you with the police department?
19 A.    **Yes, I'm a police sergeant assigned to the**
20 **day shift, 8:00 to 4:00.**
21 Q.    And what does that mean, to be a police
22 sergeant assigned to the day shift?
23 A.    **It means I'm one of two people that either**
24 **work inside or outside. I work two days inside and**

6

1 two days outside.
2  Q.    So you are a sergeant on the day shift; is
3 that correct?
4  A.    **Yes.**
5  Q.    And it is the 8:00 to 4:00 shift?
6  A.    **Yes.**
7  Q.    Are you in the patrol division?
8  A.    **Yes.**
9  Q.    How long have you been in this position?
10 A.    **Since 1997 on as a sergeant. I was on the**
11 **4:00 to 12:00 shift until about two years ago, I**
12 **guess, I went to days. My wife forced me.**
13 Q.    How many patrol officers are on the 8:00 to
14 4:00 shift that you work?
15 A.    **How many are assigned?**
16 Q.    Yes.
17 A.    **We may be short. There's usually two to**
18 **each area and the highway safety. So assigned on**
19 **that revolving four-and-two schedule is two, four,**
20 **six. I believe there's eight patrolmen assigned to**
21 **the day shift, but I think we're down one officer**
22 **due to an internal move and a retirement. But I'm**
23 **not actually sure.**
24 Q.    What is your relationship with the patrol

7

1 officers in terms of authority during your shift?
2  A.    **Well, there isn't -- the only function I**
3 **really do is give out the assignments of cars, which**
4 **are pretty well set. Each officer is assigned to a**
5 **particular area in the town under the CompStat**
6 **method of operation. So they know what areas they**
7 **are. Very rarely do they leave and patrol in a**
8 **different area in the town. So essentially, the**
9 **assignments are all done months in advance. The**
10 **only thing I'll might have to do is adjust due to**
11 **vacations or sick out.**
12 Q.    So who supervises the patrol officers on
13 your shift?
14       MR. CANZONERI:  Objection.
15       THE WITNESS:  I suppose there's an issue of
16 leading.  I mean, we give out the assignments at
17 roll call in the morning.
18 BY MS. MURPHY:
19 Q.    Who do you report to?
20 A.    **Lieutenant Pagliarulo, the patrol division**
21 **commander.**
22 Q.    Who do the patrol officers on your shift
23 report to?
24 A.    **The senior sergeant on duty, I would think,**

8

1 if something came of a question.
2  Q.    So they don't report to you?
3  A.    **Not necessarily, no.**
4  Q.    Not necessarily or no?
5  A.    **There may be an occasion where I'm the only**
6 **sergeant on. They don't report to me. They report**
7 **to the roll call, where roll call's conducted, and**
8 **then they essentially are assigned an area, get in**
9 **their vehicle, check to make sure the equipment is**
10 **all there. That's a function that they do, and they**
11 **would report to me that they were missing something.**
12 **If I was the inside sergeant, I would try and locate**
13 **it for them, the equipment that they need to carry**
14 **out during the day.**
15 Q.    So it is your testimony that you do not
16 supervise the sergeants unless the other sergeant on
17 your shift is not there?
18       MR. CANZONERI:  Objection.
19 BY MS. MURPHY:
20 Q.    I'm sorry. It is your testimony that you do
21 not supervise the patrol officers on your shift
22 unless the other sergeant is absent?
23       MR. CANZONERI:  Objection.
24       THE WITNESS:  I'm not sure.  I don't quite

Page 9

1  understand the question.
2  BY MS. MURPHY:
3  Q.     It is your testimony that you do not
4  supervise the patrol officers on your shift; is that
5  correct?
6         MR. CANZONERI: Objection.
7  BY MS. MURPHY:
8  Q.     Do you understand the question?
9  A.     I really don't because there's rules and
10 regulations that we operate by. My function is
11 to -- on that step of the ladder is to make sure
12 certain elements are done. The officers are well
13 aware of what they are, and there's nothing -- I
14 don't need to feed anything to them. All I am is an
15 access of information and support for their
16 performance as a patrol officer, and essentially,
17 the patrol supervisor on the road does as much as
18 the same routine police work as do the assigned
19 units.
20 Q.     So they don't report -- the patrol officers
21 on your shift do not report to you; is that your
22 testimony?
23 A.     They report to --
24        MR. CANZONERI: Objection.

Page 10

1         THE WITNESS: -- to roll. I'm sorry.
2         MR. CANZONERI: Off the record just for a
3  second?
4         MS. MURPHY: Sure.
5         (Discussion off the record.)
6         MR. CANZONERI: Go back.
7  BY MS. MURPHY:
8  Q.     I am just trying to figure out and find out
9  whether or not under the chain of command the patrol
10 officers who work on your shift report to you as a
11 sergeant or whether they don't report to you?
12 A.     In the context that they report to roll call
13 to start their shift and I'm either on the computer
14 assigning the cruisers or giving out the information
15 from the preceding shift or log, they would report
16 to roll call, and the roll call's held by the
17 sergeant.
18 Q.     But you are not a supervisor?
19        MR. CANZONERI: Objection.
20        THE WITNESS: I operate under the rules and
21 regulations of the Natick Police, and what it
22 requires of me to do is a little bit different from
23 the patrol officers, but essentially, it's the same
24 job.

Page 11

1  BY MS. MURPHY:
2  Q.     But that is not my question. Do you know
3  what a "supervisor" is? Do you have one?
4         MR. CANZONERI: Objection.
5         THE WITNESS: I don't -- I don't know what
6  your definition of a "supervisor" is, I guess.
7  BY MS. MURPHY:
8  Q.     Do you know what it means to have one
9  person in an organization report up to another
10 person?
11 A.     Right, a chain of command. That would be --
12 it's a military operation, and if there was a
13 question, it would come to the highest-ranking
14 officer on duty.
15 Q.     So if there is a lieutenant on duty, the
16 patrol officers do not go to you as a sergeant, they
17 go directly --
18 A.     No.
19 Q.     -- to the lieutenant; is that correct?
20 A.     As their chain of command, they're required
21 to go through that to speak with the sergeant, and
22 the sergeant either sends them to the lieutenant or
23 goes to the lieutenant directly. Because we are a
24 small organization, many times the sergeant is not

Page 12

1  necessarily in the loop, and the person will talk
2  directly to the lieutenant that it may involve.
3  Q.     So is it your testimony you don't have
4  authority to assign patrol officers work?
5         MR. CANZONERI: Objection.
6         THE WITNESS: I just -- my function is to
7  see that they're carrying their duty out through the
8  policies and the procedures and the statutory law in
9  the State of Massachusetts. I mean, that's what I
10 do.
11 BY MS. MURPHY:
12 Q.     How would you possibly see that they are
13 carrying out their duties if you don't have any
14 authority over them?
15        MR. CANZONERI: Objection.
16        THE WITNESS: Well, "authority" is -- inside
17 I'm required to review reports, and if the
18 information contained in the report is lacking some
19 of the blocks for probable cause, my function would
20 then be not to forward it on to report review and
21 the courts because the courts would send it right
22 back.
23        It would be to send it to the officer, and
24 say, "This is lacking certain elements in order to

**Page 13**

1  substantiate the particular criminal charge," or
2  whatever the case may be.
3  BY MS. MURPHY:
4  Q.    Do you have the ability or authority to
5  direct the work of patrol officers on your shift?
6        MR. CANZONERI: Objection.
7        THE WITNESS: I don't direct other than the
8  guidelines set up by the policies and procedures. I
9  mean, it's all a --
10 BY MS. MURPHY:
11 Q.    What do the guidelines set up by the
12 policies and procedures say?
13 A.    As I said, the officers are taking the
14 calls, and they're making the decisions on the road,
15 unless it requires a sergeant to appear. If it's a
16 long, prolonged event or it's expected to be, the
17 sergeant would -- the patrol sergeant would
18 certainly arrive at that scene to assist and try and
19 set up some sort of central command post for
20 gathering of information that may be needed.
21        Ultimately, the officer assigned the case is
22 going to file that report. It's then going to be
23 reviewed by a sergeant either on my shift or the
24 next shift, because the way the reports come in,

**Page 14**

1  they may not be done till well after my shift is
2  done.
3  Q.    If there is a problem with the report, who
4  speaks to the patrol officer about it, a lieutenant
5  or a sergeant?
6  A.    It could be either one.
7  Q.    Is it the responsibility of the sergeant to
8  talk to the patrol officer about it?
9  A.    If there was something lacking, the way the
10 system is, all the compu- -- all the reports are
11 done on a dictation system in a computer. They
12 submit it electronically to the sergeant, who's then
13 going to review it.
14        If he notices that there's something
15 lacking, he would send it back. There would be in
16 most cases no face-to-face contact, just simply a
17 note that, "This report is lacking an element of
18 probable cause."
19 Q.    The sergeant would send that back to the
20 patrol officer; is that correct?
21 A.    Correct.
22 Q.    So the sergeant reviews the reports of the
23 patrol officers?
24 A.    Right.

**Page 15**

1  Q.    Does the sergeant have the authority or the
2  ability during a shift -- strike that.
3        Do you when you are a sergeant during a
4  shift have the authority or ability to assign a
5  patrol officer work?
6        MR. CANZONERI: Objection.
7        THE WITNESS: Again, their calls come in
8  through the dispatch center. They're the ones that
9  are assigning the work to the patrol cars. If
10 there's something more that needs to be done and
11 it's referred to me, then I certainly would say to
12 the officer handling the case, because it's his case
13 from nuts to bolts, beginning to end, he's the one
14 that's going to have to go to the court with it.
15        If it's missing something, I would certainly
16 say, "My observation is that you're missing this
17 element," and I've done this for 20 years. So I've
18 picked a few things up on the way. Thus, I might
19 suggest to them that they'd want to talk to the
20 neighbors to see if anything else was amiss. I
21 don't know.
22 BY MS. MURPHY:
23 Q.    Do they assign work back to you in a similar
24 way?

**Page 16**

1        MR. CANZONERI: "They"?
2        MS. MURPHY: Being the patrol officers.
3        THE WITNESS: Assign?
4  BY MS. MURPHY:
5  Q.    Do patrol officers look at reports or
6  records and go back to you in the same or similar
7  way where they tell you that you may want to go talk
8  to the neighbors or do further research?
9  A.    Certainly, there's always that give and
10 take. If they're -- if they're aware of something
11 I'm doing, they may very well suggest to me that,
12 you know, what might work or might be beneficial on
13 whatever case that I may get from the beginning and
14 take from beginning to end. Then certainly that --
15 I would be open to any suggestions.
16 Q.    So is it your testimony that the patrol
17 officers also have the authority to direct your
18 work?
19       MR. CANZONERI: Objection.
20       THE WITNESS: It's not a question of
21 directing. It's a question of accomplishing.
22 BY MS. MURPHY:
23 Q.    Can patrol officers tell you what to do the
24 same way you can tell a patrol officer what to do?

# EXHIBIT Q

Page 9

1 said you reported to Sergeant Lamont; is that
2 correct?
3 A.  I didn't -- I don't think it was "report."
4 Q.  Oh, okay. What was your --
5 A.  He was --
6 Q.  -- relationship?
7 A.  He was -- he was -- he was my shift
8 supervisor.
9 Q.  When you were a patrol officer, Sergeant
10 Lamont was your shift supervisor; is --
11 A.  Uh-huh. (Indicates affirmatively.)
12 Q.  -- that correct?
13 A.  That's correct.
14 Q.  Were there any other sergeants on that
15 shift?
16 A.  Yes.
17 Q.  Who was that?
18 A.  Well, at various times I've been -- I was on
19 patrol for 29 years.
20 Q.  The most recent.
21 A.  Sergeant Lamont, Sergeant Fleming, who has
22 just retired. I took his spot. So he would've
23 been -- Sergeant Lamont, Sergeant Fleming, and
24 before Sergeant Lauzon took his new position. Those

Page 10

1 were the three sergeants that were on the shift.
2 Q.  Why was Sergeant Lamont your supervisor, as
3 opposed to one of the other sergeants?
4      MR. CANZONERI: Objection.
5      THE WITNESS: Sergeant Lamont was the senior
6 sergeant as far as years and grade.
7 BY MS. MURPHY:
8 Q.  So do patrol officers report just to the
9 most senior sergeant, or do they report to whatever
10 sergeant they are assigned to?
11      MR. CANZONERI: Objection.
12      THE WITNESS: Again, the word "report" is
13 throwing me because --
14 BY MS. MURPHY:
15 Q.  Okay.
16 A.  -- they're assigned to the shift, and the
17 sergeant of the shift is -- he is the one that will
18 do roll call and provide the information that the
19 patrol is needed at roll call.
20 Q.  Who do you report to?
21 A.  Really, I don't report to anybody.
22 Q.  Okay.
23 A.  I show up at four o'clock, and I'm the shift
24 sergeant.

Page 11

1 Q.  Okay.
2 A.  So unless administration wants to talk to
3 me.
4 Q.  Is there any chain of authority in the
5 police department, in your opinion, or is it just a
6 big old free for all?
7 A.  Oh, there's a definite chain of authority.
8 Q.  What is that chain of authority?
9 A.  Chief Mannix being the executive officer of
10 the department, Lieutenant Mason being the executive
11 officer to the chief, and then the other
12 lieutenants.
13 Q.  And, in your opinion, do the patrol officers
14 report to anybody, or are they just on their own?
15      MR. CANZONERI: Objection.
16      THE WITNESS: Again, if you can define
17 "report"? What are you looking for?
18 BY MS. MURPHY:
19 Q.  Sure. Sure. Who do they go to if they have
20 a question, if they need to leave and go home sick,
21 if they are not going to be at their shift, if they
22 have a question during their shift regarding
23 something, --
24 A.  Right, they'll --

Page 12

1 Q.  -- if they --
2 A.  -- ask a sergeant.
3 Q.  -- have performance problems, if they see
4 something going on that they think needs further
5 attention? Who do they go to?
6 A.  Usually, ask the sergeant on duty.
7 Q.  And can they disregard what the sergeant
8 tells them?
9 A.  Depending upon what the issue is. Sergeants
10 can respond to most situations, but we're not
11 limited. But we don't have, you know, definite
12 areas of expertise, and sometimes they may have to
13 or the sergeant may have to look into something.
14 Q.  In your role of -- I'm sorry. Did I
15 interrupt you?
16 A.  No.
17 Q.  In your role as a sergeant, do you consider
18 yourself to have any authority over the patrol
19 officers?
20      MR. CANZONERI: Objection.
21      THE WITNESS: I have the authority that a
22 sergeant is given by rank and what I understand to
23 be a sergeant's duties of the Natick Police.
24 BY MS. MURPHY:

13

1  Q.    Tell me what that is.
2  A.    **Well, I can start by telling you what I do**
3  **when I arrive at work.**
4  Q.    Actually, rather than -- if that is the best
5  way for you to answer, that is fine, but my question
6  is, regarding the authority that is provided to you
7  as a sergeant in --
8  A.    **Uh-huh. (Indicates affirmatively.)**
9  Q.    -- the Natick Police Department
10 specifically.
11        MR. CANZONERI: Objection.
12        THE WITNESS: Well, I guess the best way of
13 putting it is, the sergeant oversees what the patrol
14 function -- what they're doing, follows the
15 guidelines and procedures of the police department
16 as stated either by the chief or through Mass Laws
17 and Regulations.
18 BY MS. MURPHY:
19 Q.    Is there any other authority that a sergeant
20 has -- I'm sorry, that you have as a sergeant that
21 you haven't told me about?
22 A.    **I can't think of any right now, but there**
23 **may be others. I just can't think of any.**
24 Q.    Do you have the authority to assign patrol

14

1  officers during the shift?
2  A.    **Assign them?**
3  Q.    Work.
4  A.    **The authority to assign them to an area of**
5  **where they're going to be assigned for the evening,**
6  **yes.**
7  Q.    Do you have the authority to have them tell
8  you if they need to go home sick or to approve their
9  going home sick?
10 A.    **Yes.**
11 Q.    Do you participate right now in your
12 capacity as a sergeant in performing the background
13 checks for new hires?
14 A.    **No.**
15 Q.    Do you know who does?
16        MR. CANZONERI: Objection. Withdrawn.
17        THE WITNESS: Lieutenant Pagliarulo, I
18 believe, is in charge of backgrounds, but I could be
19 wrong. I know it used to be Lieutenant Morgan, but
20 he has since retired.
21 BY MS. MURPHY:
22 Q.    Do you have any other supervisory duties
23 that you haven't told me about?
24        MR. CANZONERI: Objection.

15

1         THE WITNESS: None that I can recall right
2  now.
3  BY MS. MURPHY:
4  Q.    Is there something that could refresh your
5  recollection?
6  A.    **Give it a try.**
7  Q.    And that answers my question. I don't want
8  to push you on it. My only question is if you have
9  other supervisory duties than what you have told
10 me?
11 A.    **Not that I can recall now, but I wouldn't**
12 **limit it to what I told you. If you can come up**
13 **with something you want to ask me about.**
14 Q.    No, I can't --
15 A.    **Go ahead and.**
16 Q.    No. No, I would want -- I want your
17 testimony, --
18 A.    **All right.**
19 Q.    -- not mine.
20 A.    **Fine.**
21 Q.    That's the way I would rather work it. Do
22 you work a four-and-two schedule?
23 A.    **Yes.**
24 Q.    When was the last time you worked?

16

1  A.    **Two days ago. This is my first night back.**
2  Q.    Since a vacation?
3  A.    **No, just days off.**
4  Q.    Oh, okay. Let me frame it in terms of the
5  last month then. Are there any other supervisory
6  duties that you performed in the last month that you
7  can think of that you haven't told me about?
8  A.    **No.**
9         MR. CANZONERI: Objection.
10 BY MS. MURPHY:
11 Q.    In terms of authority, can you write a
12 report on a patrol officer if you have a performance
13 or conduct problem?
14 A.    **I never have.**
15 Q.    Do you have the authority to?
16 A.    **I'm not even sure of that.**
17        MR. CANZONERI: Could we just take a quick
18 break?
19        MS. MURPHY: Sure.
20        MR. CANZONERI: Thanks.
21        (Brief recess.)
22        MR. CANZONERI: Thank you.
23        MS. MURPHY: Do I have a question out there,
24 or are we all set?

# EXHIBIT R

### Page 5

1  defendants in this matter. I am with the law firm
2  of Murphy, Hesse, Toomey & Lehane. The defendants
3  being Town of Natick, Natick Police Department, and
4  Dennis R. Mannix in his capacity as Chief of Police.
5       As I go through asking you questions in the
6  deposition this morning, please feel free if at any
7  point in time you don't understand my question or
8  haven't been clear to ask me to clarify my question.
9       If you need at any point in time to take a break, of
10 course, feel free to do so.
11      If you have questions, I would ask that you
12 ask your counsel, as opposed to asking me regarding
13 any of my questions. If you feel that there is
14 something that you would like to clarify in the
15 course of the deposition, at any time feel free to
16 say, you know, you would like to go back and clarify
17 any of your answers for me.
18 A.   Okay.
19 Q.   Are you comfortable with having your
20 deposition taken this morning?
21 A.   Yes.
22 Q.   Could you please state your name for the
23 record and spell your last name?
24 A.   Robert F. Murphy, III, M-u-r-p-h-y.

### Page 6

1  Q.   What is your address, Mr. Murphy?
2  A.   16 Johnson Street, Ashland, Mass.
3  Q.   Are you currently employed?
4  A.   Yes.
5  Q.   What is your position?
6  A.   Patrol officer for the Town of Natick Police
7  Department.
8  Q.   I am going to hand you a document that has
9  been marked as Exhibit 1. I am going to ask that
10 you look at that document. Let me just give a copy
11 to your attorney.
12      MS. MURPHY: Here you go.
13      MR. CANZONERI: Thanks.
14      Attorney Murphy, if I could just state at
15 the outset, --
16      MS. MURPHY: Sure.
17      MR. CANZONERI: -- usually I do on the
18 record, that any objections I make will only be as
19 to the form of the question. I am reserving on all
20 others.
21 BY MS. MURPHY:
22 Q.   Do you recognize this document?
23 A.   Yes.
24 Q.   What do you recognize this document to be?

### Page 7

1  A.   It's work of plaintiffs' attorney, First
2  Amended Complaint Of Violation Under The Fair Labor
3  Standards Act.
4  Q.   And are you the "Robert F. Murphy, III, Lead
5  Plaintiff for Patrol Officer Plaintiffs" that is
6  referenced in the plaintiffs' section on the first
7  page?
8  A.   Yes.
9  Q.   How long have you been a patrol officer in
10 the Town of Natick?
11 A.   For approximately 16 years.
12 Q.   Do you know the dates by any chance?
13 A.   I started as a part-time officer in 1988,
14 became a full-time police officer in 1990, I believe
15 it was October 1, 1990.
16 Q.   Are you a supervisor at all?
17 A.   No.
18 Q.   Who is your direct supervisor?
19 A.   Sergeant Paul Thompson, Sergeant Daniel
20 O'Callaghan, and Sergeant Robert Dunlop.
21 Q.   Are any of these individuals your
22 supervisor in any specific hierarchy order, if you
23 know?
24 A.   They're my first line of supervisor.

### Page 8

1  Q.   So on any given day, do you report to one of
2  these individuals when you come to work?
3  A.   Yes.
4  Q.   When you report to them, what type of
5  direction do they give to you?
6  A.   One of the three sergeants will conduct roll
7  call at eight o'clock at the start of our day shift.
8  They will conduct roll call, giving each officer
9  their assignments and also, updating any
10 intelligence, any information that we should be
11 aware of.
12 Q.   And do you know how they come to know that
13 information?
14 A.   Yes. Prior to conducting roll call at eight
15 o'clock for the day shift, they report to work
16 approximately 15 minutes before eight o'clock to
17 prepare for roll call.
18 Q.   Do you know about the time period when
19 information is transferred from one sergeant or
20 lieutenant to another sergeant or lieutenant?
21      MR. CANZONERI: Objection.
22      THE WITNESS: Could you -- could you repeat
23 that question?
24 BY MS. MURPHY:

**Page 9**

| Time | # | |
|---|---|---|
| 10:43:47 | 1 | Q. Sure. Let me see if I can say it more |
| 10:43:50 | 2 | clearly. Do you know if during that 15-minutes |
| 10:43:53 | 3 | pre-shift that you are referring to if this is a |
| 10:43:58 | 4 | time when sergeants from the prior shift give |
| 10:44:01 | 5 | information to sergeants on your shift about |
| 10:44:05 | 6 | intelligence and other critical information? |
| 10:44:08 | 7 | A. Yes. |
| 10:44:12 | 8 | Q. During your shift, do you report to |
| 10:44:18 | 9 | anybody? |
| 10:44:23 | 10 | A. Could you clarify what you mean by |
| 10:44:26 | 11 | "report"? |
| 10:44:27 | 12 | Q. Sure. Do you have a supervisor during your |
| 10:44:30 | 13 | entire shift? |
| 10:44:31 | 14 | A. Yes. |
| 10:44:35 | 15 | Q. And what type of communications would you |
| 10:44:41 | 16 | have with that supervisor during your shift? |
| 10:44:49 | 17 | A. He would be available for questions. He |
| 10:44:58 | 18 | would supervise the work. If we do a report, it's |
| 10:45:06 | 19 | sent to him by the computer, and he reviews the |
| 10:45:14 | 20 | report. He gives directions to us at an incident. |
| 10:45:25 | 21 | Q. Does your supervisor set your schedule? |
| 10:45:34 | 22 | A. My first line of supervisor, no, does not |
| 10:45:39 | 23 | set the schedule. |
| 10:45:41 | 24 | Q. Do you know who does set the schedule? |

**Page 10**

| Time | # | |
|---|---|---|
| 10:45:43 | 1 | A. Yes, the commander of the patrol division. |
| 10:45:50 | 2 | Q. Could you describe for me what a "patrol |
| 10:45:54 | 3 | division" is? |
| 10:45:58 | 4 | A. Lieutenant Steve Pagliarulo, he is a |
| 10:46:05 | 5 | lieutenant overseeing the patrol officers. |
| 10:46:15 | 6 | Q. And is he the individual who you referred to |
| 10:46:19 | 7 | as "the commander," who sets the schedule? |
| 10:46:21 | 8 | A. Yes. |
| 10:46:26 | 9 | Q. Who determines where you patrol? |
| 10:46:34 | 10 | A. Each officer is assigned a beat area. It's |
| 10:46:43 | 11 | one of three sections, section A, section B, and |
| 10:46:48 | 12 | section C. You're given your assignment at roll |
| 10:46:52 | 13 | call. |
| 10:46:59 | 14 | Q. When you were hired as a patrol officer, do |
| 10:47:05 | 15 | you remember the process you went through, the |
| 10:47:08 | 16 | interview process or application process? |
| 10:47:10 | 17 | A. Yes. |
| 10:47:11 | 18 | Q. Could you describe it? |
| 10:47:16 | 19 | A. We came down to the police station to sign a |
| 10:47:25 | 20 | civil service card, expressing an interest in the |
| 10:47:33 | 21 | job. We then were scheduled for a psychological |
| 10:47:40 | 22 | evaluation and a physical evaluation, and then you |
| 10:47:56 | 23 | were appointed by the town administrator to the |
| 10:48:01 | 24 | position of patrol officer. |

**Page 11**

| Time | # | |
|---|---|---|
| 10:48:04 | 1 | Q. Did anyone contact you in the course of the |
| 10:48:10 | 2 | application process, or did you ever go through an |
| 10:48:13 | 3 | interview? |
| 10:48:17 | 4 | A. An interview other than by somebody from the |
| 10:48:26 | 5 | town? |
| 10:48:27 | 6 | Q. No, by someone from the town. |
| 10:48:30 | 7 | A. No, I don't believe. |
| 10:48:37 | 8 | Q. So you took a physical and a psychological |
| 10:48:42 | 9 | exam, and then the town administrator called and |
| 10:48:46 | 10 | hired you, or did somebody talk to you first about |
| 10:48:50 | 11 | the job or interview you in any way? |
| 10:48:53 | 12 | A. Well, I first became -- |
| 10:48:56 | 13 | MR. CANZONERI: Objection. |
| 10:48:58 | 14 | Go ahead. |
| 10:48:59 | 15 | THE WITNESS: I first became a part-time |
| 10:49:01 | 16 | reserve police officer in 1988. Then when a |
| 10:49:13 | 17 | full-time position became available, that's when we |
| 10:49:17 | 18 | were called to the selectmen's office to sign the |
| 10:49:21 | 19 | card, indicating a willingness to accept the job. |
| 10:49:27 | 20 | BY MS. MURPHY: |
| 10:49:28 | 21 | Q. So this is in 1990? |
| 10:49:33 | 22 | A. Uh-huh. (Indicates affirmatively). |
| 10:49:33 | 23 | Q. Patrolman application? |
| 10:49:35 | 24 | A. Yes. |

**Page 12**

| Time | # | |
|---|---|---|
| 10:49:36 | 1 | Q. What about when you were applying to be a |
| 10:49:40 | 2 | reserve officer, do you remember the process you |
| 10:49:42 | 3 | went through at that time? |
| 10:49:44 | 4 | A. Yes. It was similar to -- we received a |
| 10:49:48 | 5 | card in the mail offering a -- offering a position |
| 10:49:55 | 6 | of a reserve police officer. We came to the |
| 10:49:59 | 7 | selectmen's office and signed the card. We then |
| 10:50:03 | 8 | reported to the police station where it was set up |
| 10:50:11 | 9 | to qualify for the handgun. |
| 10:50:20 | 10 | Q. Did you have an interview at that time, if |
| 10:50:25 | 11 | you remember? |
| 10:50:25 | 12 | A. No. |
| 10:50:34 | 13 | Q. In the event that you are asked to perform |
| 10:50:43 | 14 | overtime, does your supervisor assign you the |
| 10:50:46 | 15 | overtime work? |
| 10:50:53 | 16 | A. Overtime can be an eight-hour shift. That |
| 10:51:02 | 17 | would be assigned by the sergeant. If we work |
| 10:51:09 | 18 | overtime as a continuation of the shift, then, no, |
| 10:51:14 | 19 | that's not assigned. That's your duty to finish |
| 10:51:22 | 20 | your work prior to leaving. |
| 10:51:31 | 21 | Q. If it requires an extra hour, for instance, |
| 10:51:39 | 22 | to finish your duties prior to leaving, are you paid |
| 10:51:43 | 23 | for an extra hour, or are you paid in four-hour |
| 10:51:47 | 24 | blocks? |

**Page 13**

| Time | # | | |
|---|---|---|---|
| 10:51:48 | 1 | A. | We're not paid in four-hour blocks for a |
| 10:51:52 | 2 | | continuation of the shift. |
| 10:51:53 | 3 | Q. | So in the case of continuation of the shift, |
| 10:51:56 | 4 | | you are just paid for the actual additional work |
| 10:51:59 | 5 | | time? |
| 10:52:00 | 6 | A. | Yes. |
| 10:52:01 | 7 | Q. | Are you a member of a union? |
| 10:52:05 | 8 | A. | Could you repeat that? |
| 10:52:07 | 9 | Q. | Are you a member of a union? |
| 10:52:10 | 10 | A. | No. |
| 10:52:25 | 11 | Q. | Have you ever been a member of the |
| 10:52:28 | 12 | | International Brotherhood of Police Officers, |
| 10:52:31 | 13 | | Local -- |
| | 14 | A. | Yes. |
| 10:52:35 | 15 | Q. | -- 622? Do you know, are you still a member |
| 10:52:36 | 16 | | of the IBPO, Local 622? |
| 10:52:42 | 17 | A. | No, we were never members of Local 622. |
| 10:52:48 | 18 | Q. | Which local are you a member of? |
| 10:52:54 | 19 | A. | Currently? |
| 10:52:55 | 20 | Q. | Yes. |
| 10:52:56 | 21 | A. | We're not a member of any union. We are an |
| 10:53:02 | 22 | | association -- |
| 10:53:04 | 23 | Q. | Okay. |
| 10:53:04 | 24 | A. | -- for purposes of collective bargaining. |

**Page 14**

| Time | # | | |
|---|---|---|---|
| 10:53:16 | 1 | Q. | So are you a member of an association for |
| 10:53:22 | 2 | | purposes of collective bargaining? |
| 10:53:24 | 3 | A. | Yes. |
| 10:53:24 | 4 | Q. | Which one? |
| 10:53:26 | 5 | A. | Natick Patrol Officer's Association. |
| 10:53:38 | 6 | Q. | And how do you refer to the Natick Patrol |
| 10:53:44 | 7 | | Officer's Association in your day-to-day talk with |
| 10:53:46 | 8 | | people, do you call it "the association"? |
| 10:53:49 | 9 | A. | Well, we call it the association. |
| 10:53:51 | 10 | Q. | Okay. |
| 10:53:54 | 11 | A. | I believe the contract that we have written |
| 10:53:57 | 12 | | up with the town, it might refer to us as a union -- |
| 10:54:02 | 13 | Q. | Okay. |
| 10:54:02 | 14 | A. | -- based on the union that we used to be. |
| 10:54:09 | 15 | Q. | So in this deposition, I will refer to it as |
| 10:54:12 | 16 | | "the association," if that is okay? |
| 10:54:15 | 17 | A. | That's fine. |
| 10:54:16 | 18 | Q. | So we will know what we are talking about. |
| 10:54:19 | 19 | A. | Right. |
| 10:54:21 | 20 | Q. | Do you know that there is a collective |
| 10:54:24 | 21 | | bargaining agreement between the association and the |
| 10:54:26 | 22 | | Town of Natick? |
| 10:54:27 | 23 | A. | Yes. |
| 10:54:28 | 24 | Q. | Do you know if that collective bargaining |

**Page 15**

| Time | # | | |
|---|---|---|---|
| 10:54:30 | 1 | | agreement sets forth various terms of association |
| 10:54:38 | 2 | | members' employment? |
| 10:54:41 | 3 | A. | Yes. |
| 10:54:44 | 4 | Q. | Do you know if that agreement sets forth |
| 10:54:46 | 5 | | terms of your employment? |
| 10:54:47 | 6 | A. | Yes. |
| 10:54:49 | 7 | Q. | Do you know if that agreement applies to all |
| 10:54:55 | 8 | | patrol officers in the Natick Police Department or |
| 10:54:59 | 9 | | just some? |
| 10:55:00 | 10 | A. | It refers to all full-time patrol officers, |
| 10:55:05 | 11 | | yes. |
| 10:55:06 | 12 | Q. | Can you look at the list of plaintiffs after |
| 10:55:11 | 13 | | your name in that first paragraph and tell me if you |
| 10:55:17 | 14 | | know whether or not any of these people are or are |
| 10:55:20 | 15 | | not members of the association, and I guess part 2 |
| 10:55:25 | 16 | | of that question which I am going to ask is, whether |
| 10:55:29 | 17 | | or not they would be covered by the collective |
| 10:55:31 | 18 | | bargaining agreement, if they were, and only if you |
| 10:55:33 | 19 | | know? |
| 10:55:33 | 20 | | MR. CANZONERI: You mean today? |
| 10:55:36 | 21 | | MS. MURPHY: Yes -- or actually, no. You |
| 10:55:38 | 22 | | know what? At any time. |
| 10:55:42 | 23 | | BY MS. MURPHY: |
| 10:55:42 | 24 | Q. | I am just being lazy having you do all of my |

**Page 16**

| Time | # | | |
|---|---|---|---|
| 10:55:45 | 1 | | deposition for me. |
| 10:55:47 | 2 | A. | The question is, is any plaintiff listed |
| 10:55:50 | 3 | | here no longer a part of the association? |
| 10:55:55 | 4 | Q. | No, actually, the question is this. Are |
| 10:55:57 | 5 | | all of these plaintiffs or have all of these |
| 10:56:00 | 6 | | plaintiffs at one point been a part of the |
| 10:56:03 | 7 | | association? |
| 10:56:04 | 8 | A. | Yes. |
| 10:56:05 | 9 | Q. | So what I am trying to get at is this. |
| 10:56:08 | 10 | | Whether or not you know if all of their employment |
| 10:56:10 | 11 | | when they were in the Town of Natick were covered by |
| 10:56:15 | 12 | | the collective bargaining agreement? |
| 10:56:15 | 13 | A. | Yes. |
| 10:56:16 | 14 | Q. | And we are referring just now to the first |
| 10:56:20 | 15 | | paragraph? |
| 10:56:20 | 16 | A. | Right. |
| 10:56:21 | 17 | Q. | Okay. |
| 10:56:22 | 18 | A. | Yes. |
| 10:56:24 | 19 | | MS. MURPHY: And I am referring for the |
| 10:56:27 | 20 | | record to Exhibit 1. |
| 10:56:29 | 21 | | THE REPORTER: Thank you. |
| 10:56:30 | 22 | | MS. MURPHY: Thank you. |
| 10:56:31 | 23 | | BY MS. MURPHY: |
| 10:56:31 | 24 | Q. | Do you know if there is a grievance |