# EXHIBIT S

Page 5

1  we represent the defendants, the Town of Natick, the
2  Natick Police Department, and Dennis Mannix, in his
3  capacity as Chief of Police in the FLSA litigation.
4         Can you tell me your name for the record,
5  please?
6  A.    Robert A. Hoffman, Jr.
7  Q.    Where do you live, Mr. Hoffman?
8  A.    16 Morningside Ave in Natick.
9  Q.    Are you currently employed?
10 A.    Yes.
11 Q.    Who is your employer?
12 A.    The Town of Natick, Natick Police
13 Department.
14 Q.    What is your position with the Town of
15 Natick, Natick Police Department?
16 A.    I'm a sergeant on the 4:00 to 12:00 shift.
17 Q.    How long have you been a sergeant?
18 A.    A little over one year.
19 Q.    What was your position prior to being a
20 sergeant?
21 A.    Patrol officer.
22 Q.    With Natick?
23 A.    Yes.
24 Q.    How long were you a patrol officer with

Page 6

1  Natick?
2  A.    16 years.
3  Q.    Can you tell me about your role as a
4  sergeant on the 4:00 to 12:00 shift?
5  A.    I normally come in approximately 15 to 30
6  minutes early. I talk to the sergeant on the day
7  shift. He briefs me on anything that the next
8  shift should know about. There's a book, a
9  three-ring binder that the chief or lieutenant puts
10 memos or whatnot that they want patrol staff to
11 know about, also, a detail book for the following
12 day, and there's a clipboard specifically for the
13 4:00 to 12:00 shift that the lieutenant or the chief
14 might put a memo or something on that to be read at
15 roll call.
16        Then I go to roll call. I read any memos or
17 whatnot that might be on the clipboard or in that
18 three-ring binder.
19 Q.    Can I stop you for a minute? Do you go to
20 roll call, or do you direct roll call?
21        MR. CANZONERI: Objection.
22 BY MS. NORTH:
23 Q.    You can answer.
24 A.    I go to roll call.

Page 7

1  Q.    Thank you.
2         Please continue. Sorry.
3  A.    All right. The first thing I do when I'm at
4  roll call is I log into a computer. The
5  lieutenant's already preselected officers to certain
6  beats. There's three beats, A, B, and C. I then
7  assign officers to cars if they have not already
8  been, if they're not already assigned.
9         I inform the officers what car they're in,
10 and then again, like I said, I read off those
11 clipboards, you know, any BOLOs or any wanted
12 persons, warrants, whatnot, if there's any
13 restraining orders that need to be issued. Whatever
14 section that that person resides, I hand that out to
15 the officer, anything passed on to me from the
16 day-shift sergeant. There may be more. That's all
17 I can recall as far as that part.
18        Then roll call's dismissed. Officers hit
19 the road, and that if I'm giving roll call, that
20 means I'm the station supervisor. At that time I go
21 downstairs. My office is right next to the
22 dispatchers.
23        My job entails, after that, any reports
24 officers submit or any arrests that are made. If

Page 8

1  an arrest is made, I'll book the prisoner, call
2  the -- whoever's bailing for the court, arrange to
3  see what the bail's going to be, arrange for the
4  defendant to get released, review officers' reports
5  on that incident.
6         It's pretty long and lengthy, but that's --
7  there's more to it than that. But right now, that's
8  basically the gist of it.
9  Q.    And after roll call, if you are not giving
10 roll call, what is your role --
11 A.    Well, there's --
12 Q.    -- and duties?
13 A.    There's two sergeants assigned to each
14 shift, unless there's somebody on a day off. My job
15 would be patrol supervisor.
16 Q.    What does that entail?
17 A.    My job's to officers need assistance on
18 calls. Like, if there's a serious call, like, a
19 beating in progress at a house or something, I would
20 respond to that.
21        I would make sure that the officers at the
22 scene are doing their job as directed by department
23 policy and procedure and as they're trained in the
24 academy. If they deviate from what the policies and

9

1 procedures are set forth from the department or the
2 way they were trained in the academy, I would steer
3 them in the right direction.
4 Q. So do you observe the patrol officers in the
5 course of their -- during the course of their
6 duties?
7 A. At times, not all the -- I'd say a good --
8 depending on how busy the week is, a good 90 percent
9 of the time, even more than that, officers are on
10 their own. It really depends if an incident
11 requires the sergeant to respond. There's a lot of
12 freedom for the officers that are out on the street.
13 I'm not constantly monitoring them.
14 Q. How many patrol officers are working on the
15 shift with you that you supervise?
16 A. Generally, it's six, and if there's a
17 walking officer, there would be seven.
18 Q. Is there a minimum number of officers?
19 A. They say -- lieutenant says there is, but he
20 constantly -- it's constantly changing. It's --
21 right now, it's five mobile, five officers in a cop
22 car.
23 Q. What type of situations require you to
24 respond and get involved?

10

1 A. Domestic violence, serious motor vehicle
2 crash, armed robberies. Any serious crime that
3 occurs, a supervisor should respond to.
4 Q. What do you do when you are not responding
5 in conjunction with the patrol officers?
6 A. I'm more or less doing the same thing a
7 patrol officer's doing. I might be stopping cars.
8 If I come across an accident, I would at times
9 investigate it myself, be checking buildings. More
10 or less, a lot -- a lot of what a patrol supervisor
11 does when he's not going to a call is basically the
12 same as a patrol officer.
13 Q. Do you have a supervisor?
14 A. My immediate supervisor's Lieutenant
15 Pagliarulo.
16 Q. What is his title and role?
17 A. He's in charge of the patrol division.
18 Q. What kind of interaction do you have with
19 Lieutenant Pagliarulo?
20     MR. CANZONERI: Objection.
21     THE WITNESS: Lieutenant Pagliarulo might
22 attend roll call. He might at that time bring to
23 the officers' attention and also, the sergeants what
24 his concerns, things that he might want done

11

1 throughout the night. He might pull me aside after
2 roll call and hand me warrants that he wants the
3 officers to serve. If there's any problems he feels
4 that's on the shift, he'll call me into his office,
5 discuss it.
6 BY MS. NORTH:
7 Q. What is an example of a problem on a shift
8 that you would discuss with Lieutenant Pagliarulo?
9 A. Right now, there's certain streets in
10 Natick that a lot of vandalism is occurring. He
11 wants officers to do what we call "directed
12 patrols" in those areas at certain times during the
13 night. One of those houses has a camera, and he
14 fills me in that, you know, one of the houses has
15 surveillance, things of that nature, that he might
16 not want the officers to know but wants the
17 supervisor to know.
18 Q. So he directs you to then direct the patrol
19 officers in a certain way?
20     MR. CANZONERI: Objection.
21     THE WITNESS: He directs me to have officers
22 in certain areas at certain times, high crime areas,
23 and again, we call them "directed patrol." If a
24 crime occurs at a certain time, these streets here,

12

1 it occurs at a certain time late at night, like, at
2 eleven o'clock, he tells me that he wants the
3 officers in that particular part of town or those
4 streets at eleven o'clock. I just pass that
5 information on to the officers assigned to that
6 beat.
7 Q. How often do you interact with Lieutenant
8 Pagliarulo during the course of your shift,
9 typically?
10 A. A few minutes. He's basically going out the
11 door when I'm coming in the door. So anything he
12 wants brought to my attention is right at roll call,
13 or he might be in his office a little after I come
14 on. But other than that, that's it.
15 Q. Are there any instances when you are on your
16 shift when you need to contact him?
17 A. Yes.
18 Q. What are they?
19 A. An officer is seriously injured, if there's
20 a fatality, a motor vehicle crash and there's a
21 fatality, he wants to be notified, any serious
22 crimes he wants to be notified, and I call him for
23 that.
24 Q. Otherwise, though, you are out there as

13

1  the -- you are either in the station or out with the
2  patrol officers?
3  A.    Yes.
4  Q.    And making your own decisions about what you
5  do during the course of that shift?
6        MR. CANZONERI: Objection.
7        THE WITNESS: I wouldn't say making my own
8  decisions. The department has policies and
9  procedures. It's my job to make sure that the
10 officers follow the policies and procedures set
11 forth by the department, and then when you come into
12 when a crime's committed, the legislature sets forth
13 what elements constitute a crime. And I make sure
14 that the officers arrest somebody that met all the
15 elements of the crime that are established before
16 that arrest has been made.
17 Q.    How do you ensure that?
18 A.    Well, that depends if I'm inside or outside.
19 If I'm inside, it's usually after I review the
20 report. If it's outside, they tell me what
21 happened, and I take it from there.
22 Q.    And if they haven't met all of the elements,
23 you direct them either in their reports or in the
24 facts they have communicated to you, you direct them

14

1  to go back and do anything differently?
2        MR. CANZONERI: Objection.
3        THE WITNESS: If all the elements haven't
4  been made, such as an arrest and I'm in the station
5  reviewing the report, it's usually just a matter of
6  calling them in and saying, "You forgot to put
7  publicway."
8        For instance, if it's a motor vehicle
9  accident and it's OUI, you forgot to put the road.
10 A person was involved in an accident, forgot to put
11 "Publicway in the Town of Natick."
12       Just sometimes officers, like, they know
13 what the elements are, but it's easy just to forget
14 one or two. And I just simply tell them to add that
15 to the report.
16 BY MS. NORTH:
17 Q.    Do all the reports go through you or to you?
18 A.    If I'm the --
19 Q.    If you are the station supervisor for that
20 shift?
21 A.    If they're finished, completed that night,
22 yes. Other than the detectives, they submit their
23 reports to Lieutenant Mabardy.
24 Q.    Do you consider yourself a supervisor of the

15

1  patrol officers that are out there?
2        MR. CANZONERI: Objection.
3        THE WITNESS: What are you -- what is your
4  definition of "supervisor"?
5  BY MS. NORTH:
6  Q.    I am asking you what your definition of
7  "supervisor" is.
8        MR. CANZONERI: Objection.
9        THE WITNESS: My job is to ensure that the
10 officers that work the 4:00 to 12:00 shift follow
11 the policies and procedures set forth by Chief
12 Mannix, and that if they, for instance, make an
13 arrest, that they met all the elements of the crime
14 set forth by the legislature of Massachusetts.
15 BY MS. NORTH:
16 Q.    Do the patrol officers report to you,
17 whether you are the patrol supervisor or the station
18 supervisor?
19 A.    Do they report to me in what sense?
20 Q.    Do they seek direction from you on carrying
21 out their duties during the course of a shift?
22 A.    At times, yes.
23 Q.    How much of the time?
24 A.    I think I got a pretty good shift, not

16

1  often. Most of the officers know their job. It's
2  only when they come across a crime that's not --
3  that's very rare in the Town of Natick that they
4  ever -- they ever consult with a sergeant.
5  Q.    Do you participate in any way in the
6  discipline of patrol officers if they are not
7  carrying out their duties properly?
8  A.    I only participate in a sense that I
9  document the -- if it occurs on my shift that I'm
10 the station supervisor, I would record the facts and
11 submit it to the lieutenant.
12 Q.    Which lieutenant?
13 A.    Lieutenant Pagliarulo.
14 Q.    Does Lieutenant Pagliarulo or anybody else
15 ever follow-up with you if there is a problem with
16 any particular patrol officer on your shift?
17 A.    Has he ever followed up with me?
18 Q.    Has he ever taken your documentation of the
19 facts and come back to you and asked you further
20 questions?
21 A.    I've only been a sergeant for a year. I did
22 have a problem with the dispatcher, but I'm trying
23 to recall if -- I believe the lieutenant has come
24 back to me and asked me questions on the report that

17

1  I submitted.
2  Q.    Has the lieutenant come back to you, as far
3  as you recall, and asked for your opinion about what
4  should be done?
5  A.    No.
6  Q.    If there is an opening for another patrol
7  officer on your shift, do you participate in any way
8  in selecting the candidates?
9  A.    No.
10 Q.    How are openings for patrol officers filled?
11 A.    Could be filled by those who've taken the
12 civil service test that are civilians trying to
13 become officers. It could be a lateral transfer.
14 Those are the -- primarily, those are the two ways
15 to become a police officer.
16 Q.    Who has the authority to decide or to hire a
17 new patrol officer?
18 A.    I believe that's the board of selectmen with
19 the recommendation of the chief.
20 Q.    Does the chief seek input from his
21 lieutenants or sergeants, to the best of your
22 knowledge, in filling those positions?
23 A.    My firsthand knowledge on that, I'd have to
24 answer no. I have no -- I don't know. I've never

18

1  been asked.
2  Q.    If a patrol officer on your shift was
3  seeking to become a sergeant, do you know if your
4  opinion would be asked on a promotion?
5        MR. CANZONERI: Objection.
6        THE WITNESS: Again, you're asking me
7  something that I'm not familiar with. I've only
8  been a sergeant for a year. I don't know.
9  BY MS. NORTH:
10 Q.    It has never happened in the year that you
11 have been a sergeant?
12 A.    No. Someone was promoted to a sergeant, but
13 they didn't ask me my opinion.
14 Q.    Was that person on your shift?
15 A.    No, but I worked with them prior to becoming
16 a sergeant for 16 years.
17 Q.    Have you ever been involved in a
18 disciplinary action --
19 A.    No.
20 Q.    -- against another employee?
21 A.    What do you mean "disciplinary action
22 against another employee"?
23 Q.    I mean, I guess you talked about you did --
24 you were involved in providing some documentation

19

1  with regards to a dispatcher?
2  A.    Right.
3  Q.    Is that the only instance where you have had
4  to provide facts where someone wasn't doing their
5  job properly?
6  A.    I believe so, yes.
7  Q.    During the course of your shift, whether you
8  are either station supervisor or patrol supervisor,
9  do you make decisions independently, that you don't
10 have to check with anybody else?
11       MR. CANZONERI: Objection.
12       THE WITNESS: Do I make decisions?
13 BY MS. NORTH:
14 Q.    About the course of events in a shift?
15       MR. CANZONERI: Objection.
16       THE WITNESS: That's kind of a broad --
17 that's a broad question. Can you --
18 BY MS. NORTH:
19 Q.    Let me see if I can narrow it a little bit.
20 Do you use your -- if you are faced with a
21 particular situation and I can't give you a specific
22 example, are you allowed as a sergeant to use your
23 independent judgment to make decisions about how to
24 handle a specific situation or how to involve a

20

1  patrol officer, or do you need to check with
2  Lieutenant Pagliarulo, the chief, or somebody else?
3        MR. CANZONERI: Objection.
4        THE WITNESS: My discretion is with the
5  policies and procedures of the department. Again,
6  without a specific -- without giving me a specific
7  example, it's hard to answer that question.
8  BY MS. NORTH:
9  Q.    When would you involve Lieutenant Pagliarulo
10 or the chief in a decision that you had to make as
11 station supervisor or patrol supervisor?
12 A.    I would call them on, like I said, a serious
13 crime.
14 Q.    So you wouldn't call them for a non-serious
15 crime?
16 A.    No, I would not.
17 Q.    You would use your own discretion?
18 A.    I'd use my own discretion in the context
19 that the department has put down policies and
20 procedures that not only guide the officer on the
21 street, but those policies and procedures are also
22 set forth for sergeants as well.
23 Q.    Are those policies and procedures a recipe
24 for how you conduct yourself when you are on shift?

# EXHIBIT T

Page 5

1  MR. CANZONERI: All right.
2  DIRECT EXAMINATION
3  BY MS. NORTH:
4  Q. Good afternoon.
5  A. Good afternoon.
6  Q. My name is Karis North. I am an attorney at
7  Murphy, Hesse, Toomey & Lehane, and I am
8  representing the defendants in this matter, the Town
9  of Natick, the Natick Police Department, and Dennis
10 Mannix in his capacity as Chief of Police.
11     Can you tell me your name, please?
12 A. Richard Vieira.
13 Q. Where do you live?
14 A. Shrewsbury, Mass.
15 Q. Are you currently employed by the Natick
16 Police Department?
17 A. I am.
18 Q. What is your position?
19 A. Patrol sergeant.
20 Q. How long have you had that position?
21 A. Since December of '04.
22 Q. And is that a rank, or --
23 A. That's correct.
24 Q. What was your position or title prior to

Page 6

1  December of '04?
2  A. Patrol officer.
3  Q. How long had you been a patrol officer
4  before you became a sergeant?
5  A. Since October of '89.
6  Q. And please stop me if you don't understand a
7  question, --
8  A. Uh-huh. (Indicates affirmatively).
9  Q. -- if you need for me to repeat it.
10 A. Yeah.
11 Q. And certainly, if you need to take a break,
12 although we try not to take a break when there is a
13 question pending, --
14 A. Uh-huh. (Indicates affirmatively).
15 Q. -- but you can always ask for one.
16     Sergeant, can you describe for me what you
17 do as a sergeant in the Natick Police Department?
18 A. Two -- two -- we work a four-and-two shift.
19 Two nights a week, I am the station supervisor,
20 which duties include supervising the dispatch area.
21 There's two dispatchers, a fire and a police
22 dispatcher on, the administrative booking of all
23 arrested persons, reviewing the patrol officers's
24 reports, station house security, basically, in

Page 7

1  charge of the police station itself.
2      And the other two nights a week, I am the
3  patrol supervisor, which you are out in a cruiser,
4  overseeing the patrol officers on the shift.
5  Q. What about the other two nights?
6  A. There's four nights a week. So there's
7  four.
8  Q. Oh, I see.
9  A. There's four, and then you have two days
10 off. And then you go back to another four, and it
11 rotates again.
12 Q. Got you. Sorry. How are the shifts divided
13 in Natick?
14 A. There's an 8:00 to 4:00 shift, 4:00 to 12:00
15 shift, and midnight to 8:00.
16 Q. What shift are you on?
17 A. Midnight to 8:00.
18 Q. And how many other sergeants are with you on
19 that shift, typically?
20 A. Typically, one other one. There's two of us
21 on on a given night, unless someone takes a night
22 off. Then the chief might not authorize an
23 overtime. So you might be the only sergeant on.
24 Q. If you are the only sergeant on, --

Page 8

1  A. Yes.
2  Q. -- are you in --
3  A. In the station, correct.
4  Q. So typically, any night one of you is a
5  station supervisor, and one of you is the patrol
6  supervisor?
7  A. That is correct.
8  Q. How many patrol officers when you are out on
9  patrol do you supervise?
10 A. It varies but usually, between four and six.
11 Like I said, it varies on a --
12 Q. What does it vary based on?
13 A. Someone taking the night off, on a vacation,
14 someone calling in sick.
15 Q. Is there a minimum number?
16 A. Minimum staffing is four, I believe, I
17 believe.
18 Q. In your role as station supervisor, you
19 talked about you supervised the dispatchers.
20 A. Uh-huh. (Indicates affirmatively).
21 Q. What does that consist of?
22 A. The call comes into the station. Our
23 dispatchers are civil personnel. They're not sworn
24 police officers. They're civilians. Phone call

**Page 9**

1  comes into the police station. With any sort of
2  opinion on law or anything like that, the dispatcher
3  will refer the call to the station supervisor. Call
4  comes in. You have to kind of listen to what the
5  dispatchers are doing to make sure they're
6  dispatching correctly.
7      If there's an alarm call, so to speak, and
8  they only send one patrol officer, you say, "Hey,
9  send two guys to that." So you're basically
10 directing their dispatching of the calls that are
11 coming in.
12 Q.    Do they make decisions as to what patrol
13 officers they send where, or do --
14 A.    No, because --
15 Q.    -- you tell them what to do?
16 A.    -- each patrol officer is assigned a
17 specific area. So if a call comes in for Main
18 Street, there's one or two officers assigned to that
19 Main Street beat. They will -- they have no say.
20 Unless those two guys are tied up and a call comes
21 in for their beat again, they would call someone
22 else.
23 Q.    You talked about you supervise the booking
24 of arrested persons.

**Page 10**

1  A.    Correct.
2  Q.    Tell me a little bit more about that.
3  A.    A patrol officer makes an arrest. The
4  person comes into the station. The sergeant is the
5  booking officer. The patrol officers don't book
6  their own prisoners.
7      So they come into the booking area. The
8  sergeants behind a computer like the court reporter
9  here, asks the booking -- asks the arrested person
10 all of their pertinent information, enters it into
11 the computer, allows the person to make a phone
12 call, gets -- arranges bail, all that administrative
13 stuff. The patrol officer's only there to oversee
14 the prisoner if there's a -- there's a problem, you
15 know, the patrol officer is there.
16     Once that booking is complete, the sergeant
17 directs the patrol officer to put the person in a
18 cell, and then they wait for the bail person to
19 come. So that is basically that function.
20 Q.    How about your review of patrol officer
21 reports, what does that consist of?
22 A.    All the reports are done electronically, and
23 once the patrol officer completes the report, they
24 submit it to a -- in the computer they submit the

**Page 11**

1  report to a patrol box, which all the reports go to
2  the patrol in-box. And you review the reports and
3  make sure all the pertinent information is -- that
4  should be there is there.
5  Q.    What is the time frame on that review? Is
6  it sort of as soon as the incident is wrapped up, do
7  they do their report, or is there a gap --
8  A.    They have the whole --
9  Q.    -- of days?
10 A.    No. No, they have -- the reports have to be
11 completed at the end of the shift.
12 Q.    End of the shift?
13 A.    Correct.
14 Q.    And what does your review consist of?
15 A.    Review consists of making sure the patrol
16 officer gathered all the data, like I previously
17 stated, person's name, date of birth, all the
18 witnesses, any property that had to be submitted
19 with the report and review the narrative.
20 Q.    And do you give them feedback on the
21 reports?
22 A.    Yes.
23 Q.    What sort of feedback do you give them?
24 A.    Whether they're missing some sort of element

**Page 12**

1  of -- elements of the crime that was allegedly
2  committed. If sometimes a patrol officer doesn't
3  put -- our clerk of courts is really a stickler on
4  if motor vehicle charges, if -- in the report a
5  person has to put in, "The offense occurred on Main
6  Street, which is a publicway in the Town of Natick."
7  He needs to have "publicway" in there. Sometimes
8  the patrol officer won't put that in there.
9      You have to say, "Hey, listen, your report
10 here you didn't put 'publicway' in the report. Can
11 you go back and fix it?" And they would do that.
12 Q.    And then do they resubmit them to you again?
13 A.    Correct.
14 Q.    Tell me a little bit about station house
15 security.
16 A.    You're required to take a walk around the
17 station to make sure all the doors are locked so no
18 one gains entry, make sure all the administrative
19 offices upstairs in the second floor are locked, and
20 you have to go around and make sure and make sure
21 there's -- you know, there's no pipe burst or
22 something like that and it's flooding and stuff. So
23 that's basically the function of that.
24 Q.    When you are station supervisor, do you

13

1 report to anybody?
2 A. No.
3 Q. So you make all the decisions about what is
4 going to happen --
5 A. On the shift?
6 Q. On that shift?
7 A. To a certain extent. If there's a major
8 incident, we have to page the patrol commander,
9 who's a lieutenant and the chief, that's if there's
10 a major incident, you know, like a shooting or a
11 sudden death. The chief wants to be notified on all
12 of those incidents, but as for decisions on who to
13 call on stuff, that's basically a protocol, which
14 everyone knows and adheres to.
15 Q. When you are station supervisor, are you in
16 charge of roll call at the start of the shift?
17 A. Yes.
18 Q. What does that consist of?
19 A. It consists of going over any incidents on
20 the previous shift, any direction. As an example,
21 if there was an arrested person who got admitted to
22 the hospital for some sort of either medical or
23 psychological reasons, we have to -- we get the
24 information from the previous shift commander. They

14

1 tell us.
2   We go to roll call, and we'll say, you know,
3 "We have a prisoner at the hospital that needs to be
4 watched." We direct the patrol officers to watch
5 the prisoner during the shift. We go over the
6 overtime and detail book to see if anyone has a
7 detail, overtime, or court for the next day or the
8 days in the future.
9 Q. Why do you go over that? Why?
10 A. Why?
11 Q. Yes. What is the significance of --
12 A. Well, if someone has an overtime shift the
13 next day, if you don't tell them, they're not going
14 to show up.
15 Q. Oh, so you actually tell them that they are
16 scheduled for overtime the next day --
17 A. Correct. There's --
18 Q. -- or a detail?
19 A. -- a book. There's a book.
20 Q. Okay.
21 A. There's a detail/, slash, overtime book,
22 folder that has all -- everyone's name and if
23 there's any open shifts, and, you know, if someone
24 called in sick on the 8:00 to 4:00 shift and it's

15

1 midnight to 8:00 and one of the guys on my shift or
2 next for the overtime, I'll say, "You want an
3 overtime 8:00 to 4:00 today?"
4   They say "Yes," they have it. They say
5 "No," I go on to the next person. If he's not
6 there, I have to call him at his house.
7 Q. So you direct the patrol officers in an
8 attempt to fill extra shifts?
9   MR. CANZONERI: Objection.
10   THE WITNESS: I do not direct them. I
11 inquire, there's a list. There's a list, and I just
12 go by the names on the list. So if their name's on
13 the list, I ask them if they want the shift, and
14 that's one of the functions of roll call.
15 BY MS. NORTH:
16 Q. What else do you do on roll call?
17 A. Go over any administrative memos that happen
18 to come out, you know, from the chief or the patrol
19 commander, lieutenant who -- maybe they have some
20 sort of directive to adhere to or pass on. We go
21 over that, give out the assignments, who's in what
22 car, what beat.
23 Q. Who makes those assignments?
24 A. There is a shift senior sergeant, so to

16

1 speak, and each senior sergeant on the shift is in
2 charge of the shift, so to speak, like, of assigning
3 cars. And it's usually the senior sergeant who
4 assigns the cars. Everything's done electronically.
5 So if I go into tomorrow's shift, it'll all be --
6 all the cars will be assigned already. If there's a
7 car that has a flat tire or something, I have to
8 reassign someone to another car.
9 Q. So that is not something you do as station
10 supervisor?
11 A. It's -- I do. I direct the officers on what
12 car they're in. Some -- if it's already in the
13 computer as, you know, all the cars are given out, I
14 just direct them.
15   "Okay. You're in this car tonight. You're
16 in that car tonight. You're in this car tonight.
17 You have this car, this section, this car, this
18 section."
19 Q. And if it's not done, --
20 A. If it's not done, --
21 Q. -- then do you do it --
22 A. -- then I do it. I usually -- all the
23 patrol officers on my shift I usually know who's in
24 what area. I know. I see the roster there. For an

17
1  example, Kevin Kelly, for an example, he's on my
2  shift. I know he's assigned Area B, and I know
3  which two cruisers from the lieutenant's memo a
4  couple of months back. There's two cruisers
5  assigned Area B.
6        So I will say -- if it's not done, I'll say,
7  "Officer Kelly, bravo 69," car 69, the B section.
8  If it's not done in the computer, that's what I do.
9  Q.    Anything else you do in roll call?
10 A.    I think I've outlined them.
11 Q.    Now, of the different things that you talked
12 about, getting information, going over the detail
13 and overtime books, et cetera, do you do all of that
14 during roll call?
15 A.    Yes.
16 Q.    Do you do any of it before roll call?
17 A.    No. No.
18 Q.    Do you come in early --
19 A.    Oh, do I do -- yes. I'm sorry. I
20 misunderstood. I thought you meant with the patrol
21 officers. Before roll call, before roll call, we
22 are -- we have -- according to our contract, being a
23 supervisor, we have to be there 15 minutes prior and
24 after the shift, which gives us a leeway. I show up

18
1  15 minutes -- I work midnight to 8:00. So I show up
2  at 11:45. When I show up at 11:45, I go into the
3  sergeant's office, which is the shift commander's
4  office, and I speak with the sergeant on the 4:00 to
5  midnight shift. And he relates to me what happened
6  on his shift.
7        And then, like, for an example, that
8  aforementioned person at the hospital, he will say,
9  "Hey, we had an arrest at 9:30. The guy flipped
10 out, and he broke his arm. I think he's up at
11 Leonard Morse Hospital, Room 415. I got so-and-so
12 watching him up there now. You're going to have to
13 send somebody for the whole night up there."
14       I said, "Okay. What else happened?" And
15 he'll go through everything that happened on his
16 shift, and if it's anything pertinent that I have to
17 pass along, I gather that.
18       And then I also -- there's a computer in --
19 there's three computers in the dispatch area. I go
20 to that third console, and I call up the roster for
21 the shift and make sure all the cars are assigned.
22 And if they're not, if they're not assigned, like
23 previously mentioned, I will assign them then, prior
24 to the midnight hour.

19
1        And, you know, he'll also advise me, "Hey, I
2  have two open shifts tomorrow night. Can you just
3  try to fill those? One of the guys -- the first guy
4  on the list is on your shift. Can you try to fill
5  that?" So all of this information going back and
6  forth is done on that 15 minutes prior to the shift.
7        The day shift will come in usually 20
8  minutes, quarter of 8:00, ask me, "Anything happen
9  overnight?"
10       I say, "Yeah, we had an arrest," and blah,
11 blah, blah, and say, you know, "Check the detail
12 book. A couple of details came in," and it just
13 goes like that --
14 Q.    So you will do that --
15 A.    -- on all three shifts.
16 Q.    -- at like 7:45 in the morning or so?
17 A.    Right, for the day shift --
18 Q.    For the day shift --
19 A.    -- sergeant.
20 Q.    -- sergeant.
21 A.    Right, and the --
22 Q.    And then --
23 A.    -- 4:00 to 12:00 sergeant does it for me at
24 quarter of 12:00.

20
1  Q.    And do you do anything after 8:00?
2  A.    After 8:00, the patrol officers bring in all
3  their -- all their citations, their citations, their
4  summons that I asked to be served. We have summons
5  to be served on the public in Natick. They'll bring
6  them in at eight o'clock at the end of the shift,
7  and then that's what we call, "closing out the
8  shift." We have to make sure that's all complete.
9  Sometimes there's a -- sometimes there's a report
10 that's, you know, someone calls saying a mailbox got
11 smashed at 7:50. He doesn't complete the report
12 till eight o'clock. He'll submit it. I'll review
13 it at, you know, five, ten after 8:00, forward it
14 along, and put all my paperwork into a shift
15 envelope and walk it over to the records office and
16 submit it to them. Then I'm free to go.
17       MR. CANZONERI: Short break?
18       MS. NORTH: Sure.
19       (Brief recess.)
20 BY MS. NORTH:
21 Q.    I am just going to ask you for the benefit
22 of the court reporter if you will wait until I
23 finish asking my question before you jump in and
24 answer, so he can get the answer down?

21

1  A.     Uh-huh. (Indicates affirmatively).
2  Q.     And I will also try to do a better job of
3  waiting for you to finish before I ask my next
4  question.
5         So we were describing what you do after your
6  shift.
7  A.     Uh-huh. (Indicates affirmatively).
8  Q.     And you told me previously what you do
9  before your shift. Is there anything else that you
10 do after your shift? You said that you turned in
11 the shift --
12 A.     Paperwork.
13 Q.     -- envelopes, and you are free to go.
14 A.     I think that's all I can remember at the
15 time.
16 Q.     Okay.
17 A.     At this time.
18 Q.     With what frequency or regularity do you
19 come in early and stay late?
20 A.     Come in early, it's 100 percent of the time,
21 come in at a quarter of time to find out what
22 happened on the previous shift.
23 Q.     And --
24 A.     And staying late, it all depends if there's

22

1  a late arrest or a late incident. It varies.
2  Q.     But you don't always stay late like you
3  always come in early?
4  A.     "Stay late"? I don't understand what you
5  mean "stay late." After --
6  Q.     Stay the extra 15 minutes --
7  A.     Oh.
8  Q.     -- or so after your shift.
9  A.     It's pretty regularly it's after 8:00. I
10 can't tell you how much after 8:00, but it's pretty
11 regularly. Because by the time the patrol officers
12 come, drop the stuff off, you review it, put it in
13 the envelope, walk it over to records, it's after
14 8:00.
15 Q.     And does that coming in early and -- does
16 coming in early vary with whether you are a station
17 supervisor or a patrol supervisor?
18 A.     No, I'm always there at -- I'm always there
19 basically before quarter of. I usually get to the
20 station 20 of or so.
21 Q.     And what about whether you have to stay late
22 or not, is that just on the nights that you are
23 station supervisor?
24 A.     Well, if there's a -- the station supervisor

23

1  has his functions, as I stated, and the patrol
2  supervisor has his functions. So if something
3  happens on the road, you know, like a major accident
4  or a sudden death or something that a supervisor's
5  function needs to be at that particular incident, I
6  would have to stay.
7  Q.     Let's talk about what you do as patrol
8  supervisor because we haven't talked about that
9  yet. You said that you are out in a cruiser, and
10 you are in your own car, is that correct, your own
11 cruiser?
12 A.     A cruiser, correct.
13 Q.     Yes. And you said that you will oversee the
14 patrol officers on shift. What does that consist
15 of?
16 A.     It consists of monitoring their --
17 monitoring their abilities at calls. You know, if
18 there's a call, I usually show up and make sure that
19 they're following protocol on whatever needs to be
20 done, driving around, making sure they're patrolling
21 their beat, that they're not parked at Dunkin'
22 Donuts for six hours. That's all I can think of at
23 this time.
24 Q.     So you are observing what they do?

24

1  A.     Correct.
2  Q.     And are you providing feedback at times?
3  A.     Yes.
4  Q.     And are you providing direction to them on
5  what they do?
6  A.     Yes.
7  Q.     You talked about how there is a patrol
8  commander; --
9  A.     Uh-huh. (Indicates affirmatively).
10 Q.     -- is that correct? That is a lieutenant?
11 A.     No there's a -- there's a -- oh, yeah,
12 patrol commander. Yes, he's Lieutenant Pagliarulo.
13 Correct.
14 Q.     What kind of supervision does he provide to
15 you?
16 A.     He --
17        MR. CANZONERI: Objection, by the way.
18        THE WITNESS: I really -- I can't say. I
19 mean, he basically is in charge of the patrol
20 division. He's in charge -- he's the patrol
21 commander, in charge of the patrol division. If
22 there's a problem with anything. A citizen
23 complains or something to that effect, he will come
24 to the sergeant who is on duty and talk it over with

**Page 25**

1  them.
2       But day-to-day activity, I -- I'm in charge
3  of the warrant preparation. So I will gather
4  warrants for the people in town and give it to him,
5  and he will direct the sergeant on the day shift.
6       "Here, try to serve a couple of these
7  warrants." That's --
8  BY MS. NORTH:
9  Q.   Do you -- I'm sorry. Go ahead.
10 A.   **Go ahead.**
11 Q.   Do you interact with him regularly?
12 A.   **Yes.**
13 Q.   How often do you interact with him, to your
14 best guess, if you know?
15 A.   **Every other day, if not daily, when I'm**
16 **there on my regular shift.**
17 Q.   What does that interaction consist of?
18 A.   **He inquires what happened during the shift.**
19      And because of that warrant preparation that
20 I do, he'll ask me, "Did you serve any warrants,"
21 or, "Did you prepare any warrants?" That's all I
22 can think of --
23 Q.   Does he --
24 A.   **At the time.**

**Page 26**

1  Q.   -- direct you to prepare warrants?
2  A.   **Direct me?**
3       He'll ask me, "Have you prepared any
4  warrants lately?"
5       And I'll say, "I'm going to try to gather
6  some tonight. I'm on the desk tonight. I'm going
7  to try to get some."
8  Q.   Do you check in with him at all -- let's
9  see. Strike that.
10      Do you report back to him any particular
11 information on a regular basis --
12 A.   **On a --**
13 Q.   -- that is other than shift specific?
14      MR. CANZONERI: Objection.
15      THE WITNESS: Other than shift specific?
16 Meaning, do I report back to him on anything that
17 happened on other shifts?
18 BY MS. NORTH:
19 Q.   Well, strike that question. I am going to
20 go elsewhere. Sorry.
21      You talked about there are anywhere from
22 four to six patrol officers that you supervise --
23 A.   **Uh-huh. (Indicates affirmatively).**
24 Q.   -- on your shift?

**Page 27**

1  A.   **Uh-huh. (Indicates affirmatively).**
2       MR. CANZONERI: You have to verbalize.
3       THE WITNESS: Yes.
4  BY MS. NORTH:
5  Q.   Do you participate in any way in the
6  discipline, if any discipline is required for those
7  officers?
8       MR. CANZONERI: Objection.
9       THE WITNESS: Can you rephrase the question?
10 BY MS. NORTH:
11 Q.   Sure.
12 A.   **Yeah.**
13 Q.   If there are any problems with any of those
14 officers, are you involved in whatever procedure the
15 police department would undertake to investigate or
16 perhaps, discipline the officers, if they are -- the
17 patrol officers on your shift, if there were any
18 problems?
19 A.   **I would submit a report if there was a**
20 **citizen's complaint-type issue with a patrol**
21 **officer. It's called a "Supervisor First Incident**
22 **Report." I would submit that to the patrol**
23 **commander, and he will take that and investigate it**
24 **further.**

**Page 28**

1  Q.   What if you have any problems with how one
2  of the patrol officers on your shift is doing their
3  job on a day-to-day basis?
4       MR. CANZONERI: Objection.
5       THE WITNESS: I do not have any -- I don't
6  believe I have any input on whether someone gets
7  disciplined or not.
8  BY MS. NORTH:
9  Q.   Have you ever been involved in a situation
10 where someone on your shift has been -- a patrol
11 officer on your shift has been disciplined?
12 A.   **No.**
13 Q.   But if there was concern with the
14 performance of a patrol officer on your shift, would
15 it be your responsibility to inform your chain of
16 command that there was a problem?
17 A.   **If there was a problem with a specific**
18 **officer, yes, it would -- I would verbalize -- if**
19 **it's not an egregious violation of either the law or**
20 **some sort of department policy, I would verbalize to**
21 **my superior --**
22 Q.   By that, do you mean the patrol
23 commander, --
24 A.   **Correct.**

29

1  Q.    -- Lieutenant Pagliarulo?
2  A.    Correct. That is correct. I would -- I
3  would verbalize to him that, you know, This officer
4  is not doing this or that. What he does with it, I
5  don't know.
6  Q.    What would you do -- you said if it wasn't
7  egregious or a violation of law. What would you do
8  if it were?
9  A.    You would fill out that supervisor first
10 complaint. If there -- if there's a violation of a
11 law or a citizen's complaint, --
12 Q.    Okay.
13 A.    -- you are -- you have to fill out that
14 supervisor's first report of an incident.
15 Q.    So that incident report applies if you
16 observe what I will characterize as a major
17 violation of conduct by a patrol officer, it is not
18 just at the initiative of a citizen?
19       MR. CANZONERI: Objection.
20 BY MS. NORTH:
21 Q.    Is that --
22 A.    No, if it's at the initiative of a citizen,
23 you would fill out that --
24 Q.    Right.

30

1  A.    -- report. Correct.
2  Q.    But if you observed some what you called an
3  egregious problem, you would also --
4  A.    The violation of department policy.
5  Q.    Right.
6  A.    Yes.
7  Q.    You would also fill out --
8  A.    I would fill out a Supervisor's First
9  Incident Report.
10 Q.    Okay.
11 A.    And whatever the lieutenant does with it, I
12 don't know.
13 Q.    And just to clarify again, you have never
14 been involved in a disciplinary action of a patrol
15 officer on your shift?
16 A.    That is correct.
17 Q.    Are you aware of whether or not any patrol
18 officers on your shift have been disciplined in the
19 time period since you have been a sergeant?
20 A.    Concrete facts? No. I don't -- I'm not
21 privy to that information.
22 Q.    If there is an opening for another patrol
23 officer on your shift, are you involved in the
24 selection process for new hires?

31

1  A.    No.
2  Q.    How about if a patrol officer on your shift
3  is applying for a sergeant position, are you
4  involved in making any recommendations about the
5  promotion of that person?
6  A.    No.
7  Q.    Does Lieutenant Pagliarulo never ask for
8  your opinion about that person --
9  A.    No.
10 Q.    -- and whether they would be a good sergeant
11 or not?
12 A.    No.
13       MR. CANZONERI: Objection. I would like to
14 have a special break.
15       MS. NORTH: Okay.
16       (Discussion of the record.)
17 BY MS. NORTH:
18 Q.    Has any other sergeant, lieutenant, or
19 anyone else in a supervisory role asked you your
20 opinion about a patrol officer on your shift who was
21 applying for a step up to be a sergeant?
22 A.    No.
23 Q.    Has any patrol officer on your shift ever
24 applied for or become a sergeant?

32

1  A.    A patrol officer that was on my shift and
2  is currently a sergeant; is that what you're
3  asking?
4  Q.    Yes. Has any patrol officer on your shift
5  since you have been their sergeant ever applied for
6  and become a sergeant in Natick?
7  A.    No. No.
8  Q.    Before you were a sergeant, when you were a
9  patrol officer, did you work with other patrol
10 officers who moved up to become sergeant?
11 A.    Yes.
12 Q.    Did anyone at that point in time ever ask
13 for your opinions about the people you were working
14 with and whether they should be promoted or not to
15 sergeant?
16 A.    Who are you asking -- who is asking me
17 this?
18 Q.    Either another sergeant or a lieutenant --
19 A.    No.
20 Q.    -- at Natick.
21 A.    No.
22 Q.    What happens if there is a major incident or
23 an emergency on your shift when you are either
24 station supervisor or patrol supervisor?