# EXHIBIT U

## Page 25

1  Q.   Do you?
2  A.   Yes.
3  Q.   Yes. And if you find that someone is not
4  conducting themselves properly, what would you do?
5  A.   We'd have a little conversation, first of
6  all.
7  Q.   With the officer?
8  A.   Yes.
9  Q.   Directly?
10 A.   Yes.
11 Q.   Between the two of you?
12 A.   Yes.
13 Q.   And would you ask them to change their --
14 A.   Yes.
15 Q.   -- behavior?
16 A.   Yes.
17 Q.   Would you document that conversation
18 anywhere?
19 A.   It all depends on the situation. First
20 time, maybe no, but it all depends on the severity.
21 Q.   When would you document that?
22 A.   If it was a serious violation, I'd document
23 it.
24 Q.   And what would the documentation consist of?

## Page 26

1  A.   Our conversation or what it was. As long
2  as, you know, it's not beyond -- let's say, not
3  criminal. I mean, if it was criminal, there'd be no
4  question about it.
5  Q.   No question about what?
6  A.   I'd file a report right away.
7  Q.   And who would you file --
8  A.   To my -- in to my supervisor, Lieutenant
9  Pagliarulo. If there's a very serious violation on
10 any of the rules or regulations, I would make note
11 of it, also, and advise the lieutenant.
12 Q.   What would happen after you advised the
13 lieutenant of a violation?
14      MR. CANZONERI: Objection.
15 BY MS. NORTH:
16 Q.   If you know?
17 A.   He would take it over, investigation.
18 Q.   Have you ever conducted an investigation of
19 a patrol officer for --
20 A.   No.
21 Q.   -- a violation?
22 A.   (Indicates negatively).
23 Q.   Have you been asked, ever asked about your
24 opinion as to whether or not a patrol officer has

## Page 27

1  violated the rules and regulations?
2      MR. CANZONERI: Objection.
3      THE WITNESS: Not that I -- not recently.
4  No, not that I can recall recently.
5  BY MS. NORTH:
6  Q.   Do you know if there is a -- you mentioned
7  there is an investigation. Do you know or are you
8  aware of the process that investigation might go
9  through?
10 A.   No.
11 Q.   Have you ever been involved in such an
12 investigation? I think I asked you that already.
13 Strike that question.
14      Is it part of your job responsibilities to
15 notify your superior if you are aware of a violation
16 of the standards by a patrol officer?
17 A.   Yes.
18 Q.   Is it also -- go ahead.
19 A.   No, go.
20 Q.   Is it also part of your job duties to take
21 it upon yourself to try to work with the patrol
22 officer to correct a violation if you see a
23 violation?
24 A.   Yes.

## Page 28

1  Q.   And is it a judgment call that you make
2  whether or not you raise that issue of the violation
3  to your superior officer right away?
4      MR. CANZONERI: Objection.
5      THE WITNESS: It depends upon the situation,
6  severity, yes.
7  BY MS. NORTH:
8  Q.   So perhaps, in some instances where there is
9  a less severe violation, you may use your judgment
10 to work with the officer yourself without involving
11 your lieutenant; is --
12 A.   Yes.
13 Q.   -- that fair?
14 A.   Yes.
15 Q.   And then at other times, there may be
16 guidelines on which you have to --
17 A.   Yes.
18 Q.   -- raise the situation to your supervisor
19 right away?
20 A.   Yes.
21 Q.   If there is an opening for a patrol officer
22 in your patrol, in your shift, are you at all
23 involved in the selection of candidates for open
24 positions?

29

1  **A.** No.
2  **Q.** Are you aware of what the procedure is for
3  selecting a candidate?
4  **A.** By bid, shift bid.
5  **Q.** That is for if a current officer wants to
6  get onto that shift. What if there is an opening
7  for a new police officer or there is going to be a
8  new hire in the department?
9  **A.** The same --
10       MR. CANZONERI: Objection.
11 BY MS. NORTH:
12 **Q.** Are you involved in the hiring and
13 selection --
14 **A.** No.
15 **Q.** -- process then?
16 **A.** No.
17 **Q.** Are you aware of what the hiring and
18 selection process is or constitutes? How do new
19 officers get brought on to the Natick Police
20 Department?
21 **A.** Well, they have to take the exam, and they
22 have to pass certain -- the physicals and mental and
23 go through the academy and graduate. That's how
24 they're -- they have to be appointed by the board of

30

1  selectmen.
2  **Q.** How does the board of selectmen make its
3  decision on who to appoint if there is more than one
4  candidate?
5       MR. CANZONERI: Objection.
6  BY MS. NORTH:
7  **Q.** Do you know?
8  **A.** By recommendation. That's all I know.
9  **Q.** Do you know whose recommendation?
10 **A.** I suppose the chief.
11 **Q.** Do you know if the chief seeks input on that
12 recommendation from any of the lieutenants or
13 sergeants?
14 **A.** He has a lieutenant and a couple of
15 sergeants that do the background. I believe that's
16 where he gets his recommendations.
17 **Q.** Has the chief ever asked for your opinion on
18 a --
19 **A.** No.
20 **Q.** -- new patrol officer hire?
21 **A.** No.
22 **Q.** What about if a patrol officer wanted to
23 apply for a promotion to sergeant, what do they have
24 to do to get -- if there is an opening for a

31

1  sergeant, what is the process?
2  **A.** Well, they got to study, and then they got
3  to get on the list and hope and pray that they do
4  fill the job.
5  **Q.** And if there is authority to fill the job
6  and there are candidates, is it similarly the board
7  of selectmen makes --
8  **A.** Yes.
9  **Q.** -- the decision?
10 **A.** Yes.
11 **Q.** And is that decision based on a
12 recommendation from the chief?
13 **A.** I would assume it is.
14 **Q.** And has the chief ever asked you for your
15 opinion --
16 **A.** No.
17      THE WITNESS: What's funny? That's the
18 truth.
19 BY MS. NORTH:
20 **Q.** Because I hadn't finished my question yet.
21 **A.** Oh.
22 **Q.** That is okay. Let me just finish my
23 question. Has the chief ever asked you for your
24 opinion on the promotion of a patrol officer on your

32

1  shift from patrol officer to sergeant?
2  **A.** No.
3  **Q.** Have you ever provided input to a lieutenant
4  or another sergeant about the promotion of a patrol
5  officer on your shift to sergeant?
6  **A.** Yes.
7  **Q.** Did you provide input to another sergeant?
8  **A.** Yes.
9  **Q.** Have you provided input to lieutenants?
10      MR. CANZONERI: Objection.
11      THE WITNESS: I might have given my -- you
12 know, my recommendation, yeah, my comments. Yes.
13 BY MS. NORTH:
14 **Q.** Were those comments actively sought, or did
15 you offer them up on your own?
16 **A.** I offered them.
17 **Q.** Have you ever been involved in a formal
18 discipline action, disciplinary action against a
19 patrol officer?
20 **A.** Against a patrol officer?
21 **Q.** Yes.
22 **A.** Several --
23      MR. CANZONERI: Objection.
24      THE WITNESS: Well, several years ago, maybe

# EXHIBIT V

9

1  officers, like, on E-mail to -- for example, there's
2  cars being broken into on C deck, and I'd send them
3  an E-mail, "Get extra patrols please on C deck."
4      MR. CANZONERI: "C deck" of what?
5      THE WITNESS: The Natick Mall. I'm sorry,
6  of the parking deck in the Natick Mall.
7      MR. CANZONERI: Okay.
8      THE WITNESS: To try to prevent crime.
9  That's our business. We try to prevent crime.
10 BY MS. NORTH:
11 Q.   So is it fair to say that you take this
12 information, you process it, and then you may assign
13 officers on your patrol duties to respond to that
14 information that you have collected?
15 A.   Well, we operate on three separate shifts,
16 but it's more of if they could make extra patrols in
17 that area, give them that information. I don't know
18 when they can carry it out because I'm not there.
19 Meaning on the 4:00 to 12:00 shift, for example, I'm
20 not there.
21 Q.   Okay.
22 A.   You know?
23 Q.   So let's take a step back for a minute.
24 A.   Uh-huh. (Indicates affirmatively).

10

1  Q.   Tell me a little bit about your duties as
2  area commander, and if you can sort of separate them
3  from your duties as patrol commander, if that --
4  A.   Okay.
5  Q.   -- is possible?
6      MR. CANZONERI: Objection to the phrase
7  "patrol commander."
8      MS. NORTH: Patrol supervisor, sorry.
9      MR. CANZONERI: That is okay.
10     THE WITNESS: It's multifaceted in that if a
11 complaint comes in to the chief in the particular
12 area that I cover, then that complaint simply gets
13 pigeonholed to me to -- as I said, that, "Kids are
14 breaking street lights at 1245 Worcester Street.
15 Here you go. Take a look at it, and report back."
16     Another thing, too, is I do liquor
17 inspections. All the area commanders do that, not
18 just I. We do alcohol inspections. We were trained
19 by the ABCC, and we go out. And we'll look at the
20 license, make sure that they have their paperwork in
21 order, et cetera, et cetera. So that's part of
22 another part of our duties as area commander.
23 BY MS. NORTH:
24 Q.   Just help me here with the phrase, I mean,

11

1  it sounds like as area commander you have some sort
2  of responsibility for what goes on in Area A; is
3  that fair to say?
4  A.   Yes.
5  Q.   What is that responsibility?
6  A.   The responsibility is to address any
7  problems that may come up in that particular area,
8  as I said before, whether it's crashes, crime,
9  breaking into cars, buildings are getting broken
10 into, construction sites has larcenies taking
11 place, --
12 Q.   Okay.
13 A.   -- so I would be made aware of that.
14 Q.   Okay.
15 A.   And try to disseminate that information to
16 the other officers.
17 Q.   And then the other sergeants may take that
18 information and direct patrol officers on their
19 shift to focus a part of their patrol in a certain
20 area; is that --
21 A.   I think that's fair to say.
22     MR. CANZONERI: Objection.
23 BY MS. NORTH:
24 Q.   That is fair to say?

12

1  A.   Uh-huh. (Indicates affirmatively).
2  Q.   Okay.
3      MR. CANZONERI: Objection.
4  BY MS. NORTH:
5  Q.   And you on your shift as patrol supervisor
6  may also utilize that information to direct the
7  patrol officers on your shift?
8      MR. CANZONERI: Objection.
9  BY MS. NORTH:
10 Q.   Is that fair to say?
11 A.   I'm just informing them of the events that
12 had taken place.
13 Q.   And in the course of informing them, don't
14 you direct them to have more patrols at, you know,
15 "X" street or more patrols in a certain area of town
16 in response to the complaints that you receive?
17     MR. CANZONERI: Objection.
18     THE WITNESS: Again, I'm just supplying
19 information for them to -- on for them to manage
20 their area of patrol, because no one drives around a
21 town and just drives around blindly. They are
22 assigned areas. So you try to, again, give that
23 information to the area officers so that they keep
24 their eyes open.

**Page 17**

1  Q.  -- you are attending roll call, or --
2  A.  Yes.
3  Q.  -- when you --
4  A.  That's correct.
5  Q.  Okay.
6  A.  Yeah.
7  Q.  Do you ever run roll call?
8  A.  Yes. Uh-huh. (Indicates affirmatively).
9  Q.  When do you run roll call?
10 A.  Eight o'clock every day.
11 Q.  I'm sorry. In what instances do you run
12 roll call?
13 A.  Do I run roll call?
14     MR. CANZONERI: Objection.
15     THE WITNESS: Well, how do you mean that
16 now? I mean I -- I'm sorry.
17 BY MS. NORTH:
18 Q.  In what instances are you the person in
19 charge of roll call?
20 A.  In charge? It's customary for the next
21 sergeant on duty performs roll call. I take
22 attendance. That's me. So if the day shift, I do
23 that. At the 4:00 to 12:00 shift, the oncoming four
24 o'clock sergeant will perform roll call.

**Page 18**

1  Q.  So you perform roll call when you are on?
2  A.  Yes, when I'm on. Yes. That's correct.
3  Q.  As opposed to the station supervisor doing
4  it?
5  A.  Right. Yeah, I do it. Uh-huh. (Indicates
6  affirmatively).
7  Q.  Do you put in for overtime for the 30
8  minutes that you come in early?
9  A.  No. No, I don't.
10 Q.  Why not?
11 A.  Well, it --
12     MR. CANZONERI: Objection.
13     THE WITNESS: As I said, per contract, get
14 paid 15 minutes before and 15 minutes after. I'm
15 there really -- it's high professional standards
16 that I keep myself to.
17 BY MS. NORTH:
18 Q.  You mentioned that you stay late.
19 A.  Yes.
20 Q.  If your shift officially ends at 4:00, when
21 do you usually finish up or typically finish up?
22 A.  Usually, around five o'clock.
23 Q.  What do you do between 4:00 and 5:00?
24 A.  As I said, by the time I get off the street,

**Page 19**

1  it's 4:15, when I'm clearing out my cruiser. After
2  that, I'll go on the computer to check any
3  additional E-mails that I got while I was out on the
4  street during the day, communicate, answer any
5  communiqués that might have come in, check my
6  voicemail. The lieutenant will stop by, and he
7  might have something to ponder.
8       I do a lot of training in the department,
9  will speak about upcoming training matters. So it's
10 just -- it's like a recollection of day's events and
11 also planning or our training.
12      "How did you make out as far as getting
13 ammunition," or, "How did you make out doing this?"
14 So it's kind of like a wrap-up for the end of the
15 day, and that's why I said next thing you know it's
16 five o'clock.
17 Q.  Do you put in overtime for that time from
18 4:00 to 5:00?
19 A.  No. No, I don't.
20 Q.  Why not?
21 A.  Again, that's my professional standard. If
22 I'm tied out at a -- tied up, excuse me, tied up at
23 a crime or a call for service and/or -- for example,
24 a lost child, which I'm still at the home of the

**Page 20**

1  parents looking for the lost child, I don't leave at
2  4:15 and say, "Okay. I'm done."
3       I stay till the incident is resolved, and
4  I'd put a slip in for that, sure. I should say
5  clarify an overtime slip probably for that.
6  Q.  Right. You said that you do a lot of
7  training for the department.
8  A.  I do.
9  Q.  What sort of training do you do for the
10 department?
11 A.  I'm the lead firearms instructor for the
12 department.
13 Q.  What does that constitute?
14 A.  We do quarterly training, as well as annual
15 training outdoors, and we did another type of
16 training. It's called, "Active Shooter," where we
17 had training inside the local high school, and we
18 used "Simunitions," which is paintball for police
19 officers. And we set up, myself and other firearms
20 instructors, set up different scenarios for the
21 officers to train in. So that's one of the things
22 I do, and also, as far as the pepper spray, I
23 instruct in the Oleoresin Capsicum training for the
24 officers.

Page 21

1  Q.   What does the quarterly training consist of,
2  and does it apply --
3  A.   Oh, the --
4  Q.   -- to all the officers?
5  A.   Yes, quarterly training is in the indoor
6  firearms range, and they shoot 50 rounds of
7  ammunition, a whole box of ammunition on the Mass
8  Criminal Justice Training Council's course. We have
9  a course of fire, and they have to get a
10 satisfactory score of 80.
11 Q.   Do you evaluate their scores at the end and
12 report them somewhere?
13 A.   I keep --
14      MR. CANZONERI: Objection.
15      THE WITNESS: -- a record of it.
16 BY MS. NORTH:
17 Q.   What about the annual training outside?
18 A.   And, yeah, there's a record of that, and
19 that's forwarded to my lieutenant.
20 Q.   When does this training take place in terms
21 of how it fits into your schedule, work schedule?
22 A.   The quarterlies, or --
23 Q.   Let's start with the quarterlies.
24 A.   The quarterlies. Well, I'm one of several

Page 22

1  firearms instructors. So there's a firearms
2  instructor on the 4:00 to 12:00. He'll take so
3  many officers during that evening and bring them to
4  the range. I'll take the officers that are working
5  during the daytime, bring them to the range, and
6  then I even have an officer midnight to 8:00
7  that'll take those officers to the range at that
8  time.
9  Q.   So you do it during the course of a shift?
10 A.   Right, during the course of a shift. Yes.
11 Q.   What about the annual outside?
12 A.   And that's done during the daytime as well,
13 yes. Yes, outdoors that we go.
14 Q.   So for the officers who aren't working the
15 daytime shift, they have to come in during the day
16 to do that training?
17 A.   That's correct. Like, for example, if they
18 were on working -- if they were assigned midnight to
19 8:00, they wouldn't come in midnight to 8:00.
20 Q.   Right.
21 A.   They would just report to the range.
22 Q.   Got you. Who is your supervisor?
23 A.   Lieutenant Pagliarulo, P-a-g-l-i-a-r-u-l-o.
24 Q.   What kind of interaction do you have with

Page 23

1  him during the course of your shift?
2  A.   We check in with each other each day when
3  we're both working because he works Monday through
4  Friday, and I work a four-and-two schedule. So we
5  always check base, and questions of vacation days,
6  et cetera, I have to go through him. As I said,
7  he's my -- he's my supervisor.
8  Q.   Vacation days for you or vacation days for
9  the officers on your shift?
10 A.   Actually, both.
11 Q.   What other sorts of things do you have
12 interaction with Lieutenant Pagliarulo about?
13 A.   Training. He's a defensive tactics trainer.
14 So we'll discuss training issues, the range, the
15 Simunitions training, the active shooter we work
16 together on, et cetera, and basically, if he
17 receives any complaints from any citizens, he'll
18 forward those to me here to make myself aware of.
19 Whether a speeding complaint, they're passing school
20 buses, they're doing this, they're doing that, he'll
21 bring that to my attention as well.
22 Q.   Do you ever talk about the patrol officers
23 on your shift?
24 A.   As far as?

Page 24

1  Q.   Do you discuss their performance at all with
2  him?
3  A.   No.
4  Q.   If you observed a patrol officer who was
5  failing to carry out his or her duties properly,
6  would you discuss that with your supervisor?
7       MR. CANZONERI: Objection.
8       THE WITNESS: I'd say if it was complete
9  insubordination, I certainly would bring it up to
10 the lieutenant.
11 BY MS. NORTH:
12 Q.   How many patrol officers do you supervise on
13 your shift?
14      MR. CANZONERI: Objection.
15      THE WITNESS: Well, there are -- you know,
16 there could be potentially -- how many officers
17 working there? Two, four, six. There could be six,
18 seven officers working during the daytime, but I'm
19 not -- your definition of "supervise" and huddling
20 over them here constantly, no. I mean, there's --
21 as I said previously, taking attendance there's -- I
22 have seven officers that are assigned to patrol that
23 day. I might only have interaction with one of them
24 during the day.

**Page 25**

BY MS. NORTH:
Q. Your title is patrol supervisor, --
A. **Right.**
Q. -- isn't it?
A. **Uh-huh. (Indicates affirmatively).**
Q. And what does that mean to you?
   MR. CANZONERI: Objection.
BY MS. NORTH:
Q. What is a "supervisor" to you?
   MR. CANZONERI: Objection.
   THE WITNESS: As I said, a little bit different. I'm a facilitator. So if they -- if they have a problem, they come and see me, and I'm a support network for them. That's all.
BY MS. NORTH:
Q. Are you part of the --
A. **"Sergeant, if I" -- you know, if they say "Hey, I shot a raccoon. I need a couple of bullets or a couple of rounds of ammunition," I get them the ammunition.**
   "I'm low on citations." I'll get them, bring them out in the field, meet up with them, give them the particular documents that they need and stuff like that, keep them going.

**Page 26**

Q. Are you part of the chain of command?
A. **Yeah. Sure, just by the nature of the rank of sergeant in the police industry here. (Witness indicating.)**
Q. In the course of your work as patrol supervisor, you did testified earlier that you do observe the patrol officers carrying out their duties somewhat --
A. **Uh-huh. (Indicates affirmatively).**
Q. -- at least?
   MR. CANZONERI: You have to verbalize. I mean, you don't have to give a full -- you just need to -- instead of saying, "Uh-huh."
   THE WITNESS: Yes.
   I'm sorry. I apologize. I know you can't try to write that down.
   Yes.
BY MS. NORTH:
Q. If you observe a patrol officer not carrying out their duties properly or failing to meet the guidelines and standards of a patrol officer, what would you do?
   MR. CANZONERI: Objection.
   THE WITNESS: If I saw an unsafe act, I

**Page 27**

certainly would assist that officer in, number 1, identifying the unsafe act and number 2, say, "Hey, you know, do this a better way so that you don't get yourself hurt." I think that's an important thing.
   If they do a car stop and I saw something that they weren't doing correctly, they put themselves in the danger of getting hit by oncoming traffic, I would -- I would let them know, sure.
BY MS. NORTH:
Q. Is there any type of instance where you would then, depending on what you observed, file any reports or report that information up your chain of command?
A. **At that -- at that level, no, I would not.**
Q. At what level would you do that?
A. **Again, as I stated earlier, if it was completely insubordinate or an officer actually committed a crime, then I definitely would have to report it my superiors.**
Q. And that is it would be --
A. **Conduct unbecoming an officer.**
Q. And that would be a report to Lieutenant Pagliarulo?

**Page 28**

A. **Sure. Yeah, that would be an obligation.**
Q. An obligation of your position as sergeant, what kind of an obligation?
A. **An obligation in the police field of how we're trained.**
Q. If there is an opening for a new patrol officer on your shift and there has been a decision to fill that opening, would you be involved in the hiring process at all?
A. **No.**
Q. Have you ever --
A. **And I should clarify. Another duty, I mean, I'm a background investigator, also.**
Q. So explain to me what a "background investigator" does, please.
A. **I'm handed a packet by Lieutenant Pagliarulo of a potential candidate, and basically, I go out in the field to corroborate that information that is supplied in that packet. Do they live at 123 Main Street in Quincy? And basically, I'm there to -- I look to find discrepancies, and if I find discrepancies, I report it. And if I don't find discrepancies, I indicate that as well.**
Q. Who do you report that to?

29

1  A.  Lieutenant Pagliarulo.
2  Q.  Is it a written report?
3  A.  Yes, it is.
4  Q.  How long have you been a background
5  investigator?
6  A.  Since approximately 1989, 1989.
7  Q.  Have you performed a background
8  investigation on all of the candidates since 1989,
9  or are there other background investigators?
10 A.  There's other background investigators.
11 Q.  How many?
12 A.  There's probably -- there's probably about
13 five or six of us now maybe.
14 Q.  So how is it determined who you investigate
15 and who someone else investigates?
16 A.  I don't know.
17 Q.  Okay.
18 A.  They're just handed out by the lieutenant.
19 So, --
20 Q.  How often --
21 A.  -- yeah, I don't know.
22 Q.  How often in the course of a year do you
23 think you do a background investigation?
24 A.  Two a year.

30

1  Q.  At the conclusion of your investigation, do
2  you make a recommendation about whether or not the
3  candidate should be hired?
4  A.  No, I do not.
5  Q.  Do you participate in any other way in
6  selecting candidates for patrol officer positions?
7  A.  No, I do not.
8  Q.  When a patrol officer on your shift applies
9  for a sergeant opening, have you ever been involved
10 in the process of evaluating that person to become a
11 sergeant?
12 A.  No.
13 Q.  Has --
14 A.  No, strictly the chief's office. That's --
15 yeah, that's the chief's office.
16 Q.  Has anyone ever asked your opinion about
17 a --
18 A.  No.
19 Q.  -- patrol officer applying for sergeant?
20 A.  No.
21 Q.  Have you ever offered an opinion about
22 whether a patrol officer would make a good
23 sergeant?
24 A.  No, I was not ever asked.

31

1  Q.  But have you ever offered an opinion without
2  being asked?
3  A.  No.
4  Q.  Have you ever participated in the discipline
5  of a patrol officer?
6      MR. CANZONERI: Objection, participating.
7      THE WITNESS: No.
8  BY MS. NORTH:
9  Q.  Have any patrol officers on your shift been
10 disciplined, to your knowledge?
11     MR. CANZONERI: Objection.
12     THE WITNESS: I believe so, yes.
13 BY MS. NORTH:
14 Q.  Have any patrol officers on your shift been
15 disciplined as a result of a report that you have
16 forwarded to your supervisor?
17     MR. CANZONERI: Objection.
18     THE WITNESS: I think you have to understand
19 the process. The process is, we obtained a -- a
20 citizen comes in and complains about a police
21 officer. Duties of a station supervisor is to take
22 that complaint, give that person a -- we get a
23 synopsis of the complaint, rudeness or whatever,
24 "put the cuffs on me when I wasn't under arrest," or

32

1  something of that nature. That is written down, and
2  that's forwarded to Lieutenant Mason, who is the
3  executive officer.
4      The citizen also has an opportunity to
5  expand upon that complaint and file a written
6  report, and they can either do it in person, or they
7  can mail it back to Lieutenant Mason.
8      After that, Lieutenant Mason can delegate
9  that investigation to -- for example, if it was one
10 of my officers during the daytime, "I want you to
11 follow this up to see if this complaint" -- and
12 there's several different. There's criteria of
13 whether it's completely unfounded, sustained, not
14 sustained, or exonerated, and then that would go
15 back to Lieutenant Mason.
16 BY MS. NORTH:
17 Q.  So you would investigate and then conclude
18 that your investigation reached one of those four
19 criteria?
20 A.  One of those, right.
21     MR. CANZONERI: Objection.
22 BY MS. NORTH:
23 Q.  And then you would then report what you
24 found back to Lieutenant Mason?

33

1  A.  Lieutenant Mason, yes.
2  Q.  And you have done that?
3  A.  Yes.
4  Q.  You have participated in that process?
5  A.  Yes.
6  Q.  Any sense of how often in a year something
7  like that might come up?
8       MR. CANZONERI: Objection.
9       THE WITNESS: Zero, zero to two, let's say.
10 It's infrequent. I think that's the best way to put
11 it. It's infrequent.
12 BY MS. NORTH:
13 Q.  Do you follow a similar process if you or
14 another patrol officer or any other officer has a
15 complaint about an officer, as opposed to a citizen?
16 I'm just trying to distinguish from a citizen's
17 complaint. If there is an internal complaint and
18 not a personal complaint but a complaint about how
19 someone is performing their job or a question or an
20 issue, what --
21 A.  I've --
22 Q.  -- process do you go through then?
23 A.  Oh, I've never experienced that. I've never
24 had anything forwarded to me at my level, no.

34

1  Q.  Do you still perform regular patrol work?
2  A.  Yes. Yes, I do.
3  Q.  How often do you think you perform patrol
4  work?
5  A.  Every day. For example, this morning, we
6  were looking for a suspicious motor vehicle, a
7  person acting suspicious by a school. The vehicle
8  left the area.
9       Lo and behold, I'm in that part of town. Lo
10 and behold the vehicle's coming right at me. I turn
11 around, and I stop the vehicle. So, yeah, and
12 that's because I'm not going to let it go by me
13 without stopping it.
14      I'm a police officer. That's what I am.
15 I'm a police officer. So I stop that. So, you
16 know, it depends upon work load. It depends upon
17 calls for service.
18 Q.  When you come in in the morning, do you sign
19 in anywhere?
20 A.  No.
21 Q.  No clock punching or anything like that?
22 A.  No.
23 Q.  What about at the end of the day?
24 A.  No.

35

1  Q.  Do you keep any records of your hours
2  worked --
3  A.  The only thing to indicate would be the IMC
4  schedule. For example, in the morning, when I'm
5  checking attendance, I'll go into the IMC, hit the
6  0800 shift, and all the names pop up. You're either
7  here, or you're not here. And I mark all officers
8  present, and they go onto a roster. The -- unless
9  you're on a call at the end of the day, the next
10 sergeant come in will unassign the previous shift
11 and put in his own people.
12 Q.  Okay.
13 A.  So there is a record in that respect of if
14 you worked that day or not, absolutely, or if you're
15 on a vacation day or whatever.
16 Q.  Do you keep any personal records as to the
17 hours you worked in a given week or any particular
18 day.
19 A.  I have a -- I have a book that I have that I
20 keep my days off marked. It's more of a day-off
21 calendar and detail calendar than the workday
22 calendar.
23 Q.  Do you work details?
24 A.  Yes, I do.

36

1  Q.  How often do you work details?
2  A.  At least twice, twice a week.
3  Q.  What kind of details do you work?
4  A.  Traffic details.
5  Q.  Who are those details often for?
6       MR. CANZONERI: I'm sorry. I didn't hear
7  what you said.
8  BY MS. NORTH:
9  Q.  Who are those details often for, typically
10 for, if you can say?
11 A.  Utilities, and there's been some town
12 projects, meaning town sewer work, town water
13 relining, water main relining work.
14 Q.  And so are those for the department of
15 public works?
16      MR. CANZONERI: Objection.
17      THE WITNESS: My slip has the contractor on
18 it, Walsh Construction, I'm working for that day.
19 BY MS. NORTH:
20 Q.  So the private entity, as opposed to -- the
21 private entity?
22      MR. CANZONERI: Objection.
23 BY MS. NORTH:
24 Q.  How do you record your time for details, do