THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintffs, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Town of Natick, et al.<br><br>    Defendants | USDC Case No.:  04-11996 RGS |

**CERTIFICATE OF SERVICE**

    I, Jack J. Canzoneri, hereby certify that I have this day via first class mail postage prepaid, served a copy of the foregoing Appendix Of Exhibits For Plaintiffs' Rule 56.1 Concise Statement Of The Material Facts Of Record As To Which There Is No Genuine Issue To Be Tried upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.


Dated:  October 27, 2006                                      */s/ Jack J. Canzoneri*
                                                                                 Jack J. Canzoneri