THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Robert F. Murphy, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al. and,

Brian C. Grassey, Lead Plaintiff for
Superior Officer Plaintiffs, et al.,

    Plaintiffs,

    v.                      USDC Case No.: 04-11996 RGS

Town of Natick, et al.

    Defendants

**JOINT MOTION UNDER LOCAL RULE 7.1(b)(4) FOR LEAVE OF COURT TO FILE A MEMORANDUM OF REASONS IN OPPOSING EACH PARTIES' MOTIONS FOR SUMMARY JUDGMENT OF UP TO 30 PAGES**

    Plaintiffs and Defendants jointly move for leave under Local Rule 7.1(b)(4) to each file a memorandum of law of up to thirty (30) pages, opposing each others Motions for Summary Judgment, which were previously filed with this Court on October 27, 2006. The parties moved for Summary Judgment on multiple discrete arguments and it would be extraordinarily difficult to comprehensively convey the parties' legal and factual basis opposing such motions in less than thirty (30) pages. Complying with the twenty (20) page limit in Local Rule 7.1(B)(4) is made difficult as well by the fact that there are fifty-six plaintiffs, some of whom have discrete legal and factual matters to be briefed separate from other issues common to the remaining plaintiff. Finally, the Court previously granted the parties leave to file memoranda of up to thirty (30) pages in the initial round of briefing.

    WHEREFORE, the parties respectfully move for LEAVE of the Court to file a memorandum of reasons of up to thirty (30) pages in length.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| For Plaintiffs, | For Defendants TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX, CHIEF OF POLICE |
| By their attorneys, | By their attorneys, |
| */s/ Jack J. Canzoneri*<br>Jack J. Canzoneri, BBO #564126<br>McDonald Lamond & Canzoneri<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01772<br>(508) 485-6600 | */s/ Karis L. North*<br>John P. Flynn, BBO# 172640<br>Geoffrey B. McCullough, BBO# 558207<br>Kathryn M. Murphy, BBO#564789<br>Karis L. North, BBO # 648998<br>MURPHY, HESSE, TOOMEY & LEHANE, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>(617) 479-5000 |

Dated: November 15, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on November 15, 2006

                                              */s/ Karis L. North*
                                              Karis L. North