THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.: 04-11996 RGS |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR FILING OPPOSITIONS AND CROSS MOTIONS RELATING TO SUMMARY JUDGMENT MOTIONS BY ONE BUSINESS DAY FROM FRIDAY NOVEMBER 17 TO MONDAY NOVEMBER 20, 2006**

Plaintiffs move respectfully for enlargement of the time for filing oppositions and cross motions by one day from Friday November 17 to Monday November 20, 2006 relating to motions for summary judgment. Defendants do not object to this motion. There is good cause to grant this motion: (1) the time period of three (3) weeks between the date that motions were filed and the deadline for filing oppositions and cross motions is extremely compressed given the need to obtain affidavits from approximately twenty plaintiffs during that period in response to each fact point raised by Defendants and the factual complexity of the legal issues; (2) the compressed time was exacerbated when during this three week window the undersigned counsel had to leave town for a funeral for three business days of a close relative; and (3) yesterday after

expending hours on preparation of a the Fact Statement under Local Rule 56.1 the computer file became inaccessible due to a technical issue relating to corruption of the document and this problem suspended work on that document for approximately one day.

WHEREFORE, Plaintiffs respectfully move for enlargement of the time for filing oppositions and cross motions relating to motions for summary judgment for one business day from Friday November 17 to Monday November 20, 2006.

Respectfully submitted,

For Plaintiffs,

By their attorneys,

*/s/ Jack J. Canzoneri*
Jack J. Canzoneri, BBO #564126
McDonald Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Dated: November 15, 2006

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the forgoing upon John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, and Geoffrey B. McCullough, Esq. counsel for the Defendants in the above-captioned matter.

Dated: November 15, 2006          */s/ Jack J. Canzoneri*
                                  Jack J. Canzoneri