THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.:  04-11996 RGS |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Plaintiffs in this action are fifty-six (56) current and former patrol and superior officers who are or were employed by the Town of Natick, Massachusetts, within the Natick Police Department.  Pursuant to F.R.Civ.P., Rule 56, the Plaintiffs move for partial summary judgment in their favor on the issue of whether they are "exempt employees" under the Fair Labor Standards Act ("FLSA").  The Plaintiffs submit that there is no genuine dispute over the facts material to their claim that they are not "exempt employees," and that they are entitled to judgment as a matter of law on this issue.  In support of this Cross Motion, the Plaintiffs submit Plaintiffs' Rule 56.1 Concise Statement Of Material Facts Of Record and Plaintiffs' Memorandum of Reasons.  As demonstrated therein, the Plaintiffs do not fall under the Executive,

Administrative or any other exemption under the FLSA and therefore they are entitled to overtime as requested in the First Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D) Plaintiffs respectfully request oral argument on the foregoing partial motion for summary judgment.

**WHEREFORE**, Plaintiffs move that the Court issue Declarations, Orders and Judgments on summary judgment on behalf of the Plaintiffs as follows:

1.  The Court hereby declares and issue judgment on behalf of Patrol Officer Plaintiffs including those assigned to the Patrol Division and those assigned as Detectives to the Investigative Services Division, that there is no genuine material issue as to the status of all such Patrol Officer Plaintiffs as non-exempt employees under the FLSA, those being Robert F. Murphy III, Edward Keraissey, Daniel R. Brogan, Richard Vieira, Elizabeth R. Heffler, Thomas W. Vitale, John C. Frissore, S. Christopher Salis, Joseph N. Hayes, Amy Coughlin, James M. Ordway, Elizabeth M. Blanchard, Diane Morrill, Brian A. Bosselman, James P. Quilty, Brian D. Ingham, John W. Doherty, Jr., John P. Haswell, Robert A. Hoffman, Jr., Leonard Jennings, Christian Rodriquez, James F. Keohane, Richard P. Halloran, Jr., Allan W. Graham, Jr., Vincent Forde, James M. Linton, Robert J. White, William A. Geissler, Edward Arena, Howard L. Harper, Kevin J. Delehanty, Ronald D. Richardson, Arthur Peros, Cara M. Rossi-Cafarelli, Douglas McDonnell, Scott Smith, Brett Conaway, Anthony M. Gaieski, and Kenneth Fitzgerald.

2. The Court hereby further declares and issues judgment on behalf of Superior Officer Plaintiffs that there is no genuine material issue as to the status of the Superior Officer Plaintiffs as non-exempt employees under the FLSA, those being Brian C. Grassey, Daniel L. O'Callaghan, Robert D. Dunlop, Mark V. St. Hilaire, Thomas G. Lamont, Alfred B. Grassey, Peter E. Mason, Robert L. Davis, Jr., Lawrence J. Fleming, Leo J. Fitzpatrick, Jr., Nicholas S. Mabardy, Richard P. Douglas, Paul W. Thompson, Jeffrey E. Longtine, Steven J. Pagliarulo, Brian G. Lauzon, and Alfred F. Morgan, and now further including Cara Rossi-Cafarelli, Richard Vieira, Robert Hoffman and Mark St. Hilaire who were promoted from Patrol Officer to Sergeant during the pendency of this litigation.

         Respectfully submitted,

         For Plaintiffs,

         By Plaintiffs' Counsel:


         */s/ Jack J. Canzoneri*
         Jack J. Canzoneri, BBO #564126
         McDonald, Lamond & Canzoneri
         Cordaville Office Center
         153 Cordaville Road, Suite 210
         Southborough, Massachusetts 01772
         (508) 485-6600

Dated: November 20, 2006

## RULE 7.1 CERTIFICATION

I, Jack J. Canzoneri, hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and the parties were unable to resolve or narrow the issues.

Dated:  November 20, 2006          */s/ Jack J. Canzoneri*
                                   Jack J. Canzoneri.

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing Plaintiffs' Partial Motion For Summary Judgment on the exemption issue upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated:  November 20, 2006          */s/ Jack J. Canzoneri*
                                   Jack J. Canzoneri