THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>                      Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>                      Defendants | Docket No.: 04-11996RGS |

## SECOND AFFIDAVIT OF DENNIS R. MANNIX

I, Dennis R. Mannix, state the following facts based on my personal knowledge:

1. I am currently the Chief of Police of the Natick Police Department, and have been in that position since I was appointed by the Town Selectmen in May, 1989.

2. As Chief of Police, I am in charge of the Natick Police Department ("Department"), its budget, and all of its personnel.

3. The Department is separately budgeted from the other Departments in the Town of Natick.

4. The Department receives a budget from the Town Meeting that it is required to operate within; its expenses, including payroll, come from its own budget.

5. When the Department payroll is submitted to the Town Comptroller each week for payment the records and information I receive show that the amounts paid are charged to the Department budget.

6. During the course of their employment, Police Officers ("Officers") in the Department are given the opportunity to take on additional assignments, referred to as Details.

7. Details are offered to Officers based on a combination of seniority and hours worked, as outlined in the appropriate Collective Bargaining Agreements ("CBAs").

8. I cause a Detail to be offered to an Officer or Officers only when I have a request from a vendor which is not part of the Department, for a detail to be filled.

9. A Detail is paid for by the entity requesting the Detail. The Department does not pay for the Details requested by separately budgeted and managed Town functional areas.

10. When I assign officers to do additional work on behalf of the Town which specifically benefits the Town, such as providing crowd control for the Fourth of July parade, that is work which is within the authority and purview of the Department, and which is paid out of my budget.

   a. I specifically plan and budget for, and have funds within my budget, for those kinds of assignments.

   b. These assignments are not Details. They are either part of a regular shift, or are assigned (and paid for) as overtime. See Deposition of B. Grassey, attached hereto as, Ex. A at 53: 13-54:7.

   c. Overtime is a separate line item in my budget.

11. So-called Town Details are for departments that are separate and independent from the

Police Department, and whose detail work is not part of the normal work of the Police Department.

    a. For example, a detail for the School Department might be for a concert held by a private entity on School property. The School Department will require the private party to have an Officer on site for security purposes, and the private party will be billed for the hours the Officer worked on that Detail.

12. The vast majority of the time, Details are for private entities or maybe other towns.

    a. For example, the Department gets many requests for Officers to provide extra security, or traffic control, at the Natick Mall.

    b. Other details are to provide traffic control for private events, like a concert.

13. Details for private contractors to provide traffic control and safety at construction sites run by that contractor are also private details.

    a. The contractors are billed for the hours that any Officer works on their Detail.

    b. Even if the private contractors are working on a project put out to bid by the Town, they are doing so typically under a competitive bid contract with the Town, and they are responsible for providing and paying for traffic control as part of their bid.

14. The CBAs themselves recognize that all Details are private Details, by using that same terminology in the contract: "[w]henever the Chief in his sole discretion, or his designee, determines that a *private* detail is necessary, it shall first be offered to regular Natick Police Officers."

15. Regardless of whether the Detail is for a town department or an outside entity, assignments are managed through Sergeant Fitzpatrick and the Department.

16. Officers who perform Details fill out and sign a Detail slip which sets forth their hours worked, the entity they worked for, and the date worked. These slips are then submitted to Sergeant Fitzpatrick, who processes them for payroll purposes.

17. Officers are paid a special negotiated rate for Details, as outlined in the appropriate CBAs, and as reflected in the payroll records of the Department.

   a. I have attached hereto true and accurate copies of the Payroll records of Lead Patrol Officer Plaintiff Robert Murphy, as Exhibit B, and Lead Superior Officer Plaintiff Brian Grassey, as Exhibit C, for the year 2003.

18. The payment of Officers for Details does not come out of my budget, but is paid through a revolving fund. Each vendor is billed for the Detail work by the Town, and in fact pays the Town for such work.

19. At no time do I force any Officer in the Department to work a Detail. Every Detail is voluntary. Should I require any Officer to work beyond their scheduled shifts (with certain exceptions for supervisors), that required duty would be considered and paid as overtime, not as a Detail.

20. I do not recall ever receiving a grievance in the last five years alleging that a detail of any sort should have been paid as overtime.

21. With respect to the pre and post-shift activities outlined by the Superior Officer Plaintiffs, it is my contention that not every Superior Officer takes as much as 30 minutes per day to complete those activities.

   a. It is my observation that not every Superior Officer comes in early, or stays late, on every shift.

    b. Even if Superior Officers arrive early, or stay late, they do not always spend that time doing work that they could not otherwise have completed during the course of their shift.

    c. From time to time it may be necessary for a Superior Officer to stay late, or arrive early, because of the circumstances of that particular shift. However, in those instances, the time required to complete that additional work may be minimal, and may require less than 15 minutes of time.

    d. I do not believe that it is necessary for every Superior Officer to arrive early or stay late every day, in order for them to complete their responsibilities as supervisors.

    e. Because the Department does not require any Officers to punch in and out, the only possible way to check this information is based on my observations of Superior Officers work habits.

22. My understanding of the payroll records and practices of the Department, of which I have first-hand knowledge, is that Officers are paid overtime when they work outside of their regular shift, regardless of whether they have worked 40 hours or not.

Signed under the pains and penalties of perjury, this 16th day of November, 2006.


_Dennis R. Mannix_
Dennis R. Mannix
Chief, Natick Police Department

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on November 20, 2006.

                                          /s/ John P. Flynn
                                          John P. Flynn