# EXHIBIT A

Plantiff No 1

```
04/12/2006                              TOWN OF NATICK                                              PAGE  1
15:24:54                             DETAIL CHECK HISTORY                                           prhisrpt
                                       BY EMPLOYEE NAME
                                    09/25/2001 to 04/11/2006


ORG        OBJ     PROJ     LOC     JOB     CHECK     PAY TYPE     HOURS       AMOUNT  DED TYPE     EMPLOYEE     EMPLOYER
-----------------------------------------------------------------------------------------------------------------------

  002927              MURPHY, ROBERT              LOC: 5152 ORG: 01512101
Check Date: 09/25/2001
01512101   5113             5152    0167    1093848   100 BASE      40.00       773.00
01512131   5133             5152    0167    1093848   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1093848   604 LNGVTY     0.00        15.46
              CHECK 09/25/2001 TOTALS:   NET:     981.71   40.00       981.71               0.00         0.00

Check Date: 10/02/2001
01512101   5113             5152    0167    1094301   100 BASE      40.00       773.00
01512131   5133             5152    0167    1094301   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1094301   604 LNGVTY     0.00        15.46
893623     5000             5152    0167    1094301   830 DETAIL     8.00       216.00
              CHECK 10/02/2001 TOTALS:   NET:   1,197.71   48.00     1,197.71               0.00         0.00

Check Date: 10/09/2001
01512101   5113             5152    0167    1094930   100 BASE      40.00       773.00
01512131   5133             5152    0167    1094930   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1094930   604 LNGVTY     0.00        15.46
893623     5000             5152    0167    1094930   830 DETAIL     4.00       108.00
              CHECK 10/09/2001 TOTALS:   NET:   1,089.71   44.00     1,089.71               0.00         0.00

Check Date: 10/16/2001
01512101   5113             5152    0167    1095384   100 BASE      40.00       773.00
01512131   5133             5152    0167    1095384   149 HOL DY     8.00       154.60
01512131   5133             5152    0167    1095384   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1095384   604 LNGVTY     0.00        15.46
893623     5000             5152    0167    1095384   830 DETAIL    20.00       540.00
              CHECK 10/16/2001 TOTALS:   NET:   1,676.31   68.00     1,676.31               0.00         0.00

Check Date: 10/23/2001
01512101   5113             5152    0167    1096018   100 BASE      40.00       773.00
01512131   5133             5152    0167    1096018   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1096018   604 LNGVTY     0.00        15.46
              CHECK 10/23/2001 TOTALS:   NET:     981.71   40.00       981.71               0.00         0.00

Check Date: 10/30/2001
01512101   5113             5152    0167    1096490   100 BASE      40.00       773.00
01512131   5133             5152    0167    1096490   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1096490   604 LNGVTY     0.00        15.46
              CHECK 10/30/2001 TOTALS:   NET:     981.71   40.00       981.71               0.00         0.00

Check Date: 11/06/2001
01512101   5113             5152    0167    1097141   100 BASE      40.00       773.00
01512131   5133             5152    0167    1097141   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1097141   604 LNGVTY     0.00        15.46
893623     5000             5152    0167    1097141   830 DETAIL     4.00       108.00
              CHECK 11/06/2001 TOTALS:   NET:   1,089.71   44.00     1,089.71               0.00         0.00

Check Date: 11/13/2001
01512101   5113             5152    0167    1097586   100 BASE      40.00       773.00
01512131   5133             5152    0167    1097586   167 EDQ25%     0.00       193.25
01512131   5133             5152    0167    1097586   604 LNGVTY     0.00        15.46
```

```
04/12/2006                          TOWN OF NATICK                                    PAGE 11
15:24:54                        DETAIL CHECK HISTORY                                  prhisrpt
                                  BY EMPLOYEE NAME
                              09/25/2001 to 04/11/2006


ORG       OBJ    PROJ   LOC    JOB    CHECK    PAY TYPE    HOURS     AMOUNT  DED TYPE   EMPLOYEE    EMPLOYER
-----------------------------------------------------------------------------------------------------------
002927           MURPHY, ROBERT              LOC: 5152  ORG: 01512101
01512131  5133          5152   0167   1129287  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1129287  716 COMPST   0.00      16.90
          CHECK 12/31/2002 TOTALS:     NET:    1,098.50    40.00    1,098.50               0.00       0.00

Check Date: 01/07/2003
01512101  5113          5152   0167   1129748  100 BASE    40.00     845.00
01512131  5133          5152   0167   1129748  149 HOL DY   8.00     169.00
01512131  5133          5152   0167   1129748  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1129748  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1129748  716 COMPST   0.00      16.90
          CHECK 01/07/2003 TOTALS:     NET:    1,267.50    48.00    1,267.50               0.00       0.00

Check Date: 01/14/2003
01512101  5113          5152   0167   1130348  100 BASE    40.00     845.00
01512131  5133          5152   0167   1130348  149 HOL DY   8.00     169.00
01512131  5133          5152   0167   1130348  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1130348  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1130348  716 COMPST   0.00      16.90
893623    5000          5152   0167   1130348  830 DETAIL   4.00     120.00
          CHECK 01/14/2003 TOTALS:     NET:    1,387.50    52.00    1,387.50               0.00       0.00

Check Date: 01/21/2003
01512101  5113          5152   0167   1130794  100 BASE    40.00     845.00
01512131  5133          5152   0167   1130794  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1130794  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1130794  716 COMPST   0.00      16.90
          CHECK 01/21/2003 TOTALS:     NET:    1,098.50    40.00    1,098.50               0.00       0.00

Check Date: 01/28/2003
01512101  5113          5152   0167   1131907  100 BASE    40.00     845.00
01512131  5133          5152   0167   1131907  149 HOL DY   8.00     169.00
01512131  5133          5152   0167   1131907  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1131907  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1131907  716 COMPST   0.00      16.90
          CHECK 01/28/2003 TOTALS:     NET:    1,267.50    48.00    1,267.50               0.00       0.00

Check Date: 02/04/2003
01512101  5113          5152   0167   1132342  100 BASE    40.00     845.00
01512131  5133          5152   0167   1132342  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1132342  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1132342  716 COMPST   0.00      16.90
893623    5000          5152   0167   1132342  830 DETAIL   4.00     128.00
          CHECK 02/04/2003 TOTALS:     NET:    1,226.50    44.00    1,226.50               0.00       0.00

Check Date: 02/11/2003
01512101  5113          5152   0167   1132993  100 BASE    40.00     845.00
01512131  5133          5152   0167   1132993  167 EDQ25%   0.00     211.25
01512131  5133          5152   0167   1132993  604 LNGVTY   0.00      25.35
01512131  5133          5152   0167   1132993  716 COMPST   0.00      16.90
          CHECK 02/11/2003 TOTALS:     NET:    1,098.50    40.00    1,098.50               0.00       0.00

Check Date: 02/18/2003
```

```
)4/12/2006                          TOWN OF NATICK                                    PAGE 12
15:24:54                        DETAIL CHECK HISTORY                                  prhisrpt
                                  BY EMPLOYEE NAME
                              09/25/2001 to 04/11/2006


ORG       OBJ    PROJ   LOC    JOB    CHECK    PAY TYPE     HOURS      AMOUNT DED TYPE   EMPLOYEE   EMPLOYER
-----------------------------------------------------------------------------------------------------------
  002927        ▓▓▓▓▓▓  MURPHY, ROBERT          LOC: 5152 ORG: 01512101
01512101  5113          5152   0167   1133489   100 BASE      40.00      845.00
01512131  5133          5152   0167   1133489   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1133489   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1133489   716 COMPST     0.00       16.90
          CHECK 02/18/2003 TOTALS:    NET:      1,098.50      40.00    1,098.50              0.00       0.00

Check Date: 02/25/2003
01512101  5113          5152   0167   1134190   100 BASE      40.00      845.00
01512131  5133          5152   0167   1134190   149 HOL DY     8.00      169.00
01512131  5133          5152   0167   1134190   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1134190   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1134190   716 COMPST     0.00       16.90
          CHECK 02/25/2003 TOTALS:    NET:      1,267.50      48.00    1,267.50              0.00       0.00

Check Date: 03/04/2003
01512101  5113          5152   0167   1134677   100 BASE      40.00      845.00
01512131  5133          5152   0167   1134677   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1134677   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1134677   716 COMPST     0.00       16.90
893623    5000          5152   0167   1134677   830 DETAIL    24.00      768.00
          CHECK 03/04/2003 TOTALS:    NET:      1,866.50      64.00    1,866.50              0.00       0.00

Check Date: 03/11/2003
01512101  5113          5152   0167   1135245   100 BASE      40.00      845.00
01512131  5133          5152   0167   1135245   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1135245   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1135245   716 COMPST     0.00       16.90
893623    5000          5152   0167   1135245   830 DETAIL    12.00      384.00
          CHECK 03/11/2003 TOTALS:    NET:      1,482.50      52.00    1,482.50              0.00       0.00

Check Date: 03/18/2003
01512101  5113          5152   0167   1135709   100 BASE      40.00      845.00
01512131  5133          5152   0167   1135709   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1135709   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1135709   716 COMPST     0.00       16.90
          CHECK 03/18/2003 TOTALS:    NET:      1,098.50      40.00    1,098.50              0.00       0.00

Check Date: 03/25/2003
01512101  5113          5152   0167   1136319   100 BASE      40.00      845.00
01512131  5133          5152   0167   1136319   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1136319   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1136319   716 COMPST     0.00       16.90
893623    5000          5152   0167   1136319   830 DETAIL     8.00      256.00
          CHECK 03/25/2003 TOTALS:    NET:      1,354.50      48.00    1,354.50              0.00       0.00

Check Date: 04/01/2003
01512101  5113          5152   0167   1136748   100 BASE      40.00      845.00
01512131  5133          5152   0167   1136748   167 EDQ25%     0.00      211.25
01512131  5133          5152   0167   1136748   604 LNGVTY     0.00       25.35
01512131  5133          5152   0167   1136748   716 COMPST     0.00       16.90
893623    5000          5152   0167   1136748   830 DETAIL     8.00      256.00
          CHECK 04/01/2003 TOTALS:    NET:      1,354.50      48.00    1,354.50              0.00       0.00
```

```
4/12/2006                              TOWN OF NATICK                                    PAGE 13
5:24:54                             DETAIL CHECK HISTORY                                 prhisrpt
                                      BY EMPLOYEE NAME
                                   09/25/2001 to 04/11/2006


ORG      OBJ    PROJ    LOC    JOB    CHECK    PAY TYPE      HOURS      AMOUNT DED TYPE    EMPLOYEE    EMPLOYER
---------------------------------------------------------------------------------------------------------------

002927          MURPHY, ROBERT                  LOC: 5152 ORG: 01512101

Check Date: 04/08/2003
01512101 5113           5152   0167  1137352   100 BASE       40.00       845.00
01512131 5133           5152   0167  1137352   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1137352   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1137352   716 COMPST      0.00        16.90
893623   5000           5152   0167  1137352   830 DETAIL     12.00       384.00
         CHECK 04/08/2003 TOTALS:   NET:      1,482.50       52.00     1,482.50                0.00        0.00

Check Date: 04/15/2003
01512101 5113           5152   0167  1137781   100 BASE       40.00       845.00
01512131 5133           5152   0167  1137781   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1137781   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1137781   716 COMPST      0.00        16.90
         CHECK 04/15/2003 TOTALS:   NET:      1,098.50       40.00     1,098.50                0.00        0.00

Check Date: 04/22/2003
01512101 5113           5152   0167  1138393   100 BASE       40.00       845.00
01512131 5133           5152   0167  1138393   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1138393   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1138393   716 COMPST      0.00        16.90
893623   5000           5152   0167  1138393   830 DETAIL      8.00       256.00
         CHECK 04/22/2003 TOTALS:   NET:      1,354.50       48.00     1,354.50                0.00        0.00

Check Date: 04/29/2003
01512101 5113           5152   0167  1138852   100 BASE       40.00       845.00
01512131 5133           5152   0167  1138852   149 HOL DY      8.00       169.00
01512131 5133           5152   0167  1138852   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1138852   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1138852   716 COMPST      0.00        16.90
         CHECK 04/29/2003 TOTALS:   NET:      1,267.50       48.00     1,267.50                0.00        0.00

Check Date: 05/06/2003
01512101 5113           5152   0167  1139456   100 BASE       40.00       845.00
01512131 5133           5152   0167  1139456   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1139456   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1139456   716 COMPST      0.00        16.90
163751   5000           5152   0167  1139456   810 N/RATE      4.00       134.36
893623   5000           5152   0167  1139456   830 DETAIL     12.00       384.00
         CHECK 05/06/2003 TOTALS:   NET:      1,616.86       56.00     1,616.86                0.00        0.00

Check Date: 05/13/2003
01512101 5113           5152   0167  1139834   100 BASE       40.00       845.00
01512131 5133           5152   0167  1139834   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1139834   604 LNGVTY      0.00        25.35
01512131 5133           5152   0167  1139834   716 COMPST      0.00        16.90
         CHECK 05/13/2003 TOTALS:   NET:      1,098.50       40.00     1,098.50                0.00        0.00

Check Date: 05/20/2003
01512101 5113           5152   0167  1140449   100 BASE       40.00       845.00
01512131 5133           5152   0167  1140449   167 EDQ25%      0.00       211.25
01512131 5133           5152   0167  1140449   604 LNGVTY      0.00        25.35
```

```
                                                                                              PAGE 14
                                      TOWN OF NATICK                                          prhisrpt
/12/2006                            DETAIL CHECK HISTORY
:24:54                               BY EMPLOYEE NAME
                                  09/25/2001 to 04/11/2006
                                                                                EMPLOYEE    EMPLOYER
 ORG     OBJ   PROJ   LOC    JOB   CHECK    PAY TYPE    HOURS    AMOUNT DED TYPE
----------------------------------------------------------------------------------------------------
                                           LOC: 5152 ORG: 01512101
 002927        MURPHY, ROBERT
 01512131 5133         5152  0167  1140449  716 COMPST    0.00     16.90
 893623   5000         5152  0167  1140449  830 DETAIL    8.00    256.00           0.00        0.00
              CHECK 05/20/2003 TOTALS:  NET:  1,354.50   48.00   1,354.50

 Check Date: 05/27/2003
 01512101 5113         5152  0167  1140888  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1140888  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1140888  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1140888  716 COMPST    0.00     16.90
 01512141 5143         5152  0167  1140888  800 D/RATE    4.00    126.75
 893623   5000         5152  0167  1140888  830 DETAIL    4.00    128.00           0.00        0.00
              CHECK 05/27/2003 TOTALS:  NET:  1,353.25   48.00   1,353.25

 Check Date: 06/03/2003
 01512101 5113         5152  0167  1141482  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1141482  149 HOL DY    8.00    169.00
 01512131 5133         5152  0167  1141482  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1141482  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1141482  716 COMPST    0.00     16.90
 893623   5000         5152  0167  1141482  830 DETAIL    8.00    256.00           0.00        0.00
              CHECK 06/03/2003 TOTALS:  NET:  1,523.50   56.00   1,523.50

 Check Date: 06/10/2003
 01512101 5113         5152  0167  1141897  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1141897  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1141897  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1141897  716 COMPST    0.00     16.90           0.00        0.00
              CHECK 06/10/2003 TOTALS:  NET:  1,098.50   40.00   1,098.50

 Check Date: 06/17/2003
 01512101 5113         5152  0167  1142662  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1142662  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1142662  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1142662  716 COMPST    0.00     16.90
 893623   5000         5152  0167  1142662  830 DETAIL    8.00    256.00           0.00        0.0(
              CHECK 06/17/2003 TOTALS:  NET:  1,354.50   48.00   1,354.50

 Check Date: 06/24/2003
 01512101 5113         5152  0167  1143110  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1143110  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1143110  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1143110  716 COMPST    0.00     16.90
 893623   5000         5152  0167  1143110  830 DETAIL    8.00    256.00           0.00        0.C
              CHECK 06/24/2003 TOTALS:  NET:  1,354.50   48.00   1,354.50

 Check Date: 07/01/2003
 01512101 5113         5152  0167  1143652  100 BASE     40.00    845.00
 01512131 5133         5152  0167  1143652  167 EDQ25%    0.00    211.25
 01512131 5133         5152  0167  1143652  604 LNGVTY    0.00     25.35
 01512131 5133         5152  0167  1143652  716 COMPST    0.00     16.90
 893623   5000         5152  0167  1143652  830 DETAIL   12.00    384.00           0.00        0.
              CHECK 07/01/2003 TOTALS:  NET:  1,482.50   52.00   1,482.50
```

```
04/12/2006                           TOWN OF NATICK                                              PAGE 15
15:24:54                          DETAIL CHECK HISTORY                                           prhisrpt
                                    BY EMPLOYEE NAME
                                 09/25/2001 to 04/11/2006
```

| ORG | OBJ | PROJ | LOC | JOB | CHECK | PAY TYPE | HOURS | AMOUNT | DED TYPE | EMPLOYEE | EMPLOYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002927-███████, MURPHY, ROBERT | | | | | | LOC: 5152 ORG: 01512101 | | | | | |
| **Check Date: 07/08/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1144060 | 100 BASE | 32.00 | 676.00 | | | |
| 893623 | 5000 | | 5152 | 0167 | 1144060 | 830 DETAIL | 8.00 | 256.00 | | | |
| | | CHECK 07/08/2003 TOTALS: | | | NET: | 932.00 | 40.00 | 932.00 | | 0.00 | 0.00 |
| **Check Date: 07/08/2003** | | | | | | | | | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144061 | 776 COMM S | 0.00 | 880.00 | | | |
| | | CHECK 07/08/2003 TOTALS: | | | NET: | 880.00 | 0.00 | 880.00 | | 0.00 | 0.00 |
| **Check Date: 07/08/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1144489 | 100 BASE | 8.00 | 169.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144489 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144489 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144489 | 716 COMPST | 0.00 | 16.90 | | | |
| | | CHECK 07/08/2003 TOTALS: | | | NET: | 422.50 | 8.00 | 422.50 | | 0.00 | 0.00 |
| **Check Date: 07/15/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1144855 | 100 BASE | 40.00 | 845.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144855 | 149 HOL DY | 8.00 | 169.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144855 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144855 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1144855 | 716 COMPST | 0.00 | 16.90 | | | |
| | | CHECK 07/15/2003 TOTALS: | | | NET: | 1,267.50 | 48.00 | 1,267.50 | | 0.00 | 0.00 |
| **Check Date: 07/22/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1145305 | 100 BASE | 40.00 | 845.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145305 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145305 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145305 | 716 COMPST | 0.00 | 16.90 | | | |
| | | CHECK 07/22/2003 TOTALS: | | | NET: | 1,098.50 | 40.00 | 1,098.50 | | 0.00 | 0.00 |
| **Check Date: 07/29/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1145770 | 100 BASE | 40.00 | 845.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145770 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145770 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1145770 | 716 COMPST | 0.00 | 16.90 | | | |
| 01512141 | 5143 | | 5152 | 0167 | 1145770 | 810 N/RATE | 8.00 | 268.71 | | | |
| | | CHECK 07/29/2003 TOTALS: | | | NET: | 1,367.21 | 48.00 | 1,367.21 | | 0.00 | 0.00 |
| **Check Date: 08/05/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1146232 | 100 BASE | 40.00 | 845.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146232 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146232 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146232 | 716 COMPST | 0.00 | 16.90 | | | |
| | | CHECK 08/05/2003 TOTALS: | | | NET: | 1,098.50 | 40.00 | 1,098.50 | | 0.00 | 0.00 |
| **Check Date: 08/12/2003** | | | | | | | | | | | |
| 01512101 | 5113 | | 5152 | 0167 | 1146715 | 100 BASE | 40.00 | 845.00 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146715 | 167 EDQ25% | 0.00 | 211.25 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146715 | 604 LNGVTY | 0.00 | 25.35 | | | |
| 01512131 | 5133 | | 5152 | 0167 | 1146715 | 716 COMPST | 0.00 | 16.90 | | | |

```
04/12/2006                              TOWN OF NATICK                                              PAGE 16
15:24:55                             DETAIL CHECK HISTORY                                           prhisrpt
                                       BY EMPLOYEE NAME
                                    09/25/2001 to 04/11/2006


ORG        OBJ    PROJ    LOC    JOB     CHECK    PAY TYPE      HOURS       AMOUNT  DED TYPE    EMPLOYEE       EMPLOYER
-----------------------------------------------------------------------------------------------------------------------
  002927          MURPHY, ROBERT                   LOC: 5152 ORG: 01512101
893623     5000           5152   0167   1146715   830 DETAIL    8.00        256.00
                  CHECK 08/12/2003 TOTALS:    NET:    1,354.50  48.00     1,354.50            0.00           0.00

Check Date: 08/19/2003
01512101   5113           5152   0167   1147163   100 BASE      40.00       845.00
01512131   5133           5152   0167   1147163   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1147163   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1147163   716 COMPST    0.00         16.90
893623     5000           5152   0167   1147163   830 DETAIL    16.00       512.00
                  CHECK 08/19/2003 TOTALS:    NET:    1,610.50  56.00     1,610.50            0.00           0.00

Check Date: 08/26/2003
01512101   5113           5152   0167   1147601   100 BASE      40.00       845.00
01512131   5133           5152   0167   1147601   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1147601   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1147601   716 COMPST    0.00         16.90
                  CHECK 08/26/2003 TOTALS:    NET:    1,098.50  40.00     1,098.50            0.00           0.00

Check Date: 09/02/2003
01512101   5113           5152   0167   1147980   100 BASE      40.00       845.00
01512131   5133           5152   0167   1147980   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1147980   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1147980   716 COMPST    0.00         16.90
01512141   5143           5152   0167   1147980   810 N/RATE    16.00       537.42
                  CHECK 09/02/2003 TOTALS:    NET:    1,635.92  56.00     1,635.92            0.00           0.00

Check Date: 09/09/2003
01512101   5113           5152   0167   1148461   100 BASE      40.00       845.00
01512131   5133           5152   0167   1148461   149 HOL DY    8.00        169.00
01512131   5133           5152   0167   1148461   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1148461   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1148461   716 COMPST    0.00         16.90
                  CHECK 09/09/2003 TOTALS:    NET:    1,267.50  48.00     1,267.50            0.00           0.00

Check Date: 09/16/2003
01512101   5113           5152   0167   1148850   100 BASE      40.00       845.00
01512131   5133           5152   0167   1148850   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1148850   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1148850   716 COMPST    0.00         16.90
893623     5000           5152   0167   1148850   830 DETAIL    4.00        128.00
                  CHECK 09/16/2003 TOTALS:    NET:    1,226.50  44.00     1,226.50            0.00           0.00

Check Date: 09/23/2003
01512101   5113           5152   0167   1149380   100 BASE      40.00       845.00
01512131   5133           5152   0167   1149380   167 EDQ25%    0.00        211.25
01512131   5133           5152   0167   1149380   604 LNGVTY    0.00         25.35
01512131   5133           5152   0167   1149380   716 COMPST    0.00         16.90
01512141   5143           5152   0167   1149380   810 N/RATE    4.00        134.36
893623     5000           5152   0167   1149380   830 DETAIL    4.00        128.00
                  CHECK 09/23/2003 TOTALS:    NET:    1,360.86  48.00     1,360.86            0.00           0.00

Check Date: 09/30/2003
```

```
04/12/2006                        TOWN OF NATICK                              PAGE 17
15:24:55                       DETAIL CHECK HISTORY                           prhisrpt
                                 BY EMPLOYEE NAME
                             09/25/2001 to 04/11/2006

ORG       OBJ    PROJ   LOC    JOB    CHECK     PAY TYPE     HOURS    AMOUNT  DED TYPE    EMPLOYEE    EMPLOYER
-----------------------------------------------------------------------------------------------------------------
002927         MURPHY, ROBERT                      LOC: 5152  ORG: 01512101
01512101  5113         5152   0167   1149807   100 BASE      40.00     845.00
01512131  5133         5152   0167   1149807   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1149807   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1149807   716 COMPST     0.00      16.90
893623    5000         5152   0167   1149807   830 DETAIL     8.00     256.00
          CHECK 09/30/2003 TOTALS:    NET:    1,354.50      48.00    1,354.50              0.00        0.00

Check Date: 10/07/2003
01512101  5113         5152   0167   1150406   100 BASE      40.00     845.00
01512131  5133         5152   0167   1150406   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1150406   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1150406   716 COMPST     0.00      16.90
893623    5000         5152   0167   1150406   830 DETAIL     8.00     256.00
          CHECK 10/07/2003 TOTALS:    NET:    1,354.50      48.00    1,354.50              0.00        0.00

Check Date: 10/14/2003
01512101  5113         5152   0167   1150817   100 BASE      40.00     845.00
01512131  5133         5152   0167   1150817   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1150817   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1150817   716 COMPST     0.00      16.90
893623    5000         5152   0167   1150817   830 DETAIL     4.00     128.00
          CHECK 10/14/2003 TOTALS:    NET:    1,226.50      44.00    1,226.50              0.00        0.00

Check Date: 10/21/2003
01512101  5113         5152   0167   1151386   100 BASE      40.00     845.00
01512131  5133         5152   0167   1151386   149 HOL DY     8.00     169.00
01512131  5133         5152   0167   1151386   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1151386   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1151386   716 COMPST     0.00      16.90
01512141  5143         5152   0167   1151386   810 N/RATE     8.00     268.71
          CHECK 10/21/2003 TOTALS:    NET:    1,536.21      56.00    1,536.21              0.00        0.00

Check Date: 10/28/2003
01512101  5113         5152   0167   1151806   100 BASE      40.00     845.00
01512131  5133         5152   0167   1151806   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1151806   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1151806   716 COMPST     0.00      16.90
          CHECK 10/28/2003 TOTALS:    NET:    1,098.50      40.00    1,098.50              0.00        0.00

Check Date: 11/04/2003
01512101  5113         5152   0167   1152365   100 BASE      40.00     845.00
01512131  5133         5152   0167   1152365   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1152365   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1152365   716 COMPST     0.00      16.90
          CHECK 11/04/2003 TOTALS:    NET:    1,098.50      40.00    1,098.50              0.00        0.00

Check Date: 11/10/2003
01512101  5113         5152   0167   1152764   100 BASE      40.00     845.00
01512131  5133         5152   0167   1152764   167 EDQ25%     0.00     211.25
01512131  5133         5152   0167   1152764   604 LNGVTY     0.00      25.35
01512131  5133         5152   0167   1152764   716 COMPST     0.00      16.90
01512141  5143         5152   0167   1152764   810 N/RATE    16.00     537.42
```

```
04/12/2006                              TOWN OF NATICK                                      PAGE 18
15:24:55                             DETAIL CHECK HISTORY                                   prhisrpt
                                       BY EMPLOYEE NAME
                                   09/25/2001 to 04/11/2006


  ORG      OBJ    PROJ    LOC    JOB    CHECK    PAY TYPE      HOURS    AMOUNT DED TYPE    EMPLOYEE    EMPLOYER
  -----------------------------------------------------------------------------------------------------------
  002927          MURPHY, ROBERT               LOC: 5152  ORG: 01512101
  893623   5000           5152   0167  1152764  830 DETAIL     12.00     384.00
           CHECK 11/10/2003 TOTALS:      NET:    2,019.92      68.00    2,019.92              0.00        0.00

  Check Date: 11/18/2003
  01512101 5113           5152   0167  1153346  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1153346  149 HOL DY      8.00     169.00
  01512131 5133           5152   0167  1153346  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1153346  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1153346  716 COMPST      0.00      16.90
  893623   5000           5152   0167  1153346  830 DETAIL      4.00     128.00
           CHECK 11/18/2003 TOTALS:      NET:    1,395.50      52.00    1,395.50              0.00        0.00

  Check Date: 11/25/2003
  01512101 5113           5152   0167  1153773  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1153773  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1153773  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1153773  716 COMPST      0.00      16.90
  01512141 5143           5152   0167  1153773  810 N/RATE      4.00     134.36
           CHECK 11/25/2003 TOTALS:      NET:    1,232.86      44.00    1,232.86              0.00        0.00

  Check Date: 12/02/2003
  01512101 5113           5152   0167  1154384  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1154384  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1154384  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1154384  716 COMPST      0.00      16.90
           CHECK 12/02/2003 TOTALS:      NET:    1,098.50      40.00    1,098.50              0.00        0.00

  Check Date: 12/09/2003
  01512101 5113           5152   0167  1154804  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1154804  149 HOL DY     16.00     338.00
  01512131 5133           5152   0167  1154804  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1154804  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1154804  716 COMPST      0.00      16.90
  01512141 5143           5152   0167  1154804  810 N/RATE      8.00     268.71
           CHECK 12/09/2003 TOTALS:      NET:    1,705.21      64.00    1,705.21              0.00        0.00

  Check Date: 12/16/2003
  01512101 5113           5152   0167  1155408  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1155408  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1155408  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1155408  716 COMPST      0.00      16.90
  01512141 5143           5152   0167  1155408  800 D/RATE      4.00     126.75
           CHECK 12/16/2003 TOTALS:      NET:    1,225.25      44.00    1,225.25              0.00        0.00

  Check Date: 12/23/2003
  01512101 5113           5152   0167  1155859  100 BASE       40.00     845.00
  01512131 5133           5152   0167  1155859  167 EDQ25%      0.00     211.25
  01512131 5133           5152   0167  1155859  604 LNGVTY      0.00      25.35
  01512131 5133           5152   0167  1155859  716 COMPST      0.00      16.90
  893623   5000           5152   0167  1155859  830 DETAIL      8.00     256.00
           CHECK 12/23/2003 TOTALS:      NET:    1,354.50      48.00    1,354.50              0.00        0.00
```

```
04/12/2006                              TOWN OF NATICK                                              PAGE 19
15:24:55                              DETAIL CHECK HISTORY                                          prhisrpt
                                        BY EMPLOYEE NAME
                                     09/25/2001 to 04/11/2006


ORG       OBJ    PROJ    LOC    JOB     CHECK     PAY TYPE      HOURS       AMOUNT  DED  TYPE    EMPLOYEE      EMPLOYER
------------------------------------------------------------------------------------------------------------------------
002927           MURPHY, ROBERT                   LOC: 5152  ORG: 01512101
Check Date: 12/30/2003
01512101  5113           5152   0167    1156475   100 BASE       40.00       845.00
01512131  5133           5152   0167    1156475   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1156475   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1156475   716 COMPST      0.00        16.90
163761    5000           5152   0167    1156475   810 N/RATE      4.00       134.36
893623    5000           5152   0167    1156475   830 DETAIL     12.00       384.00
          CHECK 12/30/2003 TOTALS:      NET:    1,616.86         56.00     1,616.86              0.00          0.00

Check Date: 01/06/2004
01512101  5113           5152   0167    1156891   100 BASE       40.00       845.00
01512131  5133           5152   0167    1156891   149 HOL DY     12.00       253.50
01512131  5133           5152   0167    1156891   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1156891   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1156891   716 COMPST      0.00        16.90
          CHECK 01/06/2004 TOTALS:      NET:    1,352.00         52.00     1,352.00              0.00          0.00

Check Date: 01/13/2004
01512101  5113           5152   0167    1157435   100 BASE       40.00       845.00
01512131  5133           5152   0167    1157435   149 HOL DY      8.00       169.00
01512131  5133           5152   0167    1157435   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1157435   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1157435   716 COMPST      0.00        16.90
          CHECK 01/13/2004 TOTALS:      NET:    1,267.50         48.00     1,267.50              0.00          0.00

Check Date: 01/20/2004
01512101  5113           5152   0167    1157845   100 BASE       40.00       845.00
01512131  5133           5152   0167    1157845   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1157845   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1157845   716 COMPST      0.00        16.90
          CHECK 01/20/2004 TOTALS:      NET:    1,098.50         40.00     1,098.50              0.00          0.00

Check Date: 01/27/2004
01512101  5113           5152   0167    1158453   100 BASE       40.00       845.00
01512131  5133           5152   0167    1158453   149 HOL DY      8.00       169.00
01512131  5133           5152   0167    1158453   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1158453   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1158453   716 COMPST      0.00        16.90
01512141  5143           5152   0167    1158453   800 D/RATE      8.00       253.50
          CHECK 01/27/2004 TOTALS:      NET:    1,521.00         56.00     1,521.00              0.00          0.00

Check Date: 02/03/2004
01512101  5113           5152   0167    1158912   100 BASE       40.00       845.00
01512131  5133           5152   0167    1158912   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1158912   604 LNGVTY      0.00        25.35
01512131  5133           5152   0167    1158912   716 COMPST      0.00        16.90
          CHECK 02/03/2004 TOTALS:      NET:    1,098.50         40.00     1,098.50              0.00          0.00

Check Date: 02/10/2004
01512101  5113           5152   0167    1159522   100 BASE       40.00       845.00
01512131  5133           5152   0167    1159522   167 EDQ25%      0.00       211.25
01512131  5133           5152   0167    1159522   604 LNGVTY      0.00        25.35
```