# EXHIBIT B

```
/12/2006                              TOWN OF NATICK                                    PAGE 1
:22:34                            DETAIL CHECK HISTORY                                 prhisrpt
                                    BY EMPLOYEE NAME
                                 09/25/2001 to 04/11/2006


ORG      OBJ    PROJ   LOC    JOB    CHECK    PAY TYPE    HOURS       AMOUNT DED TYPE    EMPLOYEE    EMPLOYER
----------------------------------------------------------------------------------------------------------------

002610▓▓▓▓▓▓▓▓        GRASSEY, BRIAN              LOC: 5152 ORG: 01512101
Check Date: 09/25/2001
01512101  5112          5152   0166  1093835   100 BASE      40.00      953.00
01512101  5112          5152   0166  1093835   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1093835   151 SPVSRY     0.00       47.65
01512131  5132          5152   0166  1093835   166 EDQ20%     0.00      190.60
01512131  5132          5152   0166  1093835   603 LNGVTY     0.00       19.06
893623    5000          5152   0166  1093835   835 DETAIL    12.00      348.00
          CHECK 09/25/2001 TOTALS:   NET:     1,615.49      52.00     1,615.49             0.00        0.00

Check Date: 10/02/2001
01512101  5112          5152   0166  1094289   100 BASE      40.00      953.00
01512101  5112          5152   0166  1094289   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1094289   151 SPVSRY     0.00       47.65
01512131  5132          5152   0166  1094289   166 EDQ20%     0.00      190.60
01512131  5132          5152   0166  1094289   603 LNGVTY     0.00       19.06
01512141  5142          5152   0166  1094289   ███ ██████    ████       ██████
01512141  5142          5152   0166  1094289   ███ █████     ████       ██████
          CHECK 10/02/2001 TOTALS:   NET:     1,561.97      48.00     1,561.97             0.00        0.00

Check Date: 10/09/2001
01512101  5112          5152   0166  1094919   100 BASE      40.00      953.00
01512101  5112          5152   0166  1094919   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1094919   151 SPVSRY     0.00       47.65
01512131  5132          5152   0166  1094919   166 EDQ20%     0.00      190.60
01512131  5132          5152   0166  1094919   603 LNGVTY     0.00       19.06
893623    5000          5152   0166  1094919   ███ ██████   ██████      ██████
          CHECK 10/09/2001 TOTALS:   NET:     1,731.49      56.00     1,731.49             0.00        0.00

Check Date: 10/16/2001
01512101  5112          5152   0166  1095373   100 BASE      40.00      953.00
01512101  5112          5152   0166  1095373   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1095373   150 HOL NT     8.00      202.04
01512131  5132          5152   0166  1095373   151 SPVSRY     0.00       47.65
01512131  5132          5152   0166  1095373   166 EDQ20%     0.00      190.60
01512131  5132          5152   0166  1095373   603 LNGVTY     0.00       19.06
893623    5000          5152   0166  1095373   835 DETAIL    20.00      580.00
          CHECK 10/16/2001 TOTALS:   NET:     2,049.53      68.00     2,049.53             0.00        0.00

Check Date: 10/23/2001
01512101  5112          5152   0166  1096006   100 BASE      40.00      953.00
01512101  5112          5152   0166  1096006   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1096006   151 SPVSRY     0.00       47.65
01512131  5132          5152   0166  1096006   166 EDQ20%     0.00      190.60
01512131  5132          5152   0166  1096006   603 LNGVTY     0.00       19.06
893623    5000          5152   0166  1096006   835 DETAIL     8.00      232.00
          CHECK 10/23/2001 TOTALS:   NET:     1,499.49      48.00     1,499.49             0.00        0.00

Check Date: 10/30/2001
01512101  5112          5152   0166  1096477   100 BASE      40.00      953.00
01512101  5112          5152   0166  1096477   104 NGT DF     0.00       57.18
01512131  5132          5152   0166  1096477   151 SPVSRY     0.00       47.65
```

```
04/12/2006                              TOWN OF NATICK                                          PAGE  13
16:22:34                             DETAIL CHECK HISTORY                                       prhisrpt
                                        BY EMPLOYEE NAME
                                     09/25/2001 to 04/11/2006


ORG        OBJ    PROJ    LOC    JOB    CHECK     PAY TYPE    HOURS      AMOUNT  DED TYPE    EMPLOYEE    EMPLOYER
------------------------------------------------------------------------------------------------------------------
  002610                   GRASSEY, BRIAN                LOC: 5152 ORG: 01512101
01512101   5112           5152   0166   1128628   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1128628   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1128628   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1128628   603 LNGVTY    0.00       29.46
 893623    5000           5152   0166   1128628   ████████    ██████     ████████
           CHECK 12/24/2002 TOTALS:      NET:    2,155.88      68.00    2,155.88                0.00         0.00

Check Date: 12/31/2002
01512101   5112           5152   0166   1129276   100 BASE     40.00      982.00
01512101   5112           5152   0166   1129276   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1129276   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1129276   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1129276   603 LNGVTY    0.00       29.46
 893623    5000           5152   0166   1129276   ██████████   ██████     ██████
           CHECK 12/31/2002 TOTALS:      NET:    1,675.88      52.00    1,675.88                0.00         0.00

Check Date: 01/07/2003
01512101   5112           5152   0166   1129736   100 BASE     40.00      982.00
01512101   5112           5152   0166   1129736   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1129736   ████████    ██████     ████████
01512131   5132           5152   0166   1129736   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1129736   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1129736   603 LNGVTY    0.00       29.46
 893623    5000           5152   0166   1129736   ██████████  ██████     ████████
           CHECK 01/07/2003 TOTALS:      NET:    1,644.06      52.00    1,644.06                0.00         0.00

Check Date: 01/14/2003
01512101   5112           5152   0166   1130336   100 BASE     40.00      982.00
01512101   5112           5152   0166   1130336   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1130336   150 HOL NT    8.00      208.18
01512131   5132           5152   0166   1130336   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1130336   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1130336   603 LNGVTY    0.00       29.46
 893623    5000           5152   0166   1130336   ███████████████████████████████
           CHECK 01/14/2003 TOTALS:      NET:    1,644.06      52.00    1,644.06                0.00         0.00

Check Date: 01/21/2003
01512101   5112           5152   0166   1130783   100 BASE     40.00      982.00
01512101   5112           5152   0166   1130783   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1130783   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1130783   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1130783   603 LNGVTY    0.00       29.46
           CHECK 01/21/2003 TOTALS:      NET:    1,315.88      40.00    1,315.88                0.00         0.00

Check Date: 01/28/2003
01512101   5112           5152   0166   1131893   100 BASE     40.00      982.00
01512101   5112           5152   0166   1131893   104 NGT DF    0.00       58.92
01512131   5132           5152   0166   1131893   ██████████████████████████████
01512131   5132           5152   0166   1131893   151 SPVSRY    0.00       49.10
01512131   5132           5152   0166   1131893   166 EDQ20%    0.00      196.40
01512131   5132           5152   0166   1131893   603 LNGVTY    0.00       29.46
01512141   5142           5152   0166   1131893   ██████████████████████████████
```

```
04/12/2006                              TOWN OF NATICK                                              PAGE 14
16:22:34                              DETAIL CHECK HISTORY                                          prhisrpt
                                        BY EMPLOYEE NAME
                                     09/25/2001 to 04/11/2006


ORG       OBJ     PROJ     LOC    JOB     CHECK    PAY TYPE    HOURS      AMOUNT  DED TYPE    EMPLOYEE    EMPLOYER
-------------------------------------------------------------------------------------------------------------------
002610          GRASSEY, BRIAN                    LOC: 5152 ORG: 01512101
          CHECK 01/28/2003 TOTALS:    NET:        1,818.66     56.00    1,818.66                  0.00       0.00

Check Date: 02/04/2003
01512101  5112             5152   0166   1132330   100 BASE     40.00      982.00
01512101  5112             5152   0166   1132330   104 NGT DF    0.00       58.92
01512131  5132             5152   0166   1132330   151 SPVSRY    0.00       49.10
01512131  5132             5152   0166   1132330   166 EDQ20%    0.00      196.40
01512131  5132             5152   0166   1132330   603 LNGVTY    0.00       29.46
          CHECK 02/04/2003 TOTALS:    NET:        1,315.88     40.00    1,315.88                  0.00       0.00

Check Date: 02/11/2003
01512101  5112             5152   0166   1132982   100 BASE     40.00      982.00
01512101  5112             5152   0166   1132982   104 NGT DF    0.00       58.92
01512131  5132             5152   0166   1132982   151 SPVSRY    0.00       49.10
01512131  5132             5152   0166   1132982   166 EDQ20%    0.00      196.40
01512131  5132             5152   0166   1132982   603 LNGVTY    0.00       29.46
893623    5000             5152   0166   1132982   835 DETAIL    8.00      240.00
          CHECK 02/11/2003 TOTALS:    NET:        1,555.88     48.00    1,555.88                  0.00       0.00

Check Date: 02/18/2003
01512101  5112             5152   0166   1133476   100 BASE     16.00      392.80
01512101  5112             5152   0166   1133476   104 NGT DF    0.00       23.57
01512131  5132             5152   0166   1133476   151 SPVSRY    0.00       19.64
01512131  5132             5152   0166   1133476   166 EDQ20%    0.00       78.56
01512131  5132             5152   0166   1133476   603 LNGVTY    0.00       11.78
01512141  5142             5152   0166   1133476   200 O/RATE    4.00      147.30
893623    5000             5152   0166   1133476   835 DETAIL   32.00      960.00
          CHECK 02/18/2003 TOTALS:    NET:        1,633.65     52.00    1,633.65                  0.00       0.00

Check Date: 02/25/2003
01512101  5112             5152   0166   1134176   100 BASE     40.00      982.00
01512101  5112             5152   0166   1134176   104 NGT DF    0.00       58.92
01512131  5132             5152   0166   1134176
01512131  5132             5152   0166   1134176   151 SPVSRY    0.00       49.10
01512131  5132             5152   0166   1134176   166 EDQ20%    0.00      196.40
01512131  5132             5152   0166   1134176   603 LNGVTY    0.00       29.46
893623    5000             5152   0166   1134176
          CHECK 02/25/2003 TOTALS:    NET:        1,764.06     56.00    1,764.06                  0.00       0.00

Check Date: 03/04/2003
01512101  5112             5152   0166   1134665   100 BASE     40.00      982.00
01512101  5112             5152   0166   1134665   104 NGT DF    0.00       58.92
01512131  5132             5152   0166   1134665   151 SPVSRY    0.00       49.10
01512131  5132             5152   0166   1134665   166 EDQ20%    0.00      196.40
01512131  5132             5152   0166   1134665   603 LNGVTY    0.00       29.46
          CHECK 03/04/2003 TOTALS:    NET:        1,315.88     40.00    1,315.88                  0.00       0.00

Check Date: 03/11/2003
01512101  5112             5152   0166   1135231   100 BASE     40.00      982.00
01512101  5112             5152   0166   1135231   104 NGT DF    0.00       58.92
01512131  5132             5152   0166   1135231   151 SPVSRY    0.00       49.10
01512131  5132             5152   0166   1135231   166 EDQ20%    0.00      196.40
```

```
04/12/2006                          TOWN OF NATICK                                      PAGE  15
16:22:34                         DETAIL CHECK HISTORY                                   prhisrpt
                                   BY EMPLOYEE NAME
                               09/25/2001 to 04/11/2006

   ORG      OBJ     PROJ     LOC      JOB     CHECK    PAY TYPE      HOURS      AMOUNT  DED TYPE     EMPLOYEE    EMPLOYER
-------------------------------------------------------------------------------------------------------------------------
   002610          GRASSEY, BRIAN                   LOC: 5152 ORG: 01512101
   01512131  5132            5152     0166    1135231  603 LNGVTY     0.00       29.46
   893623    5000            5152     0166    1135231
             CHECK 03/11/2003 TOTALS:    NET:   1,795.88    56.00    1,795.88                          0.00        0.00

Check Date: 03/18/2003
   01512101  5112            5152     0166    1135697  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1135697  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1135697  151 SPVSRY     0.00       49.10
   01512131  5132            5152     0166    1135697  166 EDQ20%     0.00      196.40
   01512131  5132            5152     0166    1135697  603 LNGVTY     0.00       29.46
             CHECK 03/18/2003 TOTALS:    NET:   1,315.88    40.00    1,315.88                          0.00        0.00

Check Date: 03/25/2003
   01512101  5112            5152     0166    1136305  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1136305  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1136305  151 SPVSRY     0.00       49.10
   01512131  5132            5152     0166    1136305  166 EDQ20%     0.00      196.40
   01512131  5132            5152     0166    1136305  603 LNGVTY     0.00       29.46
   893623    5000            5152     0166    1136305
             CHECK 03/25/2003 TOTALS:    NET:   1,435.88    44.00    1,435.88                          0.00        0.00

Check Date: 04/01/2003
   01512101  5112            5152     0166    1136736  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1136736  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1136736  151 SPVSRY     0.00       49.10
   01512131  5132            5152     0166    1136736  166 EDQ20%     0.00      196.40
   01512131  5132            5152     0166    1136736  603 LNGVTY     0.00       29.46
   893623    5000            5152     0166    1136736
             CHECK 04/01/2003 TOTALS:    NET:   1,675.88    52.00    1,675.88                          0.00        0.00

Check Date: 04/08/2003
   01512101  5112            5152     0166    1137340  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1137340  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1137340  151 SPVSRY     0.00       49.10
   01512131  5132            5152     0166    1137340  166 EDQ20%     0.00      196.40
   01512131  5132            5152     0166    1137340  603 LNGVTY     0.00       29.46
   893623    5000            5152     0166    1137340
             CHECK 04/08/2003 TOTALS:    NET:   2,035.88    64.00    2,035.88                          0.00        0.00

Check Date: 04/15/2003
   01512101  5112            5152     0166    1137769  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1137769  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1137769  151 SPVSRY     0.00       49.10
   01512131  5132            5152     0166    1137769  166 EDQ20%     0.00      196.40
   01512131  5132            5152     0166    1137769  603 LNGVTY     0.00       29.46
   893623    5000            5152     0166    1137769
             CHECK 04/15/2003 TOTALS:    NET:   1,795.88    56.00    1,795.88                          0.00        0.00

Check Date: 04/22/2003
   01512101  5112            5152     0166    1138380  100 BASE      40.00      982.00
   01512101  5112            5152     0166    1138380  104 NGT DF     0.00       58.92
   01512131  5132            5152     0166    1138380  151 SPVSRY     0.00       49.10
```

```
04/12/2006                              TOWN OF NATICK                                    PAGE 16
6:22:34                               DETAIL CHECK HISTORY                                prhisrpt
                                       BY EMPLOYEE NAME
                                     09/25/2001 to 04/11/2006
```

| ORG | OBJ | PROJ | LOC | JOB | CHECK | PAY TYPE | HOURS | AMOUNT | DED TYPE | EMPLOYEE | EMPLOYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002610 | | GRASSEY, BRIAN | | | | LOC: 5152 ORG: 01512101 | | | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138380 | 166 EDQ20% | 0.00 | 196.40 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138380 | 603 LNGVTY | 0.00 | 29.46 | | | |
| 01512141 | 5142 | | 5152 | 0166 | 1138380 | | 8.00 | 294.60 | | | |
| 01512141 | 5142 | | 5152 | 0166 | 1138380 | | | | | | |
| 893623 | 5000 | | 5152 | 0166 | 1138380 | | | | | | |
| | | CHECK 04/22/2003 TOTALS: | | | NET: | 1,889.51 | 57.00 | 1,889.51 | | 0.00 | 0.00 |
| **Check Date: 04/29/2003** | | | | | | | | | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1138839 | 100 BASE | 40.00 | 982.00 | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1138839 | 104 NGT DF | 0.00 | 58.92 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138839 | 150 HOL NT | 8.00 | 208.18 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138839 | 151 SPVSRY | 0.00 | 49.10 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138839 | 166 EDQ20% | 0.00 | 196.40 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1138839 | 603 LNGVTY | 0.00 | 29.46 | | | |
| 01512141 | 5142 | | 5152 | 0166 | 1138839 | | | | | | |
| 893623 | 5000 | | 5152 | 0166 | 1138839 | | | | | | |
| | | CHECK 04/29/2003 TOTALS: | | | NET: | 1,938.66 | 60.00 | 1,938.66 | | 0.00 | 0.00 |
| **Check Date: 05/06/2003** | | | | | | | | | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1139444 | 100 BASE | 40.00 | 982.00 | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1139444 | 104 NGT DF | 0.00 | 58.92 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139444 | 151 SPVSRY | 0.00 | 49.10 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139444 | 166 EDQ20% | 0.00 | 196.40 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139444 | 603 LNGVTY | 0.00 | 29.46 | | | |
| 01512141 | 5142 | | 5152 | 0166 | 1139444 | | 16.00 | 589.20 | | | |
| 893623 | 5000 | | 5152 | 0166 | 1139444 | | | | | | |
| | | CHECK 05/06/2003 TOTALS: | | | NET: | 2,145.08 | 64.00 | 2,145.08 | | 0.00 | 0.00 |
| **Check Date: 05/13/2003** | | | | | | | | | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1139823 | 100 BASE | 40.00 | 982.00 | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1139823 | 104 NGT DF | 0.00 | 58.92 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139823 | 151 SPVSRY | 0.00 | 49.10 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139823 | 166 EDQ20% | 0.00 | 196.40 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1139823 | 603 LNGVTY | 0.00 | 29.46 | | | |
| 163751 | 5000 | | 5152 | 0166 | 1139823 | | | | | | |
| 893623 | 5000 | | 5152 | 0166 | 1139823 | | | | | | |
| | | CHECK 05/13/2003 TOTALS: | | | NET: | 1,952.02 | 60.00 | 1,952.02 | | 0.00 | 0.00 |
| **Check Date: 05/20/2003** | | | | | | | | | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1140437 | 100 BASE | 40.00 | 982.00 | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1140437 | 104 NGT DF | 0.00 | 58.92 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1140437 | 151 SPVSRY | 0.00 | 49.10 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1140437 | 166 EDQ20% | 0.00 | 196.40 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1140437 | 603 LNGVTY | 0.00 | 29.46 | | | |
| 893623 | 5000 | | 5152 | 0166 | 1140437 | | 12.00 | 360.00 | | | |
| | | CHECK 05/20/2003 TOTALS: | | | NET: | 1,675.88 | 52.00 | 1,675.88 | | 0.00 | 0.00 |
| **Check Date: 05/27/2003** | | | | | | | | | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1140874 | 100 BASE | 40.00 | 982.00 | | | |
| 01512101 | 5112 | | 5152 | 0166 | 1140874 | 104 NGT DF | 0.00 | 58.92 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1140874 | 151 SPVSRY | 0.00 | 49.10 | | | |
| 01512131 | 5132 | | 5152 | 0166 | 1140874 | 166 EDQ20% | 0.00 | 196.40 | | | |

```
04/12/2006                          TOWN OF NATICK                                          PAGE  17
16:22:34                         DETAIL CHECK HISTORY                                       prhisrpt
                                  BY EMPLOYEE NAME
                               09/25/2001 to 04/11/2006


  ORG      OBJ    PROJ    LOC    JOB   CHECK    PAY TYPE     HOURS       AMOUNT DED TYPE    EMPLOYEE        EMPLOYER
  -----------------------------------------------------------------------------------------------------------------
  002610           GRASSEY, BRIAN              LOC: 5152  ORG: 01512101
  01512131  5132          5152   0166  1140874  603 LNGVTY    0.00         29.46
  01512141  5142          5152   0166  1140874  800 D/RATE    4.00        147.30
  893623    5000          5152   0166  1140874
           CHECK 05/27/2003 TOTALS:    NET:    2,183.18      68.00       2,183.18              0.00            0.00

Check Date: 06/03/2003
  01512101  5112          5152   0166  1141471  100 BASE     40.00        982.00
  01512101  5112          5152   0166  1141471  104 NGT DF    0.00         58.92
  01512131  5132          5152   0166  1141471  150 HOL NT    8.00        208.18
  01512131  5132          5152   0166  1141471  151 SPVSRY    0.00         49.10
  01512131  5132          5152   0166  1141471  166 EDQ20%    0.00        196.40
  01512131  5132          5152   0166  1141471  603 LNGVTY    0.00         29.46
  893623    5000          5152   0166  1141471
           CHECK 06/03/2003 TOTALS:    NET:    1,764.06      56.00       1,764.06              0.00            0.00

Check Date: 06/10/2003
  01512101  5112          5152   0166  1141885  100 BASE     40.00        982.00
  01512101  5112          5152   0166  1141885  104 NGT DF    0.00         58.92
  01512131  5132          5152   0166  1141885  151 SPVSRY    0.00         49.10
  01512131  5132          5152   0166  1141885  166 EDQ20%    0.00        196.40
  01512131  5132          5152   0166  1141885  603 LNGVTY    0.00         29.46
  893623    5000          5152   0166  1141885
           CHECK 06/10/2003 TOTALS:    NET:    2,035.88      64.00       2,035.88              0.00            0.00

Check Date: 06/17/2003
  01512101  5112          5152   0166  1142650  100 BASE     40.00        982.00
  01512101  5112          5152   0166  1142650  104 NGT DF    0.00         58.92
  01512131  5132          5152   0166  1142650  151 SPVSRY    0.00         49.10
  01512131  5132          5152   0166  1142650  166 EDQ20%    0.00        196.40
  01512131  5132          5152   0166  1142650  603 LNGVTY    0.00         29.46
  01512141  5142          5152   0166  1142650
  893623    5000          5152   0166  1142650
           CHECK 06/17/2003 TOTALS:    NET:    2,108.26      63.00       2,108.26              0.00            0.00

Check Date: 06/24/2003
  01512101  5112          5152   0166  1143097  100 BASE     40.00        982.00
  01512101  5112          5152   0166  1143097  104 NGT DF    0.00         58.92
  01512131  5132          5152   0166  1143097  151 SPVSRY    0.00         49.10
  01512131  5132          5152   0166  1143097  166 EDQ20%    0.00        196.40
  01512131  5132          5152   0166  1143097  603 LNGVTY    0.00         29.46
  893623    5000          5152   0166  1143097
           CHECK 06/24/2003 TOTALS:    NET:    2,035.88      64.00       2,035.88              0.00            0.00

Check Date: 07/01/2003
  01512101  5112          5152   0166  1143640  100 BASE     40.00        982.00
  01512101  5112          5152   0166  1143640  104 NGT DF    0.00         58.92
  01512131  5132          5152   0166  1143640  151 SPVSRY    0.00         49.10
  01512131  5132          5152   0166  1143640  166 EDQ20%    0.00        196.40
  01512131  5132          5152   0166  1143640  603 LNGVTY    0.00         29.46
  893623    5000          5152   0166  1143640
           CHECK 07/01/2003 TOTALS:    NET:    1,675.88      52.00       1,675.88              0.00            0.00
```

```
ORG       OBJ    PROJ   LOC    JOB    CHECK    PAY TYPE      HOURS       AMOUNT  DED TYPE      EMPLOYEE      EMPLOYER
------------------------------------------------------------------------------------------------------------------------
002610         , GRASSEY, BRIAN              LOC: 5152 ORG: 01512101
Check Date: 07/08/2003
01512101  5112          5152   0166   1144048  100 BASE       32.00       785.60
01512101  5112          5152   0166   1144048  104 NGT DF      0.00        47.14
893623    5000          5152   0166   1144048  ███ ██████     ██████     ███████
          CHECK 07/08/2003 TOTALS:    NET:     1,312.74       48.00     1,312.74                   0.00          0.00

Check Date: 07/08/2003
01512101  5112          5152   0166   1144478  100 BASE        8.00       196.40
01512101  5112          5152   0166   1144478  104 NGT DF      0.00        11.78
01512131  5132          5152   0166   1144478  151 SPVSRY      0.00        49.10
01512131  5132          5152   0166   1144478  166 EDQ20%      0.00       196.40
01512131  5132          5152   0166   1144478  603 LNGVTY      0.00        29.46
          CHECK 07/08/2003 TOTALS:    NET:       483.14        8.00       483.14                   0.00          0.00

Check Date: 07/15/2003
01512101  5112          5152   0166   1144844  100 BASE       40.00       982.00
01512101  5112          5152   0166   1144844  104 NGT DF      0.00        58.92
01512131  5132          5152   0166   1144844  ███ ██████      █████      ██████
01512131  5132          5152   0166   1144844  151 SPVSRY      0.00        49.10
01512131  5132          5152   0166   1144844  166 EDQ20%      0.00       196.40
01512131  5132          5152   0166   1144844  603 LNGVTY      0.00        29.46
893623    5000          5152   0166   1144844  ███ ██████     ██████     ███████
          CHECK 07/15/2003 TOTALS:    NET:     2,124.06       68.00     2,124.06                   0.00          0.00

Check Date: 07/22/2003
01512101  5112          5152   0166   1145294  100 BASE       40.00       982.00
01512101  5112          5152   0166   1145294  104 NGT DF      0.00        58.92
01512131  5132          5152   0166   1145294  151 SPVSRY      0.00        49.10
01512131  5132          5152   0166   1145294  166 EDQ20%      0.00       196.40
01512131  5132          5152   0166   1145294  603 LNGVTY      0.00        29.46
01512141  5142          5152   0166   1145294  ███ ██████     ██████     ███████
893623    5000          5152   0166   1145294  ███ ██████     ██████     ███████
          CHECK 07/22/2003 TOTALS:    NET:     2,145.08       64.00     2,145.08                   0.00          0.00

Check Date: 07/29/2003
01512101  5112          5152   0166   1145758  100 BASE       40.00       982.00
01512101  5112          5152   0166   1145758  104 NGT DF      0.00        58.92
01512131  5132          5152   0166   1145758  151 SPVSRY      0.00        49.10
01512131  5132          5152   0166   1145758  166 EDQ20%      0.00       196.40
01512131  5132          5152   0166   1145758  603 LNGVTY      0.00        29.46
01512141  5142          5152   0166   1145758  ███ ██████     ██████     ███████
893623    5000          5152   0166   1145758  ███ ██████     ██████     ███████
          CHECK 07/29/2003 TOTALS:    NET:     2,237.78       68.00     2,237.78                   0.00          0.00

Check Date: 08/05/2003
01512101  5112          5152   0166   1146221  100 BASE       40.00       982.00
01512101  5112          5152   0166   1146221  104 NGT DF      0.00        58.92
01512131  5132          5152   0166   1146221  151 SPVSRY      0.00        49.10
01512131  5132          5152   0166   1146221  166 EDQ20%      0.00       196.40
01512131  5132          5152   0166   1146221  603 LNGVTY      0.00        29.46
01512141  5142          5152   0166   1146221  ███ ██████     ██████     ███████
893623    5000          5152   0166   1146221  ███ ██████     ██████
```

```
04/12/2006                               TOWN OF NATICK                                    PAGE  19
16:22:35                              DETAIL CHECK HISTORY                                 prhisrpt
                                        BY EMPLOYEE NAME
                                     09/25/2001 to 04/11/2006


  ORG      OBJ     PROJ    LOC     JOB     CHECK   PAY TYPE      HOURS      AMOUNT  DED TYPE      EMPLOYEE       EMPLOYER
-----------------------------------------------------------------------------------------------------------------------------
  002610           GRASSEY, BRIAN                  LOC: 5152  ORG: 01512101
           CHECK 08/05/2003 TOTALS:    NET:    2,145.08       64.00      2,145.08                      0.00           0.00

Check Date: 08/12/2003
  01512101 5112            5152    0166   1146702  100 BASE       40.00       982.00
  01512101 5112            5152    0166   1146702  104 NGT DF      0.00        58.92
  01512131 5132            5152    0166   1146702  151 SPVSRY      0.00        49.10
  01512131 5132            5152    0166   1146702  166 EDQ20%      0.00       196.40
  01512131 5132            5152    0166   1146702  603 LNGVTY      0.00        29.46
  01512141 5142            5152    0166   1146702  ███ █████     ██████      ██████
  893623   5000            5152    0166   1146702  ███ █████     ██████      ██████
           CHECK 08/12/2003 TOTALS:    NET:    1,850.48       56.00      1,850.48                      0.00           0.00

Check Date: 08/19/2003
  01512101 5112            5152    0166   1147151  100 BASE       40.00       982.00
  01512101 5112            5152    0166   1147151  104 NGT DF      0.00        58.92
  01512131 5132            5152    0166   1147151  151 SPVSRY      0.00        49.10
  01512131 5132            5152    0166   1147151  166 EDQ20%      0.00       196.40
  01512131 5132            5152    0166   1147151  603 LNGVTY      0.00        29.46
  01512141 5142            5152    0166   1147151  ███ █████     ██████      ██████
  893623   5000            5152    0166   1147151  ███ █████     ██████      ██████
           CHECK 08/19/2003 TOTALS:    NET:    2,090.48       64.00      2,090.48                      0.00           0.00

Check Date: 08/26/2003
  01512101 5112            5152    0166   1147590  100 BASE       40.00       982.00
  01512101 5112            5152    0166   1147590  104 NGT DF      0.00        58.92
  01512131 5132            5152    0166   1147590  151 SPVSRY      0.00        49.10
  01512131 5132            5152    0166   1147590  166 EDQ20%      0.00       196.40
  01512131 5132            5152    0166   1147590  603 LNGVTY      0.00        29.46
  01512141 5142            5152    0166   1147590  ███ █████     ██████      ██████
  893623   5000            5152    0166   1147590  ███ █████     ██████      ██████
           CHECK 08/26/2003 TOTALS:    NET:    1,850.48       56.00      1,850.48                      0.00           0.00

Check Date: 09/02/2003
  01512101 5112            5152    0166   1147968  100 BASE       40.00       982.00
  01512101 5112            5152    0166   1147968  104 NGT DF      0.00        58.92
  01512131 5132            5152    0166   1147968  151 SPVSRY      0.00        49.10
  01512131 5132            5152    0166   1147968  166 EDQ20%      0.00       196.40
  01512131 5132            5152    0166   1147968  603 LNGVTY      0.00        29.46
  893623   5000            5152    0166   1147968  ███ █████     ██████      ██████
           CHECK 09/02/2003 TOTALS:    NET:    2,155.88       68.00      2,155.88                      0.00           0.00

Check Date: 09/09/2003
  01512101 5112            5152    0166   1148450  100 BASE       40.00       982.00
  01512101 5112            5152    0166   1148450  104 NGT DF      0.00        58.92
  01512131 5132            5152    0166   1148450  ███████████████████████████████
  01512131 5132            5152    0166   1148450  151 SPVSRY      0.00        49.10
  01512131 5132            5152    0166   1148450  166 EDQ20%      0.00       196.40
  01512131 5132            5152    0166   1148450  603 LNGVTY      0.00        29.46
  893623   5000            5152    0166   1148450  ███████████████████████████████
           CHECK 09/09/2003 TOTALS:    NET:    1,884.06       60.00      1,884.06                      0.00           0.00

Check Date: 09/16/2003
```

```
04/12/2006                           TOWN OF NATICK                              PAGE  20
16:22:35                         DETAIL CHECK HISTORY                            prhisrpt
                                   BY EMPLOYEE NAME
                               09/25/2001 to 04/11/2006


   ORG      OBJ    PROJ    LOC    JOB    CHECK    PAY TYPE     HOURS      AMOUNT  DED TYPE      EMPLOYEE        EMPLOYER
---------------------------------------------------------------------------------------------------------------------------
  002610              GRASSEY, BRIAN              LOC: 5152  ORG: 01512101
  01512101  5112           5152   0166   1148839  100 BASE     40.00      982.00
  01512101  5112           5152   0166   1148839  104 NGT DF    0.00       58.92
  01512131  5132           5152   0166   1148839  151 SPVSRY    0.00       49.10
  01512131  5132           5152   0166   1148839  166 EDQ20%    0.00      196.40
  01512131  5132           5152   0166   1148839  603 LNGVTY    0.00       29.46
  01512141  5142           5152   0166   1148839  800 D/RATE   16.00      589.20
  893623    5000           5152   0166   1148839  835 DETAIL    7.00      120.00
             CHECK 09/16/2003 TOTALS:   NET:     2,025.08     60.00     2,025.08             0.00            0.00

Check Date: 09/23/2003
  01512101  5112           5152   0166   1149368  100 BASE     40.00      982.00
  01512101  5112           5152   0166   1149368  104 NGT DF    0.00       58.92
  01512131  5132           5152   0166   1149368  151 SPVSRY    0.00       49.10
  01512131  5132           5152   0166   1149368  166 EDQ20%    0.00      196.40
  01512131  5132           5152   0166   1149368  603 LNGVTY    0.00       29.46
  01512141  5142           5152   0166   1149368  800 D/RATE    8.00      294.60
             CHECK 09/23/2003 TOTALS:   NET:     1,610.48     48.00     1,610.48             0.00            0.00

Check Date: 09/30/2003
  01512101  5112           5152   0166   1149793  100 BASE     40.00      982.00
  01512101  5112           5152   0166   1149793  104 NGT DF    0.00       58.92
  01512131  5132           5152   0166   1149793  151 SPVSRY    0.00       49.10
  01512131  5132           5152   0166   1149793  166 EDQ20%    0.00      196.40
  01512131  5132           5152   0166   1149793  603 LNGVTY    0.00       29.46
  01512141  5142           5152   0166   1149793  800 D/RATE    8.00      294.60
  893623    5000           5152   0166   1149793  835 DETAIL   24.00      720.00
             CHECK 09/30/2003 TOTALS:   NET:     2,330.48     72.00     2,330.48             0.00            0.00

Check Date: 10/07/2003
  01512101  5112           5152   0166   1150395  100 BASE     40.00      982.00
  01512101  5112           5152   0166   1150395  104 NGT DF    0.00       58.92
  01512131  5132           5152   0166   1150395  151 SPVSRY    0.00       49.10
  01512131  5132           5152   0166   1150395  166 EDQ20%    0.00      196.40
  01512131  5132           5152   0166   1150395  603 LNGVTY    0.00       29.46
  01512141  5142           5152   0166   1150395  800 D/RATE    8.00      294.60
  893623    5000           5152   0166   1150395  835 DETAIL    8.00      240.00
             CHECK 10/07/2003 TOTALS:   NET:     1,850.48     56.00     1,850.48             0.00            0.00

Check Date: 10/14/2003
  01512101  5112           5152   0166   1150804  100 BASE     40.00      982.00
  01512101  5112           5152   0166   1150804  104 NGT DF    0.00       58.92
  01512131  5132           5152   0166   1150804  151 SPVSRY    0.00       49.10
  01512131  5132           5152   0166   1150804  166 EDQ20%    0.00      196.40
  01512131  5132           5152   0166   1150804  603 LNGVTY    0.00       29.46
  01512141  5142           5152   0166   1150804
  893623    5000           5152   0166   1150804
             CHECK 10/14/2003 TOTALS:   NET:     2,145.08     64.00     2,145.08             0.00            0.00

Check Date: 10/21/2003
  01512131  5132           5152   0166   1151372  167 EDQ25%    0.00      402.62
             CHECK 10/21/2003 TOTALS:   NET:       402.62      0.00       402.62             0.00            0.00
```

```
 4/12/2006                           TOWN OF NATICK                                              PAGE 21
 6:22:35                          DETAIL CHECK HISTORY                                           prhisrpt
                                    BY EMPLOYEE NAME
                                 09/25/2001 to 04/11/2006


 ORG      OBJ    PROJ    LOC    JOB    CHECK    PAY TYPE      HOURS       AMOUNT  DED TYPE    EMPLOYEE    EMPLOYER
 ------------------------------------------------------------------------------------------------------------------
   002610          GRASSEY, BRIAN              LOC: 5152  ORG: 01512101
 Check Date: 10/21/2003
 01512101  5112           5152   0166   1151373  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1151373  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1151373  ███████      ██████      ███████
 01512131  5132           5152   0166   1151373  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1151373  167 EDQ25%     0.00       245.50
 01512131  5132           5152   0166   1151373  603 LNGVTY     0.00        29.46
 893623    5000           5152   0166   1151373  ███ DETAIL   ██████      ██████
           CHECK 10/21/2003 TOTALS:     NET:     2,053.16       64.00     2,053.16                0.00        0.00

 Check Date: 10/28/2003
 01512101  5112           5152   0166   1151793  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1151793  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1151793  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1151793  167 EDQ25%     0.00       245.50
 01512131  5132           5152   0166   1151793  603 LNGVTY     0.00        29.46
           CHECK 10/28/2003 TOTALS:     NET:     1,364.98       40.00     1,364.98                0.00        0.00

 Check Date: 11/04/2003
 01512101  5112           5152   0166   1152354  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1152354  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1152354  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1152354  167 EDQ25%     0.00       245.50
 01512131  5132           5152   0166   1152354  603 LNGVTY     0.00        29.46
 893623    5000           5152   0166   1152354  ███ DETAIL   ██████       240.00
           CHECK 11/04/2003 TOTALS:     NET:     1,604.98       48.00     1,604.98                0.00        0.00

 Check Date: 11/10/2003
 01512101  5112           5152   0166   1152752  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1152752  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1152752  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1152752  167 EDQ25%     0.00       245.50
 01512131  5132           5152   0166   1152752  603 LNGVTY     0.00        29.46
 893623    5000           5152   0166   1152752  ███ DETAIL   ██████       240.00
           CHECK 11/10/2003 TOTALS:     NET:     1,604.98       48.00     1,604.98                0.00        0.00

 Check Date: 11/18/2003
 01512101  5112           5152   0166   1153333  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1153333  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1153333  ███████      ██████      ███████
 01512131  5132           5152   0166   1153333  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1153333  167 EDQ25%     0.00       245.50
 01512131  5132           5152   0166   1153333  603 LNGVTY     0.00        29.46
 01512141  5142           5152   0166   1153333  ███████      ██████      ███████
 893623    5000           5152   0166   1153333  ███████      ██████      ███████
           CHECK 11/18/2003 TOTALS:     NET:     2,107.76       64.00     2,107.76                0.00        0.00

 Check Date: 11/25/2003
 01512101  5112           5152   0166   1153759  100 BASE      40.00       982.00
 01512101  5112           5152   0166   1153759  104 NGT DF     0.00        58.92
 01512131  5132           5152   0166   1153759  151 SPVSRY     0.00        49.10
 01512131  5132           5152   0166   1153759  167 EDQ25%     0.00       245.50
```

```
4/12/2006                              TOWN OF NATICK                                    PAGE 22
6:22:35                              DETAIL CHECK HISTORY                                prhisrpt
                                       BY EMPLOYEE NAME
                                   09/25/2001 to 04/11/2006


   ORG      OBJ    PROJ    LOC    JOB   CHECK    PAY TYPE     HOURS      AMOUNT DED TYPE    EMPLOYEE      EMPLOYER
   -----------------------------------------------------------------------------------------------------

   002610          GRASSEY, BRIAN                 LOC: 5152 ORG: 01512101
   01512131  5132          5152   0166  1153759   603 LNGVTY    0.00        29.46
   01512141  5142          5152   0166  1153759   ████████     ██████      ██████
            CHECK 11/25/2003 TOTALS:    NET:    2,359.26       67.00     2,359.26          0.00          0.00

   Check Date: 12/02/2003
   01512101  5112          5152   0166  1154374   100 BASE     40.00       982.00
   01512101  5112          5152   0166  1154374   104 NGT DF    0.00        58.92
   01512131  5132          5152   0166  1154374   151 SPVSRY    0.00        49.10
   01512131  5132          5152   0166  1154374   167 EDQ25%    0.00       245.50
   01512131  5132          5152   0166  1154374   603 LNGVTY    0.00        29.46
   893623    5000          5152   0166  1154374   ████████     ██████      ██████
            CHECK 12/02/2003 TOTALS:    NET:    1,724.98       52.00     1,724.98          0.00          0.00

   Check Date: 12/09/2003
   01512101  5112          5152   0166  1154792   100 BASE     40.00       982.00
   01512101  5112          5152   0166  1154792   104 NGT DF    0.00        58.92
   01512131  5132          5152   0166  1154792   ████████     ██████      ██████
   01512131  5132          5152   0166  1154792   151 SPVSRY    0.00        49.10
   01512131  5132          5152   0166  1154792   167 EDQ25%    0.00       245.50
   01512131  5132          5152   0166  1154792   603 LNGVTY    0.00        29.46
   01512141  5142          5152   0166  1154792   ████████     ██████      ██████
   893623    5000          5152   0166  1154792   ████████     ██████      ██████
            CHECK 12/09/2003 TOTALS:    NET:    2,402.36       72.00     2,402.36          0.00          0.00

   Check Date: 12/09/2003
   01512131  5132          5152   0166  1154793   709 TR 2.7    0.00     1,378.73
            CHECK 12/09/2003 TOTALS:    NET:    1,378.73        0.00     1,378.73          0.00          0.00

   Check Date: 12/16/2003
   01512101  5112          5152   0166  1155397   100 BASE     40.00       982.00
   01512101  5112          5152   0166  1155397   104 NGT DF    0.00        58.92
   01512131  5132          5152   0166  1155397   151 SPVSRY    0.00        49.10
   01512131  5132          5152   0166  1155397   167 EDQ25%    0.00       245.50
   01512131  5132          5152   0166  1155397   603 LNGVTY    0.00        29.46
   01512141  5142          5152   0166  1155397   ████████     ██████      ██████
            CHECK 12/16/2003 TOTALS:    NET:    1,806.88       52.00     1,806.88          0.00          0.00

   Check Date: 12/23/2003
   01512101  5112          5152   0166  1155841   100 BASE     40.00       982.00
   01512101  5112          5152   0166  1155841   104 NGT DF    0.00        58.92
   01512131  5132          5152   0166  1155841   151 SPVSRY    0.00        49.10
   01512131  5132          5152   0166  1155841   167 EDQ25%    0.00       245.50
   01512131  5132          5152   0166  1155841   603 LNGVTY    0.00        29.46
   893623    5000          5152   0166  1155841   ████████     ██████      ██████
            CHECK 12/23/2003 TOTALS:    NET:    1,844.98       56.00     1,844.98          0.00          0.00

   Check Date: 12/30/2003
   01512101  5112          5152   0166  1156463   100 BASE     40.00       982.00
   01512101  5112          5152   0166  1156463   104 NGT DF    0.00        58.92
   01512131  5132          5152   0166  1156463   151 SPVSRY    0.00        49.10
   01512131  5132          5152   0166  1156463   167 EDQ25%    0.00       245.50
   01512131  5132          5152   0166  1156463   603 LNGVTY    0.00        29.46
```

```
04/12/2006                           TOWN OF NATICK                                      PAGE 23
  6:22:35                         DETAIL CHECK HISTORY                                   prhisrpt
                                    BY EMPLOYEE NAME
                                 09/25/2001 to 04/11/2006


  ORG      OBJ    PROJ   LOC    JOB   CHECK    PAY TYPE    HOURS      AMOUNT  DED TYPE   EMPLOYEE    EMPLOYER
  ---------------------------------------------------------------------------------------------------------------
  002610                GRASSEY, BRIAN              LOC: 5152 ORG: 01512101
  01512141  5142         5152   0166  1156463  [redacted]
  893623    5000         5152   0166  1156463  [redacted]
            CHECK 12/30/2003 TOTALS:     NET:   1,779.58    52.00    1,779.58                0.00       0.00

  Check Date: 01/06/2004
  01512101  5112         5152   0166  1156880  100 BASE      40.00    982.00
  01512101  5112         5152   0166  1156880  104 NGT DF     0.00     58.92
  01512131  5132         5152   0166  1156880  [redacted]
  01512131  5132         5152   0166  1156880  151 SPVSRY     0.00     49.10
  01512131  5132         5152   0166  1156880  167 EDQ25%     0.00    245.50
  01512131  5132         5152   0166  1156880  603 LNGVTY     0.00     29.46
  01512141  5142         5152   0166  1156880  [redacted]
            CHECK 01/06/2004 TOTALS:     NET:   2,266.46    68.00    2,266.46                0.00       0.00

  Check Date: 01/13/2004
  01512101  5112         5152   0166  1157424  100 BASE      40.00    982.00
  01512101  5112         5152   0166  1157424  104 NGT DF     0.00     58.92
  01512131  5132         5152   0166  1157424  [redacted]
  01512131  5132         5152   0166  1157424  151 SPVSRY     0.00     49.10
  01512131  5132         5152   0166  1157424  167 EDQ25%     0.00    245.50
  01512131  5132         5152   0166  1157424  603 LNGVTY     0.00     29.46
  01512141  5142         5152   0166  1157424  [redacted]
  893623    5000         5152   0166  1157424  [redacted]
            CHECK 01/13/2004 TOTALS:     NET:   2,576.96    76.00    2,576.96                0.00       0.00

  Check Date: 01/20/2004
  01512101  5112         5152   0166  1157834  100 BASE      40.00    982.00
  01512101  5112         5152   0166  1157834  104 NGT DF     0.00     58.92
  01512131  5132         5152   0166  1157834  151 SPVSRY     0.00     49.10
  01512131  5132         5152   0166  1157834  167 EDQ25%     0.00    245.50
  01512131  5132         5152   0166  1157834  603 LNGVTY     0.00     29.46
  01512141  5142         5152   0166  1157834  [redacted]
            CHECK 01/20/2004 TOTALS:     NET:   1,659.58    48.00    1,659.58                0.00       0.00

  Check Date: 01/27/2004
  01512101  5112         5152   0166  1158440  100 BASE      40.00    982.00
  01512101  5112         5152   0166  1158440  104 NGT DF     0.00     58.92
  01512131  5132         5152   0166  1158440  [redacted]
  01512131  5132         5152   0166  1158440  151 SPVSRY     0.00     49.10
  01512131  5132         5152   0166  1158440  167 EDQ25%     0.00    245.50
  01512131  5132         5152   0166  1158440  603 LNGVTY     0.00     29.46
  01512141  5142         5152   0166  1158440  [redacted]
            CHECK 01/27/2004 TOTALS:     NET:   1,720.46    52.00    1,720.46                0.00       0.00

  Check Date: 02/03/2004
  01512101  5112         5152   0166  1158901  100 BASE      40.00    982.00
  01512101  5112         5152   0166  1158901  104 NGT DF     0.00     58.92
  01512131  5132         5152   0166  1158901  151 SPVSRY     0.00     49.10
  01512131  5132         5152   0166  1158901  167 EDQ25%     0.00    245.50
  01512131  5132         5152   0166  1158901  603 LNGVTY     0.00     29.46
  893623    5000         5152   0166  1158901  [redacted]
            CHECK 02/03/2004 TOTALS:     NET:   1,604.98    48.00    1,604.98                0.00       0.00
```