# EXHIBIT A

```
                    25                                              27
1   no, but once a year, I am required to go to an    1   whatever.
2   update class.                                     2         Sometimes Lieutenant Mason or Lieutenant
3   Q.    But you don't make it a practice of keeping 3   Pagliarulo will call me on my Nextel and say, "Are
4   yourself apprised of changes in the law?          4   you around? We got an incident, going over a
5   A.    Personally, I try to but not for the        5   deceased person in a home. Could you take a ride
6   department, no. I mean, I like to keep myself     6   over there and make sure everything is done
7   updated.                                          7   correctly?"
8   Q.    Is that important for you to do your job?   8   BY MS. NORTH:
9   A.    Yeah, it is, very important to me. I spend  9   Q.    Do you have the occasion to interact with
10  a lot of money taking classes on my own time.     10  and direct any patrol officers in your role as town
11  Q.    What kind of classes do you take on your own 11  safety officer?
12  time?                                             12  A.    No. Not really, no. There are officers
13  A.    Professional, professional-type classes,    13  that are assigned to highway safety positions, but
14  Commonwealth Police Services classes, promotional 14  they report to the supervisor of that shift. But if
15  update classes, which includes statutory and      15  they needed batteries for the LIDAR or radar,
16  criminal law, management, managerial classes,     16  they'll come to me, and I'll give them to them.
17  promotional. I mean, if you want to study -- if you 17 Q.    Do you interact with the supervisor of the
18  want to get promoted, you got to study.           18  shift that then interacts with the police officers
19  Q.    So do you take these classes on your days   19  who are assigned to highway safety?
20  off?                                              20        MR. CANZONERI: Objection.
21  A.    Yes.                                        21        THE WITNESS: Usually, before the shift and
22  Q.    Do you pay for them yourself?               22  after the shift. We're required to be on duty to do
23  A.    Yes. Well, let me see. Let me rephrase      23  our research 15 minutes before and 15 minutes after.
24  that. We receive a stipend every year for         24  Which in a lot of our cases, it's more like an hour

                    26                                              28
1   in-service training credits, okay?                1   before, an hour after, a half hour before, and a
2   Q.    Yes.                                        2   half hour after. I'll interact with them prior to
3   A.    That stipend is, let's say for the sake of  3   roll call, prior to my situation because I cover two
4   argument -- I don't even know what it is. It's    4   roll calls.
5   really $1200 maybe. In the course of a year, I    5         The day shift roll call, I usually meet with
6   probably spend $2500, okay?                       6   them at 7:30, quarter of 8:00, and say, "Okay.
7   Q.    So some of it is from the stipend, and some 7   Listen, I sent you a bunch of E-mails today about
8   of it is --                                       8   Jane, and all these complaints that came in," or,
9   A.    Yes.                                        9   "Officers aren't filling in the RMV required blocks
10  Q.    -- from your own pocket?                    10  on an accident report or crash report, and could you
11  A.    Right.                                      11  take care of that?"
12  Q.    Do you have any staff in the traffic --     12        And at 4:00 to 12:00 roll call, I'll have to
13  A.    None. I'm an island amongst myself.         13  stay till 4:15 or 4:30 or most often than not, 4:45
14  Q.    Do you have occasion to interact with or    14  or five o'clock to go over those issues with them,
15  direct the patrol officers at all?                15  especially, -- primarily, a lot of it's got to do
16  A.    Yes.                                        16  with crash reports, because we have the RMV form
17  Q.    How do you do that?                         17  that needs to be filled out. And there's specific
18        MR. CANZONERI: Objection.                   18  blocks on that form that are required by the RMV.
19        THE WITNESS: When -- if I'm available, and  19  And in haste, -- we're a very busy department, okay,
20  if I'm on the road and there's a major incident   20  and we don't have a lot of staff. So a lot of guys
21  that comes down, in the last year and a half, I can 21 are trying to do things rather quickly, and they
22  count on one hand the amount of times they've asked 22 miss the insurance company on a name of an accident
23  me to step in to augment -- or supplement, rather, 23  report. Well, that's required by the RMV. So we
24  the patrol supervisor who is on a day off or      24  need to make sure that, you know, that gets back to
```

Page 33

```
 1  when I come in at 6:15, meet with them first.
 2  Q.      How long are you usually in the gym?
 3  A.      Half hour, 45 minutes, if I can.
 4  Q.      Is that in your facility?
 5  A.      Uh-huh. (Indicates affirmatively). It's
 6  about two doors --
 7          MR. CANZONERI: You have to verbalize.
 8          THE WITNESS: -- from me.
 9          MR. CANZONERI: You can't say, "Uh-huh."
10  You need to verbalize.
11          THE WITNESS: Oh, yes. It's about two doors
12  down from my office.
13  BY MS. NORTH:
14  Q.      You said you attend roll call. Do you ever
15  run roll call?
16  A.      No. Oh, if I'm on an overtime shift working
17  in the capacity of a supervisor, shift supervisor,
18  yes.
19  Q.      In your roll --
20  A.      But not --
21  Q.      -- as traffic safety --
22  A.      No.
23  Q.      -- officer?
24  A.      No.
```

Page 34

```
 1  Q.      In your regular course of your regular week?
 2  A.      No.
 3  Q.      Do you put in for overtime for this work
 4  prior to your shift?
 5  A.      No.
 6  Q.      Why not?
 7  A.      That's just my nature. The only time I'll
 8  put in for an overtime slip if I'm at a meeting and
 9  it's, like, after five o'clock, then I'll put in for
10  a slip.
11  Q.      Do you stay after your shift regularly?
12  A.      Yeah.
13  Q.      How late do you usually stay?
14  A.      I try to get out of there by quarter of
15  5:00, five o'clock, if I can.
16  Q.      What do you do between 4:00 and 5:00?
17  A.      Go to the roll call, 4:00 to 12:00. If it's
18  something that I need to be to, I try to meet with
19  the sergeants as they come at 3:30, quarter of 4:00,
20  and usually, what they'll do is they even stop by my
21  office instead of me having to go downstairs, many
22  of them on that shift at least. And sometimes I'll
23  go to roll call. Other times I'll just meet with
24  them directly.
```

Page 35

```
 1          And if there's something that needs to be --
 2  like the chief says, -- sends me a video, a DVD,
 3  says, "I want the sergeants to show this at roll
 4  call. Will you set it up?" I'll get the DVD set up
 5  over there for him, send out an E-mail, blah, blah,
 6  blah, and then I try to finish off what I got to do
 7  and try to get out of there as early as I can.
 8  Q.      Do you pretty consistently work until --
 9  A.      I would say --
10  Q.      -- 4:45 --
11  A.      -- 4:30.
12  Q.      -- or 5:00?
13  A.      It's very consistent to 4:30.
14  Q.      Do you put in overtime for that time?
15  A.      (Indicates negatively).
16  Q.      Why not?
17          THE REPORTER: I'm sorry. Could you answer
18  for the record, please?
19          THE WITNESS: I'm sorry, no.
20          THE REPORTER: Thank you.
21          THE WITNESS: I apologize.
22  BY MS. NORTH:
23  Q.      Why not?
24  A.      It's just not my nature. You know, it's
```

Page 36

```
 1  nickel and dime to me.
 2  Q.      When would you put in an overtime slip?
 3  A.      If again, if I was at a meeting. If it was
 4  something above and beyond what I think that I
 5  should be required to do at the end of my tour of
 6  duty, like, if the chief said "There is a meeting at
 7  3:30 regarding Natick Days," which is a rather large
 8  outdoor weekend event. It's at 3:30, and I'm there
 9  till 4:30, quarter of 5:00, five o'clock, I get back
10  to the station, and I'm finally dreading fighting
11  the traffic on the way home, I'll put in a slip for
12  an hour comp time. But I can't tell you the last
13  time I put in a slip that was for less than an hour.
14  Q.      When you put in your slip for these
15  periods, do you put in the actual hours of overtime
16  that you have worked, or do you put down blocks of
17  time?
18  A.      It would be -- overtime's all -- for me, at
19  least, overtime's all on actual hours.
20  Q.      When do you submit the slip?
21  A.      Right then and there usually. If it's
22  something that the chief's going to sign because
23  it's something that he assigned me to, because he's
24  probably gone and his office is closed, the next
```

# EXHIBIT B

```
                                                        29
1    assigned to work who were actually on a day off,
2    was also in charge of reviewing the reports that
3    came in to make sure that they were complete and
4    concise, and I would then -- if I felt that
5    something should be followed up by a patrol
6    officer, I would return that report to the sergeant
7    to go back to the officer.
8           Or if I felt something maybe should go to
9    detectives, I would hand it to whoever was in charge
10   of detectives and say, you know, "I think you should
11   follow this up. You know, but it's your decision as
12   to whether the detectives are going to follow it up
13   or not." And most of the time that process went
14   fairly smoothly.
15          Occasionally, they say, "No, you know, have
16   a uniform guy do it because my people are just too
17   busy tied up doing other things," or, "Uniform has
18   the ability to do it." It was an investigation that
19   could be done completely in town while the officer
20   was on his regular duties, not involving any travel
21   out of town or any overtime.
22   Q.   Who did you report to?
23   A.   To the chief.
24   Q.   Who reported to you?
```

```
                                                        30
1    A.   All the patrol sergeants. Most often, the
2    senior sergeants in charge of the shifts but also,
3    in their absence, the more junior sergeants.
4    Q.   Did the patrol officers report to you?
5    A.   We tried not to break the chain of command,
6    unless it was absolutely necessary. I would
7    sometimes go directly to an officer if it was
8    because something had to be done right away, or,
9    say, an arrest that had been brought in and the
10   complaint application was ready to go to court but
11   I found something wrong with the report, the
12   sergeant, perhaps, was no longer there, having got
13   off duty, say, a late arrest in the shift, the
14   sergeant did the booking, left at the end of the
15   shift, the officer did the report, now we're 45
16   minutes later, it was more expedient to go directly
17   to the officer and say "Hey, you better clean this
18   up," you know, or, "You got to do one more thing
19   here or there go."
20          But, generally, we tried to go through the
21   sergeants, not all -- not always possible because of
22   days off or scheduling conflicts and things of that
23   manner, but generally, we tried to follow the chain
24   of command and not bypass direct supervision.
```

```
                                                        31
1    Q.   That is actually an interesting term you
2    used, "chain of command." Can you tell me what it
3    means in the police department in Natick?
4    A.   Well, in the Natick Police Department, it
5    would mean that the lieutenants generally answer
6    directly to the chief and nobody else. The
7    sergeants generally answer to the lieutenants, not
8    to say that -- and generally, within divisions. So
9    that the patrol sergeants reported to the patrol
10   lieutenant. If there was a sergeant in detectives,
11   he reported to the lieutenant in charge of
12   detectives, not to say that in cases of an emergency
13   or when, perhaps, another lieutenant wasn't present,
14   that I, as a division commander, couldn't tell
15   another sergeant what to do.
16          But it was generally if -- I'll say with my
17   time in detectives as a lieutenant in charge of
18   detectives, if I wanted something out of patrol, I
19   would go back to the patrol lieutenant and ask him
20   to go back to the patrol sergeant and maybe then
21   down to the patrol officer to handle whatever little
22   problem I had come up with, and I would not go
23   directly to the officer, unless, again, there was
24   something expedient, that there was an arrest made
```

```
                                                        32
1    that we're waiting to transfer the person to the
2    court and something had to get done right away.
3           And again, then the sergeants -- the patrol
4    officers reported to the sergeants, and they would
5    not skip the sergeants to bring a problem to the
6    lieutenant, generally, unless they were not -- they
7    brought a problem to the sergeant and they weren't
8    satisfied with the answer they got.
9           Hopefully, the two of them would then go to
10   the lieutenant with the problem. Sometimes human
11   nature and frustration would set in, and the
12   sergeant -- you would wait for the sergeant to go
13   around the corner. And then they'd go running up to
14   the lieutenant, but they were generally reminded.
15   Or the sergeant would just be called in --
16   Q.   Okay.
17   A.   -- to address the problem. You wouldn't --
18   you wouldn't bypass that process, you know, and
19   break the chain of command.
20   Q.   Is it fair to say that it is a pretty
21   clear-cut chain of command?
22   A.   Yes, it is.
23   Q.   So you were patrol services division
24   commander?
```

45

1  was a very important function that had to be
2  performed. It was a requirement from MEMA that the
3  emergency plan be redone completely every five
4  years. 2003 happened to be that year.
5      I was the resident expert on the incident
6  command system, which is a system that fire
7  departments had been using for years for when they
8  have -- actually have, like, something bad, a bad
9  fire, a missing child. It's basically an
10 organizational system on how to handle a problem. I
11 was the resident expert on the police department,
12 having attended many courses between 1997 and 2002,
13 and since that was a large part of what's going to
14 go on should a disaster hit, he thought I was the
15 best person to be -- to be doing the work at the
16 time.
17 Q.    Well, I think that is what I am trying to
18 figure out is, it sounds like a position that would
19 require somebody with a great deal of expertise,
20 talent, and ability in the field because of the
21 responsibilities, is that correct, or am I wrong?
22 A.    It required training. Naturally, it turns
23 out that the incident command system was not as
24 important to this particular process as it was just

46

1  general data gathering.
2      Certainly, at times when you went out to
3  gather information, sometimes people were glad to
4  see you, thinking it was great, all probably
5  backlash from 9/11, saying, "Oh, the town's finally
6  doing something to protect us."
7      Sometimes people were a little suspicious of
8  what you were trying to accomplish. Sometimes
9  having a lieutenant on the police department was
10 more impressive certainly than sending a patrolman
11 around as to saying that, "This information is
12 important to the town. We need it."
13 Q.    Was it a community position where you were
14 liaisoning with the community regularly to gather
15 the information --
16 A.    Absolutely.
17 Q.    -- about their needs?
18 A.    Absolutely, talking to the nursing homes,
19 day cares. Again, some people would give the
20 information willingly. Some people were suspicious.
21     Since I had the option of working plain
22 clothes or uniform, if I showed up in plain clothes,
23 they'd want to see, you know, identification, which
24 I understood. People don't want to let you into a

47

1  day care with 60 kids, you know, when they don't
2  know who you are, even with a gun and a badge
3  displayed.
4      And that turned out to be a large
5  information-gathering process, but it wasn't my only
6  duty. I was also liaison with the community as far
7  as crime problems or the elderly on how to protect
8  themselves. So I'm also talking sometimes to the
9  same groups but for different reasons.
10     I was the person the patrol officers had a
11 process to get a stipend doing community service
12 work, whether that was finger painting at a school
13 fair or doing ride-alongs maybe with kids
14 interested, Explorers from the Boy Scout program, or
15 troubled teens in the afternoons. That was pretty
16 well set, the criteria. Although, community service
17 was kind of widespread. All those things had to be
18 approved by the chief.
19     If somebody came up with an idea, a new
20 idea, I would bring it to the chief. The officer
21 would bring it to me. I would bring it to the
22 chief, and if it was okay with the chief, they get
23 to do it. If it wasn't okay, they would look for
24 something, something else, and then they would do

48

1  their eight or ten hours. And I would sign off on
2  the sheet and pass it off to Sergeant Fitzpatrick.
3      I was also given the job, again, partly
4  because of the emergency management work, of
5  outfitting all the officers with gas masks and
6  rubber gloves and white plastic suits. So in case
7  of a hazmat spill or something else, they would have
8  some protection. So I became the quartermaster, so
9  to speak, of ordering and dispensing this emergency
10 equipment.
11 Q.    Okay.
12 A.    Also, liaison to the auxiliary police,
13 getting some of their uniforms together because they
14 were volunteering at night on weekends. So I'd end
15 up collecting and dispensing uniforms just because
16 they weren't available during the day when the
17 suppliers were available.
18 Q.    Now, why did that position require you to
19 work pre- or post-shift?
20 A.    It did not for the most part until 2004 when
21 we got a new computer system in, and I became report
22 review. So every report that came into the station
23 I had to review, with the exception of the traffic
24 accidents, which were done by the traffic sergeant.

49
1  So I would review every report and then forward them
2  either back to the officer because I felt something
3  was missing or something else needed to be done. I
4  would forward it to the detective lieutenant if I
5  thought it was something detectives should follow-up
6  and then have him look at it and see if he thought
7  it was appropriate.
8        If it was something I thought patrol should
9  follow-up, I would either go to the detective --
10 usually to the operations lieutenant, who would then
11 go to the sergeant, and then down to a patrolman.
12       Now, if it was something that was completed
13 and a lot of reports don't require any, say, further
14 court action, they just filed a report, and that's
15 the end of it. So those I would okay and send down
16 to records.
17       If it was something that had to go to court,
18 then I would okay that before. The people in
19 records would then put it all together and send it
20 down to the court.
21 Q.    Did you ever put in for overtime for that
22 extra work that you were performing?
23 A.    No, most of that work when I started doing
24 report review, it varied from day to day. Monday,

50
1  it might be five or six hours. Tuesday, it was
2  three or four. Wednesday, Thursday, Friday, that I
3  could probably be done in two hours in the morning
4  and bingo, and then I just check, say, two o'clock
5  in the afternoon to see if any reports had been
6  filed, and, you know, a hour later. So it was
7  busier naturally on Monday and Tuesday, and in the
8  course of the week, it got -- it got slower and
9  slower.
10 Q.    So why didn't you put in for overtime,
11 though, if you were working extra hours?
12 A.    I was not working extra hours then.
13 Q.    Oh, okay. So when did you start working
14 pre- and post-shift?
15 A.    That was when I was in detectives.
16 Q.    What years was that?
17 A.    That would have been until -- that would
18 have been -- well, I took over detectives in 1997,
19 and I was there until July 2002.
20 Q.    In that role, did you manage the detective
21 division?
22       MR. CANZONERI: Objection.
23 BY MS. MURPHY:
24 Q.    Do you understand the question?

51
1  A.    I do.
2  Q.    Okay.
3  A.    Yes, I was in charge of detectives.
4  Q.    Did you put in for overtime when you were
5  managing the detective division?
6  A.    Generally, --
7        MR. CANZONERI: Objection.
8        THE WITNESS: Generally, no, unless I was
9  there more than an hour. I would oftentimes --
10 since my particular situation involved dropping my
11 daughter off at school at quarter of 8:00 in the
12 morning in Framingham, I oftentimes wouldn't get to
13 work until right at eight o'clock. You know, those
14 mornings that I got there late and didn't go to roll
15 call, I would stand on roll call at four o'clock and
16 again, also offered me the opportunity to speak to
17 my night detective at the end of roll call.
18       Oftentimes, there might be something going
19 on. The detectives would be coming in at 3:00,
20 3:15, 3:30 in the afternoon, and they're all trying
21 to -- you know, I got three or four people all
22 trying to update me on what they've done during the
23 day, and generally, nobody's in a real hurry.
24       You know, there was no bell that went off at

52
1  four o'clock that said, "Okay. Stop work now. Stop
2  talking. Run out of door." So if we were having a
3  conversation, that conversation continued, you know,
4  for a period of time, ten, 15, 20 minutes. It was
5  routine.
6        I very seldom got home before 4:30, you
7  know, in the afternoon, and I lived less than a
8  quarter of a mile from the station. So it's walk
9  out the door, walked in the other door, so, yeah,
10 very seldom got out right at four o'clock. But
11 unless I was there past quarter of 5:00, five
12 o'clock, I wouldn't bother putting in a slip.
13 Q.    Did Chief Mannix ever deny you overtime?
14 A.    No.
15 Q.    Did Chief Mannix ever require you to work
16 overtime when you didn't want to?
17 A.    It's kind of difficult to answer that. If
18 the chief wanted me to do something, I can't recall
19 anytime when it wasn't a good reason for that
20 request. There were sometimes when I was asked to
21 maybe do some things at night that I would have
22 preferred to have stayed at home, but again,
23 situations when he felt that because of my position
24 or because of my training and experience, he wanted

...

**Page 53**

1 me to handle something, which I did. I was first
2 and foremost a police officer. When you're -- when
3 you're asked to investigate a crime, you investigate
4 a crime.
5 Q.     Did the chief ever require you to work
6 details?
7 A.     Details?
8 Q.     Yes.
9 A.     No.
10 Q.    Did you work details?
11 A.    I stopped working details for the most part
12 about the year 2000.
13 Q.    Do you ever recall any officer complaining
14 about being required to work a detail?
15 A.    I'm going to ask you to define "detail."
16 Q.    Sure.
17 A.    By "detail," are you referring to maybe,
18 like, the Fourth of July parade, Patriot's Day, or
19 are you referring to details with private
20 contractors, say, NSTAR or Verizon or somebody like
21 that?
22 Q.    Good question. I am referring to anything
23 that would fall or was paid as a detail within your
24 contract for the town?

**Page 54**

1 A.     Okay. That would be private contractors.
2 Q.     Okay.
3 A.     Okay. Any work done for the marathon,
4 Boston Marathon, Fourth of July parade, the
5 fireworks, that would be overtime, okay? But
6 private details, I don't believe anybody was ever
7 forced to work a private detail.
8        They had on occasion, because of safety
9 concerns, prioritized some jobs that the job was so
10 destruct -- destructive -- disruptive to traffic or
11 to the safety of the public that they wanted that
12 detail covered first, and other jobs with less
13 serious traffic problems were let go until that
14 first job had been filled. But those were sort of
15 few and -- you know, few and far between.
16 Q.    When you were an employee of the Natick
17 Police Department, were you a member of a union?
18 A.    Yes, I was.
19 Q.    What was that union?
20 A.    International Brotherhood Of Police
21 Officers.
22 Q.    Did the agreement between the police
23 department and the union set forth the terms of your
24 employment with the town?

**Page 55**

1 A.     Yes, it did.
2 Q.     Did you note in Exhibit 1 that both the Town
3 of Natick and the Natick Police Department have been
4 charged as defendants, and actually, also, Chief
5 Mannix?
6 A.     Yes, I can see that.
7 Q.     Can you tell me the difference between the
8 Town of Natick and the Natick Police Department?
9       MR. CANZONERI: Objection.
10 BY MS. MURPHY:
11 Q.    If you know? Do you understand the
12 question?
13 A.    I understand the question. I'm not sure I
14 can adequately describe it. I'll try as best I
15 can.
16     The Town of Natick, as far as this goes,
17 would be maybe the executive capability of the town,
18 the town administrator, that type of thing,
19 certainly not, like, the department of public works
20 or the school department or something. I think
21 this would be the executive part of the Town of
22 Natick.
23     Any further definition would probably best
24 come from counsel. (Witness indicating.)

**Page 56**

1       MS. MURPHY: Just a quick break? I will
2 leaf through, make sure I got everything.
3       MR. CANZONERI: Sure.
4       MS. MURPHY: Thanks.
5       (Brief recess.)
6       MS. MURPHY: I have just one more question.
7 BY MS. MURPHY:
8 Q.     Do you have any records in your personal
9 possession which document or show the hours that you
10 worked while you were employed by the Natick Police
11 Department?
12      MR. CANZONERI: You mean here right now?
13      MS. MURPHY: In general.
14      MR. CANZONERI: Yes.
15      THE WITNESS: No, I do not.
16 BY MS. MURPHY:
17 Q.    So you didn't maintain any records tracking
18 your work hours?
19 A.    No, I did not.
20     MS. MURPHY: That is it. I guess I have
21 been suspending. I don't know what you did
22 yesterday, and then Jack objects.
23     MR. CANZONERI: Yes, I will object to the
24 suspension.

# EXHIBIT C

13

1  A.      I would say between five or ten minutes of.
2  Q.      Of 8:00?
3  A.      Eight o'clock, yeah, on an average basis.
4  Today, I was there at 7:30, but that's not as
5  common.
6  Q.      What do you do in that time before your
7  shift starts?
8  A.      Generally, check in with the midnight to
9  8:00 sergeant to see if there are any arrests or
10 anything I should know about significant that
11 happened. If there's anything I wish to read at
12 roll call, I'll prepare that and, of course, get my
13 own gear on, gun belt, whatnot, and I will check in
14 sometimes with the records clerk and Officer
15 Keraissey, who is our court liaison, see if there's
16 any problems there, anything I should know about
17 regarding upcoming court cases or people that were
18 arrested overnight.
19         If Lieutenant Grassey's off, I'll go out and
20 oftentimes, assume some of his duties, make sure the
21 reports are approved, sent in a timely manner to the
22 court.
23 Q.      Do you ever put in overtime for those extra
24 minutes before your shift?

14

1  A.      No.
2  Q.      Why not?
3  A.      We have a portion in our contract that we're
4  given, give us $1,000 a year to do what is necessary
5  before or after a shift in a reasonable amount of
6  time. I feel it's covered already, and if I put in
7  overtime for that, it would be like double dipping,
8  getting paid twice for the same, which is not
9  frowned upon by everybody. But by me, it is.
10 Q.      When do you finish your day, typically?
11 A.      Typically, about 4:30 at the earliest. I
12 can count on probably one hand the time I get out
13 right at 4:00. Again, with that same provision in
14 the contract, I usually estimate it as if you --
15 ball parking, would be 15 minutes before and 15
16 minutes after. I find more of my -- most of my
17 problems with things I have to interact with are
18 from 4:00 to 4:30, rather than get there before
19 8:00, so I always stay late. 4:00 to 12:00 is a lot
20 of the younger officers, you know, a little more
21 needy in terms of supervision, younger sergeants as
22 well. So I find that a lot of my activities are
23 directed to the 4:00 to 12:00 shift, so I tend to
24 wait my time that I'm compensated for under the

15

1  contract toward the 4:00 to 4:30.
2  Q.      So you don't put in overtime for that time
3  you stay after your shift, either?
4  A.      I put in overtime for the time from about
5  4:30 onward. In other words, I feel under the
6  contract I owe the town a certain reasonable amount
7  of time to effectively supervise, so I arbitrarily
8  estimate 4:30. Anything after that significantly,
9  like, at five o'clock, 5:30, or 6:00, I'll put in
10 for an overtime slip.
11 Q.      And is that considered contiguous overtime
12 under your contract?
13 A.      That's how I put it in.
14 Q.      And so you put in for the exact amount of
15 time, --
16 A.      I'll say, you know, --
17 Q.      -- extra time that you have worked?
18 A.      -- 16:30 to 18:00 or something like that or
19 18:15.
20 Q.      Okay.
21 A.      Sometimes it's a little fuzzy. I'll cut it,
22 cut it short because I may have a personal phone
23 call during that time. I talk to my wife, or my son
24 needs a ride later on or something like that, and if

16

1  that takes up 20 minutes, I don't charge the town
2  for that. So that sometimes mixes in there. So I
3  might get out at 5:30 but just charge them till 5:00
4  or 5:15 if I spend some time on a personal call.
5  Q.      Who do you report to?
6  A.      I report to in the chain of command
7  Lieutenant Peter Mason, who's the executive officer,
8  and I also report to the chief.
9  Q.      What distinguishes whether you report to
10 Lieutenant Mason or the chief?
11 A.      If Lieutenant Mason assigns certain things
12 to me to do, I'll report directly back to him. If
13 through the chief's office I'm assigned a certain
14 task, I will update him and keep him informed of my
15 progress.
16         For example, I supervise the background
17 investigations of different employees, and I assign
18 sergeants through the backgrounds. And as I get
19 information from them, I'll keep the chief informed
20 of how the progress is going with the investigation,
21 or if he decides he wants me to concentrate in
22 certain areas or needs certain things investigated,
23 I'll transmit that back to the sergeants. So that I
24 would report directly to him and sort of cc

17
1 Lieutenant Mason.
2 Q. Is patrol services a division of the police
3 department?
4 A. Yeah, I believe that's how it's --
5     MR. CANZONERI: Objection.
6     THE WITNESS: -- described sometimes.
7 BY MS. NORTH:
8 Q. In the course of your day, do you have
9 occasion to notice when your sergeants come and go,
10 when their shifts start or end?
11 A. Indirectly.
12 Q. What do you mean by "indirectly"?
13 A. I may see a 4:00 to 12:00 sergeant in the
14 hallway at 20 minutes or 15 minutes of 4:00. So
15 that I know he's obviously in before his shift. I
16 don't -- we have the capability of looking at the
17 sensors for the doors and see which card goes in and
18 out, but I would not do that in my normal course of
19 business. That would only be if I was investigating
20 something, and, in fact, most of the time Lieutenant
21 Mason checks into that.
22 Q. So you don't have them check in with you on
23 a regular basis?
24 A. No, I usually check in with them, the other

18
1 way around, because there's two shifts, one coming
2 and one going.
3 Q. Right.
4 A. So I bounce back and forth.
5 Q. Do you have an expectation that in the
6 course of their duties as sergeants your sergeants
7 will come --
8     MR. CANZONERI: I'm sorry. I just couldn't
9 hear.
10     MS. NORTH: Sorry.
11 BY MS. NORTH:
12 Q. Do you have an expectation that in the
13 course of their duties as sergeants the sergeants
14 and patrol will arrive at least 15 minutes early
15 before their shift?
16 A. I don't have a specific time expectation. I
17 believe they should be there, grab the sergeant's
18 book, consult with the previous sergeant, who it is.
19 I don't look at them as 15 minutes or ten minutes or
20 five minutes. They should just be there before,
21 minimally enough to grab the sergeant's books of
22 notices, detail and overtime book to read off,
23 confer briefly with the previous sergeant, was
24 anybody locked up, you know, that we should take

19
1 care of, head to roll call, but I don't hold them to
2 a specific time.
3 Q. Would you observe if they weren't coming in
4 early?
5     MR. CANZONERI: Objection.
6     THE WITNESS: In the normal course of my
7 duties, if it came to my attention, I would observe
8 it. I don't go out there on a regular course and
9 time them when they come in, but if I went to a 4:00
10 to 12:00 roll call, 16:00 and there's no sergeant
11 and it gets to be 16:10, I will try to look into the
12 reason for that. Sometimes it's because they're
13 tied up downstairs with an arrestee or something. I
14 don't -- I don't time them coming in, but I -- or if
15 I get a complaint, Lieutenant Mason or the chief or
16 one of the patrol officers complained to me for some
17 reason, I mean, I'd look into it obviously.
18 BY MS. NORTH:
19 Q. Have you ever had to discipline one of your
20 sergeants for not arriving in time to get their
21 pre-shift work done?
22 A. I don't discipline.
23 Q. Okay.
24 A. If it was something that I felt was out of

20
1 order, I would direct them to write a "to-from" to
2 me of why they were -- the reasons why they weren't
3 on time. I would write -- I would investigate what
4 I could, talk to anybody else that was around at the
5 time and then present that to the chief.
6 Q. Okay.
7 A. I usually consult with Lieutenant Mason,
8 too.
9 Q. Have you had any occasion to provide
10 feedback to a sergeant that wasn't coming in early
11 and getting their pre-shift work done?
12 A. Yes.
13 Q. Do you have documentation as to those
14 instances?
15     MR. CANZONERI: Personally or business
16 records?
17     MS. NORTH: Business records.
18     THE WITNESS: A business record would only
19 be if I made a formal complaint out of it or it was
20 a formal complaint, and I would do an investigation
21 and submit that to the chief and cc Lieutenant
22 Mason.
23     Personally, I might note in my diary,
24 Sergeant so-and-so was late today, as a reminder for

21

1  me to ask him why he was late, his car broke down,
2  his kid fell and cut himself. He had to take him to
3  the hospital. You know, some things like that
4  happen. Some of our officers come from several
5  towns away. Linked to weather, if you don't leave
6  enough time, or if the roads are blocked, he may be
7  late for whatever reason.
8      Usually, what they'll do then is they'll
9  call in. "I'm stuck in traffic." "I just had a
10 flat tire," whatever. (Witness indicating.)
11 BY MS. NORTH:
12 Q.   Do you recall during the course of your time
13 as lieutenant when there have been any of your
14 sergeants who you have had to document in a formal
15 way that made a regular practice of not coming in on
16 time?
17 A.   **Not a regular practice, but with times when**
18 **some sergeants might be late or early -- late or**
19 **early going off or late coming in, that usually is**
20 **brought to my attention through another sergeant or**
21 **through Lieutenant Mason and the chief.**
22      When I say going home early, they might take
23 what we call, "compensatory time" for 7:00 to, you
24 know, 8:00, and while that can be approved by the

22

1  other sergeant as legal, it may not be the practice
2  I want to see on a regular basis if it's used a lot.
3  Because on the midnight to 8:00 shift, from 7:00 to
4  8:00 in the winter is when you have all your fender
5  bender accidents. You need a little more personnel
6  then.
7  Q.   So what would you --
8  A.   **I recall one sergeant that I had -- I spoke**
9  **to him about that.**
10 Q.   Who was that sergeant?
11 A.   **That was Sergeant St. Hilaire.**
12 Q.   And what would you do -- what did you
13 speak -- strike that.
14      What kind of interaction did you have with
15 Sergeant St. Hilaire to correct that problem?
16 A.   **Basically, counseling. I explained to him**
17 **that that's a busy time of the shift, and you really**
18 **can't be using compensatory time that way. While I**
19 **do have the -- approve compensatory time when it**
20 **comes up to me practically, if he puts in a slip at**
21 **six o'clock to the other sergeant, the other**
22 **sergeant signs it, he goes home at 7:00, I get in at**
23 **five minutes of 8:00, he's already gone. You know,**
24 **it's a past fact.**

23

1       So I counseled him that, you know, we really
2  needed him to be in at that time. He was, frankly,
3  going through a divorce, and there was a childcare
4  issue, who drops the kids off, who picks them up,
5  and he was kind of jammed up. And they had just
6  lost their baby-sitter. So I understood the reason
7  he was putting in for comp time.
8       I said, "It's really -- we really need you."
9  I asked him to make an extra effort, which he did,
10 to find a baby-sitter, and that problem was taken
11 care of. He was not disciplined or anything like
12 that. I just counseled him and took care of it.
13 Q.   Are there any other similar situations that
14 stick out in your mind where someone wasn't meeting
15 your expectations as to their pre-shift or
16 post-shift work?
17 A.   **I can't recall at this time. I mean, I may**
18 **if I think about it.**
19 Q.   You mentioned that you keep a diary.
20 A.   **Uh-huh. (Indicates affirmatively).**
21 Q.   What sort of information related to your job
22 do you keep in your diary?
23 A.   **Basically, this is my current one right**
24 **here. It's a to-do list. What I have to do today,**

24

1  **what comes in and I should do and what I didn't do**
2  **today and I got to do tomorrow or the day after.**
3  **And it's a list of tasks and descriptions of events,**
4  **and there's some references to hours. But they're**
5  **not specific times. (Witness indicating.)**
6  Q.   Okay.
7  A.   **I might note down that --**
8  Q.   What sorts of references to hours do you
9  keep in your diary?
10 A.   **Well, let's see. Like, for today, when I**
11 **mentioned I came in early, I put down there, I came**
12 **in. We were preparing for a crossing guard meeting.**
13 **I came in checked with Sergeant Lauzon and just made**
14 **sure we had various printed matter we had to give**
15 **out to him. So I just put it down before the eight**
16 **o'clock entry, but I didn't put down the actual**
17 **minutes. I considered this in this case to be part**
18 **of that compensatory package that I have. So I did**
19 **not put in an overtime slip in for it.**
20      And if I stayed late, I might put down,
21 Interview with Sergeant Hoffman, talked to patrolman
22 so-and-so about the report I read the other day, and
23 I do that primarily because if I call them in
24 outside of their hours of duty for a 15-minute talk,

25

1  we have to pay them four hours. So I try to do it
2  on their time, and I'm allowed that reasonable
3  amount of time before and after shift. I try to use
4  that, so it would be on my 15 minutes as a
5  compensated supervisor, rather than a four-hour call
6  back.
7  Q.    So if you had a conversation with Sergeant
8  Hoffman at 4:15 about something, would you note it
9  in your diary on that date at 4:15?
10 A.    I would note it -- if you see, there's lines
11 between 3:00 and 4:00. (Witness indicating.)
12 Q.    Yes.
13 A.    I just locate it by space, either right on
14 4:00 or right in the middle somewhere.
15 Q.    So you would try to put in the approximate
16 time it occurred?
17 A.    Just on this list here. If I put in for
18 overtime, I'd submit an overtime form, if I can get
19 it out here, which I brought in, such as these.
20 These are about back to 2003. The rest of them I
21 threw away, basically, when I became a lieutenant.
22 (Witness indicating.)
23 Q.    So --
24 A.    And I would know, you know, what I'm doing.

26

1  Q.    So you have retained all of the carbon
2  copies of your overtime slips?
3  A.    To -- let's see, this goes back to just a
4  little before I made the appointment six -- or 8/20
5  of '03. The ones before that I tossed out. This,
6  like, for instance, it says, "16:30 to 17:45," yeah,
7  for work.
8  Q.    Would you note that information in your
9  diary as well?
10 A.    The exact time, no. No, I put the exact
11 time down in here. (Witness indicating.)
12 Q.    Would you note anything in your diary as to
13 whether you had worked overtime?
14 A.    Just the topics I was dealing with.
15 Q.    Okay.
16 A.    And I'd put it beyond the four o'clock
17 line.
18 Q.    Do you ever work details?
19 A.    Not recently. I probably worked one
20 detail. The last time I worked a detail I was a
21 sergeant, and that was probably five years ago. I
22 generally prefer working overtime that comes up,
23 rather than a detail. I have a wife who works who
24 makes as much as I do, and that allows me that

27

1  luxury.
2  Q.    Do you take extra shifts of overtime?
3  A.    Occasionally, I did in the past, but I have
4  not as a lieutenant.
5  Q.    When you say you prefer working overtime,
6  what do you mean by that?
7  A.    Standing out in the street is boring and
8  kind of mindless.
9  Q.    Let me --
10 A.    And I'd rather do an overtime shift because
11 you're working with people and doing stuff.
12 Q.    So when you say you would rather do
13 overtime, you mean an overtime shift?
14 A.    Overtime, right now, since I've been a
15 lieutenant pertaining to my own duties. When I was
16 a sergeant, if there's only one sergeant shift
17 following your shift and he calls in sick, you're
18 it. So you do the overtime there.
19 Q.    Okay.
20 A.    I did a lot of childcare early on, so I
21 didn't have the flexibility when my son was younger
22 as a patrol officer and as a sergeant to do that
23 type of overtime. And my wife works full time.
24 Q.    When you submit an overtime slip, when do

28

1  you submit it after you have completed the
2  assignment or the extra hours? Do you submit it
3  right away?
4  A.    I usually do. Yeah, I usually stick it
5  right in the chief's mailbox because he's the one
6  who has to sign off on that or if he's absent,
7  Lieutenant Mason.
8  Q.    Has he ever refused, has the chief or
9  Lieutenant Mason ever not signed off on your
10 overtime?
11 A.    No, never not signed off.
12 Q.    Have you ever been forced to work overtime
13 other than when you have had to stay on for a next
14 shift when you were a sergeant?
15 A.    No. I have worked overtime -- I can recall
16 one time I worked overtime I was doing a search from
17 a -- for a psychiatric patient from the Leonard
18 Morse Hospital that we felt was in danger of harming
19 himself, and I came in. Actually, I was home, and
20 came in after midnight. And I stayed through to
21 early the next morning, and I directed what I could
22 from the station and took that sergeant and sent him
23 out on the street to help search. But I was called
24 at home and notified of this by one of the