# EXHIBIT D

*Rossi - Cataselli*

25

1  they were asking about you."

2  **Q.**  You talked about your duties as station

3  supervisor. You report at 3:45?

4  **A.  Uh-huh.  (Indicates affirmatively).**

5  **Q.**  Do you --

6  MR. CANZONERI: You have to verbalize, by

7  the way.

8  THE WITNESS: Oh, sorry.

9  Yes.

10  BY MS. NORTH:

11  **Q.**  Do you always report at 3:45 on days you are

12  station supervisor?

13  **A.  Sometimes earlier.**

14  **Q.**  What about on days you are the patrol

15  supervisor, do you come in early as well?

16  **A.  Around the same time, correct.  Uh-huh.**

17  **(Indicates affirmatively).**

18  **Q.**  And you talked about how you set up the

19  computer screens and figure out who is on and off,

20  and you do that prior to conducting roll call?

21  **A.  Uh-huh.  (Indicates affirmatively).  Yes.**

22  **Q.**  Is there anything else you do prior to

23  conducting roll call?

24  **A.  Meet with the supervisor from the previous**

26

1  **shift, find out if there's anyone in lock up, find**

2  **out -- any communication that needs to be relayed**

3  **from shift to shift is done informally that way.**

4  **Q.**  And do you do this whether you are station

5  supervisor or patrol supervisor?

6  **A.  I do personally.  Things tend to get lost in**

7  **the translation if you don't get them yourself is**

8  **how I feel.**

9  **Q.**  Do you put in for overtime for the time you

10  come in before your shift?

11  **A.  No.**

12  **Q.**  Why not?

13  **A.  We're expected to be there 15 minutes before**

14  **and 15 minutes after.**

15  **Q.**  Would you please take a look at what has

16  been marked as Exhibit 3?

17  Are you familiar with that document?

18  **A.  Yes.**

19  **Q.**  What is it?

20  **A.  It's our contract.**

21  **Q.**  Who is "our"?

22  **A.  The superior officers union.**

23  **Q.**  And does that contract set forth the terms

24  of your employment with the Town of Natick Police

27

1  Department?

2  MR. CANZONERI: Objection.

3  THE WITNESS: Yes.

4  BY MS. NORTH:

5  **Q.**  Could you take a look at Article XVIII,

6  which I believe is at the top of page 9, right

7  there?

8  MR. CANZONERI: Page what?

9  MS. NORTH: Nine. Don't you have it

10  memorized by now, Jack?

11  MR. CANZONERI: I thought you said page 18.

12  MS. NORTH: Article XVIII.

13  MR. CANZONERI: I know.

14  BY MS. NORTH:

15  **Q.**  Are you familiar with that portion of the

16  contract?

17  **A.  Yes.**

18  **Q.**  And what does that set forth?

19  MR. CANZONERI: Objection.

20  BY MS. NORTH:

21  **Q.**  Let me strike that.

22  Is that the portion of the contract that

23  sets forth additional pay for your supervisory

24  duties?

28

1  MR. CANZONERI: Objection.

2  THE WITNESS: This talks about a stipend.

3  Is that what you're talking about?

4  BY MS. NORTH:

5  **Q.**  Yes.

6  **A.  Yes.**

7  **Q.**  Are you familiar with how your paycheck is

8  broken out?

9  **A.  Yes.**

10  **Q.**  So are you familiar with the separate

11  stipend that you get every week for your supervisory

12  duties?

13  **A.  Yes.**

14  **Q.**  And do you get the same base pay every

15  week?

16  **A.  Yes.**

17  **Q.**  What is that, do you know?

18  **A.  I think it's 932.  I have direct deposit,**

19  **embarrassingly enough.**

20  **Q.**  I will try not to ask anymore math

21  questions.

22  **A.  Okay.**

23  **Q.**  Thank you. I am finished with that exhibit.

24  **A.  Okay.**

29

1  Q.    Do you stay after your shift to work?

2  A.    **Yes.**

3  Q.    How often?

4  A.    **Usually, every day, every workday.**

5  Q.    How long do you usually stay?

6  A.    **Between ten, 20 minutes past midnight.**

7  Q.    What do you do during those ten to 20

8  minutes?

9  A.    **The patrol officers usually come in and hand**

10 **in their hard copy paperwork between five of**

11 **midnight, you know, two or three minutes past, turn**

12 **in their keys.**

13      So I have to collect all the paperwork,

14 close out any of the computers that I have set up,

15 either the Simplex or the IMC.

16      The midnight to 8:00 supervisor will come

17 down and collect the books, ask if -- you know, if

18 there's anyone in lockup, explain to them whatever

19 is left over from my shift, whether someone's in

20 jail and what their bail is and explaining all that

21 to them.

22      I have to physically take all of the hard

23 copy paperwork, put it in an envelope, sign my name

24 and the date and shift on it, and bring it down to

30

1  records and slide it through a slot.  It usually

2  takes a few minutes.

3  Q.    Is this work that you do when you are a

4  station supervisor --

5  A.    **Correct.**

6  Q.    -- that you talked about?  What about when

7  you are patrol supervisor?

8  A.    **Usually, try to be the last person off the**

9  **road.  So if everyone else is leaving at -- you**

10 **know, if they're -- if they're going to park their**

11 **cruiser at five of, try to keep someone rolling till**

12 **at least midnight.**

13 Q.    Is there anything else that you do to stay

14 late as patrol supervisor?

15 A.    **If a late call comes in, sometimes take the**

16 **call for the patrolmen, so they don't have to stay**

17 **late.**

18 Q.    Do you put in for overtime for those hours?

19 A.    **No.**

20 Q.    Why not?

21 A.    **It's been the general practice in the**

22 **exhibit you just showed me that if it's, you know,**

23 **15, 20 minutes, that it would be almost considered**

24 **rude to put in an overtime slip, just hasn't been**

31

1  **the general practice, would probably be considered a**

2  **nitpicker.**

3  Q.    Have you ever tried to put in an overtime

4  slip for that time period before or after your

5  shift?

6      MR. CANZONERI:  Objection.

7      Oh, withdrawn.

8      THE WITNESS:  Never before.  If it goes past

9  12:30, 12:35, I'll put in a slip.

10 BY MS. NORTH:

11 Q.    Have you ever had your overtime request

12 denied for those pre- or post-shift activities?

13 A.    **No.**

14 Q.    Do you ever work other overtime, take extra

15 shifts?

16 A.    **Yes.**

17 Q.    How often do you do that?

18 A.    **Not very, maybe once a month, things that**

19 **are mandatory, court, that type of thing, other than**

20 **that, maybe once a month.**

21 Q.    How do you get paid for your extra overtime?

22 A.    **I --**

23      MR. CANZONERI:  Objection.

24      THE WITNESS:  How do I --

32

1  BY MS. NORTH:

2  Q.    Do you get paid for the actual hours you

3  work, or do you get paid in blocks of time?

4  A.    **Blocks of time.**

5  Q.    Do you fill out a slip to get paid for that

6  overtime?

7  A.    **Yes.**

8  Q.    That you submit to someone in the

9  department?

10 A.    **Yes.**

11 Q.    On those slips, do you put down the actual

12 hours you worked or the blocks of time hours that

13 you are getting paid for?

14 A.    **I think the block of -- the block of time.**

15 **Most of the overtime I do is an actual four or eight**

16 **hours.  I don't do a lot of details or anything like**

17 **that.**

18 Q.    That is my next question.  Do you do

19 details?  Do you take --

20 A.    **Very rarely.**

21 Q.    -- extra details?

22 A.    **I have two small children.  That's why I**

23 **still work nights.  I have another full-time job**

24 **during the day.**

33

1 Q.     When you do take details, do you get paid
2 for actual hours worked or blocks of time?
3 A.     **Blocks of time.**
4 Q.     Do you write down your actual hours on the
5 slip, or do you write down the block of time?
6 A.     **I'm not positive, but I think I do the**
7 **blocks of time. But it's infrequent, so I don't**
8 **know.**
9 Q.     Have you ever had to take a forced detail?
10 A.     **Not detail. Overtime, yes.**
11 Q.     Tell me about forced overtime.
12 A.     **There are certain minimum staffing**
13 **requirements for public safety reasons, and if we**
14 **don't have the bodies, somebody needs to stay.**
15 **Usually, it's by seniority, or there's a certain**
16 **amount of hours consecutively you can work. And**
17 **being a person who very rarely does overtime or**
18 **details, I'm usually -- would not violate any hour**
19 **restrictions. So at that point, I'd be the person**
20 **that would have to stay.**
21 Q.     Who would tell you that you needed to stay?
22 A.     **As a patrolman, it would be one of the**
23 **sergeants, following the guidelines set down by the**
24 **chief.**

34

1 Q.     So when you have been forced to stay, has it
2 been as a patrol, in your previous duties as a --
3 A.     **Both.**
4 Q.     -- patrol officer?
5 A.     **Patrolman and a supervisor.**
6 Q.     As a supervisor, who has told you you had to
7 stay?
8 A.     **Me. You just know someone has to be there.**
9 Q.     So would this be an instance where there
10 were no sergeants on the next shift, and so you had
11 to stay?
12 A.     **Correct.**
13 Q.     How often has that happened?
14 A.     **Not very often. I couldn't give you an**
15 **exact amount.**
16 Q.     And you would put in an overtime slip for
17 that --
18 A.     **Correct.**
19 Q.     -- next shift?
20 A.     **Uh-huh. (Indicates affirmatively).**
21 Q.     Do you still go out and perform patrol work
22 at all?
23 A.     **Yes.**
24         MR. CANZONERI: Objection.

35

1 BY MS. NORTH:
2 Q.     When do you do that?
3 A.     **If something needs to be done, if a call**
4 **needs to be answered, someone's not available, I**
5 **certainly can answer calls for service, certainly**
6 **still have the eyes and ears of someone on patrol,**
7 **can write tickets and interact with the public in**
8 **the same exact way.**
9 Q.     Do you have any sense of what percentage of
10 your time now you spend performing regular patrol
11 work, as opposed to your supervisory duties?
12 A.     **No.**
13 Q.     I'm sorry. I said no more math questions,
14 didn't I? Does it happen infrequently? Is it that
15 you try to do --
16         MR. CANZONERI: Objection.
17         THE WITNESS: I will personally answer calls
18 for service whenever needed.
19         If I'm the closest person and they call over
20 the radio for one of the area cars to go to
21 someplace and it's an emergency-type call and I'm
22 the next street over, I will certainly get on the
23 air and respond first, and say that, "I'm right
24 here. I'll take that call." That happens often.

36

1 BY MS. NORTH:
2 Q.     So that would be an instance when you were
3 out on the street as patrol supervisor?
4 A.     **Correct.**
5 Q.     Did you ever take extra shifts on patrol?
6 A.     **As a --**
7 Q.     Overtime, covering for a patrol officer.
8 A.     **Oh, no, that's not allowed. No.**
9 Q.     Is that it is not allowed because you are a
10 sergeant?
11 A.     **Yes. Contractually, it's just not allowed.**
12 Q.     Do you sign in when you come in every day?
13 A.     **There's no handwritten sign in. Is that**
14 **what you mean?**
15 Q.     Any kind of checking in or signing in,
16 punching a clock?
17 A.     **No.**
18 Q.     What kind of records do you keep about your
19 hours?
20 A.     **I don't. I mean, they would be -- I don't**
21 **know if they keep log in times on computers, nothing**
22 **that I keep personally.**
23 Q.     And my next question is this. Do you keep
24 any personal records of the hours you have worked,

37

1  either your regular hours, your detail hours, your
2  overtime hours?
3  A.      **Much to my husband's chagrin, no, I don't**
4  **keep anything.**
5  Q.      When you work a detail, do you turn in the
6  slip for payment on the next business day or the
7  next day you are in the station, or do you hold
8  them?
9  A.      **No, as soon as I would go to the station. I**
10 **don't ever bring a weapon home. So I would always**
11 **return to the station after a detail, and on my way,**
12 **I would turn in the slip.**
13 Q.      What about for overtime, if you worked
14 overtime and you put in a slip?
15 A.      **Same thing. I would send it in with that**
16 **day's -- the hard copies I talked about before. I'd**
17 **send it in with that day. I'd have a supervisor**
18 **sign it.**
19 Q.      Could you take a look at what has been
20 marked as Exhibit 1, please?
21         Have you ever seen that document before?
22 A.      **No, this is the first time I've actually**
23 **seen it.**
24 Q.      Can you tell me what that document is, what

38

1  it --
2  A.      **I think --**
3  Q.      -- is titled?
4  A.      **-- it's our complaint.**
5         MR. CANZONERI: Objection.
6  BY MS. NORTH:
7  Q.      Does it say, "First Amended Complaint Of
8  Violation Under The Fair Labor Standards Act"?
9  A.      **At the bottom, yes, it does.**
10 Q.      In that first large paragraph, about the
11 third line -- I'm sorry. On the caption, --
12 A.      **Uh-huh. (Indicates affirmatively.)**
13 Q.      -- third line from the bottom, is that your
14 name, "Cara M. Rossi-Cafarelli"?
15 A.      **Yes.**
16 Q.      As a plaintiff for patrol officers?
17 A.      **Yes.**
18 Q.      And is that because you hadn't yet been
19 promoted to sergeant when this complaint was filed?
20 A.      **Correct.**
21 Q.      Would you take a look, please, at page 5,
22 paragraph 17?
23 A.      **Uh-huh. (Indicates affirmatively).**
24 Q.      Could you tell --

39

1         MR. CANZONERI: You have to verbalize.
2         MS. NORTH: Oh.
3         THE WITNESS: Yes. Yes.
4  BY MS. NORTH:
5  Q.      Could you please tell me in your own words
6  what you are seeking from the defendants in this
7  case?
8         MR. CANZONERI: Objection.
9         THE WITNESS: My understanding is that the
10 overtime rate is calculated using just the base pay,
11 as opposed to our total compensation. Anything else
12 you'd have to ask our attorney. (Witness
13 indicating.)
14 BY MS. NORTH:
15 Q.      Could you please take a look at page 6,
16 paragraph 19, part A?
17         It is paragraph 19, not under the
18 "Wherefore."
19 A.      **Oh, up here? (Witness indicating.)**
20 Q.      Yes.
21 A.      **Okay.**
22 Q.      Part A.
23         Can you tell me in your own words what you
24 are seeking from the defendants?

40

1         MR. CANZONERI: Objection.
2         THE WITNESS: My understanding is that the
3  15 minutes prior and 15 minutes after shift when we
4  stay, that we wish to be compensated at the overtime
5  rate. Anything else. (Witness indicating.) That's
6  as simply as I know it.
7  BY MS. NORTH:
8  Q.      Do you document that 15 minutes before and
9  after anywhere?
10 A.      **No.**
11 Q.      Can you look at part B, please, of that same
12 paragraph?
13 A.      **Yes.**
14 Q.      And can you articulate to me what you are
15 seeking from the defendants?
16         MR. CANZONERI: Objection.
17 BY MS. NORTH:
18 Q.      In your own words?
19         MR. CANZONERI: Objection.
20         THE WITNESS: My understanding is that --
21 well, no, I guess I don't -- I'm not certain of this
22 because of forced town and forced details. I'm not
23 certain if that means overtime or paid detail.
24 BY MS. NORTH:

41

1   Q.      Can you tell me what you think a town detail
2   is?
3           MR. CANZONERI:  Objection.
4           THE WITNESS:  If the Town of Natick is
5   requesting a police detail, say, the department of
6   public works or for polling at election time, I
7   think that's what this means.
8   BY MS. NORTH:
9   Q.      And you are seeking overtime to be paid
10  overtime for those assignments?
11          MR. CANZONERI:  Objection.
12          THE WITNESS:  Okay.  If you're working for
13  the town, you're not -- if you're working a detail
14  for the town, it should be calculated under the
15  overtime rate, as opposed to the detail rate because
16  you're still working for the town above and beyond
17  40 hours, I think, is what this is -- is my
18  understanding.  I'm not sure if that's correct.
19          MS. NORTH:  Take a five-minute break,
20  please.
21          (Brief recess.)
22  BY MS. NORTH:
23  Q.      I have another question that I forgot to ask
24  you earlier.  How many patrol officers do you

42

1   supervise on your shift?
2           MR. CANZONERI:  Objection.
3           THE WITNESS:  How many patrol officers
4   are assigned to the 4:00 to 12:00; is that what
5   you're --
6   BY MS. NORTH:
7   Q.      How many patrol officers are there on your
8   shift?
9   A.      **I need to think here.  It's another math**
10  **question.  I think 12, but I'm not positive.  It**
11  **could be a few more.**
12  Q.      Are there 12 there working at any one time,
13  or does it --
14  A.      **No.**
15  Q.      -- vary?
16  A.      **No, there's three groups.**
17  Q.      So how many do you typically work with on a
18  shift on a given evening?
19  A.      **Evening, okay.  Usually, five or six.**
20          MS. NORTH:  That is all I have for now.
21          CROSS-EXAMINATION
22  BY MR. CANZONERI:
23  Q.      Do you remember on direct examination you
24  mentioned that at times when you are a patrol

43

1   supervisor -- I think it is when you are a patrol
2   supervisor, correct me on that, that you make a
3   decision sometimes to send a second car to an
4   incident?
5   A.      **Yes.**
6   Q.      Was that a patrol-supervisor,
7   station-supervisor situation, or both?
8   A.      **Could be either.**
9   Q.      And when you are making that decision, I
10  would ask you to elaborate for us.  What is the
11  criteria that you are applying in making that
12  decision and the source of that criteria, to send
13  the second car?
14  A.      **If it's something I feel through training**
15  **and experience, education, and having done the job**
16  **for over 12 years, if I think a second car is**
17  **needed, I may suggest another car respond.**
18  Q.      Could you give us an example?
19  A.      **Yeah, if a 911 call comes in and the**
20  **dispatchers tell us over the air that it was -- you**
21  **know, they called back and someone answered and said**
22  **it was an error and I recognize the address, that we**
23  **had responded there in the past or if it were**
24  **someplace I had been to for a domestic or some sort**

44

1   of problem, then I would suggest that no one ever go
2   to that alone.
3           And that's something that, you know, my
4   supervisors, my sergeant always told me, "Never
5   send somebody alone.  Always send more than one
6   car."
7   Q.      And anything in your -- do you have an
8   education relating to law enforcement?
9   A.      **Yes.  I have --**
10  Q.      Is that a bachelor's and a master's?
11  A.      **Both.  Correct, in criminal justice.**
12  Q.      Anything, if at all, in there that related
13  guiding you in that discretion relating to whether
14  you should send a second car?
15  A.      **Yeah.**
16  Q.      And if so, what --
17  A.      **Statistically, --**
18  Q.      -- is it?
19  A.      **-- if there's -- it's normally called a**
20  **"magnet address."  If there's a magnet address, it's**
21  **one address or a group of addresses in town will**
22  **have an inordinate amount of calls to those**
23  **particular addresses, and usually, that's where**
24  **officers would get hurt.**

# EXHIBIT E

25

1  A.    It's a fancy word for technology would be --
2  it's the way that -- my understanding, it's the
3  way -- the department put that in for things like
4  new technology, computers, and whatnot. It was our
5  stipend, a little extra pay to not to negotiate that
6  in further contracts.
7  Q.    And can you explain to me what "supervisory
8  pay" is for?
9  A.    It's the job that I do as a sergeant.
10  Q.    And you didn't get that pay as a patrol
11  officer?
12  A.    No.
13  Q.    So it is related to your rank?
14  A.    Yes.
15  Q.    You testified earlier you work the 4:00 to
16  12:00 shift. What time do you come in for your
17  shift, typically?
18  A.    I'm supposed to be there 15 minutes before
19  four o'clock. I normally come in anywhere between
20  30 to 45 minutes early.
21  Q.    What do you do in those 30 to 45 minutes
22  before your shift?
23  A.    I go down to the CO's office. I talk to the
24  sergeant that's working. I check what has to be

26

1  read at roll call. If I have time, I'll review the
2  logs from the previous shifts.
3  Q.    Anything else?
4  A.    That's all I recall at this time.
5  Q.    Why can't you do that during your shift?
6  A.    Well, if the officers are coming in at four
7  o'clock, if I'm not briefed about what happened on
8  the prior, the previous shift, they're all upstairs
9  sitting down waiting to hit the road, and I'm
10  downstairs. It just makes things go by a little bit
11  faster, quicker.
12  Q.    Do you always come in 30 to 45 minutes
13  early?
14  A.    Normally, it's -- a majority of the time I'm
15  in the building, yeah, at that time. There's times
16  that I get there 15 minutes of.
17  Q.    Do you document that anywhere?
18      MR. CANZONERI: Objection.
19      THE WITNESS: I don't document it, but to
20  get in the building, you got to swipe a card. So
21  the department might have a record of it. (Witness
22  indicating.)
23  BY MS. NORTH:
24  Q.    But you don't keep a written record of what

27

1  time you arrive at work every day?
2  A.    No.
3  Q.    And does the department require you to sign
4  in or sign out every day?
5  A.    No.
6  Q.    Is there an attendance log?
7  A.    Yes.
8  Q.    Does the attendance log indicate what time
9  you signed in?
10  A.    It does not account for the 15 minutes to 45
11  minutes that I've already arrived early, no.
12  Q.    Did you ever put in for overtime --
13  A.    Yes.
14  Q.    -- for your previous -- your time before
15  your shift?
16  A.    Before my shift?
17  Q.    Yes.
18  A.    Never.
19  Q.    Do you work after your shift?
20  A.    Yes.
21  Q.    How long?
22  A.    Sometimes it could be two-and-a-half to
23  three hours has been the latest.
24  Q.    What is typical?

28

1  A.    Typical for me is 30 minutes to an hour and
2  a half.
3  Q.    How often does this occur?
4      MR. CANZONERI: Objection.
5      THE WITNESS: It normally occurs when I'm
6  inside. So I'd say -- and then I couldn't even
7  guess. It depends how busy the night was.
8  BY MS. NORTH:
9  Q.    Does it happen more often when you are
10  inside than when you are outside?
11  A.    Oh, absolutely. Yes.
12  Q.    Do you put in for overtime for this, that
13  time?
14  A.    I'd say 50 percent of the time I do, 50
15  percent of the time I don't.
16  Q.    Why don't you put in for overtime?
17  A.    I don't put in for overtime a lot of times
18  because I'm very thorough. So a lot of times I take
19  my time making -- and for me to put in overtime
20  slip, usually I put in an overtime slip when no
21  matter -- in my mind, no matter what sergeant was
22  working he'd be there the same time. It wasn't my
23  fault that I'm there an hour and a half or an hour.
24  It was just a real busy night. Nobody could've got

29

1 **out any earlier. That's when I put in an overtime**
2 **slip.**
3    Q.    Do you have any records that document the
4 nights you have worked after shift?
5    A.    **No.**
6    Q.    Other than if you have put in an overtime
7 slip?
8    A.    **No.**
9    Q.    You don't keep any personal records?
10   A.    **No.**
11   Q.    Do you keep any records when you put in
12 overtime slips, independent records?
13   A.    **Of when I put in for overtime?**
14   Q.    Yes.
15   A.    **No, I go off the slip.**
16   Q.    I would like to show you what has been
17 marked as Defendants' Exhibit 3. Would you take a
18 look at that, please?
19       Are you familiar with that document?
20   A.    **Yes.**
21   Q.    Can you tell me what it is?
22   A.    **It's the contract that our union has with**
23 **the Town of Natick.**
24   Q.    Does that set forth the agreement on how you

30

1 are to get paid?
2    A.    **Yes, it does.**
3    Q.    Would you pass that over to me for a second?
4    A.    **(Witness indicating.)**
5    Q.    Would you take a look, please, at Article
6 XVIII on page 9?
7    A.    **Okay.**
8    Q.    Are you familiar with that?
9    A.    **Somewhat familiar with it, yes.**
10   Q.    Does that article set forth the supervisory
11 pay that you mentioned that is an addendum to your
12 base pay?
13   A.    **I believe it does. I forgot my glasses. I**
14 **believe it does, yes.**
15   Q.    And do you know the purpose of that
16 supervisory pay? Are you familiar with why it is
17 included?
18   A.    **No.**
19       MR. CANZONERI: Objection.
20       THE WITNESS: I'm not familiar with it, no.
21 I just know I get it.
22 BY MS. NORTH:
23   Q.    You don't know what it is for?
24   A.    **Not really, no.**

31

1    Q.    Thank you.
2        How are schedules tracked at the
3 department? How would you know whether a
4 particular patrol officer on your shift was working
5 that day or not?
6    A.    **It's in a -- it's logged in a computer.**
7    Q.    And you can access that computer?
8    A.    **Yes.**
9    Q.    Do you typically check to see who is in and
10 who is not on a particular shift?
11   A.    **The shift that's working that night, yes.**
12   Q.    Do you check whether you are station
13 supervisor or patrol supervisor?
14   A.    **I always know. My first two nights I'm in.**
15 **My last two nights I'm out. So I don't have to**
16 **look.**
17   Q.    When do you check to see who is in?
18   A.    **Beginning of the shift. I have to assign**
19 **officers to cars.**
20   Q.    Okay.
21   A.    **So it pops up.**
22   Q.    Are you a member of the union?
23   A.    **Yes.**
24   Q.    Are you familiar with the grievance

32

1 procedures in the contract?
2    A.    **Not really.**
3    Q.    Have you ever participated in a grievance as
4 a supervisor?
5    A.    **No.**
6    Q.    Do you ever work overtime that is separate
7 from the time you spend before or after your shift?
8    A.    **Yes.**
9    Q.    How often do you do that?
10   A.    **I'd have to check. How often do I do that?**
11 **That's staff meetings. It's so random I couldn't**
12 **even -- we have in-service training. It's like --**
13 **sometimes it's every month, once every month. Then**
14 **it goes a couple of months. I don't know. You have**
15 **to check the department's records on that.**
16   Q.    Do you get compensated for that extra time?
17   A.    **Yes.**
18   Q.    How do you get compensated for that time?
19   A.    **Get time and a half.**
20   Q.    Do you put in a request to get paid for that
21 extra time?
22   A.    **Yes.**
23   Q.    How do you do that?
24   A.    **It's just a slip, overtime/, slash, court**

# EXHIBIT F

37

1          (Brief recess.)

2    BY MS. NORTH:

3    Q.       I believe, and correct me if I am wrong,

4    that you testified that as patrol commander your

5    shift was assigned from 8:00 to 4:00, but you often

6    came in at 7:00; is that correct?

7    A.       **That's a fair statement.**

8    Q.       How often did you come in at 7:00,

9    generally?

10   A.       **Every day.**

11   Q.       Every day? Could you just take your hands

12   away from your mouth, so --

13   A.       **Every --**

14   Q.       -- I can hear you?

15   A.       **-- day.**

16   Q.       Did you ever put in for overtime from the

17   time between seven o'clock when you started work and

18   the start of your shift?

19   A.       **No. Well, I may have, but I don't recall.**

20   **I may have because of something that happened. I**

21   **don't know. I don't recall.**

22   Q.       Was it your general practice --

23   A.       **No, it was not.**

24   Q.       -- to put in overtime for that time?

38

1    A.       **No.**

2    Q.       Why not?

3    A.       **Work habit, work ethics.**

4    Q.       Can you recall any types of situations when

5    you would have put in for overtime for that period

6    before your shift started?

7    A.       **Well, there would be, you know, if there**

8    **was a -- if there was an incident that I -- that I**

9    **didn't -- you know, I didn't -- I wouldn't have the**

10   **sufficient time to do it from 8:00 to 4:00. Can I**

11   **give you -- can I give you an example or just --**

12   Q.       Sure, an example would be fine.

13   A.       **If there was a disturbance where there was a**

14   **large number of people, if --**

15          MR. CANZONERI: Large number of what?

16          THE WITNESS: People, crowd.

17          MR. CANZONERI: Yes.

18          THE WITNESS: Where I would -- I may suspect

19   that there'd be arrests, marathon, parades, things

20   like that.

21   BY MS. NORTH:

22   Q.       So you would do extra work because of those

23   situations?

24   A.       **I would. Yeah, I'd have to prepare for**

39

1    them.

2    Q.       What would you do to prepare for those types

3    of situations?

4    A.       **Make sure I had equipment and planning for**

5    **different scenarios.**

6    Q.       Would you make sure you have enough patrol

7    officers on duty?

8    A.       **Uh-huh. (Indicates affirmatively). Yes.**

9    Q.       Would you perhaps modify the typical

10   assignment of patrol officers to take into account

11   that situation?

12   A.       **I'm not sure what you mean by that.**

13   Q.       For example, would you take officers away

14   from one area they might typically patrol and assign

15   them to, say, an area closer to the marathon route,

16   for example?

17   A.       **I may have the sergeant do it.**

18   Q.       You would direct the sergeant to direct the

19   patrol officers?

20          MR. CANZONERI: Objection.

21          THE WITNESS: I would advise the sergeant

22   what the situation was and what we had -- you know,

23   what steps we were going to take.

24   BY MS. NORTH:

40

1    Q.       Would you ask the sergeant what steps were

2    going to be taken, or would you --

3    A.       **When the -- go ahead.**

4    Q.       Would you ask the sergeants what steps were

5    going to be taken?

6    A.       **What steps?**

7    Q.       Those are your words.

8    A.       **Huh, I may.**

9    Q.       Would you in any instances tell the sergeant

10   what steps were going to be taken?

11   A.       **Under certain circumstances.**

12   Q.       And would you expect the sergeant to relay

13   that information to patrol officers?

14   A.       **Under certain circumstances.**

15   Q.       You testified that your shift officially

16   ended at four o'clock. Would you finish up work by

17   four o'clock?

18   A.       **Never.**

19   Q.       How long did you typically stay after work?

20   A.       **Depends on what the day was like, depending**

21   **what the situation was.**

22   Q.       In an average week, did you try to get out

23   by five o'clock, or did you try to get out by 4:30,

24   were you there until 6:00? Was there any pattern

41

1   that you can remember?
2        MR. CANZONERI: Objection.
3        THE WITNESS: No.
4   BY MS. NORTH:
5   Q.        Okay.
6   A.        "No" to no patterns.
7   Q.        What were some of the things that you would
8   have done in the period after your shift ended from
9   four o'clock to whenever you left?
10  A.        Try to complete what I didn't do that day,
11  telephone messages.
12  Q.        Anything else?
13  A.        Whatever I didn't -- whatever wasn't
14  completed that day or whatever I couldn't complete.
15  Q.        Did you ever make it -- did you make it a
16  practice of putting in for overtime for those hours
17  after your shift?
18  A.        No, it wasn't part of my work ethic, unless
19  there was some particular reason why I couldn't
20  complete it, and then it was -- if I was -- like, as
21  an example, if I was involved in an arrest, I
22  couldn't go home till the reports were done.
23  Q.        So for in that instance, would you have put
24  in for overtime?

42

1   A.        Yes.
2   Q.        Would you have filed an overtime slip to be
3   paid for that time?
4   A.        Oh, yeah.
5   Q.        In the course of filling out that overtime
6   slip, would you have marked down the actual
7   additional hours you had worked, or would you have
8   marked down your time in blocks of time?
9   A.        Don't understand your question.
10  Q.        What would you have put down on the
11  overtime slip to record the extra hours you had
12  worked?
13  A.        The actual hours involved in the incident.
14  Q.        When would you have delivered that overtime
15  slip for payment, generally?
16  A.        As soon as I thought about it.
17  Q.        Did you ever make it a practice to hold
18  overtime slips and turn them in in bunches?
19  A.        No.
20  Q.        Okay.
21  A.        No, that wasn't fair.
22  Q.        Did you ever work details when you were the
23  patrol commander?
24  A.        I must have, but probably -- but I couldn't

43

1   tell where it was or what it was.
2   Q.        But generally, you believe that you did work
3   some details?
4   A.        What kind of details?
5   A.        I am asking you, any kind of details.
6   A.        Well, you -- well, there's a difference
7   between a town detail and a private detail.  Which
8   one would you like?
9   Q.        I am asking you about both, generally.
10  A.        Very rarely did I ever work a private
11  vendor, very rarely, if I did, which I'm not saying
12  I didn't, but very rarely could I -- that I can
13  recall.  But if it was a --
14  A.        So if you worked a --
15  A.        If I was assign- -- let me finish.
16  Q.        Sure.
17  A.        If I was assigned to a community service
18  project, which would be after my normal tour of
19  duty, yes, I would make an overtime slip.
20  Q.        What about a detail slip, are there
21  separate --
22  A.        That's --
23  Q.        -- slips for details?
24  A.        -- that would -- that's why I asked you.

44

1   There's a difference between a private vendor and
2   something that I was assigned to.
3   Q.        Okay.
4   A.        All right?  The slip was the same, but
5   private vendor and the town, a town project,
6   community service project, that was on a -- that was
7   for the town billing, as far as I know.
8   Q.        So for a town project, you would turn in an
9   overtime slip; --
10  A.        Yes.
11  Q.        -- is that correct?
12  A.        Yeah.  Yes.
13  Q.        But for a private vendor project, you would
14  turn in a detail slip?
15  A.        No.  No.  No, the slip -- the slip, when you
16  look at it, was the same, then.  I don't know what
17  it is now.
18  Q.        Can I just ask you a question about the
19  slip?
20  A.        Uh-huh.  (Indicates affirmatively).
21  Q.        Did it have a marking on it that said,
22  "Detail Slip," do you recall?
23  A.        Yeah, it would say, "Detail Slip," and then
24  it would say who it was, in other words, a private

45

1  **vendor. Or it would say for the Town of Natick.**
2  Q.      And was it different than the slip you would
3  file if you had worked overtime?
4  A.      **Yes, an overtime slip would be completely**
5  **different.**
6  Q.      Okay.
7  A.      **Yeah.**
8  Q.      So for a detail for a private vendor, you
9  would fill out a detail slip; is that correct?
10  A.      **The same slip.**
11  Q.      The same. I'm sorry. Your testimony has
12  confused me. Did you fill out the same slip for a
13  town project and a private project if you were
14  working a detail?
15  A.      **If you were -- if you were assigned to a**
16  **town project, okay, a community service project, it**
17  **would say who the -- who was hiring you. In other**
18  **words, it wouldn't be the private vendor because you**
19  **knew that, because it's -- it would say, you know,**
20  **for the Town of Natick. The Town of Natick hired.**
21          If I worked for him, okay, the slip would be
22  the same, but it would be his name and address on
23  it. (Witness indicating.)
24  Q.      Okay.

46

1  A.      **And it would be same paperwork --**
2  Q.      Okay.
3  A.      **-- administratively for them.**
4  Q.      Okay.
5  A.      **Okay? An overtime slip would not be the**
6  **same.**
7  Q.      Thank you.
8          When you are filling out a detail slip, --
9  A.      **Uh-huh. (Indicates affirmatively).**
10  Q.      -- how would you record your hours worked on
11  the detail slip?
12  A.      **The beginning hour would be preprinted.**
13  Q.      Okay.
14  A.      **If you were in charge of the community**
15  **service project that I was assigned to, you might**
16  **sign it, or -- as I recall, there were times when**
17  **you would say to me to gather all of the slips and**
18  **give them to you.**
19          Or they may say to me, "Sign them," which
20  most of the time I wouldn't.
21  Q.      Did you write down your ending hours?
22  A.      **No, you would, if you were hiring me or if**
23  **he was hiring me. It makes no difference whether it**
24  **was a government, town, or the private. They would**

47

1  **put down the ending hour. (Witness indicating.)**
2  Q.      So as a practice, you never wrote down the
3  ending hour yourself on the slip; --
4  A.      **Not as a --**
5  Q.      -- is that correct?
6  A.      **For?**
7  Q.      For details.
8  A.      **For details? No.**
9  Q.      Did you in the course of your time as patrol
10  commander ever keep personal records that showed
11  your time worked for either your extra time, your
12  shift time, your overtime, or your details?
13  A.      **Did I keep a personal record?**
14  Q.      Yes.
15          **Not that I can recall.**
16  Q.      You never noted down your time in a journal
17  or a diary?
18  A.      **Not that I recall.**
19  Q.      You never noted down that you had worked a
20  detail on a particular day?
21          MR. CANZONERI: Objection.
22          THE WITNESS: I may have. You know, I
23  mean, --
24  BY MS. NORTH:

48

1  Q.      But it wasn't your practice?
2  A.      **It was a -- it was -- it would be on -- it**
3  **would be on the detail slip. If it was an overtime**
4  **slip, then that would be my note, would be on the**
5  **overtime slips, which would be, you know, submitted.**
6  Q.      What about the extra hours you worked before
7  and after your shift that you didn't --
8  A.      **Never did.**
9  Q.      -- submit overtime slips for?
10          MR. CANZONERI: Objection.
11          THE WITNESS: Work ethic, never did.
12  BY MS. NORTH:
13  Q.      You never noted it down anywhere else?
14  A.      **Didn't have to.**
15  Q.      Were you ever forced to work a detail?
16  A.      **Oh, I was forced to work.**
17  Q.      I am asking you specifically about details.
18  A.      **Work.**
19  Q.      And I am asking you -- what do you mean by
20  "work"?
21  A.      **Well, I -- in 1966, for the first few years,**
22  **probably up until -- oh, I don't know -- maybe early**
23  **'70s, I'd get a call at home telling me to come to**
24  **work.**