Page 142

1 certainly no objection ever voiced to me. And
2 the comments that I got were all favorable
3 about him.
4 Q. Do you know the name of any particular patrol
5 sergeant who communicated that information that
6 you relied upon?
7 A. Specifically, no. No. I don't remember. I
8 couldn't cite the person and when that person
9 said something to me. A lot of this stuff is
10 done, again, on a smaller department, just in
11 passing.
12 Q. And Sergeant Hoffman was officer of the year;
13 is that correct?
14 A. He was.
15 Q. Was that before or after he became sergeant?
16 A. I think before.
17 Q. Same question with respect to Sergeant
18 Rossi-Cafarelli. Did you have any input from
19 any of the patrol sergeants, relating to
20 whether or not she should be promoted, that you
21 had when you made your decision?
22 A. I can't cite any direct input from them. But I
23 can say that the -- the operations lieutenant
24 would have solicited information from the

Page 143

1 others with regard to her promotability.
2 Q. And each of these questions I'm asking whether
3 you can recall any information that you had
4 when you formed your opinion as to promoting
5 these people. Okay?
6 A. Whether -- say that again?
7 Q. Sure. In each case I'm asking you about
8 whether or not you had any information relating
9 to the opinion of patrol sergeants on the
10 question of whether any of the individuals I'm
11 listing should be promoted from patrol to
12 sergeant.
13   MS. MURPHY: Objection.
14 Q. That's the general guideline and now I'm going
15 to go to the next person.
16   Same question with respect to Vieira.
17 Any such information?
18 A. If I say no, I'm saying that I never spoke with
19 them. And I can't say that, because I think
20 I've spoken about all of them to other people
21 from time to time. But I can't cite the
22 specific times or the date that I've spoken
23 with them. So I can't say that no, I've never
24 spoken with them. I -- I don't recall a

Page 144

1 specific time.
2   I know that when I interview the
3 lieutenants about them, I know that they've
4 done their due diligence in the process and
5 have spoken with the appropriate people to find
6 out whether there are any objections or not.
7 Q. Well, with respect to Vieira, do you recall
8 from the command staff information you received
9 whether you were presented with the specific
10 opinion of any specific patrol sergeant?
11   MS. MURPHY: Objection.
12 A. I can't -- I can't say that I -- I don't
13 recall.
14 Q. And that holds true for Rossi-Cafarelli, that
15 you don't recall either way whether the command
16 staff provided you with the specific input from
17 a specific patrol sergeant?
18   MS. MURPHY: Objection.
19 A. I don't recall.
20 Q. And the same question with respect to Hoffman?
21 A. Again, same response. I don't recall.
22 Q. And in your answer when I asked you about
23 Vieira, understandably you stated that you're
24 unable to provide me with the specific time and

Page 145

1 date when you would have received information.
2 And I understand that. I want you to be clear
3 though in my question.
4   I'm asking you to identify any
5 sergeant, patrol sergeant, who provided you
6 with information or provided a lieutenant with
7 information and was named by the lieutenant and
8 then that information came to you.
9   MS. MURPHY: Objection.
10 Q. So with respect to that understanding of my
11 question, I'll ask you the question with
12 respect to Vieira.
13   Did you receive any information from
14 any specific sergeant relating to whether
15 Vieira should be promoted or not?
16   MS. MURPHY: Jack, would you mind if we
17 read back the introduction and question, just
18 because I got lost.
19   MR. CANZONERI: Sure.
20   (The previous question was read.)
21 A. I don't recall.
22 Q. And that holds true for Rossi-Cafarelli and
23 Hoffman, too?
24 A. Correct.

Page 146

1  Q. Same question with regard to Sergeant Leo
2     Fitzpatrick. Any information from patrol
3     sergeants on the question of him being
4     promoted? Recognizing that you could receive
5     it directly from the patrol sergeant or that
6     patrol sergeant could be identified by the
7     lieutenant and then provided to you in that
8     format?
9  A. Well, again, the lieutenant may be and should
10    be able to identify those people with whom he
11    spoke about the promotability of the candidate.
12    But he didn't -- or at least I don't recall him
13    giving me the specific name of the people that
14    he spoke with prior to him making his
15    recommendation to me.
16 Q. And with respect to Brian Lauzon, any such
17    information from patrol sergeants about his
18    promotion?
19 A. Same answer. I don't know. I don't recall.
20 Q. Same question with respect to Joe Haze, any
21    such input from patrol sergeants on his
22    promotion?
23 A. I remember specifically Sergeant Tom Lamont
24    commenting on Officer Haze's promotability to

Page 147

1     sergeant, either to me individually or to me
2     with lieutenant Pagliarulo.
3  Q. So you recall having a conversation with
4     Sergeant Thomas Lamont where he provided you
5     with that input on Joe haze?
6  A. I believe he gave that information to either me
7     or me and Lieutenant Pagliarulo or possibly
8     just to Lieutenant Pagliarulo, who made it
9     clear to me that he had talked to Sergeant
10    Lamont about that promotion.
11 Q. So you're not 100 percent clear whether you
12    directly talked to Sergeant Lamont or it was a
13    joint discussion with you and Lieutenant
14    Pagliarulo about Sergeant Lamont's information?
15 A. I'm not 100 clear, no.
16 Q. In any event, what was the information?
17 A. That although Joe Haze of not a top performer,
18    he believed he could supervise adequately if
19    recommended.
20 Q. Do you know whether or not Sergeant Tom
21    Lamont's opinion in that regard was solicited
22    or whether he gave it unsolicited?
23 A. I'm pretty sure it was solicited.
24 Q. And do you recall who solicited it?

Page 148

1  A. Again, I'm -- I'm reasonably sure it was
2     Lieutenant Pagliarulo.
3  Q. How do you know he solicited that and wasn't
4     just approached by Sergeant Lamont or do you?
5  A. I'm quite sure that Lieutenant Pagliarulo told
6     me that he asked him. I don't know whether it
7     was in general conversation that that subject
8     came up or whether he had specifically
9     approached him to ask him for information.
10 Q. And I had left off Sergeant Dunlop in my list
11    asking you this question, so I'll turn to that
12    next. This is the situation where Sergeant
13    Dunlop was promoted and Sergeant Mark St.
14    Hilaire was -- well, then-Patrol Officer
15    Hilaire was bypassed.
16    Same question with respect to whether
17    or not you received any input from a patrol
18    sergeant on whether or not Sergeant Mark St.
19    Hilaire should be promoted?
20 A. I don't recall.
21 Q. Is there any rule that you're aware of relating
22    to how much weight you should place on
23    information you may receive from a patrol
24    sergeant on the promotion of a patrol officer

Page 149

1     to sergeant?
2        MS. MURPHY: Objection.
3  A. None other than, again, that I place on myself.
4  Q. To what extent, if at all, is it the patrol
5     sergeant's duty, responsibility as patrol
6     sergeant to initiate information to you
7     directly or through the chain of command
8     relating to the patrol sergeant's belief as to
9     whether or not a patrol officer should be
10    promoted?
11    And do you need the question read back
12    or are you okay with that?
13 A. I understand the question.
14    To the extent that they are police
15    supervisors, I would expect that they would
16    report any condition that would be a bar to
17    them being promoted to me.
18 Q. To what extent, if at all, do they have that
19    job duty if there is no information that would
20    be a bar but they believe that as between two
21    candidates, both of them are capable of
22    performing the job, but they think that one of
23    them, the second place person, is superior in
24    their judgment? To what extent, if at all, do

38 (Pages 146 to 149)

Page 150

1  they have the job duty to communicate that to
2  you, patrol sergeants?
3  A. Well, I think that they are all very familiar
4  with the civil service, if you will, process.
5  And they recognize that not to recommend
6  somebody, there would have to be specific and
7  articulable reasons to be provided so they are
8  -- they just haven't done it. They haven't
9  reported that to me.
10 Q. So my question though is: Outside of this
11 situation where there is a specific negative
12 articulable reason not to the promote somebody,
13 which you've already addressed, now we're in
14 the realm where they have positive reasons as
15 to the reason why they think the second person
16 on the list is substantially superior to the
17 first person on the list, do they have a job
18 duty to express that to you or not, the patrol
19 sergeants?
20 A. I'd have to say they don't have a job duty to
21 report that to me. That's a rule. That would
22 be a rule.
23 Q. Same question with respect to the lieutenants
24 in that scenario. Do they have a job duty to

Page 151

1  report that to you where they think that, for
2  example, the second person on a list for
3  promotion is substantially superior to the
4  first, even though both of them are capable of
5  being a sergeant? Do the lieutenants have that
6  job duty?
7  A. I think it's part of being the -- being a
8  lieutenant. It's -- it's not their specific
9  written responsibility to do that, but I would
10 expect that they would as police supervisors
11 and managers.
12 Q. So that's not written anywhere, that's just
13 your understanding?
14 A. Yes.
15 Q. And that holds true for Sergeant Fitzpatrick
16 and the traffic safety officer?
17 A. Again, I rely very heavily on their opinions on
18 virtually everything we do, whether it's patrol
19 assignment or it's assignments to detectives or
20 it's promotions. You know, I -- there is no
21 duty in and of itself that I can cite it as a
22 rule. But as a practice, I rely very heavily
23 on all of them.
24 Q. So with respect to Fitzpatrick and Lauzon, for

Page 152

1  example, do you agree that they do not have a
2  job duty to provide you with that input?
3  A. Yes.
4  Q. Do you obtain input from patrol officers
5  relating to their input on whether a patrol
6  officer should be promoted from patrol officer
7  to sergeant? I don't know. Do you?
8  A. I don't obtain information from them. I don't
9  solicit, but occasionally there is comments
10 made.
11 Q. And do you have any instances that you can
12 recall in the past five years where patrol
13 officers provided you with information directly
14 or indirectly through the chain of command
15 relating to their input on whether or not a
16 particular patrol officer should be promoted to
17 sergeant?
18 A. I don't have anything I could cite, no,
19 formally.
20 Q. And in the case of the patrol officers, do you
21 agree that it's not their job duty to provide
22 you with that input? Do you agree with that?
23 A. I would agree with that.
24 Q. Earlier in stating your own standard or thought

Page 153

1  process that you used to calibrate how much
2  weight you're going to place on the input you
3  receive in making your decision, you state that
4  you looked at, among other things, your 35
5  years experience, your professional experience
6  and intuition and such. And then you respect
7  their opinion and you throw that into the mix.
8  That's a rough paraphrasing and there is more
9  to it that you said.
10     Here is my question to you: Do you
11 always place the same emphasis on the opinion
12 of each lieutenant as to hiring or promotional
13 opinions?
14 A. No, I don't.
15 Q. What makes that vary?
16 A. It varies on my -- each one of the lieutenants
17 has his own way of evaluating people. Some may
18 be stricter in their evaluations than others.
19 But among the group of them, I think I can get
20 a pretty good idea of what the realty is with
21 regard to the candidate.
22 Q. In the case of promotions from sergeant to
23 lieutenant, do you go through the same process
24 of soliciting the list from HRD eligible

39 (Pages 150 to 153)

Page 194

1  A. He is. Again, in previous iterations of
2     patrol, there would have been someone
3     designated as the shift commander. That
4     language has been changed. Now there is a
5     station supervisor and a field supervisor and
6     there is an area commander. And that area
7     commander transcends three divisions.
8  Q. What are the duties --
9  A. Three shifts.
10 Q. How long have there been area commanders in the
11    past five years? The entire five years?
12 A. Five years entirely.
13 Q. Who have been the area commanders for A, B and
14    C over the past five years?
15 A. I think Area A has been Sergeant Thompson.
16 Q. The whole time?
17 A. Yes. Area B has been Sergeant Lamont; Area C
18    has been Sergeant Longtine, L-O-N-G-T-I-N-E;
19    and Sergeant Dunlop.
20 Q. Is there a document which defines the duties of
21    the area commander?
22 A. I believe there is a general order that
23    delineates the areas and indicates who the area
24    commanders are. And it was done in concert

Page 195

1     with the COMSTAT process at the same time that
2     we implemented COMSTAT.
3  Q. By the way, delineates who the commanders will
4     be? Is there a general order that states the
5     names of the individuals?
6  A. Not a general order, but there would be a
7     personnel order, I believe, indicating that.
8  Q. And there is a general order --
9  A. And, again, I don't recall whether it's a
10    special order, personnel order. It wouldn't be
11    a general order.
12 Q. And does that document define the duties of the
13    position?
14 A. I'm trying to think. No.
15 Q. As best as you can recall, can you please
16    describe for me what the duties are of the area
17    commanders? Before you do it, though, have
18    those duties changed in the past five years or
19    have they generally been the same?
20 A. They've been the same.
21 Q. With that, could you please describe those
22    duties.
23 A. Just to go back the five years, when we
24    implemented the COMSTAT process in the area

Page 196

1     command, we changed from a -- a beat
2     configuration, the old beat where we had six
3     patrol beats assigned to each shift. Not all
4     of which were filled on each shit, but maybe
5     filled. And those were distinct areas that
6     were covered by patrol officers.
7        And over the years it's been my
8     experience that when you ask -- when you had
9     asked someone about what happened in a
10    particular area at a particular time of day,
11    the officer might say, well, that happened on
12    other shift. I don't know anything about that.
13       So I made the decision to begin the
14    process of implementing an area command, where
15    we would have be a number of supervisors; one
16    designated as the area commander and a number
17    of patrol officers assigned to that area
18    exclusively on whatever shift they happened to
19    be assigned.
20       But they were responsible for dealing
21    with problems that developed, identifying
22    problems and developing solutions for those
23    problems, whether they happened on their shift
24    or any shift, in meetings with the area

Page 197

1     commanders.
2  Q. So identifying areas, perhaps among other
3     things, identifying problems in that area
4     regardless of the shift?
5  A. Right. If there is a problem with stolen cars
6     on the midnight shift, someone on the day shift
7     may contribute to the -- in their area meetings
8     that they would contribute to the solution.
9     This is what I think we should do about that.
10    So they don't say, I only deal with the things
11    that are happening on my particular shift.
12 Q. So the area commander is able to identify the
13    problems through this communication pathway
14    that you discussed. What do they do with that
15    information?
16 A. Well, they -- they direct the patrol activities
17    of the people that work for them?
18 Q. And who are the people that work for the area
19    commander?
20 A. Well, there is...
21 Q. Just the people on their own shift or across
22    the shifts?
23 A. Each shifts. It's cross shifts. The area
24    commander -- for example, Sergeant Lamont may

Page 239

1  relating to the press of business for
2  dispatchers on that day?
3  A. Relating to what?
4  Q. I'll just repeat it. Is there a decision to
5  bump the staffing for dispatchers to three
6  related to their judgment related to a
7  conclusion about the need for more dispatcher
8  services because of anticipated greater call
9  volume on that day?
10        MS. MURPHY: Objection.
11 A. Again, it could be call volume. It could be a
12 decentralized dispatch operation. In some
13 cases, like the 4th of July parade that we have
14 or the fireworks that we have, we may have a
15 dispatch operation independent of the dispatch
16 operation within the police station at a remote
17 location operated from a vehicle.
18 Q. What is that kind of dispatch operation? I
19 don't understand that.
20 A. Well, they would be what we would call parade
21 control and all of the calls related to the
22 parade would go through that particular
23 dispatcher so that the others can handle the
24 normal business that comes into the station.

Page 240

1  They wouldn't receive calls from the outside.
2  They would simply handle radio traffic between
3  and among the officers that are involved in the
4  parade, fireworks, marathon, whatever.
5  Q. Is that sometimes done on a less than full shift
6  basis, like four-hour block?
7  A. It can be, yes.
8  Q. To what extent, if at all, to your knowledge,
9  does the lieutenant that's the commander over
10 the liaison officer -- strike that.
11       To what extent, if at all, does the
12 lieutenant that's the commander over the
13 dispatchers give them assignments?
14 A. I'm not sure what you're referring to when
15 you're referring to assignments. Assignments to
16 their respective shifts or assignments during
17 their shifts? I don't know what you mean.
18 Q. Okay. That's fair. Well, one feature of their
19 job is they need to show up at a particular time
20 of shift on particular days of the week,
21 correct?
22 A. Correct.
23 Q. And that's done by virtue of a four and two
24 schedule that's projected through the year?

Page 241

1  A. Right.
2  Q. You already defined that. Another situation is
3  where dispatchers are assigned on special
4  occasions to work either for a few hours or a
5  full shift because of a special need, correct?
6  A. That's correct.
7  Q. Do dispatchers do any set of duties other than
8  engaging in dispatch in the call center setting
9  aside the special person that you mentioned is
10 out in the field?
11       MS. MURPHY: Objection.
12 A. Again, the dispatching duties comprise taking
13 calls for service dispatching police cruisers,
14 entering information into the computer, entering
15 certain -- communicating with the Registry of
16 Motor Vehicles, the National Crime Information
17 Center. They are all interrelated but I can't
18 name all of the duties.
19 Q. Okay. Those are their duties, some mix of those
20 every day, they have to do those things?
21 A. They would be required to do that, yes.
22 Q. With regard to the traffic safety officer, which
23 I understand currently is Brian Lauzon, and
24 previously was a sergeant named Davis; is that

Page 242

1  correct?
2  A. Yes.
3  Q. Has that position historically, well, within the
4  past five years, entailed any duty to assign
5  people to different sets of duties?
6  A. Yes.
7  Q. And what is the information that you have on
8  that regard with respect to the traffic safety
9  officer in the past five years?
10 A. The traffic safety officer communicates
11 laterally with the operations division
12 supervisors to direct the activities of patrol
13 officers with regard to traffic safety
14 assignments.
15 Q. Any other assignments that they make?
16 A. Generally, it's restricted to traffic related
17 assignments, truck team assignments, directed
18 patrols for Governors Highway safety, special
19 efforts on holiday weekends, things like that.
20 Q. Do I understand correctly that -- and if not,
21 correct me. Do I understand correctly that from
22 your prior testimony, the way that works is the
23 traffic safety officer makes this communication
24 to the patrol sergeant and the patrol sergeant

5 (Pages 239 to 242)

Page 243

```
 1     then implements that directed patrol, let's
 2     say --
 3          MS. MURPHY: Objection.
 4  Q. -- by ordering the person to do it?
 5  A. He has staff authority to.
 6  Q. "He" being?
 7  A. The traffic safety officer has staff authority
 8     to assign officers to various posts. The only
 9     line authority he would have, if you will, is
10     his officers assigned to traffic posts that are
11     being paid by the Governors Highway Safety
12     Bureau through a grant.
13  Q. Okay. With respect to the administrative
14     officer, which I think for the past five years
15     has been Leo Fitzpatrick; is that correct?
16  A. That's correct.
17  Q. He was a patrol officer and that position then
18     became a sergeant?
19  A. Yes.
20  Q. Did his duties change when he went from patrol
21     officer to sergeant in that position in the past
22     five years, assuming it occurred in the past
23     five years, that promotion?
24  A. I'm not sure whether he took on the
```

Page 244

```
 1     responsibility for assigning details prior to
 2     that or whether that was always part of his
 3     responsibility.
 4  Q. Okay. We'll carve that out, that scenario.
 5     You're not sure of any changes in his duties
 6     that you're aware of in the past five years?
 7  A. Well, he's become a member of my command staff
 8     and I rely heavily on him for guidance in
 9     certain areas, particularly with regard to
10     grants and grant administration.
11  Q. When did he become a member of your command
12     staff?
13  A. I'm not sure what date he would have done that,
14     whether it was something that evolved after a
15     period of time when he was assigned even as a
16     patrol officer, but certainly after he was
17     promoted to sergeant, he became very much
18     involved in all of our meetings.
19  Q. Was he involved in those meetings -- I'm not
20     clear from your testimony. Was he involved in
21     those meetings, or the command staff meetings,
22     when he was a patrol officer holding assignment
23     of administrative officer?
24  A. I think in a limited fashion, when I needed his
```

Page 245

```
 1     guidance on budgetary matters, but as a
 2     supervisor, he's been involved in the hiring
 3     process by participating in the -- during the
 4     interviews or observing during the interviews
 5     and making comments and observations to me.
 6  Q. To your knowledge, in the past five years, has
 7     Leo Fitzpatrick assigned anybody -- strike that.
 8     Are there any individuals under Sergeant
 9     Fitzpatrick's division, if that's what it's
10     called? You shook your head.
11  A. I indicated no. He does commander division.
12  Q. What does he command, if at all?
13  A. He's in a staff position as administrative
14     officer.
15  Q. Is there anybody that reports to him directly?
16  A. No.
17  Q. Are there any assignments he makes as this
18     administrative assistant or -- excuse me,
19     Executive -- excuse me, Administrative officer?
20  A. He assigns details to off duty or -- he's much
21     referred to as our detail officer as well. He
22     assigns the details as they -- in accordance
23     with the contract.
24  Q. Do you mean the Collective Bargaining Agreement
```

Page 246

```
 1     when you say "contract," right?
 2  A. Correct.
 3  Q. And the contract speaks for itself but it states
 4     how that procedure will occur?
 5  A. Yes, it does.
 6  Q. And he's responsible to administer that process
 7     and assign the details?
 8  A. Yes.
 9  Q. And did he have that function when he was a
10     patrol officer holding the position of
11     administrative officer?
12  A. Yes.
13  Q. What about freestanding overtime shifts? Not
14     overtime that's continuous from a regular shift,
15     two or three hours extending beyond the regular
16     shift, but just a freestanding block of
17     overtime, who assigns that --
18          MS. MURPHY: Objection.
19  Q. -- if anyone?
20  A. Either a sergeant or Lieutenant Pagliarulo, one
21     of the patrol supervisors or station supervisors
22     or Lieutenant Pagliarulo.
23  Q. Turning back to Leo Fitzpatrick, are there any
24     other assignments that you're aware of that he
```