Page 327

1 Q. Well, in the past five years, you don't recall
2 whether he --
3 A. I don't recall whether he's received a reprimand
4 in that period of time but he's been counseled.
5 Q. Okay. And do you recall whether there was any
6 recommendation to you by the superior officer
7 who investigated the Ronald Richardson situation
8 for rudeness as to whether discipline should be
9 issued?
10 A. I'm sure there was a recommendation for
11 disciplinary action. It may have been a
12 recommendation for a specific disciplinary
13 action. It may have been for whenever I deemed
14 appropriate.
15 Q. Do I understand correctly that there is no rule
16 that requires the superior officer to state a
17 specific recommendation for a specific
18 discipline; is that correct?
19 A. Other than what I communicated to them. If I
20 want a recommendation from them, I'll ask for
21 it.
22 Q. That would be on a case-by-case basis verbal?
23 A. They may include a recommendation. They are
24 allowed to include a recommendation in their

Page 328

1 report but they are not always put in the
2 disciplinary file onto the employment history of
3 that individual so I would have to consider it
4 in the context of their overall performance.
5 Q. Okay. So you would then look at that further
6 information in connection with making a
7 decision?
8 A. Yes.
9 Q. Do I understand correctly that there is no rule,
10 to your knowledge, that defines how much
11 emphasis the Board of Selectmen should place on
12 any input that you receive relating to
13 discipline that they impose directly, whether it
14 be a lengthy suspension or a termination?
15 MS. MURPHY: Objection.
16 Q. Is that correct?
17 MS. MURPHY: Objection.
18 A. The Board of Selectmen is bound by the statutory
19 authority given to them as the hiring authority.
20 Q. Do you know how sometimes you receive input from
21 command officers relating to whether you should
22 discipline somebody or not? That happens from
23 time to time?
24 A. Yes.

Page 329

1 Q. And sometimes at the culmination of that
2 process, as in the case of Andrew Thorp, you
3 wind up recommending termination, correct?
4 A. Yes.
5 Q. And my question is, for example, in termination
6 context, are you aware of any rule of the town
7 that defines how much weight they should give to
8 the information you receive from superior
9 officers or the question of whether to terminate
10 somebody or not?
11 MS. MURPHY: Objection.
12 A. The Board of Selectmen has from time to time
13 during these reports that I've given to them
14 indicated to me that they rely on my
15 investigation and my recommendation because I'm
16 directly responsible for them. And they know
17 that I conduct an investigation that involves
18 other officers so I would say they have to at
19 least consider that that information came from
20 somewhere below me.
21 Q. So do you recall the situations in which the
22 Board of Selectmen have told you that they were
23 placing a level of emphasis on input you receive
24 from superior officers in connection with the

Page 330

1 disciplinary situation?
2 MS. MURPHY: Objection.
3 A. They indicated they rely on my recommendation.
4 Q. And the only time that's happened in the past
5 five years, am I correct, was for Andrew Thorp
6 where you appeared before them for the
7 recommendation for discipline; is that correct?
8 A. Most recently, Officer Kenneth Fitzgerald was
9 suspended for five days and they relied on my
10 recommendation.
11 Q. Kenneth Fitzgerald was -- is he a patrol
12 officer?
13 A. Yes.
14 Q. He was suspended for five days?
15 A. Yes.
16 Q. And what year was that five-day suspension?
17 A. This year.
18 Q. What's the allegation that led to that
19 suspension, just generally?
20 A. He had subscribed to a -- he had his own Web
21 page on myspace.com that had inappropriate
22 comments and photographs and information that
23 was generally I considered to be conduct
24 unbecoming an officer.

27 (Pages 327 to 330)

Page 331

1  Q. Okay. And with respect to this Kenneth
2     Fitzgerald situation, how did you first become
3     aware of this misconduct?
4  A. It was reported to me by one of my detectives.
5  Q. Which one?
6  A. Can I have a moment? Can I consult with counsel
7     for a moment?
8  Q. Sure. You can go out in private.
9        MR. CANZONERI: Off the record.
10       (Witness confers with Ms. Murphy)
11       MR. CANZONERI: Back on the record.
12    I'm going to withdraw the last question where I
13    asked for the name of the individual and noting
14    that I'm doing that at the request of the
15    counsel. At the moment, I do not plan to ask
16    for the name but should that name become
17    relevant to the Fair Labor Standards Act
18    lawsuit, we reserve the right to seek that name.
19    And if that dispute arose, we'll address it
20    then; but at the moment, we're avoiding that
21    dispute and I'm moving on. Off the record
22    again.
23       (Discussion off the record)
24

Page 332

1        BY MR. CANZONERI:
2  Q. With respect to detective, that's an individual
3     that has a rank of patrol officer?
4  A. Yes.
5  Q. Okay. And that entailed just reporting the
6     facts but no opinions or recommendations?
7  A. Correct.
8  Q. Okay. So now you have this information. What's
9     the next step in the process?
10 A. I conducted an interview of the accused and
11    confirmed that the information contained on his
12    Web page was placed there by him.
13 Q. Okay. So you had a direct conversation in this
14    case with the officer?
15 A. Yes, I did.
16 Q. As a patrol officer, right?
17 A. Yes.
18 Q. Okay. And then what's the next step?
19 A. I suspended him for five days.
20 Q. In this particular case, do I understand that
21    there was no intervening consultation with
22    command officers to solicit their opinions?
23 A. There was a discussion with Lieutenant Mason at
24    least and a file established with the internal

Page 333

1     affairs section.
2  Q. Okay. And nothing beyond that in terms of
3     lieutenant or sergeant involvement in this
4     process?
5  A. No, because it didn't require any further
6     investigation. The facts spoke for themselves.
7  Q. Okay. I'm going to define a word for you. It's
8     a technical word under the Fair Labor Standards
9     Act. And it's also a word that people use just
10    when they are talking every day so I just want
11    you to understand what I mean when I use the
12    words and it's the words "direct" or
13    "direction." And by that I mean situations
14    where a superior has communication, whether in
15    writing or verbally, to a subordinate relating
16    to one or more aspects of how they should do
17    their job.
18       MR. CANZONERI: So can you read that
19    back for a second.
20       (Last question read)
21       MS. MURPHY: Is that the question?
22       MR. CANZONERI: That's my definition.
23    There is no question yet.
24       MS. MURPHY: Okay.

Page 334

1  Q. With regard to the field supervisor, patrol
2     supervisor function, do you have knowledge as to
3     the degree to which they engage in the duty of
4     directing the work of patrol officers?
5  A. As supervisors, that is their primary duty, to
6     direct the activities of the patrol officers or
7     when immediate supervision is not required, to
8     monitor what they are doing, when they responded
9     to calls for service or when they are on
10    so-called directed patrols.
11 Q. So from my definition, whether the Court agrees
12    with me or not from my definition of
13    "direction," I don't include monitoring
14    passively and staying in the background. It
15    requires an assertion, a communication telling
16    the person to do something in their job.
17 A. Right.
18 Q. So with regard to a patrol supervisor, to what
19    extent do you observe what they do on a
20    day-to-day basis on their shift to know when
21    they are directing patrol officers?
22       MS. MURPHY: Objection.
23 A. I monitor the radio communications between and
24    among the patrol supervisors, patrol officers,

28 (Pages 331 to 334)

Page 339

1    the patrol officers that work for them in a
2    general sense.
3    Q. The dispatchers?
4    A. No. The supervisors. All of them. When they
5        are working in patrol.
6    Q. Okay. Well, do I understand correctly that
7        there are times when patrol officers just come
8        upon a situation without having been assigned to
9        it by the dispatcher?
10   A. Yes.
11   Q. By the way, when the dispatcher radios for an
12       officer to go to a location, is that called an
13       assignment or not?
14   A. It's a call. It's a call that's given out.
15       It's given a number. An assignment, yes, they
16       are assigned to go to or whatever.
17   Q. Are they free to leave that post, that call,
18       whenever they determine that they've completed
19       the police work to be done?
20   A. Yes.
21   Q. Are there situations when patrol officers are
22       assigned to a location and they cannot leave
23       until relieved or told that they can leave by a
24       superior officer?

Page 340

1    A. If they were responding to a crash scene or an
2        accident scene, the supervisor would generally
3        relieve them, yes, or they would request
4        permission to leave.
5    Q. Based upon your observations listening to the
6        radio, do you have knowledge as to the number of
7        calls that are issued per shift to patrol
8        officers?
9    A. It varies by day of the week, time of the year.
10   Q. Do you keep track of that?
11   A. We do.
12   Q. Can you give me a range that would be the
13       majority of the time on weekdays versus
14       weekends?
15   A. For each officer or for the entire shift?
16   Q. For the entire shift.
17   A. Unless I looked at the log, I can do it pretty
18       quickly just looking at a log, but I don't know
19       right now.
20   Q. Just to push you one more time, and if you don't
21       know, just repeat your statement, I'm just
22       looking for some general knowledge from you as
23       to range of calls, the majority of times that
24       occur, for example, on the day shift on a

Page 341

1    weekday.
2    A. Including self-initiated activities or just
3        calls given out by the dispatcher?
4    Q. Just calls given out by the dispatcher.
5    A. It could be between 15 and 20 calls. I don't
6        know. A minimum of probably 15 calls on a
7        routine weekday. It could be a lot busier than
8        that. It varies.
9    Q. And with respect to those calls, do you know how
10       many of them that require the patrol sergeant to
11       get involved and direct how the patrol officer
12       is going to handle that call?
13   A. I don't know how many, no.
14   Q. Okay. Is there any way that that can be
15       determined through records?
16   A. Monitoring the radio tapes. the radio traffic.
17       You could probably -- I think you could research
18       it and listen to the traffic and see if a
19       supervisor has made any comments with regard to
20       that particular call or whether there have been
21       communications between the patrol officer and
22       the supervisor.
23   Q. With regard to the radio transmissions for the
24       Town of Natick, are they preserved on tape or

Page 342

1    recorded electronically?
2    A. Yes, digitally.
3    Q. How long are they monitored for, assuming it's
4        not a crime situation where you're going to keep
5        it for the trial?
6    A. I think we keep them indefinitely. I think the
7        records retention laws require that we keep them
8        for a certain amount of years, but I think we
9        keep them because they are -- we don't rerecord
10       over the tapes. We keep them indefinitely.
11   Q. Okay. So as far as you know, it may well be
12       that they go back five years?
13   A. Yes.
14   Q. And so to know how frequently in connection with
15       a call issued by a dispatcher that the patrol
16       sergeant got involved in directing the work of
17       the patrol officer handling that call would
18       require us to look at these tapes and listen to
19       the interactions; is that true?
20       MS. MURPHY: Objection.
21   A. I'm not sure I understand. What you're saying
22       is how often do they?
23   Q. I can rephrase it.
24   A. Interact? I think I understand the gist of the

30  (Pages 339 to 342)

Page 343

1    question. My expectation would be that if a
2    supervisor is supervising, if he's out on the
3    street, his job is not to answer calls for
4    service but to monitor and supervise the patrol
5    officers that work under him or her and to
6    respond to different calls to ensure that they
7    are handled properly and to respond to specific
8    calls if they are serious, if it's a commercial
9    break, a house break, a major crash.
10   Q. Well, understanding my definition of the word
11   "direct," which requires an assertion, a
12   communication with some facet of telling
13   somebody how they should handle the call, do you
14   agree that the majority of the time, a field
15   supervisor is involved in direction in an
16   eight-hour shift, maybe an hour at most?
17        MS. MURPHY: Objection.
18   A. I couldn't agree to that because I can't
19   quantify it. I'm not privy to their individual
20   conversations with the officers when they are at
21   a particular scene. They may, for all I know,
22   be there at every call reviewing it and just
23   communicating with the officer.
24   Q. Okay. So you don't know whether it's more than

Page 344

1    an hour or not?
2    A. I do not know. I don't think that the officers
3    themselves are involved, generally speaking, in
4    calling for more than an hour.
5    Q. What do you mean by "officers"?
6    A. A call may only take a minute to answer. To say
7    that they are involved for an hour is a great
8    amount of time.
9    Q. Right. And with regard to the situation
10   supervisor, the patrol sergeant assignment,
11   when they are the station supervisor, that's
12   what I want to talk about next. Do they have
13   occasion to give direction to employees in their
14   job?
15   A. Yes.
16   Q. Okay. And that comes about, I take it, one
17   instance is when they are doing a report review
18   and they find there is a deficiency or
19   discrepancy, they kick it back to the patrol
20   officer with some comment and asking them to
21   revise the report?
22   A. Yes.
23   Q. Is there any other situation where station
24   supervisors are involved in direction of patrol

Page 345

1    officers?
2    A. Roll call.
3    Q. And that entails, among other things, passing on
4    the information that the patrol sergeant learned
5    from the prior shift that is relevant to doing
6    police work on the current shift?
7    A. Among other things. They also --
8    Q. What else do they do?
9    A. They also assign the officers to a particular
10   post or a beat or a sector or an area.
11   Q. You used a few words there.
12   A. Area. Today it's area. In the past, it's been
13   different.
14        MS. MURPHY: Are we going to be going
15   beyond 2:00?
16        MR. CANZONERI: Probably. Why? Do you
17   have to go?
18        MS. MURPHY: No. But I thought our
19   goal was to wrap it up or I thought we could
20   skip lunch. If we're going to have to go beyond
21   two o'clock. I think we should probably take a
22   break at some point in the near future and come
23   back. I'm not going to run him for six hours
24   straight.

Page 346

1    MR. CANZONERI: Off the record.
2    (Discussion off the record)
3    (Whereupon, a luncheon recess was
4    taken at 1:10 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

31 (Pages 343 to 346)



Page 351

1  Q. What's that last piece, give the other
2     information. --
3  A. Give the information that they have reviewed
4     from past police activity on previous shifts to
5     the oncoming shift.
6  Q. Okay. You said document things relating to
7     details and court assignments. Does that
8     involve --
9  A. Yes.
10 Q. Does that involve direction of employees under
11    my definition of the word "direction"?
12 A. It assigns them to a particular detail and they
13    initial the detail roster indicating that
14    they've given them that assignment and they have
15    accepted it or refused it.
16 Q. That's what the station supervisor does?
17 A. Yes.
18 Q. How does Leo Fitzpatrick fit into that equation
19    with the assignment of details?
20 A. Well, Leo Fitzpatrick assigns the details to the
21    officers and the supervisors that are
22    prescheduled so he knows what the call is and
23    he'll do it by order, appropriate order of the
24    officers; but most details, a lot of them come

Page 352

1     in after the fact and people will call the
2     station at various times of the day and say, "I
3     need a detail for tomorrow," and then the
4     supervisor will either assign that in accordance
5     with the call list or when Leo has given the
6     assignments, Leo doesn't confirm with the
7     officer that officer has received it. The
8     supervisor indicates whether the officer has
9     received it or not by initialing the roster.
10 Q. And do you know from your own personal
11    knowledge, observations, the majority of time
12    how many minutes or hours of a day the patrol
13    supervisors are engaged in directing employees?
14 A. I believe it's their responsibility to be
15    engaged in supervising employees either directly
16    or by observation throughout the shift the
17    entire time.
18 Q. Here I'm talking about a subcategory, which is
19    direction, which I've defined as asserting or
20    communication of words to employees telling them
21    what to do on their job. So not just this
22    general concept of supervision throughout their
23    shift, but within that, the aspect that relates
24    to direction, so I'll repeat the question. Do

Page 353

1     you know from your own personal knowledge and
2     observations the number of minutes or hours in a
3     typical shift for a station supervisor that they
4     are engaged in direction of employees?
5         MS. MURPHY: Objection.
6  A. I have no idea.
7  Q. Did the traffic safety officer -- strike that.
8         Do you have any knowledge, based upon
9     your own personal observations, as to how much
10    time the traffic safety officer is engaged in
11    directing the work of other employees?
12        MS. MURPHY: Objection.
13 A. The personal knowledge I would have, I know that
14    he supervises, directly supervises the traffic
15    posts that are funded by the Governors Highway
16    Safety Bureau. And I can't tell you -- I don't
17    know how many hours or minutes he directly
18    supervises other people through personal
19    observation, at least I can't tell you.
20 Q. Okay. And with respect to your understandings,
21    and I'm expanding it from personal knowledge,
22    what is your understanding of how much time the
23    traffic safety officer spends directing the work
24    of employees?

Page 354

1  A. I don't think he directly supervises other
2     employees. He's engaged in a staff capacity
3     through lateral communication with other
4     supervisors. He's engaged in the direction of
5     other patrol officers. How much time that
6     entails, I don't know.
7  Q. Okay. Is there any other direction that the
8     traffic safety officer does other than
9     communicating his thoughts on what patrol
10    activity should occur laterally to the patrol
11    sergeants?
12 A. He doesn't have any line responsibility for the
13    officers that work on the shift.
14 Q. In the past --
15 A. If you are distinguishing between staff and line
16    responsibilities, he works in a staff capacity.
17 Q. What do you mean by that?
18 A. Meaning he doesn't have -- they don't report
19    directly to him. They report directly to the
20    station supervisor and the field supervisor.
21 Q. And then they report up to the lieutenant first?
22 A. Correct. I mean, through the chain of command
23    to the lieutenant.
24 Q. In the past, has the traffic safety officer been

33 (Pages 351 to 354)

G&M Court Reporters
800-655-3663 - www.gmcourtreporters.com

Page 355

1  a patrol officer?
2  A. He was at one time. But for the past 10 or 12
3     years, it's been a supervisor.
4  Q. When the traffic safety officer position was a
5     patrol officer, how did that communication work
6     with respect to advising a patrol sergeant about
7     directed patrol activity that the traffic safety
8     officer thinks should be done?
9  A. He would communicate the need to have something
10    done to the patrol supervisor and the
11    supervisor, immediate supervisor, would direct
12    the patrol officers.
13 Q. And that's the way it's done today, except that
14    the person making that communication today is a
15    sergeant; is that correct?
16 A. It's a lateral communication, yes. Lateral
17    communication meaning -- I mean, it's just a
18    term we use. It's lateral communication
19    generally from one authority to another.
20    Whether it's a sergeant to sergeant or
21    lieutenant to sergeant or whatever.
22 Q. So it's just a communication?
23 A. Right.
24 Q. How does the word "lateral" add to it?

Page 356

1  A. Well, it's usually the same rank and not one
2     telling that person of higher rank what to do.
3  Q. With respect to the administrative officer, Leo
4     Fitzpatrick, to what extent, if at all, is he
5     involved in directing other employees what to
6     do?
7  A. He doesn't direct other employees in his
8     capacity as the administrative officer.
9  Q. And with respect to the executive officer,
10    Mason, to what extent, if at all, is he involved
11    in directing other employees what to do?
12 A. He's the executive officer of the department
13    and, therefore, the inspector of division so he
14    has overall authority over all other divisions,
15    including detectives for oversight.
16 Q. Do you know how many minutes or hours of his
17    typical workweek are involved in communicating
18    with other employees telling them what to do?
19 A. No, I don't.
20 Q. And with respect to Lieutenant Grassey, that is
21    Brian Grassey, do you know whether he's involved
22    in directing employees in his role as lieutenant
23    of the information services and communications
24    area division?

Page 357

1  A. He does get involved in supervision.
2  Q. My question is, I'm directing right now, I'm
3     talking about an aspect of supervision called
4     direction, when you communicate and tell people
5     what to do. Does he engage in that type of
6     supervision called direction?
7  A. Yes, he does.
8  Q. And who does he direct?
9  A. Dispatchers and through the chain of command
10    patrol officers and other supervisors with
11    regard to report review and investigations, case
12    management.
13 Q. With respect to the dispatchers, do you know how
14    many minutes or hours a week he spends telling
15    them what to do, typically?
16 A. I don't know.
17 Q. A range?
18 A. I can't guess at that.
19 Q. He spends hours and hours reviewing reports,
20    correct?
21 A. Yes.
22 Q. Do I understand correctly that's what he spends
23    the bulk of his time doing, reviewing reports?
24 A. I think he spends a fair amount of time

Page 358

1     reviewing reports. Again, to quantify that, I
2     don't know how much time he's responsible for
3     reviewing the officers' reports at the next
4     level, other than beyond this field, beyond the
5     station supervisor's responsibility.
6  Q. Okay. Do you know how much time he spends
7     communicating to officers who have deficient
8     reports about telling them what to do to correct
9     a report in a week, typically?
10 A. Again, I don't know. I can't quantify that in
11    hours and minutes, but I would say it's a
12    substantial amount of time that he's
13    communicating with other supervisors to improve
14    the quality of the reports that are written.
15 Q. Substantial amount of time communicating with
16    other supervisors in an effort to get the patrol
17    officers to improve the quality of the reports?
18    I think that's something that --
19 A. With me and other supervisors, yes.
20 Q. So I'm talking about him telling other people
21    what to do, and does he tell sergeants what to
22    do to revise their own reports?
23 A. Yes.
24 Q. And he tells patrol officers what to do to

34  (Pages 355 to 358)