Page 359

1 revise their own reports?
2 A. Through their sergeants generally.
3 Q. Okay. So when he's issuing direction to a
4 patrol officer, it goes through the sergeant and
5 then to the patrol officer, typically?
6 A. Generally, it should. I think it does.
7 Q. Okay. And I need to get a better understanding
8 of what you mean by a substantial amount of
9 time.
10 A. From what Lieutenant Grassey tells --
11 Q. I wanted to make the question clear. So my
12 question is, in a typical shift, do you have an
13 understanding of a range of how much time he
14 spends literally communicating with sergeants
15 and telling them what to tell patrol officers to
16 improve the patrol officers' reports?
17      MS. MURPHY: Objection.
18 A. I can't tell you in minutes and hours. I can
19 only say that he not only communicates to me but
20 he communicates to the other lieutenants,
21 Lieutenant Mason, Lieutenant Mabardy, and
22 Lieutenant Pagliarulo on a regular basis about
23 deficiencies in police reporting, and that's a
24 major effort on his part, is to improve those

Page 360

1 reports.
2 Q. Okay. And as to whether the specific task of
3 communicating that to the line supervisor who's
4 going to report that to the police officer takes
5 him 15 minutes a day or two hours a day or more
6 than that, you don't know?
7 A. I don't know.
8 Q. Okay. In addition to report review, you say
9 he's engaged in direction relating to
10 investigation in case management. I didn't know
11 what you meant by direction relating to
12 investigations. I don't know if you remember
13 saying that.
14 A. It's just reviewing the investigations to make
15 sure they were complete and reporting generally
16 to Lieutenant Pagliarulo because he is the
17 commander of the operations division from which
18 most of the reports come and he would make sure
19 that in his case, review officer capacity, he
20 would communicate to Lieutenant Pagliarulo
21 probably on a daily basis. I delegate that
22 authority to each of the supervisors in their
23 various capacities, and I don't directly monitor
24 what they do, unless they come to me to report

Page 361

1 it. So for me to say that it's an hour, two
2 hours, I don't know. It could be or it may not
3 be.
4 Q. With respect to this investigation or case
5 management, is that part of report review?
6 A. Yes.
7 Q. So what you testified about report review covers
8 us for that?
9 A. I would say so, yes.
10 Q. Is there any other direction that you believe
11 that Lieutenant Grassey does beyond what you've
12 already described with respect to dispatchers
13 and report review, investigations and case
14 management communications?
15 A. I think that covers it.
16 Q. With respect to Lieutenant Mabardy, lieutenant
17 commander in charge of investigator services, to
18 what extent, if at all, does he engage in
19 directing employees what to do?
20 A. His responsibility is to direct the assignment
21 and ensure the proper investigation of all
22 follow-up investigations and to review reports
23 that require further investigation and assign
24 them to various detectives.

Page 362

1 Q. So one piece of what you just said is he's
2 involved in direction because he's assigning
3 cases to detectives?
4 A. Assigning and monitoring the progress of those
5 cases.
6 Q. For my definition of investigation. I'm not
7 including situations where somebody is just
8 sitting back monitoring but not communicating.
9 My definition of "direction" includes only
10 communicating, asserting communication towards
11 the employee, telling the employee what to do.
12 So giving the detectives assignments would fall
13 under the direction of the detectives, correct?
14 A. Correct.
15      MS. MURPHY: Objection.
16 Q. Is there another form of direction that Mabardy
17 does other than assigning detectives cases?
18 Does he review the reports?
19 A. He does.
20 Q. So he engages in the same kind of activity that
21 Grassey does but for the subset of reports that
22 come from the investigative services; is that
23 correct?
24      MS. MURPHY: Objection.

Page 363

1  A. He reviews the reports that are written by his
2     detectives. He ensures through the case
3     management process that the investigations or
4     that they've exhausted every opportunity to
5     solve the case and he either approves or rejects
6     the -- he signs off on the report that it's
7     complete.
8  Q. Okay. And in the case of Lieutenant Mabardy, do
9     you know how many minutes or hours typically per
10    week he spends literally directing detectives on
11    how to perform their work?
12        MS. MURPHY: Objection.
13 A. Again, my expectation is that he spends the bulk
14    of his day -- your definition of "direction"
15    is --
16 Q. Communications verbally or in writing telling
17    employees what to do only.
18 A. My personal observations, because he works
19    across the hall from me, is I see him talking
20    with detectives virtually all day long. So
21    unless he's talking about something unrelated to
22    police work, I would assume it has to do with
23    their investigations.
24 Q. In those conversations, is it possible that he's

Page 364

1     accumulating information about the status of
2     their investigations, correct?
3  A. It's possible.
4  Q. Okay. And it's possible that he's telling them
5     what to do, too? It's possible?
6         MS. MURPHY: Objection.
7  A. Yes.
8  Q. And how much of one or the other he's doing, you
9     don't know?
10 A. I don't know.
11 Q. What, if anything, does Lieutenant Pagliarulo or
12    the patrol operations commander do to direct
13    employees?
14        MS. MURPHY: Objection.
15 A. I can't tell you how much time he actually
16    verbally directs people what to do, but he has
17    his own set of operations orders that he issues
18    as a whole subset of orders that would come from
19    him to direct the activities or to inform the
20    patrol personnel what and when to do it and how
21    to do it.
22 Q. What are the specific things he does to direct
23    others? Do you know?
24 A. He assigns -- he participates in the process

Page 365

1     that would authorize overtime activity or
2     redirect the resources of patrol, again, through
3     their immediate supervisor to areas that he
4     thinks require their attention. He may assign
5     traffic posts. He may assign them to
6     investigations, follow-up investigations.
7     Again, all of these things, if done correctly,
8     would be done through their supervisor, the
9     immediate supervisor.
10 Q. And in his case, like the others, am I correct
11    that you don't know how much time he spends
12    literally directing other employees?
13        MS. MURPHY: Objection.
14 Q. Is that correct?
15 A. I can't quantify it in minutes and hours. I
16    have no idea.
17 Q. Okay. Lieutenant Mabardy was a community
18    services officer for a while?
19 A. Yes.
20 Q. That's what he did immediately prior to being in
21    his current job?
22 A. That's correct.
23 Q. Does that appear anywhere on the Exhibit 4, that
24    role?

Page 366

1  A. I don't think that's on that organizational
2     chart. That was a fourth division.
3  Q. Is that function no longer performed?
4  A. It's been absorbed by a number of different
5     people.
6  Q. When he did the community services position, do
7     you know whether he engaged in any direction of
8     employees?
9  A. Only to the extent that he would approve or
10    request that they perform a community service
11    function, a specific one like a -- some special
12    activity, fingerprinting, things that we
13    consider community service activities that
14    require us to pay additional compensation under
15    the Collective Bargaining Agreement.
16 Q. And are those duties operational?
17 A. Those are, yes. Not all of them. I mean, the
18    ones that they get extra compensation for are
19    optional but there are certain community service
20    activities that people would call Lieutenant
21    Mabardy and he would coordinate the department's
22    response through whatever entity or department
23    was capable of performing.
24 Q. When he was community services lieutenant, did

36 (Pages 363 to 366)

Page 367

```
 1    he engage in any supervision of employees?
 2  A. Not directly, no, except on the community
 3     service. He may be involved in the community
 4     service activity where he would be in charge of
 5     that event, an event that a number of people
 6     participate in.
 7  Q. Okay. Were you present in contract negotiations
 8     when either Exhibit 2 or Exhibit 3 were
 9     negotiated?
10  A. Yes, I was.
11  Q. And specifically with respect to Exhibit 3, were
12     you present when this provision here was first
13     negotiated in a contract? Top of Page 9,
14     Article 18, supervisory compensation.
15  A. I believe that I was.
16  Q. And this was not the first -- was this contract,
17     Exhibit 3, the 2004, 2007, the first contract
18     wherein that appeared or was it in a prior
19     contract?
20  A. I think the language has changed or at least the
21     compensation has changed but essentially, the
22     language is the same.
23  Q. Do you know when that language first appeared in
24     a contract?
```

Page 368

```
 1  A. My guess is it was the early '90s.
 2  Q. And were you present at negotiations when that
 3     language was negotiated?
 4  A. Yes.
 5  Q. And who proposed that language?
 6  A. I don't recall.
 7  Q. And do you recall what was said at the
 8     bargaining table? Were you at the bargaining
 9     table?
10  A. Yes.
11  Q. Do you recall who spoke and what was said when
12     that proposal was made at any of the sessions?
13  A. I don't recall.
14  Q. Okay. Is there anything that you could look at
15     that would refresh your recollection as to that
16     bargaining history?
17  A. No.
18  Q. Has there been any time that the patrol
19     officers' union, whether it be when they were
20     part of IBPO or current configuration as the
21     Natick Patrol Officers Association, have they,
22     in contract negotiations, presented to the town
23     their belief that the overtime compensation paid
24     to them was unlawful?
```

```
 1        MS. MURPHY: Objection.
 2  A. In contract negotiations?
 3  Q. Yes.
 4  A. I don't recall them ever bringing that up in
 5     contracts.
 6  Q. In the round of negotiations that led to the --
 7     there was an interest arbitration award, right,
 8     that established the contract that was a
 9     successor to Exhibit 2, correct?
10  A. Correct.
11  Q. And in that round of negotiations, that resulted
12     in an interest arbitration award. Do you recall
13     whether the patrol officers proposed that the
14     overtime rate be such that it includes wage
15     augments?
16  A. Right. Let me just --
17  Q. Go on.
18  A. That was brought up in the latest negotiations
19     but not when the supervisory compensation was
20     discussed years ago. But in the latest
21     negotiation prior to the interest arbitration,
22     that was part of the negotiation process or at
23     least it was discussed. I don't know whether --
24     I think Mr. McDonald at the time had indicated
```

Page 370

```
 1     that they were either going to litigate it or
 2     they would settle it.
 3  Q. I just wanted to be clear. There is a set of
 4     negotiation and discussions relating to the
 5     superior officers' contract, which is Exhibit 3,
 6     although the prior version of it that led to the
 7     supervisory compensation, correct?
 8  A. Yes.
 9  Q. Now I'm talking about a completely different set
10     of negotiations; that is, the patrol officers'
11     negotiations. Am I correct in understanding
12     that what you just said about Attorney McDonald
13     and discussion about this issue was in the
14     negotiations for the patrol officers' contract?
15  A. Yes.
16  Q. And did the patrol officers propose at that time
17     that the town pay patrol officers overtime in
18     accordance with a formula where all of wage
19     augments would be included in the base, such as
20     the Quinn bill differential and such before it
21     was multiplied for determining time and a half?
22        MS. MURPHY: Objection.
23  A. They did.
24  Q. What?
```

37 (Pages 367 to 370)

Page 387

1    a particular shift have responsibility for what
2    happens on other shifts, setting aside for the
3    moment the concept of an area commander which
4    you've already defined for us?
5          MS. MURPHY: Objection.
6    A. They are not responsible, other than their area
7    responsibilities, as you indicated, are for
8    activities prior to or after they are there.
9    Q. And the area commander is the one that will have
10   continuing -- strike that.
11        There is this concept of an area
12   commander, correct?
13   A. Correct.
14   Q. Setting that aside, just so I'm clear, patrol
15   sergeants do not have responsibility for what
16   happens on shifts, other than this shift that
17   they are working; is that correct?
18   A. Yes.
19   Q. To what extent do area commanders have
20   responsibility in their job being accountable
21   for what happens on shifts other than their own
22   shift?
23         MS. MURPHY: Objection.
24   A. They are responsible for monitoring the

Page 388

1    activities and the crimes committed in their
2    respective areas and collaborating with other
3    supervisors assigned to that area and the
4    officers assigned to that area to develop
5    solutions and strategies for combating the
6    conditions they wish to correct in their area.
7    Q. Do the command area commanders have a duty to be
8    accountable for how work is performed on other
9    shifts?
10   A. They are accountable for the success or failure
11   of their strategies overall, but they are not
12   directly responsible for the supervision of
13   those employees on other shifts.
14   Q. Do each of the shifts in the patrol division
15   have a separate and distinct function from the
16   next, or are they interrelated in any way?
17   A. They handle similar types of calls. There may
18   be an overlapping call but I don't -- I mean,
19   they are separate shifts. It's different
20   people.
21   Q. Within the patrol division, is there any aspect
22   of the operations of the patrol division that
23   are independent from the rest of the police
24   department? I guess that's how I can ask the

Page 389

1    question.
2    A. I don't think I understand it.
3    Q. Let's work from the top down, then, on the flow
4    chart that's Exhibit --
5         MS. MURPHY: 4.
6    Q. -- 4. There is these delineation of division.
7    Do you see that?
8    A. Yes.
9    Q. What is the significance of those areas being
10   defined as divisions? That's what I'm trying to
11   understand.
12   A. Each division has its own responsibilities. The
13   patrol division is responsible for patrol
14   service delivered to the residents of Natick and
15   the people working in Natick. The investigative
16   division is responsible for conducting generally
17   follow-up investigations to crimes committed,
18   whether it's domestic violence, but they are
19   subsequent to the preliminary investigation
20   that's done by the patrol division and the
21   information services and communications division
22   is responsible for the effective dispatching of
23   calls. Responsible for the dispatchers, court
24   liaison officer and the records on the

Page 390

1    department, among other things.
2    Q. And within the patrol division, is there any
3    aspect of the patrol division that has its own
4    discrete responsibilities?
5    A. Animal control has its own. I mean, he's not a
6    sworn police officer. The school traffic
7    supervisors are just that. They do school
8    posts, traditional school crossing guards.
9    Q. Are those done by patrol officers?
10   A. No. Well, they are filled in when a traffic
11   supervisor, a civilian traffic supervisor is not
12   available, the officer will fill in and take
13   care of that post and the auxiliary police are
14   non-sworn officers according to emergency
15   management.
16   Q. And do those appear on the flow chart?
17   A. No.
18   Q. Can you point those out to me?
19   A. Animal control, traffic supervisors, and
20   auxiliary police.
21   Q. So the three boxes towards the bottom of that
22   division --
23   A. The last three boxes of that column.
24   Q. And the material -- the boxes above it which are

42 (Pages 387 to 390)

Page 391

1    the three shifts and then the box for the
2    lieutenant, do I understand that those areas all
3    have the same responsibility? They don't have a
4    separate responsibility, one from the other?
5    A.  Correct.
6    Q.  Within the division of investigative services,
7        is there any aspect of the investigative
8        services division that has its own subset of
9        responsibilities? I just want to remind you I'm
10       asking you because you defined each division as
11       being an area that has its, quote, own
12       responsibilities. I'm trying to find out
13       whether it's any aspect of the inspectional
14       investigative services division that has --
15   A.  Each of them does. We've got general
16       investigators. We've got an evidence officer,
17       someone responsible for the evidence and
18       licensing. We have a crime scene investigator,
19       each of whom have had their own particular
20       advanced training in those areas. And we've got
21       a detective assigned to do follow-up
22       investigations on domestic violence calls. We
23       also have an officer assigned as a juvenile
24       officer to handle -- he does both juvenile

Page 392

1    investigations and some general investigations.
2    Q.  And those are all patrol officers that work in
3        each of those discrete subset areas of the
4        overall division of investigative services?
5    A.  Yes.
6    Q.  And Lieutenant Mabardy is the commander of all
7        of those areas?
8    A.  That's correct.
9    Q.  Is there any area under this information
10       services and communications division that has
11       its own separate set of responsibilities?
12   A.  Well, public safety dispatchers have discrete
13       responsibilities. The court liaison officer
14       works relatively independently at the courthouse
15       without any direct supervision. The records
16       unit, clerical personnel work directly for the
17       lieutenant, commander of the information
18       services division.
19   Q.  Who, if at all, has the duty to maintain records
20       used in the supervision of employees?
21           MS. MURPHY: Objection.
22   A.  I'm not sure what you're referring to. What
23       records for supervision of employees?
24   Q.  Are there any records that are used to supervise

Page 393

1    employees, any documents that are used to
2    effectuate supervision of employees?
3        MS. MURPHY: Objection.
4    A.  The department policies and procedures is a
5        document that would direct the employees on how
6        to accomplish various tasks. I'm not real clear
7        on what you're asking.
8    Q.  Okay. I'm going to move on. I'm not going to
9        continue on that one.
10   A.  Okay.
11   Q.  If the patrol officers file a grievance, who do
12       they file that grievance with at the first step?
13   A.  I think the first step is to discuss it with
14       their immediate supervisor.
15   Q.  So that would be the sergeant?
16   A.  Right.
17   Q.  And who do they file the paper grievance with?
18   A.  Me.
19   Q.  Do the sergeants have the authority to resolve a
20       grievance?
21   A.  Yes.
22   Q.  Thank you.
23       MR. CANZONERI: No further questions.
24       THE WITNESS: Thank you.

Page 394

1        MS. MURPHY: I'm all set. Thank you.
2    No questions.
3        (Whereupon, the deposition was
4        concluded at 3:15 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

43 (Pages 391 to 394)