Page 259

1  list, had not previously received the honor of
2  officer of the year, would that have affected
3  his chances of gaining promotion to sergeant?
4  A. I think his general performance, whether he had
5  received the award or not, would have made him
6  eligible for a promotion and he would have been
7  selected.
8  Q. There is nothing in his background that
9  disqualified him obviously from being sergeant,
10 right?
11 A. No.
12 Q. What I said is true?
13 A. What you said is true.
14 Q. Has there been anybody else selected for
15 promotion in the past five years who received
16 the officer of the year award? Vieira, Cara
17 Rossi-Cafarelli, for example.
18 A. Sergeant Fitzpatrick that I can recall.
19 Q. And in his case as well, do I understand that he
20 was first on the list for a promotion when he
21 was a patrol officer?
22 A. To the best of my knowledge, he was, yes.
23 Q. And do I understand correctly that he would have
24 been promoted to sergeant regardless of him

Page 260

1  having been selected for officer of the year
2  just based upon his performance and because
3  there was no disqualifier?
4  A. Yes.
5  Q. Is there anybody else you can think of in the
6  past five years who was promoted to sergeant
7  that won the officer of the year or employee of
8  the month distinction?
9  A. Employee of the month, I don't recall because
10 there are so many of them. I'm sure Sergeant
11 Hoffman was employee of the month at some point
12 during that year.
13 Q. Let me limit the question, then, to officer of
14 the year and then we'll move to that topic
15 later. Anybody else that you can think of who
16 was promoted in the past five years who received
17 the officer of the year award?
18 A. Lieutenant Pagliarulo was officer of the year at
19 some point.
20 Q. When he was a patrol officer or sergeant?
21 A. I don't recall. It was either he was a sergeant
22 or a patrol officer. I'm not sure.
23 Q. Okay. Do I understand that he was promoted to
24 lieutenant regardless of having previously been

Page 261

1  awarded the officer of the year?
2  A. I mean, you can't discount that. I mean, it's
3  part of the process, recognition of his work,
4  but had he not received the specific award, I
5  would have recommended him for promotion anyway.
6  Q. Okay. Is there anybody else you can think of
7  who won officer of the year that was promoted in
8  the past five years?
9  A. Not that I can think of at the moment.
10 Q. A couple of more questions on the officer of the
11 year. I understand that one part of the process
12 of obtaining information to make the selection
13 is to solicit input from all of the superior
14 officers to see who they think should be
15 nominated; is that correct?
16 A. That's correct.
17 Q. Is that done by e-mail, verbally, by writing?
18 How is it done in the past five years?
19 A. In the past five years, it would be by e-mail
20 and verbally.
21 Q. Okay. Then there is another level of discussion
22 and information, whether is this formal
23 committee whose members are defined that you
24 mentioned earlier, including some of the union

Page 262

1  presidents and such?
2  A. Right.
3  Q. And that does not include all of the superior
4  officers; is that correct?
5  A. It does not.
6  Q. And then in addition, you have a command staff
7  meeting where you discuss the issue?
8  A. Yes.
9  Q. Is there any other element to the process other
10 than that and then you receive the information,
11 you deliberate, and then you make your selection
12 from the three nominees?
13 A. With regard to officer of the year, that's
14 correct.
15 Q. I wanted to talk about employee of the month.
16 How often is that given? Just kidding. Is it
17 given once a month?
18 A. If we have nominations for it, there have been
19 times when there have been no recommendations
20 that particular month. We try to do it monthly.
21 Q. So it's generally true that it's 10 to 12 times
22 a year that you issue the employee of the month?
23 A. That's correct.
24 Q. And that's been the case for the past five

Page 263

1  years?
2  A. Yes.
3  Q. And what's the process leading -- strike that.
4     Who's eligible to be employee of the month?
5  A. Any person that's employed by the Natick Police
6     Department in any capacity.
7  Q. So somebody who works in Town Hall as a clerk is
8     not eligible for that?
9  A. No, they are not.
10 Q. And what is the process and if it's changed, you
11    can outline that in the past five years,
12    relating to picking the employee of the month?
13 A. Similar to the officer of the year, we would
14    solicit recommendations from patrol supervisors
15    for nomination.
16 Q. And then is there a committee or a panel as well
17    or no?
18 A. The recommendations, when and if they are
19    received, would be discussed at a command staff
20    meeting. When we arrived at a choice for the
21    employee of the month, we would then ask the
22    person who nominated the employee of the month
23    to give me a narrative description of why in
24    detail.

Page 264

1  Q. By the way, with respect to officer of the
2     month, you talked about how there is this
3     general communication to the superior officers
4     asking them if they have a nomination. Are
5     superior officers required as a matter of duty
6     to respond to that? It's a very specific
7     question.
8  A. As a matter of duty, I expect the superior
9     officers to recognize the good work of the
10    employees and also, the employees that need
11    improvement. I expect them to bring that to my
12    attention. So I would consider that a duty of
13    theirs, yes.
14 Q. Is that duty to respond to the solicitation for
15    input on officer of the year set forth in any
16    document; that is, the duty to do so?
17 A. Just those that are delineated in the policy,
18    the awards policy.
19 Q. Okay. So the awards --
20 A. And I believe that their job descriptions
21    indicate any other, along with their specific
22    duties as a patrol supervisor, a lieutenant or
23    detective -- whatever, say other duties as
24    assigned by the Chief of Police.

Page 265

1  Q. When they are solicited for input on officer of
2     the year, is that an order that's issued by you?
3  A. Repeat that, please.
4  Q. When the superior officers are asked to give
5     their input for officer of the year, is that an
6     order by you to give that input?
7  A. No. It's a request.
8  Q. And the same question with respect to employee
9     of the month. Is it a request or an order?
10 A. It's a request.
11 Q. Okay. With respect to officer of the year, in
12    the past five years, have all superior officers
13    responded to that?
14 A. With respect to officer of the year?
15 Q. Yes.
16 A. No.
17 Q. Some don't?
18 A. Some don't. Some have no nominations.
19 Q. And those that have not had a nomination, have
20    you had communication with them directed at
21    finding out why they did not make a nomination?
22       MS. MURPHY: Objection.
23 A. I don't recall having a conversation
24    specifically about that with them, no.

Page 266

1  Q. And I take it you haven't issued any discipline
2     to a superior officer for failing to make a
3     nomination for officer of the year; is that
4     correct?
5  A. That's correct.
6  Q. And for employee of the month, do I understand
7     that some superior officers do not respond --
8     strike that.
9        Do some superior officers fail from
10    month to month to issue a nomination for
11    employee of the month?
12 A. Some don't issue one for whatever reason.
13    Whether or not they don't have anyone that they
14    think is deserving of that award or they just
15    neglected to submit a nomination.
16 Q. Is participation by superior officers in terms
17    of giving input on their opinion as to who
18    should be selected for officer of the year the
19    same participation rate as for employee of the
20    month?
21 A. Similar, yes.
22 Q. Okay. And do I understand correctly that when
23    superior officers have failed to give you input
24    on who, if at all, should be selected for

Page 267

1  employee of the month, they have not been spoken
2  to or disciplined for that; is that correct?
3  A. I don't believe I said they haven't been spoken
4  to. They haven't been disciplined or they have
5  spoken to officers in staff meetings about
6  making recommendations.
7  Q. Okay. With respect to a particular officer who
8  has failed to make a communication to you on
9  employee of the month, have you spoken to any
10 such officer directly in a group or one on one
11 setting to order them to make such input?
12 A. I've spoken to them in a group setting in staff
13 meetings and indicated to them that I believe
14 that they should be able to find someone that
15 has performed in an exemplary manner over the
16 period of a month.
17 Q. Okay. And I take it you've requested them to
18 issue that but you have not ordered them to do
19 that; is that correct?
20 A. I think any directive I give is given first as a
21 request and at some point, if they habitually
22 don't or refuse to comply with a request, it
23 becomes an order.
24 Q. Has there been any point, though, where you've

Page 268

1  ordered them to do that?
2  A. No.
3  Q. Okay. Is there any superior officer who
4  habitually neglects to submit employee of the
5  month input or officer of the year input?
6  A. There are a number that have no number of
7  superior officers who have not submitted any
8  nominations, but I can't tell you who they were
9  or how often they do or don't.
10 Q. Okay. And with respect to them, you have not
11 ordered them to do so; is that correct?
12 A. I have not.
13 Q. Okay. Is the employee of the month system also
14 established by policy of the police department?
15 A. I think that's part of the awards policy.
16 Q. Okay. And for all forms of accommodation, let's
17 just ask the question generally, whether it be
18 officer of the year, employee of the month, and
19 some of the other examples that you've given us,
20 do I understand correctly that there is no rule
21 establishing how much emphasis that you should
22 place on input from others in making those
23 decisions; is that correct?
24 A. There is no --

Page 269

1      MS. MURPHY: Objection.
2  A. -- written rule that would require qualification
3  of their contribution. Just that I impose upon
4  myself.
5  Q. Okay. Have you verbally communicated to one or
6  more employees of the police department in the
7  past five years how much emphasis you would
8  place on input received from them with respect
9  to these accommodations?
10     MS. MURPHY: Objection.
11 A. I don't recall whether we've had a specific
12 conversation with regard to that, no. I mean, I
13 don't recall. I'm not saying I have not had
14 conversations to that effect.
15 Q. Is there any document that could refresh you on
16 that that you're aware of?
17 A. No.
18 Q. Are there any other ways that employees are
19 rewarded or advanced than we've discussed so
20 setting aside promotions, setting aside
21 accommodations and setting aside pay increases
22 in the past five years?
23 A. Civilian employees are sometimes granted
24 upgrades in their position based on my

Page 270

1  recommendation to the town administrator and my
2  recommendation would be based very often on the
3  information given by that person's immediate
4  supervisor since they don't work directly for
5  me.
6  Q. And for those civilian employees, is there a
7  direct supervisor, any of the patrol officers or
8  superior officers?
9  A. Superior officers.
10 Q. Okay. The category of civilian employees that
11 work in the police department are -- I'm just
12 going to go through it one at a time.
13 Dispatchers?
14 A. Yes.
15 Q. You have an executive assistant?
16 A. Yes.
17 Q. You mentioned some other employees in the
18 communications division that have to do with
19 doing clerical work and transcriptions?
20 A. Yes.
21 Q. Are there any civilian employees in addition to
22 those that work under the patrol division?
23 A. No.
24 Q. Any others that work under the information and

Page 283

1  A. It does.
2  Q. And when that happens, is that interaction
3     within your definition of verbal counseling or
4     not?
5  A. I would say no. It wouldn't be disciplinary
6     action.
7  Q. So what is it that distinguishes verbal
8     counseling from a situation where a superior
9     officer is simply telling a patrol officer, "you
10    know, under the rules and regulations, you're
11    supposed to include all of the elements of the
12    crime. You haven't done so. Can you please
13    include them?"
14 A. It would be repeated violations of a similar
15    nature that would trigger a verbal counseling.
16 Q. So it would be the officer not just stating
17    about a single incident but stating it about you
18    have a pattern of failing to include, for
19    example, elements, all of the elements of the
20    crime in your reports and it's a problem; I
21    would like you to work on improving that?
22 A. I would distinguish verbal counselings from
23    general supervisory oversight.
24 Q. How would you do that, sir?

Page 284

1  A. I would distinguish it, again, by my own
2     knowledge or if I were a supervisor, my own
3     knowledge of the employee's performance; and if
4     those same discrepancies come on a regular basis
5     and they knew how to correct it but just failed
6     to correct it, I would consider a verbal
7     counseling warranted at that point.
8  Q. By the way, is the concept of a verbal
9     counseling defined in any rule of the town or
10    police department?
11 A. I don't know whether it's in our disciplinary
12    policy, whether it's delineated in that or
13    whether it just precedes the formal counseling
14    or reprimand. I believe under the policy,
15    it's -- I can't say for sure. I would have to
16    look at the policy.
17 Q. Do I understand that you're reasonably sure, if
18    not, you'll let me know, that the policy defines
19    at least a letter of counseling, a reprimand,
20    suspensions onward?
21 A. I wouldn't say I'm reasonably sure but I would
22    say I know it defines reprimand and suspension.
23    Whether letter of counseling, I haven't looked
24    at it in some time.

Page 285

1  Q. Okay. In any event, what individuals have the
2     authority directly to suspend an employee of the
3     police department?
4  A. All supervisors have the ability to relieve
5     someone of duty, which would be a suspension,
6     after which the circumstances would be reviewed
7     by other supervisors and further action taken.
8  Q. Has that happened in the past five years that
9     somebody's been relieved from duty by a superior
10    officer without your involvement?
11 A. I don't recall.
12 Q. Just push it one more time. Is it fair to say,
13    if not, let me know, that your best recollection
14    is in the past five years, that has not
15    happened?
16 A. No. I don't think -- I don't know whether it
17    has or it hasn't.
18 Q. Is there any document that you could look at
19    that would refresh your recollection as to
20    whether in the past five years, a superior
21    officer without your involvement has relieved
22    somebody from duty?
23 A. Again, in the past five years, I don't know. At
24    some point, I would have to refresh my memory

Page 286

1     with the department records to determine that,
2     whether someone's been sent home for one reason
3     or another.
4  Q. My question is, do you know whether there are
5     any documents that could refresh your
6     recollection? And I take it the answer is yes,
7     some department records could?
8  A. There would have been a report filed obviously
9     if someone were sent home. And you're talking
10    about in the last five years?
11 Q. Yes.
12 A. I don't know whether it's occurred in the last
13    five years or not.
14       MS. MURPHY: If you're at a breaking
15    point, can we take a few minutes?
16       MR. CANZONERI: Sure. Off the record.
17    We'll take a break right now.
18       (Short recess)
19       MR. CANZONERI: Back on the record.
20 BY MR. CANZONERI:
21 Q. With respect to the authority of a superior
22    officer to relieve somebody from duty that we
23    were just talking about, do they have the
24    authority to relieve somebody from duty without

16 (Pages 283 to 286)

Page 287

1   pay, as in a suspension without pay,
2   independently without your involvement?
3   A. They have delegated authority to relieve
4   somebody again, which is whether with or without
5   pay, would depend on the circumstances and it
6   would depend specifically on the reason for
7   being sent home. That could be incorporated as
8   part of a suspension. And I think it would be
9   defined as a suspension by the individual. I
10  would consider it a suspension from duty. It
11  wouldn't be with pay.
12  Q. Is there --
13  A. I mean -- go ahead.
14  Q. Is there a rule -- remember we were defining
15  that word broadly of the department that
16  outlines the authority of a superior officer to
17  relieve somebody from duty and/or suspend them?
18  A. The statute that gives the police chief the
19  authority to suspend, I don't know whether that
20  includes language or delegate that authority and
21  if that was the rule that I could refer to, that
22  would probably be the only one that I can think
23  of. I don't know whether language in Chapter
24  41, Section 97 -- well, it wouldn't be that, no.

Page 288

1   I'm sorry. It would be Chapter 31, Section 41.
2   I don't know whether that specifically gives me
3   the authority to delegate the right to suspend.
4   Q. Okay. So Chapter 31, Civil Service laws?
5   A. Section 41.
6   Q. And so I guess what you're telling -- do I
7   understand you correctly, whether there is a
8   rule or not, it's whatever the content of the
9   Civil Service law is on that topic?
10  A. Yes.
11  Q. Has there been any instance that you can recall
12  in the past ten years -- I'm going to broaden
13  the time frame -- where a superior officer has
14  relieved somebody from duty?
15  A. I have a vague recollection of an Officer David
16  Farrell being relieved from duty. However, I
17  don't know the time frame of him being relieved.
18  Q. And do you know whether David Farrell was
19  suspended without pay based upon that --
20  A. Let me elaborate on that a bit or clarify that a
21  bit. There may have been another officer,
22  Howard Harper, in the last five years, that --
23  Q. Harper or --
24  A. Harper, H A R P E R. Again, a vague

Page 289

1   recollection of -- I don't know whether he was
2   relieved from duty or not, but I believe that he
3   was. I would have to refer to the records for
4   that.
5   Q. Okay. And what you're remembering about Howard
6   Harper is that he was suspended or disciplined?
7   I'm sorry. I'm going to restate the question.
8   What is it you're remembering about Howard
9   Harper?
10  A. I remember he may have been sent home from work.
11  I don't know whether he was suspended as a
12  result of that or not.
13  Q. So he may have been sent home but had pay but
14  you don't know whether he was suspended without
15  pay?
16  A. Again, I don't know whether he was sent home and
17  the time was counted as sick leave or whether
18  that was a suspension. I would have to refer to
19  the record.
20  Q. Okay. Was that a disciplinary situation
21  involving Howard Harper when he was sent home in
22  the past five years?
23  A. Yes.
24  Q. And I'm not looking for excruciating detail.

Page 290

1   What was the category of the problem?
2   A. I believe it had something to do with alcohol
3   consumption.
4   Q. And then referring back to Officer David
5   Farrell, you have a vague memory that he was
6   relieved from duty?
7   A. You know, it's much vaguer with regard to him.
8   I think he's been retired for close to ten
9   years.
10  Q. Okay. And is there anybody else you can recall
11  having been relieved from duty?
12  A. No. I don't have any specific memory at the
13  moment.
14  Q. And with respect to David Farrell, just in a
15  brief nutshell, what was the reason he was
16  relieved?
17  A. I don't recall. I believe there were some
18  issues with alcohol over the years with Officer
19  Farrell.
20  Q. And do you recall whether he was relieved from
21  duty with pay or without pay, or you do not
22  recall that?
23  A. I don't recall.
24  Q. And just I think I'm clear on this. With

17 (Pages 287 to 290)

Page 319

```
 1   reported it to a dispatcher, the dispatchers
 2   would immediately refer it to the on duty
 3   supervisor who would then listen to the
 4   complaint and generally file a first report of a
 5   supervisor for further investigation.
 6 Q. And in the first report of a supervisor, does
 7   that contain the allegations of the citizen?
 8 A. Yes.
 9 Q. And does it include the allegations, response
10   allegations of the patrol officer?
11 A. No.
12 Q. Do patrol officers also submit these first
13   reports of a citizen complaint?
14 A. No. By policy, it's the supervisor that would
15   submit the first report.
16 Q. Okay. And what about if there is a complaint --
17   well, if in the past five years, has there been
18   any instance of a citizen complaining about a
19   conduct of a patrol or field supervisor to the
20   station supervisor?
21 A. I believe so.
22 Q. Okay. And do you remember how that was handled?
23 A. Similar fashion. Again, by policy. Any
24   complaint -- if a complaint is lodged with
```

Page 320

```
 1   either a patrol officer or dispatcher, it would
 2   then be referred to the on duty supervisor. But
 3   it would always be a supervisor that would hear
 4   the complaint, get the specifics of it and file
 5   the first report, which, again, initiates a
 6   further investigation.
 7 Q. Is that generally the station supervisor that
 8   does that?
 9 A. Yes.
10 Q. And does that sergeant that does that task to
11   complete this report then go and get the version
12   of the events from the person accused of the
13   malfeasance?
14 A. Generally, the supervisor's first report would
15   be sent via department mail to the executive
16   officer who would start a file on the internal
17   investigation and then delegate the
18   investigation to the person most appropriate.
19   Generally, the immediate supervisor of the
20   accused.
21 Q. So do I understand that the first report does
22   not necessarily include the accused officer's
23   version of the events, it just includes the
24   complaint?
```

Page 321

```
 1 A. It does not.
 2 Q. Okay. And then Lieutenant Mason, one of his
 3   principal duties, I understand, is to have the
 4   internal affairs investigations?
 5 A. Yes.
 6 Q. He determines, he refers that -- strike that.
 7   He receives that and then has to start an
 8   investigation of it?
 9 A. Correct.
10 Q. And that's dictated by policy?
11 A. Yes.
12 Q. And do I understand correctly that when he
13   initiates that investigation, sometimes he does
14   that himself and sometimes he determines to pass
15   it on to a lieutenant in charge of the division,
16   for example, where the complaint arose?
17 A. It may be a lieutenant. Again, the most
18   appropriate person to investigate it generally,
19   that would be the immediate supervisor. If it's
20   a complaint against a patrol officer, that
21   patrol officer's immediate supervisor would
22   investigate it. And if it's a complaint against
23   a sergeant, Lieutenant Pagliarulo would
24   generally investigate it.
```

Page 322

```
 1 Q. Okay. And can you recall any instances in the
 2   past five years when a sergeant was assigned a
 3   task to investigate malfeasance by another
 4   officer?
 5 A. I don't recall the specific ones. I know there
 6   have been a number of them.
 7 Q. If you were to try to refresh your recollection
 8   on that, what, if anything -- strike that.
 9       Are there any documents that could
10   refresh your recollection on that, that is, the
11   names of the sergeants who are involved in these
12   internal affairs front line investigations?
13 A. Yes.
14 Q. And what are those?
15 A. They would be the internal affairs file on --
16   the file on the investigation of the particular
17   complaint.
18 Q. Okay. And without that, in a moment, you're
19   unable to recall any specific sergeants; you
20   just know that's happened?
21 A. Yes, I do. I know that it's happened. I can't
22   recall the specifics of the allegations.
23 Q. Okay. And can you recall any specific instance
24   when a lieutenant was the one that handled the
```