**ATTACHMENT A**

**ITEM**                                                                                   **Page**

Excerpt from Section 1 – Rules and Regulations

General Order #89-03, June 2, 1989
    Gasoline Documentation

General Order #89-04, Revised, July 25, 1989
    Prisoners, Persons in Protective Custody

General Order #89-05, July 26, 1989
    Operation of Department Vehicles

General Order #89-06, October 31, 1989
    Revoked/Suspended Licenses

General Order #89-07, November 2, 1989
    Spoiled, Mutilated, Voided Citations

General Order #90-01, January 21, 1990
    Motor Vehicle Inventories

General Order, #90-03, Reissued, May 8, 1990
    Permanent Details and Overtime Shifts

General Order, #90-04, June 13, 1990
    Rape and Sexual Assault Reports

General Order #90-05, July 10, 1990
    Recording of Calls

General Order #90-06, September 17, 1990
    Juvenile Contact Cards

General Order #91-01, January 18, 1991
    Handling Bomb Threats

General Order #91-04, March 8, 1991
    Use of Force

General Order #91-06, July 12, 1991
    Dissemination of Employment Information

General Order #91-08, July 29, 1991
    Mission Statement

General Order # 91-05, July 29, 1991
    Use of Firearms

General Order #89-08, Rev., July 31, 1991
    Extra Paid Details/Overtime

General Order #91-07, August 31, 1991
    Arrests

General Order #91-09, August 13, 1991
    Arrest Warrants

General Order #91-10, December 17, 1991
    Sick Leave Notification

General Order #92-04, March 11, 1992
    Field Interview Cards

General Order #92-03, Rev., October 7, 1992
    Authorized Uniform Apparel

General Order #91-02, November 5, 1991
    Prisoner Prescription Medication

Bulletin Number 92-08, May 18, 1992
    Training Bulletin (Hawkers and Peddlers
    Town Regulation)

General Order #92-08, December 7, 1992
    Court Appearance

General Order #93-01, March 15, 1993
    Accident Reconstruction

General Order #93-03, December 21, 1993
    Safety Belt Policy

General Order #95-01, January 25, 1995
    Shotgun Policy

General Order #97-02, May 28, 1997
    Vacation Scheduling Policy

General Order #91-03, October 31, 1997
    Domestic Violence Response Police

General Order #98-02, October 2, 1998
    Network Security Police

General Order #99-01, January 14, 1999
    Professional Standards

General Order #00-02, June 29, 2000
    Incident Command Policy

General Order #2000-3, August 16, 2000
    Patrol Strategy and Data-Driven Management

General Order #2000-04, October 6, 2000
    Speed Enforcement

General Order #2000-05, October 16, 2000
    Issued Equipment – Police Whistles

General Order #2001-01, April 1, 2001
    Indentification and Prevention of Racial and Gender Profiling

Policies and Procedures: 10.7
    Racial and Gender Profiling Police (General Considerations and Guidelines)

General Order #2001-02, November 26, 2001
    Motor Vehicle Crash Investigation Policy

Memorandum from Martha Coakley, Middlesex District Attorney, to All Middlesex Police Chiefs, June 12, 2006, "Motor Vehicle Homicide Policy"

Massachusetts Domestic Violence Law Enforcement Guidelines 2002 (Revised)

General Order #2002-02, June 5, 2002
    Criminal Justice Information System Policy

Training Bulletin, TB #2003-04, February 12, 2003
    Unprotected Exposure Reporting Policy

General Order #2003-01, January 29, 2003

    Extra Paid Detail/Overtime Police

General Order #2003-01 (Revised), March 15, 2006
    Extra Paid Detail/Overtime Police

Chief's Memo, October 20, 2006
    Review of General Order 2003-01