SECTION I.  RULES AND REGULATIONS

A.  DEFINITIONS

| | |
|---|---|
| Department | The Police Department. |
| Chief | The Chief of Police. |
| Officer-in-Charge | A Commanding Officer of a shift. |
| Superior Officer | The officer of highest rank, the senior officer or the officer designated by proper authority as superior officer. |
| Senior Officer | A member in any given rank with the longest service in that rank. |
| Member | A duly appointed police officer in the Department. |
| Employee | A civilian employee of the Department. |
| Manual | The Police Manual of the Department. |
| Orders | Commands or instructions, oral or written, given by one member to a member of lesser rank. |
| Shift | A regular tour of duty, unless otherwise ordered by the Chief of Police. |

B. **PROFESSIONAL RESPONSIBILITIES**

Police officers are professionals, and as such are expected to maintain exceptionally high standards in the performance of their duties.

Effective and efficient performance of his duty requires that a police officer maintain the respect and cooperation of his community. This requirement dictates that the conduct of all police officers be above reproach in all matters both within and outside the Department.

General responsibilities include taking appropriate action to:

    a. protect life and property;
    b. preserve the peace;
    c. prevent crime;
    d. detect and arrest violators of the law;
    e. enforce all laws coming within departmental jursidiction;
    f. supervise public functions (such as parades or dances) where public order requires police presence;
    g. respond to all public emergencies.

Conflict of Interest - Since the position of a police officer is a public trust, it is important to avoid all situation involving conflicts of interest whether in fact or only in appearance.

    a. Gifts and Gratuities - Members and employees shall not under any circumstances solicit or accept any gift, gratuity, loan, reward or fee where there is any direct or indirect connection between the solicitation and their departmental membership or employment, except as may be specifically authorized by the Chief. Members and employees must pay for all meals and beverages.

    b. Unauthorized Transactions - Members and employees are prohibited from entering into any transactions of material value at substantially lower than fair market value, or the value at which such goods or services is being offered to the general public, when such transaction takes place between themselves and any person involved in any matter or case which arose out of their employment with the Department, except as may be specifically authorized by the Chief.

    c. Use of Official Position - An officer shall not use his official position, Department I.D. Card or Badge to gain privileges not otherwise available to him except in the performance of duty. His official position, Department I.D. Card or Badge shall never be used to avoid the consequences of illegal acts.

## C. THE DIRECTIVE SYSTEM

The directive system of the Department is designed to ensure that employees have a clear understanding of the expectations and constraints relating to performance in Departmental activities and duties.

There are five primary types of directives: General Orders, Special Orders, Personnel Orders, Memoranda, and Bulletins.

1. <u>Definitions</u>. The following terms and definitions are to be used as a part of the Department's order and directive system.

    a. <u>General Order</u>. A notice of a new or amended policy, rule or procedure, signed by the Chief, that will eventually become part of the Department Manual. It remains in effect until further notice or until an insert in the Manual is issued for that subject. The intent of words such as "will," "must," "should," and "shall" in any General Order is to be directive and to mandate a particular action. Words such as "may," "can," and "normally" are less directive and imply a degree of choice.

    b. <u>Special Order</u>. Short-term event or directive that has a definite expiration date; signed by the Chief or Division Commander.

    c. <u>Personnel Order</u>. A notice announcing a personnel action; signed by the Chief or Division Commander.

    d. <u>Memorandum</u>. An announcement of a happening, event, or information of use to Members; signed by the Chief or Division Commander; may have an expiration date. These will be titled Chief's Memo or other appropriate Division's Memo.

    e. <u>Bulletin</u>. Information of use to Members. The titles of these Bulletins reflect the originating unit, such as Training Bulletin, Community Services Bulletin, Detective Bulletin, or Commendation Bulletin.

Rev. 3/90

3

## THE DIRECTIVE SYSTEM

f. <u>Policy</u>. A statement of the values of the Police Department; the objectives and beliefs upon which the application of discretion is based. Policy generally provides flexible guidelines while giving the employee the generally accepted departmental ways of acting and a framework within which to make decisions.

g. <u>Procedures</u>. Normally accepted step-by-step ways of doing a particular task and usually are used for training new employees or for introducing new or revised methods to all.

h. <u>Rules and Regulations</u>. Section I, Department Manual. The limits of discretion. A rule is absolute, and sets forth things or actions which must or must not be done. Regulations define, to some extent, the duties and responsibilities of the individuals. There is no justification for violating a rule.

i. <u>Unlawful Orders</u>. No member shall knowingly issue an order in violation of any law or any departmental regulation.

j. <u>Unjust or Improper Orders</u>. Lawful orders which appear to be unjust or improper shall be carried out. After carrying out the orders, the subordinate may file a written report to the Chief via the chain of command indicating the circumstances and the reasons for questioning the orders, along with his request for clarification of departmental policy.

k. <u>Conflicting Orders</u>. Should any order given by a superior officer conflict with any previous departmental order, the member to whom such order is given will call attention to the conflict. If the superior officer does not change his order to avoid such conflict his order will be obeyed, but the member obeying such order will not be held responsible for disobedience of the previous order. It should later be reported to the Chief in writing for clarification.

Rev. 3/90

4

# THE DIRECTIVE SYSTEM

2. **Procedural Guidelines**. The following procedural guidelines will be adhered to by all Members of the Natick Police Department.

   a. Every employee of the Natick Police Department will be provided with a copy of the Department Manual. Employees will keep their Manuals available and ready for periodic inspection.

   b. Employees are responsible for reading all material in the Manual. An employee will be held accountable for understanding all policies and following all rules and procedural guidelines in the Manual.

   c. New policies, rules and procedures will be issued through a **General Order**. Every employee will be provided with a copy of each General Order. General Orders will be read at roll calls for three (3) consecutive days.

   d. Employees will sign a record upon receipt of these Manual changes indicating their receipt of same.

   e. Any General Order initiated by the Chief of Police is to be considered in full force and effect.

   f. **General Orders** will be numbered sequentially, preceded by a two digit number indicating the year of issue (i.e. 89-123). General Orders shall be posted on a bulletin board in the guard room in a conspicuous place.

   g. **Special Orders** will be issued by the Chief or Division Commanders. They will be numbered sequentially, will be read at roll calls for three consecutive days, and will then be posted until their expiration date or 30 days, whichever is longer.

Rev. 3/90

5

## THE DIRECTIVE SYSTEM

h. Personnel Orders will be issued by the Chief or Division Commanders. They will be numbered sequentially, will be forwarded to the affected personnel, and will be posted in the guard room.

i. Memoranda will be issued by the Chief or Division Commanders. They will be numbered sequentially, will be read at roll calls for three consecutive days, and will then be posted in the guard room.

j. Bulletins will be numbered sequentially, will be mentioned at roll calls for three consecutive days, and posted in the guard room for a period of 30 days or until the expiration date.

k. Employees are responsible for checking the bulletin board to familiarize themselves with all directives. They are responsible for complying with each directive which has been issued whether or not it is read at roll call. This includes directives which may have been issued during their absence.

l. It shall be the Shift Commander/Supervisor's responsibility to deliver, as directed, all information contained in the above directives and to adhere to all instructions contained therein

Rev. 3/90

6

D. GENERAL CONDUCT ON DUTY

In addition to the specific duties of each individual rank and assignment, as set forth in Section II of this Manual, the following provisions are applicable to all members of the Department.

1. Required Conduct

   a. Reporting for Duty - Report for duty whenever so ordered by proper police authorities. Report for duty at the regularly appointed time and not absent himself from duty without leave. Be present at all roll calls properly uniformed, equipped and ready for inspection.

   b. Awareness of Activities - Upon returning to duty from any absence inform himself about all new orders, regulations, memoranda and all other important matters governing his assignment.

   c. Submitting Reports - Promptly and accurately complete and submit all reports and forms as required.

   d. Giving Identification - Give name, rank, position and badge number in a civil manner to any person who may inquire, except where the physical safety of a member of the Department is threatened, or when authorized not to do so by proper authority.

   e. Address and Telephone - An officer shall have a telephone in his residence or a phone number at which he can be reached and shall report any change of phone number or address to the Chief of Police.

   f. Truthfulness - An officer shall truthfully state the facts in all reports as well as when he appears before any judicial, departmental or other official investigation, hearing, trial or proceeding. He shall cooperate fully in all phases of such investigations, hearings, trials, and proceedings.

   g. Physical Fitness - Maintain good physical condition in accordance with a standard determined by the Chief.

   h. Communication - Transmit communications to other members of the Department when required.

   i. Civil Suits for Personal Injuries - Any claims for damage to clothing or other personal property belonging to a member or employee caused by the performance of duty shall be made in accordance with current departmental directives. Members

and employees shall not seek in any way, nor accept from any persons, money or compensation for damages sustained or expenses incurred by them in the line of duty without first notifying the Chief of Police in writing. Members or employees who have received municipal salaries for illness or for personal injuries sustained off duty shall notify the Chief of Police in writing of any intent to seek, sue, solicit, or accept compensation as damages for such illness or injury.

Notice shall be filed before the action is taken. It shall include the facts of the claims and the name of the defendant. Keep the Chief informed of the status of the case and the final court determination.

This provision shall not apply to private insurance policies held by members or employees for which premiums are not paid for in part or in whole by the municipality.

j. <u>Hours of Duty</u> - The hours of regular service shall be specified by the Chief, but when occasion requires, officers are liable to be called into service at any time. The police are officers of the state and may be required to go into any part of the state to arrest criminals or for other duties.

k. <u>Leaving the Town</u> - Whenever a patrol officer is about to leave the town limits for reason of investigation, pursuit or any other reason, he shall notify the Shift Commander prior to leaving and again on his return. He shall also file a written report of all the facts surrounding the reason for going beyond the town limits, including the time of his absence.

l. <u>Duty Outside the Town</u> - Members of the Department will not be detailed to perform duty beyond the limits of the Town of Natick, except to assist the authorities of another city or town to suppress disorder or preserve the peace, under the direction of the Commanding Officer of such city or town involved. Members of the Department shall have the authority as a police officer within the limits of such city or town and shall have the same immunity and privileges as when acting within the Town of Natick.

and employees shall not seek in any way, nor accept from any persons, money or compensation for damages sustained or expenses incurred by them in the line of duty without first notifying the Chief of Police in writing. Members or employees who have received municipal salaries for illness or for personal injuries sustained off duty shall notify the Chief of Police in writing of any intent to seek, sue, solicit, or accept compensation as damages for such illness or injury.

Notice shall be filed before the action is taken. It shall include the facts of the claims and the name of the defendant. Keep the Chief informed of the status of the case and the final court determination.

This provision shall not apply to private insurance policies held by members or employees for which premiums are not paid for in part or in whole by the municipality.

j. <u>Hours of Duty</u> - The hours of regular service shall be specified by the Chief, but when occasion requires, officers are liable to be called into service at any time. The police are officers of the state and may be required to go into any part of the state to arrest criminals or for other duties.

k. <u>Leaving the Town</u> - Whenever a patrol officer is about to leave the town limits for reason of investigation, pursuit or any other reason, he shall notify the Shift Commander prior to leaving and again on his return. He shall also file a written report of all the facts surrounding the reason for going beyond the town limits, including the time of his absence.

l. <u>Duty Outside the Town</u> - Members of the Department will not be detailed to perform duty beyond the limits of the Town of Natick, except to assist the authorities of another city or town to suppress disorder or preserve the peace, under the direction of the Commanding Officer of such city or town involved. Members of the Department shall have the authority as a police officer within the limits of such city or town and shall have the same immunity and privileges as when acting within the Town of Natick.

2. <u>Prohibited Conduct</u>

The following acts by a member of the Department are prohibited or restricted:

a. <u>Criminal Conduct</u> - Commission of any felony or misdemeanor.

b. <u>Conduct Unbecoming an Officer</u> - Any type of conduct which reflects discredit upon the member as a police officer, or upon his fellow officers, or upon the police department he serves.

c. <u>Neglect of Duty</u> - Being absent from assigned duty without leave or failing to take suitable and appropriate police action when any crime, public disorder or other incident requires police attention.

d. <u>Insubordination</u> - Failure or deliberate refusal to obey a lawful order issued by a superior officer.

e. <u>Unnecessary Force</u> - The use of more physical force than that which is necessary to accomplish a proper police purpose.

f. <u>Discourtesy</u> - Discourtesy, rudeness, or insolence to any member of the public. An officer shall be courteous to the public. He shall be tactful in the performance of his duties and shall control his temper, exercising the utmost patience and discretion, even in the face of extreme provocation.

g. <u>Intoxication</u> - Intoxication when reporting for duty or while on duty, the use of liquor or the use of narcotics or other harmful drugs.

h. <u>Drinking on Duty</u> - The consumption of alcohol while on duty unless authorized by proper police authorities.

i. <u>Change of Address</u> - Changing one's place of residence or phone number without notifying the Chief of Police.

j. <u>Undue Influences</u> - Seeking the influence or intervention of any person outside the Department for purposes of personal preferment, advantage, transfer or advancement.

k. <u>Recommending Private Services</u> - Recommending or suggesting in any manner the employment or purchase of any particular professional or commercial service or product, such as lawyers, bondsmen, undertakers, towing services or burglar alarm companies, except in the transaction of personal business.

l. <u>Personal Business</u> - Conducting personal business while on duty. Use of departmental telephone for personal business is prohibited.

m. <u>Department Letterhead</u> - Use of the departmental letterhead for private correspondence or sending official correspondence out of the Department without the permission of the Chief of Police.

n. <u>Mailing Address</u> - Use of the Department as a mailing address for private purposes, especially for the purpose of a motor vehicle license or registration.

o. <u>Possessing Keys to Private Buildings</u> - Having keys to private buildings or dwellings on a member's area of patrol without the permission of the Chief.

p. <u>Sleeping</u> - Sleeping while on duty.

q. <u>Reading</u> - Recreational reading while on duty, except during meals.

r. <u>Smoking</u> - Conspicuous smoking while on duty.

s. <u>Notices</u> - Altering, defacing or removing any posted notice of the Department. No notice shall be posted on the Department bulletin board without the permission of the Chief of Police or the Officer-in-Charge.

t. <u>Report of Loss or Damage</u> - In the event that departmental property is lost or found bearing evidence of damage which has not been reported, the last person using the property shall be charged with failure to report and may be held responsible for damages.

u. <u>Dissemination of Information</u> - An officer shall treat the official business of the Department as confidential. Information regarding official business shall be disseminated only to those for whom it is intended, in accordance with established departmental procedures. An officer may remove or copy official records or reports from a police installation only in accordance with established departmental procedures. An officer shall not divulge the identity of a person giving confidential information except as authorized by proper authority in the performance of police duties.

v. <u>Feigning Illness</u> - An officer shall not feign illness or injury, falsely report himself ill or injured, or otherwise deceive or attempt to deceive any official of the Department as to the condition of his health.

w. <u>Press Relations</u> - Releasing to the press or media information concerning departmental policy in the evidentiary aspects of any criminal investigation. Consult with the Chief of Police when in doubt.

x. <u>Dealing with Local Officials</u> - Members and employees are prohibited from the following activities without the permission of the Chief of Police or without a written directive issued by him:

    i) Communicating with any outside agency or individual regarding police information.

    ii) Divulging any information relating to police activities.

    iii) Disseminating information coming to their attention in the performance of their duties.

12

E.  UNIFORMS AND APPEARANCE

Members shall be neat appearing and well groomed while in uniform. All articles of clothing shall conform to the departmental uniform regulations. Civilian clothing shall not be worn with any distinguishable part of the uniform.

1.  Wearing the Uniform - Uniforms shall be kept neat, clean, and well pressed at all times. Care should be taken not to wear threadbare or faded items. The uniform cap shall be worn out of doors unless otherwise directed by competent authority. The Chief shall periodically issue special orders pertaining to daily or seasonal wear.

2.  Civilian Clothing - Male members and employees permitted to wear civilian clothing during a tour of duty, shall wear either a business suit or sports coat and slacks. A dress-style shirt with tie shall be worn. Commanding Officers may prescribe other types of clothing when necessary to meet particular police objectives. Unless otherwise directed, female members and employees permitted to wear civilian clothing shall conform to standards normally required of office personnel in private business firms.

3.  Hair - Hair shall be neat, clean, trimmed, and present a groomed appearance. Hair will not touch the ears or the collar except the closely cut hair on the back of the neck. Hair in front will be groomed so that it does not fall below the band of properly worn headgear. In no case will the bulk or length of the hair interfere with the proper wear of any authorized headgear. The acceptability of a member's hair style will be based upon the criteria in this paragraph and not upon the style in which he chooses to wear his hair.

   a.  Sideburns - If an individual chooses to wear sideburns, they will be neatly trimmed and tapered in the same manner as his haircut. Sideburns will not extend below the lowest part of the exterior ear opening, will be even width (not flared), and will end with a clean-shaven horizontal line.

   b.  Mustaches - A short and neatly trimmed mustache may be worn, but shall not extend over the top of the upper lip or beyond the corners of the mouth.

   c.  Beards & Goatees - The face will be clean-shaven other than the wearing of the acceptable mustache or sideburns. Beards and goatees are prohibited, except that a Police Surgeon may grant a waiver for the wearing of a beard for medical reasons with the approval of the Police Chief. When a Surgeon prescribes that a member not shave, the beard will be kept trimmed symmetrically and all beard hairs will be kept trimmed so that they do not protrude more than one-half inch from the skin surface of the face.

d. <u>Wigs</u> - Wigs or hair pieces will not be worn on duty in uniform except for cosmetic reasons to cover natural baldness or physical disfiguration. If under these conditions, a wig or hair piece is worn, it will conform to departmental standards.

14

F. **DEPARTMENTAL PROPERTY AND EQUIPMENT**

Equipment issued to members of the Department shall remain the property of the Department. Members and employees shall maintain departmental property and equipment assigned to them in good condition. Damaged or lost property may subject the responsible individual to reimbursement charges and/or appropriate disciplinary action.

1. **Damaged-Inoperative Property and Equipment** - Members and employees shall immediately report to their Commanding Officer on designated forms any loss or damage to departmental property or equipment assigned to them. The immediate superior shall be notified of any defects or hazardous conditions existing in any departmental property or equipment.

2. **Care of Departmental Buildings** - Members and employees shall not mar, mark or deface any surface in any departmental building. No material shall be affixed in any way to any wall in departmental buildings without specific authorization from a Commanding Officer.

3. **Surrender of Departmental Property** - Members and employees are required to surrender all departmental property in their possession upon separation from the service, or when otherwise ordered.

4. **Departmental Vehicles** - A valid Massachusetts driver's license is required of all members. Members shall not use departmental vehicles without permission of the Commanding Officer. Departmental vehicles shall never be used for personal business or pleasure.

5. **Transporting Citizens** - Citizens shall be transported in departmental vehicles only when necessary to accomplish a police purpose. Such transportation shall be done in conformance with departmental policy or at the direction of a Commanding Officer, immediate supervisor or the communications center.

6. **Authorized Equipment** - While on duty, a member shall carry only such equipment as is issued by the Department or authorized by the Chief of Police.

7. **Reporting Accidents** - Accidents involving departmental property, personnel and/or equipment must be reported in accordance with procedures established by the Chief of Police.

8. **Upkeep of Police Manual** - All members and employees who are issued this Manual are responsible for its maintenance and knowledge of its contents and they are required to make appropriate changes or inserts as issued by the Chief. The Manual shall be considered departmental property.

## CHIEF

A. SUMMARY

The Chief of Police is the chief administrative officer of the Department and the final departmental authority in all matters of policy, operations, and discipline. He exercises all lawful powers of his office and issues such lawful orders as are necessary to assure the effective performance of the Department.

Through the Chief of Police, the Department is responsible for the enforcement of all laws coming within its legal jurisdiction. The Chief of Police is responsible for planning, directing, coordinating, controlling and staffing all activities of the Department. He is also responsible for its continued and efficient operation, for the enforcement of rules and regulations within the Department, for the completion and forwarding of such reports as may be required by proper authority and for the Department's relations with local citizens, the local government and other related agencies.

He shall have charge of the station house and all property of the Police Department.

B. DUTIES AND RESPONSIBILITIES

It is the duty and responsibility of the Chief of Police to:

1. Supervision

    a. Ensure compliance with all laws which the Department or its officers have the authority to enforce.

    b. Organize, direct and control all resources of the Department to preserve the peace, protect persons and property and enforce the law.

    c. Develop a professional organizational structure for the Department.

    d. Establish a routine of daily duties to be performed by officers. Designate an officer to serve as Commanding Officer in his absence.

    e. Institute a program of training which is organized and conducted for members and employees of the Department.

    f. Ensure that all members have available to them copies of the Department's Police Manual.

    g. Promulgate all general and special orders of the Department and issue on his own authority orders, written and oral, not inconsistent with his powers, duties and responsibilities.

16

CHIEF
Two

    h. Plan and execute police programs designed to prevent and repress crime, to apprehend and prosecute offenders and to recover property. Modify these programs to meet current trends.

    i. Cause appearance of members of the Department to be inspected.

    j. Provide for investigation into all cases of alleged or apparent misconduct by departmental personnel.

    k. Enlist the suggestions of members and employees of the Department to ensure maximum relevance and acceptance of all departmental regulations.

    l. Inform himself of the affairs of the Department to ensure that the duties and responsibilities of his subordinates are being properly discharged.

    m. Be responsible for the necessary delegation of authority to his subordinate commanders, commensurate with their duties and responsibilities.

    n. Coordinate and participate in criminal investigations when necessary.

    o. Be in charge of all news releases.

    p. Cause to be adopted a policy covering the safekeeping of all evidence and any property recovered, found or confiscated. Designate a member of the Department as Evidence Officer.

2. *Reporting and Notification*

    a. Submit an annual report to the appointing authority outlining the activities of the Department.

    b. Make an annual report to the State Department of Correction, on the appropriate forms, indicating the number of arrests and their classification.

    c. Notify the State Department of Public Utilities within twenty-four hours after an accidental death by electricity or gas.

    d. Promptly report to the appropriate authority all particulars within his knowledge, relating to injuries to persons or property alleged to have been caused by defects, obstructions or want of repair on any public street.

CHIEF
Three

e. Notify the Registrar of Motor Vehicles, on the appropriate forms, the particulars of an accident involving a motor vehicle which happens within the limits of this community in which any person is killed or injured or where there is damage in excess of $200 to any one vehicle or other property. Ascertain, if possible, the name(s) of the operator(s) and notify the Registrar of the same.

f. Report to the FBI on appropriate forms data for the purposes of compiling the Uniform Crime Report.

g. Maintain a personnel record system in which shall be kept all pertinent information on all Department members and employees.

h. Submit such other reports as required.