

| Natick Police Department | Order Number 89-08 |
|---|---|
| General Order | Rev: July 31, 1991 |

## Extra Paid Details/Overtime

**PURPOSE:** The purpose of this order is to establish a uniform method by which extra paid details and overtime will be assigned to Officers of the Natick Police Department and to fix penalties for violations of established procedures.

**POLICY:** It is the policy of this Department that all extra paid details and overtime be distributed in a fair and equitable manner and within the guidlines delineated by this order.

**DEFINITION:** A paid detail is a police service performed by a sworn Natick Police Officer during his off-duty time which is paid for by the person or persons making the request for such services and which is related in any way to the performance of police duties such as, but not limited to, security or traffic control, whether performed in uniform or in plainclothes.

**PROCEDURE:** Any officer requesting consideration for detail or overtime assignments **must, no later than noontime Friday** preceding the week in which the extra paid detail/overtime may be offered, submit an availability slip indicating the day(s) and time(s) he will be willing to accept the extra detail/overtime. **Officers requesting to change their status to "unavailable" must notify the Detail Officer or Shift Commander by 1500 hours on the day preceeding the change or they will be charged accordingly if their name comes up for a job.**

Hours worked will be recorded periodically by the Detail Officer. Hours will be tabulated on a quarterly basis, rolled back to zero at the beginning of each quarter (i.e. January, April, July and October). Refusal of details/overtime when an officer has indicated a willingness to accept extra work will be added to the total hours credited to the officer. Refusals will not be charged when they are the result of the performance of some other mandated police duty (i.e. court, deposition, overtime, etc.).

The Detail Officer designated by the Chief of Police will prepare the availability list by arranging the names of those officers indicating a willingness to accept extra details/overtime by hours worked in ascending order.

The officers lowest in hours worked will be first and the officers highest, last. Officers will then be assigned the available details/overtime with the Detail Officer taking into consideration the individual work schedules and the hours of the details/overtime requested.

**An officer who fails to submit a notice of availability for extra paid details or overtime by noontime Friday of the preceeding week, may have his name placed at the bottom of the availability list, irrespective of total hours worked.**

55

General Order 89-08          Extra Paid Details/Overtime                    Page 2
                                                                          Rev. July 91

The permanent record of details/overtime worked will be maintained by the Detail Officer and may be inspected upon request during normal business hours.

Officers who are unable to work an assigned detail/overtime will notify the Detail Officer. If the Detail Officer is unavailable, it will be the officer's responsibility to ensure that the Shift Commander is notified. The Shift Commander will then fill the detail/overtime from the availability list.

Any officer who performs a paying detail/overtime not officially assigned by either the Detail Officer or his designee and recorded and reported as outlined in this order will be disciplined and/or suspended from details/overtime.

Any officer whio performs a paying detail/overtime not officially assigned by either the Detail Officer or his designee and recorded and reported as outlined in this order will not be protected by the provisions of M. G. L. c. 41, s. 100, as amended.

Notwithstanding the procedures outlined in this order the Chief of Police may deviate from the guidelines set forth herein in circumstances determined to be in the interest of public safety or to ensure fair and equitable distribution of details.


Per order -

*Dennis R. Mannix*

Dennis R. Mannix
Chief of Police

56