

| Natick Police Department | Memo Number 95-01 |
|---|---|
| General Order | Date: Jan. 24, 1995 |
| **SHOTGUN POLICY** | |

To: All Department Members and Personnel
From: Chief Dennis R. Mannix

### I. Policy

The department will make available in selected vehicles the Remington Model 870 Police Shotgun. These weapons are a deadly force option at the disposal of the officer. They present several safety concerns. This policy will offer guidance when the shotgun should be deployed, the approved method of transport, and **the security measures required of every officer operating a vehicle equipped with a shotgun.**

No policy can cover every situation that will present itself to a police officer. These procedures have been researched, tested and reviewed. However, this is a dynamic profession and policies and training cannot be etched in stone. These procedures will be followed whenever safe and practical, and officers will be required to account for deviations from this policy.

### II. Deployment

The shotgun may be deployed in the following circumstances:

1. To defend himself or herself or another person from unlawful attack when he/she has reasonable cause to believe there is imminent danger of death or serious injury;

2. The use of deadly force (including firearms) to effect an arrest is not justified unless:

   a. the arrest is for a felony; and

   b. the officer believes that the force employed creates no substantial risk of injury to innocent persons; and

   c. The officer has probable cause to believe that:

   (1) the crime for which the arrest is made involved conduct indicating the use or threatened use of deadly force; or

   (2) there is a substantial risk that the person to be arrested will cause death or serious bodily harm if his apprehension is delayed.

Before deploying the shotgun the officer making the **deployment decision** must take into account the possible effects of the use of the shotgun given the surroundings, (i.e., Crowded shopping areas vs. woods or an open field, time of day and number of people present).

**At no time will the shotgun be used as a scare tactic or threat when its actual use would not be authorized.**

### III. Procedures

The shotgun will be kept locked in the permanently mounted shotgun rack in the cruiser. The weapon will be kept with the action closed, **chamber empty**, and the **safety on** at all times while stored in the vehicle.

The magazine will be loaded with .00 Buck ammunition. An elastic stock carrier will contain five (5) additional rounds.

Once the **decision** to deploy the shotgun has been made the officer must press the release button. This will unlock the shotgun rack for 10 seconds (if rack is not opened in 10

Attach. A - Item 28

99

seconds it will automatically re-lock). Remove the shotgun from the rack, exit the vehicle, depress the action release, operate the action and chamber a round. If time and the situation permit, a round from the stock carrier should be inserted into the magazine at this time.

Since possession of a shotgun limits the actions an officer may take, any officer deploying the shotgun will notify dispatch, and any other units that a shotgun has been taken into a situation by saying "SIGNAL 870" over the radio when signing off.

The first or second unit entering a situation may decide to deploy a shotgun. Once a shotgun is deployed at a scene, **no officer shall bring a second shotgun into that scene unless directed to do so by a supervisor or by one of the officers already inside.**

Except in extreme emergency the officer who deploys a shotgun shall remain in possession of it at all times until it is re-secured in the vehicle.

**As soon as possible after the conclusion of the shotgun deployment the weapon will be taken outside any building and unloaded.** The weapon will be locked back in the cruiser shotgun rack with the magazine loaded, the chamber empty and the safety on.

### IV. Security
Since the shotgun racks are electrically operated, **the ignition key must be removed and the doors locked whenever an officer is away from the vehicle.**

Whenever a cruiser is taken out of service, the shotgun will be removed from the rack, completely unloaded and carried into the station with the action open and the safety on. The shotgun will be turned in to the Commanding Officer. An entry will be made in the Administrative Log by the C.O. using CAD Code 914, Equipment Turned In, indicating the weapon serial number, who turned the weapon in, and from which vehicle it was removed. The weapon will be secured by the C.O. in the shotgun case in the guard room.

### V. Reporting
Whenever an officer decides to deploy the shotgun he shall include all information relevant to the deployment decision, and the weapons use, if appropriate, in an incident report.

Per order of -

*Dennis R. Mannix*

Dennis R. Mannix
Chief of Police

|  | Natick Police Department | Memo Number 97-02 |
|---|---|---|
| | General Order | Date: May 28, 1997 |

## Vacation Scheduling Policy

To: All Officers
From: Chief Dennis R. Mannix

The following vacation scheduling plan will be implemented beginning with the Fall Vacation Selection period. The sign up will be posted June 15 and will end June 30.

### Vacation Selection Policy

1. Winter/Spring vacation periods will be posted from October 15 through October 31.

    Winter/Spring vacation periods will run from the first Monday in January until the second Monday in June.

2. Summer vacation periods will be posted from March 15 through March 31.

    Summer vacations will run from the second Monday in June until the second Monday in September.

3. Fall vacation periods will be posted from June 15 through June 30.

    Fall Vacation periods will run from the second Monday in September until the first Monday in January.

*Department Seniority will continue to be the deciding factor on the vacation sign-up sheet. Officers must sign up for the full week, beginning Monday and ending Sunday. Individual days will be handled according to item 4.*

4. No request for unscheduled time off (i.e., not bid) will be accepted prior to the first day following the vacation posting period. For example, if an officer wishes to have July 15 off as vacation time, s/he may not request the day off until April 1. Similarly, an officer requesting December 25 may not request the individual day off until July 1.

All requests will be time stamped and initialed by the supervisor receiving the request. Requests submitted on the same day, but at different times, will be treated as submitted at the same time and granted by department seniority, in accordance with the contract. All other requests will be granted by the date stamped within contractual guidelines.

Per order -

*Dennis R. Mannix*
Dennis R. Mannix
Chief of Police

Attach. A – Item 29

101