|  | Natick Police Department | Memo Number 98-02 |
|---|---|---|
| | General Order | Date: October 2, 1998 |
| | **NETWORK SECURITY POLICY** | |

To:     All Department Members

In order to protect the security and functionality of the department's computer network, it is the department policy that all computer software and hardware installed on or attached to any department owned computer, server or laptop shall be approved and installed by one of the following:

    NPD Computer Services,
    Town of Natick Information Technology staff,
    or, their authorized contractors or representatives.

No department member or employee shall install any software, operating program of any form or hardware component on a department owned computer for any period of time no matter how short without prior written authorization. All configuration settings shall be left as set by Computer Services.

Per Order-

*Dennis R. Mannix*

Dennis R. Mannix
Chief of Police

Case 1:04-cv-11996-RGS   Document 56-39   Filed 11/20/2006   Page 2 of 7



| Natick Police Department | Memo Number 99-01 |
|---|---|
| General Order | Date: 14 January 1999 |
| **PROFESSIONAL STANDARDS** | |

**TO: ALL DEPARTMENT MEMBERS & EMPLOYEES**

**PREFACE:** For purposes of this policy, references made to employees shall include sworn and non-sworn personnel.

## GENERAL CONSIDERATIONS AND GUIDELINES

A relationship of trust and confidence between the employees of this department and the citizens of the community is essential to the successful accomplishment of law enforcement objectives. All employees are expected to conduct themselves, whether on or off duty, in such a manner as to reflect favorably upon themselves and the department. The consistently high quality of this standard of conduct establishes and maintains the reputation of the department and encourages the support of the community for policy purposes and goals. The Professional Standards function is important for the maintenance of professional conduct in a law enforcement agency. The integrity of the department depends on the personal integrity and discipline of each employee. To a large degree, the public image of this department is determined by the quality of the Professional Standards Section (PSS) in responding to allegations of misconduct against the department or its employees.

A primary responsibility of the Professional Standards function is to respond to allegations of misconduct against the police department and its employees. The Professional Standards Section will be responsible for recording, registering, and controlling the investigation of complaints against employees; supervising and controlling the investigation of alleged misconduct within the department; and maintaining the confidentiality of Professional Standards investigations and records. The Professional Standards Section will ensure that the integrity of the department is maintained through an internal system where objectivity, fairness, and justice are assured by intensive and impartial investigation and review. The responsibility for supervising, conducting, coordinating, and maintaining the Professional Standards function of the department lies with the Officer-in-Charge of Professional Standards (OIC/PSS). All findings will be prepared in writing and presented to the Chief of Police with a recommendation for disposition. Since a Professional Standards Investigation involves allegations against an employee of the department, it is essential that the process not only be lawful, but confidential as well. This requires strict confidentially and full adherence to procedure. The objectives of a Professional Standards Investigation are: protection of the public, protection of the employee, protection of the department, removal of unfit personnel, and correction of procedural problems.

Attach. A- Item 32

117

All alleged or suspected violations of laws, ordinances, by-laws, department rules, regulations, policies, procedures, and orders (verbal or written) must be investigated according to the procedures outlined for each. These include: alleged violations reported to the department's superior officers by other employees of the department, either orally or in writing; alleged violations, observed or suspected by department superior officers; citizens' complaints of alleged police misconduct which are made in person, by letter, by telephone, or anonymously.

## POLICY

It is the policy of this department to investigate all complaints against employees of the department regardless of the source of such complaints through a regulated, fair, and impartial Professional Standards Program.

## COMPLAINT PROCEDURE

*Complaint Report Form (NPD form 1050)*

A standard complaint report form will be used to record all complaints of misconduct, mistreatment and improper or unethical practices against police department employees, whether registered by a citizen, initiated from within the police department, or forwarded by another governmental agency.

The following information shall be included on the Complaint Report Form:

Date and time of complaint report;
Name, address, and telephone number of the complainant;
Name, address and telephone numbers of any witnesses to the reported incident;
Name, rank, and badge number (or description) of the employee against whom the complaint is made;
Date, time, and location of the reported incident;
Complainant's description of the incident which resulted in the complaint;
Signature of complainant, if it can be obtained;
Name, rank, and signature of supervisor receiving complaint report.

Every person making a complaint against a department employee shall receive a copy of his or her complaint to serve as receipt verifying that such complaint has been received.

When a complaint is made in person, the supervisor receiving the complaint will ensure that the complainant receives a copy of his or her complaint to serve as a written verification that the complaint has been received.

When a complaint is received over the telephone or through the mail, the Officer-in-Charge of Professional Standards Section shall ensure that the

2

118

complainant is sent a copy of his or her complaint so as to serve as a verification that the complaint has been received.

## RECEIVING AND RECORDING COMPLAINTS

The Shift Commander/Supervisor at the time the complaint is made shall be responsible for the efficient receiving and complete recording of any complaint of police department employee misconduct made by a citizen in person or received by telephone. Dispatchers will not receive complaints. The utmost courtesy and cooperation should be extended to all citizens registering complaints or otherwise inquiring about complaint procedure.

This initial contact between a complaining citizen and police authorities is a most important stage in the complaint process as the complainant is often tense, angry, and emotionally upset, and the potential for hostility is great. The complainant should be taken to a private area—not dealt with over the counter with other employees present.

A person should not be denied an opportunity to register a complaint, nor should any such person be directed to return or call back later.

Every complaint report form shall be given an identifying number, so that the processing of complaints can be carefully monitored. This identifying number will be assigned by the Officer-in-Charge of Professional Standards.

Citizens making complaints in person should be asked to read over their completed complaint form, make any necessary corrections or additions, and sign the complaint.

If a complainant refuses to sign a complaint, a notation to that effect should be made on the complaint form.

Citizens making complaints by telephone should be informed that their signed complaint is requested; however, no telephone complaint should be refused or rejected because the complainant does not wish to sign a complaint form or because he or she does not wish to be identified.

Whenever a citizen reports misconduct by an employee of the police department, the supervisor receiving the complaint will complete NPD Form 1049, Supervisors First Report of Complaint, which will be forwarded by the end of each shift to the Officer-in-Charge of Professional Standards. This will be done regardless if the complainant has completed a Citizens' Complaint Form or has taken a form home to fill out and file later. The OIC/PSS will confirm that the complainant has received a Citizen Complaint Form NPD #1050 or will ensure that a complaint form is mailed to the complainant.

The Supervisors' First Report of Complaint Form 1049 will be completed by the receiving supervisor and signed by the complainant whenever a complaint is immediately resolved to the complainant's satisfaction. This form will then be forwarded to OIC/PSS. No complaint should be rejected solely because it is anonymous, as anonymous complaints can often be a valuable source of information and should be considered on their individual merits. Care must be taken, however, that the department employees are not subjected to unjust, frivolous, or capricious complaints.

## COMPLAINTS RECEIVED BY MAIL

If any employee of the department receives by mail a complaint of misconduct or mistreatment by a department employee, the complaint shall be forwarded to the supervisor or OIC/PSS who will ensure that the allegations are incorporated in a standard complaint form and the original communication attached thereto.

If the information so received is insufficient or incomplete, the complainant should be contacted, if possible, and informed of the department complaint procedure and any necessary additional information obtained.

## INTERNAL COMPLAINTS

Internal Complaints of misconduct against another employee shall be initiated by the preparation of a standard citizens complaint report form which may be submitted to the Shift Commander or the OIC/PSS.

## COMPLAINTS BY PRISONERS

Any prisoner who alleges misconduct or mistreatment by a department employee shall be advised by the Officer-in-Charge of the station of his/her right to submit a complaint report form in the usual manner and such complaints should be investigated and processed in the same manner as other citizen complaints.

## COMPLAINTS FROM GOVERNMENTAL AGENCIES

When information is received or obtained from other governmental agencies alleging specific acts of misconduct against a department employee, the information shall be recorded on a standard citizens complaint report form, forwarded to the OIC/PSS, and an investigation initiated in the usual manner.

## STREET COMPLAINTS

If an officer on the street is approached by a citizen regarding a complaint of alleged misconduct against an employee of the police department, the officer shall contact the Patrol Supervisor on duty to respond to the scene and take the complaint. If there is no Patrol Supervisor available to respond to the scene, the

officer shall request the complainant's name and address and telephone number, then inform such person that his or her complaint should be directed to the Shift Commander/Supervisor at the station.

## INVESTIGATIVE PROCEDURES

*Categories of Complaints:*

The department has established guidelines regarding which categories of complaints will be handled and investigated by the Professional Standards Section and which by a Shift Supervisor as a part of routine discipline. The criteria for determining the categories of complaints to be investigated by Professional Standards include, but are not limited to, allegations of:

corruption;
brutality;
use of excessive force;
violation of civil rights; and
criminal misconduct.

Criteria for the assignment of an investigation to a Shift Supervisor may include such offenses as:
rudeness;
tardiness;
insubordination;
nonfeasance;
malfeasance;
procedure violations

## IMMEDIATE RESOLUTION OF A COMPLAINT

In some cases, a complaint can be resolved to the complainant's satisfaction by the Officer-in-Charge of the station. The Shift Commander should report the facts in writing on the Supervisors' First Report of Complaint, NPD Form #1049, and the accepted resolution should be acknowledged by the complainant by signing the completed report.

This immediate resolution can often be accomplished if the incident is clearly not of a serious nature or arises from misunderstanding or lack of knowledge of the law or of the limitation of a police officer's authority. Under no circumstances, however, will a justifiable complaint be refused, delayed, or otherwise rejected in this manner.

5

/121/

## INVESTIGATION OF COMPLAINTS

Any Professional Standards investigation must be commenced immediately upon receipt of the complaint and must be completed within thirty (30) days (unless extenuating circumstances exist).

If circumstances preclude completion, the investigator will file a report of the investigation conducted to date, what remains to be completed, and the expected completion date. The Officer-in-Charge of Professional Standards shall approve an extension of a specified period of time and notify the employee of such change. The Police Chief will also be notified of those circumstances along with a complete report of the investigation to date.

In addition to the employee, the Officer-in-Charge of the internal investigation shall notify the complainant in writing of the results of the internal investigation within thirty (30) days, if completed, or any extension of the investigation.

Finally, the Officer-in-Charge of Professional Standards investigations shall be responsible for providing the Chief of Police with a status report on the progress of any ongoing investigation every seven days.

The Officer-in-Charge of Professional Standards shall be responsible for coordinating Professional Standards investigations and shall report directly to the Chief of Police.

If the substance of proven complaint would be of grave nature or is an accusation of a crime and immediate action is deemed necessary, the Chief or the Superior Officer designated by the Chief (OIC/PSS) shall be notified forthwith in order that an investigation can be initiated without delay.

Before a department employee is questioned or directed to submit a report regarding a complaint, such employee may be issued, at the sole discretion of the O.I.C. of Professional Standards, either the actual complaint or a written summary prepared by him/her which details the allegations contained in the complaint.

An internal administrative investigation may inquire into a department employee's on-duty or off-duty conduct if such inquiry is reasonably and directly related to the employee's performance of duty, if such conduct affects the employee's fitness or ability to continue in the police service, or reflects discredit on the department.

Criminal Proceedings: If it is determined, after a preliminary investigation, that allegations against a department employee could result in a criminal prosecution, the accused employee must be granted all applicable constitutional and statutory rights.