# Motor Vehicle Crash Investigation Policy

| | |
|---|---|
| **Purpose** | To provide officers with classifications of motor vehicle crashes and guidelines for their investigation. The classification assigned to a motor vehicle crash will determine the extent of police investigation required. |
| **Policy** | Officers will investigate all motor vehicle crashes that occur on public ways completely, striving not only to document the who, what, where, and when, but also the how and why, the motor vehicle crash occurred. The investigation should determine whether a motor vehicle violation contributed to the occurrence of the crash. Crashes occurring on private property are addressed separately below. |

**Definitions**

| Term | Definition |
|---|---|
| Fatal Injury | An injury resulting in death |
| Incapacitating Injury | Any injury which prevents the injured person from walking, driving, or normally performing the activities s/he was capable of before the injury occurred: <br> 1. Any open wound with visible bleeding that requires the injured to be transported to a medical facility for treatment <br> 2. Disfigurement of any limb |
| Substantial Property Damage | Damage to the motor vehicle which precludes its ability to be driven from the scene under its own power after minor repairs |
| Controlled Rest | The vehicle is moved from the point of final rest to another position |
| Uncontrolled Rest | Final position of vehicles at conclusion of the motor vehicle crash |
| Private Property | Private road, parking lot, driveway, or other private way |

**Procedures**

| Action | Responsibility |
|---|---|
| Responding to the Scene | Upon dispatch to a motor vehicle crash, officers shall proceed to the scene as quickly as possible in a safe manner with due regard for the safety of the public and obedience to speed and traffic regulations. |

| Motor Vehicle Crash Scene Management | 1. Secure crash scene to prevent the crash from getting worse or a secondary crash from occurring.<br>2. Render aid to the injured<br>3. Investigate the motor vehicle crash<br>　　Note: The level of investigation will be determined by the location and classification of the motor vehicle crash. |
|---|---|

**Report Requirements**

The motor vehicle crash classification standardizes the minimum level of investigation and required reports for a given class of motor vehicle crashes.

| Class | Investigation Requirements |
|---|---|
| **CLASS C** | Any motor vehicle crash investigated by the police in which there is no fatal or incapacitating injury or substantial property damage. Investigation of this type motor vehicle crashes require only the basic information required on the Registry of Motor Vehicles police crash report.<br><br>A. Required Reports<br>　1. Registry of Motor Vehicles Police Crash Report<br>B. Optional Reports<br>　1. Investigating Officers Supplemental report |

| CLASS B | Any motor vehicle crash that involves incapacitating personal injury or substantial property damage to any of the vehicles involved in the motor vehicle crash.<br>1. Investigating officer must determine if vehicles are controlled or uncontrolled rest upon arrival at the scene.<br>   a. If vehicles are at uncontrolled rest their position must be marked before removal from the scene.<br>   b. Vehicles' final resting position shall be marked utilizing permanent marking paint.<br>2. All cruisers will carry marking paint (except in freezing weather).<br>3. Investigator must examine the scene for any physical evidence: skid marks, gouge marks, liquid splatters, or other debris. Evidence must be marked and measured prior to clearing the scene.<br>4. Required Reports<br>   a. Registry of Motor Vehicles Police Crash Report<br>   b. Investigating Officers Supplemental Report<br>5. Optional Reports<br>   a. Reconstruction Report<br>   b. Scale Diagram |
|---|---|

| CLASS A | Any motor vehicle crashes involving a fatality or injuries likely to result in a fatality, or involving a bus, school bus, police vehicle or any other town owned vehicle in which there is incapacitating injury. Any motor vehicle crashes causing destructive damage to a building or bridge.<br>1. In addition to the data required by Class B and C motor vehicle crashes, the initial investigator must notify a department reconstructionist, or the state police reconstruction unit.<br>2. Photographs of motor vehicle crash scenes and vehicles must be taken prior to removal of the vehicle(s). Photographs will be taken by the on-call detective.<br>3. The motor vehicle crash reconstructionist shall examine all vehicles for signs of mechanical failure.<br>4. Required Reports:<br>   a. Registry of Motor Vehicles Police Crash Report<br>   b. Investigating Officers Supplemental Report<br>   c. Motor Vehicle Crash Reconstruction Report<br>   d. Scale Diagram |
|---|---|

| | |
|---|---|
| **PRIVATE PROPERTY CRASHES** | Patrol officers will be dispatched to all reported traffic crashes on private property to check for the following situations:<br><br>1. Fatal injury<br>2. Incapacitating personal injury<br>3. Operator impairment due to alcohol or drugs<br>4. Damage to Town of Natick vehicle or property<br>5. Operator negligence resulting in incapacitating injury or substantial property damage<br>6. Disturbances between principals<br>7. Hit & run where evidence at scene could later identify vehicle or operator that left scene |
| **If any of the above apply:** | Investigating officer will complete the reports required for the appropriate classification. |
| **If none of the above apply:** | The responding officer will assist each operator in the exchanging of required information by issuing a NPD Accident Data Form to each operator and by submitting the original form to records.<br><br>Dispatchers will insure that the names and vehicles are entered into CAD for the incident with the note "No Police Report Required." |
| **NON-POLICE INVESTIGATED MOTOR VEHICLE CRASHES** | Motor vehicle crashes that are reported but not attended to by a police officer.<br><br>• No RMV Police Crash Report<br>   1. Reporting parties report pursuant to MGL c. 90, s. 26.<br>• Dispatcher makes log entry including names and vehicles. |

| | |
|---|---|
| Special Circumstances | When all patrol officers are assigned to higher priority calls for service and when there are a high number of non-personal injury minor property damage crashes (i.e. poor roadway conditions due to inclement weather), the shift supervisor has the authority to have motorist involved in property damage-only crashes exchange information at the scene or appear at the police station to complete the necessary forms.<br><br>Dispatch should attempt, if possible to ascertain the names and registration number of vehicles involved and enter them into the CAD system. |
| Authorizing Authority | Dennis R. Mannix |





**THE COMMONWEALTH OF MASSACHUSETTS**
MIDDLESEX DISTRICT ATTORNEY
40 THORNDIKE STREET CAMBRIDGE MA 02141

MARTHA COAKLEY
DISTRICT ATTORNEY

Tel: 617-679-6500
Fax: 617-225-0871

## Memorandum

Date:   June 12, 2006

To:     All Middlesex Police Chiefs
        (PLEASE DISTRIBUTE)

From:   Martha Coakley, Middlesex District Attorney

Re:     Motor Vehicle Homicide Policy

---

Enclosed is (1) a copy of the June 2006 revised Middlesex District Attorney Motor Vehicle Serious / Fatal Vehicle Collision policy, and (2) a list of emergency phone number notification for posting in your Department.

<u>Over the last few years we have encouraged local police departments to call the District Attorney's Office as soon as possible upon the discovery of a motor vehicle serious/fatal collision. However, we have found there are mixed results in terms of speed and accuracy of reporting. Therefore, we now stress that given the jurisdiction of the District Attorney's Office over all homicides, and our mutual obligation to each person involved with a public way incident to provide the best possible investigation, prosecution, and trial if warranted, you report all motor vehicle homicides at the earliest practicable opportunity.</u>

With an immediate notification, we are able to ensure either that a local or state experienced and qualified expert reconstruction witness(es) will be assigned, thus ensuring greater success with an investigation and prosecution.

These cases are extremely difficult to prosecute, particularly if the scene is not preserved and there is no expert witness to testify to the cause of death. As many of you know, these are heartbreaking cases for those who have lost a loved one. I believe we in law enforcement owe to our residents or visitors the

quickest and most efficient response to any serious or fatal motor vehicle collision.

**_We ask that you post the emergency phone number notification at Roll Call, and in an area of your department where all patrol officers and shift commanders have knowledge of and access to it._**

We believe that this cooperation and teamwork will provide our office with better coverage capability, and your officers with a quick reference for investigation and charging decisions. Please feel free to call me should you have any questions or concerns, or call First Assistant John McEvoy (617-679-6511) or Deputy First Assistant Sheila Calkins (617-679-6563) directly.



THE COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX DISTRICT ATTORNEY
40 THORNDIKE STREET CAMBRIDGE MA 02141

MARTHA COAKLEY
DISTRICT ATTORNEY

Tel: 617-679-6500
Fax: 617-225-0871

# Recommended Procedures when Investigating
Serious / Fatal Motor Vehicle Collisions

## Intent

These procedures are suggested guidelines to facilitate the efficient and uniform investigation of serious/fatal motor vehicle collisions throughout Middlesex County. They are "suggested" procedures of the Middlesex District Attorney's Office. If a department has policy or procedures that are in conflict with these, please feel free to call the District Attorney's office to resolve the conflict.

## Definitions

The following definitions shall apply through out this document:

1. *Qualified Collision Reconstructionist* - A police officer who has completed at the minimum; basic and advanced accident reconstruction and maintains proficiency in this field through updated training (which includes annual certification or ACTAR certification) and who has been qualified as an expert in collision reconstruction in any court in the Commonwealth within the year preceding the date of the collision being investigated.

2. *Serious/Fatal Motor Vehicle Collision* - Any collision in which there is a fatality or in which medical personal (or officers on the scene) feel there is a likelihood of death or serious bodily injury as defined in Mass. Gen. Laws c. 90, § 24L(3)[1].

3. *"Trail" Physical Evidence* - This is the type of physical evidence which may show the route a vehicle(s) took either directly before or after an accident. Such evidence may include: skid marks, gauges in the roadway or other surface which the vehicle(s) passed over and/or damage to property which

---

[1] "serious bodily injury" shall mean bodily injury which creates a substantial risk of death or which involves either total disability or the loss or substantial impairment of some bodily function for a substantial period of time. (See M.G.L. c. 90, § 24L(3))

came in contact with the vehicle(s). It may also include the clothing of a pedestrian hit by a vehicle.

## Procedures

Whenever a department responds to the scene of a Serious / Fatal Motor Vehicle Collision, the following investigation procedures should be followed:

1. The safety and emergency care of all parties involved in the accident is the primary duty of the officer(s);

2. If possible, at the same time (or immediately there after) emergency care is being administered on the scene, the officer(s) on the scene shall begin a criminal investigation:

   a. The accident scene shall be treated as a crime scene and only the necessary personnel to ensure the safety and well being of those involved shall be allowed in the scene. To the extent possible officers should attempt to keep emergency personnel off of or away from "Trail" Physical Evidence;

   b. All physical evidence, including any vehicle(s), shall be left in place and not disturbed until the crime scene has been appropriately processed (i.e. a reconstruction, photographs and/or fingerprints, if necessary);

   c. As soon as reasonably possible, officer(s) should note the environment at the time of the accident, i.e.- weather, lighting, road conditions and any changes in these during the course of the investigation;

   d. Any available witnesses should be identified and interviewed as soon as reasonably possible.

1. As soon as reasonably possible a Qualified Collision Reconstructionist shall be called to the scene to start an accident reconstruction:

   a. If a department does not have a Qualified Collision Reconstructionist either on duty and/or on staff, a State Police Reconstructionist should be called in to assist in the investigation.

      I. A State Police Reconstructionist can be notified by calling the "duty" trooper for the State Police Troop which covers the jurisdiction in question.

II. If a State Police Reconstructionist is called, his/her duty will be to "assist" the local jurisdiction by completing to the best of that trooper's ability (or assisting a local officer in completing) a reconstruction of the accident scene. Overall responsibility of the investigation remains with the local jurisdiction.

4. As soon as possible notify the District Attorney's Office. Notification should be as follows:

**KERRY AHERN**
Office: (978) 458-4440; x430
Pager: (617) 430-8227

or

| CAMBRIDGE REGION | FRAMINGHAM REGION | LOWELL REGION |
|---|---|---|
| ADRIENNE LYNCH | MIKE FABBRI | TOM O'REILLY |
| Office: (617) 679-6575 | Office: (508) 875-4141 | Office: (978) 458-4440 |
| Pager: (617) 339-9908 | Pager: (617) 468-9583 | Pager: (617) 339-7343 |

5. Determination of charges (or not to charge) will be made in conjunction with the District Attorney's office.