General Order　　　　　NATICK POLICE DEPARTMENT　　　　　January 29, 2003

# Extra Paid Detail/Overtime Policy

**Purpose**　　The purpose of this order is to establish a uniform method by which extra paid details and overtime will be assigned to Officers of the Natick Police Department. This order will replace General Order G.O. 89-08. Officers should add this order to their department manual.

**Policy**　　It is the policy of this Department that all extra paid details and overtime be distributed in a fair and equitable manner within the guidelines delineated by this order.

**Definition**　　A paid detail is a police service performed by a sworn Natick Police Officer during off-duty time which is paid for by the person or persons making the request for such services and which is related in any way to the performance of police duties including, but not limited to, security or traffic control, whether performed in uniform or in plain clothes.

**Procedure**　　Any officer requesting consideration for detail or overtime assignments must, no later than noontime, Thursday preceding the week in which the extra paid detail/overtime may be offered, submit an availability slip indicating the day(s) and time(s) the officer will be willing to accept the extra detail/overtime. Officers may indicate, without penalty, their unavailability to accept a detail or overtime assignment prior to noontime on the day before the assignment except when they are already scheduled for a detail or overtime assignment. When scheduled for a detail, the only available options are to accept or refuse the assignment.

Officers must notify the Shift Commander or Dispatcher and request a Code 935 "MEMDETAIL" be entered into the Administrative Log or they will be charged accordingly if their name comes up for a job. Officers may have their name added to the availability list prior to noontime the day preceding by requesting a Code 935 indicating their willingness to work. Absent an appropriate Code 935, only Officers who have completed their original detail assignment or were previously unavailable due to a police duty requirement since completed may have his/her name added to the bottom of the detail list. All detail slips must be turned in at the completion of each detail.

Hours worked will be recorded periodically by the Administrative Officer. Hours will be tabulated on a quarterly basis, rolled back to zero at the beginning of each quarter (i.e. January, April, July and October). Refusal of details/overtime when an officer has indicated a willingness to accept extra work will be added to the total hours credited to the officer.

Extra Paid Detail/Ove̶███████████████████████████　　January 29, 2003
GO 2003-01　　　　　　　 Attach. A – Item 44　　　Chief Dennis R. Mannix　/62

General Order          NATICK POLICE DEPARTMENT          January 29, 2003

Upon refusing a detail assignment, an Officer becomes ineligible for any other detail assignment on that same date. Refusals will not be charged when they are the result of the performance of some other mandated police duty. (i.e. court, deposition, overtime, etc.) The Administrative Officer will prepare the availability list by arranging the names of those officers indicating a willingness to accept extra details/overtime by hours worked in ascending order.

The officers lowest in hours worked will be first and the officers highest, last. Officers will then be assigned the available details/overtime with the Administrative Officer taking into consideration the individual work schedules and the hours of the details/overtime requested. Details will be assigned in the order they were received except in cases where a particular assignment is deemed a safety priority.

An officer who fails to submit a notice of availability for extra paid details or overtime by noontime, Thursday of the preceding week, may submit the belated notice of availability and have their name placed at the bottom of the availability list, irrespective of total hours worked.

Officers assigned to details are to document their actual arrival time at the detail site, then calculate the total hours worked based on actual hours worked, not the time that may be pre-posted on the detail slip. If the pre-posted time is inaccurate, the officer is to change the time to reflect the actual arrival time.

All Natick officers working details within the Town of Natick must contact Natick Control via radio at the beginning of the detail and report their location and, if necessary, report road closures or limitations. Officer will also notify Natick Control whenever they change their location substantially, leave the detail location for lunch, and at the conclusion of their detail assignment.

Dispatchers notified as required above will add the officer to the CAD roster under "walking/other police" and place them on location, amending the entry as indicated by the officer on detail.

All officers working extra paid details will make sure that their detail slip is filled out completely by the vendor. This includes the time ended and the total hours.

This information is to be filled in by the vendor and must appear on the vendor's copy as well as the officer's copy. It is the responsibility of the officer working the detail to make sure that this is done correctly. Detail slips that are not completely filled out will be returned to the officer until they are corrected by the vendor.

All overtime work performed except for court appearances or a continuance of work beyond your eight hour shift due to reports, etc., that must be submitted by an officer will be recorded in the daily Overtime Availability logbook. This includes officers from all divisions. If an officer's name does not already appear in the Overtime Availability logbook, it will be written in along with the total hours worked.

The permanent record of details/overtime worked will be maintained by the Administrative Officer and may be inspected by appointment during normal business hours.

Officers who are unable to work an assigned detail/overtime will notify the Administrative Officer. If the Administrative Officer is unavailable, it will be the officers' responsibility to ensure that the Shift Commander is notified. The Shift Commander will then fill the detail/overtime from the availability list.

Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will be disciplined and/or suspended from details/overtime. Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will not be protected by the provisions of M.G.L. c.41, s. 100, as amended.

Notwithstanding the procedures outlined in this order the Chief of Police may deviate from the guidelines set forth herein in circumstances determined to be in the interest of public safety or to ensure fair and equitable distribution of details.

**Issuing Authority**   Dennis R. Mannix
Chief of Police

General Order      NATICK POLICE DEPARTMENT      March 15, 2006

# Extra Paid Detail/Overtime Policy

**Purpose**    The purpose of this order is to establish a uniform method by which extra paid details and overtime will be assigned to Officers of the Natick Police Department. This order will replace General Order G.O. 89-08. Officers should add this order to their department manual.

**Policy**    It is the policy of this Department that all extra paid details and overtime be distributed in a fair and equitable manner within the guidelines delineated by this order.

**Definition**    A paid detail is a police service performed by a sworn Natick Police Officer during off-duty time which is paid for by the person or persons making the request for such services and which is related in any way to the performance of police duties including, but not limited to, security or traffic control, whether performed in uniform or in plain clothes.

**Procedure**    Any officer requesting consideration for detail or overtime assignments must, no later than noontime, Thursday preceding the week in which the extra paid detail/overtime may be offered, submit an availability slip indicating the day(s) and time(s) the officer will be willing to accept the extra detail/overtime. Officers may indicate, without penalty, their unavailability to accept a detail or overtime assignment prior to noontime on the day before the assignment except when they are already scheduled for a detail or overtime assignment. When scheduled for a detail, the only available options are to accept or refuse the assignment.

Officers must notify the Shift Commander or Dispatcher and request a **Log Note** be entered into the Administrative Log or they will be charged accordingly if their name comes up for a job. Officers may have their name added to the availability list prior to noontime the day preceding by requesting a **Log Note** indicating their willingness to work. Absent an appropriate **Log Note**, only Officers who have completed their original detail assignment or were previously unavailable due to a police duty requirement since completed may have his/her name added to the bottom of the detail list. All detail slips must be turned in at the completion of each detail.

Hours worked will be recorded periodically by the Administrative Officer.

*Continued on next page*

General Order　　　　NATICK POLICE DEPARTMENT　　　　March 15, 2006

## Extra Paid Detail/Overtime Policy (Continued)

**Procedures**　　Hours will be tabulated on a quarterly basis, rolled back to zero at the beginning of each quarter (i.e. January, April, July and October). Refusal of details/overtime when an officer has indicated a willingness to accept extra work will be added to the total hours credited to the officer.

Upon refusing a detail assignment, an Officer becomes ineligible for any other detail assignment on that same date. Refusals will not be charged when they are the result of the performance of some other mandated police duty. (i.e. court, deposition, overtime, etc.) The Administrative Officer will prepare the availability list by arranging the names of those officers indicating a willingness to accept extra details/overtime by hours worked in ascending order.

The officers lowest in hours worked will be first and the officers highest, last. Officers will then be assigned the available details/overtime with the Administrative Officer taking into consideration the individual work schedules and the hours of the details/overtime requested. Details will be assigned in the order they were received except in cases where a particular assignment is deemed a safety priority.

An officer who fails to submit a notice of availability for extra paid details or overtime by noontime, Thursday of the preceding week, may submit the belated notice of availability and have their name placed at the bottom of the availability list, irrespective of total hours worked.

Officers assigned to details are to document their actual arrival time at the detail site, then calculate the total hours worked based on actual hours worked, not the time that may be pre-posted on the detail slip. If the pre-posted time is inaccurate, the officer is to change the time to reflect the actual arrival time.

All Natick officers working details within the Town of Natick must contact Natick Control via radio at the beginning of the detail and report their location and, if necessary, report road closures or limitations. Officer will also notify Natick Control whenever they change their location substantially, leave the detail location for lunch, and at the conclusion of their detail assignment.

Dispatchers notified as required above will add the officer to **the IMC CAD system according to IMC Procedures**, amending the entry as indicated by the officer on detail.

*Continued on next page*

# Extra Paid Detail/Overtime Policy (Continued)

**Procedures**

All officers working extra paid details will make sure that their detail slip is filled out completely by the vendor. This includes the time ended and the total hours

This information is to be filled in by the vendor and must appear on the vendor's copy as well as the officer's copy. It is the responsibility of the officer working the detail to make sure that this is done correctly. Detail slips that are not completely filled out will be returned to the officer until they are corrected by the vendor.

All overtime work performed except for court appearances or a continuance of work beyond your eight hour shift due to reports, etc., which must be submitted by an officer, will be recorded in the daily Overtime Availability logbook. This includes officers from all divisions. If an officer's name does not already appear in the Overtime Availability logbook, it will be written in along with the total hours worked.

The permanent record of details/overtime worked will be maintained by the Administrative Officer and may be inspected by appointment during normal business hours.

Officers who are unable to work an assigned detail/overtime will notify the Administrative Officer. If the Administrative Officer is unavailable, it will be the officers' responsibility to ensure that the Shift Commander is notified. The Shift Commander will then fill the detail/overtime from the availability list.

Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will be disciplined and/or suspended from details/overtime. Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will not be protected by the provisions of M.G.L. c.41, s. 100, as amended.

Notwithstanding the procedures outlined in this order the Chief of Police may deviate from the guidelines set forth herein in circumstances determined to be in the interest of public safety or to ensure fair and equitable distribution of details

**Issuing Authority**

Dennis R. Mannix
Chief of Police

## Review of General Order 2003-01

| | |
|---|---|
| **Officers should review General Order 2003-01** | Officers should review General Order 2003-01 to re-familiarize themselves with the parameters and responsibilities contained therein. Of special note are the following provisions:<br><br>• Officers may indicate their unavailability to accept a detail or overtime assignment prior to noontime on the day before the assignment except when they are already scheduled for a detail or overtime assignment. When scheduled for a detail, the only available options are to accept or refuse the assignment.<br>• Officers may have their name added to the availability list prior to noontime the day preceding by requesting a Log Note indicating their willingness to work. Absent an appropriate Log Note, only Officers who have completed their original detail assignment or were previously unavailable due to a police duty requirement since completed may have his/her name added to the bottom of the detail list.<br>• Upon refusing a detail assignment, an Officer becomes ineligible for any other detail assignment on that same date.<br>• Details will be assigned in the order they were received except in cases where a particular assignment is deemed a safety priority.<br><br>With this in mind, Supervisors will fill details in the manner outlined in the policy with Natick officers appearing on the availability list and then seek to fill the remaining details with personnel from outside agencies. Detail pages will be sent only in the case of an unexpected detail with a significant impact on public safety that would otherwise be unfilled. Write-ins at the bottom of the list will not be eligible for detail work without the appropriate corresponding Log Note. |
| **Issuing Authority** | Dennis R. Mannix<br>Chief of Police     *Dennis R. Mannix* |

CM 2006-17
Review of General O[...]     Attach. A – Item 46     October 20, 2006
Chief Dennis R. Mannix     168

# Extra Paid Detail/Overtime Policy

**Purpose**     The purpose of this order is to establish a uniform method by which extra paid details and overtime will be assigned to Officers of the Natick Police Department. This order will replace General Order G.O. 89-08. Officers should add this order to their department manual.

**Policy**     It is the policy of this Department that all extra paid details and overtime be distributed in a fair and equitable manner within the guidelines delineated by this order.

**Definition**     A paid detail is a police service performed by a sworn Natick Police Officer during off-duty time which is paid for by the person or persons making the request for such services and which is related in any way to the performance of police duties including, but not limited to, security or traffic control, whether performed in uniform or in plain clothes.

**Procedure**     Any officer requesting consideration for detail or overtime assignments must, no later than noontime, Thursday preceding the week in which the extra paid detail/overtime may be offered, submit an availability slip indicating the day(s) and time(s) the officer will be willing to accept the extra detail/overtime. Officers may indicate, without penalty, their unavailability to accept a detail or overtime assignment prior to noontime on the day before the assignment except when they are already scheduled for a detail or overtime assignment. When scheduled for a detail, the only available options are to accept or refuse the assignment.

Officers must notify the Shift Commander or Dispatcher and request a **Log Note** be entered into the Administrative Log or they will be charged accordingly if their name comes up for a job. Officers may have their name added to the availability list prior to noontime the day preceding by requesting a **Log Note** indicating their willingness to work. Absent an appropriate **Log Note**, only Officers who have completed their original detail assignment or were previously unavailable due to a police duty requirement since completed may have his/her name added to the bottom of the detail list. All detail slips must be turned in at the completion of each detail.

Hours worked will be recorded periodically by the Administrative Officer.

*Continued on next page*

General Order   NATICK POLICE DEPARTMENT   March 15, 2006

## Extra Paid Detail/Overtime Policy (Continued)

**Procedures** Hours will be tabulated on a quarterly basis, rolled back to zero at the beginning of each quarter (i.e. January, April, July and October). Refusal of details/overtime when an officer has indicated a willingness to accept extra work will be added to the total hours credited to the officer.

Upon refusing a detail assignment, an Officer becomes ineligible for any other detail assignment on that same date. Refusals will not be charged when they are the result of the performance of some other mandated police duty, (i.e. court, deposition, overtime, etc.) The Administrative Officer will prepare the availability list by arranging the names of those officers indicating a willingness to accept extra details/overtime by hours worked in ascending order.

The officers lowest in hours worked will be first and the officers highest, last. Officers will then be assigned the available details/overtime with the Administrative Officer taking into consideration the individual work schedules and the hours of the details/overtime requested. Details will be assigned in the order they were received except in cases where a particular assignment is deemed a safety priority.

An officer who fails to submit a notice of availability for extra paid details or overtime by noontime, Thursday of the preceding week, may submit the belated notice of availability and have their name placed at the bottom of the availability list, irrespective of total hours worked.

Officers assigned to details are to document their actual arrival time at the detail site, then calculate the total hours worked based on actual hours worked, not the time that may be pre-posted on the detail slip. If the pre-posted time is inaccurate, the officer is to change the time to reflect the actual arrival time.

All Natick officers working details within the Town of Natick must contact Natick Control via radio at the beginning of the detail and report their location and, if necessary, report road closures or limitations. Officer will also notify Natick Control whenever they change their location substantially, leave the detail location for lunch, and at the conclusion of their detail assignment.

Dispatchers notified as required above will add the officer to **the IMC CAD system according to IMC Procedures**, amending the entry as indicated by the officer on detail.

*Continued on next page*

Extra Paid Detail/Overtime Policy   March 15, 2006
GO 2003-01 (Revised)  2  Chief Dennis R. Mannix

170

General Order        NATICK POLICE DEPARTMENT        March 15, 2006

## Extra Paid Detail/Overtime Policy (Continued)

**Procedures**    All officers working extra paid details will make sure that their detail slip is filled out completely by the vendor. This includes the time ended and the total hours

This information is to be filled in by the vendor and must appear on the vendor's copy as well as the officer's copy. It is the responsibility of the officer working the detail to make sure that this is done correctly. Detail slips that are not completely filled out will be returned to the officer until they are corrected by the vendor.

All overtime work performed except for court appearances or a continuance of work beyond your eight hour shift due to reports, etc., which must be submitted by an officer, will be recorded in the daily Overtime Availability logbook. This includes officers from all divisions. If an officer's name does not already appear in the Overtime Availability logbook, it will be written in along with the total hours worked.

The permanent record of details/overtime worked will be maintained by the Administrative Officer and may be inspected by appointment during normal business hours.

Officers who are unable to work an assigned detail/overtime will notify the Administrative Officer. If the Administrative Officer is unavailable, it will be the officers' responsibility to ensure that the Shift Commander is notified. The Shift Commander will then fill the detail/overtime from the availability list.

Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will be disciplined and/or suspended from details/overtime. Any officer who performs a paying detail/overtime not officially assigned by either the Administrative Officer or his designee and recorded and reported as outlined in this order will not be protected by the provisions of M.G.L. c.41, s. 100, as amended.

Notwithstanding the procedures outlined in this order the Chief of Police may deviate from the guidelines set forth herein in circumstances determined to be in the interest of public safety or to ensure fair and equitable distribution of details

**Issuing Authority**    Dennis R. Mannix
Chief of Police



# Domestic Violence Law Enforcement Guidelines 2002
(REVISED)



Jane Swift
Governor

James P. Jajuga
Secretary of Public Safety

Attach. A – Item 47

172