**CONFIDENTIAL**

Natick Police Department

Current Draft – 7/26/2001

**REDACTED**

Background Investigation

Confidential

Personal Data

*Brian Bosselman*



DOB. 

Marital Status

*single*

Record of Employment

*Current Employment*

Wellesley Police Department

Sgt. Peter Nahass, supervisor

   The candidate is currently employed as a dispatcher at the Wellesley Police Department on the day shift. On 7/5/2001 in interviewed Sgt. Peter Nahass at his office. The sergeant is in charge of the dispatch center.

   Sgt. Nahass told me that the candidate excellent employee. He never been IOD, nor abused his sick days. He has worked there since April of 1999. He is neat and well dressed.

   He told me that the candidate's strong points are his ability to take direction and to get along with others. He is a well-liked employee always ready to cover for others or work through. Of the eleven dispatchers, Sgt. Nahass would rank him in the top three. The candidate is used as an FTO for new dispatchers. He

**ATTACHMENT B**

CONFIDENTIAL
REDACTED

would recommend him as a police officer and would definitely consider him a re-hire.

The candidate's only weak area according to Nahass is assertiveness. He would like to see Bosselman speak up more, to contribute ideas. Sgt. Nahass photocopied the candidate's evaluation forms and training certificates.

I examined Bosselman's evaluations for 1999 and 2000. He was rated 5 out of 6 in eleven of seventeen categories in 1999. He improved in four categories to a 5 out of 6 rating in fifteen categories. The candidate received comments such as "outstanding employee, outstanding attitude", "does what asked to do without hesitation" and "very positive and outgoing".

## Previous Employment

1. John Poutas



Restaurant and variety store owner

Brian Bosselman worked for John Poutas from 1993 to 1999. He first worked at Poutas variety store for five years. When Mr. Poutas bought the restaurant next door, he went to work there with a 50% raise.

I spoke with Mr. John Poutas by phone on 7/5/2001. He told me the candidate ran the variety store for him. He supervised up to three other employees. Bossleman was also responsible for handling the money. There would sometimes be up to $2500 I lottery money alone.

Poutas was pleased with the candidate's work. Bosselman never lost time and was very people oriented, which is essential in a neighborhood store. He was good with the public. The candidate's people skills are his strongest asset. Poutas went on to tell me that sometimes people playing the lottery are a little nutty and it takes some skill to handle them.

When Bosselman went to work in the restaurant it was as a bartender. His people skills were tested here also. He handled the bar well. In this connection,

Poutas mentioned that the candidate drinks responsibly and only on a casual basis.

Poutas said the candidate made a positive impact ton the business and customers. In fact people still come in and ask about Brian.

Speaking constructively, Poutas said Bosselman could improve himself by being a little more outgoing in the beginning. He is initially a little laid back.

Overall, Poutas strongly recommends Bosselman for the position of police officer. He, himself would be at ease in the candidate responding to a call at his home. Poutas feels Bosselman is a mature, responsible person that could perform the duties of a police officer. He is still hoping to employ Bosselman part-time again.

2. See Above

3. Natick District Court



Robert Madigan, Chief of Probation

On 7/25/2001, I contacted Robert Madigan of the Natick District Court Probation Department. The candidate had worked as an intern there from 9/06 to 12/96 while he was a student at Framingham State College.

Madigan told me the candidate fulfilled clerical duties among which were filling out pre-trial paperwork and dealing with clients. This position involved confidentiality. Bosselman performed his duties with discretion and in an excellent manner. He knew enough to sit back and observe a situation and not rush to judgement.

The candidate's general work habits were most satisfactory. He was punctual and did not abuse sick days. His appearance was "clean cut".

According to Madigan, Bosselman worked well with his co-workers. He maintained good relations with both the clients and attorneys.

The only constructive criticism Madigan would give for the candidate at that time was to not be afraid to ask questions. The internship is a learning process, and at that age he still had learning to do. When asked, Madigan stated he would definitely re-hire the candidate.

Madigan told me he would have confidence in the candidate to perform the duties of a police officer. He felt comfortable with the idea of him showing up at his own home on a call. Madigan recommended him for the position.

### Education

The candidate is a graduate of Natick High School, class of 1992. He next attended Framingham State College, receiving a B.A cum Laude in 1997 while majoring in sociology. He had a cumulative grade point average of 3.32. The candidate is currently certified as an EMT Basic.

### Military Record

*Not applicable*

### General Reputation

*Personal References*

1. James Billings



On July 3, 2001, I received a reference interview on my voice mail. Mr. Billings is on vacation and responded to my requests on his voice mail by leaving the following information.

Billings told me he has known the candidate for ten years. Ever since college, the candidate has expressed a desire to enter law enforcement.

To illustrate the kind of person Bosselman is, Billings related that the candidate transferred from Northeastern to Framingham State to enable his parents to send him to school. In addition, he worked two jobs while going to

CONFIDENTIAL REDACTED

college to pay as much as he could himself. Billings felt this was a good example of the maturity of the candidate.

Billings stated that the candidate is an honest, hardworking person who presents himself well. For example, while he worked at a convenience store during college, the owner let him cash out and do the night deposits.

In sum, Billings recommends Bosselman as the kind of person he would like to see on the police force. He would feel comfortable if Bossleman was the responding officer to an incident at his home.

2. Gloria Rodriguez



The candidate's second reference is Gloria Rodriquez, the mother of a former dispatcher, Christian Rodriquez. She has known the candidate for twenty-two years or so. He is a good friend of her son. He still lives at home with his siblings. She described his family as stable one with good relations.

Rodriguez said the candidate was a well spoken, clean cut, well presented young man. He has good driving habits and she has never seen him drinking. He does not use drugs to her knowledge. He is sports oriented and socializes with similar types.

His best attribute is his family relations. She does not know any particular area he is deficient that needs improvement.

Rodriguez highly recommends him for a position of police officer. If he responded to a break-in after being appointed, she would feel comfortable with him. She believes he would keep his cool and not be too aggressive in a tense situation.

3. Michael Dank



Michael Dank is a neighbor of the candidate's and has known him for over twenty years as a family friend.

Dank described the candidate as a clean cut well tempered man. He has never been in trouble to his knowledge. He does not know the candidate to drink or use drugs.

Bosselman is well behaved and has never driven in an unsafe manner in the neighborhood.

The candidate worked for years at a convenience sore in Newton. The owner thought so highly for him that he cashed out and made the night deposits. This is an example of the candidate's trustworthiness and responsibility.

Overall, Dank would recommend Bosseman for the job as police officer. He himself would not at all be troubled if the candidate arrived at Dank's house for a call. Dank feels that with proper training, the candidate would perform and behave well.

## Secondary References

Neighborhood Reference

1. Charlotte Swartz

I spoke by phone with Charlotte Swartz on 7/7/2001. She has lived at ▮▮▮▮▮▮▮▮▮▮ for thirty-five years and has known Brian since his birth.

She told me he comes from a good family who are all very helpful to her; shoveling her driveway and mowing her lawn for instance.

Mrs. Swartz told me the candidate is a very straightforward man. He behaves well in the neighborhood and has good driving habits. He presents a good appearance and is a hard worker.

She would recommend him for a position and said he would be a credit to the force. She feels comfortable in the knowledge that Brian could be responding to a call at her house. She bases this on his honesty and good work habits.

## Records Check

The candidate has neither a Board of Probation record nor an NCIC Interstate Identification Index record.

CONFIDENTIAL   REDACTED

Bosselman has an active Massachusetts license type L class D. He has seven incidents on his driving record. Two were surchargeable accidents; Framingham in 1994 and Natick in 1995. There is no narrative for the Natick accident. He has five citations; three speeding tickets in Natick ,1992($50),1993($100) and 1996(W),a no registration /license in possession in Natick in 1991, and a Mass Pike violation in 1991.

