THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>      Plaintiffs, <br><br>      v. <br><br> Town of Natick, et al. <br><br>      Defendants | USDC Case No.:  04-11996 RGS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
"PART 8" OF EXHIBIT 18, INADVERTENTLY OMITTED FROM MATERIALS
FILED BY PLAINTIFFS ON NOVEMBER 20, 2006**

Plaintiffs respectfully move for leave of court to file two (2) pages from the deposition transcript of Chief Mannix that properly belong as Part 8 to Exhibit 18, attached hereto.  The reason for this request is that Plaintiffs inadvertently failed to submit Part 8 of Exhibit 18 during the lengthy process of uploading Plaintiffs' materials in support of its Cross Motion for Summary Judgment on the exemption issue.  Instead, Plaintiffs only filed parts 1 through 7 of Exhibit 18.  Part 8 is comprised of deposition pages 375-376 as referred to in ¶32 of Plaintiffs' Statement of Material Facts filed on November 20, 2006.  Finally, Plaintiffs state that they have conferred with Defendants pertaining to this matter and Defendants do not oppose or object to this request for leave.

**WHEREFORE**, Plaintiffs respectfully request leave of court to file the two deposition pages attached hereto as "Exhibit 18 – Part 8" in support of Plaintiffs' Statement of Material Facts submitted on November 20, 2006.

Respectfully submitted,

For Plaintiffs,

By Plaintiffs' Counsel:

/s/ *Jack J. Canzoneri*
Jack J. Canzoneri, BBO #564126
McDonald, Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, Massachusetts 01772
(508) 485-6600

Dated: November 27, 2006

### RULE 7.1 CERTIFICATION

I, Jack J. Canzoneri, hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and that Defendants' counsel do not object to submission of the foregoing request for leave to file Exhibit 18 – Part 8.

Dated: November 27, 2006        /s/ *Jack J. Canzoneri*
                                Jack J. Canzoneri.

2

## CERTIFICATE OF SERVICE

     I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing Plaintiffs' Motion For Leave To File "Part 8" of Exhibit 18, Inadvertently Omitted From Materials Filed By Plaintiffs On November 20, 2006 upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts 02269.

Dated: November 27, 2006            */s/ Jack J. Canzoneri*
                                              Jack J. Canzoneri