Page 375

```
 1        in favor of the town.
 2   Q.   Do you know whether or not Gordon Chandnell, in
 3        connection with a wage claim, filed a lawsuit in
 4        Natick District Court relating to such wage
 5        claim?
 6   A.   I'm not aware of that.
 7   Q.   Okay.  And with respect to these superior
 8        officers, in the past five years, have they
 9        communicated to you in any format through their
10        leadership a concern that their wage rate was
11        not in accordance with the Fair Labor Standards
12        Act?
13             MS. MURPHY:  Objection.
14   A.   I think there has been some conversation.  I
15        don't know officially or scuttlebutt but you
16        hear a lot of things around the station, but I
17        don't recall any official communications between
18        the superior officers and the town prior to
19        recent months and immediately following some of
20        the settlements that have been agreed to with
21        other police departments in the vicinity.
22   Q.   I wanted to talk about the administrator officer
23        position for a little bit more.  Is there any
24        component of the duties of Leo Fitzpatrick which
```

Page 376

```
 1        requires him to use discretion in decision-
 2        making?
 3   A.   I don't believe so, no.
 4              MR. CANZONERI: Just a second.
 5              (Pause)
 6   Q.   In this lawsuit, the superior officers contend
 7        that they performed 15 or more minutes of
 8        work -- strike that.
 9              In this lawsuit, the superior officers
10        contend that they performed half an hour or more
11        of work every day for which they are not paid at
12        the overtime rate for that work. That's a topic
13        I'm just directing to your attention. There is
14        no question. I do want to ask you questions
15        about work that superior officers do, if any,
16        before and after their shift. With regard to
17        the patrol sergeants, do you have a general
18        understanding that they work at least a half an
19        hour combined total in their shift combination
20        of what they do before their shift and after
21        their shift?
22   A.   I think there is an agreement in the Collective
23        Bargaining Agreement that if required, they will
24        remain after the end of their shift for a
```