THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Robert F. Murphy, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al. and,

Brian C. Grassey, Lead Plaintiff for
Superior Officer Plaintiffs, et al.,

    Plaintiffs,

    v.                        USDC Case No.: 04-11996 RGS

Town of Natick, et al.

    Defendants

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME FOR FILING FURTHER RESPONSIVE PLEADINGS RELATING TO THE PLAINTIFFS CROSS MOTION FOR SUMMARY JUDGMENT BY FOUR BUSINESS DAYS**

Defendants respectfully move for enlargement of time for filing "further responsive pleadings," in this case, their Opposition to Plaintiffs' Cross Motion for Summary Judgment, by four business days, from Friday, December 1, 2006 until Thursday, December 7, 2006. Plaintiffs have indicated that they do not object to this request.

There is good cause to grant this motion because (1): the two week time period initially provided to file these responsive pleadings has been extremely compressed due to the extension granted the Plaintiffs to file their Oppositions and Cross Motion, as well as the intervening holiday; and (2) the extensive amount of material filed by Plaintiffs in their Cross Motion, which involves approximately 20 new affidavits to which Defendants will have to respond.

WHEREFORE, Defendants respectfully move enlargement of time for filing "further responsive pleadings," by four business days, from Friday, December 1, 2006 until Thursday, December 7, 2006.

        Respectfully submitted,

        Defendants TOWN OF NATICK, NATICK
        POLICE DEPARTMENT, and
        DENNIS R. MANNIX, CHIEF OF POLICE

        By their attorneys,


        */s/ Karis L. North*
        John P. Flynn, BBO# 172640
        Geoffrey B. McCullough, BBO# 558207
        Kathryn M. Murphy, BBO#564789
        Karis L. North, BBO # 648998
        MURPHY, HESSE, TOOMEY &
        LEHANE, LLP
        300 Crown Colony Drive, Suite 410
        Quincy, MA 02169
        (617) 479-5000

Dated: November 28, 2006

## RULE 7.1 CERTIFICATION

    I, Karis L. North, hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and that Defendants' counsel does not object to submission of the foregoing request.

Dated: November 28, 2006        */s/ Karis L. North*
                                             Karis L. North

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on November 28, 2006

                                                      */s/ Karis L. North*
                                                      Karis L. North