*Massachusetts Department of Revenue, Division of Local Services*     Page 1
*http://www.dls.state.ma.us/mdmstuf/aag/aag198.doc*

# At A Glance Report for Natick

## Socioeconomic

| | |
|---|---|
| County | Middlesex |
| School Structure | K-12 |
| Form of Government | Town Administrator<br>Selectmen<br>Representative Town Meeting |
| **2005 Population** | 31,943 |
| **2006 Labor Force** | 18,568 |
| **2006 Unemployment Rate** | 3.9 |
| **1999 Per Capita Income** | 36,358 |
| **2000 Population Per Square Mile** | 2,132.9 |
| **2000 Housing Units Per Square Mile** | 886.3 |
| **2004 Road Miles** | 117.25 |
| **EQV Per Capita (2006 EQV/2005 Population)** | 204,190 |
| **Number of Registered Vehicles (January 2005)** | 32,933 |
| **Average Age of Vehicles (January 2005)** | 7.6 |
| **2004 Number of Registered Voters** | 20,669 |

## Revaluation

| Most Recent | 2004 |
|---|---|
| Next Scheduled | 2007 |

## Bond Ratings

| | |
|---|---|
| **Moody's Bond Rating as of June 2006*** | Aa2 |
| **S & P Bond Rating as of June 2006*** | AA+ |

*Blank indicates the community has not been rated by the bond agency.

## Fiscal Year 2007 Estimated Cherry Sheet Aid

| | |
|---|---|
| **Education Aid** | 5,230,308 |
| **General Government** | 5,243,065 |
| **Total Receipts** | **10,473,373** |
| **Total Assessments** | 1,639,732 |
| **Net State Aid** | **8,833,641** |

*Last Page Update 11/16/2006*

*Massachusetts Department of Revenue, Division of Local Services*     Page 2
*http://www.dls.state.ma.us/mdmstuf/aag/aag198.doc*

## At A Glance Report for Natick

### Fiscal Year 2006 Tax Classification

| Tax Classification | Assessed Values | Tax Levy | Tax Rate |
|---|---|---|---|
| Residential | 4,821,642,700 | 48,312,860 | 10.02 |
| Open Space | 0 | 0 | 0.00 |
| Commercial | 1,142,698,200 | 11,449,836 | 10.02 |
| Industrial | 60,070,700 | 601,908 | 10.02 |
| Personal Property | 80,305,210 | 804,658 | 10.02 |
| Total | 6,104,716,810 | 61,169,262 | |

### Fiscal Year 2006 Revenues by Source

| Revenue Source | | Percent of Total |
|---|---|---|
| Tax Levy | 61,169,262 | 60.7 |
| State Aid | 11,023,234 | 10.9 |
| Local Receipts | 23,051,777 | 22.9 |
| Other Available | 5,541,614 | 5.5 |
| Total | 100,785,887 | |

### Fiscal Year 2006 Proposition 2½ Levy Capacity

| | |
|---|---|
| New Growth | 651,186 |
| Override | 0 |
| Debt Exclusion | 1,540,676 |
| Levy Limit | 61,216,796 |
| Excess Capacity | **47,534** |
| Ceiling | 152,617,920 |
| Override Capacity | **92,941,800** |

### Other Available Funds

| 7/1/2006 Free Cash | FY2005 Stabilization Fund | FY2006 Overlay Reserve |
|---|---|---|
| 4,387,917 | 4,292,835 | 1,049,572 |

*Last Page Update 11/16/2006*

*Massachusetts Department of Revenue, Division of Local Services*                                   Page 3
*http://www.dls.state.ma.us/mdmstuf/aag/aag198.doc*

## At A Glance Report for Natick

### Fiscal Year 2006 Average Single Family Tax Bill**

| | |
|---|---|
| **Number of Single Family Parcels** | 8,421 |
| **Assessed Value of Single Family** | 455,038 |
| **Average Single Family Tax Bill** | 4,559 |

### State Average Single Family Tax Bill

| | |
|---|---|
| **Fiscal Year 2004** | 3,412 |
| **Fiscal Year 2005** | 3,588 |
| **Fiscal Year 2006** | 3,799 |

***Natick issues property tax bills quarterly.***

**For the thirteen communities granting residential exemptions, DLS does not collect enough information to calculate an average single-family tax bill. Those communities are Barnstable, Boston, Brookline, Cambridge, Chelsea, Everett, Marlborough, Nantucket, Somerville, Somerset, Tisbury, Waltham and Watertown. Therefore, the average single-family tax bill information in this report will be blank.

### Fiscal Year 2006 Schedule A – Actual Revenues and Expenditures

| | General Fund | Special Revenue | Capital Projects | Enterprise Funds | Trust Revenue | Total All Funds |
|---|---|---|---|---|---|---|
| **Revenues** | 83,865,464 | 8,656,407 | 12,098,599 | 12,870,407 | 4,884,588 | 122,375,465 |
| **Expenditures** | 90,943,398 | 7,388,933 | 3,920,128 | 6,041,280 | 2,180,917 | 110,474,656 |
| Police | 4,924,278 | 0 | 0 | 0 | 0 | 4,924,278 |
| Fire | 5,732,970 | 0 | 0 | 0 | 0 | 5,732,970 |
| Education | 36,915,358 | 5,916,804 | 26,523 | 0 | 0 | 42,858,685 |
| Public Works | 5,974,270 | 7,838 | 1,914,648 | 5,101,883 | 0 | 12,998,639 |
| Debt Service | 7,547,438 | 0 | 0 | 0 | 0 | 7,547,438 |
| Health Ins | 8,795,455 | 0 | 0 | 0 | 0 | 8,795,455 |
| Pension | 4,757,724 | 0 | 0 | 0 | 0 | 4,757,724 |
| All Other | 16,295,905 | 1,464,291 | 1,978,957 | 939,397 | 2,180,917 | 43,960,084 |

### Total Revenues and Expenditures Per Capita

| | General Fund | Special Revenue | Capital Projects | Enterprise Funds | Trust Revenue | Total All Funds |
|---|---|---|---|---|---|---|
| **Revenues** | 2,625.5 | 271.0 | 378.8 | 402.9 | 152.9 | 3,831.1 |
| **Expenditures** | 2,847.1 | 231.3 | 122.7 | 68.3 | 68.3 | 3,458.5 |

If you have questions regarding the data contained in this report, please contact the Municipal Databank/Local Aid Section at (617) 626-2384 or databank@dor.state.ma.us.

*Last Page Update 11/16/2006*