C.S. 1-ER  **Commonwealth of Massachusetts Department of Revenue**  **FY2006**
**NOTICE TO ASSESSORS OF ESTIMATED RECEIPTS**
General Laws, Chapter 58, Section 25A

# NATICK

http://www.dls.state.ma.us/cherry/06/csr06198.doc

## A. EDUCATION:

**Distributions and Reimbursements:**

| | | |
|---|---|---:|
| 1. | Chapter 70 | 4,176,646 |
| 2. | School Transportation *Chs. 71, 71A, 71B and 74* | 0 |
| 3. | Retired Teachers' Pensions *Ch. 32, s. 20 (2) (c)* | 0 |
| 4. | Charter Tuition Assessment Reimbursement *Ch. 71, s. 89* | 364,320 |
| 5. | Charter School Capital Facility Reimbursement *2004, Ch. 352, s. 31* | 45,040 |

**Offset Items – Reserve for Direct Expenditure:**

| | | |
|---|---|---:|
| 6. | Racial Equality *Chs. 76, s. 12A, 71, ss. 37 I,J, 15, s. 1I* | 296,865 |
| 7. | School Lunch *1970, Ch. 871* | 18,120 |
| 8. | School Choice Receiving Tuition *Ch. 76, s. 12B, 1993, Ch. 71* | 0 |
| | **Sub-Total, All Education Items** | **4,900,991** |

## B. GENERAL GOVERNMENT:

**Distributions and Reimbursements:**

| | | |
|---|---|---:|
| 1. | Lottery, Beano & Charity Games | 2,336,643 |
| 2. | Additional Assistance | 1,942,474 |
| 3. | Local Share of Racing Taxes *1981, Ch. 558* | 0 |
| 4. | Regional Public Libraries *Ch. 78, s. 19C* | 0 |
| 5. | Police Career Incentive *Ch. 41, s. 108L* | 203,798 |
| 6. | Urban Renewal Projects *Ch. 121, ss. 53-57* | 0 |
| 7. | Veterans' Benefits *Ch. 115, s. 6* | 50,456 |
| 8. | Exemptions: Vets, Blind & Surviving Spouse *Ch. 58, s. 8A; Ch. 59 s. 5* | 40,605 |
| 9. | Exemptions: Elderly *Ch. 59, s. 5, Cl. 41, 41B, 41C* | 26,606 |
| 10. | State Owned Land *Ch. 58, ss. 13-17* | 106,225 |

**Offset Item - Reserve for Direct Expenditure:**

| | | |
|---|---|---:|
| 11. | Public Libraries *Ch. 78, s. 19A* | 45,729 |
| | **Sub-Total, All General Government** | **4,752,536** |

## C. TOTAL ESTIMATED RECEIPTS, FISCAL 2006      9,653,527

*Released June 30, 2005*