# Municipal Stability Analysis
## Town of Natick

| Recurring Revenue Components | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY06 Estimated | Average % Chg FY01 - FY06 |
|---|---|---|---|---|---|---|---|
| Property Tax Levy (less exclusions) | | | | | | | |
| Base (Actual) | 48,478,077 | 50,637,260 | 52,757,351 | 54,849,915 | 56,959,098 | 59,294,421 | |
| New Growth | 935,705 | 825,252 | 742,483 | 756,915 | 578,202 | 601,908 | |
| Total Levy | 49,413,782 | 51,462,512 | 53,499,834 | 55,606,830 | 57,537,300 | 59,896,329 | 4.2% |
| State Aid (less SBA & Offsets) | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY06 Estimated | |
| Chapter 70 | 4,434,264 | 4,931,682 | 4,931,682 | 3,945,346 | 3,945,346 | 4,176,646 | |
| Other Education Aid | 0 | 0 | 0 | 0 | 317,882 | 459,101 | |
| Total Education | 4,434,264 | 4,931,682 | 4,931,682 | 3,945,346 | 4,263,228 | 4,635,747 | 0.9% |
| Additional Assistance | 2,444,348 | 2,444,348 | 2,285,263 | 1,942,474 | 1,942,474 | 1,942,474 | |
| Lottery | 2,300,908 | 2,435,049 | 2,435,049 | 2,069,792 | 2,069,792 | 2,336,643 | |
| Other General Government Aid | 733,753 | 592,206 | 544,184 | 402,954 | 399,604 | 428,167 | |
| Total General Government | 5,479,009 | 5,471,603 | 5,264,496 | 4,415,220 | 4,411,870 | 4,707,284 | -2.8% |
| Budgeted Local Receipts | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY06 Estimated | |
| Motor Vehicle Excise | 3,065,300 | 3,500,000 | 3,600,000 | 3,748,000 | 4,100,000 | 4,202,500 | |
| Other Excise | 600,000 | 600,000 | 550,000 | 652,000 | 612,421 | 627,732 | |
| Penalties & Interest | 368,000 | 300,000 | 300,000 | 300,000 | 400,000 | 410,000 | |
| Payments in Lieu of Taxes | 110,000 | 12,000 | 12,000 | 12,000 | 35,846 | 36,742 | |
| Fines and Forfeits | 375,000 | 375,000 | 375,000 | 375,000 | 325,000 | 333,125 | |
| Investment Income | 1,000,000 | 1,000,000 | 700,000 | 600,000 | 600,000 | 615,000 | |
| Miscellaneous Recurring | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Local Receipts | 5,518,300 | 5,787,000 | 5,537,000 | 5,687,000 | 6,073,267 | 6,225,099 | 2.6% |
| Total Revenues | 64,845,355 | 67,652,797 | 69,233,012 | 69,654,396 | 72,285,665 | 75,464,459 | |
| Revenue Growth | | 2,807,443 | 1,580,215 | 421,384 | 2,631,269 | | 3.3% |

Enter FY06 Projections

|  | FY2001 | FY2002 | FY2003 | FY2004 | Projected FY2005 | FY06 Estimated |
|---|---|---|---|---|---|---|
| **Revenue Growth %** |  | 4.3% | 2.3% | 0.6% | 3.8% | 4.4% |
| **Employee Benefit Costs** |  |  |  |  |  |  |
| Health Insurance Costs | 4,710,338 | 5,411,464 | 6,394,649 | 7,039,801 | 8,046,493 | 9,197,141 |
| Pension Costs | 3,844,037 | 4,262,872 | 4,371,840 | 3,896,861 | 3,916,345 | 3,935,927 |
| **Funds Available for Municipal Stability** | 56,290,980 | 57,978,461 | 58,466,523 | 58,717,734 | 60,322,827 | 62,331,391 |
| Percent Change |  | 3.0% | 0.8% | 0.4% | 2.7% | 3.3% |

3,178,794    19.1%    0.5%    Re-Calculate

**Municipal Stability Factor →** 2.1%

Case 1:04-cv-11996-RGS    Document 59-8    Filed 12/07/2006    Page 2 of 2