Page 375

1  in favor of the town.
2  Q. Do you know whether or not Gordon Chandnell, in
3     connection with a wage claim, filed a lawsuit in
4     Natick District Court relating to such wage
5     claim?
6  A. I'm not aware of that.
7  Q. Okay. And with respect to these superior
8     officers, in the past five years, have they
9     communicated to you in any format through their
10    leadership a concern that their wage rate was
11    not in accordance with the Fair Labor Standards
12    Act?
13        MS. MURPHY: Objection.
14 A. I think there has been some conversation. I
15    don't know officially or scuttlebutt but you
16    hear a lot of things around the station, but I
17    don't recall any official communications between
18    the superior officers and the town prior to
19    recent months and immediately following some of
20    the settlements that have been agreed to with
21    other police departments in the vicinity.
22 Q. I wanted to talk about the administrator officer
23    position for a little bit more. Is there any
24    component of the duties of Leo Fitzpatrick which

Page 376

1     requires him to use discretion in decision-
2     making?
3  A. I don't believe so, no.
4        MR. CANZONERI: Just a second.
5        (Pause)
6  Q. In this lawsuit, the superior officers contend
7     that they performed 15 or more minutes of
8     work -- strike that.
9        In this lawsuit, the superior officers
10    contend that they performed half an hour or more
11    of work every day for which they are not paid at
12    the overtime rate for that work. That's a topic
13    I'm just directing to your attention. There is
14    no question. I do want to ask you questions
15    about work that superior officers do, if any,
16    before and after their shift. With regard to
17    the patrol sergeants, do you have a general
18    understanding that they work at least a half an
19    hour combined total in their shift combination
20    of what they do before their shift and after
21    their shift?
22 A. I think there is an agreement in the Collective
23    Bargaining Agreement that if required, they will
24    remain after the end of their shift for a

Page 377

1     reasonable amount of time to complete the shift
2     activity and review calls for service to ensure
3     that everything is correct in the log and that
4     they should arrive at a reasonable amount of
5     time prior to their shift to review the prior
6     activity and to pass on that information to the
7     patrol officers.
8  Q. And they are required to do that as a condition
9     of their job; is that correct?
10 A. It's part of their responsibilities.
11 Q. Except for -- strike that. In Exhibit 1, in the
12    first paragraph, I've highlighted these names:
13    Vieira, Hoffman, and Rossi-Cafarelli.
14 A. Right.
15 Q. Taking into account those three people, plus
16    everybody in this paragraph of superior
17    officers, is there any individual that you can
18    identify for me that you know, based upon your
19    own personal knowledge, does not work at least
20    half an hour approximately every day that they
21    work in addition to their regular shift?
22       MS. MURPHY: Sorry, Jack. Are you
23    referring to the patrol officers, too, or just
24    the superior officers?

Page 378

1        MR. CANZONERI: Just the three patrol
2     officers that have since been promoted to
3     sergeant and with respect to them, Vieira,
4     Hoffman, and Rossi-Cafarelli. I'm talking about
5     only during the time that they've been sergeant.
6        MS. MURPHY: Okay.
7  BY MR. CANZONERI:
8  Q. With respect to Exhibit 1, the individuals that
9     I would like to refer to your attention for this
10    question are all of the individuals stated in
11    this second paragraph relating to superior
12    officer plaintiffs. In addition, there are
13    three people in the paragraph above, Vieira,
14    Hoffman, and Rossi-Cafarelli. And I'm referring
15    to them because they've been promoted to
16    sergeant and my question relates to the time
17    that they've been sergeant. That's the class of
18    employees.
19       With respect to those individuals, do
20    you have any specific knowledge, based upon
21    personal knowledge, that any of them does not
22    work at least a half an hour in addition to
23    their regular shift hours when they work?
24 A. I don't know that any of them work a half hour

Page 379

1  in addition every day. I will tell you that of
2  this list, Alfred Grassey did not. Peter Mason
3  does not. Robert Davis did not.
4  Q. I'm sorry. Mason, Davis, who else?
5  A. Alfred Grassey, retired. Nicholas Mabardy does
6  not. Steven Pagliarulo does not. And Alfred
7  Morgan did not. Brian Lauzon does not. The
8  amount of time that each of them spends you
9  characterize as a half an hour per day.
10 Q. At least a half an hour or more per day is what
11 my question is.
12 A. I don't believe that that's required of them. I
13 think they have agreed to spend a reasonable
14 amount of time prior to and following their
15 shift to complete shift activities, but it's not
16 always required or necessary.
17 Q. So with respect to the individuals on that list,
18 did you understand my question is, do you have
19 any knowledge, based upon your personal
20 observations, as to whether any of those
21 individuals routinely, when they are working,
22 work less than an additional half an hour per
23 shift?
24 A. All of those individuals I just identified do

Page 380

1  not.
2  Q. Work an additional half hour?
3  A. Right.
4  Q. And do you mean they work less than a half an
5  hour or do you mean they could work more?
6  A. They work their regular shift, 8:00 to 4:00,
7  4:00 to 12:00 midnight. Usually 8:00 to 4:00.
8  Q. And with respect to --
9  A. You can add Sergeant Leo Fitzpatrick to that as
10 well. To make it clear, only those supervisors
11 that are assigned to patrol are required to
12 spend a reasonable amount of time in preparation
13 for the next shift and it's my belief that only
14 one of those, the station supervisor, may come
15 in early to review the logs. My experience, at
16 roll calls, has been that an officer was
17 reviewing the supervisor, was reviewing the
18 patrol log on the computer as roll call was
19 being conducted, indicating to me that it hadn't
20 been done prior to the shift. So I can't tell
21 you that they spent -- I don't believe that they
22 spend a half hour or that they are required to
23 spend a half hour total per day. I can say that
24 they would not be compensated if they spent 15

Page 381

1  minutes before or 15 minutes after, that that
2  was included in their supervisory compensation.
3  That was the reason for their supervisory
4  compensation or one of the reasons.
5  Q. Okay. I think I understood a good share of what
6  you said, but I have a couple of things I need
7  to clarify. I'm not asking whether these
8  individuals are required to work at least a
9  reasonable time or a half an hour more than
10 their regular shift hours. That has no bearing
11 on my question, just so you know. It has to do
12 with whether, in fact, they are required or not,
13 whether, in fact, they do work at least a half
14 an hour or more generally per shift that they
15 work. And do I understand correctly that with
16 respect to the individuals you identified, who
17 are people other than patrol sergeants, that you
18 believe that they work less than a half an hour
19 and, in fact, that they work only their regular
20 shift hours?
21 A. That's correct.
22 Q. And with respect to -- I don't need to ask about
23 Sergeant Fitzpatrick.
24 A. Can I clarify that answer?

Page 382

1  Q. Yes.
2  A. There are people that for one reason or another,
3  I don't know what they are doing, they may stay
4  late or some people spend a considerable amount
5  of time later. Lieutenant Mason may spend a
6  considerable amount of time beyond his shift but
7  he's doing it on his own. Very often he's
8  compensated for that if it goes beyond a certain
9  period of time, but I don't think that's part of
10 the contractual -- I don't think they are doing
11 that in accordance with the contractual
12 language. I think they are doing that just as
13 their function to their dedication to duty.
14 Q. I'm not asking you either -- just so you know in
15 my question, we'll just stay on it until we get
16 it figured out. I'm not asking you either
17 whether they are doing it because if it's a
18 contractual duty for the supervisors' portion of
19 the contract or whether they are required. I'm
20 just trying to find out whether they work, in
21 fact, for the benefit of the department, even if
22 they are not required by the department, at
23 least a half an hour routinely, at least every
24 shift; and has your answer to that changed if I

Page 383

1  make that clarification or do you still state
2  that the individuals you mentioned do not work
3  at least a half an hour per shift generally?
4      MS. MURPHY: Objection.
5  A. That would change my answer.
6  Q. So I'll ask the question again and then you can
7     answer it.
8  A. Okay.
9      MR. CANZONERI: Just one second.
10     (Pause)
11 BY MR. CANZONERI:
12 Q. Okay. With respect to the same grouping of
13    people, the sergeants that are in the first
14    paragraph, Vieira, Hoffman, and Rossi-Cafarelli
15    and all of the superior officers that are listed
16    in that second paragraph at the top of the
17    complaint, Exhibit 1, that are superior
18    officers, based upon your own personal
19    knowledge, are there any individuals in that
20    listing I've just given you who you know do not
21    work at least approximately an additional 30
22    minutes per shift above and beyond the regular
23    shift hours?
24     MS. MURPHY: Objection.

Page 384

1  Q. If you would like the question read back —
2  A. No. I understand it. To answer your question,
3     I'm required to make a calculation of the hours
4     and minutes that they work at least per day and
5     I can't do that because I don't make personal
6     observations of all of them every day. I do
7     know that on occasion and frequently, Lieutenant
8     Mason, Pagliarulo, Mabardy, and perhaps Sergeant
9     Lauzon spend a reasonable amount of time in
10    particular after their shift, not necessarily
11    before their shift, doing whatever they are
12    doing. Whether what they are doing in their
13    office is business or pleasure, I don't know.
14 Q. I'm asking you whether you know whether any of
15    these people do not work at least a half an
16    hour?
17 A. I don't know whether they don't. No. I don't
18    know whether they do either.
19 Q. You don't know either way?
20 A. I don't.
21 Q. And for the patrol sergeants, the same thing
22    holds true?
23 A. Correct.
24 Q. Okay.

Page 385

1      MS. MURPHY: Objection. Were you
2  referring to these patrol officers who are now
3  sergeants? Not patrol officers, right?
4      MR. CANZONERI: Patrol sergeants,
5  correct. Not patrol officers.
6      MS. MURPHY: Okay.
7  Q. Do I understand correctly that there are some
8     details that are secured by one of the agencies
9     of the town, whether it be the school district,
10    the DPW, the elections commission, if there is
11    such an agency, is that correct? Some details?
12 A. Yes, some details requested by those entities,
13    yes.
14 Q. And there are some details that are requested by
15    entities that have no connection for the town?
16    They are private details of NStar, for example?
17 A. That's correct.
18 Q. All details, regardless of whether they are
19    procured by an entity of the town or a private
20    sector entity, they are all paid at the flat
21    detail rate?
22 A. That's correct.
23 Q. Are you aware of any situation when details have
24    been ordered?

Page 386

1  A. Is that the question?
2  Q. Yes. In the past five years.
3  A. I don't order private details. I order
4     overtime.
5  Q. Are there any instances when you order
6     individuals to do work — strike that. So any
7     time somebody is paid at the flat detail rate,
8     it's in a situation where they haven't been
9     ordered to do that work?
10 A. Correct.
11 Q. And if people are working details and they
12    haven't been ordered by a town entity or a
13    private entity regardless to pay a flat detail
14    rate —
15 A. If people are assigned to a detail requested by
16    a town entity?
17 Q. Or a private entity regardless, they are paid?
18 A. They are paid a flat rate.
19     MR. CANZONERI: Just off the record for
20  a second.
21     (Pause)
22 BY MR. CANZONERI:
23 Q. Okay. I have some questions for you, further
24    questions. Do the patrol sergeants that work on

41 (Pages 383 to 386)