THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> Town of Natick, et al. <br><br>    Defendants | USDC Case No.: 04-11996 RGS |

**JOINT MOTION FOR CONTINUANCE OF ORAL ARGUMENTS**

On December 12, 2006 the Court issued a notice of hearing scheduling oral arguments on pending motions for summary judgment for March 8, 2007 at 2:30 p.m. in Boston.  On January 26, 2007, the Court issued a notice rescheduling those oral arguments for February 6, 2007 at 3:00 p.m. in Springfield.  The parties' counsel have conferred and jointly move for a continuance of the hearing for oral arguments recently rescheduled for February 6, 2007.  There is good cause to grant this motion:  Counsel for both parties have already scheduled appointments for that date.  In the case of Plaintiffs' counsel, the conflict on February 6 involves a contract negotiation session which required coordinating the schedule of more than a dozen individuals.  Further, one of Defendants' counsel is scheduled to be out of town on that date.  It would be a highly inconvenient for both counsel to reschedule

these matters.  In addition, the issue on oral arguments relates to pending motions for summary judgment that require extensive preparation.  It would be highly burdensome for both counsel to engage in such preparation on less than two weeks notice (as here) for the February 6 oral arguments.

WHEREFORE, the parties respectfully move that the Court reschedule the oral arguments for a date in March.  Both counsel are available on March 12-13, 19-23.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| For Plaintiffs, | For Plaintiffs, |
| By Plaintiffs' Counsel: | By Defendants' Counsel: |
| | |
| */s/Jack J. Canzoneri* | */s/Karis L. North* |
| Jack J. Canzoneri, BBO #564126 | John P. Flynn, BBO#172640 |
| McDonald Lamond & Canzoneri | Geoffrey B. McCullough, BBO#558207 |
| 153 Cordaville Road, Suite 210 | Kathryn M. Murphy, BBO# 564789 |
| Southborough, Massachusetts 01772 | Karis L. North, BBO # 648998 |
| (508) 485-6600 | Murphy, Hesse, Toomey & Lehane, LLP |
| | 300 Crown Colony Drive, Suite 410 |
| | Quincy, MA 02169 |
| | (617) 479-5000 |
| | |
| Dated:  January 29, 2007 | Dated:  January 29, 2007 |

CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated:  January 29, 2007                                 */s/ Jack J. Canzoneri*
                                                                         Jack J. Canzoneri