# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 1:04-cv-11996

|  |  |
|---|---|
| ROBERT F. MURPHY, III, et al., | ) |
|     Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TOWN OF NATICK, et al., | ) |
|     Defendants. | ) |
|  | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as co-counsel for the defendant, Town of Natick, in the

above-referenced matter.


Respectfully submitted,

/s/ Rebecca L. Andrews

Rebecca L. Andrews, BBO #644846
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, Massachusetts  02108
617-367-2500

Dated:  January 29, 2007

## CERTIFICATE OF SERVICE

I, Rebecca L. Andrews, certify that on January 29, 2007, I served my Notice of

Withdrawal of Appearance on Robert F. Murphy, III et al., Plaintiffs, and the Town of Natick, et

al., Defendants, by mailing a copy thereof, postage prepaid, directed to:

Jack J. Canzoneri, Esq.
McDonald, Lamond & Canzoneri
153 Cordaville Road
Southborough, MA 01772

Geoffrey B. McCullough, Esq.
John P. Flynn, Esq.
Joseph T. Bartulis, Jr., Esq.
Karis L. North, Esq.
Kathryn M. Murphy, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
Two Seaport Lane
Boston, MA 02210

William P. Breen, Jr., Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02109

_____
Rebecca L. Andrews

2