THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>        Plaintiffs, <br><br>        v. <br><br> Town of Natick, et al. <br><br>        Defendants | USDC Case No.:  04-11996 RGS |

**PLAINTIFFS' SUBMISSION OF DOCUMENT PURSUANT TO LEAVE OF COURT ISSUED ON JANURY 16, 2007**

On January 16, 2007 the Court issued the following ORDER:

> Judge Richard G. Stearns : Electronic ORDER entered granting [57] Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Zierk, Marsha)

In accordance with such leave Plaintiffs attach the document in question as Attachment A hereto.

Respectfully submitted,

For Plaintiffs,

By their attorney,

|  |  |
|---|---|
|  | */s/ Jack J. Canzoneri* |
|  | Jack J. Canzoneri, BBO #564126 |
|  | McDonald Lamond & Canzoneri |
|  | Cordaville Office Center |
|  | 153 Cordaville Road, Suite 210 |
|  | Southborough, MA 01772 |
|  | (508) 485-6600 |
| Dated:  February 2, 2007 |  |

CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

|  |  |
|---|---|
| Dated:  February 2, 2007 | */s/ Jack J. Canzoneri* |
|  | Jack J. Canzoneri |