THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>Town of Natick, et al. <br><br>    Defendants | USDC Case No.: 04-11996 RGS |

**PLAINTIFFS' MOTION
TO ADD EIGHT (8)
CONSENTEES AS PLAINTIFFS**

    Plaintiffs, by counsel, hereby move this court to add the following eight (8) recently hired Patrol Officers in the Natick Police Department as Consentees to the above-captioned Fair Labor Standards Act ("FLSA") Complaint: Ryan Hall, Chad Howard, Keren Kelley, Scott Lacerra, Greg Lanoue, Toan Nguyen, Ryan Payne, Sr., Joseph Thurston.  The Consent forms for each of these eight patrol officers is attached to this motion and incorporated herein.

    Pursuant to Section 216(b) of the FLSA, 29 U.S.C. § 216(b), any additional similarly situated employees may join FLSA litigation by filing their consent with the court.  The above-mentioned eight (8) consentees are all Patrol Officer Plaintiffs who were hired by the Town of Natick as patrol officers in the Natick Police Department in (approximately) the last year.  The violations of the

1

FLSA that the eight (8) consentees allege in support of their FLSA claim are identical to the allegations as already set forth by the existing Patrol Officer Plaintiffs in the amended complaint.  The FLSA is clear that any similarly situated employees may participate in FLSA litigation against his or her employer simply by indicating his or her consent.  29 U.S.C. § 216(b).  While it is true that each of the employees could simply file their own litigation, the FLSA consent policy promotes judicial efficiency by having the Court hear similar claims of all the employees who wish to participate at one time, rather than having a series of identical suits proceeding through the court's docket at once.

WHEREFORE Plaintiffs respectfully move that Ryan Hall, Chad Howard, Keren Kelley, Scott Lacerra, Greg Lanoue, Toan Nguyen, Ryan Payne, Sr., Joseph Thurston, the eight (8) individuals whose consent forms are attached hereto and incorporated herein, be added to the above-captioned lawsuit as Patrol Officer Plaintiffs.

Respectfully submitted,

For Plaintiffs,

By Plaintiffs' Counsel:

/s/ Jack J. Canzoneri
Jack J. Canzoneri, BBO #564126
McDonald, Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, Massachusetts 01772
(508) 485-6600

Dated:  April 25, 2007

2

## RULE 7.1 CERTIFICATION

I, Jack J. Canzoneri, hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and that counsel were unable to reach agreement; Defendants' counsel oppose the motion.

Dated:  April 25, 2007            /s/ Jack J. Canzoneri
                                  Jack J. Canzoneri


## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing Plaintiffs' Motion For Leave To File "Part 8" of Exhibit 18, Inadvertently Omitted From Materials Filed By Plaintiffs On November 20, 2006 upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated:  April 25, 2007            /s/ Jack J. Canzoneri
                                  Jack J. Canzoneri