THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.,<br><br>          Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police,<br><br>          Defendants | Docket No.: 04-11996RGS |

## AFFIDAVIT OF DENNIS R. MANNIX

I, Dennis R. Mannix, state the following facts based on my personal knowledge:

1. I am currently the Chief of Police of the Natick Police Department, and have been in that position since I was appointed by the Town Selectmen in May, 1989.

2. As Chief of Police, I am in charge of the Natick Police Department ("Department"), its budget, and all of its personnel.

3. I retain copies of all personnel records, which includes the hiring date of every Officer in the Natick Police Department.

4. The Officers listed below were hired on the following dates:

    a. Keven Kelley, October 18, 2004;

    b.  Greg Lanoue, October 18, 2004;

    c.  Ryan Hall, October 11, 2005;

    d.  Chad Howard, October 11, 2005;

    e.  Scott Lacera, October 11, 2005

    f.  Joseph Thurston, April 26, 2006;

    g.  Toan Nguyen, August 28, 2006;

    h.  Ryan Payne, August 28, 2006.

Signed under the pains and penalties of perjury, this 7th day of May, 2007.

*Dennis R. Mannix* (signature)

Dennis R. Mannix
Chief, Natick Police Department

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on May 9, 2007.

/s/ Karis L. North
Karis L. North

3