THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996RGS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. | ) ) ) ) |
| and | ) ) |
| Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Town of Natick, et al. | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT BRIEFING WITH CITATION TO JUNE 2006 AGAWAM MEMORANDUM AND ORDER REGARDING DAMAGES, INCORPORATED HEREIN**

Defendants, Town of Natick, Natick Police Department, and Chief Dennis R. Mannix, respectfully request permission to supplement their Summary Judgment briefing with citation to the Agawam Memorandum and Order Regarding Damages, issued by Judge Ponsor on June 20, 2007.

As reasons therefor, Defendants state that Judge Ponsor's reasoning and holding in his June 20, 2007 Memorandum is relevant to and supportive of the arguments set forth by Defendants in Part I.B.3 and I.B.4 of their Opposition to Plaintiffs' Motion for Summary Judgment, which was filed with this Court on November 20, 2006.

Defendants proposed supplementation would consist of citation to Judge Ponsor's holding, which states "Defendants are entitled to credit the *premium* portions of all contractual overtime payment regardless of when the premiums were paid and when the overtime work occurred." O'Brien v. Agawam, 2007 WL 1765602 at *6 (D. Mass.) (June 20, 2006 Memorandum and Order Regarding Damages) (emphasis in original).  This holding supports Defendants argument that the premium portion of contractual overtime paid should be credited towards any FLSA overtime due on a rolling or at least an annual basis. See Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, Part I.B.4., at pp. 9-12.

WHEREFORE. Defendants respectfully request that the proposed language set forth above, be incorporated into their November 20, 2006 Opposition to Plaintiffs Motion for Summary Judgment.

Respectfully submitted,

Defendants, TOWN OF NATICK,
NATICK POLICE DEPARTMENT, and
DENNIS R. MANNIX, CHIEF OF POLICE

By their attorneys,


/s/ Karis L. North
John P. Flynn, BBO# 172640
Geoffrey B. McCullough, BBO# 558207
Kathryn M. Murphy, BBO#564789
Karis L. North, BBO # 648998
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: July 18, 2007

## RULE 7.1 CERTIFICATION

I, Karis L. North, hereby certify that I have conferred with Plaintiff's counsel and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and opposing counsel does not object to submission of the foregoing.

/s/ Karis L. North
Karis L. North

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on July 18, 2007

/s/ Karis L. North
Karis L. North