THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996-RGS

|  |  |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>           Plaintiffs,<br><br>v.<br><br>Town of Natick, et al.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO ENLARGE TIME TO SUBMIT PROPOSED FORM OF FINAL JUDGMENT

Defendants, Town of Natick, Natick Police Department, and Chief Dennis R. Mannix, respectfully request an enlargement of time of sixty (60) days in which to submit their proposed form of final judgment, as directed by this Court in its September 25, 2007 ruling on the parties' motions for Summary Judgment. This enlargement of time would extend the time to file such proposed form of final judgment from November 9, 2007, until January 9, 2008.

In support of this Motion, the Defendants state as follows:

1. The calculations and data manipulation necessary to complete such calculations are complex and extremely time consuming and involve perhaps 6 years of data, for up to 50 current

and past patrol officers.[1]  In order to complete the calculations in accord with the Court's direction regarding details, and in order to bring the calculations up to date through FY2007, the parties need to collect additional data from the Town of Natick.  After spending the several weeks collecting the additional data required to update the analysis, and beginning to perform the analysis, the Defendants believe that 45 days is insufficient time to complete the analysis in the detailed and thoughtful manner it requires, and to be able to present such analysis in a complete and accurate manner to the Court.

2.      The parties have been meeting to attempt to work out as much agreement on methodologies and processes as possible, and to limit the additional guidance needed from the Court.  This process itself requires additional time.

3.      The matter of the willfulness issue is still unresolved, and the parties are in the process of evaluating their respective positions in accord with the Court's 10/19/07 Order.

4.      The parties hope that a collaborative process may lead to discussions about how to settle this matter.

5.      The parties have had various discussions about the approach to this extension, but have not been able to resolve their differences to agree on the form of a joint motion.  Because the deadline is approaching, counsel for Defendants chose to file the instant motion at this time.

WHEREFORE, the Defendants respectfully request that the time for the parties to file Proposed Forms of Final Judgment be enlarged by 60 days, until January 9, 2008.

---

[1] This includes all patrol office plaintiffs, plus superior office plaintiffs who served as patrol officers during at least the 2-year look back period required under the FLSA, as well as the "new" plaintiffs, added to this litigation earlier this year.

Respectfully submitted,

For Defendants TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX, CHIEF OF POLICE

By their attorneys,


*/s/ Karis L. North*
John P. Flynn, BBO# 172640
Geoffrey B. McCullough, BBO# 558207
Kathryn M. Murphy, BBO#564789
Karis L. North, BBO # 648998
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: October 23, 2007

## RULE 7.1 CERTIFICATION

I, Karis L. North, hereby certify that I have conferred with Plaintiff's counsel and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and the parties continue to differ.

/s/ Karis L. North
Karis L. North

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on October 23, 2007.

/s/ Karis L. North
Karis L. North