THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996-RGS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>Town of Natick, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO ENLARGE TIME TO SUBMIT INTERIM PROPOSED FORM OF FINAL JUDGMENT

Plaintiffs Robert F. Murphy, Brian C. Grassey, et al, and Defendants, Town of Natick, Natick Police Department, and Chief Dennis R. Mannix, respectfully request a further enlargement of time of fourteen (14) days in which to submit their interim proposed forms of final judgment, as directed by this Court in its October 29, 2007 Order. This enlargement of time would extend the time to file such interim proposed forms of final judgment from January 9, 2008, until January 23, 2008.

In support of this Motion, the parties state as follows:

1.  The parties have made significant progress in performing the calculations and data manipulation necessary to complete the interim proposed forms for final judgment. However,

because these calculations are complex and extremely time consuming and involve, at this time, over 6 years of data, for up to 50 current and past patrol officers[1] some additional time is necessary.

    2.    The additional time will be utilized in completing the analysis in the detailed and thoughtful manner it requires, and to be able to present such analysis in a complete and accurate manner to the Court.

    3.    The parties also request that the February 11, 2008 deadline for filing a joint statement regarding a proposed resolution of the willfulness issue be similarly extended by fourteen (14) days, until February 25, 2008. The ability to resolve the willfulness issue is closely related to the parties' respective positions with respect to the interim proposed damages calculations, and they will need the full four (4) weeks to analyze the numbers in order to attempt to reach a compromise.

    WHEREFORE, the parties respectfully request that the time to file their interim proposed forms of final judgment be enlarged by 14 days, until January 23, 2008, and all subsequent deadlines be similarly extended.

---

[1] This includes all patrol office plaintiffs, plus superior office plaintiffs who served as patrol officers during at least the 2-year look back period required under the FLSA, as well as the "new" plaintiffs, added to this litigation earlier this year.

Respectfully submitted,

| | |
|---|---|
| For Plaintiffs,<br>ROBERT F. MURPHY, BRIAN C.<br>GRASSEY, ET AL | For Defendants TOWN OF NATICK,<br>NATICK POLICE DEPARTMENT, and<br>DENNIS R. MANNIX, CHIEF OF POLICE |
| By their attorneys, | By their attorneys, |
| */s/ Jack J. Canzoneri*<br>Jack J. Canzoneri, BBO #564126<br>McDonald Lamond & Canzoneri<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01772<br>(508) 485-6600 | */s/ Karis L. North*<br>John P. Flynn, BBO# 172640<br>Geoffrey B. McCullough, BBO# 558207<br>Kathryn M. Murphy, BBO#564789<br>Karis L. North, BBO # 648998<br>MURPHY, HESSE, TOOMEY &<br>LEHANE, LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>(617) 479-5000 |

Dated: December 18, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on December 18, 2007.

                                        /s/ Karis L. North
                                        Karis L. North