THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996-RGS

|  |  |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. | ) ) ) ) |
| and | ) ) |
| Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Town of Natick, et al. | ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' EMERGENCY MOTION TO ENLARGE TIME
TO SUBMIT PROPOSED FORM OF FINAL JUDGMENT BY TEN (10) DAYS**

Plaintiffs Robert F. Murphy, Brian C. Grassey, et al, respectfully request an enlargement of time by ten (10) business days from Wednesday January 23 to Tuesday February 5, 2008 for the parties to file their proposed interim form of final judgment, as directed by this Court in its September 25, 2007 ruling on the parties' motions for Summary Judgment.  Due to the reasons stated below, Plaintiff's counsel left a message for but was unable to obtain a response from Defendants' counsel as to whether Defendants join, assent, or have other position with respect to this motion, and this is also specified in the Local Rule 7.1 Certification below.

In support of this Motion, Plaintiffs' counsel states the following:

1. Plaintiffs' counsel has nearly completed the submission, but is unable to engage in the final approximate sixteen (16) hours of work necessary to complete and file the submission.

2. Plaintiffs' counsel in the past two days has been confounded in attempting to complete the project due to two unforeseen events:

    A. A friend of Plaintiffs' counsel passed away on Sunday and this eliminated the ability of Plaintiffs' counsel to work, as planned, for the entire day on Monday January 21, 2008 on this submission.

    B. The power to the building of Plaintiffs' counsel office went out on Tuesday January 22, 2008 and when the power was restored there was no access to the file server. The file server contains all of the documents necessary to complete the submission but was inaccessible during this period of approximately four hours.

3. In addition, Plaintiffs' counsel is unable to work on the project from Wednesday January 23 through Tuesday January 29, 2008 due to long term plan to fly out of state to attend an important family event at which attendance by the undersigned Plaintiffs' counsel is required. Upon return from such seven days out of state on Wednesday, January 30, 2008 Plaintiffs' counsel must attend previously scheduled meetings and an agency hearing before the Massachusetts Labor Relations Commission. This will prevent the undersigned Plaintiffs' counsel from dedicating the final approximate sixteen (16) hours of work necessary to file this submission.

4. Because of the foregoing, Plaintiffs' counsel respectfully submits this emergency motion for enlargement of time by ten (10) business days for the parties to submit their proposed interim form of judgment.

5.  The time for the parties to report back on an attempted voluntary resolution of the willfulness issue as well should be extended by a similar period from the current deadline of February 25 to March 7, 2008.

WHEREFORE, Plaintiffs respectfully request that the time for the parties to file Proposed Interim Forms of Final Judgment be enlarged by ten (10) business days until Tuesday February 5, 2008 and the time for the parties to report to the court on the willfulness issue extended to March 7, 2008.For Plaintiffs,

By their attorneys,

*/s/ Jack J. Canzoneri*
Jack J. Canzoneri, BBO #564126
McDonald Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Dated: January 22, 2008

**Local Rule 7.1 Certification**

The undersigned counsel for Plaintiffs certifies under Local Rule 7.1 that he has attempted to confer with Defendants' counsel pertaining to this motion but was unable to ascertain Defendants' response.  In particular, due to the reasons stated above, Plaintiff's counsel left a message for but was unable to obtain a response from Defendants' counsel as to whether Defendants join, assent, or have other position with respect to this motion. Because of the emergency nature of this motion Plaintiffs' counsel felt it necessary to file this motion today, subject to Defendants' counsel responding as it deems appropriate (e.g., join, assent, oppose).

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on January 22, 2008.

                                        /s/ *Jack J. Canzoneri*
                                        Jack J. Canzoneri, Esq.