EXHIBIT A

| | TOTAL OT FROM DETAILS 9/15/02-6/30/07 | TOTAL FLSA OT 9/15/02-6/30/07 | NET DAMAGES (Total OT From Details + Total FLSA OT) | NET DAMAGES EXTRAPOLATED TO 12/31/07   (Net Damages/0.9055) | TOTAL DAMAGES AS OF 12/31/07 (Extrapolated Net Damages x 2) |
|---|---|---|---|---|---|
| **Murphy** | $309.32 | $0.00 | $309.32 | $341.60 | $683.20 |
| **Arena** | $670.08 | $2,954.20 | $3,624.28 | $4,002.51 | $8,005.03 |
| **Blanchard** | $541.18 | $378.77 | $919.95 | $1,015.96 | $2,031.92 |
| **Bosselman** | $0.00 | $1,644.42 | $1,644.42 | $1,816.04 | $3,632.07 |
| **Brogan** | $316.76 | $5,604.14 | $5,920.90 | $6,538.82 | $13,077.64 |
| **Conaway** | $0.00 | $296.68 | $296.68 | $327.64 | $655.28 |
| **Coughlin** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Delehanty** | $507.44 | $0.00 | $507.44 | $560.40 | $1,120.80 |
| **Doherty** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Fitzgerald** | $0.00 | $802.95 | $802.95 | $886.75 | $1,773.50 |
| **Fitzpatrick** | $224.40 | $85.82 | $310.22 | $342.60 | $685.19 |
| **Forde** | $1,540.12 | $3,911.26 | $5,451.38 | $6,020.30 | $12,040.60 |
| **Frissore** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Gaieski** | $0.08 | $98.81 | $98.89 | $109.21 | $218.42 |
| **Geissler** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Graham** | $473.04 | $0.00 | $473.04 | $522.41 | $1,044.82 |
| **Hall** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Halloran** | $654.22 | $810.81 | $1,465.03 | $1,617.92 | $3,235.85 |
| **Harper** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Haswell** | $1,646.70 | $1,695.77 | $3,342.47 | $3,691.30 | $7,382.60 |
| **Hayes** | $1,241.32 | $0.00 | $1,241.32 | $1,370.87 | $2,741.73 |
| **Heffler** | $68.71 | $0.00 | $68.71 | $75.88 | $151.75 |
| **Hoffman** | $1,011.64 | $4,119.50 | $5,131.14 | $5,666.64 | $11,333.27 |
| **Howard** | $51.38 | $1,152.83 | $1,204.21 | $1,329.88 | $2,659.77 |
| **Ingham** | $142.04 | $0.00 | $142.04 | $156.86 | $313.73 |
| **Jennings** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Kelley** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Keohane** | $342.00 | $0.00 | $342.00 | $377.69 | $755.38 |
| **Kerissey** | $1,969.22 | $0.00 | $1,969.22 | $2,174.73 | $4,349.46 |
| **Lacerra** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| **Lanoue** | $360.04 | $1,133.60 | $1,493.64 | $1,649.52 | $3,299.04 |
| **Linton** | $61.18 | $0.00 | $61.18 | $67.56 | $135.13 |
| **McDonnell** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Morrill** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Nguyen** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ordway** | $159.64 | $1,134.65 | $1,294.29 | $1,429.36 | $2,858.73 |
| **Payne** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Peros** | $572.44 | $0.00 | $572.44 | $632.18 | $1,264.35 |
| **Quilty** | $175.50 | $20.46 | $195.96 | $216.41 | $432.82 |
| **Richardson** | $81.92 | $0.00 | $81.92 | $90.47 | $180.94 |
| **Rodriguez** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Rossi-Cafarelli** | $0.00 | $131.67 | $131.67 | $145.41 | $290.82 |
| **Salis** | $283.76 | $6,701.13 | $6,984.89 | $7,713.85 | $15,427.70 |
| **Smith** | $551.54 | $1,125.53 | $1,677.07 | $1,852.09 | $3,704.19 |
| **St. Hilaire** | $172.40 | $588.20 | $760.60 | $839.98 | $1,679.96 |
| **Thurston** | $0.00 | $2,133.85 | $2,133.85 | $2,356.54 | $4,713.09 |
| **Vieira** | $222.06 | $0.00 | $222.06 | $245.23 | $490.47 |
| **Vitale** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **White** | $28.80 | $0.00 | $28.80 | $31.80 | $63.60 |
| | | | | | |
| **TOTALS** | $14,378.92 | $36,525.05 | $50,903.96 | $56,216.41 | $112,432.83 |