THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996RGS

Robert F. Murphy, III, Lead Plaintiff for )
    Patrol Officer Plaintiffs, et al. )

and )

Brian C. Grassey, Lead Plaintiff for )
    Superior Officer Plaintiffs, et al. )

        Plaintiffs, )

v. )

Town of Natick, et al. )

        Defendants. )

## AFFIDAVIT OF KARIS L. NORTH

I, Karis L. North, state the following facts based on my personal knowledge:

1. I am a member of the Massachusetts bar and

2. I am currently employed at Murphy, Hesse, Toomey & Lehane, LLP ("MHTL"), and am one of the attorneys from MHTL who has filed an appearance on behalf of the Defendants in this matter.

3. In that capacity, I have been working with the Defendants and other counsel to prepare Defendants' Interim Proposed Form of Judgment, filed herewith.

4. Exhibits 1-49, filed with and in support of Defendants' Interim Proposed Form of Judgment are true and accurate copies of the records of the analysis performed on behalf of the Defendants' in ascertaining FLSA payments due to eligible Plaintiffs.

5. Exhibits 1-49 are summaries of payroll, leave, detail and work schedule raw data, which was received from the Town. Original copies of that raw data are retained by counsel for Defendants and are not filed herewith.

6. True and accurate copies of the raw data referenced in Paragraph 4 above were served on counsel for Plaintiffs during the discovery process, and later through supplementation of earlier discovery.

Signed under the pains and penalties of perjury, this 5th day of February 2008.

Karis L. North
Murphy, Hesse, Toomey & Lehane

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on February 5, 2008.

/s/ John P. Flynn
John P. Flynn