THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996RGS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. | ) ) ) ) |
| and | ) ) |
| Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al. Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| Town of Natick, et al. Defendants. | ) ) ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Appendix to Defendants' Interim Proposed Form of Judgment (4 Volumes).

The original documents are maintained in the case file in the Clerk's Office.

    Respectfully submitted,
    Defendants, TOWN OF NATICK,
    NATICK POLICE DEPARTMENT, and
    DENNIS R. MANNIX, CHIEF OF POLICE

    By their attorneys,
    /s/ John P. Flynn
    John P. Flynn, BBO# 172640
    Geoffrey B. McCullough, BBO# 558207
    Kathryn M. Murphy, BBO#564789
    Karis L. North, BBO # 648998
    MURPHY, HESSE, TOOMEY & LEHANE, LLP
    300 Crown Colony Drive, Suite 410
    Quincy, MA 02169

Dated: February 5, 2008    (617) 479-5000

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on February 5, 2008.

/s/ John P. Flynn
John P. Flynn

2