| NAME | ST for OT due | Premium for OT | Total Damages | Doubled Liquidated Damages |
|---|---:|---:|---:|---:|
| Arena, Edward J Total | 14,999.64 | 0.00 | 14,999.64 | 29,999.28 |
| Blanchard, Elizabeth M Total | 3,801.57 | 0.00 | 3,801.57 | 7,603.14 |
| Bosselman, Brian A Total | 8,197.92 | 189.58 | 8,387.49 | 16,774.99 |
| Brogan, Daniel R Total | 21,065.75 | 0.00 | 21,065.75 | 42,131.50 |
| Conaway, Brett P Total | 4,546.20 | 3,209.38 | 7,755.58 | 15,511.16 |
| Coughlin, Amy T Total | 1,090.49 | 0.00 | 1,090.49 | 2,180.98 |
| Delehanty, Kevin J Total | 18,906.00 | 0.00 | 18,906.00 | 37,812.00 |
| Doherty Jr, John W Total | 10,523.90 | 0.00 | 10,523.90 | 21,047.80 |
| Fitzgerald, Kenneth J Total | 14,371.07 | 2,445.88 | 16,816.95 | 33,633.91 |
| Fitzpatrick, Leo J Total | 1,024.93 | 387.13 | 1,412.06 | 2,824.12 |
| Forde, Vincent J Total | 14,408.25 | 3,933.81 | 18,342.07 | 36,684.14 |
| Frissore, John C Total | 578.84 | 415.06 | 993.90 | 1,987.80 |
| Gaieski, Anthony M Total | 446.50 | 0.00 | 446.50 | 892.99 |
| Geissler, William A Total | 245.35 | 0.00 | 245.35 | 490.70 |
| Graham, Allan W Total | 5,121.41 | 0.00 | 5,121.41 | 10,242.82 |
| Hall, Ryan T Total | 573.36 | 0.00 | 573.36 | 1,146.73 |
| Halloran, Richard P Total | 4,938.91 | 844.21 | 5,783.11 | 11,566.23 |
| Harper, Howard L Total | 1,996.51 | 0.00 | 1,996.51 | 3,993.02 |
| Haswell, John P Total | 3,811.52 | 542.51 | 4,354.02 | 8,708.05 |
| Hayes, Joseph N Total | 8,290.60 | 1,351.41 | 9,642.01 | 19,284.02 |
| Heffler, Elizabeth R Total | 8,055.04 | 0.00 | 8,055.04 | 16,110.07 |
| Hoffman, Robert A Total | 13,554.00 | 3,904.19 | 17,458.19 | 34,916.39 |
| Howard, Chad M Total | 4,523.37 | 6,269.05 | 10,792.42 | 21,584.84 |
| Ingham, Brian D Total | 12,655.28 | 0.00 | 12,655.28 | 25,310.56 |
| Jennings, Leonard M Total | 1,653.66 | 0.00 | 1,653.66 | 3,307.31 |
| Kelley, Keven P Total | 928.60 | 1,433.19 | 2,361.78 | 4,723.57 |
| Keohane, James F Total | 8,481.89 | 6,690.75 | 15,172.64 | 30,345.29 |
| Kerrissey, Edward F Total | 1,785.56 | 2,812.78 | 4,598.34 | 9,196.68 |
| Lacerra, Scott R Total | 2,708.36 | 3,134.11 | 5,842.46 | 11,684.93 |
| Lanoue, Gregory M Total | 3,725.59 | 4,037.71 | 7,763.30 | 15,526.59 |
| Linton, James M Total | 1,973.22 | 0.00 | 1,973.22 | 3,946.44 |
| McDonnell, Douglas M Total | 2,225.41 | 0.00 | 2,225.41 | 4,450.81 |
| Morrill, Diane Total | 3,832.62 | 0.00 | 3,832.62 | 7,665.24 |
| Murphy, Robert F Total | 3,497.37 | 0.00 | 3,497.37 | 6,994.74 |
| Nguyen, Toan V Total | 1,240.68 | 0.00 | 1,240.68 | 2,481.37 |
| Ordway, James M Total | 5,294.12 | 0.00 | 5,294.12 | 10,588.25 |
| Payne, Ryan E Total | 331.33 | 2,442.74 | 2,774.07 | 5,548.14 |
| Peros, Arthur Total | 8,434.69 | 2,755.67 | 11,190.36 | 22,380.73 |
| Quilty, James P Total | 10,692.15 | 0.00 | 10,692.15 | 21,384.29 |
| Richardson, Ronald D Total | 8,994.05 | 0.00 | 8,994.05 | 17,988.10 |
| Rodriguez, Christian A Total | 5,773.45 | 4,447.97 | 10,221.42 | 20,442.84 |
| Rossi-Cafarelli, Cara Total | 1,098.07 | 0.00 | 1,098.07 | 2,196.14 |
| Salis, S C Total | 24,725.34 | 7,746.33 | 32,471.68 | 64,943.35 |
| Smith, Scott P Total | 5,448.82 | 1,223.04 | 6,671.87 | 13,343.73 |
| St Hilaire, Mark V Total | 2,863.29 | 1,381.67 | 4,244.96 | 8,489.92 |
| Sutherland, Jason D Total | 12,338.34 | 477.40 | 12,815.74 | 25,631.49 |
| Thurston, Joseph J Total | 2,487.47 | 0.00 | 2,487.47 | 4,974.95 |
| Vieira, Richard J Total | 3,522.77 | 2,655.76 | 6,178.53 | 12,357.07 |
| Vitale, Thomas W Total | 3,889.50 | 0.00 | 3,889.50 | 7,779.00 |
| White, Robert J Total | 2,561.25 | 0.00 | 2,561.25 | 5,122.50 |
| | 308,234.03 | 64,731.34 | 372,965.36 | 745,930.72 |