**Patricia Slate's Two Year Statute Of Limitations Summary**

| NAME | ST for OT due | Premium for OT | Total Damages | Doubled Liquidated Damages |
|---|---:|---:|---:|---:|
| Arena, Edward J Total | 12,977.56 | 0.00 | 12,977.56 | 25,955.13 |
| Blanchard, Elizabeth M Total | 3,468.73 | 0.00 | 3,468.73 | 6,937.45 |
| Bosselman, Brian A Total | 7,828.29 | 50.77 | 7,879.06 | 15,758.12 |
| Brogan, Daniel R Total | 18,869.10 | 0.00 | 18,869.10 | 37,738.19 |
| Conaway, Brett P Total | 4,546.20 | 3,209.38 | 7,755.58 | 15,511.16 |
| Coughlin, Amy T Total | 974.28 | 0.00 | 974.28 | 1,948.55 |
| Delehanty, Kevin J Total | 17,814.52 | 0.00 | 17,814.52 | 35,629.04 |
| Doherty Jr, John W Total | 9,100.16 | 0.00 | 9,100.16 | 18,200.32 |
| Fitzgerald, Kenneth J Total | 14,371.07 | 2,445.88 | 16,816.95 | 33,633.91 |
| Fitzpatrick, Leo J Total | 355.94 | 588.19 | 944.13 | 1,888.27 |
| Forde, Vincent J Total | 12,755.69 | 4,054.89 | 16,810.58 | 33,621.16 |
| Frissore, John C Total | 578.84 | 415.06 | 993.90 | 1,987.80 |
| Gaieski, Anthony M Total | 446.50 | 0.00 | 446.50 | 892.99 |
| Geissler, William A Total | 245.35 | 0.00 | 245.35 | 490.70 |
| Graham, Allan W Total | 4,022.84 | 0.00 | 4,022.84 | 8,045.68 |
| Hall, Ryan T Total | 573.36 | 0.00 | 573.36 | 1,146.73 |
| Halloran, Richard P Total | 4,297.53 | 958.50 | 5,256.02 | 10,512.05 |
| Harper, Howard L Total | 1,516.74 | 0.00 | 1,516.74 | 3,033.48 |
| Haswell, John P Total | 3,470.39 | 558.34 | 4,028.73 | 8,057.46 |
| Hayes, Joseph N Total | 6,067.92 | 1,221.81 | 7,289.74 | 14,579.47 |
| Heffler, Elizabeth R Total | 4,618.02 | 0.00 | 4,618.02 | 9,236.03 |
| Hoffman, Robert A Total | 9,805.13 | 4,403.14 | 14,208.27 | 28,416.53 |
| Howard, Chad M Total | 4,523.37 | 6,269.05 | 10,792.42 | 21,584.84 |
| Ingham, Brian D Total | 10,973.78 | 0.00 | 10,973.78 | 21,947.56 |
| Jennings, Leonard M Total | 1,406.48 | 0.00 | 1,406.48 | 2,812.97 |
| Kelley, Keven P Total | 928.60 | 1,433.19 | 2,361.78 | 4,723.57 |
| Keohane, James F Total | 6,990.71 | 6,625.16 | 13,615.87 | 27,231.74 |
| Kerrissey, Edward F Total | 1,063.47 | 2,725.00 | 3,788.47 | 7,576.94 |
| Lacerra, Scott R Total | 2,708.36 | 3,134.11 | 5,842.46 | 11,684.93 |
| Lanoue, Gregory M Total | 3,725.59 | 4,037.71 | 7,763.30 | 15,526.59 |
| Linton, James M Total | 1,694.31 | 0.00 | 1,694.31 | 3,388.62 |
| McDonnell, Douglas M Total | 827.71 | 0.00 | 827.71 | 1,655.43 |
| Morrill, Diane Total | 3,422.84 | 0.00 | 3,422.84 | 6,845.67 |
| Murphy, Robert F Total | 3,241.02 | 0.00 | 3,241.02 | 6,482.05 |
| Nguyen, Toan V Total | 1,240.68 | 0.00 | 1,240.68 | 2,481.37 |
| Ordway, James M Total | 4,112.87 | 0.00 | 4,112.87 | 8,225.74 |
| Payne, Ryan E Total | 331.33 | 2,442.74 | 2,774.07 | 5,548.14 |
| Peros, Arthur Total | 7,089.28 | 3,370.15 | 10,459.43 | 20,918.86 |
| Quilty, James P Total | 9,231.29 | 0.00 | 9,231.29 | 18,462.58 |
| Richardson, Ronald D Total | 7,923.59 | 0.00 | 7,923.59 | 15,847.18 |
| Rodriguez, Christian A Total | 5,773.45 | 4,447.97 | 10,221.42 | 20,442.84 |
| Rossi-Cafarelli, Cara Total | 623.17 | 0.00 | 623.17 | 1,246.35 |
| Salis, S C Total | 22,852.20 | 7,258.22 | 30,110.43 | 60,220.85 |
| Smith, Scott P Total | 4,603.98 | 1,181.21 | 5,785.20 | 11,570.39 |
| St Hilaire, Mark V Total | 1,630.69 | 1,177.33 | 2,808.02 | 5,616.04 |
| Sutherland, Jason D Total | 12,338.34 | 477.40 | 12,815.74 | 25,631.49 |
| Thurston, Joseph J Total | 2,487.47 | 0.00 | 2,487.47 | 4,974.95 |
| Vieira, Richard J Total | 2,781.54 | 1,851.10 | 4,632.64 | 9,265.28 |
| Vitale, Thomas W Total | 3,702.08 | 0.00 | 3,702.08 | 7,404.17 |
| White, Robert J Total | 2,236.72 | 0.00 | 2,236.72 | 4,473.44 |
| | | | | |
| **Grand Total** | 269,169.08 | 64,336.31 | 333,505.39 | 667,010.79 |