## Patricia Slate's Annual 1946.56 Hours Analysis

| Group | 1 pink | 2 yellow | 3 blue |
|---|---|---|---|
| 9/4/01 | 32 | 40 | 40 |
| 9/11/01 | 32 | 40 | 40 |
| 9/18/01 | 40 | 32 | 40 |
| 9/25/01 | 40 | 32 | 40 |
| 10/2/01 | 40 | 40 | 32 |
| 10/9/01 | 40 | 40 | 32 |
| 10/16/01 | 32 | 40 | 40 |
| 10/23/01 | 32 | 40 | 40 |
| 10/30/01 | 40 | 32 | 40 |
| 11/6/01 | 40 | 32 | 40 |
| 11/13/01 | 40 | 40 | 32 |
| 11/20/01 | 40 | 40 | 32 |
| 11/27/01 | 32 | 40 | 40 |
| 12/4/01 | 32 | 40 | 40 |
| 12/11/01 | 40 | 32 | 40 |
| 12/18/01 | 40 | 32 | 40 |
| 12/25/01 | 40 | 40 | 32 |
| 1/1/02 | 40 | 40 | 32 |
| 1/8/02 | 32 | 40 | 40 |
| 1/15/02 | 32 | 40 | 40 |
| 1/22/02 | 40 | 32 | 40 |
| 1/29/02 | 40 | 32 | 40 |
| 2/5/02 | 40 | 40 | 32 |
| 2/12/02 | 40 | 40 | 32 |
| 2/19/02 | 32 | 40 | 40 |
| 2/26/02 | 32 | 40 | 40 |
| 3/5/02 | 40 | 32 | 40 |
| 3/12/02 | 40 | 32 | 40 |
| 3/19/02 | 40 | 40 | 32 |
| 3/26/02 | 40 | 40 | 32 |
| 4/2/02 | 32 | 40 | 40 |
| 4/9/02 | 32 | 40 | 40 |
| 4/16/02 | 40 | 32 | 40 |
| 4/23/02 | 40 | 32 | 40 |
| 4/30/02 | 40 | 40 | 32 |
| 5/7/02 | 40 | 40 | 32 |
| 5/14/02 | 32 | 40 | 40 |
| 5/21/02 | 32 | 40 | 40 |
| 5/28/02 | 40 | 32 | 40 |
| 6/4/02 | 40 | 32 | 40 |
| 6/11/02 | 40 | 40 | 32 |
| 6/18/02 | 40 | 40 | 32 |
| 6/25/02 | 32 | 40 | 40 |
| 7/2/02 | 32 | 40 | 40 |
| 7/9/02 | 40 | 32 | 40 |
| 7/16/02 | 40 | 32 | 40 |
| 7/23/02 | 40 | 40 | 32 |
| 7/30/02 | 40 | 40 | 32 |

| Date | | | |
|---:|---:|---:|---:|
| 8/6/02 | 32 | 40 | 40 |
| 8/13/02 | 32 | 40 | 40 |
| 8/20/02 | 40 | 32 | 40 |
| 8/27/02 | 40 | 32 | 40 |
| 9/3/02 | 40 | 40 | 32 |
| 9/10/02 | 40 | 40 | 32 |
| 9/17/02 | 32 | 40 | 40 |
| 9/24/02 | 32 | 40 | 40 |
| 10/1/02 | 40 | 32 | 40 |
| 10/8/02 | 40 | 32 | 40 |
| 10/15/02 | 40 | 40 | 32 |
| 10/22/02 | 40 | 40 | 32 |
| 10/29/02 | 32 | 40 | 40 |
| 11/5/02 | 32 | 40 | 40 |
| 11/12/02 | 40 | 32 | 40 |
| 11/19/02 | 40 | 32 | 40 |
| 11/26/02 | 40 | 40 | 32 |
| 12/3/02 | 40 | 40 | 32 |
| 12/10/02 | 32 | 40 | 40 |
| 12/17/02 | 32 | 40 | 40 |
| 12/24/02 | 40 | 32 | 40 |
| 12/31/02 | 40 | 32 | 40 |
| 1/7/03 | 40 | 40 | 32 |
| 1/14/03 | 40 | 40 | 32 |
| 1/21/03 | 32 | 40 | 40 |
| 1/28/03 | 32 | 40 | 40 |
| 2/4/03 | 40 | 32 | 40 |
| 2/11/03 | 40 | 32 | 40 |
| 2/18/03 | 40 | 40 | 32 |
| 2/25/03 | 40 | 40 | 32 |
| 3/4/03 | 32 | 40 | 40 |
| 3/11/03 | 32 | 40 | 40 |
| 3/18/03 | 40 | 32 | 40 |
| 3/25/03 | 40 | 32 | 40 |
| 4/1/03 | 40 | 40 | 32 |
| 4/8/03 | 40 | 40 | 32 |
| 4/15/03 | 32 | 40 | 40 |
| 4/22/03 | 32 | 40 | 40 |
| 4/29/03 | 40 | 32 | 40 |
| 5/6/03 | 40 | 32 | 40 |
| 5/13/03 | 40 | 40 | 32 |
| 5/20/03 | 40 | 40 | 32 |
| 5/27/03 | 32 | 40 | 40 |
| 6/3/03 | 32 | 40 | 40 |
| 6/10/03 | 40 | 32 | 40 |
| 6/17/03 | 40 | 32 | 40 |
| 6/24/03 | 40 | 40 | 32 |
| 6/30/03 | 40 | 40 | 32 |
| 7/8/03 | 32 | 40 | 40 |
| 7/15/03 | 32 | 40 | 40 |
| 7/22/03 | 40 | 32 | 40 |
| 7/29/03 | 40 | 32 | 40 |
| 8/5/03 | 40 | 40 | 32 |

| Date | | | |
|---:|---:|---:|---:|
| 8/12/03 | 40 | 40 | 32 |
| 8/19/03 | 32 | 40 | 40 |
| 8/26/03 | 32 | 40 | 40 |
| 9/2/03 | 40 | 32 | 40 |
| 9/9/03 | 40 | 32 | 40 |
| 9/16/03 | 40 | 40 | 32 |
| 9/23/03 | 40 | 40 | 32 |
| 9/30/03 | 32 | 40 | 40 |
| 10/7/03 | 32 | 40 | 40 |
| 10/14/03 | 40 | 32 | 40 |
| 10/21/03 | 40 | 32 | 40 |
| 10/28/03 | 40 | 40 | 32 |
| 11/4/03 | 40 | 40 | 32 |
| 11/11/03 | 32 | 40 | 40 |
| 11/18/03 | 32 | 40 | 40 |
| 11/25/03 | 40 | 32 | 40 |
| 12/2/03 | 40 | 32 | 40 |
| 12/9/03 | 40 | 40 | 32 |
| 12/16/03 | 40 | 40 | 32 |
| 12/23/03 | 32 | 40 | 40 |
| 12/30/03 | 32 | 40 | 40 |
| 1/6/04 | 40 | 32 | 40 |
| 1/13/04 | 40 | 32 | 40 |
| 1/20/04 | 40 | 40 | 32 |
| 1/27/04 | 40 | 40 | 32 |
| 2/3/04 | 32 | 40 | 40 |
| 2/10/04 | 32 | 40 | 40 |
| 2/17/04 | 40 | 32 | 40 |
| 2/24/04 | 40 | 32 | 40 |
| 3/2/04 | 40 | 40 | 32 |
| 3/9/04 | 40 | 40 | 32 |
| 3/16/04 | 32 | 40 | 40 |
| 3/23/04 | 32 | 40 | 40 |
| 3/30/04 | 40 | 32 | 40 |
| 4/6/04 | 40 | 32 | 40 |
| 4/13/04 | 40 | 40 | 32 |
| 4/20/04 | 40 | 40 | 32 |
| 4/27/04 | 32 | 40 | 40 |
| 5/4/04 | 32 | 40 | 40 |
| 5/11/04 | 40 | 32 | 40 |
| 5/18/04 | 40 | 32 | 40 |
| 5/25/04 | 40 | 40 | 32 |
| 6/1/04 | 40 | 40 | 32 |
| 6/8/04 | 32 | 40 | 40 |
| 6/15/04 | 32 | 40 | 40 |
| 6/22/04 | 40 | 32 | 40 |
| **6/30/04** | 40 | 32 | 40 |
| **7/6/04** | 40 | 40 | 32 |
| 7/13/04 | 40 | 40 | 32 |
| 7/20/04 | 32 | 40 | 40 |
| 7/27/04 | 32 | 40 | 40 |
| 8/3/04 | 40 | 32 | 40 |
| 8/10/04 | 40 | 32 | 40 |

| Date | | | |
|---:|---:|---:|---:|
| 8/17/04 | 40 | 40 | 32 |
| 8/24/04 | 40 | 40 | 32 |
| 8/31/04 | 32 | 40 | 40 |
| 9/7/04 | 32 | 40 | 40 |
| 9/14/04 | 40 | 32 | 40 |
| 9/21/04 | 40 | 32 | 40 |
| 9/28/04 | 40 | 40 | 32 |
| 10/5/04 | 40 | 40 | 32 |
| 10/12/04 | 32 | 40 | 40 |
| 10/19/04 | 32 | 40 | 40 |
| 10/26/04 | 40 | 32 | 40 |
| 11/2/04 | 40 | 32 | 40 |
| 11/9/04 | 40 | 40 | 32 |
| 11/16/04 | 40 | 40 | 32 |
| 11/23/04 | 32 | 40 | 40 |
| 11/30/04 | 32 | 40 | 40 |
| 12/7/04 | 40 | 32 | 40 |
| 12/14/04 | 40 | 32 | 40 |
| 12/21/04 | 40 | 40 | 32 |
| 12/28/04 | 40 | 40 | 32 |
| 1/4/05 | 32 | 40 | 40 |
| 1/11/05 | 32 | 40 | 40 |
| 1/18/05 | 40 | 32 | 40 |
| 1/25/05 | 40 | 32 | 40 |
| 2/1/05 | 40 | 40 | 32 |
| 2/8/05 | 40 | 40 | 32 |
| 2/15/05 | 32 | 40 | 40 |
| 2/22/05 | 32 | 40 | 40 |
| 3/1/05 | 40 | 32 | 40 |
| 3/8/05 | 40 | 32 | 40 |
| 3/15/05 | 40 | 40 | 32 |
| 3/22/05 | 40 | 40 | 32 |
| 3/29/05 | 32 | 40 | 40 |
| 4/5/05 | 32 | 40 | 40 |
| 4/12/05 | 40 | 32 | 40 |
| 4/19/05 | 40 | 32 | 40 |
| 4/26/05 | 40 | 40 | 32 |
| 5/3/05 | 40 | 40 | 32 |
| 5/10/05 | 32 | 40 | 40 |
| 5/17/05 | 32 | 40 | 40 |
| 5/24/05 | 40 | 32 | 40 |
| 5/31/05 | 40 | 32 | 40 |
| 6/7/05 | 40 | 40 | 32 |
| 6/14/05 | 40 | 40 | 32 |
| 6/21/05 | 32 | 40 | 40 |
| 6/28/05 | 32 | 40 | 40 |
| 7/5/05 | 40 | 32 | 40 |
| 7/12/05 | 40 | 32 | 40 |
| 7/19/05 | 40 | 40 | 32 |
| 7/26/05 | 40 | 40 | 32 |
| 8/2/05 | 32 | 40 | 40 |
| 8/9/05 | 32 | 40 | 40 |
| 8/16/05 | 40 | 32 | 40 |

| Date | | | |
|---:|---:|---:|---:|
| 8/23/05 | 40 | 32 | 40 |
| 8/30/05 | 40 | 40 | 32 |
| 9/6/05 | 40 | 40 | 32 |
| 9/13/05 | 32 | 40 | 40 |
| 9/20/05 | 32 | 40 | 40 |
| 9/27/05 | 40 | 32 | 40 |
| 10/4/05 | 40 | 32 | 40 |
| 10/11/05 | 40 | 40 | 32 |
| 10/18/05 | 40 | 40 | 32 |
| 10/25/05 | 32 | 40 | 40 |
| 11/1/05 | 32 | 40 | 40 |
| 11/8/05 | 40 | 32 | 40 |
| 11/15/05 | 40 | 32 | 40 |
| 11/22/05 | 40 | 40 | 32 |
| 11/29/05 | 40 | 40 | 32 |
| 12/6/05 | 32 | 40 | 40 |
| 12/13/05 | 32 | 40 | 40 |
| 12/20/05 | 40 | 32 | 40 |
| 12/27/05 | 40 | 32 | 40 |
| 1/3/06 | 40 | 40 | 32 |
| 1/10/06 | 40 | 40 | 32 |
| 1/17/06 | 32 | 40 | 40 |
| 1/24/06 | 32 | 40 | 40 |
| 1/31/06 | 40 | 32 | 40 |
| 2/7/06 | 40 | 32 | 40 |
| 2/14/06 | 40 | 40 | 32 |
| 2/21/06 | 40 | 40 | 32 |
| 2/28/06 | 32 | 40 | 40 |
| 3/7/06 | 32 | 40 | 40 |
| 3/14/06 | 40 | 32 | 40 |
| 3/21/06 | 40 | 32 | 40 |
| 3/28/06 | 40 | 40 | 32 |
| 4/4/06 | 40 | 40 | 32 |
| 4/11/06 | 32 | 40 | 40 |
| 4/18/06 | 32 | 40 | 40 |
| 4/25/06 | 40 | 32 | 40 |
| 5/2/06 | 40 | 32 | 40 |
| 5/9/06 | 40 | 40 | 32 |
| 5/16/06 | 40 | 40 | 32 |
| 5/23/06 | 32 | 40 | 40 |
| 5/30/06 | 32 | 40 | 40 |
| 6/6/06 | 40 | 32 | 40 |
| 6/13/06 | 40 | 32 | 40 |
| 6/20/06 | 40 | 40 | 32 |
| 6/27/06 | 40 | 40 | 32 |
| 7/4/06 | 32 | 40 | 40 |
| 7/11/06 | 32 | 40 | 40 |
| 7/18/06 | 40 | 32 | 40 |
| 7/25/06 | 40 | 32 | 40 |
| 8/1/06 | 40 | 40 | 32 |
| 8/8/06 | 40 | 40 | 32 |
| 8/15/06 | 32 | 40 | 40 |
| 8/22/06 | 32 | 40 | 40 |

| Date | | | |
|---:|---:|---:|---:|
| 8/29/06 | 40 | 32 | 40 |
| 9/5/06 | 40 | 32 | 40 |
| 9/12/06 | 40 | 40 | 32 |
| 9/19/06 | 40 | 40 | 32 |
| 9/26/06 | 32 | 40 | 40 |
| 10/3/06 | 32 | 40 | 40 |
| 10/10/06 | 40 | 32 | 40 |
| 10/17/06 | 40 | 32 | 40 |
| 10/24/06 | 40 | 40 | 32 |
| 10/31/06 | 40 | 40 | 32 |
| 11/7/06 | 32 | 40 | 40 |
| 11/14/06 | 32 | 40 | 40 |
| 11/21/06 | 40 | 32 | 40 |
| 11/28/06 | 40 | 32 | 40 |
| 12/5/06 | 40 | 40 | 32 |
| 12/12/06 | 40 | 40 | 32 |
| 12/19/06 | 32 | 40 | 40 |
| 12/26/06 | 32 | 40 | 40 |
| 12/31/06 | 40 | 32 | 40 |
| 1/2/07 | 40 | 32 | 40 |
| 1/9/07 | 40 | 40 | 32 |
| 1/16/07 | 40 | 40 | 32 |
| 1/23/07 | 32 | 40 | 40 |
| 1/30/07 | 32 | 40 | 40 |
| 2/6/07 | 40 | 32 | 40 |
| 2/13/07 | 40 | 32 | 40 |
| 2/20/07 | 40 | 40 | 32 |
| 2/27/07 | 40 | 40 | 32 |
| 3/6/07 | 32 | 40 | 40 |
| 3/13/07 | 32 | 40 | 40 |
| 3/20/07 | 40 | 32 | 40 |
| 3/27/07 | 40 | 32 | 40 |
| 4/3/07 | 40 | 40 | 32 |
| 4/10/07 | 40 | 40 | 32 |
| 4/17/07 | 32 | 40 | 40 |
| 4/24/07 | 32 | 40 | 40 |
| 5/1/07 | 40 | 32 | 40 |
| 5/8/07 | 40 | 32 | 40 |
| 5/15/07 | 40 | 40 | 32 |
| 5/22/07 | 40 | 40 | 32 |
| 5/29/07 | 32 | 40 | 40 |
| 6/5/07 | 32 | 40 | 40 |
| 6/12/07 | 40 | 32 | 40 |
| 6/19/07 | 40 | 32 | 40 |
| 6/26/07 | 40 | 40 | 32 |
| 7/3/07 | 40 | 40 | 32 |
| 7/10/07 | 32 | 40 | 40 |
| 7/17/07 | 32 | 40 | 40 |
| 7/24/07 | 40 | 32 | 40 |
| 7/31/07 | 40 | 32 | 40 |
| 8/7/07 | 40 | 40 | 32 |
| 8/14/07 | 40 | 40 | 32 |
| 8/21/07 | 32 | 40 | 40 |

| Date | | | |
|---|---:|---:|---:|
| 8/28/07 | 32 | 40 | 40 |
| 9/4/07 | 40 | 32 | 40 |
| 9/11/07 | 40 | 32 | 40 |
| 9/18/07 | 40 | 40 | 32 |
| 9/25/07 | 40 | 40 | 32 |
| 10/2/07 | 32 | 40 | 40 |
| 10/9/07 | 32 | 40 | 40 |
| 10/16/07 | 40 | 32 | 40 |
| 10/23/07 | 40 | 32 | 40 |
| 10/30/07 | 40 | 40 | 32 |
| 11/6/07 | 40 | 40 | 32 |

| | | | |
|---|---:|---:|---:|
| total hours | 12096 | 12096 | 12096 |
| ave yearly | 1946.56 | | |
| based upon | 52.14286 | week/year | |