Exhibit C of Patricia Slate's Affidavit

Note 6/6 Updated PBA Group Assignment

| Rank | Name | From | To | Shift | Group | |
|---|---|---|---|---|---|---|
| Officer | Arena, Edward J | 9/15/2001 | 3/4/2007 | 3 | 1 | |
| | | 3/5/2007 | Present | 2 | A | Detective |
| Patrol Officer | Blanchard, Elizabeth M | 9/15/2001 | 3/4/2007 | 2 | A | Detective |
| | | 3/5/2007 | Present | 2 | 3 | |
| Patrol Officer | Bosselman, Brian A | 10/1/2001 | 2/25/2002 | 2 | A | Academy |
| | | 2/26/2002 | 4/7/2002 | | | Training - Revolving 4/2 |
| | | 4/8/2002 | 9/11/2004 | 1 | 1 | |
| | | 9/12/2004 | Present | 3 | 1 | |
| Patrol Officer | Brogan, Daniel R | 9/15/2001 | 4/28/2004 | 3 | 1 | |
| | | 4/29/2004 | 1/8/2006 | 3 | 3 | |
| | | 1/9/2006 | Present | 3 | 1 | Detective |
| Patrol Officer Sergeant | Cafarelli, Cara Rossi Promoted 12/8/04 | 9/15/2001 | 12/7/2004 | 3 | 1 | |
| | | 12/8/2004 | 5/23/2007 | 3 | 1 | |
| | | 5/24/2007 | Present | 2 | 1 | |
| Patrol Officer | Conaway, Brett P | 2/23/2004 | 7/13/2004 | 2 | A | Academy |
| | | 7/14/2004 | 9/12/2004 | | | Training - Revolving 4/2 |
| | | 9/13/2004 | 6/13/2006 | 1 | 2 | |
| | | 6/14/2006 | 9/2/2007 | 2 | 2 | |
| | | 9/3/2007 | Present | 3 | 3 | |
| Patrol Officer | Coughlin, Amy T | 9/15/2001 | 4/13/2002 | 1 | 3 | |
| | | 4/14/2002 | 8/12/2004 | 2 | 2 | |
| Sergeant | Davis, Robert L | 9/15/2001 | 7/26/2005 | 2 | A | |
| Patrol Officer | Delehanty, Kevin | 9/15/2001 | 4/25/2004 | 3 | 2 | |
| | | 4/26/2004 | 8/31/2005 | 3 | 3 | |
| | | 9/1/2005 | 9/30/2005 | 3 | 3 | Detective |
| | | 10/1/2005 | Present | 3 | 1 | Detective |
| Patrol Officer | Doherty Jr, John W | 9/15/2001 | Present | 3 | 3 | Detective |
| Sergeant | Douglas, Richard P | 9/15/2001 | 9/2/2003 | 2 | 2 | |
| Sergeant | Dunlop, Robert D | 9/15/2001 | 1/7/2005 | 3 | 1 | |
| | | 1/8/2005 | 3/6/2007 | 2 | 2 | |
| | | 3/7/2007 | Present | 3 | 3 | |
| Patrol Officer | Fitzgerald, Kenneth J | 9/7/2004 | 10/17/2004 | | | Training - Revolving 4/2 |
| | | 10/18/2004 | 3/4/2007 | 1 | 1 | |
| | | 3/5/2007 | Present | 3 | 1 | |
| Patrol Officer Sergeant | Fitzpatrick, Leo J Promoted 11/14/03 | 9/15/2001 | 11/13/2003 | 2 | A | Administrative Officer |
| | | 11/14/2003 | Present | 2 | A | |
| Sergeant | Fleming, Lawrence J | 9/15/2001 | 11/10/2003 | 1 | 3 | |
| | | 11/11/2003 | 1/7/2005 | 2 | 2 | |
| | | 1/8/2005 | 12/30/2005 | 1 | 3 | |
| Patrol Officer | Forde, Vincent J | 9/15/2001 | 9/27/2001 | | | Training - Revolving 4/2 |

| Rank | Name | From | To | C1 | C2 | Notes |
|---|---|---|---|---|---|---|
| | | 9/28/2001 | 10/14/2001 | 1 | 2 | |
| | | 10/15/2001 | 5/6/2007 | 1 | 1 | |
| Sergeant | Promoted 5/7/07 | | | | | |
| | | 5/7/2007 | 6/30/2007 | 3 | 1 | |
| | | 7/1/2007 | Present | 1 | 2 | |
| Patrol Officer | Frissore, John C | 11/12/2003 | 12/26/2003 | | | Training - Revolving 4/2 |
| | | 12/27/2003 | 10/31/2004 | 1 | 1 | |
| Patrol Officer | Gaieski, Anthony M | 2/23/2004 | 7/13/2004 | 2 | A | Academy |
| | | 7/14/2004 | 9/12/2004 | | | Training - Revolving 4/2 |
| | | 9/13/2004 | 1/18/2005 | 1 | 3 | |
| Patrol Officer | Geissler, William A | 9/15/2001 | Present | 2 | 1 | |
| Patrol Officer | Graham Jr, Allan W | 9/15/2001 | 9/27/2001 | 3 | 3 | |
| | | 9/28/2001 | Present | 2 | 1 | |
| Lieutenant | Grassey, Alfred B | 9/15/2001 | 9/7/2004 | 2 | A | |
| Sergeant | Grassey, Brian C | 9/15/2001 | 12/7/2004 | 3 | 3 | |
| Lieutenant | Promoted 12/8/04 | | | | | |
| | | 12/8/2004 | Present | 2 | A | |
| Patrol Officer | Hall, Ryan T | 10/11/2005 | 3/3/2006 | 2 | A | Academy |
| | | 3/4/2006 | 4/24/2006 | | | Training - Revolving 4/2 |
| | | 4/25/2006 | 6/13/2006 | 1 | 1 | |
| | | 6/14/2006 | Present | 2 | 3 | |
| Patrol Officer | Halloran, Richard P | 9/15/2001 | Present | 2 | A | Detective |
| Patrol Officer | Harper, Howard L | 9/15/2001 | 7/7/2006 | 1 | 3 | |
| Patrol Officer | Haswell, John P | 9/15/2001 | Present | 2 | A | Detective |
| Patrol Officer | Hayes, Joseph N | 9/15/2001 | 1/22/2006 | 1 | 1 | |
| Sergeant | Promoted 1/23/06 | | | | | |
| | | 1/23/2006 | 4/11/2007 | 3 | 2 | |
| | | 4/12/2007 | 6/10/2007 | 1 | 2 | |
| | | 6/11/2007 | Present | 3 | 1 | |
| Patrol Officer | Heffler, Elizabeth R | 9/15/2001 | 7/13/2003 | 3 | 2 | |
| | Precautionary Duty | 7/14/2003 | 12/24/2003 | 2 | A | |
| | | 12/25/2003 | Present | 3 | 2 | |
| Patrol Officer | Hoffman Jr, Robert A | 9/15/2001 | 7/26/2005 | 1 | 2 | |
| Sergeant | Promoted 7/27/05 | | | | | |
| | | 7/27/2005 | 3/8/2007 | 3 | 3 | |
| | | 3/9/2007 | Present | 1 | 1 | |
| Patrol Officer | Howard, Chad M | 10/11/2005 | 3/3/2006 | 2 | A | Academy |
| | | 3/4/2006 | 4/24/2006 | | | Training - Revolving 4/2 |
| | | 4/25/2006 | Present | 1 | 3 | |
| Patrol Officer | Ingham, Brian D | 9/15/2001 | 3/18/2007 | 3 | 1 | |
| Sergeant | Promoted 3/19/07 | | | | | |
| | | 3/19/2007 | 3/23/2007 | 2 | A | |
| | | 3/24/2007 | Present | 3 | 2 | |

| Rank | Name | Start | End | Col5 | Col6 | Notes |
|---|---|---|---|---|---|---|
| Patrol Officer | Jennings, Leonard M | 9/15/2001 | Present | 2 | 1 | |
| Patrol Officer | Kelley, Keven P | 10/18/2004 | 3/10/2005 | 2 | A | Academy Training - Revolving 4/2 |
| | | 3/11/2005 | 4/29/2005 | | | |
| | | 4/30/2005 | 9/4/2007 | 1 | 3 | |
| | | 9/5/2007 | Present | 2 | 2 | |
| Patrol Officer | Keohane, James F | 9/15/2001 | Present | 3 | 2 | |
| Patrol Officer | Kerrissey, Edward F | 9/15/2001 | 9/28/2007 | 2 | A | |
| Patrol Officer | Lacerra, Scott R | 10/11/2005 | 3/3/2006 | 2 | A | Academy Training - Revolving 4/2 |
| | | 3/4/2006 | 4/24/2006 | | | |
| | | 4/25/2006 | Present | 1 | 2 | |
| Sergeant | Lamont Jr, Thomas G | 9/15/2001 | 2/16/2007 | 1 | 1 | |
| Patrol Officer | Lanoue, Gregory M | 10/18/2004 | 3/10/2005 | 2 | A | Academy Training - Revolving 4/2 |
| | | 3/11/2005 | 4/29/2005 | | | |
| | | 4/30/2005 | Present | 1 | 2 | |
| Sergeant | Lauzon, Brian G | 9/15/2001 | 7/12/2005 | 1 | 2 | |
| | | 7/13/2005 | Present | 2 | A | |
| Patrol Officer | Linton, James M | 9/15/2001 | 3/17/2006 | 2 | 3 | |
| Sergeant | Longtine, Jeffrey E | 9/15/2001 | 10/29/2004 | 3 | 2 | |
| Lieutenant | Mabardy, Nicholas S | 9/15/2001 | Present | 2 | A | |
| Lieutenant | Mason, Peter E | 9/15/2001 | Present | 2 | A | System Administrator As Of 1/1/06 |
| Patrol Officer | McDonnell, Douglas M | 9/15/2001 | 4/30/2003 | 2 | 3 | |
| Lieutenant | Morgan, Alfred F | 9/15/2001 | 11/13/2003 | 2 | A | |
| Patrol Officer | Morrill, Diane | 9/15/2001 | 12/26/2003 | 1 | 2 | |
| | | 12/27/2003 | 6/13/2006 | 2 | 3 | |
| | | 6/14/2006 | Present | 1 | 2 | |
| Patrol Officer | Murphy, Robert F | 9/15/2001 | Present | 2 | 3 | |
| Patrol Officer | Nguyen, Toan V | 8/28/2006 | 1/19/2007 | 2 | A | Academy Training - Revolving 4/2 |
| | | 1/20/2007 | 3/6/2007 | | | |
| | | 3/7/2007 | Present | 1 | 1 | |
| Sergeant | O'Callaghan, Daniel L | 9/15/2001 | 3/30/2007 | 2 | 1 | |
| Patrol Officer | Ordway, James M | 9/15/2001 | Present | 2 | A | Detective |
| Sergeant | Pagliarulo, Steven J | 9/15/2001 | 8/31/2003 | 3 | 3 | |
| | | 9/1/2003 | 11/13/2003 | 2 | A | |
| Lieutenant | Promoted 11/14/03 | 11/14/2003 | Present | 2 | A | |
| Patrol Officer | Payne, Ryan E | 8/28/2006 | 1/19/2007 | 2 | A | Academy |

| Rank | Name | Start | End | | | Notes |
|---|---|---|---|---|---|---|
| | | 1/20/2007 | 3/6/2007 | | | Training - Revolving 4/2 |
| | | 3/7/2007 | Present | 1 | 1 | |
| Patrol Officer | Peros, Arthur | 9/15/2001 | Present | 3 | 3 | |
| Patrol Officer | Quilty, James P | 9/15/2001 | 4/26/2004 | 1 | 2 | |
| | | 4/27/2004 | Present | 3 | 2 | |
| Patrol Officer | Richardson, Ronald D | 9/15/2001 | Present | 2 | 2 | |
| Patrol Officer | Rodriguez, Christian A | 11/26/2003 | 1/7/2004 | | | Training - Revolving 4/2 |
| | | 1/8/2004 | 9/13/2004 | 1 | 2 | |
| | | 9/14/2004 | 2/12/2005 | 2 | 2 | |
| | | 2/13/2005 | 4/29/2005 | 1 | 3 | |
| | | 4/30/2005 | 9/18/2005 | 3 | 2 | |
| | | 9/19/2005 | 6/13/2006 | 2 | 2 | |
| | | 6/14/2006 | 5/7/2007 | 3 | 2 | |
| | | 5/8/2007 | Present | 3 | 3 | |
| Patrol Officer | Salis, S C | 10/1/2001 | 2/25/2002 | 2 | A | Academy |
| | | 2/26/2002 | 4/5/2002 | | | Training - Revolving 4/2 |
| | | 4/6/2002 | 4/30/2006 | 1 | 3 | |
| | | 5/1/2006 | 9/2/2007 | 3 | 3 | |
| | | 9/3/2007 | Present | 2 | A | |
| Patrol Officer | Smith, Scott P | 9/15/2001 | 4/5/2002 | 2 | 2 | |
| | | 4/6/2002 | 5/4/2004 | 3 | 3 | |
| Patrol Officer / Sergeant | St Hilaire, Mark V  Promoted 10/22/03 | 9/15/2001 | 10/21/2003 | 3 | 3 | |
| | | 10/22/2003 | 11/10/2003 | 2 | 3 | |
| | | 11/11/2003 | 1/3/2005 | 1 | 3 | |
| | | 1/4/2005 | 7/26/2005 | 3 | 3 | |
| | | 7/27/2005 | 3/28/2007 | 1 | 2 | |
| | | 3/29/2007 | Present | 2 | 2 | |
| Patrol Officer | Sutherland, Jason D | 10/18/2004 | 3/10/2005 | 2 | A | Academy |
| | | 3/11/2005 | 4/29/2005 | | | Training - Revolving 4/2 |
| | | 4/30/2005 | 9/18/2005 | 2 | 2 | |
| | | 9/19/2005 | 5/7/2007 | 3 | 3 | |
| | | 5/8/2007 | Present | 3 | 1 | |
| Sergeant | Thompson, Paul W | 9/15/2001 | Present | 3 | 3 | |
| Patrol Officer | Thurston, Joseph J | 4/26/2006 | 6/1/2006 | | | Training - Revolving 4/2 |
| | | 6/2/2006 | 6/21/2006 | 2 | 3 | |
| | | 6/22/2006 | Present | 1 | 3 | |
| Patrol Officer / Sergeant | Vieira, Richard J  Promoted 12/8/04 | 9/15/2001 | 12/10/2003 | 3 | 3 | |
| | | 12/11/2003 | 12/7/2004 | 2 | A | |
| | | 12/8/2004 | 1/7/2005 | 2 | A | |
| | | 1/8/2005 | 2/9/2006 | 3 | 2 | |
| | | 2/10/2006 | Present | 1 | 3 | |
| Patrol Officer | Vitale, Thomas W | 9/15/2001 | Present | 2 | 2 | |
| Patrol Officer | White, Robert J | 9/15/2001 | Present | 2 | 1 | |

```
12/14/2007 10:31 FAX 617 479 5000                                    ☑001
```

```
                        **********************
                        ***   TX REPORT    ***
                        **********************

        TRANSMISSION OK

        TX/RX NO                2314
        CONNECTION TEL                          15084854477
        CONNECTION ID
        ST. TIME                12/14 10:29
        USAGE T                 01'29
        PGS. SENT               5
        RESULT                  OK
```

# MURPHY, HESSE, TOOMEY & LEHANE, LLP
## Attorneys At Law

| | |
|---|---|
| Arthur P. Murphy | Lorna M. Hobert |
| James A. Toomey | Joseph T. Bartulis, Jr. |
| Katherine A. Hesse | Clifford R. Rhodes, Jr. |
| Michael C. Lehane | Kathryn M. Murphy |
| John P. Flynn | Karis L. North |
| Regina Williams Tate | Thomas W. Colomb |
| Edward F. Lenox, Jr. | Alisia St. Florian |
| Mary Ellen Sowyrda | Donna A. Heimlich |
| David A. DeLuca | Jason M. Gesing |
| Ann M. O'Neill | Bryan R. LeBlanc |
| Donald L. Graham | Brandon H. Moss |
| Andrew J. Waugh | Kevin F. Bresnahan |
| Geoffrey P. Wermuth | Kathleen E. Yaeger |
| Robert S. Mangiaratti | Brian P. Fox |
| Doris R. MacKenzie Ehrens | Lauren C. Galvin |
| Geoffrey B. McCullough | Jessica L. Ritter |
| | Carolyn J. Lyons |

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE
SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

75 FEDERAL STREET
SUITE 410
BOSTON, MA 02110
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE
SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

*Please Respond to Quincy*

# FAX COVER SHEET

| | |
|---|---|
| To: | Jack L. Canzoneri, Esq. |
| Location: | McDonald, Lamond & Canzoneri<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01772-1834 |
| Fax Number: | (508) 485-4477 |
| Date: | December 14, 2007 |
| Re: | Robert F. Murphy, III, et al and Brian C. Grassey, et al v. Town of Natick, et al. |
| From: | Karis L. North |