Exhibit D of Patricia Slate's Affidavit

The following Vendors were not charged an Administrative fee, but would not be considered Town of Natick details:

| B-0390 | MASS Highway |
|--------|--------------|
| B-0415 | MIG Corp. |
| B-0434 | Wellesley High School |
| B-0640 | Traffic Systems |
| B-0914 | Town of Framingham |
| B-4550 | Dover-Sherborn Hockey/High School |
| B-5340 | MWRA |
| B-9999 | Administrative Code |

This list reflects details paid from Payroll Week #200551 through Payroll Week #200825.

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0415 | MIG Corp. | 10/11/2005 | Arena | 12 | 200616 |
| B-0415 | MIG Corp. | 10/17/2005 | Arena | 12 | 200616 |
| B-0415 | MIG Corp. | 10/18/2005 | Arena | 8 | 200617 |
| B-0100 | Town of Natick | 2/27/2006 | Arena | 8 | 200635 |
| B-0100 | Severn Trent | 3/1/2006 | Arena | 4 | 200636 |
| B-0100 | Severn Trent | 5/3/2006 | Arena | 4 | 200645 |
| B-0100 | W Walsh Company | 5/11/2006 | Arena | 8 | 200646 |
| B-0415 | MIG Corp. | 5/12/2006 | Arena | 12 | 200646 |
| B-0100 | W Walsh Company | 5/18/2006 | Arena | 8 | 200647 |
| B-0415 | MIG Corp. | 5/25/2006 | Arena | 8 | 200648 |
| B-0100 | Severn Trent | 6/29/2006 | Arena | 4 | 200653 |
| B-0100 | Joseph Cardillo & Sons | 7/20/2006 | Arena | 8 | 200704 |
| B-0100 | W Walsh Company | 7/21/2006 | Arena | 12 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 9/8/2006 | Arena | 12 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/27/2006 | Arena | 12 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 9/29/2006 | Arena | 8 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 10/4/2006 | Arena | 8 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/6/2006 | Arena | 8 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/12/2006 | Arena | 12 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 10/13/2006 | Arena | 8 | 200716 |
| B-0100 | W Walsh Company | 10/19/2006 | Arena | 12 | 200717 |
| B-0100 | W Walsh Company | 10/20/2006 | Arena | 8 | 200717 |
| B-0320 | NHS Athletic Dept. | 10/21/2006 | Arena | 4 | 200717 |
| B-0100 | W Walsh Company | 11/30/2006 | Arena | 12 | 200723 |
| B-0100 | Town of Natick | 3/12/2007 | Arena | 8 | 200737 |
| B-0100 | Insituform | 5/21/2007 | Arena | 8 | 200747 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Blanchard | 4 | 200622 |
| B-0870 | Natick Town Clerk | 3/28/2006 | Blanchard | 16 | 200639 |
| B-0320 | NHS Athletic Dept. | 9/15/2006 | Blanchard | 4 | 200712 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Blanchard | 12 | 200713 |
| B-0320 | NHS Athletic Dept. | 9/29/2006 | Blanchard | 4 | 200714 |
| B-0320 | NHS Athletic Dept. | 10/6/2006 | Blanchard | 4 | 200715 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Blanchard | 12 | 200720 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Blanchard | 12 | 200736 |
| B-0320 | NHS Athletic Dept. | 9/7/2007 | Blanchard | 4 | 200813 |
| B-0110 | D&R Construction | 9/19/2007 | Blanchard | 8 | 200815 |
| B-0110 | D&R Construction | 9/25/2007 | Blanchard | 8 | 200816 |
| B-0110 | D&R Construction | 9/26/2007 | Blanchard | 8 | 200816 |
| B-0100 | Town of Natick | 10/2/2007 | Blanchard | 8 | 200817 |
| B-0110 | D&R Construction | 10/19/2007 | Blanchard | 8 | 200818 |
| B-0100 | Severn Trent | 7/1/2005 | Bosselman | 4 | 200601 |
| B-0100 | Severn Trent | 7/7/2005 | Bosselman | 4 | 200602 |
| B-0415 | MIG Corp. | 1/10/2006 | Bosselman | 8 | 200629 |
| B-0100 | W Walsh Company | 8/4/2006 | Bosselman | 8 | 200706 |
| B-0100 | National Water Main | 4/5/2007 | Bosselman | 8 | 200741 |
| B-0110 | D&R Construction | 8/8/2007 | Bosselman | 8 | 200807 |
| B-0110 | D&R Construction | 8/14/2007 | Bosselman | 8 | 200808 |
| B-0110 | D&R Construction | 9/25/2007 | Bosselman | 12 | 200814 |
| B-0100 | Town of Natick | 10/2/2007 | Bosselman | 8 | 200815 |
| B-0110 | D&R Construction | 10/12/2007 | Bosselman | 8 | 200816 |
| B-0415 | MIG Corp. | 10/4/2005 | Brogan | 8 | 200615 |
| B-0100 | Town of Natick | 11/12/2005 | Brogan | 8 | 200620 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | Severn Trent | 12/15/2005 | Brogan | 8 | 200625 |
| B-0100 | Town of Natick | 1/19/2006 | Brogan | 8 | 200630 |
| B-0415 | MIG Corp. | 1/24/2006 | Brogan | 8 | 200631 |
| B-0415 | MIG Corp. | 3/24/2006 | Brogan | 8 | 200639 |
| B-0415 | MIG Corp. | 4/20/2006 | Brogan | 12 | 200643 |
| B-0415 | MIG Corp. | 5/4/2006 | Brogan | 8 | 200645 |
| B-0100 | W Walsh Company | 5/8/2006 | Brogan | 12 | 200646 |
| B-5340 | MWRA | 5/9/2006 | Brogan | 4 | 200646 |
| B-0100 | W Walsh Company | 5/26/2006 | Brogan | 8 | 200649 |
| B-5340 | MWRA | 6/8/2006 | Brogan | 4 | 200650 |
| B-0415 | MIG Corp. | 6/20/2006 | Brogan | 8 | 200653 |
| B-0415 | MIG Corp. | 9/6/2006 | Brogan | 8 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/14/2006 | Brogan | 4 | 200712 |
| B-0110 | A Andreassi & Son | 9/27/2006 | Brogan | 8 | 200714 |
| B-0415 | MIG Corp. | 10/6/2006 | Brogan | 8 | 200715 |
| B-0110 | D&R Construction | 9/20/2007 | Brogan | 8 | 200813 |
| B-0100 | Town of Natick | 9/21/2007 | Brogan | 4 | 200814 |
| B-0320 | NHS Athletic Dept. | 9/23/2007 | Brogan | 4 | 200813 |
| B-0110 | D&R Construction | 9/24/2007 | Brogan | 8 | 200814 |
| B-0110 | D&R Construction | 10/4/2007 | Brogan | 8 | 200815 |
| B-0100 | Town of Natick | 10/10/2007 | Brogan | 4 | 200816 |
| B-0110 | D&R Construction | 10/11/2007 | Brogan | 8 | 200816 |
| B-0110 | D&R Construction | 10/30/2007 | Brogan | 8 | 200819 |
| B-0320 | NHS Athletic Dept. | 11/2/2007 | Brogan | 4 | 200821 |
| B-0100 | Severn Trent | 9/7/2005 | Conaway | 12 | 200611 |
| B-0110 | D&R Construction | 11/8/2005 | Conaway | 12 | 200620 |
| B-0415 | MIG Corp. | 11/21/2005 | Conaway | 8 | 200621 |
| B-4550 | Dover-Sherborn HS | 2/13/2006 | Conaway | 4 | 200633 |
| B-0110 | Northern Tree | 3/15/2006 | Conaway | 8 | 200638 |
| B-0100 | Town of Natick | 3/30/2006 | Conaway | 8 | 200640 |
| B-0100 | W Walsh Company | 7/6/2006 | Conaway | 12 | 200702 |
| B-0100 | W Walsh Company | 7/13/2006 | Conaway | 8 | 200703 |
| B-0100 | Joseph Cardillo & Sons | 7/19/2006 | Conaway | 12 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 8/23/2006 | Conaway | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 8/24/2006 | Conaway | 12 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 8/30/2006 | Conaway | 8 | 200710 |
| B-0100 | Joseph Cardillo & Sons | 9/5/2006 | Conaway | 8 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/21/2006 | Conaway | 8 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 9/22/2006 | Conaway | 8 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 9/28/2006 | Conaway | 12 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 9/29/2006 | Conaway | 8 | 200714 |
| B-0320 | NHS Athletic Dept. | 9/29/2006 | Conaway | 4 | 200714 |
| B-0100 | W Walsh Company | 10/4/2006 | Conaway | 8 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/5/2006 | Conaway | 12 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/10/2006 | Conaway | 12 | 200716 |
| B-0100 | W Walsh Company | 10/23/2006 | Conaway | 12 | 200717 |
| B-0100 | W Walsh Company | 11/10/2006 | Conaway | 8 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/16/2006 | Conaway | 12 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 11/21/2006 | Conaway | 12 | 200722 |
| B-0100 | Joseph Cardillo & Sons | 11/28/2006 | Conaway | 8 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 11/30/2006 | Conaway | 12 | 200723 |
| B-0100 | W Walsh Company | 12/15/2006 | Conaway | 12 | 200725 |

Query9                                                                                         12/18/2007

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0870 | Natick Town Clerk | 3/27/2007 | Conaway | 16 | 200740 |
| B-0100 | W Walsh Company | 5/3/2007 | Conaway | 8 | 200745 |
| B-0415 | MIG Corp. | 5/15/2007 | Conaway | 8 | 200747 |
| B-0100 | National Water Main | 5/29/2007 | Conaway | 12 | 200749 |
| B-0110 | D&R Construction | 7/30/2007 | Conaway | 8 | 200805 |
| B-0110 | D&R Construction | 8/30/2007 | Conaway | 12 | 200810 |
| B-0110 | D&R Construction | 9/24/2007 | Conaway | 12 | 200813 |
| B-0110 | D&R Construction | 9/27/2007 | Conaway | 8 | 200814 |
| B-0110 | D&R Construction | 9/28/2007 | Conaway | 12 | 200814 |
| B-0110 | D&R Construction | 10/9/2007 | Conaway | 8 | 200816 |
| B-0110 | D&R Construction | 10/10/2007 | Conaway | 8 | 200816 |
| B-0320 | NHS Athletic Dept. | 11/22/2007 | Conaway | 4 | 200822 |
| B-0390 | MASS Highway | 6/20/2005 | Davis | 4 | 200551 |
| B-0914 | Town of Framingham | 10/30/2005 | Delehanty | 4 | 200618 |
| B-0100 | Town of Natick | 1/20/2006 | Delehanty | 12 | 200630 |
| B-0100 | Town of Natick | 3/3/2006 | Delehanty | 8 | 200636 |
| B-0100 | Severn Trent | 5/18/2006 | Delehanty | 4 | 200647 |
| B-0100 | W Walsh Company | 7/2/2007 | Delehanty | 8 | 200801 |
| B-0100 | Insituform | 7/11/2007 | Delehanty | 4 | 200803 |
| B-0110 | D&R Construction | 9/12/2007 | Delehanty | 12 | 200812 |
| B-0110 | D&R Construction | 10/5/2007 | Delehanty | 8 | 200815 |
| B-0100 | Severn Trent | 8/4/2005 | Dunlop | 4 | 200606 |
| B-0110 | Town of Natick | 8/5/2005 | Dunlop | 8 | 200606 |
| B-0320 | NHS Athletic Dept. | 10/16/2005 | Dunlop | 4 | 200616 |
| B-0320 | NHS Athletic Dept. | 11/11/2005 | Dunlop | 4 | 200621 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Dunlop | 4 | 200622 |
| B-0320 | NHS Athletic Dept. | 2/3/2006 | Dunlop | 4 | 200633 |
| B-4550 | Dover-Sherborn HS | 2/4/2006 | Dunlop | 4 | 200633 |
| B-0100 | Town of Natick | 4/27/2006 | Dunlop | 8 | 200644 |
| B-0100 | W Walsh Company | 6/19/2006 | Dunlop | 8 | 200652 |
| B-1260 | Natick Recreation Dept. | 7/1/2006 | Dunlop | 4 | 200701 |
| B-0100 | W Walsh Company | 7/19/2006 | Dunlop | 8 | 200704 |
| B-0100 | Town of Natick | 7/21/2006 | Dunlop | 4 | 200705 |
| B-0100 | W Walsh Company | 7/25/2006 | Dunlop | 12 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 10/4/2006 | Dunlop | 8 | 200715 |
| B-0100 | W Walsh Company | 12/15/2006 | Dunlop | 8 | 200725 |
| B-4550 | Dover-Sherborn Hockey | 12/20/2006 | Dunlop | 4 | 200726 |
| B-0320 | NHS Athletic Dept. | 1/10/2007 | Dunlop | 4 | 200729 |
| B-4550 | Dover-Sherborn Hockey | 1/13/2007 | Dunlop | 4 | 200729 |
| B-0415 | MIG Corp. | 3/21/2007 | Dunlop | 8 | 200739 |
| B-0100 | W Walsh Company | 4/19/2007 | Dunlop | 4 | 200743 |
| B-0100 | W Walsh Company | 5/18/2007 | Dunlop | 8 | 200747 |
| B-0100 | Town of Natick | 5/26/2007 | Dunlop | 8 | 200748 |
| B-0100 | Town of Natick | 6/2/2007 | Dunlop | 8 | 200749 |
| B-0100 | W Walsh Company | 6/6/2007 | Dunlop | 8 | 200750 |
| B-0100 | W Walsh Company | 6/12/2007 | Dunlop | 8 | 200751 |
| B-0100 | W Walsh Company | 6/19/2007 | Dunlop | 8 | 200752 |
| B-0110 | D&R Construction | 6/22/2007 | Dunlop | 8 | 200752 |
| B-0100 | W Walsh Company | 6/29/2007 | Dunlop | 8 | 200753 |
| B-0100 | W Walsh Company | 7/6/2007 | Dunlop | 12 | 200802 |
| B-0110 | D&R Construction | 7/11/2007 | Dunlop | 8 | 200803 |
| B-0110 | D&R Construction | 7/18/2007 | Dunlop | 8 | 200804 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0110 | D&R Construction | 7/26/2007 | Dunlop | 8 | 200806 |
| B-0110 | D&R Construction | 8/8/2007 | Dunlop | 8 | 200807 |
| B-0110 | D&R Construction | 9/5/2007 | Dunlop | 8 | 200811 |
| B-0320 | NHS Athletic Dept. | 9/7/2007 | Dunlop | 4 | 200811 |
| B-0110 | D&R Construction | 9/10/2007 | Dunlop | 8 | 200812 |
| B-0110 | D&R Construction | 9/11/2007 | Dunlop | 8 | 200812 |
| B-0110 | D&R Construction | 9/18/2007 | Dunlop | 12 | 200813 |
| B-0110 | D&R Construction | 9/20/2007 | Dunlop | 4 | 200813 |
| B-0320 | NHS Athletic Dept. | 9/23/2007 | Dunlop | 4 | 200813 |
| B-0110 | Town of Natick | 10/30/2007 | Dunlop | 8 | 200819 |
| B-0390 | MASS Highway | 6/14/2005 | Fitzgerald | 8 | 200551 |
| B-0100 | Town of Natick | 6/17/2005 | Fitzgerald | 4 | 200551 |
| B-9999 | Severn Trent | 7/19/2005 | Fitzgerald | 4 | 200604 |
| B-0100 | Severn Trent | 8/10/2005 | Fitzgerald | 4 | 200607 |
| B-0415 | MIG Corp. | 9/9/2005 | Fitzgerald | 8 | 200611 |
| B-0415 | MIG Corp. | 9/12/2005 | Fitzgerald | 8 | 200611 |
| B-0100 | Town of Natick | 10/1/2005 | Fitzgerald | 8 | 200615 |
| B-0434 | Wellesley High School | 10/8/2005 | Fitzgerald | 4 | 200615 |
| B-0415 | MIG Corp. | 10/13/2005 | Fitzgerald | 8 | 200616 |
| B-0110 | Town of Natick | 10/21/2005 | Fitzgerald | 8 | 200617 |
| B-0110 | D&R Construction | 11/8/2005 | Fitzgerald | 12 | 200620 |
| B-0415 | MIG Corp. | 11/9/2005 | Fitzgerald | 8 | 200620 |
| B-0100 | Severn Trent | 11/10/2005 | Fitzgerald | 4 | 200620 |
| B-0100 | Town of Natick | 12/2/2005 | Fitzgerald | 8 | 200623 |
| B-0100 | Joseph Cardillo & Sons | 7/25/2006 | Fitzgerald | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/28/2006 | Fitzgerald | 8 | 200709 |
| B-5340 | MWRA | 8/30/2006 | Fitzgerald | 4 | 200710 |
| B-0100 | Joseph Cardillo & Sons | 9/21/2006 | Fitzgerald | 8 | 200713 |
| B-0320 | NHS Athletic Dept. | 10/6/2006 | Fitzgerald | 4 | 200715 |
| B-0100 | Town of Natick | 10/16/2006 | Fitzgerald | 8 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 10/17/2006 | Fitzgerald | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/18/2006 | Fitzgerald | 8 | 200717 |
| B-0320 | NHS Athletic Dept. | 10/21/2006 | Fitzgerald | 4 | 200717 |
| B-0100 | Town of Natick | 10/24/2006 | Fitzgerald | 8 | 200718 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Fitzgerald | 4 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/9/2006 | Fitzgerald | 8 | 200720 |
| B-0390 | MASS Highway | 3/23/2007 | Fitzgerald | 4 | 200739 |
| B-0100 | W Walsh Company | 4/27/2007 | Fitzgerald | 4 | 200744 |
| B-0100 | W Walsh Company | 5/1/2007 | Fitzgerald | 12 | 200745 |
| B-0630 | Natick Board Of Health | 5/5/2007 | Fitzgerald | 4 | 200745 |
| B-0100 | W Walsh Company | 5/7/2007 | Fitzgerald | 8 | 200745 |
| B-0415 | MIG Corp. | 5/11/2007 | Fitzgerald | 8 | 200746 |
| B-0100 | W Walsh Company | 5/15/2007 | Fitzgerald | 8 | 200747 |
| B-0415 | MIG Corp. | 5/16/2007 | Fitzgerald | 8 | 200747 |
| B-0100 | W Walsh Company | 6/13/2007 | Fitzgerald | 8 | 200751 |
| B-0100 | W Walsh Company | 6/18/2007 | Fitzgerald | 8 | 200751 |
| B-0110 | D&R Construction | 7/3/2007 | Fitzgerald | 8 | 200802 |
| B-0110 | D&R Construction | 7/6/2007 | Fitzgerald | 8 | 200802 |
| B-0110 | D&R Construction | 8/13/2007 | Fitzgerald | 8 | 200807 |
| B-0110 | D&R Construction | 8/17/2007 | Fitzgerald | 8 | 200808 |
| B-0110 | D&R Construction | 9/14/2007 | Fitzgerald | 8 | 200812 |
| B-0110 | D&R Construction | 9/19/2007 | Fitzgerald | 8 | 200813 |