| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0320 | NHS Athletic Dept. | 9/23/2007 | Fitzgerald | 4 | 200813 |
| B-0100 | Town of Natick | 10/3/2007 | Fitzgerald | 8 | 200815 |
| B-4550 | Dover-Sherborn HS | 12/15/2007 | Fitzgerald | 4 | 200825 |
| B-0870 | Natick Town Clerk | 3/28/2006 | Fitzpatrick | 16 | 200639 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Fitzpatrick | 16 | 200712 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Fitzpatrick | 16 | 200719 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Fitzpatrick | 16 | 200735 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Fitzpatrick | 16 | 200740 |
| B-0415 | MIG Corp. | 6/15/2005 | Fleming | 8 | 200551 |
| B-5340 | MWRA | 6/27/2005 | Fleming | 4 | 200552 |
| B-0100 | Town of Natick | 6/29/2005 | Fleming | 8 | 200553 |
| B-0415 | MIG Corp. | 8/25/2005 | Fleming | 8 | 200609 |
| B-0110 | Town of Natick | 9/2/2005 | Fleming | 8 | 200611 |
| B-0415 | MIG Corp. | 11/17/2005 | Fleming | 8 | 200621 |
| B-5340 | MWRA | 11/29/2005 | Fleming | 4 | 200623 |
| B-0415 | MIG Corp. | 12/2/2005 | Fleming | 8 | 200623 |
| B-0415 | MIG Corp. | 12/6/2005 | Fleming | 8 | 200624 |
| B-0100 | Severn Trent | 12/29/2005 | Fleming | 8 | 200627 |
| B-0415 | MIG Corp. | 7/29/2005 | Forde | 8 | 200605 |
| B-0110 | Town of Natick | 8/5/2005 | Forde | 8 | 200606 |
| B-0415 | MIG Corp. | 8/9/2005 | Forde | 8 | 200607 |
| B-0415 | MIG Corp. | 11/3/2005 | Forde | 8 | 200619 |
| B-0110 | D&R Construction | 11/8/2005 | Forde | 12 | 200620 |
| B-0110 | Town of Natick | 11/28/2005 | Forde | 8 | 200622 |
| B-0100 | Town of Natick | 11/29/2005 | Forde | 8 | 200623 |
| B-4550 | Dover-Sherborn HS | 12/21/2005 | Forde | 4 | 200626 |
| B-0415 | MIG Corp. | 1/11/2006 | Forde | 8 | 200629 |
| B-0100 | Severn Trent | 1/20/2006 | Forde | 4 | 200630 |
| B-0110 | Northern Tree | 3/24/2006 | Forde | 8 | 200639 |
| B-0415 | MIG Corp. | 4/27/2006 | Forde | 8 | 200644 |
| B-0415 | MIG Corp. | 5/23/2006 | Forde | 8 | 200648 |
| B-0100 | W Walsh Company | 5/26/2006 | Forde | 8 | 200649 |
| B-0100 | W Walsh Company | 6/6/2006 | Forde | 8 | 200650 |
| B-0100 | W Walsh Company | 7/11/2006 | Forde | 8 | 200703 |
| B-0100 | Joseph Cardillo & Sons | 7/17/2006 | Forde | 12 | 200703 |
| B-0100 | Joseph Cardillo & Sons | 7/24/2006 | Forde | 12 | 200704 |
| B-0100 | W Walsh Company | 7/28/2006 | Forde | 8 | 200705 |
| B-0100 | W Walsh Company | 8/4/2006 | Forde | 12 | 200706 |
| B-0415 | MIG Corp. | 8/31/2006 | Forde | 8 | 200710 |
| B-0100 | Joseph Cardillo & Sons | 9/14/2006 | Forde | 12 | 200712 |
| B-0110 | A Andreassi & Son | 9/18/2006 | Forde | 8 | 200712 |
| B-0100 | Town of Natick | 9/22/2006 | Forde | 8 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 9/27/2006 | Forde | 12 | 200714 |
| B-0100 | W Walsh Company | 9/28/2006 | Forde | 8 | 200714 |
| B-0100 | W Walsh Company | 10/5/2006 | Forde | 8 | 200715 |
| B-0100 | W Walsh Company | 10/11/2006 | Forde | 8 | 200716 |
| B-0100 | W Walsh Company | 10/20/2006 | Forde | 8 | 200717 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Forde | 12 | 200720 |
| B-0100 | W Walsh Company | 11/13/2006 | Forde | 8 | 200720 |
| B-0100 | W Walsh Company | 11/14/2006 | Forde | 8 | 200721 |
| B-0100 | W Walsh Company | 11/30/2006 | Forde | 8 | 200723 |
| B-0100 | W Walsh Company | 12/1/2006 | Forde | 12 | 200723 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | W Walsh Company | 12/8/2006 | Forde | 8 | 200724 |
| B-0100 | W Walsh Company | 12/13/2006 | Forde | 8 | 200725 |
| B-0415 | MIG Corp. | 12/19/2006 | Forde | 8 | 200726 |
| B-0100 | W Walsh Company | 12/29/2006 | Forde | 8 | 200727 |
| B-0110 | Town of Natick | 1/9/2007 | Forde | 8 | 200729 |
| B-5340 | MWRA | 2/1/2007 | Forde | 4 | 200732 |
| B-0100 | Town of Natick | 2/13/2007 | Forde | 8 | 200734 |
| B-0415 | MIG Corp. | 3/26/2007 | Forde | 12 | 200739 |
| B-0110 | Town of Natick LF&NR | 4/3/2007 | Forde | 8 | 200741 |
| B-0110 | Northern Tree Service | 4/9/2007 | Forde | 8 | 200741 |
| B-0100 | Town of Natick | 4/10/2007 | Forde | 8 | 200742 |
| B-0390 | MASS Highway | 4/11/2007 | Forde | 8 | 200742 |
| B-0100 | National Water Main | 4/17/2007 | Forde | 4 | 200743 |
| B-0100 | W Walsh Company | 4/18/2007 | Forde | 8 | 200743 |
| B-0100 | W Walsh Company | 4/30/2007 | Forde | 8 | 200745 |
| B-0100 | W Walsh Company | 5/18/2007 | Forde | 12 | 200747 |
| B-0415 | MIG Corp. | 5/21/2007 | Forde | 8 | 200747 |
| B-0100 | W Walsh Company | 5/25/2007 | Forde | 8 | 200748 |
| B-0100 | W Walsh Company | 5/29/2007 | Forde | 8 | 200749 |
| B-0100 | W Walsh Company | 5/30/2007 | Forde | 8 | 200749 |
| B-0100 | W Walsh Company | 6/5/2007 | Forde | 8 | 200750 |
| B-0100 | W Walsh Company | 6/8/2007 | Forde | 8 | 200750 |
| B-0100 | W Walsh Company | 6/11/2007 | Forde | 8 | 200750 |
| B-0110 | Bright Lights | 7/5/2007 | Forde | 4 | 200802 |
| B-0110 | D&R Construction | 7/9/2007 | Forde | 8 | 200802 |
| B-0110 | D&R Construction | 7/11/2007 | Forde | 8 | 200803 |
| B-0100 | W Walsh Company | 7/12/2007 | Forde | 8 | 200803 |
| B-0110 | Town of Natick | 7/16/2007 | Forde | 8 | 200803 |
| B-0110 | D&R Construction | 7/17/2007 | Forde | 8 | 200804 |
| B-0110 | D&R Construction | 7/18/2007 | Forde | 8 | 200804 |
| B-0110 | D&R Construction | 7/23/2007 | Forde | 8 | 200804 |
| B-0100 | W Walsh Company | 7/27/2007 | Forde | 8 | 200805 |
| B-0110 | D&R Construction | 7/31/2007 | Forde | 8 | 200806 |
| B-0100 | ADS Environmental | 8/9/2007 | Forde | 8 | 200807 |
| B-0100 | Town of Natick | 8/27/2007 | Forde | 8 | 200809 |
| B-0100 | Town of Natick | 8/28/2007 | Forde | 8 | 200810 |
| B-0100 | Town of Natick | 9/6/2007 | Forde | 8 | 200811 |
| B-0110 | D&R Construction | 9/12/2007 | Forde | 12 | 200812 |
| B-0100 | Town of Natick | 9/17/2007 | Forde | 8 | 200812 |
| B-0110 | D&R Construction | 9/17/2007 | Forde | 8 | 200812 |
| B-0100 | Town of Natick | 9/24/2007 | Forde | 8 | 200814 |
| B-0100 | Town of Natick | 10/4/2007 | Forde | 8 | 200815 |
| B-0100 | Town of Natick | 10/6/2007 | Forde | 8 | 200815 |
| B-0100 | Town of Natick | 10/15/2007 | Forde | 8 | 200816 |
| B-0110 | D&R Construction | 10/23/2007 | Forde | 8 | 200818 |
| B-0110 | D&R Construction | 10/24/2007 | Forde | 8 | 200818 |
| B-0100 | Joseph Cardillo & Sons | 11/1/2006 | Graham | 8 | 200719 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Graham | 4 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/20/2006 | Graham | 12 | 200722 |
| B-0100 | W Walsh Company | 12/20/2006 | Graham | 8 | 200733 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Graham | 4 | 200817 |
| B-0320 | NHS Athletic Dept. | 10/16/2005 | Grassey B | 4 | 200616 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0870 | Natick Town Clerk | 3/28/2006 | Grassey B | 16 | 200639 |
| B-0320 | NHS Athletic Dept. | 9/15/2006 | Grassey B | 4 | 200712 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Grassey B | 16 | 200712 |
| B-0896 | Morse Institute Library | 10/16/2006 | Grassey B | 4 | 200717 |
| B-0320 | NHS Athletic Dept. | 10/27/2006 | Grassey B | 4 | 200718 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Grassey B | 16 | 200720 |
| B-4550 | Dover-Sherborn Hockey | 2/16/2007 | Grassey B | 4 | 200734 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Grassey B | 16 | 200740 |
| B-0110 | D&R Construction | 8/13/2007 | Grassey B | 8 | 200808 |
| B-0110 | D&R Construction | 8/15/2007 | Grassey B | 12 | 200808 |
| B-5340 | MWRA | 5/4/2006 | Hall | 4 | 200645 |
| B-0390 | MASS Highway | 6/15/2005 | Halloran | 8 | 200551 |
| B-0100 | Severn Trent | 6/28/2005 | Halloran | 4 | 200553 |
| B-0415 | MIG Corp. | 8/19/2005 | Halloran | 4 | 200608 |
| B-0310 | Natick High School | 9/28/2005 | Halloran | 4 | 200614 |
| B-0320 | NHS Athletic Dept. | 9/30/2005 | Halloran | 4 | 200615 |
| B-0320 | NHS Athletic Dept. | 10/16/2005 | Halloran | 4 | 200616 |
| B-0320 | NHS Athletic Dept. | 2/4/2006 | Halloran | 4 | 200632 |
| B-0110 | Tree Tech | 2/23/2006 | Halloran | 4 | 200635 |
| B-0110 | Tree Tech | 2/24/2006 | Halloran | 8 | 200635 |
| B-0100 | Joseph Cardillo & Sons | 7/18/2006 | Halloran | 4 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 8/24/2006 | Halloran | 4 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 9/18/2006 | Halloran | 4 | 200717 |
| B-0320 | NHS Athletic Dept. | 10/27/2006 | Halloran | 4 | 200718 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Halloran | 4 | 200720 |
| B-0320 | NHS Athletic Dept. | 11/10/2006 | Halloran | 4 | 200720 |
| B-0320 | NHS Athletic Dept. | 11/17/2006 | Halloran | 4 | 200721 |
| B-9999 | TJX | 12/22/2006 | Halloran | 4 | 200727 |
| B-0320 | NHS Athletic Dept. | 2/27/2007 | Halloran | 4 | 200735 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Halloran | 12 | 200740 |
| B-0896 | Morse Institute Library | 5/18/2007 | Halloran | 4 | 200747 |
| B-0100 | Insituform | 5/22/2007 | Halloran | 8 | 200750 |
| B-0100 | Insituform | 5/24/2007 | Halloran | 8 | 200750 |
| B-0310 | Natick High School | 5/30/2007 | Halloran | 4 | 200749 |
| B-0100 | Insituform | 6/11/2007 | Halloran | 8 | 200751 |
| B-0100 | Insituform | 6/13/2007 | Halloran | 4 | 200751 |
| B-0100 | Insituform | 6/14/2007 | Halloran | 8 | 200751 |
| B-0100 | Insituform | 7/2/2007 | Halloran | 8 | 200801 |
| B-0100 | Insituform | 7/3/2007 | Halloran | 4 | 200802 |
| B-0110 | D&R Construction | 9/17/2007 | Halloran | 8 | 200812 |
| B-0110 | D&R Construction | 9/19/2007 | Halloran | 8 | 200813 |
| B-0110 | D&R Construction | 9/19/2007 | Halloran | 8 | 200813 |
| B-0320 | NHS Athletic Dept. | 10/12/2007 | Halloran | 4 | 200817 |
| B-0320 | NHS Athletic Dept. | 11/2/2007 | Halloran | 4 | 200820 |
| B-5340 | MWRA | 12/6/2007 | Halloran | 4 | 200824 |
| B-0320 | NHS Athletic Dept. | 9/30/2005 | Haswell | 4 | 200614 |
| B-0320 | NHS Athletic Dept. | 11/11/2005 | Haswell | 4 | 200620 |
| B-4550 | Dover-Sherborn HS | 1/14/2006 | Haswell | 4 | 200629 |
| B-0320 | NHS Athletic Dept. | 9/15/2006 | Haswell | 4 | 200712 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Haswell | 16 | 200712 |
| B-0320 | NHS Athletic Dept. | 9/29/2006 | Haswell | 4 | 200714 |
| B-0896 | Morse Institute Library | 10/16/2006 | Haswell | 4 | 200716 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-4550 | Dover-Sherborn Hockey | 1/20/2007 | Haswell | 4 | 200730 |
| B-4550 | Dover-Sherborn Hockey | 2/3/2007 | Haswell | 4 | 200732 |
| B-0320 | NHS Athletic Dept. | 2/10/2007 | Haswell | 4 | 200733 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Haswell | 16 | 200735 |
| B-0100 | W Walsh Company | 7/11/2007 | Haswell | 8 | 200803 |
| B-0320 | NHS Athletic Dept. | 9/7/2007 | Haswell | 4 | 200811 |
| B-0110 | D&R Construction | 9/18/2007 | Haswell | 8 | 200813 |
| B-0415 | MIG Corp. | 8/11/2005 | Hayes | 8 | 200607 |
| B-0415 | MIG Corp. | 9/16/2005 | Hayes | 8 | 200612 |
| B-0415 | MIG Corp. | 10/14/2005 | Hayes | 8 | 200616 |
| B-0320 | NHS Athletic Dept. | 10/16/2005 | Hayes | 4 | 200616 |
| B-0415 | MIG Corp. | 10/26/2005 | Hayes | 8 | 200618 |
| B-0100 | Severn Trent | 11/4/2005 | Hayes | 4 | 200620 |
| B-0110 | D&R Construction | 11/8/2005 | Hayes | 12 | 200620 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Hayes | 4 | 200622 |
| B-0100 | Severn Trent | 12/1/2005 | Hayes | 8 | 200623 |
| B-0415 | MIG Corp. | 12/7/2005 | Hayes | 8 | 200624 |
| B-0100 | Severn Trent | 1/19/2006 | Hayes | 8 | 200630 |
| B-0100 | Town of Natick | 2/27/2006 | Hayes | 8 | 200635 |
| B-0100 | Severn Trent | 3/31/2006 | Hayes | 8 | 200641 |
| B-0100 | Severn Trent | 4/6/2006 | Hayes | 8 | 200641 |
| B-0100 | Town of Natick | 4/29/2006 | Hayes | 8 | 200644 |
| B-0100 | Severn Trent | 5/11/2006 | Hayes | 4 | 200646 |
| B-0100 | W Walsh Company | 6/16/2006 | Hayes | 8 | 200651 |
| B-0100 | W Walsh Company | 7/14/2006 | Hayes | 12 | 200703 |
| B-0415 | MIG Corp. | 7/27/2006 | Hayes | 8 | 200705 |
| B-0415 | MIG Corp. | 7/28/2006 | Hayes | 8 | 200705 |
| B-0100 | W Walsh Company | 9/12/2006 | Hayes | 8 | 200712 |
| B-0110 | Town of Natick | 9/14/2006 | Hayes | 8 | 200712 |
| B-0100 | Town of Natick | 9/23/2006 | Hayes | 8 | 200713 |
| B-0100 | W Walsh Company | 9/28/2006 | Hayes | 8 | 200714 |
| B-0100 | Town of Natick | 10/7/2006 | Hayes | 8 | 200715 |
| B-0100 | Town of Natick | 10/14/2006 | Hayes | 8 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 11/3/2006 | Hayes | 8 | 200720 |
| B-0100 | W Walsh Company | 11/14/2006 | Hayes | 8 | 200721 |
| B-0100 | W Walsh Company | 11/17/2006 | Hayes | 8 | 200721 |
| B-0100 | W Walsh Company | 11/20/2006 | Hayes | 8 | 200721 |
| B-0100 | W Walsh Company | 11/30/2006 | Hayes | 12 | 200723 |
| B-0100 | W Walsh Company | 12/8/2006 | Hayes | 8 | 200725 |
| B-0100 | W Walsh Company | 12/18/2006 | Hayes | 8 | 200726 |
| B-0100 | ADS Environmental | 4/18/2007 | Hayes | 4 | 200750 |
| B-0390 | MASS Highway | 4/19/2007 | Hayes | 8 | 200743 |
| B-0100 | W Walsh Company | 5/10/2007 | Hayes | 8 | 200746 |
| B-0415 | MIG Corp. | 5/17/2007 | Hayes | 12 | 200747 |
| B-0100 | W Walsh Company | 5/21/2007 | Hayes | 8 | 200747 |
| B-0110 | Town of Natick | 5/23/2007 | Hayes | 8 | 200748 |
| B-0100 | Town of Natick | 5/24/2007 | Hayes | 8 | 200749 |
| B-0100 | Joseph Cardillo & Sons | 5/30/2007 | Hayes | 8 | 200749 |
| B-5340 | MWRA | 6/4/2007 | Hayes | 4 | 200750 |
| B-0100 | Insituform | 6/12/2007 | Hayes | 8 | 200751 |
| B-0100 | W Walsh Company | 6/12/2007 | Hayes | 12 | 200751 |
| B-0100 | Insituform | 6/13/2007 | Hayes | 8 | 200751 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | ADS Environmental | 6/15/2007 | Hayes | 8 | 200751 |
| B-0100 | W Walsh Company | 6/20/2007 | Hayes | 8 | 200752 |
| B-0100 | W Walsh Company | 6/22/2007 | Hayes | 8 | 200752 |
| B-0100 | W Walsh Company | 7/26/2007 | Hayes | 8 | 200805 |
| B-0100 | Joseph Cardillo & Sons | 8/3/2007 | Hayes | 4 | 200806 |
| B-0110 | D&R Construction | 8/10/2007 | Hayes | 12 | 200807 |
| B-0110 | D&R Construction | 8/15/2007 | Hayes | 8 | 200808 |
| B-0110 | D&R Construction | 8/17/2007 | Hayes | 8 | 200808 |
| B-0110 | D&R Construction | 9/6/2007 | Hayes | 8 | 200811 |
| B-0110 | D&R Construction | 9/7/2007 | Hayes | 8 | 200811 |
| B-0110 | D&R Construction | 9/13/2007 | Hayes | 8 | 200813 |
| B-0110 | D&R Construction | 9/18/2007 | Hayes | 8 | 200812 |
| B-0110 | D&R Construction | 9/20/2007 | Hayes | 8 | 200813 |
| B-0100 | Town of Natick | 9/29/2007 | Hayes | 8 | 200814 |
| B-0100 | Town of Natick | 10/10/2007 | Hayes | 8 | 200816 |
| B-0100 | Town of Natick | 10/13/2007 | Hayes | 8 | 200817 |
| B-0110 | D&R Construction | 10/19/2007 | Hayes | 12 | 200818 |
| B-0100 | W Walsh Company | 7/27/2007 | Heffler | 8 | 200805 |
| B-0100 | Severn Trent | 6/14/2005 | Hoffman | 4 | 200551 |
| B-0415 | MIG Corp. | 6/16/2005 | Hoffman | 8 | 200551 |
| B-0415 | MIG Corp. | 10/21/2005 | Hoffman | 8 | 200617 |
| B-0110 | D&R Construction | 11/3/2005 | Hoffman | 12 | 200619 |
| B-0110 | Tree Tech | 2/23/2006 | Hoffman | 8 | 200635 |
| B-0110 | Tree Tech | 2/24/2006 | Hoffman | 8 | 200635 |
| B-0870 | Natick Town Clerk | 3/28/2006 | Hoffman | 12 | 200640 |
| B-0110 | Bright Lights | 3/30/2006 | Hoffman | 4 | 200640 |
| B-0415 | MIG Corp. | 4/7/2006 | Hoffman | 8 | 200641 |
| B-0415 | MIG Corp. | 5/17/2006 | Hoffman | 8 | 200647 |
| B-0415 | MIG Corp. | 5/19/2006 | Hoffman | 12 | 200647 |
| B-0415 | MIG Corp. | 5/24/2006 | Hoffman | 4 | 200648 |
| B-0100 | Joseph Cardillo & Sons | 7/24/2006 | Hoffman | 12 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 7/31/2006 | Hoffman | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/3/2006 | Hoffman | 8 | 200706 |
| B-0100 | Joseph Cardillo & Sons | 8/9/2006 | Hoffman | 12 | 200707 |
| B-0100 | Joseph Cardillo & Sons | 8/10/2006 | Hoffman | 8 | 200707 |
| B-0100 | Joseph Cardillo & Sons | 8/11/2006 | Hoffman | 8 | 200707 |
| B-0100 | Joseph Cardillo & Sons | 8/15/2006 | Hoffman | 12 | 200708 |
| B-0100 | Joseph Cardillo & Sons | 8/17/2006 | Hoffman | 8 | 200708 |
| B-0100 | Joseph Cardillo & Sons | 8/22/2006 | Hoffman | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 8/23/2006 | Hoffman | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 8/28/2006 | Hoffman | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 8/29/2006 | Hoffman | 8 | 200710 |
| B-0100 | W Walsh Company | 8/30/2006 | Hoffman | 8 | 200710 |
| B-0100 | W Walsh Company | 9/5/2006 | Hoffman | 12 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/8/2006 | Hoffman | 12 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/11/2006 | Hoffman | 12 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/15/2006 | Hoffman | 12 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 10/3/2006 | Hoffman | 12 | 200715 |
| B-0100 | W Walsh Company | 10/5/2006 | Hoffman | 8 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/11/2006 | Hoffman | 12 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 10/23/2006 | Hoffman | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/24/2006 | Hoffman | 12 | 200718 |