| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | Joseph Cardillo & Sons | 10/26/2006 | Hoffman | 12 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 10/27/2006 | Hoffman | 8 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 11/14/2006 | Hoffman | 12 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 11/22/2006 | Hoffman | 8 | 200722 |
| B-0100 | Joseph Cardillo & Sons | 11/27/2006 | Hoffman | 12 | 200722 |
| B-9999 | W Walsh Company | 12/21/2006 | Hoffman | 4 | 200726 |
| B-0415 | MIG Corp. | 12/27/2006 | Hoffman | 12 | 200727 |
| B-0100 | W Walsh Company | 12/28/2006 | Hoffman | 8 | 200727 |
| B-0415 | MIG Corp. | 1/3/2007 | Hoffman | 8 | 200728 |
| B-0100 | W Walsh Company | 5/8/2007 | Hoffman | 8 | 200746 |
| B-0100 | W Walsh Company | 5/9/2007 | Hoffman | 8 | 200746 |
| B-0100 | W Walsh Company | 5/10/2007 | Hoffman | 8 | 200746 |
| B-0100 | W Walsh Company | 5/11/2007 | Hoffman | 8 | 200746 |
| B-0415 | MIG Corp. | 5/15/2007 | Hoffman | 8 | 200747 |
| B-0310 | Natick High School | 5/16/2007 | Hoffman | 4 | 200747 |
| B-0310 | Natick High School | 5/17/2007 | Hoffman | 4 | 200747 |
| B-0100 | W Walsh Company | 5/21/2007 | Hoffman | 8 | 200747 |
| B-0100 | W Walsh Company | 5/22/2007 | Hoffman | 8 | 200748 |
| B-0100 | Town of Natick | 6/7/2007 | Hoffman | 8 | 200750 |
| B-0100 | W Walsh Company | 6/8/2007 | Hoffman | 8 | 200750 |
| B-0100 | Joseph Cardillo & Sons | 6/14/2007 | Hoffman | 8 | 200751 |
| B-0110 | D&R Construction | 7/25/2007 | Hoffman | 8 | 200805 |
| B-0110 | D&R Construction | 7/26/2007 | Hoffman | 8 | 200805 |
| B-0110 | D&R Construction | 7/27/2007 | Hoffman | 8 | 200805 |
| B-0100 | Town of Natick | 9/18/2007 | Hoffman | 8 | 200813 |
| B-0100 | Town of Natick | 9/24/2007 | Hoffman | 8 | 200813 |
| B-0100 | Town of Natick | 9/26/2007 | Hoffman | 8 | 200814 |
| B-0100 | Town of Natick | 10/5/2007 | Hoffman | 8 | 200815 |
| B-0100 | Town of Natick | 10/11/2007 | Hoffman | 8 | 200816 |
| B-0100 | Town of Natick | 10/25/2007 | Hoffman | 4 | 200818 |
| B-0100 | Town of Natick | 11/16/2007 | Hoffman | 8 | 200821 |
| B-0415 | MIG Corp. | 4/24/2006 | Howard | 4 | 200643 |
| B-0415 | MIG Corp. | 4/28/2006 | Howard | 8 | 200644 |
| B-0415 | MIG Corp. | 5/9/2006 | Howard | 12 | 200646 |
| B-0100 | Town of Natick | 5/11/2006 | Howard | 8 | 200646 |
| B-0415 | MIG Corp. | 5/15/2006 | Howard | 12 | 200646 |
| B-0100 | W Walsh Company | 5/22/2006 | Howard | 8 | 200647 |
| B-0415 | MIG Corp. | 6/1/2006 | Howard | 4 | 200649 |
| B-0310 | Natick High School | 6/4/2006 | Howard | 4 | 200649 |
| B-0100 | W Walsh Company | 6/15/2006 | Howard | 8 | 200651 |
| B-0100 | W Walsh Company | 6/16/2006 | Howard | 8 | 200651 |
| B-0100 | W Walsh Company | 7/26/2006 | Howard | 8 | 200705 |
| B-0100 | W Walsh Company | 7/27/2006 | Howard | 12 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/7/2006 | Howard | 12 | 200706 |
| B-0100 | Joseph Cardillo & Sons | 8/8/2006 | Howard | 12 | 200707 |
| B-0100 | W Walsh Company | 8/14/2006 | Howard | 12 | 200708 |
| B-0100 | Andreassi & Son | 8/16/2006 | Howard | 8 | 200708 |
| B-0100 | Andreassi & Son | 8/17/2006 | Howard | 8 | 200708 |
| B-0100 | W Walsh Company | 8/18/2006 | Howard | 8 | 200708 |
| B-0100 | Joseph Cardillo & Sons | 8/21/2006 | Howard | 8 | 200708 |
| B-0415 | MIG Corp. | 8/24/2006 | Howard | 8 | 200709 |
| B-0100 | W Walsh Company | 9/5/2006 | Howard | 8 | 200711 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | W Walsh Company | 9/6/2006 | Howard | 12 | 200711 |
| B-0100 | W Walsh Company | 9/7/2006 | Howard | 8 | 200711 |
| B-0415 | MIG Corp. | 9/11/2006 | Howard | 8 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/12/2006 | Howard | 12 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/18/2006 | Howard | 12 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/19/2006 | Howard | 12 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 9/25/2006 | Howard | 8 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 10/6/2006 | Howard | 8 | 200715 |
| B-0100 | W Walsh Company | 10/18/2006 | Howard | 12 | 200717 |
| B-0100 | W Walsh Company | 10/19/2006 | Howard | 8 | 200717 |
| B-0100 | Town of Natick | 10/23/2006 | Howard | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/24/2006 | Howard | 12 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 11/6/2006 | Howard | 12 | 200719 |
| B-0100 | Joseph Cardillo & Sons | 11/7/2006 | Howard | 8 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/9/2006 | Howard | 8 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/10/2006 | Howard | 12 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/20/2006 | Howard | 8 | 200721 |
| B-0100 | W Walsh Company | 11/30/2006 | Howard | 12 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 12/11/2006 | Howard | 12 | 200725 |
| B-0100 | Joseph Cardillo & Sons | 12/13/2006 | Howard | 12 | 200725 |
| B-0415 | MIG Corp. | 12/18/2006 | Howard | 12 | 200725 |
| B-0100 | Town of Natick | 3/29/2007 | Howard | 4 | 200740 |
| B-0110 | Town of Natick LF&NR | 4/3/2007 | Howard | 8 | 200741 |
| B-0640 | Traffic Systems Inc. | 4/30/2007 | Howard | 8 | 200744 |
| B-0100 | ADS Environmental | 5/2/2007 | Howard | 4 | 200745 |
| B-0100 | W Walsh Company | 5/4/2007 | Howard | 12 | 200745 |
| B-0100 | W Walsh Company | 5/17/2007 | Howard | 4 | 200747 |
| B-0100 | National Water Main | 5/21/2007 | Howard | 8 | 200748 |
| B-0100 | Town of Natick | 6/20/2007 | Howard | 8 | 200752 |
| B-0110 | D&R Construction | 6/21/2007 | Howard | 8 | 200752 |
| B-0110 | D&R Construction | 6/28/2007 | Howard | 12 | 200753 |
| B-0100 | Insituform | 7/2/2007 | Howard | 8 | 200801 |
| B-0110 | D&R Construction | 7/3/2007 | Howard | 8 | 200802 |
| B-0100 | Insituform | 7/5/2007 | Howard | 8 | 200802 |
| B-0110 | D&R Construction | 7/9/2007 | Howard | 8 | 200802 |
| B-0100 | ADS Environmental | 7/11/2007 | Howard | 8 | 200803 |
| B-0100 | ADS Environmental | 7/12/2007 | Howard | 4 | 200803 |
| B-0110 | D&R Construction | 7/13/2007 | Howard | 8 | 200803 |
| B-0110 | D&R Construction | 7/31/2007 | Howard | 8 | 200806 |
| B-0110 | D&R Construction | 8/3/2007 | Howard | 8 | 200806 |
| B-0110 | D&R Construction | 8/8/2007 | Howard | 8 | 200807 |
| B-0110 | D&R Construction | 8/14/2007 | Howard | 12 | 200808 |
| B-0110 | D&R Construction | 8/15/2007 | Howard | 8 | 200808 |
| B-0110 | D&R Construction | 8/21/2007 | Howard | 12 | 200809 |
| B-0110 | D&R Construction | 8/27/2007 | Howard | 8 | 200809 |
| B-0110 | D&R Construction | 9/4/2007 | Howard | 12 | 200811 |
| B-0110 | D&R Construction | 9/6/2007 | Howard | 8 | 200811 |
| B-0110 | D&R Construction | 9/7/2007 | Howard | 8 | 200811 |
| B-0110 | D&R Construction | 9/11/2007 | Howard | 8 | 200812 |
| B-0100 | Town of Natick | 9/19/2007 | Howard | 8 | 200813 |
| B-0100 | Town of Natick | 9/27/2007 | Howard | 8 | 200814 |
| B-5340 | MWRA | 10/9/2007 | Howard | 4 | 200816 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0110 | D&R Construction | 10/15/2007 | Howard | 12 | 200816 |
| B-0110 | D&R Construction | 10/25/2007 | Howard | 8 | 200818 |
| B-0320 | NHS Athletic Dept. | 11/2/2007 | Howard | 4 | 200819 |
| B-0415 | MIG Corp. | 8/19/2005 | Ingham | 12 | 200608 |
| B-0415 | MIG Corp. | 5/10/2006 | Ingham | 12 | 200646 |
| B-0100 | W Walsh Company | 7/3/2006 | Ingham | 8 | 200702 |
| B-0100 | Joseph Cardillo & Sons | 8/31/2006 | Ingham | 8 | 200710 |
| B-5340 | MWRA | 9/7/2006 | Ingham | 4 | 200711 |
| B-0320 | NHS Athletic Dept. | 10/27/2006 | Ingham | 4 | 200718 |
| B-0100 | Town of Natick | 11/18/2006 | Ingham | 8 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 12/13/2006 | Ingham | 12 | 200725 |
| B-4550 | Dover-Sherborn Hockey | 1/31/2007 | Ingham | 4 | 200732 |
| B-0100 | Joseph Cardillo & Sons | 5/21/2007 | Ingham | 8 | 200747 |
| B-0100 | W Walsh Company | 5/23/2007 | Ingham | 12 | 200748 |
| B-0100 | W Walsh Company | 6/7/2007 | Ingham | 12 | 200750 |
| B-0110 | D&R Construction | 7/12/2007 | Ingham | 8 | 200803 |
| B-0110 | D&R Construction | 7/16/2007 | Ingham | 8 | 200803 |
| B-0110 | D&R Construction | 8/24/2007 | Ingham | 8 | 200809 |
| B-0100 | Town of Natick | 10/9/2007 | Ingham | 8 | 200816 |
| B-0320 | NHS Athletic Dept. | 11/22/2007 | Ingham | 4 | 200822 |
| B-0110 | D&R Construction | 9/27/2007 | Jennings | 12 | 200814 |
| B-0110 | D&R Construction | 9/28/2007 | Jennings | 8 | 200814 |
| B-0110 | D&R Construction | 10/3/2007 | Jennings | 8 | 200815 |
| B-0110 | D&R Construction | 10/4/2007 | Jennings | 8 | 200815 |
| B-0100 | Town of Natick | 10/10/2007 | Jennings | 8 | 200816 |
| B-0110 | D&R Construction | 10/15/2007 | Jennings | 8 | 200817 |
| B-0110 | D&R Construction | 10/16/2007 | Jennings | 12 | 200817 |
| B-0110 | D&R Construction | 11/2/2007 | Jennings | 8 | 200819 |
| B-5340 | MWRA | 11/14/2007 | Jennings | 4 | 200821 |
| B-5340 | MWRA | 10/31/2005 | Kelley | 4 | 200618 |
| B-0110 | D&R Construction | 11/7/2005 | Kelley | 8 | 200620 |
| B-0415 | MIG Corp. | 12/13/2005 | Kelley | 8 | 200625 |
| B-0100 | Severn Trent | 1/26/2006 | Kelley | 8 | 200631 |
| B-0415 | MIG Corp. | 2/16/2006 | Kelley | 4 | 200634 |
| B-0100 | Severn Trent | 4/7/2006 | Kelley | 4 | 200641 |
| B-0100 | Town of Natick | 4/27/2006 | Kelley | 8 | 200644 |
| B-0415 | MIG Corp. | 5/16/2006 | Kelley | 8 | 200647 |
| B-0310 | Natick High School | 5/19/2006 | Kelley | 4 | 200647 |
| B-0100 | W Walsh Company | 7/11/2006 | Kelley | 8 | 200706 |
| B-0100 | W Walsh Company | 7/12/2006 | Kelley | 8 | 200703 |
| B-0100 | W Walsh Company | 7/14/2006 | Kelley | 12 | 200703 |
| B-0100 | W Walsh Company | 8/18/2006 | Kelley | 8 | 200708 |
| B-0100 | W Walsh Company | 9/6/2006 | Kelley | 8 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/22/2006 | Kelley | 8 | 200713 |
| B-0110 | A Andreassi & Son | 9/28/2006 | Kelley | 8 | 200714 |
| B-5340 | MWRA | 4/9/2007 | Kelley | 4 | 200742 |
| B-5340 | MWRA | 4/20/2007 | Kelley | 4 | 200743 |
| B-0100 | W Walsh Company | 5/7/2007 | Kelley | 8 | 200745 |
| B-0100 | W Walsh Company | 5/9/2007 | Kelley | 8 | 200746 |
| B-0100 | W Walsh Company | 5/21/2007 | Kelley | 8 | 200747 |
| B-0100 | Joseph Cardillo & Sons | 5/22/2007 | Kelley | 12 | 200748 |
| B-0100 | Town of Natick | 6/8/2007 | Kelley | 8 | 200750 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | ADS Environmental | 6/12/2007 | Kelley | 4 | 200751 |
| B-0100 | Joseph Cardillo & Sons | 6/14/2007 | Kelley | 8 | 200751 |
| B-0100 | W Walsh Company | 6/22/2007 | Kelley | 8 | 200752 |
| B-0100 | Insituform | 7/2/2007 | Kelley | 8 | 200801 |
| B-0110 | D&R Construction | 7/5/2007 | Kelley | 8 | 200802 |
| B-0110 | D&R Construction | 7/6/2007 | Kelley | 8 | 200802 |
| B-0100 | W Walsh Company | 7/16/2007 | Kelley | 8 | 200803 |
| B-5340 | MWRA | 8/28/2007 | Kelley | 4 | 200810 |
| B-0110 | D&R Construction | 9/17/2007 | Kelley | 12 | 200813 |
| B-0110 | D&R Construction | 9/19/2007 | Kelley | 8 | 200813 |
| B-0100 | Town of Natick | 10/11/2007 | Kelley | 8 | 200816 |
| B-0110 | D&R Construction | 10/18/2007 | Kelley | 8 | 200817 |
| B-0110 | D&R Construction | 10/29/2007 | Kelley | 8 | 200819 |
| B-0415 | MIG Corp. | 7/8/2005 | Keohane | 12 | 200602 |
| B-0415 | MIG Corp. | 10/7/2005 | Keohane | 8 | 200615 |
| B-0415 | MIG Corp. | 12/5/2005 | Keohane | 8 | 200623 |
| B-0110 | Royer Tree | 1/12/2006 | Keohane | 4 | 200629 |
| B-0100 | Severn Trent | 2/9/2006 | Keohane | 8 | 200633 |
| B-0100 | Severn Trent | 2/16/2006 | Keohane | 8 | 200634 |
| B-0100 | Severn Trent | 2/17/2006 | Keohane | 4 | 200634 |
| B-0415 | MIG Corp. | 4/24/2006 | Keohane | 4 | 200643 |
| B-0100 | W Walsh Company | 5/16/2006 | Keohane | 8 | 200647 |
| B-0100 | W Walsh Company | 6/15/2006 | Keohane | 8 | 200651 |
| B-0100 | Joseph Cardillo & Sons | 7/17/2006 | Keohane | 12 | 200703 |
| B-0100 | Joseph Cardillo & Sons | 7/21/2006 | Keohane | 8 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 7/27/2006 | Keohane | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 7/28/2006 | Keohane | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/2/2006 | Keohane | 8 | 200706 |
| B-0100 | Joseph Cardillo & Sons | 8/4/2006 | Keohane | 8 | 200706 |
| B-0100 | Joseph Cardillo & Sons | 8/8/2006 | Keohane | 12 | 200707 |
| B-0100 | Joseph Cardillo & Sons | 8/9/2006 | Keohane | 12 | 200707 |
| B-0100 | W Walsh Company | 9/8/2006 | Keohane | 12 | 200711 |
| B-0110 | A Andreassi & Son | 10/3/2006 | Keohane | 4 | 200715 |
| B-0100 | Joseph Cardillo & Sons | 10/20/2006 | Keohane | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/25/2006 | Keohane | 12 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 11/6/2006 | Keohane | 12 | 200719 |
| B-0100 | Joseph Cardillo & Sons | 11/14/2006 | Keohane | 12 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 12/7/2006 | Keohane | 12 | 200724 |
| B-0100 | Joseph Cardillo & Sons | 12/12/2006 | Keohane | 12 | 200725 |
| B-0100 | W Walsh Company | 12/14/2006 | Keohane | 12 | 200725 |
| B-0100 | National Water Main | 4/6/2007 | Keohane | 4 | 200741 |
| B-0100 | W Walsh Company | 6/5/2007 | Keohane | 8 | 200750 |
| B-0100 | W Walsh Company | 7/6/2007 | Keohane | 12 | 200802 |
| B-0100 | W Walsh Company | 7/16/2007 | Keohane | 8 | 200803 |
| B-0100 | W Walsh Company | 7/23/2007 | Keohane | 12 | 200804 |
| B-0110 | D&R Construction | 7/30/2007 | Keohane | 8 | 200805 |
| B-0110 | D&R Construction | 8/10/2007 | Keohane | 12 | 200807 |
| B-0110 | D&R Construction | 9/14/2007 | Keohane | 8 | 200812 |
| B-0100 | Town of Natick | 9/26/2007 | Keohane | 8 | 200814 |
| B-0100 | Town of Natick | 9/27/2007 | Keohane | 8 | 200814 |
| B-0110 | D&R Construction | 10/3/2007 | Keohane | 8 | 200815 |
| B-0100 | Town of Natick | 10/9/2007 | Keohane | 8 | 200816 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0110 | D&R Construction | 10/15/2007 | Keohane | 8 | 200816 |
| B-0110 | Town of Natick | 11/5/2005 | Kerrissey | 8 | 200620 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Kerrissey | 4 | 200622 |
| B-0415 | MIG Corp. | 12/9/2005 | Kerrissey | 4 | 200624 |
| B-0870 | Natick Town Clerk | 3/28/2006 | Kerrissey | 16 | 200639 |
| B-9999 | MIRESCO | 5/5/2006 | Kerrissey | 8 | 200645 |
| B-0100 | Joseph Cardillo & Sons | 7/18/2006 | Kerrissey | 4 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 7/21/2006 | Kerrissey | 8 | 200704 |
| B-0100 | W Walsh Company | 7/25/2006 | Kerrissey | 4 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 7/28/2006 | Kerrissey | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/4/2006 | Kerrissey | 8 | 200706 |
| B-0100 | W Walsh Company | 8/25/2006 | Kerrissey | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 9/15/2006 | Kerrissey | 12 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/18/2006 | Kerrissey | 4 | 200712 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Kerrissey | 16 | 200713 |
| B-0320 | NHS Athletic Dept. | 9/29/2006 | Kerrissey | 4 | 200714 |
| B-0320 | NHS Athletic Dept. | 10/6/2006 | Kerrissey | 4 | 200716 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Kerrissey | 16 | 200720 |
| B-0100 | Town of Natick | 11/15/2006 | Kerrissey | 8 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 12/5/2006 | Kerrissey | 4 | 200724 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Kerrissey | 16 | 200736 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Kerrissey | 16 | 200740 |
| B-0334 | NHS Class Of 2007 | 4/26/2007 | Kerrissey | 4 | 200744 |
| B-0100 | Insituform | 5/22/2007 | Kerrissey | 4 | 200748 |
| B-0110 | D&R Construction | 9/17/2007 | Kerrissey | 4 | 200813 |
| B-0110 | D&R Construction | 9/18/2007 | Kerrissey | 4 | 200813 |
| B-0110 | Town of Natick | 5/3/2006 | Lacerra | 8 | 200645 |
| B-9999 | MIRESCO | 5/6/2006 | Lacerra | 4 | 200645 |
| B-0310 | Natick High School | 5/18/2006 | Lacerra | 4 | 200647 |
| B-0100 | W Walsh Company | 6/1/2006 | Lacerra | 8 | 200649 |
| B-0100 | W Walsh Company | 7/12/2006 | Lacerra | 8 | 200703 |
| B-0100 | W Walsh Company | 7/19/2006 | Lacerra | 8 | 200704 |
| B-0415 | MIG Corp. | 7/26/2006 | Lacerra | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/2/2006 | Lacerra | 8 | 200706 |
| B-0100 | W Walsh Company | 8/9/2006 | Lacerra | 8 | 200707 |
| B-0110 | Town of Natick | 8/10/2006 | Lacerra | 8 | 200707 |
| B-0100 | W Walsh Company | 8/17/2006 | Lacerra | 8 | 200708 |
| B-0100 | Joseph Cardillo & Sons | 8/18/2006 | Lacerra | 12 | 200708 |
| B-0100 | W Walsh Company | 8/23/2006 | Lacerra | 12 | 200709 |
| B-0100 | W Walsh Company | 8/31/2006 | Lacerra | 8 | 200710 |
| B-0110 | A Andreassi & Son | 9/12/2006 | Lacerra | 12 | 200712 |
| B-0110 | A Andreassi & Son | 9/18/2006 | Lacerra | 8 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/28/2006 | Lacerra | 12 | 200714 |
| B-0100 | Town of Natick | 9/30/2006 | Lacerra | 8 | 200714 |
| B-0100 | W Walsh Company | 10/12/2006 | Lacerra | 8 | 200716 |
| B-0100 | Town of Natick | 10/18/2006 | Lacerra | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/23/2006 | Lacerra | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 11/7/2006 | Lacerra | 8 | 200720 |
| B-0100 | W Walsh Company | 11/16/2006 | Lacerra | 12 | 200721 |
| B-0100 | W Walsh Company | 12/8/2006 | Lacerra | 8 | 200724 |
| B-0100 | W Walsh Company | 5/15/2007 | Lacerra | 12 | 200747 |
| B-0100 | W Walsh Company | 5/17/2007 | Lacerra | 8 | 200747 |