| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0310 | Natick High School | 5/18/2007 | Lacerra | 4 | 200747 |
| B-0100 | Joseph Cardillo & Sons | 5/22/2007 | Lacerra | 8 | 200748 |
| B-0100 | Town of Natick | 5/30/2007 | Lacerra | 8 | 200749 |
| B-0310 | Natick High School | 6/3/2007 | Lacerra | 4 | 200749 |
| B-0100 | ADS Environmental | 6/6/2007 | Lacerra | 8 | 200750 |
| B-0100 | W Walsh Company | 6/7/2007 | Lacerra | 12 | 200750 |
| B-0100 | W Walsh Company | 6/19/2007 | Lacerra | 8 | 200752 |
| B-0110 | D&R Construction | 6/21/2007 | Lacerra | 8 | 200752 |
| B-0110 | D&R Construction | 6/28/2007 | Lacerra | 8 | 200753 |
| B-0110 | D&R Construction | 7/10/2007 | Lacerra | 8 | 200803 |
| B-0110 | D&R Construction | 7/12/2007 | Lacerra | 8 | 200803 |
| B-0100 | W Walsh Company | 7/13/2007 | Lacerra | 8 | 200803 |
| B-0110 | D&R Construction | 7/23/2007 | Lacerra | 8 | 200804 |
| B-0110 | D&R Construction | 7/24/2007 | Lacerra | 8 | 200805 |
| B-0110 | D&R Construction | 7/27/2007 | Lacerra | 8 | 200805 |
| B-0110 | D&R Construction | 8/7/2007 | Lacerra | 8 | 200807 |
| B-0110 | D&R Construction | 8/24/2007 | Lacerra | 8 | 200809 |
| B-0100 | Town of Natick | 10/16/2007 | Lacerra | 8 | 200817 |
| B-0415 | MIG Corp. | 7/26/2005 | Lamont | 8 | 200605 |
| B-0415 | MIG Corp. | 8/2/2005 | Lamont | 12 | 200606 |
| B-0100 | Town of Natick | 8/18/2005 | Lamont | 8 | 200608 |
| B-0415 | MIG Corp. | 8/24/2005 | Lamont | 12 | 200609 |
| B-0415 | MIG Corp. | 8/26/2005 | Lamont | 8 | 200610 |
| B-0415 | MIG Corp. | 9/26/2005 | Lamont | 8 | 200614 |
| B-0100 | Severn Trent | 12/20/2005 | Lamont | 8 | 200626 |
| B-0415 | MIG Corp. | 1/12/2006 | Lamont | 8 | 200630 |
| B-0415 | MIG Corp. | 1/30/2006 | Lamont | 8 | 200632 |
| B-0415 | MIG Corp. | 4/6/2006 | Lamont | 8 | 200641 |
| B-5340 | MWRA | 4/19/2006 | Lamont | 4 | 200643 |
| B-0100 | Town of Natick | 4/26/2006 | Lamont | 8 | 200644 |
| B-0100 | Severn Trent | 4/27/2006 | Lamont | 4 | 200644 |
| B-5340 | MWRA | 5/3/2006 | Lamont | 4 | 200645 |
| B-0100 | W Walsh Company | 5/8/2006 | Lamont | 12 | 200645 |
| B-0100 | W Walsh Company | 5/23/2006 | Lamont | 8 | 200648 |
| B-0100 | W Walsh Company | 5/24/2006 | Lamont | 12 | 200648 |
| B-0100 | Joseph Cardillo & Sons | 8/29/2006 | Lamont | 8 | 200710 |
| B-0100 | Town of Natick | 8/30/2006 | Lamont | 8 | 200710 |
| B-0100 | Joseph Cardillo & Sons | 9/19/2006 | Lamont | 8 | 200713 |
| B-0110 | A Andreassi & Son | 9/29/2006 | Lamont | 8 | 200714 |
| B-0100 | Town of Natick | 10/12/2006 | Lamont | 8 | 200716 |
| B-0100 | Town of Natick | 10/13/2006 | Lamont | 8 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 10/25/2006 | Lamont | 12 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 11/13/2006 | Lamont | 12 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/14/2006 | Lamont | 12 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 11/20/2006 | Lamont | 12 | 200721 |
| B-5340 | MWRA | 11/21/2006 | Lamont | 4 | 200722 |
| B-0100 | Town of Natick | 11/27/2006 | Lamont | 8 | 200722 |
| B-0100 | Joseph Cardillo & Sons | 11/28/2006 | Lamont | 8 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 12/4/2006 | Lamont | 8 | 200724 |
| B-0110 | Town of Natick | 1/4/2007 | Lamont | 8 | 200728 |
| B-5340 | MWRA | 2/9/2007 | Lamont | 4 | 200733 |
| B-0100 | Severn Trent | 7/7/2005 | Lanoue | 8 | 200602 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0415 | MIG Corp. | 8/10/2005 | Lanoue | 12 | 200607 |
| B-0415 | MIG Corp. | 8/17/2005 | Lanoue | 8 | 200608 |
| B-0415 | MIG Corp. | 8/22/2005 | Lanoue | 8 | 200609 |
| B-0415 | MIG Corp. | 8/23/2005 | Lanoue | 8 | 200609 |
| B-0415 | MIG Corp. | 8/30/2005 | Lanoue | 8 | 200610 |
| B-0415 | MIG Corp. | 9/20/2005 | Lanoue | 8 | 200613 |
| B-0415 | MIG Corp. | 9/28/2005 | Lanoue | 8 | 200614 |
| B-5340 | MWRA | 9/29/2005 | Lanoue | 4 | 200614 |
| B-0415 | MIG Corp. | 10/3/2005 | Lanoue | 8 | 200614 |
| B-5340 | MWRA | 2/2/2006 | Lanoue | 8 | 200632 |
| B-0110 | Northern Tree | 3/23/2006 | Lanoue | 8 | 200639 |
| B-0415 | MIG Corp. | 4/26/2006 | Lanoue | 8 | 200644 |
| B-0415 | MIG Corp. | 5/1/2006 | Lanoue | 8 | 200644 |
| B-0415 | MIG Corp. | 5/8/2006 | Lanoue | 8 | 200645 |
| B-0100 | W Walsh Company | 5/17/2006 | Lanoue | 8 | 200647 |
| B-0100 | W Walsh Company | 6/1/2006 | Lanoue | 8 | 200649 |
| B-0110 | D&R Construction | 6/13/2006 | Lanoue | 4 | 200651 |
| B-0100 | W Walsh Company | 6/13/2006 | Lanoue | 4 | 200651 |
| B-0100 | W Walsh Company | 6/14/2006 | Lanoue | 8 | 200651 |
| B-0100 | W Walsh Company | 7/12/2006 | Lanoue | 8 | 200703 |
| B-0100 | W Walsh Company | 7/13/2006 | Lanoue | 8 | 200703 |
| B-0100 | Joseph Cardillo & Sons | 7/31/2006 | Lanoue | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/7/2006 | Lanoue | 12 | 200706 |
| B-0100 | W Walsh Company | 8/29/2006 | Lanoue | 8 | 200710 |
| B-0100 | W Walsh Company | 8/30/2006 | Lanoue | 12 | 200710 |
| B-0100 | Town of Natick | 9/7/2006 | Lanoue | 8 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/11/2006 | Lanoue | 12 | 200711 |
| B-0100 | Joseph Cardillo & Sons | 9/19/2006 | Lanoue | 8 | 200713 |
| B-0110 | A Andreassi & Son | 9/25/2006 | Lanoue | 8 | 200713 |
| B-0100 | Town of Natick | 9/26/2006 | Lanoue | 8 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 10/2/2006 | Lanoue | 8 | 200714 |
| B-0100 | W Walsh Company | 10/13/2006 | Lanoue | 8 | 200716 |
| B-0100 | Joseph Cardillo & Sons | 10/17/2006 | Lanoue | 8 | 200717 |
| B-0100 | Town of Natick | 10/25/2006 | Lanoue | 8 | 200718 |
| B-0100 | W Walsh Company | 11/16/2006 | Lanoue | 12 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 12/4/2006 | Lanoue | 12 | 200723 |
| B-0100 | W Walsh Company | 12/18/2006 | Lanoue | 12 | 200726 |
| B-0415 | MIG Corp. | 12/21/2006 | Lanoue | 8 | 200726 |
| B-0100 | W Walsh Company | 12/27/2006 | Lanoue | 12 | 200727 |
| B-0100 | Town of Natick | 3/14/2007 | Lanoue | 8 | 200738 |
| B-0390 | MASS Highway | 4/10/2007 | Lanoue | 8 | 200742 |
| B-0100 | Town of Natick | 4/11/2007 | Lanoue | 12 | 200742 |
| B-0100 | W Walsh Company | 4/20/2007 | Lanoue | 8 | 200743 |
| B-0100 | W Walsh Company | 4/26/2007 | Lanoue | 8 | 200744 |
| B-0100 | W Walsh Company | 5/9/2007 | Lanoue | 8 | 200746 |
| B-0415 | MIG Corp. | 5/14/2007 | Lanoue | 12 | 200746 |
| B-0100 | W Walsh Company | 5/16/2007 | Lanoue | 8 | 200747 |
| B-0100 | W Walsh Company | 6/20/2007 | Lanoue | 8 | 200752 |
| B-5340 | MWRA | 6/21/2007 | Lanoue | 4 | 200752 |
| B-0100 | W Walsh Company | 6/25/2007 | Lanoue | 8 | 200752 |
| B-0110 | D&R Construction | 7/3/2007 | Lanoue | 8 | 200802 |
| B-0100 | Insituform | 7/5/2007 | Lanoue | 8 | 200802 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | Insituform | 7/6/2007 | Lanoue | 8 | 200802 |
| B-0110 | D&R Construction | 7/16/2007 | Lanoue | 8 | 200803 |
| B-0100 | W Walsh Company | 7/19/2007 | Lanoue | 8 | 200804 |
| B-0100 | W Walsh Company | 7/20/2007 | Lanoue | 8 | 200804 |
| B-0100 | ADS Environmental | 8/10/2007 | Lanoue | 4 | 200807 |
| B-0100 | Town of Natick | 8/29/2007 | Lanoue | 8 | 200810 |
| B-0110 | D&R Construction | 8/31/2007 | Lanoue | 12 | 200810 |
| B-0110 | D&R Construction | 9/10/2007 | Lanoue | 8 | 200811 |
| B-0110 | D&R Construction | 9/11/2007 | Lanoue | 8 | 200812 |
| B-0110 | D&R Construction | 9/12/2007 | Lanoue | 12 | 200812 |
| B-0110 | D&R Construction | 9/17/2007 | Lanoue | 12 | 200812 |
| B-0100 | Town of Natick | 9/19/2007 | Lanoue | 8 | 200813 |
| B-0100 | Town of Natick | 9/20/2007 | Lanoue | 8 | 200813 |
| B-0100 | Town of Natick | 10/9/2007 | Lanoue | 8 | 200816 |
| B-0110 | D&R Construction | 10/17/2007 | Lanoue | 8 | 200817 |
| B-0110 | D&R Construction | 10/23/2007 | Lanoue | 8 | 200818 |
| B-0110 | Town of Natick | 11/6/2007 | Lanoue | 8 | 200820 |
| B-0100 | Town of Natick | 11/8/2007 | Lanoue | 4 | 200820 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Lauzon | 4 | 200622 |
| B-0100 | Severn Trent | 12/13/2005 | Lauzon | 4 | 200625 |
| B-4550 | Dover-Sherborn HS | 1/21/2006 | Lauzon | 4 | 200630 |
| B-0320 | NHS Athletic Dept. | 1/25/2006 | Lauzon | 4 | 200631 |
| B-4550 | Dover-Sherborn HS | 1/25/2006 | Lauzon | 4 | 200631 |
| B-0320 | NHS Athletic Dept. | 2/4/2006 | Lauzon | 4 | 200632 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Lauzon | 16 | 200713 |
| B-0100 | W Walsh Company | 10/9/2006 | Lauzon | 8 | 200715 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Lauzon | 16 | 200719 |
| B-0320 | NHS Athletic Dept. | 11/10/2006 | Lauzon | 4 | 200720 |
| B-0100 | W Walsh Company | 12/13/2006 | Lauzon | 8 | 200725 |
| B-0100 | W Walsh Company | 12/27/2006 | Lauzon | 12 | 200727 |
| B-5340 | MWRA | 4/26/2007 | Lauzon | 4 | 200744 |
| B-0100 | Insituform | 5/23/2007 | Lauzon | 8 | 200748 |
| B-0100 | Insituform | 5/24/2007 | Lauzon | 8 | 200748 |
| B-0100 | Insituform | 7/3/2007 | Lauzon | 4 | 200802 |
| B-0100 | Insituform | 7/5/2007 | Lauzon | 4 | 200802 |
| B-0100 | Insituform | 7/7/2007 | Lauzon | 4 | 200802 |
| B-0110 | Town of Natick | 8/5/2007 | Lauzon | 4 | 200806 |
| B-0110 | D&R Construction | 9/17/2007 | Lauzon | 8 | 200812 |
| B-0110 | D&R Construction | 9/19/2007 | Lauzon | 8 | 200813 |
| B-0110 | D&R Construction | 9/19/2007 | Lauzon | 8 | 200813 |
| B-0110 | D&R Construction | 11/21/2005 | Linton | 8 | 200622 |
| B-0415 | MIG Corp. | 11/23/2005 | Linton | 8 | 200622 |
| B-0110 | Northern Tree | 3/16/2006 | Linton | 8 | 200638 |
| B-0896 | Morse Institute Library | 10/16/2006 | Mabardy | 4 | 200716 |
| B-0870 | Natick Town Clerk | 11/7/2006 | Mabardy | 4 | 200720 |
| B-4550 | Dover-Sherborn Hockey | 12/18/2006 | Mabardy | 4 | 200726 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Mabardy | 16 | 200735 |
| B-0820 | Wilson Middle School | 3/8/2007 | Mabardy | 4 | 200737 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Mabardy | 16 | 200740 |
| B-0870 | Natick Town Clerk | 5/22/2007 | Mabardy | 16 | 200748 |
| B-5340 | MWRA | 12/3/2007 | Mabardy | 4 | 200824 |
| B-5340 | MWRA | 12/4/2007 | Mabardy | 4 | 200824 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-5340 | MWRA | 12/5/2007 | Mabardy | 4 | 200824 |
| B-0110 | Town of Natick | 10/29/2005 | Mason | 8 | 200618 |
| B-0415 | MIG Corp. | 7/31/2006 | Mason | 4 | 200705 |
| B-0100 | Town of Natick | 8/26/2006 | Mason | 8 | 200709 |
| B-0100 | Joseph Cardillo & Sons | 9/18/2006 | Mason | 4 | 200712 |
| B-0870 | Natick Town Clerk | 9/19/2006 | Mason | 4 | 200714 |
| B-4550 | Dover-Sherborn Hockey | 1/9/2007 | Mason | 4 | 200729 |
| B-4550 | Dover-Sherborn Hockey | 1/29/2007 | Mason | 4 | 200732 |
| B-0870 | Natick Town Clerk | 3/27/2007 | Mason | 16 | 200740 |
| B-5340 | MWRA | 4/30/2007 | Mason | 4 | 200744 |
| B-0100 | Insituform | 5/21/2007 | Mason | 8 | 200747 |
| B-0100 | Insituform | 7/2/2007 | Mason | 8 | 200802 |
| B-0100 | W Walsh Company | 7/3/2007 | Mason | 12 | 200803 |
| B-0110 | D&R Construction | 9/18/2007 | Munger | 8 | 200813 |
| B-0100 | Town of Natick | 10/4/2007 | Munger | 8 | 200815 |
| B-0100 | Town of Natick | 10/16/2007 | Munger | 8 | 200817 |
| B-0320 | NHS Athletic Dept. | 11/2/2007 | Munger | 4 | 200819 |
| B-0415 | MIG Corp. | 10/6/2005 | Murphy | 8 | 200615 |
| B-0415 | MIG Corp. | 10/12/2005 | Murphy | 8 | 200616 |
| B-0100 | W Walsh Company | 5/9/2006 | Murphy | 8 | 200646 |
| B-0100 | W Walsh Company | 6/9/2006 | Murphy | 8 | 200650 |
| B-0100 | Joseph Cardillo & Sons | 7/26/2006 | Murphy | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/14/2006 | Murphy | 8 | 200707 |
| B-0415 | MIG Corp. | 1/4/2007 | Murphy | 8 | 200728 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Murphy | 12 | 200736 |
| B-0110 | D&R Construction | 8/14/2007 | Murphy | 12 | 200808 |
| B-0110 | D&R Construction | 9/14/2007 | Murphy | 8 | 200812 |
| B-0110 | D&R Construction | 9/20/2007 | Murphy | 8 | 200813 |
| B-0110 | D&R Construction | 9/25/2007 | Murphy | 8 | 200814 |
| B-0110 | D&R Construction | 10/1/2007 | Murphy | 8 | 200814 |
| B-0870 | Natick Town Clerk | 2/27/2007 | Nguyen | 4 | 200736 |
| B-0110 | Town of Natick | 3/12/2007 | Nguyen | 4 | 200737 |
| B-0320 | NHS Athletic Dept. | 9/16/2005 | O'Callaghan | 4 | 200612 |
| B-0320 | NHS Athletic Dept. | 9/30/2005 | O'Callaghan | 4 | 200614 |
| B-0390 | MASS Highway | 10/18/2005 | O'Callaghan | 4 | 200617 |
| B-0310 | Natick High School | 3/10/2006 | O'Callaghan | 4 | 200637 |
| B-0870 | Natick Town Clerk | 3/28/2006 | O'Callaghan | 4 | 200639 |
| B-0310 | Natick High School | 4/6/2006 | O'Callaghan | 4 | 200641 |
| B-0100 | Joseph Cardillo & Sons | 8/24/2006 | O'Callaghan | 4 | 200709 |
| B-0320 | NHS Athletic Dept. | 9/1/2006 | O'Callaghan | 4 | 200710 |
| B-0320 | NHS Athletic Dept. | 9/15/2006 | O'Callaghan | 4 | 200712 |
| B-0110 | Town of Natick | 10/6/2006 | O'Callaghan | 4 | 200715 |
| B-0320 | NHS Athletic Dept. | 10/27/2006 | O'Callaghan | 4 | 200718 |
| B-0320 | NHS Athletic Dept. | 11/10/2006 | O'Callaghan | 4 | 200720 |
| B-0870 | Natick Town Clerk | 2/27/2007 | O'Callaghan | 4 | 200736 |
| B-0870 | Natick Town Clerk | 5/22/2007 | Ordway | 16 | 200748 |
| B-0100 | Joseph Cardillo & Sons | 6/14/2007 | Ordway | 8 | 200752 |
| B-0110 | D&R Construction | 9/18/2007 | Ordway | 4 | 200813 |
| B-0110 | D&R Construction | 9/19/2007 | Ordway | 4 | 200813 |
| B-0110 | Town of Natick | 12/7/2007 | Ordway | 4 | 200824 |
| B-0100 | Town of Natick | 4/10/2007 | Payne | 8 | 200744 |
| B-0100 | W Walsh Company | 4/30/2007 | Payne | 8 | 200744 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0640 | Traffic Systems, Inc. | 5/1/2007 | Payne | 4 | 200745 |
| B-0100 | Joseph Cardillo & Sons | 5/14/2007 | Payne | 8 | 200746 |
| B-0100 | Town of Natick | 5/15/2007 | Payne | 8 | 200747 |
| B-5340 | MWRA | 5/16/2007 | Payne | 4 | 200748 |
| B-0100 | National Water Main | 5/21/2007 | Payne | 8 | 200747 |
| B-0415 | MIG Corp. | 5/22/2007 | Payne | 8 | 200748 |
| B-0100 | W Walsh Company | 5/24/2007 | Payne | 8 | 200748 |
| B-0100 | W Walsh Company | 6/12/2007 | Payne | 12 | 200751 |
| B-0100 | W Walsh Company | 6/18/2007 | Payne | 8 | 200752 |
| B-0110 | D&R Construction | 6/21/2007 | Payne | 8 | 200752 |
| B-0110 | D&R Construction | 6/26/2007 | Payne | 8 | 200753 |
| B-0110 | D&R Construction | 6/27/2007 | Payne | 8 | 200753 |
| B-0100 | W Walsh Company | 6/28/2007 | Payne | 8 | 200753 |
| B-0100 | Insituform | 7/3/2007 | Payne | 8 | 200802 |
| B-0110 | D&R Construction | 7/12/2007 | Payne | 8 | 200803 |
| B-0110 | D&R Construction | 7/16/2007 | Payne | 8 | 200804 |
| B-0110 | D&R Construction | 7/23/2007 | Payne | 8 | 200805 |
| B-0110 | D&R Construction | 9/6/2007 | Payne | 8 | 200811 |
| B-0110 | D&R Construction | 9/7/2007 | Payne | 8 | 200811 |
| B-0110 | D&R Construction | 9/10/2007 | Payne | 12 | 200811 |
| B-0100 | Town of Natick | 9/12/2007 | Payne | 8 | 200812 |
| B-0100 | Town of Natick | 9/13/2007 | Payne | 8 | 200812 |
| B-0100 | Town of Natick | 9/18/2007 | Payne | 8 | 200813 |
| B-5340 | MWRA | 9/25/2007 | Payne | 4 | 200820 |
| B-0100 | Town of Natick | 10/11/2007 | Payne | 8 | 200816 |
| B-0100 | Town of Natick | 10/17/2007 | Payne | 8 | 200817 |
| B-0100 | Town of Natick | 10/26/2007 | Payne | 4 | 200818 |
| B-5340 | MWRA | 11/5/2007 | Payne | 4 | 200819 |
| B-0100 | Severn Trent | 6/13/2005 | Peros | 4 | 200551 |
| B-0100 | Town of Natick | 6/23/2005 | Peros | 8 | 200553 |
| B-0100 | Town of Natick | 7/7/2005 | Peros | 8 | 200603 |
| B-0100 | Town of Natick | 7/14/2005 | Peros | 8 | 200603 |
| B-5340 | MWRA | 7/22/2005 | Peros | 4 | 200605 |
| B-0110 | Town of Natick | 8/4/2005 | Peros | 8 | 200607 |
| B-0100 | Town of Natick | 9/29/2005 | Peros | 8 | 200615 |
| B-0415 | MIG Corp. | 10/24/2005 | Peros | 8 | 200618 |
| B-0415 | MIG Corp. | 11/1/2005 | Peros | 8 | 200619 |
| B-0415 | MIG Corp. | 11/28/2005 | Peros | 8 | 200623 |
| B-0110 | Northern Tree | 3/17/2006 | Peros | 8 | 200638 |
| B-0870 | Natick Town Clerk | 3/28/2006 | Peros | 12 | 200640 |
| B-0415 | MIG Corp. | 5/3/2006 | Peros | 12 | 200645 |
| B-0100 | W Walsh Company | 5/9/2006 | Peros | 8 | 200646 |
| B-0100 | W Walsh Company | 5/15/2006 | Peros | 8 | 200647 |
| B-0100 | W Walsh Company | 5/16/2006 | Peros | 8 | 200648 |
| B-0100 | W Walsh Company | 7/3/2006 | Peros | 8 | 200702 |
| B-0100 | Joseph Cardillo & Sons | 7/14/2006 | Peros | 8 | 200703 |
| B-0100 | W Walsh Company | 7/20/2006 | Peros | 12 | 200704 |
| B-0415 | MIG Corp. | 7/25/2006 | Peros | 8 | 200705 |
| B-0110 | Town of Natick | 7/31/2006 | Peros | 8 | 200705 |
| B-0110 | D&R Construction | 8/7/2006 | Peros | 8 | 200707 |
| B-0100 | W Walsh Company | 8/31/2006 | Peros | 12 | 200710 |
| B-0100 | W Walsh Company | 9/7/2006 | Peros | 4 | 200711 |