| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0110 | A Andreassi & Son | 9/15/2006 | Peros | 12 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/19/2006 | Peros | 12 | 200713 |
| B-0100 | Joseph Cardillo & Sons | 9/25/2006 | Peros | 8 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 10/13/2006 | Peros | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/19/2006 | Peros | 8 | 200717 |
| B-0100 | Joseph Cardillo & Sons | 10/30/2006 | Peros | 8 | 200719 |
| B-0100 | Joseph Cardillo & Sons | 10/31/2006 | Peros | 8 | 200719 |
| B-0100 | W Walsh Company | 11/6/2006 | Peros | 8 | 200720 |
| B-0100 | Joseph Cardillo & Sons | 11/15/2006 | Peros | 12 | 200721 |
| B-0390 | MASS Highway | 11/21/2006 | Peros | 4 | 200722 |
| B-0100 | Joseph Cardillo & Sons | 11/22/2006 | Peros | 8 | 200722 |
| B-0100 | Joseph Cardillo & Sons | 11/29/2006 | Peros | 12 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 12/6/2006 | Peros | 12 | 200724 |
| B-0100 | Joseph Cardillo & Sons | 12/11/2006 | Peros | 12 | 200725 |
| B-0100 | W Walsh Company | 12/12/2006 | Peros | 12 | 200725 |
| B-0100 | Traffic Systems, Inc. | 12/18/2006 | Peros | 8 | 200726 |
| B-0415 | MIG Corp. | 12/20/2006 | Peros | 12 | 200726 |
| B-0415 | MIG Corp. | 12/28/2006 | Peros | 8 | 200727 |
| B-0100 | W Walsh Company | 12/29/2006 | Peros | 8 | 200728 |
| B-0415 | MIG Corp. | 3/23/2007 | Peros | 8 | 200740 |
| B-0100 | Joseph Cardillo & Sons | 3/29/2007 | Peros | 8 | 200740 |
| B-0100 | W Walsh Company | 5/2/2007 | Peros | 8 | 200745 |
| B-0100 | W Walsh Company | 5/10/2007 | Peros | 8 | 200746 |
| B-0100 | W Walsh Company | 5/11/2007 | Peros | 8 | 200746 |
| B-0415 | MIG Corp. | 5/16/2007 | Peros | 8 | 200747 |
| B-0100 | W Walsh Company | 5/17/2007 | Peros | 12 | 200747 |
| B-0100 | W Walsh Company | 5/22/2007 | Peros | 12 | 200748 |
| B-0100 | Joseph Cardillo & Sons | 5/23/2007 | Peros | 8 | 200749 |
| B-0100 | W Walsh Company | 5/29/2007 | Peros | 8 | 200749 |
| B-0310 | Natick High School | 6/3/2007 | Peros | 4 | 200749 |
| B-0100 | Insituform | 6/12/2007 | Peros | 4 | 200751 |
| B-0100 | W Walsh Company | 6/15/2007 | Peros | 8 | 200751 |
| B-0100 | W Walsh Company | 6/21/2007 | Peros | 8 | 200752 |
| B-0100 | W Walsh Company | 6/22/2007 | Peros | 8 | 200752 |
| B-0100 | W Walsh Company | 6/27/2007 | Peros | 8 | 200753 |
| B-0100 | W Walsh Company | 7/9/2007 | Peros | 12 | 200803 |
| B-0110 | D&R Construction | 7/10/2007 | Peros | 8 | 200803 |
| B-0110 | D&R Construction | 7/13/2007 | Peros | 8 | 200804 |
| B-0110 | D&R Construction | 7/16/2007 | Peros | 8 | 200804 |
| B-0100 | W Walsh Company | 7/24/2007 | Peros | 8 | 200805 |
| B-0110 | D&R Construction | 8/3/2007 | Peros | 8 | 200806 |
| B-0110 | D&R Construction | 8/30/2007 | Peros | 12 | 200810 |
| B-0110 | D&R Construction | 9/14/2007 | Peros | 8 | 200812 |
| B-0100 | Town of Natick | 9/20/2007 | Peros | 8 | 200813 |
| B-0100 | Town of Natick | 9/22/2007 | Peros | 8 | 200813 |
| B-0100 | Town of Natick | 9/25/2007 | Peros | 8 | 200814 |
| B-0110 | D&R Construction | 9/26/2007 | Peros | 8 | 200814 |
| B-0110 | D&R Construction | 10/1/2007 | Peros | 12 | 200815 |
| B-0110 | D&R Construction | 10/2/2007 | Peros | 8 | 200815 |
| B-0110 | D&R Construction | 10/31/2007 | Peros | 8 | 200819 |
| B-0110 | D&R Construction | 11/1/2007 | Peros | 8 | 200819 |
| B-0553 | NHS Class Of 2008 | 12/7/2007 | Peros | 4 | 200825 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0110 | Northern Tree | 3/17/2006 | Quilty | 8 | 200638 |
| B-0100 | Town of Natick | 3/20/2006 | Quilty | 8 | 200639 |
| B-0320 | NHS Athletic Dept. | 11/22/2007 | Quilty | 4 | 200822 |
| B-0110 | D&R Construction | 11/8/2005 | Richardson | 12 | 200620 |
| B-0320 | NHS Athletic Dept. | 11/11/2005 | Richardson | 4 | 200620 |
| B-0110 | D&R Construction | 11/21/2005 | Richardson | 8 | 200621 |
| B-4550 | Dover-Sherborn Hockey | 1/4/2006 | Richardson | 4 | 200628 |
| B-4550 | Dover-Sherborn HS | 2/8/2006 | Richardson | 4 | 200633 |
| B-0415 | MIG Corp. | 4/25/2006 | Richardson | 8 | 200644 |
| B-0046 | NHS Student Council | 5/12/2006 | Richardson | 4 | 200646 |
| B-0100 | W Walsh Company | 5/25/2006 | Richardson | 8 | 200648 |
| B-0100 | W Walsh Company | 5/31/2006 | Richardson | 8 | 200649 |
| B-0100 | Joseph Cardillo & Sons | 7/18/2006 | Richardson | 12 | 200704 |
| B-0100 | Joseph Cardillo & Sons | 9/5/2006 | Richardson | 8 | 200711 |
| B-0415 | MIG Corp. | 10/5/2006 | Richardson | 8 | 200715 |
| B-0310 | Natick High School | 11/17/2006 | Richardson | 4 | 200721 |
| B-0100 | Joseph Cardillo & Sons | 11/30/2006 | Richardson | 4 | 200723 |
| B-0100 | W Walsh Company | 5/2/2007 | Richardson | 8 | 200745 |
| B-0100 | W Walsh Company | 5/8/2007 | Richardson | 8 | 200746 |
| B-0415 | MIG Corp. | 5/15/2007 | Richardson | 8 | 200747 |
| B-0100 | Insituform | 5/24/2007 | Richardson | 8 | 200748 |
| B-0110 | D&R Construction | 9/11/2007 | Richardson | 8 | 200812 |
| B-0110 | D&R Construction | 9/18/2007 | Richardson | 8 | 200813 |
| B-0110 | D&R Construction | 9/24/2007 | Richardson | 12 | 200813 |
| B-0110 | D&R Construction | 10/5/2007 | Richardson | 8 | 200815 |
| B-0320 | NHS Athletic Dept. | 10/12/2007 | Richardson | 4 | 200816 |
| B-0110 | D&R Construction | 10/17/2007 | Richardson | 8 | 200817 |
| B-0100 | Town of Natick | 11/19/2007 | Richardson | 8 | 200821 |
| B-0110 | Town of Natick | 6/14/2005 | Rodriguez | 8 | 200551 |
| B-0415 | MIG Corp. | 6/20/2005 | Rodriguez | 8 | 200551 |
| B-0415 | MIG Corp. | 8/1/2005 | Rodriguez | 12 | 200607 |
| B-0100 | Town of Natick | 8/26/2005 | Rodriguez | 8 | 200609 |
| B-5340 | MWRA | 8/30/2005 | Rodriguez | 4 | 200610 |
| B-0110 | D&R Construction | 11/8/2005 | Rodriguez | 12 | 200620 |
| B-0110 | D&R Construction | 11/21/2005 | Rodriguez | 8 | 200622 |
| B-0100 | Town of Natick | 12/14/2005 | Rodriguez | 8 | 200625 |
| B-0100 | W Walsh Company | 5/19/2006 | Rodriguez | 4 | 200647 |
| B-0100 | W Walsh Company | 5/25/2006 | Rodriguez | 8 | 200648 |
| B-0415 | MIG Corp. | 6/15/2006 | Rodriguez | 8 | 200651 |
| B-0100 | Joseph Cardillo & Sons | 7/17/2006 | Rodriguez | 12 | 200704 |
| B-0100 | W Walsh Company | 7/20/2006 | Rodriguez | 12 | 200704 |
| B-9999 | Joseph Cardillo & Sons | 7/26/2006 | Rodriguez | 4 | 200705 |
| B-0415 | MIG Corp. | 7/28/2006 | Rodriguez | 8 | 200705 |
| B-0100 | Joseph Cardillo & Sons | 8/1/2006 | Rodriguez | 8 | 200706 |
| B-0100 | W Walsh Company | 8/18/2006 | Rodriguez | 8 | 200708 |
| B-0100 | W Walsh Company | 8/25/2006 | Rodriguez | 8 | 200709 |
| B-0100 | W Walsh Company | 8/28/2006 | Rodriguez | 8 | 200710 |
| B-0100 | W Walsh Company | 9/8/2006 | Rodriguez | 12 | 200711 |
| B-0110 | A Andreassi & Son | 9/14/2006 | Rodriguez | 8 | 200712 |
| B-0100 | Joseph Cardillo & Sons | 9/18/2006 | Rodriguez | 12 | 200713 |
| B-0110 | A Andreassi & Son | 9/28/2006 | Rodriguez | 8 | 200714 |
| B-0100 | Joseph Cardillo & Sons | 10/18/2006 | Rodriguez | 12 | 200717 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0100 | Joseph Cardillo & Sons | 10/20/2006 | Rodriguez | 8 | 200717 |
| B-0100 | W Walsh Company | 10/23/2006 | Rodriguez | 8 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 10/27/2006 | Rodriguez | 8 | 200718 |
| B-0100 | Joseph Cardillo & Sons | 10/30/2006 | Rodriguez | 8 | 200719 |
| B-0100 | W Walsh Company | 11/2/2006 | Rodriguez | 4 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 11/10/2006 | Rodriguez | 12 | 200720 |
| B-0100 | W Walsh Company | 11/17/2006 | Rodriguez | 12 | 200723 |
| B-0100 | Joseph Cardillo & Sons | 12/8/2006 | Rodriguez | 12 | 200724 |
| B-0100 | W Walsh Company | 12/14/2006 | Rodriguez | 12 | 200725 |
| B-0415 | MIG Corp. | 12/22/2006 | Rodriguez | 8 | 200726 |
| B-0415 | MIG Corp. | 12/26/2006 | Rodriguez | 4 | 200727 |
| B-0415 | MIG Corp. | 3/19/2007 | Rodriguez | 8 | 200739 |
| B-9999 | Daigle Homes | 4/4/2007 | Rodriguez | 4 | 200741 |
| B-0100 | W Walsh Company | 5/7/2007 | Rodriguez | 8 | 200745 |
| B-0415 | MIG Corp. | 5/14/2007 | Rodriguez | 12 | 200746 |
| B-0415 | MIG Corp. | 5/16/2007 | Rodriguez | 8 | 200747 |
| B-0100 | W Walsh Company | 5/25/2007 | Rodriguez | 8 | 200748 |
| B-0100 | W Walsh Company | 5/30/2007 | Rodriguez | 8 | 200749 |
| B-0100 | W Walsh Company | 6/1/2007 | Rodriguez | 8 | 200749 |
| B-0100 | Town of Natick | 6/8/2007 | Rodriguez | 8 | 200750 |
| B-0100 | W Walsh Company | 6/13/2007 | Rodriguez | 8 | 200751 |
| B-0100 | W Walsh Company | 6/15/2007 | Rodriguez | 8 | 200751 |
| B-0100 | W Walsh Company | 6/19/2007 | Rodriguez | 8 | 200752 |
| B-0100 | W Walsh Company | 7/23/2007 | Rodriguez | 12 | 200804 |
| B-0110 | D&R Construction | 8/3/2007 | Rodriguez | 8 | 200806 |
| B-0110 | D&R Construction | 8/6/2007 | Rodriguez | 12 | 200806 |
| B-0110 | D&R Construction | 8/7/2007 | Rodriguez | 12 | 200807 |
| B-0110 | D&R Construction | 8/9/2007 | Rodriguez | 12 | 200807 |
| B-0110 | D&R Construction | 8/10/2007 | Rodriguez | 12 | 200807 |
| B-0110 | D&R Construction | 8/13/2007 | Rodriguez | 8 | 200807 |
| B-0110 | D&R Construction | 8/21/2007 | Rodriguez | 12 | 200809 |
| B-0110 | D&R Construction | 8/31/2007 | Rodriguez | 12 | 200810 |
| B-0110 | D&R Construction | 9/7/2007 | Rodriguez | 8 | 200811 |
| B-0110 | D&R Construction | 9/13/2007 | Rodriguez | 8 | 200812 |
| B-0110 | D&R Construction | 9/18/2007 | Rodriguez | 8 | 200812 |
| B-0110 | D&R Construction | 9/19/2007 | Rodriguez | 8 | 200813 |
| B-0320 | NHS Athletic Dept. | 9/23/2007 | Rodriguez | 4 | 200813 |
| B-0110 | D&R Construction | 9/28/2007 | Rodriguez | 12 | 200814 |
| B-0100 | Town of Natick | 10/1/2007 | Rodriguez | 8 | 200814 |
| B-0110 | D&R Construction | 10/12/2007 | Rodriguez | 8 | 200816 |
| B-0110 | D&R Construction | 10/22/2007 | Rodriguez | 8 | 200817 |
| B-0415 | MIG Corp. | 12/12/2005 | Rossi-Cafarelli | 8 | 200624 |
| B-0110 | Royer Tree | 1/12/2006 | Rossi-Cafarelli | 4 | 200629 |
| B-0100 | Severn Trent | 8/27/2005 | Salis | 4 | 200609 |
| B-0415 | MIG Corp. | 8/31/2005 | Salis | 8 | 200610 |
| B-0320 | NHS Athletic Dept. | 9/16/2005 | Salis | 4 | 200612 |
| B-0415 | MIG Corp. | 9/29/2005 | Salis | 8 | 200614 |
| B-0320 | NHS Athletic Dept. | 9/30/2005 | Salis | 4 | 200614 |
| B-0110 | D&R Construction | 11/3/2005 | Salis | 12 | 200619 |
| B-0415 | MIG Corp. | 11/4/2005 | Salis | 8 | 200619 |
| B-0415 | MIG Corp. | 11/10/2005 | Salis | 12 | 200620 |
| B-0320 | NHS Athletic Dept. | 11/24/2005 | Salis | 4 | 200622 |

| Vendor # | Vendor | Date | Officer | HRS | Week |
|---|---|---|---|---|---|
| B-0415 | MIG Corp. | 12/14/2005 | Salis | 8 | 200625 |
| B-0100 | Town of Natick | 1/6/2006 | Salis | 8 | 200628 |
| B-0100 | Severn Trent | 1/24/2006 | Salis | 8 | 200631 |
| B-0415 | MIG Corp. | 1/26/2006 | Salis | 8 | 200631 |
| B-0415 | MIG Corp. | 5/5/2006 | Salis | 8 | 200645 |
| B-0100 | W Walsh Company | 5/11/2006 | Salis | 8 | 200646 |
| B-0100 | Joseph Cardillo & Sons | 12/8/2006 | Salis | 12 | 200724 |
| B-0100 | Joseph Cardillo & Sons | 12/11/2006 | Salis | 12 | 200724 |
| B-0100 | W Walsh Company | 12/13/2006 | Salis | 8 | 200725 |
| B-0100 | W Walsh Company | 12/15/2006 | Salis | 12 | 200725 |
| B-0100 | W Walsh Company | 12/19/2006 | Salis | 8 | 200726 |
| B-0415 | MIG Corp. | 1/2/2007 | Salis | 8 | 200728 |
| B-0640 | Natick Fire Dept. Com | 2/11/2007 | Salis | 4 | 200733 |
| B-0100 | Town of Natick | 2/18/2007 | Salis | 4 | 200734 |
| B-0390 | MASS Highway | 3/22/2007 | Salis | 8 | 200739 |
| B-0390 | MASS Highway | 4/9/2007 | Salis | 8 | 200741 |
| B-0100 | W Walsh Company | 4/20/2007 | Salis | 8 | 200743 |
| B-0100 | W Walsh Company | 4/25/2007 | Salis | 8 | 200744 |
| B-0100 | W Walsh Company | 5/1/2007 | Salis | 12 | 200745 |
| B-0100 | W Walsh Company | 5/4/2007 | Salis | 12 | 200745 |
| B-0415 | MIG Corp. | 5/7/2007 | Salis | 12 | 200745 |
| B-0415 | MIG Corp. | 5/8/2007 | Salis | 8 | 200746 |
| B-0100 | W Walsh Company | 5/9/2007 | Salis | 8 | 200746 |
| B-0415 | MIG Corp. | 5/10/2007 | Salis | 8 | 200746 |
| B-0100 | Town of Natick | 5/12/2007 | Salis | 4 | 200746 |
| B-0100 | W Walsh Company | 5/14/2007 | Salis | 8 | 200746 |
| B-0100 | W Walsh Company | 5/16/2007 | Salis | 8 | 200747 |
| B-0100 | W Walsh Company | 5/17/2007 | Salis | 4 | 200747 |
| B-0100 | W Walsh Company | 5/21/2007 | Salis | 8 | 200747 |
| B-0100 | Insituform | 5/22/2007 | Salis | 8 | 200748 |
| B-0100 | W Walsh Company | 5/24/2007 | Salis | 8 | 200748 |
| B-1260 | Natick Recreation Dept. | 5/29/2007 | Salis | 4 | 200749 |
| B-0100 | Joseph Cardillo & Sons | 5/30/2007 | Salis | 12 | 200749 |
| B-0100 | W Walsh Company | 6/6/2007 | Salis | 12 | 200750 |
| B-0100 | W Walsh Company | 6/14/2007 | Salis | 8 | 200751 |
| B-0110 | D&R Construction | 6/21/2007 | Salis | 8 | 200752 |
| B-0110 | D&R Construction | 6/28/2007 | Salis | 8 | 200753 |
| B-0100 | W Walsh Company | 7/2/2007 | Salis | 8 | 200801 |
| B-0100 | W Walsh Company | 7/5/2007 | Salis | 8 | 200802 |
| B-0100 | Insituform | 7/7/2007 | Salis | 12 | 200802 |
| B-0110 | D&R Construction | 7/10/2007 | Salis | 8 | 200803 |
| B-0110 | D&R Construction | 7/27/2007 | Salis | 8 | 200805 |
| B-0110 | D&R Construction | 7/31/2007 | Salis | 12 | 200806 |
| B-0110 | Town of Natick | 8/5/2007 | Salis | 4 | 200806 |
| B-0110 | D&R Construction | 8/8/2007 | Salis | 8 | 200807 |
| B-0110 | D&R Construction | 8/9/2007 | Salis | 8 | 200807 |
| B-0110 | D&R Construction | 8/13/2007 | Salis | 8 | 200807 |
| B-0110 | D&R Construction | 8/15/2007 | Salis | 8 | 200808 |
| B-0110 | D&R Construction | 8/16/2007 | Salis | 8 | 200808 |
| B-0110 | D&R Construction | 8/17/2007 | Salis | 8 | 200808 |
| B-0110 | D&R Construction | 8/23/2007 | Salis | 12 | 200809 |
| B-0110 | D&R Construction | 8/29/2007 | Salis | 12 | 200810 |