THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Robert F. Murphy, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al. and,

Brian C. Grassey, Lead Plaintiff for
Superior Officer Plaintiffs, et al.,

    Plaintiffs,

    v.

Town of Natick, et al.

    Defendants

USDC Case No.:  04-11996 RGS

**CERTIFICATE OF SERVICE**

    I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the following documents upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269:  Plaintiffs' Memorandum In Support Of Interim Proposed Form Of Judgment including the memorandum itself, the appendix containing Plaintiffs' Proposed Interim Form of Judgment, as well as Exhibits 1-5 attached to the memorandum, and the Affidavit of Patricia Slate and Exhibits B, C and D attached thereto.  Note that Exhibit A of the Affidavit of Patricia Slate was served separately by overnight express delivery transmitted this day to the aforementioned opposing counsel and this was certified separately in the cover letter to the court filing such exhibit (Exhibit A is a CD ROM containing EXCEL files).

Dated:  February 5, 2008    */s/ Jack J. Canzoneri*
                                         Jack J. Canzoneri