THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> Town of Natick, et al. <br><br>    Defendants | USDC Case No.: 04-11996 RGS |

**PLAINTIFFS' SUBMISSION OF INFORMATION ON COST OF PRINTING THE TWO YEAR AND THREE YEAR EXCEL SPREADSHEETS ON DAMAGES FILED ELECTRONICALLY AS EXHIBITS 1 AND 2 OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' PROPOSED INTERIM FORM OF JUDGMENT**

Following Plaintiffs' filing of its materials in support of its proposed interim form of judgment, the Court issued an email notification in the afternoon on February 5, 2008, as follows:

> Judge Richard G. Stearns: Electronic ORDER entered re [79] Memorandum of Law filed by Robert F. Murphy, III. Counsel who filed this document is requested to file (via mail or hand-delivery) in the Clerk's Office a courtesy copy of all exhibits in support thereof.(Tyler, Rebecca)

In the meantime the Court through its Law Clerk has advised that the EXCEL spreadsheets, and the PDF version of same, need not be printed pending the court's further consideration of the issue. As part of that consideration

1

Plaintiffs' submit the attached estimate from the printing company that Plaintiffs use that quotes a price of $297.45 (2 year spreadsheet) and $346.85 (3 year spreadsheet).  (See attached)  Notwithstanding the cost of having such EXCEL spreadsheets printed, Plaintiffs are prepared to print them (or just the 3 year spreadsheet) should the Court find it necessary.

                Respectfully submitted,

                For Plaintiffs,

                By Plaintiffs' Counsel:

                */s/ Jack J. Canzoneri*
                Jack J. Canzoneri, BBO #564126
                McDonald, Lamond & Canzoneri
                Cordaville Office Center
                153 Cordaville Road, Suite 210
                Southborough, Massachusetts 01772
                (508) 485-6600

Dated:  February 6, 2008

## CERTIFICATE OF SERVICE

    I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated:  February 6, 2008                                          */s/ Jack J. Canzoneri*
                                                                         Jack J. Canzoneri