

190 Turnpike Road
Westborough, MA 01581
(508) 366-4060

**ESTIMATE  35640**

**Date:**          02/05/2008

**Proof Date:**    02/07/2008
**Due Date:**

**Customer**                                    90697

| |
|---|
| ATTN:  Jeanne Genova |
| McDonald, Lamond & Canzoneri |
| Cordaville Office Center |
| 153 Cordaville Road - Suite 210 |
| Southborough, MA  01581 |

**Order Description**

| |
|---|
| |

**Customer Phone:** (508) 485-6600

**Fax:** (508) 485-4477

**Order Taken By:** bob     **Salesperson:** jb

| ORIG | QTY | SIDES | DESCRIPTION | PAPER | PRICE |
|---|---|---|---|---|---|
| 271 | 1 | 1 | 8.5  x 36  Engineering copies | 70 wh engineering | $297.45 |
| 323 | 1 | 1 | 8.5  x 36  Engineering copies | 70 wh engineering | $346.85 |

**Ship-To**        **Ship Via:**   Deliver

**SUBTOTAL**        $644.30

| |
|---|
| |

NOTE:  Estimate does not include tax.                    $0.00

**TOTAL**        $644.30

Estimate accepted by: _____  Date: _____

Estimates do not include postage