

**Curry Printing**
190 Turnpike Road
Westborough, MA 01581
(508) 366-4060

**ESTIMATE 35640**

**Date:** 02/05/2008

**Proof Date:** 02/07/2008
**Due Date:**

**Customer**  90697

| |
|---|
| ATTN: Jeanne Genova |
| McDonald, Lamond & Canzoneri |
| Cordaville Office Center |
| 153 Cordaville Road - Suite 210 |
| Southborough, MA 01581 |

**Order Description**

**Customer Phone:** (508) 485-6600
**Fax:** (508) 485-4477

**Order Taken By:** bob    **Salesperson:** jb

| ORIG | QTY | SIDES | DESCRIPTION | PAPER | PRICE |
|---|---|---|---|---|---|
| 271 | 1 | 1 | 8.5 x 36 Engineering copies | 70 wh engineering | $297.45 |
| 323 | 1 | 1 | 8.5 x 36 Engineering copies | 70 wh engineering | $346.85 |

**Ship-To**   **Ship Via:** Deliver

**SUBTOTAL**  $644.30

NOTE: Estimate does not include tax.   $0.00

**TOTAL**  $644.30

Estimate accepted by: _____   Date: _____

Estimates do not include postage