THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.:  04-11996 RGS |

**PLAINTIFFS' EMERGENCY MOTION
TO SEAL ATTACHMENTS TO DOCUMENTS #1 AND #66 IN THE DOCKET**

Plaintiffs' counsel noted that attachments to two documents in the docket, Document #1 (attachments to complaint) and Document #2 (attachments to motion to modify class of plaintiffs by adding consentees) contain confidential material that should be sealed immediately.

WHEREFORE Plaintiffs respectfully move that the Court modify the docket to seal such documents immediately to ensure that attachments to Documents #1 and 66 may not be retrieved by the general public at the courthouse or otherwise through the ECF and PACER systems

                        Respectfully submitted,

                        For Plaintiffs,

                        By Plaintiffs' Counsel:

                        */s/ Jack J. Canzoneri*
                        Jack J. Canzoneri, BBO #564126
                        McDonald, Lamond & Canzoneri
                        Cordaville Office Center
                        153 Cordaville Road, Suite 210
                        Southborough, Massachusetts 01772
                        (508) 485-6600

Dated: February 6, 2008

## RULE 7.1 CERTIFICATION

I, Jack J. Canzoneri, hereby certify that I have left a message for opposing counsel pertaining to this but have not yet received a response. Given the emergency nature of this request, Plaintiffs' counsel was constrained to file this motion now, without waiting for a response. Plaintiffs' counsel fully expects that Defendants' counsel will assent to this motion.

Dated: February 6, 2008      */s/ Jack J. Canzoneri*
                                              Jack J. Canzoneri

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts 02269.

Dated: February 6, 2008      */s/ Jack J. Canzoneri*
                                              Jack J. Canzoneri