THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Robert F. Murphy, III, Lead Plaintiff for
Patrol Officer Plaintiffs, et al. and,

Brian C. Grassey, Lead Plaintiff for
Superior Officer Plaintiffs, et al.,

      Plaintiffs,

      v.

Town of Natick, et al.

      Defendants

USDC Case No.:  04-11996 RGS

**PLAINTIFFS' MOTION TO FILE CORRECTION
TO INTERIM DAMAGES CALCULATIONS**

On February 5, 2008 Plaintiffs filed their proposed interim judgment on damages (Doc #79) which contained calculations relating to Plaintiffs' position regarding the specific amount owing to each Plaintiff, and the total owing to all Plaintiffs.  For the reasons which follow, which are substantiated by the attached affidavit of Patricia Slate (the individual who prepared the calculations), Plaintiffs file this motion for leave to file the attached modified calculations, and Defendants do not oppose this motion:

    **1.**     Ms. Slate provided an affidavit in this matter that was filed by Plaintiffs on February 5, 2008 in support of Plaintiffs' interim calculation of damages in the above-referenced matter.  (Slate Aff. at ¶1.)

    **2.**     Ms. Slate discovered an error in Column AP of the modified EXCEL Paybooks on damages that she prepared.  In particular, at ¶25 of her original

affidavit filed on February 5, 2008 with the Court she testified as follows regarding the computations in Column AP of her modified EXCEL Paybooks on damages:

> AP    "L+D+CS/T+COM SVC" - total paid to the officer that week (or if annual, one week's worth) longevity, Degree (Quinn Bill), compstat technology, and community service differentials.

However, there was an error in the cells in Column AP.  In particular, instead of inputting a formula that would add the sum of all such wage augments as intended, a specific dollar amount of $202.82 was pasted in all such cells for every week for every plaintiff.[1]  Ms. Slate, upon noting this error, prepared a REVISED modified EXCEL Paybook on damages which corrects this error by including the proper formula in the cells in Column AP, as originally intended. (Slate Aff. at ¶2.)

   **3.**    This correction of Column AP in the calculations reduces the total doubled damages owing to Plaintiffs from the amount originally stated by about $81,000 for a *three* year statute of limitations.  In particular, the corrected calculations for the period dating back *three years* from the time the lawsuit was filed to November 2007, show that Patrol Officer Plaintiffs as a group were underpaid $274,257.05 for straight time on overtime, and $58,140.69 for overtime premiums, for total backpay damages of $332,397.74.  Pursuant to the Court's liquidated damages ruling, this amount is doubled for total

---

[1] This amount, $202.82, was the correct sum of such augments for Officer Arena in the initial weeks of a two year damages period, but in error that amount was pasted for the entire column of cells rather than inputting a formula in Column AP that would add the total of all wage augments.

damages of $664,795.48.[2]  This encompasses applying a cumulative offset regardless of when such offset was incurred for premium compensation.  (Slate Aff. at ¶3.)

**4.**     This correction of Column AP in the calculations reduces the total doubled damages owing to Plaintiffs from the amount originally stated by about $67,000 for a *two* year statute of limitations.  In particular, the corrected calculations for the period dating back *two years* from the time the lawsuit was filed to November 2007, show that Patrol Officer Plaintiffs as a group were underpaid $241,783.71 for straight time on overtime, and $58,575.22 for overtime premiums, for total backpay damages of $300,358.91.  Pursuant to the Court's liquidated damages ruling, this amount is doubled for total damages of $600,717.82.[3]  This encompasses applying a cumulative offset regardless of when such offset was incurred for premium compensation.  (Slate Aff. at ¶4.)

**5.**     Based upon Ms. Slate's application of the methodology described in her original affidavit and as set forth on the CORRECTED modified EXCEL Paybooks on damages attached hereto on **Exhibit A (Revised Slate calculations)**, patrol officers plaintiffs are owed backpay for underpayment of

---

[2] The figures as stated in Ms. Slate's original affidavit with the aforementioned error in Column AP were $308,234.03 for straight time on overtime, and $64,731.34 for overtime premiums, total backpay damages of $372,965.36, and doubled damages of $745,930.72.

[3] The figures as stated in Ms. Slate's original affidavit with the aforementioned error in Column AP for the two year statute of limitations were $269,169.08 for straight time on overtime, and $64,336.31 for overtime premiums, total backpay damages of $333,505.39, and doubled damages of $667,010.79.

FLSA overtime wages as set forth on the following tables for a three year and

two year statute of limitations, as follows:

## Three Years Statute Of Limitations

| Patricia Slate's Three Year SUMMARY(Sept. 17, 2001 to Nov. 6, 2007) [FEB 16 2008 CORECTED] | | positive OT premium | Liquidated damages | Total |
|---|---|---|---|---|
| NAME | ST for OT | | | |
| Arena, Edward J | $ 17,388.03 | $ 547.70 | $ 17,935.73 | $ 35,871.46 |
| Blanchard, Elizabeth M | $ 5,143.80 | $ 206.65 | $ 5,350.45 | $ 10,700.90 |
| Bosselman, Brian A | $ 7,464.69 | $ - | $ 7,464.69 | $ 14,929.38 |
| Brogan, Daniel R | $ 25,245.71 | $ - | $ 25,245.71 | $ 50,491.42 |
| Conaway, Brett P | $ 3,822.19 | $ 2,910.27 | $ 6,732.46 | $ 13,464.92 |
| Coughlin, Amy T | $ 1,285.44 | $ - | $ 1,285.44 | $ 2,570.88 |
| Delehanty, Kevin J | $ 17,230.14 | $ - | $ 17,230.14 | $ 34,460.28 |
| Doherty Jr, John W | $ 5,349.71 | $ - | $ 5,349.71 | $ 10,699.42 |
| Fitzgerald, Kenneth J | $ 9,351.54 | $ 453.89 | $ 9,805.43 | $ 19,610.86 |
| Fitzpatrick, Leo J | $ 699.49 | $ 257.10 | $ 956.59 | $ 1,913.18 |
| Forde, Vincent J | $ 14,344.88 | $ 3,924.22 | $ 18,269.10 | $ 36,538.20 |
| Frissore, John C | $ 232.02 | $ 251.11 | $ 483.13 | $ 966.26 |
| Gaieski, Anthony M | $ 304.65 | $ - | $ 304.65 | $ 609.30 |
| Geissler, William A | $ 205.82 | $ - | $ 205.82 | $ 411.64 |
| Graham, Allan W | $ 6,472.60 | $ - | $ 6,472.60 | $ 12,945.20 |
| Hall, Ryan T | $ 145.57 | $ - | $ 145.57 | $ 291.14 |
| Halloran, Richard P | $ 6,152.23 | $ 1,362.41 | $ 7,514.64 | $ 15,029.28 |
| Harper, Howard L | $ 2,151.06 | $ - | $ 2,151.06 | $ 4,302.12 |
| Haswell, John P | $ 5,457.00 | $ 1,205.44 | $ 6,662.44 | $ 13,324.88 |
| Hayes, Joseph N | $ 9,077.44 | $ 1,640.16 | $ 10,717.60 | $ 21,435.20 |
| Heffler, Elizabeth R | $ 7,847.73 | $ - | $ 7,847.73 | $ 15,695.46 |
| Hoffman, Robert A | $ 16,455.46 | $ 5,104.71 | $ 21,560.17 | $ 43,120.34 |
| Howard, Chad M | $ 3,709.83 | $ 5,845.38 | $ 9,555.21 | $ 19,110.42 |
| Ingham, Brian D | $ 12,840.09 | $ - | $ 12,840.09 | $ 25,680.18 |
| Jennings, Leonard M | $ 607.25 | $ - | $ 607.25 | $ 1,214.50 |
| Kelley, Keven P | $ 322.95 | $ 1,006.15 | $ 1,329.10 | $ 2,658.20 |
| Keohane, James F | $ 8,459.13 | $ 6,737.90 | $ 15,197.03 | $ 30,394.06 |
| Kerrissey, Edward F | $ 2,003.90 | $ 2,964.29 | $ 4,968.19 | $ 9,936.38 |
| Lacerra, Scott R | $ 1,049.74 | $ 2,184.19 | $ 3,233.93 | $ 6,467.86 |
| Lanoue, Gregory M | $ 3,524.78 | $ 3,951.32 | $ 7,476.10 | $ 14,952.20 |
| Linton, James M | $ 760.03 | $ - | $ 760.03 | $ 1,520.06 |
| McDonnell, Douglas M | $ 2,086.57 | $ - | $ 2,086.57 | $ 4,173.14 |
| Morrill, Diane | $ 1,754.38 | $ - | $ 1,754.38 | $ 3,508.76 |
| Murphy, Robert F | $ 4,598.27 | $ - | $ 4,598.27 | $ 9,196.54 |
| Nguyen, Toan V | $ 362.40 | $ - | $ 362.40 | $ 724.80 |

| Ordway, James M | $ 4,270.91 | $ - | $ 4,270.91 | $ 8,541.82 |
|---|---|---|---|---|
| Payne, Ryan E | $ 115.66 | $ 2,066.47 | $ 2,182.13 | $ 4,364.26 |
| Peros, Arthur | $ 4,491.21 | $ 1,274.44 | $ 5,765.65 | $ 11,531.30 |
| Quilty, James P | $ 10,101.88 | $ - | $ 10,101.88 | $ 20,203.76 |
| Richardson, Ronald D | $ 3,216.27 | $ - | $ 3,216.27 | $ 6,432.54 |
| Rodriguez, Christian A | $ 2,192.51 | $ 2,718.09 | $ 4,910.60 | $ 9,821.20 |
| Rossi-Cafarelli, Cara | $ 1,222.90 | $ - | $ 1,222.90 | $ 2,445.80 |
| Salis, S C | $ 19,436.50 | $ 5,725.94 | $ 25,162.44 | $ 50,324.88 |
| Smith, Scott P | $ 6,070.92 | $ 1,469.68 | $ 7,540.60 | $ 15,081.20 |
| St Hilaire, Mark V | $ 3,335.08 | $ 1,591.44 | $ 4,926.52 | $ 9,853.04 |
| Sutherland, Jason D | $ 5,167.15 | $ - | $ 5,167.15 | $ 10,334.30 |
| Thurston, Joseph J | $ 2,929.25 | $ - | $ 2,929.25 | $ 5,858.50 |
| Vieira, Richard J | $ 3,689.08 | $ 2,741.74 | $ 6,430.82 | $ 12,861.64 |
| Vitale, Thomas W | $ 3,042.68 | $ - | $ 3,042.68 | $ 6,085.36 |
| White, Robert J | $ 1,068.53 | $ - | $ 1,068.53 | $ 2,137.06 |
| **Grand Total** | **$ 274,257.06** | **$58,140.70** | **$ 332,397.74** | **$664,795.48** |

## Two Years Statute Of Limitations

| Patricia Slate's Two Year SUMMARY(Sept. 17, 2001 to Nov. 6, 2007) [FEB 16 2008 CORECTED] | | | | |
|---|---|---|---|---|
| NAME | ST for OT | positive OT premium | Liquidated damages | Total |
| Arena, Edward J | $ 15,548.60 | $ 676.26 | $ 16,224.86 | $ 32,449.72 |
| Blanchard, Elizabeth M | $ 4,745.44 | $ 176.17 | $ 4,921.61 | $ 9,843.22 |
| Bosselman, Brian A | $ 7,345.62 | $ - | $ 7,345.62 | $ 14,691.24 |
| Brogan, Daniel R | $ 23,226.69 | $ - | $ 23,226.69 | $ 46,453.38 |
| Conaway, Brett P | $ 3,822.19 | $ 2,910.27 | $ 6,732.46 | $ 13,464.92 |
| Coughlin, Amy T | $ 1,171.85 | $ - | $ 1,171.85 | $ 2,343.70 |
| Delehanty, Kevin J | $ 16,538.45 | $ - | $ 16,538.45 | $ 33,076.90 |
| Doherty Jr, John W | $ 4,739.20 | $ - | $ 4,739.20 | $ 9,478.40 |
| Fitzgerald, Kenneth J | $ 9,351.54 | $ 453.89 | $ 9,805.43 | $ 19,610.86 |
| Fitzpatrick, Leo J | $ 254.42 | $ 526.80 | $ 781.22 | $ 1,562.44 |
| Forde, Vincent J | $ 12,892.51 | $ 4,106.76 | $ 16,999.27 | $ 33,998.54 |
| Frissore, John C | $ 232.02 | $ 251.11 | $ 483.13 | $ 966.26 |
| Gaieski, Anthony M | $ 304.65 | $ - | $ 304.65 | $ 609.30 |
| Geissler, William A | $ 205.82 | $ - | $ 205.82 | $ 411.64 |
| Graham, Allan W | $ 5,229.74 | $ - | $ 5,229.74 | $ 10,459.48 |
| Hall, Ryan T | $ 145.57 | $ - | $ 145.57 | $ 291.14 |
| Halloran, Richard P | $ 5,440.53 | $ 1,454.90 | $ 6,895.43 | $ 13,790.86 |
| Harper, Howard L | $ 1,690.02 | $ - | $ 1,690.02 | $ 3,380.04 |
| Haswell, John P | $ 5,018.87 | $ 1,189.14 | $ 6,208.01 | $ 12,416.02 |
| Hayes, Joseph N | $ 6,834.30 | $ 1,503.14 | $ 8,337.44 | $ 16,674.88 |
| Heffler, Elizabeth R | $ 4,849.26 | $ - | $ 4,849.26 | $ 9,698.52 |

| | | | |
|---|---|---|---|
| **Hoffman, Robert A** | $ 12,158.72 | $ 5,422.17 | $ 17,580.89 | $ 35,161.78 |
| **Howard, Chad M** | $ 3,709.83 | $ 5,845.38 | $ 9,555.21 | $ 19,110.42 |
| **Ingham, Brian D** | $ 11,301.44 | $ - | $ 11,301.44 | $ 22,602.88 |
| **Jennings, Leonard M** | $ 530.42 | $ - | $ 530.42 | $ 1,060.84 |
| **Kelley, Keven P** | $ 322.95 | $ 1,006.15 | $ 1,329.10 | $ 2,658.20 |
| **Keohane, James F** | $ 7,099.59 | $ 6,718.49 | $ 13,818.08 | $ 27,636.16 |
| **Kerrissey, Edward F** | $ 1,256.55 | $ 2,869.37 | $ 4,125.92 | $ 8,251.84 |
| **Lacerra, Scott R** | $ 1,049.74 | $ 2,184.19 | $ 3,233.93 | $ 6,467.86 |
| **Lanoue, Gregory M** | $ 3,524.78 | $ 3,951.32 | $ 7,476.10 | $ 14,952.20 |
| **Linton, James M** | $ 657.61 | $ - | $ 657.61 | $ 1,315.22 |
| **McDonnell, Douglas M** | $ 839.35 | $ - | $ 839.35 | $ 1,678.70 |
| **Morrill, Diane** | $ 1,565.95 | $ - | $ 1,565.95 | $ 3,131.90 |
| **Murphy, Robert F** | $ 4,306.26 | $ - | $ 4,306.26 | $ 8,612.52 |
| **Nguyen, Toan V** | $ 362.40 | $ - | $ 362.40 | $ 724.80 |
| **Ordway, James M** | $ 3,426.94 | $ - | $ 3,426.94 | $ 6,853.88 |
| **Payne, Ryan E** | $ 115.66 | $ 2,066.47 | $ 2,182.13 | $ 4,364.26 |
| **Peros, Arthur** | $ 3,864.12 | $ 2,049.40 | $ 5,913.52 | $ 11,827.04 |
| **Quilty, James P** | $ 9,250.99 | $ - | $ 9,250.99 | $ 18,501.98 |
| **Richardson, Ronald D** | $ 2,880.37 | $ - | $ 2,880.37 | $ 5,760.74 |
| **Rodriguez, Christian A** | $ 2,192.51 | $ 2,718.09 | $ 4,910.60 | $ 9,821.20 |
| **Rossi-Cafarelli, Cara** | $ 733.22 | $ - | $ 733.22 | $ 1,466.44 |
| **Salis, S C** | $ 18,837.58 | $ 5,757.38 | $ 24,594.96 | $ 49,189.92 |
| **Smith, Scott P** | $ 5,277.40 | $ 1,450.25 | $ 6,727.65 | $ 13,455.30 |
| **St Hilaire, Mark V** | $ 1,980.24 | $ 1,341.07 | $ 3,321.31 | $ 6,642.62 |
| **Sutherland, Jason D** | $ 5,167.15 | $ - | $ 5,167.15 | $ 10,334.30 |
| **Thurston, Joseph J** | $ 2,929.25 | $ - | $ 2,929.25 | $ 5,858.50 |
| **Vieira, Richard J** | $ 2,973.64 | $ 1,947.03 | $ 4,920.67 | $ 9,841.34 |
| **Vitale, Thomas W** | $ 2,922.71 | $ - | $ 2,922.71 | $ 5,845.42 |
| **White, Robert J** | $ 959.05 | $ - | $ 959.05 | $ 1,918.10 |
| **Grand Total** | **$ 241,783.71** | **$ 58,575.20** | **$300,358.91** | **$600,717.82** |

(Slate Aff. at ¶5; Attach. A-REVISED.)

**6.** The foregoing corrected EXCEL Paybooks in damages are attached to this motion in two formats, the native EXCEL format on an exhibit labelled "Exhibit A-REVISED" which will be physically delivered to the court, and in PDF format filed eletroncially through the ECF system simultaneous with this motion.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that their proposed interim judgment on damages be modified to reflect two year and three year damages totals as specified above in ¶5 of this motion.

Respectfully submitted,

For Plaintiffs,

By Plaintiffs' Counsel:

*/s/ Jack J. Canzoneri*
Jack J. Canzoneri, BBO #564126
McDonald, Lamond & Canzoneri
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, Massachusetts 01772
(508) 485-6600

Dated: February 21, 2008

## RULE 7.1 CERTIFICATION

I, Jack J. Canzoneri, hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue in the above-captioned matter and that Defendants' counsel do not object to submission of the request for leave to file the foregoing revised interim calculation of damages.

Dated: February 21, 2008         */s/ Jack J. Canzoneri*
                                 Jack J. Canzoneri.

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated: February 21, 2008         */s/ Jack J. Canzoneri*
                                 Jack J. Canzoneri