THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>       Plaintiffs, <br><br>       v. <br><br> Town of Natick, et al. <br><br>       Defendants | USDC Case No.:  04-11996 RGS |

**AFFIDAVIT OF PATRICIA SLATE**

I, Patricia Slate, hereby affirm the following based upon personal knowledge and belief under oath as set forth at the conclusion of this affidavit:

**1.**     I provided an affidavit in this matter that was filed by Plaintiffs on February 5, 2008 in support of Plaintiffs' interim calculation of damages in the above-referenced matter.  The background and other allegations in that affidavit are incorporated for purposes of this affidavit.

**2.**     I discovered an error in Column AP of the modified EXCEL Paybooks on damages that I prepared.  In particular, at ¶25 of my affidavit I testified as follows regarding the computations in Column AP:

> AP    "L+D+CS/T+COM SVC" - total paid to the officer that week (or if annual, one week's worth) longevity, Degree (Quinn Bill), compstat technology, and community service differentials.

1

However, there was an error in the cells in Column AP; instead of inputting a formula that would add the sum of all such wage augments as intended, a specific dollar amount of $202.82 was pasted in all such cells for every week for every plaintiff.[1] I have prepared a REVISED modified EXCEL Paybook on damages which corrects this error by including the proper formula in the cells in Column AP, as originally intended.

    3.    This correction of Column AP in the calculations reduces the total doubled damages owing to Plaintiffs from the amount originally stated by about $81,000 for a *three* year statute of limitations. In particular, the corrected calculations for the period dating back *three years* from the time the lawsuit was filed to November 2007, show that Patrol Officer Plaintiffs as a group were underpaid $274,257.05 for straight time on overtime, and $58,140.69 for overtime premiums, for total backpay damages of $332,397.74. Pursuant to the Court's liquidated damages ruling, this amount is doubled for total damages of $664,795.48.[2] This encompasses applying a cumulative offset regardless of when such offset was incurred for premium compensation.

    4.    This correction of Column AP in the calculations reduces the total doubled damages owing to Plaintiffs from the amount originally stated by about $67,000 for a *two* year statute of limitations. In particular, the corrected

---

[1] This amount, $202.82, was the correct sum of such augments for Officer Arena in the initial weeks of a two year damages period, but in error that amount was pasted for the entire column of cells rather than inputting a formula in Column AP that would add the total of all wage augments.

[2] The figures as stated in my original affidavit with the aforementioned error in Column AP were $308,234.03 for straight time on overtime, and $64,731.34 for overtime premiums, total backpay damages of $372,965.36, and doubled damages of $745,930.72.

calculations for the period dating back *two years* from the time the lawsuit was filed to November 2007, show that Patrol Officer Plaintiffs as a group were underpaid $241,783.71 for straight time on overtime, and $58,575.22 for overtime premiums, for total backpay damages of $300,358.91. Pursuant to the Court's liquidated damages ruling, this amount is doubled for total damages of $600,717.82.[3] This encompasses applying a cumulative offset regardless of when such offset was incurred for premium compensation.

    **5.**    Based upon my application of the methodology described in my original affidavit and as set forth on the CORRECTED modified EXCEL Paybooks on damages attached hereto on **Exhibit A (Revised Slate calculations)**, I conclude that the patrol officers plaintiffs are owed backpay for underpayment of FLSA overtime wages as set forth on the following tables for a three year and two year statute of limitations, as follows:

---

[3] The figures as stated in my original affidavit with the aforementioned error in Column AP for the two year statute of limitations were $269,169.08 for straight time on overtime, and $64,336.31 for overtime premiums, total backpay damages of $333,505.39, and doubled damages of $667,010.79.

3

## Three Years Statute Of Limitations

| Patricia Slate's Three Year SUMMARY(Sept. 17, 2001 to Nov. 6, 2007) [FEB 16 2008 CORECTED] | | | | |
|---|---|---|---|---|
| NAME | ST for OT | positive OT premium | Liquidated damages | Total |
| Arena, Edward J | $ 17,388.03 | $ 547.70 | $ 17,935.73 | $ 35,871.46 |
| Blanchard, Elizabeth M | $ 5,143.80 | $ 206.65 | $ 5,350.45 | $ 10,700.90 |
| Bosselman, Brian A | $ 7,464.69 | $ - | $ 7,464.69 | $ 14,929.38 |
| Brogan, Daniel R | $ 25,245.71 | $ - | $ 25,245.71 | $ 50,491.42 |
| Conaway, Brett P | $ 3,822.19 | $ 2,910.27 | $ 6,732.46 | $ 13,464.92 |
| Coughlin, Amy T | $ 1,285.44 | $ - | $ 1,285.44 | $ 2,570.88 |
| Delehanty, Kevin J | $ 17,230.14 | $ - | $ 17,230.14 | $ 34,460.28 |
| Doherty Jr, John W | $ 5,349.71 | $ - | $ 5,349.71 | $ 10,699.42 |
| Fitzgerald, Kenneth J | $ 9,351.54 | $ 453.89 | $ 9,805.43 | $ 19,610.86 |
| Fitzpatrick, Leo J | $ 699.49 | $ 257.10 | $ 956.59 | $ 1,913.18 |
| Forde, Vincent J | $ 14,344.88 | $ 3,924.22 | $ 18,269.10 | $ 36,538.20 |
| Frissore, John C | $ 232.02 | $ 251.11 | $ 483.13 | $ 966.26 |
| Gaieski, Anthony M | $ 304.65 | $ - | $ 304.65 | $ 609.30 |
| Geissler, William A | $ 205.82 | $ - | $ 205.82 | $ 411.64 |
| Graham, Allan W | $ 6,472.60 | $ - | $ 6,472.60 | $ 12,945.20 |
| Hall, Ryan T | $ 145.57 | $ - | $ 145.57 | $ 291.14 |
| Halloran, Richard P | $ 6,152.23 | $ 1,362.41 | $ 7,514.64 | $ 15,029.28 |
| Harper, Howard L | $ 2,151.06 | $ - | $ 2,151.06 | $ 4,302.12 |
| Haswell, John P | $ 5,457.00 | $ 1,205.44 | $ 6,662.44 | $ 13,324.88 |
| Hayes, Joseph N | $ 9,077.44 | $ 1,640.16 | $ 10,717.60 | $ 21,435.20 |
| Heffler, Elizabeth R | $ 7,847.73 | $ - | $ 7,847.73 | $ 15,695.46 |
| Hoffman, Robert A | $ 16,455.46 | $ 5,104.71 | $ 21,560.17 | $ 43,120.34 |
| Howard, Chad M | $ 3,709.83 | $ 5,845.38 | $ 9,555.21 | $ 19,110.42 |
| Ingham, Brian D | $ 12,840.09 | $ - | $ 12,840.09 | $ 25,680.18 |
| Jennings, Leonard M | $ 607.25 | $ - | $ 607.25 | $ 1,214.50 |
| Kelley, Keven P | $ 322.95 | $ 1,006.15 | $ 1,329.10 | $ 2,658.20 |
| Keohane, James F | $ 8,459.13 | $ 6,737.90 | $ 15,197.03 | $ 30,394.06 |
| Kerrissey, Edward F | $ 2,003.90 | $ 2,964.29 | $ 4,968.19 | $ 9,936.38 |
| Lacerra, Scott R | $ 1,049.74 | $ 2,184.19 | $ 3,233.93 | $ 6,467.86 |
| Lanoue, Gregory M | $ 3,524.78 | $ 3,951.32 | $ 7,476.10 | $ 14,952.20 |
| Linton, James M | $ 760.03 | $ - | $ 760.03 | $ 1,520.06 |
| McDonnell, Douglas M | $ 2,086.57 | $ - | $ 2,086.57 | $ 4,173.14 |
| Morrill, Diane | $ 1,754.38 | $ - | $ 1,754.38 | $ 3,508.76 |
| Murphy, Robert F | $ 4,598.27 | $ - | $ 4,598.27 | $ 9,196.54 |
| Nguyen, Toan V | $ 362.40 | $ - | $ 362.40 | $ 724.80 |
| Ordway, James M | $ 4,270.91 | $ - | $ 4,270.91 | $ 8,541.82 |
| Payne, Ryan E | $ 115.66 | $ 2,066.47 | $ 2,182.13 | $ 4,364.26 |
| Peros, Arthur | $ 4,491.21 | $ 1,274.44 | $ 5,765.65 | $ 11,531.30 |
| Quilty, James P | $ 10,101.88 | $ - | $ 10,101.88 | $ 20,203.76 |

| | | | | |
|---|---|---|---|---|
| Richardson, Ronald D | $ 3,216.27 | $ - | $ 3,216.27 | $ 6,432.54 |
| Rodriguez, Christian A | $ 2,192.51 | $ 2,718.09 | $ 4,910.60 | $ 9,821.20 |
| Rossi-Cafarelli, Cara | $ 1,222.90 | $ - | $ 1,222.90 | $ 2,445.80 |
| Salis, S C | $ 19,436.50 | $ 5,725.94 | $ 25,162.44 | $ 50,324.88 |
| Smith, Scott P | $ 6,070.92 | $ 1,469.68 | $ 7,540.60 | $ 15,081.20 |
| St Hilaire, Mark V | $ 3,335.08 | $ 1,591.44 | $ 4,926.52 | $ 9,853.04 |
| Sutherland, Jason D | $ 5,167.15 | $ - | $ 5,167.15 | $ 10,334.30 |
| Thurston, Joseph J | $ 2,929.25 | $ - | $ 2,929.25 | $ 5,858.50 |
| Vieira, Richard J | $ 3,689.08 | $ 2,741.74 | $ 6,430.82 | $ 12,861.64 |
| Vitale, Thomas W | $ 3,042.68 | $ - | $ 3,042.68 | $ 6,085.36 |
| White, Robert J | $ 1,068.53 | $ - | $ 1,068.53 | $ 2,137.06 |
| **Grand Total** | **$ 274,257.06** | **$58,140.70** | **$ 332,397.74** | **$664,795.48** |

## Two Years Statute Of Limitations

| Patricia Slate's Two Year SUMMARY(Sept. 17, 2001 to Nov. 6, 2007) [FEB 16 2008 CORECTED] | | | | |
|---|---|---|---|---|
| NAME | ST for OT | positive OT premium | Liquidated damages | Total |
| Arena, Edward J | $ 15,548.60 | $ 676.26 | $ 16,224.86 | $ 32,449.72 |
| Blanchard, Elizabeth M | $ 4,745.44 | $ 176.17 | $ 4,921.61 | $ 9,843.22 |
| Bosselman, Brian A | $ 7,345.62 | $ - | $ 7,345.62 | $ 14,691.24 |
| Brogan, Daniel R | $ 23,226.69 | $ - | $ 23,226.69 | $ 46,453.38 |
| Conaway, Brett P | $ 3,822.19 | $ 2,910.27 | $ 6,732.46 | $ 13,464.92 |
| Coughlin, Amy T | $ 1,171.85 | $ - | $ 1,171.85 | $ 2,343.70 |
| Delehanty, Kevin J | $ 16,538.45 | $ - | $ 16,538.45 | $ 33,076.90 |
| Doherty Jr, John W | $ 4,739.20 | $ - | $ 4,739.20 | $ 9,478.40 |
| Fitzgerald, Kenneth J | $ 9,351.54 | $ 453.89 | $ 9,805.43 | $ 19,610.86 |
| Fitzpatrick, Leo J | $ 254.42 | $ 526.80 | $ 781.22 | $ 1,562.44 |
| Forde, Vincent J | $ 12,892.51 | $ 4,106.76 | $ 16,999.27 | $ 33,998.54 |
| Frissore, John C | $ 232.02 | $ 251.11 | $ 483.13 | $ 966.26 |
| Gaieski, Anthony M | $ 304.65 | $ - | $ 304.65 | $ 609.30 |
| Geissler, William A | $ 205.82 | $ - | $ 205.82 | $ 411.64 |
| Graham, Allan W | $ 5,229.74 | $ - | $ 5,229.74 | $ 10,459.48 |
| Hall, Ryan T | $ 145.57 | $ - | $ 145.57 | $ 291.14 |
| Halloran, Richard P | $ 5,440.53 | $ 1,454.90 | $ 6,895.43 | $ 13,790.86 |
| Harper, Howard L | $ 1,690.02 | $ - | $ 1,690.02 | $ 3,380.04 |
| Haswell, John P | $ 5,018.87 | $ 1,189.14 | $ 6,208.01 | $ 12,416.02 |
| Hayes, Joseph N | $ 6,834.30 | $ 1,503.14 | $ 8,337.44 | $ 16,674.88 |
| Heffler, Elizabeth R | $ 4,849.26 | $ - | $ 4,849.26 | $ 9,698.52 |
| Hoffman, Robert A | $ 12,158.72 | $ 5,422.17 | $ 17,580.89 | $ 35,161.78 |
| Howard, Chad M | $ 3,709.83 | $ 5,845.38 | $ 9,555.21 | $ 19,110.42 |
| Ingham, Brian D | $ 11,301.44 | $ - | $ 11,301.44 | $ 22,602.88 |
| Jennings, Leonard M | $ 530.42 | $ - | $ 530.42 | $ 1,060.84 |

5

| Kelley, Keven P | $ 322.95 | $ 1,006.15 | $ 1,329.10 | $ 2,658.20 |
|---|---|---|---|---|
| Keohane, James F | $ 7,099.59 | $ 6,718.49 | $ 13,818.08 | $ 27,636.16 |
| Kerrissey, Edward F | $ 1,256.55 | $ 2,869.37 | $ 4,125.92 | $ 8,251.84 |
| Lacerra, Scott R | $ 1,049.74 | $ 2,184.19 | $ 3,233.93 | $ 6,467.86 |
| Lanoue, Gregory M | $ 3,524.78 | $ 3,951.32 | $ 7,476.10 | $ 14,952.20 |
| Linton, James M | $ 657.61 | $ - | $ 657.61 | $ 1,315.22 |
| McDonnell, Douglas M | $ 839.35 | $ - | $ 839.35 | $ 1,678.70 |
| Morrill, Diane | $ 1,565.95 | $ - | $ 1,565.95 | $ 3,131.90 |
| Murphy, Robert F | $ 4,306.26 | $ - | $ 4,306.26 | $ 8,612.52 |
| Nguyen, Toan V | $ 362.40 | $ - | $ 362.40 | $ 724.80 |
| Ordway, James M | $ 3,426.94 | $ - | $ 3,426.94 | $ 6,853.88 |
| Payne, Ryan E | $ 115.66 | $ 2,066.47 | $ 2,182.13 | $ 4,364.26 |
| Peros, Arthur | $ 3,864.12 | $ 2,049.40 | $ 5,913.52 | $ 11,827.04 |
| Quilty, James P | $ 9,250.99 | $ - | $ 9,250.99 | $ 18,501.98 |
| Richardson, Ronald D | $ 2,880.37 | $ - | $ 2,880.37 | $ 5,760.74 |
| Rodriguez, Christian A | $ 2,192.51 | $ 2,718.09 | $ 4,910.60 | $ 9,821.20 |
| Rossi-Cafarelli, Cara | $ 733.22 | $ - | $ 733.22 | $ 1,466.44 |
| Salis, S C | $ 18,837.58 | $ 5,757.38 | $ 24,594.96 | $ 49,189.92 |
| Smith, Scott P | $ 5,277.40 | $ 1,450.25 | $ 6,727.65 | $ 13,455.30 |
| St Hilaire, Mark V | $ 1,980.24 | $ 1,341.07 | $ 3,321.31 | $ 6,642.62 |
| Sutherland, Jason D | $ 5,167.15 | $ - | $ 5,167.15 | $ 10,334.30 |
| Thurston, Joseph J | $ 2,929.25 | $ - | $ 2,929.25 | $ 5,858.50 |
| Vieira, Richard J | $ 2,973.64 | $ 1,947.03 | $ 4,920.67 | $ 9,841.34 |
| Vitale, Thomas W | $ 2,922.71 | $ - | $ 2,922.71 | $ 5,845.42 |
| White, Robert J | $ 959.05 | $ - | $ 959.05 | $ 1,918.10 |
| **Grand Total** | **$ 241,783.71** | **$ 58,575.20** | **$300,358.91** | **$600,717.82** |

**(Exh. A-REVISED).**

Sworn to, under the pains and penalties of perjury this 20th day of February, 2008 by:

_s/Patricia Slate_
Patricia Slate
12 Regina Road
Newton, Massachusetts