|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **3 YEAR SUMMARY - CORRECTED** | | | | | | | |
| 2 | **NAME** | **ST for OT** | **(round)** | **OT premium** | **postive OT premium** | **(round)** | **Liqudated damages** | **Total** |
| 3 | Arena, Edward J | 17,388.03 | 17,388.03 | 547.70 | 547.70 | 547.70 | $ 17,935.73 | $ 35,871.46 |
| 4 | Blanchard, Elizabeth M | 5,143.80 | 5,143.80 | 206.65 | 206.65 | 206.65 | $ 5,350.45 | $ 10,700.90 |
| 5 | Bosselman, Brian A | 7,464.69 | 7,464.69 | -174.78 | 0.00 | 0.00 | $ 7,464.69 | $ 14,929.38 |
| 6 | Brogan, Daniel R | 25,245.71 | 25,245.71 | -1,299.05 | 0.00 | 0.00 | $ 25,245.71 | $ 50,491.42 |
| 7 | Conaway, Brett P | 3,822.19 | 3,822.19 | 2,910.27 | 2,910.27 | 2,910.27 | $ 6,732.46 | $ 13,464.92 |
| 8 | Coughlin, Amy T | 1,285.44 | 1,285.44 | -983.96 | 0.00 | 0.00 | $ 1,285.44 | $ 2,570.88 |
| 9 | Delehanty, Kevin J | 17,230.14 | 17,230.14 | -5,814.16 | 0.00 | 0.00 | $ 17,230.14 | $ 34,460.28 |
| 10 | Doherty Jr, John W | 5,349.71 | 5,349.71 | -5,475.78 | 0.00 | 0.00 | $ 5,349.71 | $ 10,699.42 |
| 11 | Fitzgerald, Kenneth J | 9,351.54 | 9,351.54 | 453.89 | 453.89 | 453.89 | $ 9,805.43 | $ 19,610.86 |
| 12 | Fitzpatrick, Leo J | 699.49 | 699.49 | 257.10 | 257.10 | 257.10 | $ 956.59 | $ 1,913.18 |
| 13 | Forde, Vincent J | 14,344.88 | 14,344.88 | 3,924.22 | 3,924.22 | 3,924.22 | $ 18,269.10 | $ 36,538.20 |
| 14 | Frissore, John C | 232.02 | 232.02 | 251.11 | 251.11 | 251.11 | $ 483.13 | $ 966.26 |
| 15 | Gaieski, Anthony M | 304.65 | 304.65 | -289.08 | 0.00 | 0.00 | $ 304.65 | $ 609.30 |
| 16 | Geissler, William A | 205.82 | 205.82 | -638.23 | 0.00 | 0.00 | $ 205.82 | $ 411.64 |
| 17 | Graham, Allan W | 6,472.60 | 6,472.60 | -2,440.98 | 0.00 | 0.00 | $ 6,472.60 | $ 12,945.20 |
| 18 | Hall, Ryan T | 145.57 | 145.57 | -802.04 | 0.00 | 0.00 | $ 145.57 | $ 291.14 |
| 19 | Halloran, Richard P | 6,152.23 | 6,152.23 | 1,362.41 | 1,362.41 | 1,362.41 | $ 7,514.64 | $ 15,029.28 |
| 20 | Harper, Howard L | 2,151.06 | 2,151.06 | -1,202.97 | 0.00 | 0.00 | $ 2,151.06 | $ 4,302.12 |
| 21 | Haswell, John P | 5,457.00 | 5,457.00 | 1,205.44 | 1,205.44 | 1,205.44 | $ 6,662.44 | $ 13,324.88 |
| 22 | Hayes, Joseph N | 9,077.44 | 9,077.44 | 1,640.16 | 1,640.16 | 1,640.16 | $ 10,717.60 | $ 21,435.20 |
| 23 | Heffler, Elizabeth R | 7,847.73 | 7,847.73 | -2,102.21 | 0.00 | 0.00 | $ 7,847.73 | $ 15,695.46 |
| 24 | Hoffman, Robert A | 16,455.46 | 16,455.46 | 5,104.71 | 5,104.71 | 5,104.71 | $ 21,560.17 | $ 43,120.34 |
| 25 | Howard, Chad M | 3,709.83 | 3,709.83 | 5,845.38 | 5,845.38 | 5,845.38 | $ 9,555.21 | $ 19,110.42 |
| 26 | Ingham, Brian D | 12,840.09 | 12,840.09 | -3,912.51 | 0.00 | 0.00 | $ 12,840.09 | $ 25,680.18 |
| 27 | Jennings, Leonard M | 607.25 | 607.25 | -628.77 | 0.00 | 0.00 | $ 607.25 | $ 1,214.50 |
| 28 | Kelley, Keven P | 322.95 | 322.95 | 1,006.15 | 1,006.15 | 1,006.15 | $ 1,329.10 | $ 2,658.20 |
| 29 | Keohane, James F | 8,459.13 | 8,459.13 | 6,737.90 | 6,737.90 | 6,737.90 | $ 15,197.03 | $ 30,394.06 |
| 30 | Kerrissey, Edward F | 2,003.90 | 2,003.90 | 2,964.29 | 2,964.29 | 2,964.29 | $ 4,968.19 | $ 9,936.38 |
| 31 | Lacerra, Scott R | 1,049.74 | 1,049.74 | 2,184.19 | 2,184.19 | 2,184.19 | $ 3,233.93 | $ 6,467.86 |
| 32 | Lanoue, Gregory M | 3,524.78 | 3,524.78 | 3,951.32 | 3,951.32 | 3,951.32 | $ 7,476.10 | $ 14,952.20 |
| 33 | Linton, James M | 760.03 | 760.03 | -786.51 | 0.00 | 0.00 | $ 760.03 | $ 1,520.06 |
| 34 | McDonnell, Douglas M | 2,086.57 | 2,086.57 | -1,057.18 | 0.00 | 0.00 | $ 2,086.57 | $ 4,173.14 |
| 35 | Morrill, Diane | 1,754.38 | 1,754.38 | -4,390.75 | 0.00 | 0.00 | $ 1,754.38 | $ 3,508.76 |
| 36 | Murphy, Robert F | 4,598.27 | 4,598.27 | -1,013.29 | 0.00 | 0.00 | $ 4,598.27 | $ 9,196.54 |
| 37 | Nguyen, Toan V | 362.40 | 362.40 | -612.69 | 0.00 | 0.00 | $ 362.40 | $ 724.80 |
| 38 | Ordway, James M | 4,270.91 | 4,270.91 | -633.23 | 0.00 | 0.00 | $ 4,270.91 | $ 8,541.82 |
| 39 | Payne, Ryan E | 115.66 | 115.66 | 2,066.47 | 2,066.47 | 2,066.47 | $ 2,182.13 | $ 4,364.26 |
| 40 | Peros, Arthur | 4,491.21 | 4,491.21 | 1,274.44 | 1,274.44 | 1,274.44 | $ 5,765.65 | $ 11,531.30 |
| 41 | Quilty, James P | 10,101.88 | 10,101.88 | -2,650.12 | 0.00 | 0.00 | $ 10,101.88 | $ 20,203.76 |
| 42 | Richardson, Ronald D | 3,216.27 | 3,216.27 | -4,920.72 | 0.00 | 0.00 | $ 3,216.27 | $ 6,432.54 |
| 43 | Rodriguez, Christian A | 2,192.51 | 2,192.51 | 2,718.09 | 2,718.09 | 2,718.09 | $ 4,910.60 | $ 9,821.20 |
| 44 | Rossi-Cafarelli, Cara | 1,222.90 | 1,222.90 | -923.45 | 0.00 | 0.00 | $ 1,222.90 | $ 2,445.80 |
| 45 | Salis, S C | 19,436.50 | 19,436.50 | 5,725.94 | 5,725.94 | 5,725.94 | $ 25,162.44 | $ 50,324.88 |
| 46 | Smith, Scott P | 6,070.92 | 6,070.92 | 1,469.68 | 1,469.68 | 1,469.68 | $ 7,540.60 | $ 15,081.20 |
| 47 | St Hilaire, Mark V | 3,335.08 | 3,335.08 | 1,591.44 | 1,591.44 | 1,591.44 | $ 4,926.52 | $ 9,853.04 |
| 48 | Sutherland, Jason D | 5,167.15 | 5,167.15 | -2,176.68 | 0.00 | 0.00 | $ 5,167.15 | $ 10,334.30 |
| 49 | Thurston, Joseph J | 2,929.25 | 2,929.25 | -57.49 | 0.00 | 0.00 | $ 2,929.25 | $ 5,858.50 |
| 50 | Vieira, Richard J | 3,689.08 | 3,689.08 | 2,741.74 | 2,741.74 | 2,741.74 | $ 6,430.82 | $ 12,861.64 |
| 51 | Vitale, Thomas W | 3,042.68 | 3,042.68 | -4,574.27 | 0.00 | 0.00 | $ 3,042.68 | $ 6,085.36 |
| 52 | White, Robert J | 1,068.53 | 1,068.53 | -2,181.60 | 0.00 | 0.00 | $ 1,068.53 | $ 2,137.06 |
| 53 | **Grand Total** | **274,257.06** | **274,257.05** | **6,398.22** | **58,140.70** | **58,140.69** | **$ 332,397.74** | **$ 664,795.48** |