|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 YEAR SUMMARY - CORRECTED | | | | | | | | |
| 2 | NAME | ST for OT | (rounded) | OT premium | positive OT premium | (rounded) | Liquidated dam | (rounded) | Total |
| 3 | Arena, Edward J | $ 15,548.60 | $ 15,548.60 | $ 676.26 | $ 676.26 | $ 676.26 | $ 16,224.86 | $ 16,224.86 | $ 32,449.72 |
| 4 | Blanchard, Elizabeth M | $ 4,745.44 | $ 4,745.44 | $ 176.17 | $ 176.17 | $ 176.17 | $ 4,921.61 | $ 4,921.61 | $ 9,843.22 |
| 5 | Bosselman, Brian A | $ 7,345.62 | $ 7,345.62 | $ (202.79) | $ - | $ - | $ 7,345.62 | $ 7,345.62 | $ 14,691.24 |
| 6 | Brogan, Daniel R | $ 23,226.69 | $ 23,226.69 | $ (1,011.55) | $ - | $ - | $ 23,226.69 | $ 23,226.69 | $ 46,453.38 |
| 7 | Conaway, Brett P | $ 3,822.19 | $ 3,822.19 | $ 2,910.27 | $ 2,910.27 | $ 2,910.27 | $ 6,732.46 | $ 6,732.46 | $ 13,464.92 |
| 8 | Coughlin, Amy T | $ 1,171.85 | $ 1,171.85 | $ (977.09) | $ - | $ - | $ 1,171.85 | $ 1,171.85 | $ 2,343.70 |
| 9 | Delehanty, Kevin J | $ 16,538.45 | $ 16,538.45 | $ (5,124.57) | $ - | $ - | $ 16,538.45 | $ 16,538.45 | $ 33,076.90 |
| 10 | Doherty Jr, John W | $ 4,739.20 | $ 4,739.20 | $ (4,663.95) | $ - | $ - | $ 4,739.20 | $ 4,739.20 | $ 9,478.40 |
| 11 | Fitzgerald, Kenneth J | $ 9,351.54 | $ 9,351.54 | $ 453.89 | $ 453.89 | $ 453.89 | $ 9,805.43 | $ 9,805.43 | $ 19,610.86 |
| 12 | Fitzpatrick, Leo J | $ 254.42 | $ 254.42 | $ 526.80 | $ 526.80 | $ 526.80 | $ 781.22 | $ 781.22 | $ 1,562.44 |
| 13 | Forde, Vincent J | $ 12,892.51 | $ 12,892.51 | $ 4,106.76 | $ 4,106.76 | $ 4,106.76 | $ 16,999.26 | $ 16,999.27 | $ 33,998.54 |
| 14 | Frissore, John C | $ 232.02 | $ 232.02 | $ 251.11 | $ 251.11 | $ 251.11 | $ 483.13 | $ 483.13 | $ 966.26 |
| 15 | Gaieski, Anthony M | $ 304.65 | $ 304.65 | $ (289.08) | $ - | $ - | $ 304.65 | $ 304.65 | $ 609.30 |
| 16 | Geissler, William A | $ 205.82 | $ 205.82 | $ (560.93) | $ - | $ - | $ 205.82 | $ 205.82 | $ 411.64 |
| 17 | Graham, Allan W | $ 5,229.74 | $ 5,229.74 | $ (2,107.41) | $ - | $ - | $ 5,229.74 | $ 5,229.74 | $ 10,459.48 |
| 18 | Hall, Ryan T | $ 145.57 | $ 145.57 | $ (802.04) | $ - | $ - | $ 145.57 | $ 145.57 | $ 291.14 |
| 19 | Halloran, Richard P | $ 5,440.53 | $ 5,440.53 | $ 1,454.90 | $ 1,454.90 | $ 1,454.90 | $ 6,895.43 | $ 6,895.43 | $ 13,790.86 |
| 20 | Harper, Howard L | $ 1,690.02 | $ 1,690.02 | $ (922.04) | $ - | $ - | $ 1,690.02 | $ 1,690.02 | $ 3,380.04 |
| 21 | Haswell, John P | $ 5,018.87 | $ 5,018.87 | $ 1,189.14 | $ 1,189.14 | $ 1,189.14 | $ 6,208.01 | $ 6,208.01 | $ 12,416.02 |
| 22 | Hayes, Joseph N | $ 6,834.30 | $ 6,834.30 | $ 1,503.14 | $ 1,503.14 | $ 1,503.14 | $ 8,337.44 | $ 8,337.44 | $ 16,674.88 |
| 23 | Heffler, Elizabeth R | $ 4,849.26 | $ 4,849.26 | $ (1,772.24) | $ - | $ - | $ 4,849.26 | $ 4,849.26 | $ 9,698.52 |
| 24 | Hoffman, Robert A | $ 12,158.72 | $ 12,158.72 | $ 5,422.17 | $ 5,422.17 | $ 5,422.17 | $ 17,580.89 | $ 17,580.89 | $ 35,161.78 |
| 25 | Howard, Chad M | $ 3,709.83 | $ 3,709.83 | $ 5,845.38 | $ 5,845.38 | $ 5,845.38 | $ 9,555.21 | $ 9,555.21 | $ 19,110.42 |
| 26 | Ingham, Brian D | $ 11,301.44 | $ 11,301.44 | $ (3,571.22) | $ - | $ - | $ 11,301.44 | $ 11,301.44 | $ 22,602.88 |
| 27 | Jennings, Leonard M | $ 530.42 | $ 530.42 | $ (552.30) | $ - | $ - | $ 530.42 | $ 530.42 | $ 1,060.84 |
| 28 | Kelley, Keven P | $ 322.95 | $ 322.95 | $ 1,006.15 | $ 1,006.15 | $ 1,006.15 | $ 1,329.10 | $ 1,329.10 | $ 2,658.20 |
| 29 | Keohane, James F | $ 7,099.59 | $ 7,099.59 | $ 6,718.49 | $ 6,718.49 | $ 6,718.49 | $ 13,818.08 | $ 13,818.08 | $ 27,636.16 |
| 30 | Kerrissey, Edward F | $ 1,256.55 | $ 1,256.55 | $ 2,869.37 | $ 2,869.37 | $ 2,869.37 | $ 4,125.92 | $ 4,125.92 | $ 8,251.84 |
| 31 | Lacerra, Scott R | $ 1,049.74 | $ 1,049.74 | $ 2,184.19 | $ 2,184.19 | $ 2,184.19 | $ 3,233.94 | $ 3,233.93 | $ 6,467.86 |
| 32 | Lanoue, Gregory M | $ 3,524.78 | $ 3,524.78 | $ 3,951.32 | $ 3,951.32 | $ 3,951.32 | $ 7,476.10 | $ 7,476.10 | $ 14,952.20 |
| 33 | Linton, James M | $ 657.61 | $ 657.61 | $ (536.88) | $ - | $ - | $ 657.61 | $ 657.61 | $ 1,315.22 |
| 34 | McDonnell, Douglas M | $ 839.35 | $ 839.35 | $ (467.58) | $ - | $ - | $ 839.35 | $ 839.35 | $ 1,678.70 |
| 35 | Morrill, Diane | $ 1,565.95 | $ 1,565.95 | $ (3,990.97) | $ - | $ - | $ 1,565.95 | $ 1,565.95 | $ 3,131.90 |
| 36 | Murphy, Robert F | $ 4,306.26 | $ 4,306.26 | $ (985.16) | $ - | $ - | $ 4,306.26 | $ 4,306.26 | $ 8,612.52 |
| 37 | Nguyen, Toan V | $ 362.40 | $ 362.40 | $ (612.69) | $ - | $ - | $ 362.40 | $ 362.40 | $ 724.80 |
| 38 | Ordway, James M | $ 3,426.94 | $ 3,426.94 | $ (437.46) | $ - | $ - | $ 3,426.94 | $ 3,426.94 | $ 6,853.88 |
| 39 | Payne, Ryan E | $ 115.66 | $ 115.66 | $ 2,066.47 | $ 2,066.47 | $ 2,066.47 | $ 2,182.13 | $ 2,182.13 | $ 4,364.26 |
| 40 | Peros, Arthur | $ 3,864.12 | $ 3,864.12 | $ 2,049.40 | $ 2,049.40 | $ 2,049.40 | $ 5,913.52 | $ 5,913.52 | $ 11,827.04 |
| 41 | Quilty, James P | $ 9,250.99 | $ 9,250.99 | $ (2,158.51) | $ - | $ - | $ 9,250.99 | $ 9,250.99 | $ 18,501.98 |
| 42 | Richardson, Ronald D | $ 2,880.37 | $ 2,880.37 | $ (3,997.09) | $ - | $ - | $ 2,880.37 | $ 2,880.37 | $ 5,760.74 |
| 43 | Rodriguez, Christian A | $ 2,192.51 | $ 2,192.51 | $ 2,718.09 | $ 2,718.09 | $ 2,718.09 | $ 4,910.60 | $ 4,910.60 | $ 9,821.20 |
| 44 | Rossi-Cafarelli, Cara | $ 733.22 | $ 733.22 | $ (587.13) | $ - | $ - | $ 733.22 | $ 733.22 | $ 1,466.44 |
| 45 | Salis, S C | $ 18,837.58 | $ 18,837.58 | $ 5,757.38 | $ 5,757.38 | $ 5,757.38 | $ 24,594.95 | $ 24,594.96 | $ 49,189.92 |
| 46 | Smith, Scott P | $ 5,277.40 | $ 5,277.40 | $ 1,450.25 | $ 1,450.25 | $ 1,450.25 | $ 6,727.65 | $ 6,727.65 | $ 13,455.30 |
| 47 | St Hilaire, Mark V | $ 1,980.24 | $ 1,980.24 | $ 1,341.07 | $ 1,341.07 | $ 1,341.07 | $ 3,321.31 | $ 3,321.31 | $ 6,642.62 |
| 48 | Sutherland, Jason D | $ 5,167.15 | $ 5,167.15 | $ (2,176.68) | $ - | $ - | $ 5,167.15 | $ 5,167.15 | $ 10,334.30 |
| 49 | Thurston, Joseph J | $ 2,929.25 | $ 2,929.25 | $ (57.49) | $ - | $ - | $ 2,929.25 | $ 2,929.25 | $ 5,858.50 |
| 50 | Vieira, Richard J | $ 2,973.64 | $ 2,973.64 | $ 1,947.03 | $ 1,947.03 | $ 1,947.03 | $ 4,920.67 | $ 4,920.67 | $ 9,841.34 |
| 51 | Vitale, Thomas W | $ 2,922.71 | $ 2,922.71 | $ (4,232.52) | $ - | $ - | $ 2,922.71 | $ 2,922.71 | $ 5,845.42 |
| 52 | White, Robert J | $ 959.05 | $ 959.05 | $ (1,854.04) | $ - | $ - | $ 959.05 | $ 959.05 | $ 1,918.10 |
| 53 | Grand Total | $ 241,783.70 | $ 241,783.71 | $ 13,923.82 | $ 58,575.22 | $ 58,575.20 | $ 300,358.91 | $ 300,358.91 | $ 600,717.82 |