THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04- 11996-RGS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Town of Natick, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Robert F. Murphy, Brian C. Grassey, et al, and Defendants, Town of Natick, Natick Police Department, and Chief Dennis R. Mannix, respectfully request a stay of the proceedings for approximately 90 days, until June 3, 2008 for the purposes of: (1) entering into discussions by which the parties can understand and evaluate each others damages analysis; and (2) evaluating the possibility of and beginning settlement discussions. As part of this collaborative process, the parties would submit objections to each others damages analyses in approximately 45 days, on Monday April 14, 2008. At the close of the 90-day-period, on Tuesday June 3, 2008 the parties would file a joint report updating the Court on their progress.

In support of this Motion, the parties state as follows:

1. In order to evaluate potential settlement positions, the parties need to understand both the underlying legal and mathematical bases set forth in the proposed interim forms of judgment. In order to facilitate this, the Parties have begun scheduling meetings to exchange and share more detailed information.

2. Because this is an FLSA case any settlement must be supported by FLSA law and regulations, and must be approved by the Court. Filing objections in 45 days will help further inform the Court as to legal bases for the parties proposed interim forms of judgment.

3. After spending time in the above-described analyses and discussions, the parties will be in a better position to brief the Court on the underlying legal basis for any settlement.

4. Any potential settlement must receive approval from the various Police Unions and the Natick Board of Selectmen. Time will be needed to brief the Parties and update them on an proposals under consideration.

5. A proposed resolution of the outstanding willfulness issues will be included as part of these discussions. As such the Parties request that the March 7, 2008 deadline for filing a joint status report on that issue be continued until June 3, 2008.

WHEREFORE, the parties respectfully request a 90-day stay of the proceedings in the above-captioned matter. The parties will file all objections to each others interim proposed forms of judgment on Monday April 14, 2008, and will file a joint status report updating the Court on their progress on Tuesday June 3, 2008.

Respectfully submitted,

| | |
|---|---|
| For Plaintiffs, ROBERT MURPHY, BRIAN GRASSEY, ET AL | For Defendants TOWN OF NATICK, NATICK POLICE DEPARTMENT, and DENNIS R. MANNIX, CHIEF OF POLICE |
| By their attorneys, | By their attorneys, |
| */s/ Jack J. Canzoneri* <br> Jack J. Canzoneri, BBO #564126 <br> McDonald Lamond & Canzoneri <br> Cordaville Office Center <br> 153 Cordaville Road, Suite 210 <br> Southborough, MA 01772 <br> (508) 485-6600 | */s/ Karis L. North* <br> John P. Flynn, BBO# 172640 <br> Geoffrey B. McCullough, BBO# 558207 <br> Kathryn M. Murphy, BBO#564789 <br> Karis L. North, BBO # 648998 <br> MURPHY, HESSE, TOOMEY & LEHANE, LLP <br> 300 Crown Colony Drive, Suite 410 <br> Quincy, MA 02169 <br> (617) 479-5000 |

Dated: March 6, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on March 6, 2008.

                                                        /s/ Karis L. North
                                                        Karis L. North