THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al.<br><br>and<br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al.<br><br>      Plaintiffs<br><br>v.<br><br>Town of Natick, Natick Police Department, and Dennis R. Mannix, in his capacity as Chief of Police<br><br>      Defendants | Docket No.: 04-11996RGS |

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' CALCULATIONS OF BACKPAY

  Defendants respectfully request an enlargement of time of eighteen (18) days in which to submit their response to Plaintiffs' Objections to Defendants' Calculations of Backpay. Plaintiff filed the aforementioned document on March 29, 2008, and Defendants' response would be due on Monday April 14, 2008. Because Defendants are completing their own Objections to Plaintiffs' Damages Calculations, which will not be complete prior to the end of the April, and because it makes sense to combine these documents in one filing, Defendants seek additional time to respond to Plaintiff's filing. Defendants also note that one of its counsel primarily responsible for completing this analysis will be on vacation during the week of April 21. For the foregoing reasons, Defendants respectfully request that the deadline to file any response to

Plaintiffs' Objections to Defendants' Calculations of Backpay be enlarged until May 1, 2008.

Respectfully submitted,

Defendants, TOWN OF NATICK,
NATICK POLICE DEPARTMENT, and
DENNIS R. MANNIX, CHIEF OF POLICE

By their attorneys,

/s/ Karis L. North
John P. Flynn, BBO# 172640
Geoffrey B. McCullough, BBO# 558207
Kathryn M. Murphy, BBO#564789
Karis L. North, BBO # 648998
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: April 8, 2008

## Local Rule 7.1 Certification

I, Karis L. North, certify that I have conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues in the above-captioned matter. Counsel for Plaintiffs has indicated that they will assent to this motion, as noted in the caption.

/s/ Karis L. North
Karis L. North

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on April 8, 2008.

                                      /s/ Karis L. North
                                      Karis L. North