THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br> Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> Town of Natick, et al. <br><br>     Defendants | USDC Case No.: 04-11996 RGS |

**JOINT STATUS REPORT AND
MOTION FOR CONTINUATION OF STAY
UNTIL AUGUST 4, 2008**

The parties jointly request a continuation of the Stay in the above-captioned matter for approximately six weeks to Monday August 4, 2008, and that they submit a Status Report with the Court on that date. There is good cause to grant this motion.

1. On February 5, 2008 the parties each submitted extensive pleadings with the Court relating to their calculation of damages under the Court's summary judgment ruling of September, 2007.

2. Between February 5, 2008 and present, the parties have spent extensive time evaluating the calculation methodology used by the opposing party, and then each filed objections to certain aspects of the calculation methodology applied by the other party. Plaintiffs filed their objections to Defendants' calculations on March 29, 2008 (DOC #87), and Defendants filed

their objections to Plaintiffs' calculations on May 1, 2008 (DOC #89).  During this period, as well, Plaintiffs' and Defendants' counsel met at Plaintiffs' counsel's office for an extensive meeting to discuss issues relating to calculation methodology, and counsel have had multiple telephone conferences relating to same.  At present, the parties have not resolved their differences as to calculation methodology, and may require court resolution of those issues, unless they reach settlement of the case.

      3.     Also, pending the parties review of one another's calculations, the Court on March 11, 2008 issued an order granting the parties joint motion to Stay the proceedings, and ordering that the parties submit a "status report no later than June 3, 2008."  The reason for this Stay, in part, was to provide the parties with an opportunity to attempt to resolve all issues, in accordance with the Court's comments by order of February 22, 2008 where the Court stated, <u>inter alia</u>,

> The court believes that it is in the interest of all parties to resolve this dispute in its entirety.

(Court order Feb. 22, 2008).

      4.     The parties have not yet completed settlement discussions because the focus of their efforts thus far has been on the arduous and time consuming task of reviewing and understanding the calculations presented by the other party, and then filing objections.  The effort spent by the parties to draft and file objections is fruitful to the settlement process--even apart from any court ruling on them--because the objections provide a clear legal discussion of the concerns that each party has with the other's calculations.  That in turn will be

used by the parties as they weigh their options and the merits of the position advanced by the other party during settlement discussions.

   5. It is in this context that the parties wish to schedule one or more settlement conferences in June and July to attempt to resolve all issues in the case, including those set forth in the objections, as well as those relating to damages owing.  In order to permit this settlement discussion, the parties request a continuance of the Stay for approximately six (6) weeks to Monday July 21, 2008, and that they submit a status report to the court at that time.

   WHEREFORE, the parties jointly move that the Stay in the above-captioned matter be extended to August 4, 2008, and that the parties file a Status Report to the Court no later than August 4, 2008.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| For Plaintiffs, | For Plaintiffs, |
| By Plaintiffs' Counsel: | By Defendants' Counsel: |
| | |
| */s/Jack J. Canzoneri* | */s/Karis L. North* |
| Jack J. Canzoneri, BBO #564126 | John P. Flynn, BBO#172640 |
| McDonald Lamond & Canzoneri | Geoffrey B. McCullough, BBO#558207 |
| 153 Cordaville Road, Suite 320 | Kathryn M. Murphy, BBO# 564789 |
| Southborough, Massachusetts 01772 | Karis L. North, BBO # 648998 |
| (508) 485-6600 | Murphy, Hesse, Toomey  & Lehane, LLP |
| | 300 Crown Colony Drive, Suite 410 |
| | Quincy, MA 02169 |
| | (617) 479-5000 |
| Dated:  June 3, 2008 | Dated:  June 3, 2008 |

3

## CERTIFICATE OF SERVICE

I, Jack J. Canzoneri, hereby certify that I have this day via the Electronic Case File system, served a copy of the foregoing upon opposing counsel John P. Flynn, Jr. Esq., Karis North, Esq., Kathryn Murphy, Esq., and Geoffrey B. McCullough, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, P.O. Box 9126, Quincy, Massachusetts  02269.

Dated:  June 3, 2008                               /s/ *Jack J. Canzoneri*
                                                                  Jack J. Canzoneri