UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11996RGS

| | |
|---|---|
| ROBERT F. MURPHY, III, lead plaintiff for Patrol Officer Plaintiffs, et al. and <br><br> BRIAN C. GRASSEY, LEAD PLAINTIFF for SUPERIOR OFFICER PLAINTIFFS, et al., <br><br>    Plaintiffs <br> v. <br><br> TOWN OF NATICK, NATICK POLICE DEPARTMENT and DENNIS R. MANNIX in his capacity as CHIEF OF POLICE, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Joseph Bartulis, Jr., hereby serves notice of his withdrawal of appearance as counsel for Defendants Town of Natick, Natick Police Department, and Dennis R. Mannix in his capacity as Chief of Police. All other counsel for Defendants remain.

                                                   The Defendants,
                                                   TOWN OF NATICK, NATICK POLICE
                                                   DEPARTMENT, and DENNIS R. MANNIX
                                                   in his capacity as CHIEF OF POLICE,
                                                   By their attorneys,

                                                   */s/ Joseph Bartulis, Jr.*
                                                   Joseph Bartulis, Jr., BBO# 561025
                                                   MURPHY, HESSE, TOOMEY & LEHANE, LLP
                                                   300 Crown Colony Drive, 4th Floor
                                                   Quincy, MA 02169
                                                   (617) 479-5000

Dated: June 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 30, 2008.

*/s/ Joseph Bartulis, Jr.*
Joseph Bartulis, Jr.