THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert F. Murphy, III, Lead 0Plaintiff for Patrol Officer Plaintiffs, et al. and, <br><br>Brian C. Grassey, Lead Plaintiff for Superior Officer Plaintiffs, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>Town of Natick, et al. <br><br>    Defendants | USDC Case No.: 04-11996 RGS |

**STIPULATED PROPOSED FINAL JUDGMENT
REGARDING PAYMENT OF "ADDITIONAL BACKPAY"
BY DEFENDANT TOWN OF NATICK TO
PATROL OFFICER PLAINTIFFS**

In section four of the Final Judgment entered by the Court on June 15, 2009 in the above-entitled matter, the Court ordered the payment of "Additional FLSA Backpay" by Defendant Town of Natick to Patrol Officer Plaintiffs. This Additional FLSA Backpay was for purposes of paying Patrol Officer Plaintiffs for unpaid FLSA overtime and liquidated damages for the period from May 19, 2009 to July 22, 2009.[1] Pursuant to the parties'

---

[1] This period encompasses the date (May 19, 2009) through which FLSA backpay and liquidated damages was paid, and the date (July 22, 2009) by which the Town was required to modify its payroll system to incorporate FLSA overtime in weekly payroll, pursuant to the Court's June 15, 2009 order and judgment.

stipulation, it Ordered, Adjudged and Decreed that final disposition of the matter of Additional FLSA Backpay shall be as follows:

1. The Town shall pay Patrol Officer Plaintiffs $29,557.26 in Additional FLSA Backpay. This includes all amounts owing (including $14,778.63 in FLSA backpay and an equal amount in liquidated damages).

2. This amount shall be distributed to Patrol Officers Plaintiffs, as directed by counsel for Patrol Officer Plaintiffs.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| For Plaintiffs, | For Plaintiffs, |
| By Plaintiffs' Counsel: | By Defendants' Counsel: |
| /s/ Jack J. Canzoneri | /s/ Karis L. North |
| Jack J. Canzoneri, BBO #564126 | John P. Flynn, BBO#172640 |
| McDonald Lamond & Canzoneri | Geoffrey B. McCullough, BBO#558207 |
| 153 Cordaville Road, Suite 320 | Kathryn M. Murphy, BBO# 564789 |
| Southborough, Massachusetts 01772 | Karis L. North, BBO # 648998 |
| (508) 485-6600 | Murphy, Hesse, Toomey & Lehane, LLP |
|  | 300 Crown Colony Drive, Suite 410 |
|  | Quincy, MA 02169 |
|  | (617) 479-5000 |
| Dated: October 20, 2009 | Dated: October 20, 2009 |

It is so ORDERED, ADJUDGED and DECREED,

This 5th day of November, 2009

/s/ R.J. Stearns, USDJ

Honorable Richard G. Stearns

2